**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| VIVIAN BERT,  THADDEUS FREEMAN, | ) | |
| DARRELL CARTER, EDWARD JAMES LEWIS, | ) | |
| TIMOTHY OLIPHANT, MARY HARRIS, | ) | |
| RODERIQUE RUSSELL, KAY JACKSON, | ) | |
| MARNIE CARTER, DARLENE DENISE | ) | |
| CARTER, DWIGHT LEWIS, MICHAEL MILLER, | ) | No. C-1-02-467 |
| RONALD SLOAN, DONALD EDWARDS, | ) | |
| SHAWN PRYOR, TIFFANY JACKSON, AND | ) | JUDGE SANDRA S. BECKWITH |
| ALLEN ROBERTS, | ) | |
| | ) | |
| individually and on behalf of all | ) | |
| other persons similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | PLAINTIFF'S MOTION TO |
| | ) | ADMIT DAVID W. SANFORD, |
| v. | ) | ESQ., PRO HAC VICE |
| | ) | |
| AK STEEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To the Clerk of the Court and all parties of record:

Pursuant to Local Rule 83.5(d), Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the Court to admit *pro hac vice* David W. Sanford, Esq., member of the bar of the State of Maryland to appear as co-counsel for Plaintiffs in this case.  Pursuant to Local Rule 83.5(d), a certificate of good standing for Mr. Sanford from the State of Maryland is enclosed.  A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed order.

Respectfully submitted this 13th day of November, 2003.


DAVID SANFORD, D.C. Bar No. 457933
ERIC BACHMAN, KY Bar. No. 88122
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
Telephone: (202) 467-4123
Facsimile: (202) 467-4489


GRANT MORRIS, D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
7 DUPONT CIRCLE, N.W.
SUITE 250
WASHINGTON, D.C. 20036
Telephone: (202) 331-4707


s/ Paul H. Tobias
PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863
TKT@TKTlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13th, 2003, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

Gregory P. Rogers and Patricia Anderson Pryor.

> s/ Paul H. Tobias
> Paul H. Tobias – 0032415