# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the* __25th__ *day of* __June__, 1997,

**DAVID WEISSBORD SANFORD**

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this* __12th__ *day of* __September__, *2002.*

_____
*Clerk of the Court of Appeals of Maryland*