Thu Nov 13 15:11:25 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 420879
Cashier       kjl

Tender Type  CHECK

Check Number: 26857

Transaction Type   C

Case No./Def No. 1:03-LB-ATTY  /  1

DO Code    Div No     Acct
 4661        1       6855XX

Amount              $    50.00

TOBIAS, KRAUS & TORCHIA

PRO HAC VICE C-1-02-467


Thu Nov 13 15:11:25 2003

Check No. 26857
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661