J:\CRUMBA\FORMS\CALENDAR\2002\02-467.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiffs,

        v.        Case No. C-1-02-467
        (Beckwith, J.; Hogan, M.J.)

AK Steel Corporation,
    Defendant.

## AMENDED CALENDAR ORDER

    This matter is before the Court pursuant to a joint motion by the parties to extend time to complete discovery and for an extension of time of the class certification deadline (Doc. 18).  For good cause shown, the motion is **GRANTED** and the previous calendar order of January 13, 2003 is hereby amended as follows:

1. Discovery: **March 1, 2004**

2. Plaintiff to move for class certification: **December 5, 2004**

  11/18/2003                s/Timothy S. Hogan
Date                        Timothy S. Hogan
bac    November 18, 2003      United States Magistrate Judge