UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. C-1-02-467 |
| | : | Judge Beckwith |
| Plaintiffs, | : | Magistrate Judge Hogan |
| | : | |
| vs. | : | DEFENDANT AK STEEL |
| | : | CORPORATION'S MOTION TO |
| AK STEEL CORPORATION, | : | DISMISS THE TITLE VII CLAIMS |
| | : | OF THE MIDDLETOWN PLAINTIFFS |
| Defendant. | : | AND MOTION FOR SUMMARY |
| | : | JUDGMENT ON RODERIQUE |
| | : | RUSSELL'S TITLE VII CLAIMS |

Defendant AK Steel Corporation ("AK Steel") renews and incorporates herein its

Motion to Dismiss the Title VII Claims of the Middletown Plaintiffs and Motion for Summary

Judgment on Roderique Russell's Title VII Claims filed on November 15, 2002.  During the

pendency of the motion, Plaintiffs have filed an Amended Complaint.  The Amended Complaint

does not affect AK Steel's previously filed motion and AK Steel respectfully requests that this

Court grant its motion with respect to the Amended Complaint.

Respectfully submitted,

  s/ Gregory Parker Rogers
Lawrence J. Barty (0016002)
barty@taftlaw.com
Patricia Anderson Pryor (0069545)
pryor@taftlaw.com
Gregory Parker Rogers (0042323)
rogers@taftlaw.com
Roger A. Weber (0001257)
weber@taftlaw.com
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)
Trial Attorneys for Defendant
AK Steel Corporation

OF COUNSEL:

John P. O'Connor
AK Steel Corporation
703 Curtis Street
Middletown, Ohio 45043-0001
(513) 425-5000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2003, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Paul H. Tobias, Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414

Walnut Street, Cincinnati, Ohio 45202. I hereby certify that I have mailed by United States

Postal Service the document to the following non CM/ECF participants: David Sanford,

Gordon, Silberman, Wiggins & Childs, P.C., 7 Dupont Circle NW, Suite 200, Washington, D.C.

20036; Grant Morris, 7 Dupont Circle NW, Suite 250, Washington, D.C. 20036.


 s/ Gregory Parker Rogers
Gregory Parker Rogers (0042323)
rogers@taftlaw.com
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
(513) 381-2838
(513) 381-0205 (fax)