UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiffs

v.                            Case No. C-1-02-467

AK Steel Corporation,
    Defendant

**ORDER**

       This matter is before the Court on Plaintiffs' Motion for Admission of attorney David W. Sanford (Doc. 19).

       **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney David W. Sanford is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

December 10, 2003                   s/Sandra S. Beckwith
Date                                  Sandra S. Beckwith
                                      United States District Judge