FILED
JAMES BONINI
CLERK

04 JAN 22 PM 3: 28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VIVIAN BERT, et al.,            )
                                )
    Plaintiffs,              )
                                )
v.                              )    CASE NO. C-1-02-467
                                )    Judge Beckwith
AK STEEL CORPORATION,           )    Magistrate Judge Hogan
                                )
    Defendant.               )

## MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN DONAHUE

The undersigned attorney, Paul Henry Tobias, hereby respectfully moves the Court, pursuant to Local Rule 83.5(d) and General Order 98-1, to admit *pro hac vice*, **Susan Donahue,** to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. Tobias asserts the following:

1. Susan Donahue is a resident of Birmingham, Alabama, and is employed by Wiggins, Childs, Quinn & Pantazis, P.C., as an associate attorney.

2. Ms. Donahue was licensed to practice law in Alabama on September 26, 2003, after successfully passing the Alabama Bar Examination given by the Alabama Board of Bar Examiners and is currently a member in good standing of the Alabama Bar (active member). *See* Certificate of Admission to the Supreme Court of Alabama, which also certifies "good standing" in the Alabama Supreme Court attached hereto as Exhibit A.

3. Ms. Donahue was duly admitted to the United States District Court for the Northern

1

District of Alabama and qualified as an attorney on October 22, 2003.

4. Ms. Donahue was duly admitted to the United States District Court for the Middle District of Alabama and qualified as an attorney on October 22, 2003.

5. Ms. Donahue was duly admitted to the United States Court of Appeals for the Fifth Circuit and qualified as an attorney on November 7, 2003.

6. Ms. Donahue was duly admitted to the United States Court of Appeals for the Eleventh Circuit and qualified as an attorney on December 22, 2003.

**WHEREFORE, PREMISES CONSIDERED,** Mr. Tobias respectfully moves the Court to admit **Susan Donahue** *pro hac vice* in the above-titled matter pursuant to Local Rule 83.5(d) and General Order 98-1 of the United States District Court for the Southern District of Ohio.

Respectfully submitted this the 22 day of January 2004.

PAUL HENRY TOBIAS (OH Bar No. 0032415)

OF COUNSEL:

Tobias, Kraus & Torchia, LLP
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing has been served upon the following counsel of record by placing a true and correct copy of same in the U.S. Mail, first-class, postage prepaid and properly addressed, as noted below, the ____22____ day of ___January___, 2004.

Gregory Parker Rogers
Taft, Stettinius & Hollister
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202

Lawrence James Barty
Taft, Stettinius & Hollister
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202

Patricia Anderson Pryor
Taft, Stettinius & Hollister LLP
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202

_____
OF COUNSEL