```
Thu Jan 22 15:11:16 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 421678
Cashier           kj1

Tender Type  CHECK

Check Number: 041596

Transaction Type   C

Case No./Def No. 1:04-L3-ATTY  /  1

DQ Code    Div No      Acct
 4661         1        5855XX

Amount              $    50.00

GORDON, SILBERMAN, WIGGINS & CHILDS

PRO HAC VICE C-1-02-467



Thu Jan 22 15:11:16 2004

Check No. 041596
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```