UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiffs

v.                                  Case No.  1:02-cv-467

AK Steel Corporation,
    Defendant

**ORDER**

       This matter is before the Court on Plaintiffs' Motion for Admission of attorney Susan Gale Donahue (Doc. 27).

       **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Susan Gale Donahue is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

       **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Toni Alkire, 614.719.3043**, **to register for Electronic Case Filing as soon as practicable.**

<u>January 26, 2004</u>                    <u>s/Sandra S. Beckwith</u>
Date                                 Sandra S. Beckwith
                                      United States District Judge