**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| VIVIAN BERT, *et al.*, | ) | Case No. C-1-02-467 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Beckwith |
| v. | ) | |
| | ) | |
| AK STEEL CORPORATION, | ) | |
| | ) | PLAINTIFFS' MOTION |
| Defendant. | ) | FOR LEAVE TO FILE A SECOND |
| _____ | ) | AMENDED COMPLAINT |

COME NOW Plaintiffs, by and through their undersigned counsel, and respectfully move this Court, pursuant to Federal Rule of Civil Procedure 15, to enter an Order granting Plaintiffs' Motion for Leave to File A Second Amended Complaint in the above-captioned case.

The grounds for this Motion are set forth in the accompanying Memorandum.

Respectfully submitted this 4th day of February 2004.


s/ Paul H. Tobias
PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
TOBIAS, KRAUS & TORCHIA
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863
TKT@TKTlaw.com


SUSAN DONAHUE
Ala. Bar No. ASB-4525A48D
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
1400 SOUTHTRUST TOWER
BIRMINGHAM, AL 35203
Telephone: (205) 458-4548

Facsimile: (205) 254-1500
sgd@wcqp.com

Mr. David Sanford
Attorney at Law
Sanford, Wittels, & Heisler, L.L.P.
2121 K St. N.W.
Suite 700
Washington, D.C. 20037
Telephone: 202/942-9124
Fax number: 202/628-8189
internet:dsanford@davidsanford.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically serve CM/ECF participants Gregory P. Rogers, Esq. and Patricia Anderson Pryor, Esq. of Taft, Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202-3957, attorneys for Defendant.


                                                    s/ Paul H. Tobias
                                                    Paul H. Tobias – 0032415