# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **VIVIAN BERT, et al.,** ) | Case No. 1:02-cv-467 |
| ) | |
| Plaintiffs, ) | Judge Beckwith |
| ) | |
| v. ) | Magistrate Judge Hogan |
| ) | |
| **AK STEEL CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiffs and defendant have jointly moved this Court for an order extending the discovery and expert report deadlines in this case (Doc. No. 31). For the reasons stated in the Motion, the parties' request is granted, and this Court's Calendar Order is amended to reflect the following deadlines:

- Discovery Deadline on Class Issues/Plaintiffs' Reply in Support of Motion to Alter Judgment/Amend Complaint - **June 1, 2004**

- Plaintiffs' experts reports - **July 1, 2004**

- Defendant's experts reports - **August 15, 2004**

- Plaintiffs' expert report replies - **October 1, 2004**

- Discovery Deadline with respect to experts on class issues - **November 1, 2004**

In addition, the Court will allow the defendant until **May 15, 2004** to respond to plaintiffs'

W0133792.1                                    1

Motion to Alter or Amend Judgment and to Amend the Complaint, and plaintiffs until **June 1, 2004** to submit their reply on these motions.

So Ordered.

| | |
|---|---|
|   2/27/2004 |       s/Timothy S. Hogan |
| Date | Timothy S. Hogan |
| | United States Magistrate Judge |