IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Vivian Bert, et al.,** | : | |
| Plaintiffs, | : | |
| vs. | : | Case C-1-02-0467 |
| **AK Steel Corporation,** | : | |
| Defendant. | : | |

ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. No. 30). Defendant has not opposed the motion. The Court finds that Plaintiffs' motion is well-taken and hereby **GRANTS** Plaintiffs leave to filed a Second Amended Complaint. In view of the Court's ruling, Plaintiffs' Motion to Alter or Amend Judgement Under Rule 59(e) (Doc. No. 29) is **MOOT**.

**IT IS SO ORDERED**

Date April 8, 2004         /s Sandra S. Beckwith
                           Sandra S. Beckwith
                           United States District Judge