IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Vivian Bert, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| vs. : | Case C-1-02-0467 |
| : | |
| **AK Steel Corporation,** : | |
| : | |
| Defendant. : | |

ORDER

The Order granting Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. No. 30) and declaring as moot Plaintiffs' Motion to Alter or Amend Judgement Under Rule 59(e) (Doc. No. 29) is hereby **WITHDRAWN**. On February 27, 2004, Magistrate Judge Timothy S. Hogan granted Defendant an extension of time until May 15, 2004, in which to file responses to Plaintiffs' motions.

**IT IS SO ORDERED**

Date April 8, 2004                    /s Sandra S. Beckwith
                                      Sandra S. Beckwith
                                      United States District Judge

1