**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Cincinnati Area Office

550 Main Street, Room 10-019
Cincinnati, OH 45202
(513) 684-2851
TTY (513) 684-6698
FAX (513) 684-2361
Website: www.eeoc.gov

Writer's Direct Line: 513-684-2844

March 28, 2003

Darryl Brockman
1006 Crosley Avenue
Cincinnati, OH 45215

Dear Mr. Brockman:

This is to advise that we have completed a careful review of the charge of employment discrimination (221A200705)/A K Steel you filed with us. Our review included an assessment of all the information offered by the parties to the charge.

Our limited resources make it impossible to conduct a full investigation of every charge filed with us. In recent years, faced with a burgeoning workload and diminishing staff and other resources which were harming our ability to accomplish our mission, we adopted our *Priority Charge Handling Procedures* to ensure more effective civil rights enforcement. The new procedures require our staff to focus their efforts on those charges which, in our assessment, are most likely to result in findings of violation and the promotion of equal employment opportunity principles. Other charges without indications of merit are dismissed, and the charging party may then pursue the underlying discrimination allegations by filing a lawsuit in federal court. Our new procedures have resulted in unprecedented gains for victims of employment discrimination.

As a result of our careful review of the charge you filed, we have made we have made a preliminary decision to dismiss your charge on or about April 6, 2003. We do not believe it can be established that your experiences are the result of discrimination prohibited by the laws we enforce. There is insufficient evidence to indicate you were treated differently based on your race, Black. There are no indications of unlawful disparate treatment, nor are there indications that further investigation or other use of our limited resources will result in a finding of a violation.

The evidence shows that during the relevant investigation period Respondent hired African Americans at a rate greater than their availability in the Middletown recruiting area. Further, there is no direct evidence of race discrimination in hiring.

If you have additional evidence to offer, you should promptly submit it in writing to ensure our receipt before April 6, 2003. If your charge is dismissed on or about April 6, 2003, the dismissal notice issued to the parties will explain that while we are not certifying that the respondent is in compliance with the laws we enforce, our investigation has revealed insufficient evidence to warrant further processing of the charge. The dismissal notice will describe your right to pursue the matter by filing a lawsuit in federal court within 90 days of your receipt of the dismissal notice.

We hope this information is helpful to you.

Sincerely,

Valerie J. Lawrence
Investigator