**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **VIVIAN BERT, et al.,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. C-1-02-467** |
| | ) | **Judge Beckwith** |
| **AK STEEL CORPORATION,** | ) | **Magistrate Judge Hogan** |
| | ) | |
|     **Defendant.** | ) | |

<u>**JOINT MOTION TO EXTEND DEADLINES FOR EXPERT REPORTS**</u>

The plaintiffs and the defendant jointly and respectfully move this Honorable Court to extend discovery deadlines for expert reports in the above-cited matter. In support of their motion, the movants state as follows:

1. Deadlines for expert reports are currently set by this Court's Order (Doc no. 32) filed on February 27, 2004, as follows:

        Plaintiffs' experts reports -- **July 1, 2004**

        Defendant's experts reports -- **August 15, 2004**

        Plaintiffs' expert report replies -- **October 1, 2004**

        Discovery Deadline with respect to experts on class issues - **November 1, 2004**

2. The plaintiffs' counsel and the defendant's counsel have recently engaged in productive settlement negotiations. While a settlement has not been reached, negotiations are ongoing.

3. In light of these ongoing negotiations, both plaintiffs and the defendant ask that the deadlines for expert reports be extended as follows:

        Plaintiffs' experts reports -- **September 1, 2004**

1

Defendant's experts reports -- **October 15, 2004**

Plaintiffs' expert report replies -- **November 15, 2004**

Discovery Deadline with respect to experts on class issues - **December 1, 2004**

Wherefore, for the above-stated reasons, the movants respectfully request that this Honorable

Court grant an extension of time for expert reports as stated.

Respectfully submitted,


s/ David D. Kammer_____
PAUL H. TOBIAS (OH Bar No. 0032415)
DAVID D. KAMMER (OH Bar No. 0061808)
**TOBIAS, KRAUS & TORCHIA**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863
TKT@TKTlaw.com

BARRY V. FREDERICK (*pro hac vice*)
SUSAN DONAHUE (*pro hac vice*)
**WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.**
The Kress Building
301 19th Street North
BIRMINGHAM, AL 35203
Telephone: (205) 314-0592
Facsimile: (205) 254-1500
sgd@wcqp.com

DAVID SANFORD (*pro hac vice*)
**SANFORD, WITTELS, & HEISLER, L.L.P.**
2121 K St. N.W.
Suite 700
Washington, D.C. 20037
Telephone: (202) 942-9124
Fax number: (202) 628-8189
dsanford@davidsanford.com

2

*Attorneys for Plaintiffs*

s/Gregory Parker Rogers_____
LAWRENCE J. BARTY (0016002)
PATRICIA ANDERSON PRYOR (0069545)
GREGORY PARKER ROGERS (0042323)
ROGER A. WEBER (0001257)
**TAFT, STETTINIUS & HOLLISTER LLP**
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

*Attorneys for Defendant*