# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

---

VIVIAN BERT, et. al.,
    Plaintiffs,

  vs                                          Case No. C-1-02-467
                                                 (Beckwith, J.)
AK STEEL CORPORATION,         (Hogan, M.J.)
    Defendant.

---

## ORDER

---

      This matter is before the Court on the Joint Motion to Extend Deadlines for Expert Reports (Doc. 39).

      The parties jointly request that, in light of ongoing settlement negotiations, the discovery deadlines for expert reports be extended. For the reasons stated in the Motion, the parties' request is granted, and this Court's Calendar Order is amended to reflect the following deadlines:

1)    Plaintiffs' experts reports - September 1, 2004
2)    Defendant's experts reports - October 15, 2004
3)    Plaintiffs' expert report replies -November 15, 2004
4)    Discovery Deadline with respect to experts on class issues -December 1, 2004

SO ORDERED.


Date:  July 7, 2004              *s/Timothy S. Hogan*
                                            Timothy S. Hogan
                                            United States Magistrate Judge