UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

C-1-02-467

| | | |
|---|---|---|
| VIVIAN BERT, et al. | ) | Case No. ~~C-1-02-586~~ |
| | ) | |
| Plaintiffs, | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| | ) | |
| AK STEEL, | ) | MOTION TO ADMIT |
| | ) | HERMAN N. JOHNSON, JR., ESQ. |
| Defendant. | ) | PRO HAC VICE |

To the Clerk of the Court and all parties of records:

Pursuant to Local Rules, Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the court to admit *pro hac vice* Herman N. Johnson, Jr., member of the bars of the States of Alabama and Tennessee, to appear as co-counsel for Plaintiffs in this case. A certificate of good standing for Mr. Johnson from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Court, is tendered with this Motion. Also attached is a proposed Order.

Respectfully submitted,

_____
Paul H. Tobias - 0032415
TOBIAS, KRAUS & TORCHIA
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
Tel. (513) 241-8137
Fax (513) 241-7863
tkt@tktlaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the above and foregoing has been served via United States Mail, first class postage prepaid to:

Jill T. O'Shea, Esq.
Atrium II
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201-0960
Tel (513) 287-2062
Fax (513) 287-3810

Gregory V. Mersol, Esq.
John B. Lewis, Esq.
BAKER & HOSTETLER, LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Tel. (216) 621-0200
Fax (216) 696-0740

This the 21 day of January, 2005.

_____
Paul H. Tobias – 0032415