## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al. | ) | Case No. C-1-02-586 |
| | ) | |
| **Plaintiffs,** | ) | Judge Sandra S. Beckwith |
| | ) | Magistrate Judge Timothy S. Hogan |
| v. | ) | |
| | ) | |
| AK STEEL, | ) | |
| | ) | **AFFIDAVIT OF** |
| CINERGY CORP., | ) | **HERMAN N. JOHNSON, JR. IN** |
| | ) | **SUPPORT OF MOTION FOR HIS** |
| Defendant. | ) | **ADMISSION PRO HAC VICE** |

Now comes Herman N. Johnson, Jr. and, after being duly cautioned and sworn, for his affidavit states:

1.  I am Herman N. Johnson, Jr., and I have taken and passed the Bar Examinations of the States of Alabama and Tennessee and have been admitted as an attorney at law by and before the Alabama Supreme Court and the Tennessee Supreme Court, which are the highest courts of the States of Alabama and Tennessee respectively.

2.  I am currently in good standing as a member of the bars of the States of Alabama and Tennessee.

3.  I have neither failed nor taken the Ohio Bar Exam.

4.  There are currently no disciplinary actions or contempt proceedings against me before any court or administrative body.

5.  I am aware of the contents of the Rules Governing the Courts of Ohio and the Local Rules of the United States District Court, Southern District of Ohio,

Western Division, having reviewed all said rules.

6.     Local counsel in the above-styled action includes the movant.

Further affiant sayeth naught.


_____
Herman N. Johnson, Jr.


Sworn to and subscribed in my presence this ___19th___ day of __January__, 2005.


_____
Notary Public

My Commission Expires: __8-2-07__

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **HERMAN N. JOHNSON, JR** was duly admitted to practice in said Court on **June 29, 2004**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 19, 2005.

PERRY D. MATHIS, CLERK

By: _Shirley Brown_
Deputy Clerk

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served via United States Mail, first class postage prepaid to:

Jill T. O'Shea, Esq.
Atrium II
139 East Fourth Street
P.O. Box 960
Cincinnati, OH 45201-0960
Tel (513) 287-2062
Fax (513) 287-3810

Gregory V. Mersol, Esq.
John B. Lewis, Esq.
BAKER & HOSTETLER, LLP
3200 National City Center
1900 East Ninth St.
Cleveland, OH 44114-3485
Tel. (216) 621-0200
Fax (216) 696-0740

This the 2 day of January, 2005.

Paul H. Tobias – 0032415

Fri Jan 21 15:55:25 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 425462
Cashier       mcl

Tender Type  CHECK

Check Number: 046271

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /  1

DO Code    Div No     Acct
4661        1        6855XX

Amount          $    50.00

WIGGINS CHILDS QUINN & PANTAZIS

PRO HAC VICE 1:02CV586  C-1-02-467

Fri Jan 21 15:55:25 2005

Check No. 046271
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661