UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiffs

v.   Case No. 1:02-cv-467

AK Steel,
    Defendant

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Admission of attorney Herman N. Johnson, Jr. (Doc. 48).

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Herman N. Johnson, Jr. is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**

January 26 2005   s/Sandra S. Beckwith
Date   Sandra S. Beckwith, Chief Judge
   United States District Court