UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JAN 26 PM 1:54

| | | |
|---|---|---|
| VIVIAN BERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. C-1-02-467 |
| | ) | Judge Beckwith |
| AK STEEL CORPORATION, | ) | Magistrate Judge Hogan |
| | ) | |
| Defendant. | ) | |

To the Clerk of the Court and all parties of records:

Pursuant to Local Rules, Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the court to admit *pro hac vice* Allison W. Lowell, member of the bar of the State of Alabama, to appear as co-counsel for Plaintiffs in this case. A certificate of good standing for Ms. Lowell from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed Order.

Respectfully submitted,

Paul H. Tobias - 0032415
TOBIAS, KRAUS & TORCHIA
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
Tel. (513) 241-8137
Fax (513) 241-7863
tkt@tktlaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel of record by placing a true and correct copy of same in the U.S. Mail, first-class, postage prepaid and properly addressed, as noted below, the _26th_ day of _January_ 2005.

Gregory Parker Rogers, Esq.
Lawrence James Barty, Esq.
Patricia Anderson Pryor, Esq.
Taft, Stettinius & Hollister, LLP
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202

_____
OF COUNSEL

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis  
Clerk

Sharon Harris  
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **ALLISON W. LOWELL** was duly admitted to practice in said Court on **October 21, 2004**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 18, 2005.

PERRY D. MATHIS, CLERK

By: *Shirley Brown*  
Deputy Clerk