```
Wed Jan 26 14:02:07 2005

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.   100 425490
Cashier       sj1

Tender Type   CHECK

Check Number: 046226

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /  1

DO Code    Div No     Acct
 4661        1       6855XX

Amount              $    50.00

WIGGINS CHILDS QUINN & PANTAZIS PC

PRO HAC VICE FOR ALLISON W LOWELL



Wed Jan 26 14:02:07 2005

Check No. 046226
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```