FILED
JAMES BONINI
CLERK

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

05 JAN 26 PM 1:54

| | |
|---|---|
| **VIVIAN BERT, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO. C-1-02-467** |
| ) | **Judge Beckwith** |
| **AK STEEL CORPORATION,** ) | **Magistrate Judge Hogan** |
| ) | |
| **Defendant.** ) | |

To the Clerk of the Court and all parties of records:

Pursuant to Local Rules, Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves the court to admit *pro hac vice* Barry V. Frederick, member of the bar of the State of Alabama, to appear as co-counsel for Plaintiffs in this case. A certificate of good standing for Mr. Frederick from the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Courts, is tendered with this Motion. Also attached is a proposed Order.

Respectfully submitted,

Paul H. Tobias - 0032415
TOBIAS, KRAUS & TORCHIA
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
Tel. (513) 241-8137
Fax (513) 241-7863
tkt@tktlaw.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing has been served upon the following counsel of record by placing a true and correct copy of same in the U.S. Mail, first-class, postage prepaid and properly addressed, as noted below, the ___26___ day of January, 2005.

Gregory Parker Rogers, Esq.
Lawrence James Barty, Esq.
Patricia Anderson Pryor, Esq.
Taft, Stettinius & Hollister, LLP
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202

_____
OF COUNSEL

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **BARRY V. FREDERICK** was duly admitted to practice in said Court on **November 19, 1982**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 18, 2005.

PERRY D. MATHIS, CLERK

By: *Shirley Brown*
Deputy Clerk