```
Wed Jan 26 13:59:51 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 425489
Cashier           sj1

Tender Type  CHECK

Check Number: 046225

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /   1

DO Code    Div No      Acct
  4661        1       6855XX

Amount          $     50.00

WIGGINS CHILDS QUINN & PANTAZIS PC

PRO HAC VICE FOR BARRY V FREDERICK 1:02C
V467




Wed Jan 26 13:59:51 2005

Check No. 046225
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```