## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiffs

v.                                            Case No.  1:02-cv-467

AK Steel,
    Defendant

### ORDER

      This matter is before the Court on Plaintiffs' Motion for Admission of attorneys Allison W. Lowell and Barry V. Frederick (Docs. 50 & 51).

      **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorneys Allison W. Lowell and Barry V. Frederick are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

      **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**

<u>January 28, 2005</u>                                       <u>s/Sandra S. Beckwith</u>
Date                                                   Sandra S. Beckwith, Chief Judge
                                                        United States District Court