FILED
JAMES BONINI
CLERK

**UNITED STATES DISTRICT COURT** JAN 31  PM 3: 56
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

WEST DIV CINCINNATI

| | | |
|---|---|---|
| VIVIAN BERT, et al. | ) | **CASE NO. C-1-02-467** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Sandra S. Beckwith** |
| | ) | **Magistrate Judge Timothy S. Hogan** |
| v. | ) | |
| | ) | |
| AK STEEL, | ) | **MOTION TO ADMIT** |
| | ) | **ROBERT F. CHILDS, JR., ESQ.** |
| Defendant. | ) | **PRO HAC VICE** |

To the Clerk of the Court and all parties of records:

Pursuant to Local Rules, Paul H. Tobias, Esq., trial attorney for Plaintiffs, respectfully moves

the court to admit *pro hac vice* Robert F. Childs, Jr., member of the bar of the State of Alabama, to

appear as co-counsel for Plaintiffs in this case. A certificate of good standing for Mr. Childs from

the State of Alabama is enclosed. A check for $50.00, payable to the Clerk of the Court, is tendered

with this Motion. Also attached is a proposed Order.

Respectfully submitted,

Paul H. Tobias - 0032415
TOBIAS, KRAUS & TORCHIA
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202
Tel. (513) 241-8137
Fax (513) 241-7863
tkt@tktlaw.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been served via United States Mail, first class postage prepaid to:

Gregory Parker Rogers
Lawrence James Barty
Patricia Anderson Pryor
Taft, Stettinius & Hollister
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202

This the 31 day of January, 2005.

_____
Paul H. Tobias – 0032415