## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **ROBERT F. CHILDS** was duly admitted to practice in said Court on **NOVEMBER 08, 1972**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 21, 2005.

PERRY D. MATHIS, CLERK

By: *[signature]*
Deputy Clerk

```
Mon Jan 31 15:55:44 2005

        UNITED STATES DISTRICT COURT

           CINCINNATI, OH

Receipt No.   100 425539
Cashier       sjl

Tender Type  CHECK

Check Number: 046281

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount            $      50.00

WIGGINS CHILDS QUINN & PANTAZIS PC

PRO HAC VICE ROBERT CHILDS 1:02-CV-467




Mon Jan 31 15:55:44 2005

Check No. 046281
Amount:    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```