## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiffs

v.                             Case No.  1:02-cv-467

AK Steel,
    Defendant

**ORDER**

    This matter is before the Court on Plaintiffs' Motion for Admission of attorney Robert F. Childs, Jr., (Doc. 53).

    **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and attorney Robert F. Childs is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

    **All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at:  Ms. Lisa Wright at 614.719.3222, to register for Electronic Case Filing as soon as practicable.**

February 2, 2005                        s/Sandra S. Beckwith
Date                                     Sandra S. Beckwith, Chief Judge
                                         United States District Court