UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. C-1-02-467 |
| | ) | Judge Beckwith |
| AK STEEL CORPORATION, | ) | Magistrate Judge Hogan |
| | ) | |
|     Defendant. | ) | |

**JOINT MOTION FOR ONE-WEEK EXTENSION
FOR EXCHANGE OF EXPERT REPORTS**

    The Plaintiffs and the Defendant respectfully move this honorable Court for an Order extending the deadlines for exchange of their expert reports by one week.. As grounds for this Motion, the parties state as follows:

    1.    On January 4, 2005, this Court entered an Order establishing the following dates for the parties to exchange expert reports:

- Plaintiffs' Expert Reports    February 22, 2005

- Defendant's Expert Reports    March 22, 2005

- Plaintiffs' Expert Replies    April 22, 2005

    2.    While the experts have been working hard to review and analyze the voluminous documents that are involved in this case, it is going to be difficult for them to meet the present deadlines established for the exchange of expert reports. The parties have, therefore, agreed that a one-week extension of the dates on which they will exchange expert reports is warranted.

3.   Further, a one-week extension of the dates on which the parties will exchange expert reports will not disturb the two other dates established in this Court's January 4, 2005 Order. In other words, as established by this Court's January 4, 2005 Order, May 23, 2005 will remain the deadline for the end of class discovery, and June 7, 2005 will remain the deadline for the filing of the Plaintiffs' Motion for Class Certification.

WHEREFORE, premises considered, the parties jointly request that this Court extend by one-week the deadlines for exchange of their expert reports as follows:

- **Plaintiffs' Expert Reports**       **March 1, 2005**
- **Defendants' Expert Reports**       **March 29, 2005**
- **Plaintiffs' Expert Replies**       **April 29, 2005**

Respectfully submitted this the 11th day of February, 2005,

s/ *Susan Donahue*
Robert F. Childs (*pro hac vice*)
Barry V. Frederick (*pro hac vice*)
Herman Nathaniel Johnson, Jr. (*pro hac vice*)
Susan Gale Donahue (*pro hac vice*)
Allison W. Lowell (*pro hac vice*)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)

Paul Henry Tobias (OH bar No. 0032415)
David Donald Kammer
TOBIAS, KRAUS & TORCHIA
414 Walnut Street

Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)


David W. Sanford (*pro hac vice*)
SANFORD, WITTELS & HEISLER, L.L.P.
2121 K Street N.W.
Suite 700
Washington, D.C. 20037
(202) 942-9124
(202) 628-8189 (facsimile)

*Attorneys for the Plaintiffs*



**s/ *Lawrence James Barty***
Lawrence James Barty
Gregory P. Rogers (OH Bar No. 0042323)
Patricia Anderson Pryor
TAFT, STETTINIUS & HOLLISTER
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 357-9349
(513) 357-8720 (facsimile)

*Attorneys for the Defendant*