UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,

    Plaintiff(s),

    v.

AK Steel Corporation,

    Defendant(s).

Case No. 1:02cv0467
(Beckwith, J.; Hogan, MJ)

ORDER

    This case is before the Court on the parties' joint motion for a one week extension for the exchange of expert reports (Doc. 56). For good cause shown, the motion is hereby **GRANTED**.

    The deadline for the exchange of expert reports is as follows:

| | |
|---|---|
| Plaintiffs' Expert Reports deadline: | March 1, 2005 |
| Defendants' Expert Reports deadline: | March 29, 2005 |
| Plaintiffs' Expert Replies deadline: | April 29, 2005 |

SO ORDERED.

Date 2/14/05
awh  February 14, 2005

Timothy S. Hogan
United States Magistrate Judge