UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

    v.                                              Case No. 1:02cv0467
                                                (Beckwith, J.; Hogan, M.J.)

AK Steel Corporation,
    Defendant(s).

## NOTICE

     Please take notice that the above-captioned case has been set for a Informal Discovery Conference via telephone before the Honorable Timothy S. Hogan on:

**Wednesday, February 16, 2005, at 2:00 pm**

Parties are instructed to contact the Court (5) minutes before the conference start time at (513)564-7650.

                                                      Timothy S. Hogan
                                                       United States Magistrate Judge


                                                        s/Arthur W. Hill
                                                       Courtroom Deputy

cc:   All Counsel
awh     February 16, 2005