# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION



FILED
JAMES BONINI
CLERK

Vivian Bert, et al.,
       Plaintiff(s),

2005 FEB 16  PM 2: 22

       v.

Case No. C-1-02-0467
(Beckwith, J.; Hogan, M.J.)

AK Steel Corporation,
       Defendant(s).

## CIVIL MINUTES
### for an
### Informal Discovery Conference
### before the

## HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Linda Smith
**COURT REPORTER:** *none present*
**DATE:** February 16, 2005        **TIME:** 2:00 pm

Attorney for Plaintiff(s):_____      Attorney for Defendant(s):_____

*David Kammer*              *Gregory Rogers*

*Robert Childs*
*Herman Johnson, Jr.*

## PROCEDURES

_____Counsel Present.

Remarks: *Parties to submit one page brief with respect to discovery dispute to Court by February 23, 2005. Informal Discovery Conference continued to February 23, 2005 @ 2:00pm.*