UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

    v.                                  Case No. 1:02cv0467
                                          (Beckwith, J.; Hogan, M.J.)

AK Steel Corporation,
    Defendant(s).

## NOTICE

    Please take notice that the above-captioned case has been continued for an Informal Discovery Conference via telephone before the Honorable Timothy S. Hogan on:

**Wednesday, February 23, 2005, at 2:00 pm**

Parties are instructed to contact the Court (5) minutes before the conference start time at (513)564-7650.

                                          Timothy S. Hogan
                                          United States Magistrate Judge


                                          s/Arthur W. Hill
                                          Courtroom Deputy

cc:    All Counsel
awh    February 16, 2005