**FILED**

FEB 2 3 2005

JAMES BONINI, Clerk
CINCINNATI, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

v.

AK Steel Corporation,
    Defendants.

Case No. 1:02cv0467
(Beckwith, J.; Hogan, M.J.)

## CIVIL MINUTES
for an
Informal Discovery Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Linda Smith
**COURT REPORTER:** none present
**DATE:** February 23, 2005    **TIME:** 2:00 pm

Attorney for Plaintiff(s): _David Kammer_
_Herman Johnson, Jr._

Attorney for Defendant(s): _Gregory Rogers_

### PROCEDURES

__✓__ Counsel Present. _via telephone_

__✓__ Discovery conference held.

____ Case continued for ____

__✓__ Court Order/Memorandum to follow.

____ Other ____