UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,

    Plaintiff(s),

    v.

AK Steel Corporation,

    Defendant.

Case No. 1:02cv0467
(Beckwith, J.; Hogan, MJ)

ORDER

This case is before the Court on the parties Joint motion to extend the current scheduling order (Doc.65). For good cause shown, the motion is hereby **GRANTED**.

    Plaintiffs' amended expert report shall be due: April 18, 2005.

    Defendant's expert report shall be due: May 18, 2005.

    Plaintiffs' expert reply shall be due: June 17, 2005

    Discovery Deadline: August 1, 2005.

    Motion for class certification shall be due: August 15, 2005.

SO ORDERED.

Date 3/31/05

awh   March 31, 2005

Timothy S. Hogan
United States Magistrate Judge