UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | **JOINT MOTION FOR** |
| AK STEEL CORPORATION, | : | **STAY OF PROCEEDINGS** |
| | : | |
| Defendant. | : | |

The parties recently completed their exchange of expert reports. Since the final expert report was served, the Plaintiffs and Defendant have opened settlement discussions. Because of the nature and complexity of the pending action, the parties are in agreement that it will take several discussions and possibly mediation to determine whether a settlement can be achieved. Therefore, in order to avoid the accrual of potentially unnecessary legal fees and in order to allow the parties to focus exclusively on these settlement efforts, the parties request the Court to stay all further proceedings for sixty (60) days. If the Court grants this request, the parties will file a status report in thirty (30) days to keep the Court abreast of the progress of the settlement discussions.

Respectfully submitted,

| | |
|---|---|
| s/ Gregory Parker Rogers | s/ Robert F. Childs |
| Lawrence J. Barty (0016002) | Robert F. Childs (*pro hac vice*) |
| Patricia Anderson Pryor (0069545) | Barry V. Frederick (*pro hac vice*) |
| Gregory Parker Rogers (0042323) | Herman Nathaniel Johnson, Jr. (*pro hac vice*) |
| Roger A. Weber (0001257) | Susan Gale Donahue (*pro hac vice*) |
| Taft, Stettinius & Hollister LLP | Allison W. Lowell (*pro hac vice*) |
| 425 Walnut Street, Suite 1800 | Wiggins, Childs, Quinn & Pantazis, LLC |
| Cincinnati, Ohio 45202-3957 | The Kress Building |
| (513) 381-2838 | 301 19th Street North |
| (513) 381-0205 (fax) | Birmingham, Alabama 35203 |
| | (205) 314-0500 |
| Attorney for Defendant | (205) 254-1500 (fax) |
| AK Steel Corporation | |

{W0495643.1}

Paul Henry Tobias (OH Bar No. 0032415)
David Donald Kammer
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio  45202
(513) 241-8237
(513) 241-7863 (fax)

David W. Sanford *(pro hac vice)*
Sanford, Wittels & Heisler, L.L.P.
2121 K Street, N.W.
Suite 700
Washington, D.C.  20037
(202) 942-9124
(202) 628-8189 (fax)

Attorneys for the Plaintiffs