UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | |
| AK STEEL CORPORATION, | : | **JOINT STATUS REPORT** |
| | : | |
| Defendant. | : | |

This constitutes the parties' status report concerning their settlement efforts. The parties have exchanged initial offers and expect to engage in intensive discussions during the next few weeks.

Respectfully submitted,

| | |
|---|---|
| s/ Gregory Parker Rogers | s/ Robert F. Childs |
| Lawrence J. Barty (0016002) | Robert F. Childs (*pro hac vice*) |
| Patricia Anderson Pryor (0069545) | Barry V. Frederick (*pro hac vice*) |
| Gregory Parker Rogers (0042323) | Herman Nathaniel Johnson, Jr. (*pro hac vice*) |
| Roger A. Weber (0001257) | Susan Gale Donahue (*pro hac vice*) |
| Taft, Stettinius & Hollister LLP | Allison W. Lowell (*pro hac vice*) |
| 425 Walnut Street, Suite 1800 | Wiggins, Childs, Quinn & Pantazis, LLC |
| Cincinnati, Ohio 45202-3957 | The Kress Building |
| (513) 381-2838 | 301 19th Street North |
| (513) 381-0205 (fax) | Birmingham, Alabama 35203 |
| | (205) 314-0500 |
| Attorney for Defendant | (205) 254-1500 (fax) |
| AK Steel Corporation | |
| | Paul Henry Tobias (OH Bar No. 0032415) |
| | David Donald Kammer |
| | Tobias, Kraus & Torchia |
| | 414 Walnut Street |
| | Suite 911 |
| | Cincinnati, Ohio 45202 |
| | (513) 241-8237 |
| | (513) 241-7863 (fax) |
| | |
| | David W. Sanford (*pro hac vice*) |
| | Sanford, Wittels & Heisler, L.L.P. |
| | 2121 K Street, N.W. |

{W0511682.1}

Suite 700
Washington, D.C.  20037
(202) 942-9124
(202) 628-8189 (fax)

Attorneys for the Plaintiffs