UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | **JOINT MOTION FOR** |
| AK STEEL CORPORATION, | : | **EXTENSION OF DEADLINES AND** |
| | : | **FOR LEAVE TO FILE 35 PAGE** |
| Defendant. | : | **PRINCIPAL BRIEFS ON ISSUE** |
| | | **OF WHETHER TO CLASS CERTIFY** |

The parties jointly file this motion and respectfully request that this Court extend the class certification motion deadlines in this matter. Plaintiffs' motion for class certification is currently due October 17, 2005. The parties jointly request that the deadlines with respect to this motion be extended as follows:

        Plaintiffs' motion for class certification: October 31, 2005

        Defendant's response: November 30, 2005

        Plaintiff's reply: December 21, 2005

This requested extension is only a moderate extension and is requested due to counsel's schedules, the holidays and Plaintiffs' counsel's participation in a legal proceeding in Mali, Africa during this period.

The parties do not currently anticipate that any further delays will be necessitated in this matter.

{W0549181.1}

The parties also request leave to file 35-page principal briefs on the issue of class certification.

Respectfully submitted,

s/ Gregory Parker Rogers
Lawrence J. Barty (0016002)
Patricia Anderson Pryor (0069545)
Gregory Parker Rogers (0042323)
Roger A. Weber (0001257)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Attorney for Defendant
AK Steel Corporation

s/ Robert F. Childs
Robert F. Childs (*pro hac vice*)
Barry V. Frederick (*pro hac vice*)
Herman Nathaniel Johnson, Jr. (*pro hac vice*)
Susan Gale Donahue (*pro hac vice*)
Allison W. Lowell (*pro hac vice*)
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (fax)

Paul Henry Tobias (OH Bar No. 0032415)
David Donald Kammer
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8237
(513) 241-7863 (fax)

David W. Sanford *(pro hac vice)*
Sanford, Wittels & Heisler, L.L.P.
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 942-9124
(202) 628-8189 (fax)

Attorneys for the Plaintiffs