```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF OHIO
 3                  WESTERN DIVISION
 4    ------------------------------------
                                        :
 5    VIVIAN BERT, et al.,              :
                                        :
 6          Plaintiffs,                 :
                                        :
 7       vs.                            :       CASE NO.
                                        :       C-1-02-467
 8    AK STEEL CORPORATION,             :
                                        :
 9          Defendant.                  :
                                        :
10    ------------------------------------
11
12         Deposition of:  SUSAN R. LESTER
13         Taken:          By the Plaintiffs
                           Pursuant to Notice
14
           Date:           February 16, 2005
15
           Time:           Commencing at 8:02 a.m.
16
           Place:          Taft, Stettinius &
17                          Hollister, LLP
                           425 Walnut Street
18                         Suite 1800
                           Cincinnati, Ohio  45202
19
           Before:         Karen Volk, RPR
20                         Notary Public - State of Ohio
21
22
23                    ORIGINAL
24
25
```

Ace Reporting Services  (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

```
 1   APPEARANCES:
 2
          On behalf of the plaintiffs:
 3
              Robert F. Childs, Jr., Esq.(via telephone)
 4                 of
              Wiggins, Childs, Quinn & Pantazis
 5            301 19th Street
              North Kress Building
 6            Birmingham, Alabama  35203
 7                 and
 8            David D. Kammer, Esq.
                   of
 9            Tobias, Kraus & Torchia
              911 Mercantile Library Building
10            414 Walnut Street
              Cincinnati, Ohio  45202
11
12        On behalf of the defendant:
13            Gregory Parker Rogers, Esq.
                   of
14            Taft, Stettinius & Hollister, LLP
              425 Walnut Street
15            Suite 1800
              Cincinnati, Ohio  45202
16
                   and
17
              Stephanie Bisselberg, Esq.
18                 of
              AK Steel Corporation
19            703 Curtis Street
              Middletown, Ohio  45043
20
21        Also Present:
22            Phyllis Short
23                      - - -
24
25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I N D E X


SUSAN R. LESTER                                    PAGE

    Cross-Examination by Mr. Childs                4
    Examination by Mr. Rogers                     131


EXHIBITS                          MARKED    REFERENCED

    Exhibit  1                       5           5


                          - - -

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620   Cincinnati, Ohio  45202**

```
 1                    SUSAN R. LESTER
 2   of lawful age, a witness herein, being first duly
 3   sworn as hereinafter certified, was examined and
 4   deposed as follows:
 5                  CROSS-EXAMINATION
 6   BY MR. CHILDS:
 7       Q.    State your name for the record, please,
 8   ma'am.
 9       A.    Susan Lester.
10       Q.    Susan, by whom are you employed?
11       A.    AK Steel Corporation.
12       Q.    And where do you work for AK Steel?
13       A.    Ashland, Kentucky.
14       Q.    All right.  What position are you in?
15       A.    I'm the manager of human resources.
16       Q.    How long have you been the manager of
17   human resources?
18       A.    I've been in that position since '93.
19       Q.    And what do you do as the manager of human
20   resources?
21       A.    I take care of all recruiting and hiring.
22       Q.    Is that the bulk of your work as an HR
23   manager, involved in recruiting and hiring?
24       A.    I do salary administration work, also.
25       Q.    Do you have anybody else that assists you
```

1    in performing this recruiting, hiring, salary

2    administration duties for the Ashland plant?

3          A.    No, sir.

4          Q.    You've handled these, either yourself or

5    under your supervision and control, since 1993?

6          A.    Yes, sir.

7          MR. CHILDS:  All right.  Ms. Court

8          Reporter, do you have a copy of the notice of

9          30(b)6 deposition?

10         THE COURT REPORTER:  Yes.

11         MR. CHILDS:  Would you mark that as

12         Exhibit 1, please?

13         (Exhibit 1 was marked for identification.)

14         MR. CHILDS:  Greg, I would, for the

15         record, like for you to indicate that

16         Ms. Lester is being produced by the company --

17         or the defendant in this case, AK Steel, to

18         answer the questions posed by paragraph 2 in

19         this notice of 30(b)6 deposition, is that

20         correct, at least for the Ashland plant?

21         MR. ROGERS:  AK Steel designates Susan

22         Lester to answer your questions concerning

23         paragraph 2 of the notice concerning the

24         Ashland Works.

25         MR. CHILDS:  As its 30(b)6 witness?

1           MR. ROGERS:  Yes.

2           MR. CHILDS:  All right.

3    Q.   Let me ask you this question.  We'll go

4 back and finish up in just a second.

5           Prior to being the manager of HR at

6 Ashland, before '93, did you work at AK Steel before

7 then?

8    A.   Yes, sir.

9    Q.   What positions did you hold before you

10 your manager of HR position?

11    A.   I was -- since 1974 when I hired in I was

12 a training assistant and personnel representative,

13 both in training and employment.

14    Q.   Okay.  So you've been an AK Steel employee

15 for most of your adult life then?

16    A.   That's correct.

17    Q.   Okay.  And has the whole time been spent

18 at the Ashland Works?

19    A.   Yes, sir.

20    Q.   Okay.  Most of the questions, as you can

21 see based on the 30(b)(6) notice, are going to be

22 addressed to the time frame of January 1st, 2000 to

23 the present.  And I will remind you and try to remind

24 you about your responses in that regard, keeping it

25 to that time frame.  Basically that's where we're

1    looking, January of 2000 to the present.

2        A.    Okay.

3        Q.    Would you tell me exactly what the Ashland

4    Works is composed of?  Are there one or two plants

5    there?  Exactly what does AK Steel have at the

6    Ashland Works?

7        A.    We have two facilities.  They're both

8    considered Ashland Works but they're at two different

9    locations.

10       Q.    Would you describe those for the record,

11   ma'am?

12       A.    Yes.  We have a coke making facility where

13   you produce coke out of coal.  Then that is sent by

14   railcars to the main steel plant.  At the main steel

15   plant you have a blast furnace, you have a basic

16   oxygen shop, a caster.  We don't do any rolling at

17   Ashland but we do get some quales back because we

18   have a finish line that puts a zinc coating on the

19   steel.

20       Q.    Okay.  Are those called basically the Coke

21   Works and the West Works?

22       A.    Yes, sir.

23       Q.    How many employees work at the Coke Works?

24       A.    About 400.

25       Q.    How many work at the West facility?

A. 800.

Q. West Works, I guess.

A. Yes.

Q. Okay. And, in doing your recruiting and hiring, do you hire for hourly positions at both of those facilities?

A. Yes, sir.

Q. And has there been hiring that has occurred at both of these facilities since January of 2000?

A. Yes, sir.

Q. Has there been any hiring since January of 2004?

A. Yes.

Q. Do you have records or anything that would reflect the total number of hires that have occurred since January of 2004?

A. No, sir.

Q. Do you, in fact, know, however, that there have been hires since January of 2004?

A. There's been limited hiring in the salary ranks.

Q. Has there been any hiring of any hourly ranks?

A. I can't say for sure.

```
 1         Q.    Okay.  Let me ask you this question.  Is
 2   there an entry level position -- hourly position for
 3   which you hire at Ashland?
 4         A.    Yes.
 5         Q.    What is that entry level hourly position
 6   called?
 7         A.    Would we be talking about the Coke Plants
 8   or the West Works?
 9         Q.    Give me the Coke Plant first.
10         A.    Coke Plant is heat relief labor and the
11   West Works is just labor.
12         Q.    Is that the same thing as production or is
13   that a different kind of position?
14              MR. ROGERS:  Objection to the form of the
15         question.  At what facility are you talking,
16         Bob?
17              MR. CHILDS:  I was looking through some
18         ads that you all had provided to us and it had
19         a job called production.  And I didn't know
20         whether that was the same thing as laborer or a
21         different position.
22              Maybe you can answer, Greg, as well as the
23         witness.  I'm just looking for some
24         clarification.
25         A.    Production would be any jobs that aren't
```

```
 1   maintenance.
 2         Q.   Any job that is not maintenance?
 3         A.   Yes, sir.
 4         Q.   All right.  Do you keep records, Phyllis,
 5   of hires into the Coke Plant and West Works?
 6              MR. KAMMER:  This one is Susan, not
 7         Phyllis.
 8              MR. CHILDS:  Susan, excuse me.
 9         Q.   Do you keep records of hires into the Coke
10   Plant and the West Works?
11         A.   Yes, sir.
12         Q.   Okay.  What kind of records do you
13   maintain of hires into these two facilities?
14         A.   Their employment application, once they're
15   hired, goes into a personnel file and then you have
16   the information in an applicant log.
17         Q.   Would you describe for me what the content
18   is of the applicant log, please, ma'am?
19         A.   This would have a person's name, race and
20   sex.
21         Q.   Anything else?
22         A.   The date of application.
23         Q.   Anything else?
24         A.   At times I'll have just notes for myself
25   on that but --
```

```
 1              Q.   Is that always complete with these notes?
 2              A.   No.
 3              Q.   On what occasions do you make notes as
 4       compared to when you do not?
 5              A.   Just more of a time thing.  If I have the
 6       time to put something in that database just as a
 7       reminder for me, I'll do that.  If I don't have the
 8       time, then I don't.  But I do always get their name
 9       and race and sex and date in that -- in that
10       applicant flow.
11              Q.   Do you keep track in this applicant flow
12       data of each step of the hiring process and whether
13       the employee makes it through each step?
14              A.   No, sir.
15              Q.   There are no logs that you would have from
16       January of 2004 which would show, in complete form,
17       in which step potential applicants at Ashland were
18       eliminated from the hiring process, is that correct?
19              A.   That's correct.
20              Q.   All right.  Do you know from this
21       applicant's -- I mean, is this chart that you're
22       talking about, is it entitled applicant flow chart or
23       applicant log?  What do you call it?
24              A.   I'm not sure that I've always put a title
25       on it.  It was an internal document that -- you know,
```

12

1    that I had.

2        Q.   If I wanted to be sure that we have this

3    applicant log that you are talking about, what's the

4    name of the document so I can be sure and ask your

5    attorneys to be sure I got it?

6        A.   I can't say.

7        Q.   So the top of the document -- do you keep

8    it on your computer or is it a hard copy document?

9        A.   We have entered AK database that we put

10    the applicant's name in, and it's like on our

11    intranet, and reports that get run don't get run by

12    me but are run off of that.  And then prior to that I

13    just had an Excel spreadsheet that I'm not sure I

14    even had a title on it, I just knew what it was.

15        Q.   Do you give this document, the applicant

16    log or this Excel spreadsheet, to anybody at the

17    Ashland Works?

18        A.   No, sir.

19        Q.   Do you give it to anybody at the

20    Middletown Works?

21        A.   No, sir.

22        Q.   Do you provide it to -- who do you report

23    to as manager of HR at Ashland?

24        A.   Phyllis Short.

25        Q.   Do you provide it to Phyllis as a manager?

1  What is she manager of, HR for AK Steel?

2       A.   Yes.

3       Q.   Do you provide this documentation to her?

4       A.   No, sir.

5       Q.   Okay.  So as far as you know you're the

6  only individual that has this applicant log?

7       A.   Yes, I am.

8       Q.   Okay.

9            MR. CHILDS:  Greg, I guess I would ask, is

10           that a copy of the three page document that we

11           got in Excel spreadsheet form for the period

12           2000 to 2002, or is this a different document

13           we're talking about?

14           MR. ROGERS:  No, in preparation on Monday

15           we went over it, it's -- what I had is what I

16           printed off from what I produced to you.

17           MR. CHILDS:  The same thing we talked

18           about?

19           MR. ROGERS:  Yes.

20           MR. CHILDS:  All right.

21      Q.   Let me ask you this, Ms. Lester.  How far

22  back do you have this applicant log information?

23      A.   I'm really not sure how far back I have

24  that.

25      Q.   Okay.  Do you think you have it back to

1    January of 2000?

2         A.    Yes.

3         Q.    Okay.  You don't know how much further

4    back you have it beyond that, is that right?

5         A.    That's right.

6         Q.    Okay.  Let's talk a little bit about these

7    entry level positions, the two positions that you

8    have at the Coke Plant and the West Works in Ashland.

9              Am I correct, everybody who comes to work

10   in an hourly position at Ashland starts either as a

11   heat relief laborer in the Coke Plant or a laborer in

12   the West Works, is that correct?

13        A.    Did you say everyone that comes to work at

14   Ashland Works?

15        Q.    In an hourly position.

16        A.    No, sir, that's not correct.

17        Q.    Okay.  What other positions do you hire

18   into at the Ashland Works?

19        A.    Well, there's your salary positions.

20        Q.    I'm talking about hourly --

21        A.    Okay.

22        Q.    -- not salary.

23        A.    I hire maintenance repairmen, I hire

24   overhead crane operators, I hire electronics repair,

25   I hire locomotive engineers.

1          So I have some specialty things that I

2  will hire for, also, straight into hourly.

3          Q.   This applicant flow log that you keep up,

4  do you have it broken down by job for which you do

5  your hiring?

6          A.   Yes.

7          Q.   So you can provide to us every laborer or

8  heat relief laborer that's been hired since January

9  of 2000, a list by name and race?

10         A.   Yes, sir.

11         Q.   Do you also, on this same piece of

12  information, have specialty jobs such as maintenance,

13  overhead crane, electrical repair and locomotive

14  engineer?

15         A.   Yes.

16         Q.   And you have logs -- applicant logs for

17  those particular individuals also?

18         A.   Yes.

19         Q.   And on none of these do you have

20  information that would be complete reflecting the

21  stage in the process that they were eliminated for

22  hire at your Ashland Works from January of 2000 to

23  present, is that correct?

24         A.   That's correct.

25         Q.   Do you have a judgment as to the total

1  number of laborers that have been hired at the

2  Ashland Works since January of 2000?

3      A.    No, sir.

4      Q.    Would these applicant logs that you have

5  reflect complete information, at least at the bottom

6  line, for all applicants who have applied through the

7  West Works and the Coke Plant at Ashland since

8  January of 2000?

9      A.    I lost you in part of that.  All

10  applicants that have applied --

11      Q.    For laborer positions at the Ashland Coke

12  Plant or West Works since January of 2000.

13      A.    I couldn't say for sure.  I may be -- I

14  could have missed one.

15      Q.    Okay.  Do you have anybody that assists

16  you in this listing?

17      A.    No, sir.

18      Q.    Other than this applicant flow log that

19  you keep, is there any other document that would

20  reflect the name and race of the individuals who had

21  applied for laboring positions at the Ashland Works

22  since January of 2000?

23      A.    There's a tear-off sheet off the

24  application that gives the race, you know, of an

25  applicant.  It will have that little tear off on the

1     bottom, that's a separate individual piece of paper.

2          Q.    So your application form has an

3     application with a tear-off sheet contained on it?

4          A.    Yes, sir.

5          Q.    All right.  And are the tear-off sheets

6     and applications both retained by you?

7          A.    Yes.

8          Q.    Do you have all of the tear-off sheets

9     from January of 2000 to the present?

10         A.    I couldn't say that I do for sure.

11         Q.    Okay.  Do you have -- do you do any kind

12    of process to try to assure yourself that you have

13    all the tear-off sheets for each applicant for

14    positions at the Ashland Works from January of 2000

15    to the present?

16         A.    No.  We would only keep the current and

17    one year past.  So, you know, to say that I had 2000

18    ones, all of them, I'm not real sure.

19         Q.    What do you -- you say you only keep the

20    present ones and the last year past.  What do you do

21    with the ones beyond that two year period?

22         A.    They are destroyed.

23         Q.    So you would not even have complete

24    tear-off sheets for Ashland for any other year other

25    than 2004 -- I'm sorry, 2005 and 2004, is that

```
 1    correct?
 2              MR. ROGERS:  Bob, when the lawsuit was
 3         filed there was an instruction not to throw
 4         things away.  So as of that date things were
 5         not thrown away.
 6         Q.   All right.  So how far back do you
 7    maintain and have tear-off sheets, please, ma'am?
 8         A.   I can't say.  When was the suit filed?
 9              MR. ROGERS:  June 26, 2002.
10         A.   2002.  Well, from that point on I would.
11         Q.   Can you say for sure that in those
12    tear-off sheets that you have, you have complete -- a
13    complete group of all tear-off sheets?
14         A.   No, I wouldn't say that to be totally 100
15    percent sure.
16         Q.   And you can also not say with any degree
17    of surety that your applicant log has a complete list
18    of all applicants by race from January of 2000 to the
19    present?
20         A.   I could have missed one or two.
21         Q.   Okay.  Why do you say you could have
22    missed one or two?
23         A.   Just a busy -- very busy job.  We do have
24    people that don't fill out an application that come
25    in and say they want to apply and they get an
```

1    the complete name, Kentucky department of employment,

2    is that right?

3         A.    It's the Bureau of Employment Services.

4         Q.    For Kentucky?

5         A.    Right.

6         Q.    Okay.  What other entities have you used

7    to be involved in the initial phase of your hiring

8    process?

9         A.    Our union contract has a civil rights

10   committee and the chairman of that civil rights

11   committee knows that I'm looking to increase the

12   diversity.  We're looking for minority candidates.

13   So he will bring me resumes of employees -- I mean

14   applicants that he feels would be good candidates, so

15   I can have resumes, also, that I consider.

16        Q.    Are there any other sources of

17   applications other than the Bureau of Employment

18   Services for Kentucky or the head of this civil

19   rights committee?

20        A.    We have had job fairs in the community

21   that I would go to and I would invite the chairman --

22   civil rights chairman to go with me, also.

23        Q.    Has the civil rights chairman been

24   different or is it the same person since January of

25   2000?

1    A.   I can't really remember if he was doing it

2  back then, but it hasn't changed.  So if anybody was

3  doing it, it was him.

4    Q.   Who is "him"?

5    A.   Rodney Cosby.

6    Q.   All right.  And do you know how long the

7  head of the civil rights committee has been involved

8  in any phase of the hiring process for the laborer

9  position at Ashland?

10    A.   I'm really not sure.  It's been several

11  years that we've worked together but --

12    Q.   What's your best judgment?

13    A.   Three, four years maybe.

14    Q.   Since 2000 forward?

15    A.   Possibly.

16    Q.   Okay.  So the first step in the process is

17  when you think there's going to be the need for

18  additional laborers you place an ad in the newspaper,

19  is that right?

20    A.   Yes, sir.

21    Q.   And what newspapers do you place ads in?

22    A.   Normally I use just the Ashland Daily.

23    Q.   Is that the only newspaper in Ashland?

24    A.   Yes, sir.

25    Q.   And you advertise -- you do not advertise

1    A.    I think I just call them production
2    workers, just to see generally what I get.
3        Q.    Okay.  So you don't actually say laborer,
4    you use production worker?
5        A.    That's correct.
6        Q.    Do you place in the ad any kind of minimum
7    qualifications that an individual must have in order
8    to apply for this production or laborer's position?
9        A.    I can't recall if I -- how specific I am
10   on that.
11       Q.    Is there anything to guide an applicant as
12   to any minimum qualifications for this laborer
13   position in the ad?
14       A.    I can't recall what all is in those ads.
15       Q.    Well, let me ask you this directly.  Is
16   there a minimum qualification for these
17   production/laborer positions that's been required by
18   AK Steel since January of 2000?
19       A.    Yes, sir.
20       Q.    What are the minimum qualifications for
21   this laborer/production job?
22       A.    You have to have a high school diploma or
23   GED and be 18 years old.
24       Q.    Has that been true since January of 2000?
25       A.    Yes, sir.

1          Q.    Had there been any other -- are there any

2    other minimum qualifications for these

3    laborer/production positions other than these two?

4          A.    No, sir.

5          Q.    Are there any preferred qualifications

6    that the company looks at for hiring into these

7    laborer positions -- laborer/production positions

8    other than these two?

9          A.    No, sir.

10         Q.    When you -- when you put an ad in the

11   paper, it looks like you may have done that, you

12   said, maybe three to five times since January of 2000

13   and you basically -- basically three newspapers, do

14   you tell the applicants or the people interested in

15   this job how much it's going to be paid -- how much

16   they're going to be paid as a production laborer?

17         A.    Yes, sir.

18         Q.    What is the general starting pay for a

19   production laborer?

20         A.    I'm not sure all the ads had the same

21   thing because they have a contract, you know, that

22   will give them an increase.  But right now it seems

23   like it's about $14.25 an hour, something like that.

24         Q.    And are the individuals informed or told

25   to apply at the Bureau of Employment Services for

1    Kentucky?

2         A.    Yes, sir.

3         Q.    Okay.  And are all applications that are

4    evaluated or that have been evaluated through ads

5    been required that these applications be sent to the

6    Bureau of Employment Services for Kentucky?

7         A.    Would you state that question again?

8         Q.    You're right, that wasn't a good question.

9    I'm trying to figure out, since January of 2000, have

10   applications for laborer/production jobs been

11   collected by anybody, any entity outside of AK Steel,

12   other than the Bureau of Employment Services for

13   Kentucky?

14            MR. ROGERS:  Do you understand the

15        question?

16        A.    I don't know if Mr. Cosby's involvement is

17   considered outside of AK Steel.  He's an AK Steel

18   employee.

19        Q.    I was talking about an entity outside of

20   either you or Mr. Cosby.

21        A.    No, sir.

22        Q.    And let me be sure I understand exactly

23   the name of this agency that collected it for you in

24   Kentucky.  Give me that name one more time.

25        A.    I'm trying to think of the -- the name of

1    the -- the Department of Employment Services, but

2    it's under the Bureau of -- Kentucky Training and

3    Development or something like that.  It's just your

4    local unemployment office.

5         Q.    Does it have one location?  Is there one

6    in Ashland?

7         A.    There's one in Ashland, there's one in

8    Ohio.  They're in several places.

9         Q.    Where are the employees who you are

10   evaluating for hiring into the production or laborer

11   positions told to apply, only at the Ashland

12   location?

13        A.    In the ad it's told to go to the Ashland

14   location.

15        Q.    Do you accept applications from anywhere

16   else?

17        A.    Yes.  Evidently.

18        Q.    Where else do you accept applications from

19   besides the Ashland office of the Department of

20   Employment Services for Kentucky?

21        A.    I don't accept them from anyplace else.

22   But the other local agencies are on an Internet type

23   arrangement.  The jobs are listed on America's Job

24   Bank.  So I do know that the Ironton branch and a

25   couple times maybe even the Huntington branch has

1  forwarded or contacted the Ashland office and asked

2  could they fax one of our applications to their

3  office, that they had someone interested in that job

4  and that person couldn't get to Ashland.  I know that

5  has happened because they have informed me of that.

6      Q.  Is the Ashland office of the Kentucky

7  Department of Employment Services authorized to

8  accept applications that are sent to them in this

9  manner?

10      A.  Yes, sir.

11      Q.  Okay.  And do you know out of your

12  applications for jobs since January of 2000 how many

13  such applications have been forwarded from other

14  agencies around Kentucky, Ohio, West Virginia to the

15  Ashland Department of Employment Services?

16      A.  No, I wouldn't know how many.

17      Q.  But you know it has happened on occasion?

18      A.  Yes, sir.

19      Q.  All right.  And then you have also

20  received applications from Rodney Cosby?

21      A.  Resumes from Rodney Cosby.

22      Q.  Is that not an application?

23      A.  Not at that time, no, sir.

24      Q.  What do you mean by "not at that time"?

25      A.  I mean a resume, and I'm going to get that

1    A.    I have all resumes since that point.  Now,

2    which ones were Cosby's and which ones were ones that

3    just got unsolicited and mailed in, you know, I

4    couldn't tell you.  But I have all those since that

5    suit.

6    Q.    Well, let me be sure, do you consider an

7    unsolicited resume or application that you get mailed

8    to you in the mail for hiring into a

9    laborer/production position, or are they all required

10   to go through either the Kentucky Department of

11   Employment Services or come through Rodney Cosby or

12   the job fair?

13            (Mr. Barty left the room.)

14   Q.    Let me restate that question.  Do you

15   accept a resume or an application that's sent in the

16   mail to you?

17   A.    All resumes, I keep them.  Normally I

18   would just maybe keep them three months.  The ones

19   since this suit, you know, of course I have them

20   longer than that.

21            Applications, no, I don't accept those

22   through the mail.

23   Q.    Okay.  If you get a resume in the mail,

24   what do you do with it, since the filing of this

25   suit, January of 2002?

1      A.    I stick it in a drawer.

2      Q.    Do you send an application out to a person

3  who sends you a resume?

4      A.    No, sir.

5      Q.    Do you send an application to everybody

6  that Rodney Cosby gives you a resume for?

7      A.    Yes, sir.

8      Q.    Okay.  Tell me how it operates at a job

9  fair.  How many of these have you gone to since

10  January of 2000?

11      A.    Four or five, maybe.

12      Q.    And where have those job fairs been?

13      A.    The Ashland Town Center Mall had a

14  community fair.

15      Q.    Ashland Town Center Mall?

16      A.    Yes, sir.

17      Q.    Okay.

18      A.    Marshall University in Huntington, West

19  Virginia.

20      Q.    Marshall University in Huntington, okay.

21      A.    Yes.  The Portsmouth, Ohio Bureau of

22  Employment had one.  I can't remember exactly where

23  that was in Portsmouth, Ohio, I went to that one.

24          These I invited Mr. Cosby to go along with

25  me.  There was one over in Ironton, Ohio.

1          Ironton, I-r-o-n-t-o-n, Ironton.  I went

2   to that one.

3          Q.    Tell me how these job fairs -- I'm sorry,

4   did I interrupt you?  Are there any others?

5          A.    Russell High School had a community job

6   fair.

7          Q.    Russell?

8          A.    Russell, Kentucky.

9          Q.    Okay.  Any others?

10         A.    I'm thinking.  The Ohio University branch

11  had a job fair, that's also in Ironton.  That was a

12  different one than the other one.  I went to that

13  also.

14         Q.    That's six.  Are there any more?

15         A.    That's all I can remember.

16         Q.    Would you know when these job fairs were,

17  what years?

18         A.    No, sir.

19         Q.    Tell me what happens at a job fair.

20         A.    We set up a booth and people come by and

21  talk about employment opportunities and leave a

22  resume.

23          Mr. Cosby, he would do a little

24  preliminary work at times.  He would tell minority

25  candidates to stop by and see me.  If they did that,

1    I did give them an application.  I didn't give

2    everybody else one, but any minority candidates that

3    came in, stopped by to see me, I went ahead and gave

4    them an application.

5        Q.    Let me see if I understand.  If an African

6    American came by your booth that Mr. Cosby did not

7    know, you took a resume from them but you did not

8    give them an application?

9        A.    No, that's not correct.

10       Q.    What is correct?

11       A.    Any African American that stopped by,

12   because he wasn't there on all -- I wouldn't know

13   which ones he told to stop by, so I would give them

14   all one.

15       Q.    Every African American candidate that

16   showed up at a job fair got an application?

17       A.    That's correct.

18       Q.    Did you keep a written record of each

19   African American to whom you gave an application at

20   these job fairs?

21       A.    No, sir.

22       Q.    Any way to go back and determine at this

23   point in time the African Americans you gave

24   applications to at these six job fairs?

25       A.    No, sir.

1    face, they really do no screening at all, is that

2    correct?

3         A.    Yeah, that's correct.

4         Q.    So if it's not on the application -- does

5    the application that you have ask about years of age?

6         A.    No, sir.

7         Q.    Does the application that you have ask

8    them to list education?

9         A.    Yes.

10        Q.    Okay.  And so only if an employee lists he

11   didn't graduate from high school would they be taken

12   out of the process?

13        A.    That's correct.

14        Q.    So, in essence, the vast majority of all

15   applications are sent to you from the Ashland Bureau

16   of Employment Services, is that correct, once they're

17   received there?

18        A.    Yes, sir.

19        Q.    Do you know or have any records in your

20   possession that would disclose the number of

21   applications that have been rejected for failure to

22   meet either the high school diploma GED or

23   18-year-old requirement?

24        A.    No, sir, I don't know.

25        Q.    You have no written records or

1          A.    That's correct.

2          Q.    All right.  When you get -- and the only

3     screening, just to summarize, that is done on any of

4     these applications is going to really be high school

5     education or diploma or GED diploma, and that's only

6     if it's disclosed by the applicant?

7          A.    The only -- could you repeat that

8     question?

9          Q.    The only screening done in this initial

10    step which would be when received by the Department

11    of Employment Services at Ashland, would really be

12    for the high school diploma or GED, because the age

13    is not on the application?

14         A.    Yes, sir, that's correct.

15         Q.    And when you -- the only screening that's

16    initially done by you upon receipt of the

17    applications from individuals Rodney Cosby had

18    referred to you for applications received at the job

19    fair would also be for this high school diploma or

20    GED?

21         A.    Would you repeat -- what groups are you

22    asking me?  I wasn't sure.

23         Q.    I'm asking basically for three groups, the

24    groups that you received applications have been

25    referred to you by the Department of Employment

1    production laborer position for the Ashland Works,
2    correct?
3         A.    That's correct.
4         Q.    Your records that you maintain on job --
5    on applications for these laborer/production jobs
6    would not reflect accurately which individuals had
7    been screened out for failure to meet the GED high
8    school education or 18 year of age requirement, is
9    that correct?
10        A.    That's correct.
11        Q.    All right.  So the first step we've got is
12   the filing of the applications either to you
13   personally, to Rodney Cosby or at the job fairs or
14   through the Department of Employment Services, and
15   you've indicated there are minimum calls but you have
16   no records of it.
17             There are no preferred requirements, even
18   though they're not minimum qualifications, for any of
19   these laborer or production jobs, is that correct?
20        A.    That's correct.
21        Q.    Once you get the application in hand, you
22   then -- what's the next step in the hiring process?
23        A.    I do look at the application myself after
24   they're sent to me from the employment office.
25        Q.    What's the purpose for doing that?

1      A.    I'm trying to see if maybe there are some

2   other minority candidates that came through, you

3   know, just saw our ad and went to the state office,

4   that maybe Mr. Cosby doesn't even know about.  And I

5   will look at their comments on were they convicted of

6   a crime other than a minor traffic violation and I

7   will look at their work history, see if I see

8   something that I would think would be a problem.

9      Q.    What would that be?

10     A.    On the work history?

11     Q.    Yes, ma'am.

12     A.    Well, it's interesting what people put on

13  applications.  But they will say that I was

14  terminated, problems with the boss, something like

15  that.  Just sort of a red flag to me.

16     Q.    Anything else?

17     A.    They put on there things like that they

18  missed so many days in the last two years that

19  concern me about their attendance.

20     Q.    Anything else?

21     A.    Those are the areas I look at.

22     Q.    Let me be sure I understand.  You're

23  saying on all applications that you have received

24  from the Department of Employment Services in

25  Ashland, as well as applications given to you by

1    individuals referred by Rodney Cosby or individuals

2    that you get at the job fair -- applications you get

3    at the job fair, I'm sorry, you review those

4    applications before you call them in for a test to

5    determine whether they've been convicted of a crime

6    other than a minor traffic citation, you review it

7    for work history problems and you review it for

8    attendance problems, is that correct?

9        A.    That's correct.

10        Q.    Any other -- now, are these -- are

11    these -- do you consider these to be minimum

12    qualifications for the job and that's why you're

13    reviewing them in this manner?

14        A.    I'm just exercising my judgment to select

15    what I think are the best.  There's not anything that

16    I go by on that, just --

17        Q.    Well, had you been instructed by the

18    company that you review these applications and

19    eliminate individuals for these three reasons that

20    you have delineated?

21        A.    Oh, I have not been instructed by the

22    company.

23        Q.    So you're just doing that on your own?

24        A.    Yes, sir.

25        Q.    And that's based on what authority since

1     your company has not told you to do that?

2          A.     It's my job.

3          Q.     Well, somebody has told you as part of

4     your job at the company that you're supposed to do

5     this then?

6          A.     I've been told it's my job to get the best

7     candidates that I feel have a pretty good past.  This

8     is my judgment, that a person -- that how your past

9     goes indicates what your future is going to be, it's

10    a fairly good indication of that.  So I'm using my

11    judgment there.

12         Q.     Your subjective judgment, is that correct?

13         A.     That's correct.

14         Q.     Okay.  Now, how do you determine if an

15    employee lists that they got fired from a prior job

16    because of work-related problems, how do you know

17    whether that's going to make them good or bad?

18         A.     It really is a matter of I have so many

19    other candidates in the file that there's no reason

20    for me to take the chance.

21         Q.     So you're saying that this January of

22    2000, on any individual who indicated on their

23    application for a laborer or a production position

24    that they had been terminated from a prior position,

25    you eliminated them before the testing phase?

1    A.    That's correct.

2    Q.    Do you have records reflecting the name

3  and race of the individual that you made these

4  judgments on?

5    A.    No, sir.

6    Q.    You have no complete records to reflect

7  that so we could review it to see if it was impacting

8  blacks versus whites more harshly?

9    A.    No, sir.

10    Q.    Do you know how many individuals you have

11  removed from consideration from laborer or production

12  jobs at Ashland because of having been terminated

13  from prior employment during the period January of

14  2000 to the present?

15    A.    No, sir.

16    Q.    Would it be hundreds of applications?

17    A.    No.

18    Q.    Would it be between 10 and 50

19  applications?

20    A.    I would say it would be between 50 and

21  100.

22    Q.    Okay.  You don't know the racial makeup of

23  that 50 to 100?

24    A.    No, sir.

25    Q.    Do you know if this requirement has

54

```
 1    impacted more harshly on blacks versus whites?
 2         A.   No, sir.
 3         Q.   All right.  What have you done -- now the
 4    other thing you indicated was attendance.
 5              What have you done -- what has your
 6    criteria been since January of 2000 to eliminate
 7    applicants for production laborer positions for
 8    attendance problems?
 9         A.   Now, that was within the 50 to 100, that's
10    just one of them.
11         Q.   Yeah, but what is the problem if they miss
12    ten days, five days a week?  What number of days in
13    your mind indicated an attendance problem?
14         A.   I don't have a number.
15         Q.   So do you have any records to reflect how
16    many individuals you eliminated for attendance
17    problems and the length of their attendance --
18         A.   No, sir.
19         Q.   -- and number of attendance problems that
20    they have?
21         A.   No.
22         Q.   How many out of the 100 are comprised of
23    those that were eliminated because of attendance
24    problems?
25         A.   I don't know.
```

1      Q.    Was the majority eliminated because of

2   work-related problems as opposed to attendance

3   problems or vice versa?

4      A.    I don't know.

5      Q.    No judgment on that?

6      A.    No, sir.

7      Q.    So of your 100, 98 of them could have been

8   for attendance and only two for work history, you

9   just have no judgment one way or the other?

10     A.    That's correct.

11     Q.    You have no records in your possession

12  that would reflect in any way so that a court could

13  consider it, what were the reasons that you

14  eliminated applicants for either attendance or work

15  history, correct?

16     A.    Correct.

17     Q.    Now, convicted of a crime other than minor

18  traffic citation.  Do you only consider convictions?

19     A.    That's correct.

20     Q.    You do not consider arrests?

21     A.    No, sir.

22     Q.    Never have?

23     A.    No.

24     Q.    All right.  How many individuals have you

25  eliminated because of convictions for crimes other

1    than minor traffic citations since January of 2000?

2         A.    Of course that's in the 50 to 100 I

3    mentioned.

4         Q.    You have no records to indicate which

5    ones -- which applicants you've eliminated for

6    that --

7         A.    No.

8         Q.    -- conviction for a crime?

9         A.    No.

10        Q.    You don't know whether the majority of the

11   50 to 100 were eliminated for conviction for crime,

12   work history or attendance?

13        A.    That's correct.

14        Q.    All right.  Once you go through this -- so

15   basically we got a screen that's conducted by the

16   employment service for high school education, GED and

17   18 years of age.  Then you get the applications in

18   hand and you screen them for both of those two items,

19   plus convictions for crimes other than minor

20   employment -- I'm sorry, minor traffic citation, work

21   history problems and attendance problems, is that

22   correct?

23        A.    That's correct.

24        Q.    Once you go through those two screens, the

25   next step in the process is a test?

1       A.    That's correct.

2       Q.    Okay.   How do you get notice to the

3  employees that they're going to be tested?

4       A.    There's two ways.   The majority of the

5  time I make all those phone calls myself.   Mr. Cosby,

6  I will tell him to tell people if they're resumes

7  he's brought in to me.

8            We did have the state to help me with that

9  a little bit when we had a really big, big group.

10      Q.    When was that?

11      A.    I think that was 2003, 2004.   No.   No, it

12  would be 2002, 2003, like December to January of that

13  time frame.

14      Q.    December of 2002 to January -- you did a

15  lot of hiring during that time frame?

16      A.    No.   I thought I was going to.   We had a

17  freeze on hiring and we didn't do it.   But I thought

18  I was going to.

19      Q.    So how far through the process did you get

20  before you decided or you were told that you weren't

21  going to hire?

22      A.    Got them tested.

23      Q.    So you got them tested?

24      A.    Yes.

25      Q.    Then you were told that there was a freeze

1    and you weren't going to hire anybody?

2        A.    That's right.

3        Q.    You have not hired anybody since January

4    of '03?

5        A.    I have hired people.

6        Q.    How many?

7        A.    I hired maybe 20 or so, I can't say for

8    sure, heat relief people at the Coke Plant.

9        Q.    This would be labor or production?

10       A.    Labor, right.

11       Q.    They were all at the Coke Plant, you

12   think?

13       A.    Yes, sir.

14       Q.    Nothing at the West Works?

15       A.    I can't say that for sure.  I'd have to go

16   back and look.  I don't think so.

17       Q.    Now, in doing your notification for the

18   testing, do you keep records of every individual that

19   you talk to as to when you inform them to come in for

20   the test and their response?

21       A.    I try to put a notation down, you know,

22   that I got a busy signal or left a message on an

23   answering machine, you know, specific things like

24   that.

25             So I don't always get them but I attempt

1      to.

2           Q.    You don't know, though, as we sit here

3      today, how complete your records are regarding your

4      attempts to get somebody in for a test, correct?

5           A.    No, I wouldn't know.

6           Q.    How many times -- let's say you call and

7      get a busy signal, how many times do you call that

8      individual back?

9           A.    Oh, I don't have any idea.

10          Q.    I mean, can you testify that you, in fact,

11     have gotten in touch with every applicant to inform

12     them about the date they were to come in and take

13     a test?

14          A.    No, sir.

15          Q.    Was your answer no?

16          A.    No.

17          Q.    And you don't have complete records

18     reflecting this?

19          A.    That's correct.

20          Q.    Do you send letters out if you're having

21     trouble locating people through the phone telling

22     them when the test is going to be?

23          A.    Mr. Cosby and I did that a couple times

24     where he was having trouble, I was having trouble, we

25     were both trying to get someone.

1          Q.    What I'm asking now is the norm --

2          A.    No.

3          Q.    -- as opposed to special exceptions.

4          A.    No, not as a norm.

5          Q.    As a norm you do not send them anything in

6    writing telling them when they're going to be tested?

7          A.    That's correct.

8          Q.    You don't have any notations or any

9    indication or any written records that would reflect

10   when you have contacted these individuals or

11   whether you sent them any kind of written

12   instructions about taking the test?

13         A.    That's correct.

14         Q.    How complete would your -- your records

15   then would not be very complete regarding individuals

16   who didn't show up for the test or didn't want to

17   take the test, would they?

18         A.    No.  They wouldn't be complete.

19         Q.    You have no idea as to how complete those

20   records would be, do you?

21         A.    That's correct.

22         Q.    Any phone -- you don't even know how

23   accurate your reflection of your phone call

24   conversations with these applicants are, do you?

25         A.    No.

```
 1          A.    Not that I'm aware of.
 2          Q.    The third step of the process that we've
 3   been talking about -- or the next step of the process
 4   that we've been talking about is the administration
 5   of a test, correct?
 6          A.    Yes, sir.
 7          Q.    Who administered -- has the same test been
 8   used since January of 2000?
 9          A.    Yes, sir.
10          Q.    What's the name of the test?
11          A.    I'm not sure if I know the name.
12          Q.    Give me your best judgment as to what you
13   think it's called.
14          A.    I know what I call it.
15          Q.    What do you call it?
16          A.    AK Steel pre-employment test for Ashland
17   Works.
18          Q.    I'm sorry, that was a little fast.
19          A.    AK Steel pre-employment test for Ashland
20   Works.
21          Q.    Okay.  Now did you -- did you prepare this
22   test?
23          A.    No, sir.
24          Q.    Who prepared this test for the company?
25          A.    Resource Associates.
```

```
 1          Q.    Where are they located?

 2          A.    Knoxville, Tennessee.

 3          Q.    And who at Resource Associates prepared

 4    this test for AK Steel?

 5                MR.  ROGERS:  If you know, tell her.

 6          A.    Lucy Gibson.  Dr. Lucy Gibson.

 7          Q.    And was this an off-the-shelf test that

 8    was put together by Resource Associates or a

 9    specially designed test?

10          A.    It was specially designed.

11          Q.    What year was it designed?

12          A.    I'm not real sure about that.

13          Q.    Has it been in use since January of 2000?

14          A.    Yes, sir.

15          Q.    And what type of a test is it?

16          A.    It has a paper and pencil format.

17          Q.    Is it a general aptitude test?

18          A.    It has an aptitude and a personality

19    inventory.

20          Q.    Okay.  Are those the only two components

21    of the test?

22          A.    Yes, sir.

23          Q.    Who administers this test or has

24    administered this test since January of 2000?

25                MR. ROGERS:  Objection to the form.  What
```

```
 1              do you mean by "administer," Bob?
 2                   MR. CHILDS:  Give the test.
 3         Q.   Is it given by you or given by somebody
 4    from Resource Associates, where they monitor, hand it
 5    out, time it, get it back or anything like that?
 6         A.   I have administered the test.
 7         Q.   You have?
 8         A.   Yes.
 9         Q.   Has the employment service also?
10         A.   Yes, that one time frame I was telling you
11    about.
12         Q.   Anybody else other than you or the
13    employment service?
14         A.   No, sir.
15         Q.   Sorry?
16         A.   No.
17         Q.   Okay.  Is the test timed?
18         A.   Yes, sir.
19                   MR. ROGERS:  Is there a question?  I'm
20         sorry.
21         Q.   How long is the test?
22         A.   You know, just right now I can't remember
23    if it's 2 hours or 2 1/2 hours, but it's something
24    like that.
25         Q.   And is there a score of -- a minimum pass
```

```
 1    score on the test or pass/fail and, if so, what is
 2    the score?
 3         A.    I don't know what the cut-off score is.
 4    We get documents that say qualified, not qualified.
 5         Q.    All right.  This is -- when the test is
 6    taken, is it sent to Lucy Gibson?
 7         A.    Yes, sir.
 8         Q.    Then she grades it?
 9         A.    Yes.
10         Q.    And she determines, based on that test,
11    whether individuals are qualified or not qualified?
12         A.    That's correct.
13         Q.    And you do not know what the cut-off score
14    is for determination of qualified versus not
15    qualified?
16         A.    No, sir.
17         Q.    Do you know if this test -- do you know
18    what validated under the uniform guidelines on
19    employee selection procedures means?
20         A.    I know that it's a validated test but I'm
21    not, you know, an expert on what that all means.
22         Q.    Do you know that based on a conversation
23    you had with Lucy -- Dr. -- I'm sorry, Dr. Gibson?
24         A.    Yes.
25         Q.    She told you it had been validated under
```

1    A.    That's correct.

2    Q.    Okay.  That's going to be true from

3  January of 2000 to the present, correct?

4    A.    That's correct.

5    Q.    All right.  After the test, you get the

6  test results back from Dr. Gibson, what's the next

7  step in the process?

8    A.    You make a conditional offer of

9  employment -- I'm sorry, not yet.  You interview.

10    Q.    All right.  Every applicant is interviewed

11  after they take the test?

12    A.    Every applicant -- no, sir.

13    Q.    Who determines who is interviewed and who

14  isn't interviewed?

15    A.    We interview the people that pass the test

16  with the exception of the fact that maybe they put a

17  hiring freeze on, which has happened to me a couple

18  of times, so I didn't go any further than that.

19    Q.    But to the extent that the hiring process

20  was in place, is every individual who is tested

21  interviewed that passes the test?

22    A.    Yes, sir, if you can contact them.

23    Q.    Do you know from your records which

24  individuals -- let me strike that.

25        I assume, then, some individuals who were

1    not interviewed after they passed the test were

2    eliminated from the application process for labor or

3    production worker, correct?

4         A.    That's correct.

5         Q.    Do your records reflect which of those

6    individuals you were or were not able to contact for

7    an interview?

8         A.    As much as possible, I try to make

9    notations when I contact employees on their

10   applications but I couldn't say that I had time to

11   get it all on there.

12        Q.    So to your knowledge your records would

13   not be complete as to those you were able to contact

14   about coming in for an interview, is that correct?

15        A.    That's correct.

16        Q.    Your records would not be complete

17   regarding those that said, I do not want to come in

18   for an interview, correct?

19        A.    That's correct.

20        Q.    You would have no way of going back to

21   your records now and determining whether you just

22   were not able to reach a potential applicant or they

23   chose not to come in for the interview, would you?

24        A.    No, sir.

25        Q.    Okay.  Who conducts the interviews for the

1    jobs at Ashland?

2         A.    We have -- I do, and we have another

3    individual that assists me.  And then we do have

4    supervisors sometimes from different areas that just

5    like to sit in to see, you know, about the skills of

6    candidates.

7         Q.    Well, since January of 2000 would you tell

8    me who has been involved in the interview process for

9    the labor production position at Ashland?

10        A.    Susan Lester and Jerry Davis.

11        Q.    Okay.  And just for the record,

12   Ms. Lester, you're a white female?

13        A.    Yes, sir.

14        Q.    What about Jerry Davis?

15        A.    He's a white male.

16        Q.    What position is Mr. Davis?

17        A.    He's a senior industrial engineer.

18        Q.    Anybody else that's been involved in this

19   interview process since January of 2000 to the

20   present?

21        A.    No, sir.

22        Q.    But you say you do have others that just

23   sit in from time to time?

24        A.    Yes.

25        Q.    Who -- what would be the reason for that?

1      A.    Well, it's just in -- I think on their

2  part of just seeing, you know, what these candidates

3  look like.

4      Q.    This would be for laborer --

5      A.    Yes, sir.

6      Q.    -- positions?  Who are these other

7  individuals that have sat in from time to time?

8      A.    Various managers.

9      Q.    Can you tell me who you're talking about?

10      A.    No, I really can't.  You know, they just

11  pop in, you know, when they have a minute, see how

12  things are going.

13      Q.    Are any of these individuals African

14  American?

15      A.    Well, yes, I've had a couple.

16      Q.    Who?

17      A.    David Fish.

18      Q.    David Fish?

19      A.    Yes, sir.

20      Q.    He has sat in on occasion?

21      A.    Yes.

22      Q.    How many interviews has he sat in on?

23      A.    I don't know.

24      Q.    Any estimate?

25      A.    50 maybe.

1    Q.    Okay.  Any other African Americans?

2    A.    Let me think.  No, I believe Mr. Fish is

3  the only one.

4    Q.    He is a supervisor in which area?

5    A.    At the Coke Plant.

6    Q.    Coke Plant.  Okay.  Tell me the purpose of

7  the interview process.

8    A.    Well, we want to talk to them, interview

9  them, and get a feel for certain attributes we're

10  looking for.  We try to -- we try to discover if

11  they've falsified their application in any way, just

12  that type of thing.

13    Q.    Well, tell me, what are the attributes

14  that you're looking for to determine as part of this

15  interview process?

16    A.    Conscientiousness, positive attitude,

17  safety, teamwork.

18    Q.    Hold it, you're going a little fast there.

19  Consciousness --

20    A.    Conscientiousness.

21    Q.    Anything else?

22    A.    Safety, teamwork, positive attitude,

23  motivational fit, problem solving.

24        There could be a few more, I'm trying to

25  remember, but that's sort of the kinds of things we

1    look at.

2        Q.    Is this a part of a structured interview?

3        A.    Yes, sir.

4        Q.    And who designed this structured

5    interview?

6        A.    Select International.

7        Q.    Select, S-e-l-e-c-t?

8        A.    Yes, sir.

9        Q.    And where are they located?

10       A.    I'm not sure.

11       Q.    Who at Select International designed this?

12       A.    I don't know the name of the person.

13       Q.    Is it -- do you always use the same set of

14   questions for every candidate?

15       A.    Mr. Davis has a set and I have a set.

16   They're still measuring the same attributes, they're

17   just different questions.

18       Q.    Would you tell me how the questions you

19   ask measure conscientiousness.

20       A.    Okay.  On a behavioral interview you ask

21   them to give you examples.  You don't just say, are

22   you conscientious, you say, what does your supervisor

23   say about you.  Give me an example of the time when

24   you went above the call of duty, that type of thing.

25            Then, you know, you get them to pin down

1    and actually give you examples.

2         Q.   And then do you rate those examples

3    between 1 and 5?

4         A.   Right.  We rate -- based on how many

5    examples they can give you, you would rate them

6    between -- actually the scale goes from 1 to 10.

7         Q.   Is it based on the number of examples --

8    or the value and the number of these examples?

9         A.   It's a little of both.

10        Q.   I would assume reaching that judgment as

11   part of this interview process is going to require

12   some subjective judgments on your part?

13        A.   That's correct.

14        Q.   And, in fact, you and Mr. Davis may

15   disagree as far as the rating, correct?

16        A.   That's true.

17        Q.   And would it be also safe to say that

18   those same responses would apply to your

19   determination of teamwork, motivational fit, problem

20   solving -- and what was the other, position --

21        A.   Let's see, adaptability, did I tell you

22   that one?  Teamwork, safety, problem solving,

23   positive attitude.

24        Q.   Motivational fit.  All of those would

25   require ratings from 1 to 10 that are going to

1    require subjective judgments on your part and

2    Mr. Davis' part?

3         A.    That's correct.

4         Q.    And then do you ask the same exact

5    questions of every candidate?

6         A.    Yes, sir.

7         Q.    All right.  And then how do you select --

8    is there a cut-off score or a pass/fail score or does

9    the highest point-getter go forward?  What is the

10   determination?

11        A.    The way the scale is set up, anywhere

12   between 5 to 6 or above is an acceptable fit,

13   acceptable behavior, I guess is the way you'd put it.

14   Anything below 5 would be a less than acceptable

15   behavior.

16        Q.    Do you have accurate records reflecting

17   each individual who scored 5, 6 or above on these

18   structured interviews since January of 2000?

19        A.    I would say we do.  I'm not sure if 100

20   percent of it's there.

21        Q.    Is there -- again, because you're marking

22   it down, you're not sure if you've got everybody or

23   not?

24        A.    That's correct.

25        Q.    Do you have written scores for each

1    they call it a validation study, I don't know if

2    that's the same thing as a validation study for the

3    paper and pencil.  I better not answer.  I'm not an

4    expert on that.

5         Q.   Have you ever seen a validation report on

6    this structured interview process?

7         A.   No.  No.

8         Q.   Hello?

9         A.   No, sir.

10        Q.   Okay.  All right.  After the interview,

11   what's the next step in the process?

12        A.   Then we do a background check.

13        Q.   What is that composed of?

14        A.   We have a company that does that for us.

15        Q.   Who is that company?

16        A.   BackTrack.

17        Q.   B-a-c-k-T-r-a-c-k?

18        A.   I think so.

19        Q.   BackTrack.  Where are they located?

20        A.   Mentor, M-e-n-t-o-r, Ohio.

21        Q.   Before I forget, Select International,

22   where are they located?

23        A.   Knoxville, Tennessee.

24        Q.   Are they affiliated or a company that's

25   part of Dr. Gibson's group?

1    you just couldn't reach as well as somebody who

2    didn't want it?  There's no way for you to know those

3    you couldn't reach to those that didn't want it, is

4    there?

5        A.    A person that I can't reach does not

6    necessarily mean they don't want it.  I will keep

7    them in the active file.  Who knows, I might call

8    them again or try again.

9            But once they say no, I don't want it,

10   they come out of that, they get stuck back in an

11   inactive file.

12       Q.    You do not have complete records of every

13   individual who's indicated at the point in time after

14   the freeze was lifted that they no longer want the

15   job, do you?

16       A.    Right.

17       Q.    Of the 20 people who have been hired as

18   laborers after January 1, '03, how many were African

19   Americans?

20       A.    Oh, I can't -- I don't know.

21       Q.    Do you know if any of the 20 that were

22   African Americans?

23       A.    Yes, sir.

24       Q.    How many?

25       A.    I don't know how many.

1    AK Steel at Ashland to your knowledge?

2         A.   No, sir.

3         Q.   Or preference of any kind if it was a

4    minimum qualification for military personnel?

5         A.   No, sir.

6         Q.   All right.  We have gotten to the test or

7    to the offer of employment.  Is there a step left

8    after the offer of employment?

9         A.   Yes, sir.

10        Q.   What is that?

11        A.   A drug screen and a physical.

12        Q.   Okay.  And who conducts the drug screen

13   and physical?

14        A.   Our medical department.

15        Q.   Any particular doctor?

16        A.   We have three doctors on contract that do

17   this for us.

18        Q.   Who are they?

19        A.   You know, I just know their last names.

20        Q.   Okay.  Last names will be great.

21        A.   Dr. Chapman.

22        Q.   C-h-a-t-m-a-n?

23        A.   No, P, C-h-a-p-m-a-n.

24        Q.   Okay.

25        A.   Dr. Baldera.

1    incorrect.

2        A.    They don't say they don't meet AK hiring

3    standards, they say they do not meet AK standards on

4    the substance abuse pre-employment test.

5        Q.    What are AK Steel's standards on substance

6    abuse?

7        A.    I don't have that access to that right now

8    to tell you what that is.

9        Q.    You've been doing this hiring since

10   January of 2000, you don't know what that is?

11       A.    No, sir.

12       Q.    Do you know whether that policy is in a

13   written format?

14       A.    I would speculate that it is.

15       Q.    Have you ever seen it in a written format?

16       A.    No, sir.

17       Q.    Can you recall enough about it at this

18   point in time to tell me what you think it is?

19       A.    No, sir.

20       Q.    Who would have a copy of this substance

21   abuse policy at AK Steel that's been in effect from

22   January of 2000 to the present?

23       A.    Our medical department has all those

24   records.

25       Q.    Do you have any knowledge as to the number

1    of individuals that were eliminated from the

2    application process because of violation of a

3    substance abuse policy?

4         A.    In a database, no.  Very few.

5         Q.    Do you have -- you would have written

6    documentation back from the medical department.

7    Where would that letter or notification be?

8         A.    The medical department keeps that.

9         Q.    So that's in a file maintained in the

10   medical department if we want to know which employees

11   have not met the substance abuse standards?

12        A.    Which candidates, yes, sir.

13        Q.    Would you have an accurate reflection of

14   all those candidates in your applicant flow

15   information?

16        A.    I wouldn't be sure of that, that it was

17   100 percent.  I mean, I could reconstruct it but --

18        Q.    You're not sure based on the applicant

19   flow information that we have that we've got all of

20   it, correct?

21        A.    That's true.

22        Q.    Okay.  What do they do in regard to the

23   physical aspects of the exam?

24        A.    Well, I'm of course not expert on this

25   either, but there's certain OSHA requirements for

1  respirators, that a person has to be able to have

2  a certain breathing capacity to be able to wear a

3  respirator or, you know, in certain health conditions

4  that would keep you from being able to wear a

5  respirator, that could be an issue.

6            They could have lifting restrictions that

7  would not allow them to do a laborer's job. Just

8  many things like that that relate to the essential

9  functions of that job.

10      Q.    Again, do you get a written -- do you know

11  what these physical requirements are?

12      A.    Yes, sir.

13      Q.    All right. Have you given all of them

14  that you're aware of?

15      A.    Yes.

16      Q.    Do you get a written report back from

17  medical regarding these physical restrictions, too?

18      A.    Yes, sir.

19      Q.    Are all of those individuals that are

20  eliminated because of a physical problem set forth in

21  your applicant flow data?

22      A.    I'm not sure that all of them are in

23  there, the document, of the applicant flow, but there

24  is, you know, ways to produce that or there is

25  records to access that.

1    Q.    That would be maintained in the medical

2    department?

3    A.    Yes, sir.

4    Q.    But as to whether you have complete

5    records in that regard, you don't know whether you do

6    or not, do you?

7    A.    On the applicant flow, no.

8    Q.    Or any of the records that you maintain in

9    HR?

10    A.    That's correct.

11    Q.    All right.  Once the individual passes the

12    drug screen and the physical, what happens next in

13    the hiring process?

14    A.    They are scheduled for their first day of

15    work for safety orientation and that's that.

16    Q.    They're, in effect, hired after they pass

17    the drug screen and the physical?

18    A.    Availability to get them a safety

19    orientation sometimes maybe delays it by a week or

20    two or sometimes they want to give a notice to an

21    employer.  We just sort of are flexible on that.

22    Q.    Employees who pass the drug screen and

23    physical, are there any other steps that they must go

24    through other than getting their orientation before

25    they become an employee?