UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | |
| AK STEEL CORPORATION, | : | **NOTICE OF FILING** |
| | : | **DEPOSITION TRANSCRIPT** |
| | : | |
| Defendant. | : | |

     Please take notice that Defendant has filed the transcript of the deposition of Susan R. Lester, taken February 16, 2005, together with the exhibits thereto, with the Clerk of the United States District Court for the Southern District of Ohio.

                                               Respectfully submitted,

                                               s/ Patricia Anderson Pryor
                                               Lawrence J. Barty (0016002)
                                               barty@taftlaw.com
                                               Patricia Anderson Pryor (0069545)
                                               pryor@taftlaw.com
                                               Gregory Parker Rogers (0042323)
                                               rogers@taftlaw.com
                                               Roger A. Weber (0001257)
                                               weber@taftlaw.com
                                               Taft, Stettinius & Hollister LLP
                                               425 Walnut Street, Suite 1800
                                               Cincinnati, Ohio 45202-3957
                                               (513) 381-2838
                                               (513) 381-0205 (fax)

                                               Attorneys for Defendant
                                               AK Steel Corporation

{W0594204.1}

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on November 30, 2005 using the Court's CM/ECF system, which will send notice of this filing to Robert Childs, Wiggins, Childs, Quinn & Pantazis, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, Paul H. Tobias and David Kammer, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202 and David Sanford, Sanford, Wittels & Heisler, L.L.P., 2121 K Street, N.W., Suite 700, Washington, D.C. 20037

   s/ Patricia Anderson Pryor
Patricia Anderson Pryor (0069545)
pryor@taftlaw.com
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Attorney for Defendant
AK Steel Corporation