UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **VIVIAN BERT, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. C-1-02-467 |
| | ) | **Judge Beckwith** |
| **AK STEEL CORPORATION,** | ) | **Magistrate Judge Hogan** |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN THEIR REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Plaintiffs, through undersigned counsel, hereby submits this Motion for Leave to File Excess Pages In Their Reply In Support of Motion for Class Certification. Plaintiffs respectfully request leave to file a Reply not to exceed thirty (30) pages.

Counsel for the plaintiffs has been attempting to limit the Reply to 20 pages. However, because of the number of issues raised in the defendant's Opposition to plaintiff's Motion for Class Certification and the complexity of those issues, an extension of the 20-page limit is necessary so that counsel for the plaintiff can adequately set forth the applicable legal standards, legal authority, and factual support for the Reply.

Counsel for the defendant has informed counsel for the plaintiffs that it does not oppose plaintiffs' request for a page-limit extension. Attached to this Motion is a proposed Agreed Order for the Court's consideration.

WHEREFORE, PREMISES CONSIDERED, the plaintiffs respectfully request that the Court grant their Motion for Leave to File Excess Pages.

Respectfully Submitted,

*/s/ Herman N. Johnson, Jr.*
Robert F. Childs, Jr. (ASB-2223-C-60R)
Herman N. Johnson, Jr.(ASB-3607-R50J)
**WIGGINS, CHILDS, QUINN & PANTAZIS**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 328-0640
(205) 254-1500 (facsimile)

Tobias, Kraus & Torchia, LLP
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

**CERTIFICATE OF SERVICE**

   I do hereby certify that on December 21, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gregory Parker Rogers
Lawrence James Barty
Patricia Anderson Pryor
Taft, Stettinius & Hollister, LLP
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202
Fax: (513) 381-0205

                 */s/ Herman N. Johnson, Jr.*
                 OF COUNSEL