# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **VIVIAN BERT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. C-1-02-467** |
| | ) | **Judge Beckwith** |
| **AK STEEL CORPORATION,** | ) | **Magistrate Judge Hogan** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This cause having come before the Court, it is hereby **ORDERED** that plaintiffs' Motion for Leave to File Excess Pages In Their Reply In Support of Motion for Class Certification is **GRANTED**.  Plaintiffs may file a Reply not to exceed thirty (30) pages.

**SO ORDERED.**


_____

**HONORABLE SANDRA S. BECKWITH**