*EXHIBIT NO. 15*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| VIVIAN BERT, *et al.*, | :: | |
| | | Case No. 1:02-cv-467 |
| | :: | |
| Plaintiffs, | | Judge Beckwith |
| | :: | |
| v. | | |
| | :: | |
| AK STEEL CORPORATION, | | |
| | :: | |
| Defendant. | | |

AFFIDAVIT OF DENNIS D. WRIGHT

State of Ohio     )
                  ) SS.
County of Butler  )

Now comes Dennis D. Wright, 205 Easton Manor Drive, Monroe, Ohio 45050, and being first sworn, deposes and states as follows:

1. My name is Dennis D. Wright. I am Secretary-Treasurer of the Armco Employees Independent Federation, Inc. (AEIF), and I have held that office since October of 2005.

2. As Secretary-Treasurer, I am responsible for handling the finances of the AEIF, and for recording and maintaining minutes of its meetings. I am also custodian of all records maintained in the ordinary course of business by the AEIF.

3. Among the records maintained in the ordinary course of business are "Employment Security Report[s]" provided by AK Steel Corporation to the AEIF on a monthly basis. The most recent Employment Security Report was received by the AEIF on December 13, 2005, and reflects that as of November 30, 2005, the Company employed an active workforce of 2691 hourly bargaining unit employees at its

1

Middletown Works in Middletown, Ohio. A true and exact copy of this Employment Security Report is attached hereto as Attachment 1 and incorporated herein by reference.

4. The AEIF is a Plaintiff in litigation against AK Steel Corporation currently pending in the United States District Court for the Southern District of Ohio. The AEIF's Complaint was filed under seal because it contains or references potentially confidential financial information, and therefore, cannot be reproduced with this affidavit. The suit seeks partial vacation of a labor arbitration award. If the AEIF prevails and is granted the requested relief, AK Steel Corporation will be required to restore its hourly bargaining unit workforce to 3114, 423 more hourly bargaining unit employees than it reported as being employed as of November 30, 2005.

Further affiant sayeth naught.

*Dennis D. Wright*
Dennis D. Wright

Sworn to and subscribed in my presence this  19th  day of December, 2005.

*Eugene Bailey*
Notary Public, State of Ohio

My commission expires
December 2, 2007.

2

# EMPLOYMENT SECURITY REPORT

| | 01/31 | 02/28 | 03/31 | 04/30 | 05/31 | 06/30 | 07/31 | 08/31 | 09/30 | 10/31 | 11/30 | 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prev Month Total - Active | 2804 | 2761 | 2749 | 2723 | 2697 | 2675 | 2647 | 2645 | 2696 | 2693 | 2694 | |
| Quits | -1 | -1 | -5 | -5 | -8 | -7 | -5 | -1 | -2 | -1 | -3 | |
| Retirements | -41 | -6 | -23 | -19 | -10 | -17 | -7 | -5 | -2 | -1 | | |
| Layoffs | | -2 | -1 | | | | | | | | | |
| Deaths | -1 | | | | | -1 | | -1 | -1 | | | |
| Discharges | | -3 | -2 | -2 | -3 | -2 | -3 | | -1 | | | |
| Hourly to Salary | | | -1 | | -1 | -1 | | | -1 | | | |
| Salary to Hourly | | | | | | | | | | | | |
| Hires / Recalls | | | 1 | | | | 13 | 56 | 2 | | | |
| Returns from Discharge | | | | | | | | 2 | 2 | 3 | | |
| Active Workforce * | 2761 | 2749 | 2723 | 2697 | 2675 | 2647 | 2645 | 2696 | 2693 | 2694 | 2691 | |

*Number used to calculate Trade and Craft requirement.

Emplse05

ATTACHMENT 1


RECEIVED DEC 13 2005 By

# EMPLOYMENT SECURITY REPORT

| Trade & Craft (40%) | 01/31 | 02/28 | 03/31 | 04/30 | 05/31 | 06/30 | 07/31 | 08/31 | 09/30 | 10/31 | 11/30 | 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total transferred in T & C | 1191 | 1184 | 1178 | 1161 | 1144 | 1132 | 1125 | 1121 | 1124 | 1123 | 1122 | |
| Total T & C Force Required ** | 1104 | 1100 | 1089 | 1079 | 1070 | 1059 | 1058 | 1078 | 1077 | 1078 | 1076 | |
| Total T & C on Employment Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Short of requirement | | | | | | | | | | | | |
| Empl in excess of required | 87 | 84 | 89 | 82 | 74 | 73 | 32 | 25 | 29 | 36 | 38 | |
| Vacancies Posted to be filled | 0 | 0 | 0 | 1 | 2 | 1 | 2 | 3 | 13 | 5 | 8 | |

| Shops Depts. (35%) | 01/31 | 02/28 | 03/31 | 04/30 | 05/31 | 06/30 | 07/31 | 08/31 | 09/30 | 10/31 | 11/30 | 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carpenter | 16 | 16 | 16 | 16 | 16 | 15 | 15 | 14 | 14 | 13 | 13 | |
| Tin | | | | | | | | | | | | |
| Electric Const. | 41 | 41 | 39 | 39 | 38 | 36 | 35 | 35 | 36 | 35 | 35 | |
| Elec. Repair | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | |
| Forge | | | | | | | | | | | | |
| Weld | 69 | 69 | 68 | 67 | 65 | 65 | 63 | 63 | 64 | 64 | 64 | |
| Rigger | 66 | 66 | 66 | 64 | 63 | 62 | 62 | 61 | 62 | 62 | 62 | |
| Pipe | 67 | 66 | 66 | 66 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | |
| Diesel Repair | 20 | 20 | 19 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | |
| Car Repair | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | |
| Garage | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Machine | 56 | 56 | 55 | 52 | 49 | 48 | 47 | 46 | 46 | 46 | 46 | |
| Masonry | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | |
| Electric Power | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 38 | 38 | 38 | |
| Central Lube | | | | | | | | | | | | |
| Total transferred in Shops | 412 | 411 | 406 | 399 | 391 | 386 | 382 | 379 | 381 | 379 | 379 | |
| Total Required (working in Shops)** | 387 | 385 | 381 | 378 | 375 | 371 | 370 | 377 | 377 | 377 | 377 | |
| Total Shops on Employment Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 12 | 12 | 9 | 8 | |
| Short of requirement | | | | | | | | | | | | |
| Employees in excess of required | 25 | 26 | 25 | 21 | 16 | 15 | 0 | 10 | 8 | 7 | 6 | |
| Vacancies Posted to be filled | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | |

** Based on Active Workforce

Emplse05  Page 2 of 3

# EMPLOYMENT SECURITY REPORT

| Service/Support | 01/31 | 02/28 | 03/31 | 04/30 | 05/31 | 06/30 | 07/31 | 08/31 | 09/30 | 10/31 | 11/30 | 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Masonry Hlprs/Labr | 14 | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | |
| Plantwide | 40 | 40 | 43 | 46 | 51 | 50 | 52 | 55 | 56 | 56 | 58 | |
| Truck Repair | 22 | 22 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | |
| Trucks/Mobile Equip | 119 | 118 | 114 | 113 | 112 | 112 | 111 | 111 | 108 | 108 | 109 | |
| Sanitation | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | |
| Grounds Mtce. | | | | | | | | | | | | |
| Assigned Labor | | | | | | | | | | | | |
| - Coke Plant - 0102 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| - Blast Fce - 0202 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| - Cold Strip - 1004 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 12 | 12 | |
| - Annealing - 1103 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | |
| - P&S Proc. Tr-Fin - 1203 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| - Steelmaking - 1303 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | |
| - Iso Coating - 1505 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| - No. Coating - 1612 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| - GL - 1708 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| - ISM - 2302 | 15 | 14 | 14 | 15 | 16 | 16 | 17 | 16 | 17 | 16 | 16 | |
| Stores/Spares | 19 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 17 | 17 | |
| Total In Group | 271 | 268 | 266 | 269 | 273 | 272 | 273 | 275 | 274 | 275 | 278 | |
| Total required | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | 283 | |
| Short of requirement | 12 | 15 | 17 | 14 | 10 | 11 | 10 | 8 | 9 | 8 | 5 | |
| Employees in excess of required | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Vacancies Posted to be filled | 2 | 8 | 1 | 10 | 2 | 10 | 8 | 8 | 8 | 6 | 4 | |