*EXHIBIT NO. 18*

1

1          UNITED STATES DISTRICT COURT
2           SOUTHERN DISTRICT OF OHIO
3               WESTERN DIVISION
4    -----------------------------------
                                       :
5    VIVIAN BERT, et al.,              :
                                       :
6          Plaintiffs,                 :
                                       :
7        vs.                           :     CASE NO.
                                       :     C-1-02-467
8    AK STEEL CORPORATION,             :
                                       :
9          Defendant.                  :
                                       :
10   -----------------------------------
11
12        Deposition of:  PHYLLIS SHORT
13        Taken:          By the Plaintiffs
                          Pursuant to Notice
14
          Date:           February 16, 2005
15
          Time:           Commencing at 11:35 a.m.
16
          Place:          Taft, Stettinius &
17                          Hollister, LLP
                          425 Walnut Street
18                        Suite 1800
                          Cincinnati, Ohio  45202
19
          Before:         Karen Volk, RPR
20                        Notary Public - State of Ohio
21
22
23                                    ORIGINAL
24
25

77

1    Q.    But it has been in place in Middletown

2    since January of 2000?

3    A.    Yes.

4    Q.    And the reasons you've given me are the

5    only reasons you're aware of, correct?

6    A.    Yes, as far as I'm aware, yes.

7    Q.    Let me put you on hold again a second.

8         (Off the record.)

9    Q.    Ms. Short, how about looking at Bates

10   number document AKX1384?

11   A.    Yes, sir.

12   Q.    Have you seen that ad before?

13   A.    Not that I recall.

14   Q.    Okay.  It says it's a blind ad.  What does

15   that mean?

16   A.    To me, blind signifies that the company is

17   not going to put their logo or their name on the ad.

18   Q.    And it's got 11/23/03, correct?

19   A.    Yes, sir.

20   Q.    That ad would have been run at that point

21   in time, would that be your understanding?

22   A.    Yes, that's what I would surmise from

23   this.

24   Q.    Do we know where this ad would have been

25   run?

1        A.    No, sir.

2        Q.    It is for production employees, correct?

3        A.    Yes, that's what it says.

4        Q.    Now, in this ad it indicates

5    qualifications include a minimum of two years prior

6    manufacturing or labor experience.  It doesn't say

7    preferred.

8            Do you know why this ad says -- doesn't

9    say preferred?

10       A.    Okay.  Let me try this again.  We do

11   prefer at Middletown Works to have two years of

12   manufacturing experience.  But, as I previously said,

13   we were trying to get more females and minorities

14   into our work force.  Therefore, if we had female or

15   minority candidates going through our process who did

16   not have the two years of manufacturing experience,

17   we would probably move them into the next step as far

18   as the employment process was concerned.

19       Q.    Just for the record would you please,

20   ma'am, read the sentence in Bates number document

21   1384, which is the blind ad, starting with the word

22   "qualifications" and ending with "GED," please,

23   ma'am?

24       A.    If I can.  It's not a very good copy.

25   Wait a minute.

```
 1              Qualifications include a minimum of two
 2   years prior manufacturing or labor experience and a
 3   high school diploma or GED.
 4       Q.    Now, would you go back and read for me,
 5   please, ma'am, the language in document 1219 that
 6   starts the fifth sentence in the first paragraph,
 7   starting with "prior," ending with "prefer."
 8       A.    Prior manufacturing experience is
 9   preferred.
10       Q.    Now, do those two sentences mean the same
11   thing to you?
12       A.    Yes, it means the same thing as -- you
13   know, I've previously explained as to what we were
14   looking for.
15       Q.    And as an HR expert, somebody who is being
16   designated by your company, you don't understand
17   there to be a difference in one ad saying your
18   qualifications include a minimum of two years'
19   manufacturing experience and the other one saying
20   manufacturing experience is preferred; there's no
21   difference in your estimation, is that correct?
22       A.    Again, we prefer two years of
23   manufacturing experience.  Do we deviate from that
24   based upon the needs, based upon our desire to get
25   more minorities and females into the work force?
```

1    Yes, we do.

2          Q.    Did women applicants and African American

3    applicants on average have less than two years'

4    manufacturing experience --

5          A.    Yes.

6          Q.    -- than whites?

7          A.    Yes.

8          Q.    Wouldn't the language preferred

9    qualifications, two years of manufacturing being

10   preferred, deter women and African Americans from

11   applying?

12         A.    Sir, I don't know whether it would or not.

13   We still had them apply.  Even -- even people without

14   any manufacturing experience would apply.

15         Q.    Right.  But -- okay.  Thank you.  Let me

16   move on.  I think we're kind of getting circular

17   here.  All right.

18               Once the ads were sent from the employment

19   agencies to your office, the first step, as I

20   understand it, would be that those applications would

21   be provided by Ms. Hicks or Ms. White to you, is that

22   correct?

23         A.    Okay, you're talking about the -- the

24   applications that would come from the bureau that

25   they would copy?

90

```
 1    attached to the application?
 2         A.    It was written on the document.
 3         Q.    Written on the application itself?
 4         A.    Could have been.  I don't remember what
 5    the document was.
 6         Q.    Okay.  On how many occasions do you recall
 7    seeing such note?
 8         A.    I don't know.
 9         Q.    Anything that you recall written in a
10    documented format other than the fact that they had
11    called and got a busy signal, any other kind of notes
12    regarding their attempts to contact you?
13         A.    I don't remember any others.
14         Q.    And, again, at this phase I take it an
15    employee who did not -- let me strike that.
16              Was there a certain limited amount of time
17    that an applicant had to be tested before he was
18    taken out of the process?
19         A.    No, sir.
20         Q.    Okay.  So if you got an application back
21    for an employee, say January of 2002, he could have
22    been tested all the way up until December of that
23    year?
24         A.    Sure.
25         Q.    So there was no time frame?
```

1    A.    There was no time frame, no.

2    Q.    On occasions, then, you should see notes

3    indicating that -- from Ms. White and Ms. Hicks that

4    they're continuing to try to locate individuals to

5    come in for the test, correct?

6    A.    They would continue to try to reach the

7    candidate with the information they had provided for

8    us.

9        In other words, they would provide it on

10   the application, a telephone number.  It asks where

11   you can be notified.  They would have continued to

12   try to reach them.

13   Q.    Did they undertake -- did you ever retain

14   an individual to get updated phone numbers for your

15   applicants?

16   A.    No, sir.  Again, I had one person doing

17   all this recruiting effort.  No, we did not have the

18   luxury of doing that.

19   Q.    But there are temporary employment

20   services, just like your doctors, who provide

21   individuals who can update telephone numbers.

22       Did AK Steel ever undertake to hire such

23   an individual to update phone numbers on its

24   applications for production employee positions?

25   A.    No, sir.

1       MR. ROGERS:  Bob, are you talking about

2  over-the-counter or prescription?

3       MR. CHILDS:  I'm really talking about

4  prescription, excuse me.

5     A.    Okay.  I'm sorry, ask your question again.

6     Q.    If an employee abuses the prescription

7  drugs and illegally obtains drugs through

8  prescriptions that he falsifies, would that be a

9  reason for -- even though it might not be an illegal

10  drug, a reason for not hiring an applicant?

11     A.    If a candidate tells our physician that

12  they are taking a certain medication and they can

13  provide a prescription bottle, they're going to have

14  to have the prescription prescribed by their

15  physician.

16       MR. CHILDS:  Okay.  Can we take about a

17       five minute break?  And, Dave, can you call me

18       or just stay on this line, let us have a

19       second?

20       (A recess was taken from 4:43 to 4:49.)

21     Q.    I'm back to the proverbial one more

22  question.

23       Did I understand you to say, Ms. Short,

24  that AK Steel in Middletown has waived the

25  requirement of two years of manufacturing experience

1    for minorities and females at any point in time from

2    January of 2000 to the present?

3        A.    What I said was, if we had minority and

4    female candidates, we're much more willing to

5    consider them without the two years of manufacturing

6    experience than we would other candidates.

7        Q.    Where is that consideration taken, at the

8    point in time the application comes back to AK Steel,

9    or when?

10        A.    That consideration actually would have

11    been given to the bureaus.

12        Q.    So are you saying that at some point in

13    time the bureaus were told not to enforce the two

14    years of manufacturing requirement at their initial

15    screens?

16        A.    They would have been told to send us --

17    send AK as many applicants as they could who, you

18    know, had -- maybe they didn't have two years of

19    manufacturing experience but they had a year and let

20    us make the determination if they go through the

21    process.

22        Q.    When did that occur?

23        A.    Sir, I don't know.

24        Q.    Would that have been true throughout the

25    whole time of January of 2000 to the present or just