**EXHIBIT 19**

```
0001
 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO
 3                    WESTERN DIVISION
 4     ------------------------------------
                                          :
 5     VIVIAN BERT, et al.,               :
                                          :
 6             Plaintiffs,                :
                                          :
 7       vs.                              :   CASE NO.
                                          :   C-1-02-467
 8     AK STEEL CORPORATION,              :
                                          :
 9             Defendant.                 :
                                          :
10     ------------------------------------
11
12         Deposition of:   PHYLLIS SHORT
13         Taken:           By the Plaintiffs
                            Pursuant to Notice
14
           Date:            February 16, 2005
15
           Time:            Commencing at 11:35 a.m.
16
           Place:           Taft, Stettinius &
17                             Hollister, LLP
                            425 Walnut Street
18                          Suite 1800
                            Cincinnati, Ohio  45202
19
           Before:          Karen Volk, RPR
20                          Notary Public - State of Ohio
21
22
23
24
25
0002
 1     APPEARANCES:
 2
           On behalf of the plaintiffs:
 3
              Robert F. Childs, Jr., Esq.(via telephone)
 4                 of
              Wiggins, Childs, Quinn & Pantazis
 5            301 19th Street
              North Kress Building
 6            Birmingham, Alabama  35203
 7                 and
 8            David D. Kammer, Esq.
                   of
 9            Tobias, Kraus & Torchia
              911 Mercantile Library Building
10            414 Walnut Street
              Cincinnati, Ohio  45202
```

```
22   fraudulently?
23        A.   Again, we're talking about a candidate,
24   right?
25        Q.   Yeah.  I'm sorry, yes.
0136
 1             MR. ROGERS:  Bob, are you talking about
 2        over-the-counter or prescription?
 3             MR. CHILDS:  I'm really talking about
 4        prescription, excuse me.
 5        A.   Okay.  I'm sorry, ask your question again.
 6        Q.   If an employee abuses the prescription
 7   drugs and illegally obtains drugs through
 8   prescriptions that he falsifies, would that be a
 9   reason for -- even though it might not be an illegal
10   drug, a reason for not hiring an applicant?
11        A.   If a candidate tells our physician that
12   they are taking a certain medication and they can
13   provide a prescription bottle, they're going to have
14   to have the prescription prescribed by their
15   physician.
16             MR. CHILDS:  Okay.  Can we take about a
17        five minute break?  And, Dave, can you call me
18        or just stay on this line, let us have a
19        second?
20             (A recess was taken from 4:43 to 4:49.)
21        Q.   I'm back to the proverbial one more
22   question.
23             Did I understand you to say, Ms. Short,
24   that AK Steel in Middletown has waived the
25   requirement of two years of manufacturing experience
0137
 1   for minorities and females at any point in time from
 2   January of 2000 to the present?
 3        A.   What I said was, if we had minority and
 4   female candidates, we're much more willing to
 5   consider them without the two years of manufacturing
 6   experience than we would other candidates.
 7        Q.   Where is that consideration taken, at the
 8   point in time the application comes back to AK Steel,
 9   or when?
10        A.   That consideration actually would have
11   been given to the bureaus.
12        Q.   So are you saying that at some point in
13   time the bureaus were told not to enforce the two
14   years of manufacturing requirement at their initial
15   screens?
16        A.   They would have been told to send us --
17   send AK as many applicants as they could who, you
18   know, had -- maybe they didn't have two years of
19   manufacturing experience but they had a year and let
20   us make the determination if they go through the
21   process.
22        Q.   When did that occur?
23        A.   Sir, I don't know.
24        Q.   Would that have been true throughout the
25   whole time of January of 2000 to the present or just
0138
```