*EXHIBIT NO. 22*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VIVIAN BERT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. C-1-02-467 |
| | ) Judge Beckwith |
| AK STEEL CORPORATION, | ) Magistrate Judge Hogan |
| Defendant. | ) |

## STATEMENT OF ADEQUACY OF PLAINTIFFS' COUNSEL

Plaintiffs' Counsel David Sanford, of Sanford, Wittels & Heisler, LLP, is an experienced class action attorney. He has represented, and continues to represent, thousands of African American class members and female class members in Title VII class actions in federal courts throughout the United States, as well as thousands of employees in wage and hour class actions in federal and state courts. He has been lead and co-lead class counsel in numerous employment race and gender discrimination class action matters, including:

(1)   Clemon, et al. v. Cooker Restaurants, Middle District of Florida, Tampa Division
      Case No. 8:99-CV-2129-T-27C (settled)

(2)   Jobe, et al. v. TRW, Inc., Middle District of Tennessee, Nashville Division
      (settled)

(3)   Smith, et al. v. Cinergy Corp., Court of Common Pleas, Hamilton County, Ohio
      Case No. A0302263 (in litigation)

(4)   Williams, et al. v. Gulfstream, Central District of California, Eastern Division

   Case No. 02-CV-1200 (settled)

(5)   Rhodes, et al. v. Cracker Barrel, Northern District of Georgia, Rome Division

   Case No. 4:99-CV-217 (settled)

(6)   NAACP, et al. v. Cracker Barrel, Northern District of Georgia, Rome Division

   Case No. 4:01-CV-325 (settled)

(7)   Burton, et al. v. Toshiba, Middle District of Tennessee (Nashville Division)

   Case No. 3:01-CV-0021 (settled)

(8)   Wade, et al. v. Kroger, Western District of Kentucky (Louisville Division)

   Case No. 3:01-CV-699-R (in litigation)

(9)   Adkins, et al. v. Goody's, Middle District of Georgia (Albany Division)

   Case No. 1:99-CV-28-4 (settled)

(10)  Wilson, et al. v Fairfield, Middle District of Tennessee (Nashville Division) (settled)

(11)  Cabell v. Merck, Eastern District of Pennsylvania, Philadelphia Division

   Case No. PA: 01-CV-1005 (in settlement)

(12)  Bennet v. Nucor Steel, Western District of Arkansas, El Dorado Division

   Case No.: 03-CV-1180 (in litigation)

(13)  Armstrong, et al. v. Whirlpool Corp., Middle District of Tennessee, Nashville Division

   Case No.: 3-03-1250 (in litigation)

(14)  Velez, et al. v. Novartis Corp., Southern District of New York (in litigation)

(15)  Thomas, et al. v. General Electric, District of Connecticut (settled)

(16)  Barrett, et al. v. Whirlpool Corp., Middle District of Tennessee, Nashville Division (in

2

litigation)

(17)  Williams, et al. v. Federal Aviation Administration, EEOC Case No. 100-2004-00491X (in litigation)

(18)  Howard, et al. v. Department of Commerce, U.S. District Court for the District of Columbia (in litigation)

(19)  Jones, et al. v. Shaw Carpets (in settlement negotiations)

(20)  Tarrats, et al. v. FDIC (EEOC)

(21)  Leonard, et al. v. Southtec, LLC, et al., Middle District of Tennessee, Nashville Division (in settlement negotiations)

(22)  Murphy, et al. v. Super Steel, Northern District of New York, Albany Division (in litigation)

In addition, David Sanford is and has been class counsel in numerous collective action Fair Labor Standards Act matters throughout the United States; is and has been counsel in numerous individual and multi-party employment matters across the United States; has tried Title VII matters before a jury and district courts; has litigated commercial and class matters throughout the United States in connection with his work with David Boies at Boies & Schiller; has drafted petitions of certiorari to the United States Supreme Court in connection with his work in the Appellate Division of Jones Day Reavis & Pogue; and has served as a judicial clerk to Judge Gladys Kessler of the United States District Court for the District of Columbia.

David Sanford is a member in good standing with the District of Columbia Bar and the Maryland Bar. With the extensive class action experience in race discrimination matters, along with other class actions he has litigated, and his litigation experience in other contexts, David

Sanford will adequately, zealously, and vigorously represent the interests of the class as class counsel.

6/7/06
Date

*[signature]*
David Sanford

Sworn to and subscribed before me this 7th day of June, 2006

*[signature]*
Notary Public

EMILY M. MAGLIO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2010

4