*EXHIBIT NO. 23*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VIVIAN BERT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AK STEEL CORPORATION, )<br>)<br>Defendant. ) | CASE NO. C-1-02-467<br>Judge Beckwith<br>Magistrate Judge Hogan |

## STATEMENT OF ADEQUACY OF PLAINTIFFS' COUNSEL

Plaintiffs' Counsel Grant Morris is an experienced class action attorney. He has represented, and continues to represent, thousands of African American class members and female class members in Title VII class actions in federal courts throughout the United States, as well as thousands of employees in wage and hour class actions in federal and state courts. He has been co-lead class counsel in numerous employment race and gender discrimination class action matters, including:

(1) Clemon, et al. v. Cooker Restaurants, Middle District of Florida, Tampa Division

Case No. 8:99-CV-2129-T-27C (settled)

(2) Jobe, et al. v. TRW, Inc., Middle District of Tennessee, Nashville Division

(settled)

(3) Smith, et al. v. Cinergy Corp., Court of Common Pleas, Hamilton County, Ohio

Case No. A0302263 (in litigation)

(4) Williams, et al. v. Gulfstream, Central District of California, Eastern Division

        Case No. 02-CV-1200 (settled)

(5)    Rhodes, et al. v. Cracker Barrel, Northern District of Georgia, Rome Division

        Case No. 4:99-CV-217 (settled)

(6)    NAACP, et al. v. Cracker Barrel, Northern District of Georgia, Rome Division

        Case No. 4:01-CV-325 (settled)

(7)    Burton, et al. v. Toshiba, Middle District of Tennessee (Nashville Division)

        Case No. 3:01-CV-0021 (settled)

(8)    Wade, et al. v. Kroger, Western District of Kentucky (Louisville Division)

        Case No. 3:01-CV-699-R (in litigation)

(9)    Adkins, et al. v. Goody's, Middle District of Georgia (Albany Division)

        Case No. 1:99-CV-28-4 (settled)

(10)   Wilson, et al. v Fairfield, Middle District of Tennessee (Nashville Division) (settled)

(11)   Cabell v. Merck, Eastern District of Pennsylvania, Philadelphia Division

        Case No. PA: 01-CV-1005 (in settlement)

(12)   Bennet v. Nucor Steel, Western District of Arkansas, El Dorado Division

        Case No.: 03-CV-1180 (in litigation)

(13)   Armstrong, et al. v. Whirlpool Corp., Middle District of Tennessee, Nashville Division

        Case No.: 3-03-1250 (in litigation)

(14)   Velez, et al. v. Novartis Corp., Southern District of New York (in litigation)

(15)   Thomas, et al. v. General Electric, District of Connecticut (settled)

(16)   Barrett, et al. v. Whirlpool Corp., Middle District of Tennessee, Nashville Division (in litigation)

(17)   <u>Williams, et al. v. Federal Aviation Administration</u>, EEOC Case No. 100-2004-00491X (in litigation)

(18)   <u>Howard, et al. v. Department of Commerce</u>, U.S. District Court for the District of Columbia (in litigation)

(19)   <u>Jones, et al. v. Shaw Carpets</u> (in settlement negotiations)

(20)   <u>Murphy, et al. v. Super Steel</u>, Northern District of New York, Albany Division (in litigation)

In addition, Grant Morris is and has been class counsel in numerous collective action Fair Labor Standards Act matters throughout the United States; is and has been counsel in numerous individual and multi-party employment matters across the United States; and, has served as a judicial clerk to Judge John D. Butzner of the United States Court of Appeals for the Fourth Circuit.

Grant Morris is a member in good standing with the District of Columbia Bar and the Virginia State Bar. With the extensive class action experience in race discrimination matters, along with other class actions he has litigated, and his litigation experience in other contexts, Grant Morris will adequately, zealously, and vigorously represent the interests of the class as class counsel.

_June 07 2006_  
Date

_____  
Grant Morris

Sworn to and subscribed before me this _7th_ day of June, 2006

_____  
Notary Public

EMILY M. MAGLIO  
NOTARY PUBLIC DISTRICT OF COLUMBIA  
My Commission Expires October 14, 2010

3