*EXHIBIT NO. 24*

# TAFT, STETTINIUS & HOLLISTER LLP

425 WALNUT STREET, SUITE 1800

CINCINNATI, OHIO 45202-3957

513-381-2838
FAX: 513-381-0205
www.taftlaw.com

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

GREGORY PARKER ROGERS
(513) 357-9349
rogers@taftlaw.com

CLEVELAND, OHIO OFFICE
3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707

December 31, 2002

David Sanford
Gordon Silberman Wiggins & Childs, PC
7 Dupont Circle NW, Suite 200
Washington, DC  20036

     RE:    <u>Bert v. AK Steel Corporation</u>

Dear David:

    Enclosed are copies of the joint discovery plan and the Rule 26 (f) report of the parties filed with the Court today.

                                        Sincerely,

                                        Gregory P. Rogers

GPR/jd
Encl.

cc:    Paul Tobias

H:\GPR\AK Steel\sanford ltr 123102

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al. | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | |
| v. | : | Magistrate Judge Hogan |
| | : | |
| AK STEEL CORPORATION | : | **JOINT DISCOVERY PLAN** |
| | : | |
| Defendant | : | |

  Now come all parties to this case, by and through their respective counsel, and hereby jointly submit to the Court this Joint Discovery Plan, pursuant to the Court's Pretrial Procedure Outline.

  1. **RULE 26(a) PROCEDURES**

    The parties agree to delay the initial disclosures concerning individual Plaintiffs and the initial disclosures concerning class issues until February 3, 2003. This delay is due to the large number of individual Plaintiffs and the size of the putative class and the large number of manufacturing facilities involved with the putative class.

  2. **DISCOVERY ISSUES AND DATES**

    A. Discovery will need to be conducted on the issues of class certification, liability, damages and all other issues involved in the pleadings.

    B. The parties recommend that discovery should be bifurcated between liability and damages. The parties further recommend that initial discovery be limited to class certification issues until such time as the issue of class certification is finally resolved and that remaining discovery be scheduled thereafter.

    C. The parties agree to a deadline of disclosure and report of plaintiffs' expert(s) by January 5, 2004. Plaintiffs propose simultaneous disclosure of defendant's experts and reports and then disclosure and reports of rebuttal experts by February 5, 2004. Defendant proposes that disclosure and report of its expert(s) be made by April 5, 2004.

    D. Parties agree to a discovery cutoff for all class issues except expert depositions by December 1, 2003. Plaintiffs propose that depositions of experts be complete

by March 1, 2004. Defendants propose that the depositions of experts be complete by May 1, 2004.

E. Anticipated discovery problems: None at this time.

3. **LIMITATIONS ON DISCOVERY**

   A. Changes in the limitations on discovery.

   - Plaintiffs propose 20 depositions per side. Defendant proposes that it may depose all named plaintiffs and may take up to ten additional depositions. Defendants further propose that the named plaintiffs be able to take 10 depositions.

   If additional depositions appear to be necessary as discovery proceeds, the party seeking such additional depositions may seek leave of court.

   Plaintiffs propose that Defendants may serve up to 15 interrogatories on each plaintiff and that plaintiffs be permitted to serve up to 100 interrogatories on Defendant. Defendant proposes that it may serve up to 15 interrogatories on each plaintiff and that Plaintiffs be permitted to serve up to 25 interrogatories.

   B. Protective Order

   - A protective order will likely be jointly submitted to the Court on or before February 3, 2003.

4. **OTHER COURT ORDERS UNDER RULE 29(C) OR RULE 16(B) AND (C)**

   A deadline of May 1, 2003 is established for the amendment of the complaint to:

   - add parties

   - add additional claims

- There is no request for a Court Order until Rule 26(c) at this time.

_David Sanford by GP Rogers per auth._
David Sanford
Eric Bachman
Gordon, Silverman, Wiggins & Childs
7 DuPont Circle, N.W., Suite 250
Washington, D.C. 20036

Attorneys for Plaintiffs

OF COUNSEL:

Paul H. Tobias
David D. Krammer
Tobias, Kraus & Torchia
911 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202

H:\GPR\AK Steel\Bert Joint Discovery Plan.wpd

_GPTR_
Lawrence J. Barty
Patricia Anderson Pryor
Gregory Parker Rogers
Roger A. Weber
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Attorneys for Defendant