*EXHIBIT NO. 25*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VIVIAN BERT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. C-1-02-467 |
| | ) Judge Beckwith |
| AK STEEL CORPORATION, | ) Magistrate Judge Hogan |
| Defendant. | ) |

### DECLARATION OF JAMES E. GREENWOOD

I, James E. Greenwood, declare as follows:

1. I am over 18 years of age and I am an African American.

2. I applied for employment with AK Steel Corporation's Middletown facility on September 12, 2001.

3. I took AK Steel's entry-level exam on November 8, 2001. Thereafter, I was informed that I did not pass the exam.

4. I desire to intervene in the above-styled case, *Vivian Bert, et al., v. AK Steel Corp.*, as a party-plaintiff to serve as a representative for the Middletown subclass challenging the racially discriminatory impact of AK Steel's entry-level exam. I intend to represent the best interests of the class in seeking all legal remedies against AK Steel's discriminatory entry-level exam.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____          June 8, 2006
JAMES E. GREENWOOD                       DATE