UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

    v.                               Case No. 1:02cv0467
                                           (J. Beckwith ; Hogan, M.J)

AK Steel Corporation,
    Defendant(s).

---

### NOTICE

---

    Please take notice that the above-captioned case has been set for a Settlement/Mediation Conference before the Honorable Timothy S. Hogan on:

**Monday, June 19, 2006 at 2:30 pm**

**via telephone. Parties are instructed to contact chambers (5) minutes prior to the scheduled start time of the conference. (513) 564-7650.**

                                           Timothy S. Hogan
                                           United States Magistrate Judge


                                           s/Arthur W. Hill
                                           Courtroom Deputy

cc:    All Counsel
       awh     June 16, 2006