**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

2006 JUN 19 PM 2: 46

Vivian Bert, et al.,
    Plaintiff(s),

v.

Case No. 1:02cv0467
(J. Beckwith ; Hogan, M.J)

AK Steel Corporation,
    Defendant(s).

## CIVIL MINUTES
for an
**Informal Discovery Conference**

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** June 19, 2006      **TIME:** 2:30 pm

Attorney for Plaintiff(s): _____

Paul Tobias

Robert Childs

Herman Nathaniel Johnson

Attorney for Defendant(s): _____

Gregory Rogers

**PROCEDURES**

_X_ Counsel Present. (via telephone)

_X_ Discovery conference held.

____ Case continued for _____

_X_ Court Order/Memorandum to follow.

____ Other _____