UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VIVIAN BERT, ET AL.,
    PLAINTIFFS

VS.

AK STEEL CORPORATION,
    DEFENDANT

CASE NO. 1:02CV00467
(BECKWITH, C.J.)
(HOGAN, M.J.)

ORDER

We conducted an informal discovery conference yesterday. The parties are unable to agree relative to Defendant's request to depose Arnold Edwards and James Greenwood, former and new class representatives. Plaintiff's reasons for opposing the depositions are two: (1) class discovery ended according to the Calendar Order in August, 2005 and (2) both Messrs. Edwards and Greenwood have previously filed declarations, thereby making their depositions unnecessary. Defendant argues that in April of this year, the Chief Judge entered an order (Doc. 79) permitting subclasses and the Court infers that if subclasses are permitted after the deadline for class discovery, it would not be Judge Beckwith's intention to either reopen class discovery to permit the deposition of Mr. Edwards, nor would it be her intention to preclude the deposition of Mr. Greenwood. Therefore, Defendant may depose Mr. Greenwood on or before July 20, 2006. There will be no deposition of Mr. Edwards relative to class discovery.

June 20, 2006

Timothy S. Hogan
United States Magistrate Judge