UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Vivian Bert, et al, | : | Case No. 1:02-cv-00467 |
| Plaintiffs, | : | |
| v. | : | |
| AK Steel Corporation, | : | |
| Defendant. | : | |

**ORDER**

Before the Court is Defendant AK Steel's combined Objection to the Order of Magistrate Judge Hogan denying the deposition of Donald Edwards, and a motion to extend time for AK Steel to respond to Plaintiff's supplemental memorandum concerning class certification (Doc. 86).  The motion to extend AK Steel's response brief filing date is GRANTED.  A new date will be set when the Court rules on AK Steel's Objection to Magistrate Judge Hogan's discovery order.

SO ORDERED.

DATED: June 29, 2006                    s/Sandra S. Beckwith
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Court