# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **VIVIAN BERT, et al.,** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CASE NO. C-1-02-467** |
| | ) | **Judge Sandra Beckwith** |
| **AK STEEL CORPORATION,** | ) | **Magistrate Judge Hogan** |
| | ) | |
|     **Defendant.** | ) | |

## NOTICE OF CHANGE OF ADDRESS

I, David W. Sanford, hereby file this notice advising that the address of the law firm of Sanford, Wittels & Heisler, LLP has changed to:

    1666 Connecticut Avenue, N.W.
    Suite 310
    Washington, D.C. 20009
    Telephone: (202) 742-7780
    Facsimile: (202) 742-7776

Dated: July 24, 2006                    Respectfully submitted,

                                                     s/ David W. Sanford
                                                     David W. Sanford, *Admitted Pro Hac Vice*
                                                     **SANFORD, WITTELS & HEISLER, LLP**
                                                     1666 Connecticut Avenue, N.W., Suite 310
                                                     Washington, D.C. 20009
                                                     Telephone: (202) 742-7780
                                                     Facsimile: (202) 742-7776

                                                     *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on July 24, 2006 using the Court's CM/ECF system, which will send notice of this filing to the following attorneys of record:

Paul H. Tobias
David D. Kammer
**TOBIAS, KRAUS & TORCHIA**
911 Mercantile Library Building
414 Walnut Street
Cincinnati, Ohio 45202

Robert Childs
Susan Gale Donahue
Barry Frederick
Herman N. Johnson, Jr.
**WIGGINS, CHILD, QUINN & PANTAZIS, P.C.**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

*Attorneys for Plaintiffs*

Lawrence James Barty
Gregory Parker Rogers
Patricia Anderson Pryor
**TAFT, STETTINIUS & HOLLISTER LLP**
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

*Attorneys for Defendant*

                                            s/ David W. Sanford_____
                                            David W. Sanford, *Admitted Pro Hac Vice*