UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

------------------------------------
                                     :

VIVIAN BERT, et al.,          :
                                 :

       Plaintiffs,       :
                                 :

     vs.               :     CASE NO.
                                 :     C-1-02-467

AK STEEL CORPORATION,      :
                                 :

       Defendant.        :
------------------------------------

Deposition of:  JAMES GREENWOOD

Taken:          By the Plaintiffs
                Pursuant to Agreement

Date:           July 25, 2006

Time:           Commencing at 3:11 p.m.

Place:          Taft, Stettinius &
                Hollister, LLP
                425 Walnut Street
                Suite 1800
                Cincinnati, Ohio  45202

Before:         Karen Volk, RPR
                Notary Public - State of Ohio

ORIGINAL

```
 1   APPEARANCES:

 2
         On behalf of the plaintiffs:
 3
             Herman N. Johnson, Jr., Esq.
 4                of
             Wiggins, Childs, Quinn & Pantazis
 5           301 19th Street
             The Kress Building
 6           Birmingham, Alabama   35203

 7
         On behalf of the defendant:
 8
             Gregory Parker Rogers, Esq.
 9                of
             Taft, Stettinius & Hollister, LLP
10           425 Walnut Street
             Suite 1800
11           Cincinnati, Ohio   45202

12
         Also Present:
13
           Stephanie Bisselberg
14

15

16                        - - -

17

18

19

20

21

22

23

24

25
```

```
1                          I N D E X

2    JAMES GREENWOOD                                   PAGE

3        Cross-Examination by Mr. Rogers                4
         Examination by Mr. Johnson                    23
4        Further Cross-Examination by Mr. Rogers       24
         Examination by Mr. Johnson                    25
5

6
     EXHIBITS                         MARKED      REFERENCED
7
         Deposition Exhibit  1          10           10
8        Deposition Exhibit  2          11           11
         Deposition Exhibit  3          14           14
9

10

11

12                          -  -  -

13

14

15

16

17

18

19

20

21

22

23

24

25
```

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

                         JAMES GREENWOOD

1   of lawful age, a plaintiff herein, being first duly

2   sworn as hereinafter certified, was examined and

3   deposed as follows:

4                        CROSS-EXAMINATION

5   BY MR. ROGERS:

6        Q.   Would you please state your name for the

7   record, sir?

8        A.   James Edward Greenwood.

9        Q.   Where do you live, Mr. Greenwood?

10       A.   1505 Daniel Court, Middletown, Ohio.

11       Q.   How long have you lived there?

12       A.   Almost six years.

13       Q.   What's your educational background?

14       A.   High school, military, Sinclair Community

15  College and D. Russell Lee Industrial School.

16       Q.   Okay.  Did you graduate from high school?

17       A.   Yes, I did.

18       Q.   What year?

19       A.   1977.

20       Q.   Which high school?

21       A.   Middletown.

22       Q.   When were you in the Navy?

23       A.   Went into the Navy in 1983.

24       Q.   How long were you in the Navy?

1        A.    Four years.

2        Q.    Did you receive an honorable discharge?

3        A.    Yes.

4        Q.    When did you attend classes at Sinclair?

5        A.    Sinclair Community College, I went to

6  equality class for Square D Company.  That was -- I

7  think it was in '93.

8        Q.    Okay.  Did you receive any sort of degree

9  from Sinclair?

10        A.    No.  It was just an apprenticeship in the

11  QA department.

12        Q.    Was part of your classwork for your

13  apprenticeship program?

14        A.    Yes.

15        Q.    Then you mentioned Russell Lee?

16        A.    D. Russell Lee, I took industrial --

17  industrial electrical work at D. Russell Lee.

18        Q.    Was that also part of your apprenticeship

19  classroom training?

20        A.    Yes.

21        Q.    Have you gotten journeyman status?

22        A.    Well, I've been with Square D a pretty

23  long time so I've been in the quality field,

24  electrical inspection for Square D ever since I got

25  out of the military in 1987.

1          So these are just classes that I took to

2    enhance my knowledge for my job.

3          Q.    Okay.  Is there a union at Square D?

4          A.    At one point there was.  I was in the

5    union before I went to the service.  When I got back

6    out of the military, I went back to Square D.  And I

7    was in the union for nine months and then I

8    transferred over to salary, I think, about 1990.

9          Q.    Are you salaried today?

10         A.    Yes, I am.

11         Q.    How long have you worked for Square D on

12   the second go-around?

13         A.    The second go-around, since '88.  Being

14   going into the military, my seniority never ceased,

15   so I'm working on 29 years now.

16         Q.    So when did your service date with Square

17   D -- what is the beginning of your service date?

18         A.    November 1977.  November 14, 1977.

19         Q.    I'm sorry, I forgot, you've been salaried

20   with Square D since when?

21         A.    I'm thinking 1990.  1991.

22         Q.    What are your job duties today?

23         A.    I'm the quality manager for station

24   breaker.

25         Q.    What was your -- what do you do in that

1  job?

2      A.   Well, what I'm doing now is I'm

3  supervising eight electrical technicians.  I have

4  five electrical inspectors and I have four --

5  three physical inspectors that's not really involved

6  in a lot of electrical but they do the physical

7  aspects.

8          I manage their time.  I take the job lists

9  and what needs to be done.  I do some baratal

10  (phonetic) charts.  I look at the quality aspects of

11  the breaker, make the decisions on the customer

12  itself to make sure that their needs are met.  Take

13  the customer specs, take a look at them, make sure

14  our breaker is to the customer specs.

15      Q.   Where is the Square D facility where you

16  work?

17      A.   West Chester.

18      Q.   How long have you worked at that West

19  Chester facility?

20      A.   A little over three years.

21      Q.   Did you work in the Middletown --

22      A.   Yes.

23      Q.   Square D closed that Middletown location?

24      A.   Exactly.

25      Q.   What was your job with Square D in

1    September of 2001?

2         A.    I was an electrical inspector for the QA

3    department.

4         Q.    So would that be a step or two below where

5    you are today?

6         A.    That is -- yes, step below.

7         Q.    When did you receive the promotion to your

8    current job?

9         A.    It's been less than a year.

10        Q.    What's your annual salary with Square D?

11        A.    $54,000.

12        Q.    And do you receive any sort of annual --

13   any other compensation beyond the annual salary?

14        A.    Just this past year, just one.

15        Q.    And what was that?

16        A.    That was $1,500 for a job well done on a

17   few product lines that we brought to West Chester

18   where I am working now.

19        Q.    What does Square D make out at the West

20   Chester facility?

21        A.    Square D basically -- like I say, within

22   the last year we transferred a station breaker where

23   we deal directly with power plants, Duke Energy,

24   Cinergy, and things like that.  We make medium and

25   voltage breakers.

```
1              It's starting to come into a manufacturing
2    facility.  So as time goes on we're increasing
3    production.
4              The breaker itself is just like a house
5    breaker to a certain point, but 30,000 magnitude.
6         Q.   Still a lot bigger?
7         A.   Yes.
8         Q.   What did Square D make at its Middletown
9    facility?
10        A.   Low voltage square gear.
11        Q.   Have you ever worked for Armco or for AK
12   Steel?
13        A.   No.
14        Q.   Do you have a driver's license today?
15        A.   Yes, I do.
16        Q.   Did you have a valid driver's license in
17   September of 2001?
18        A.   Yes, I did.
19        Q.   Do you have -- have you ever been
20   convicted of any crime?
21        A.   No.
22        Q.   Have you ever been arrested?
23        A.   No.
24        Q.   Do you have any sort of medical
25   restrictions on your ability to do work?
```

```
1        A.    No, I don't.

2        Q.    Did you in September 2001?

3        A.    No.

4        Q.    Have you ever declared bankruptcy?

5        A.    No.

6        Q.    Have you ever been a plaintiff or a

7  defendant in a lawsuit?

8        A.    No.

9        Q.    I notice that last week the treasurer of

10 Butler County, Ohio filed a complaint for foreclosure

11 of lien for delinquent real estate taxes concerning

12 you.  Are you aware of that?

13       A.    Yes, I am.  And at the time of this

14 process I got my 401(k) where I put in for a hardship

15 loan that's going to take care of that.  Paperwork is

16 in process.  And that is on rental property.

17             (Deposition Exhibit 1 was marked for

18             identification.)

19       Q.    I've handed you Deposition Exhibit 1.  Is

20 this the complaint for foreclosure that we've just

21 been referencing here in your deposition?

22       A.    Now, I have not received this document,

23 no.

24       Q.    Have you ever seen this document before?

25       A.    No.
```

1      Q.    You said that the 1505 Daniel Court

2    address was your residence address.

3      A.    Yes, it is.

4      Q.    Are you married?

5      A.    Yes, I am.

6      Q.    Is Melinda Greenwood your wife?

7      A.    Yes, she is.

8      Q.    How long have you been married?

9      A.    15 years.

10     Q.    Is Melinda your first wife?

11     A.    Yes.

12     Q.    Do you have any children?

13     A.    Yes.

14     Q.    How many?

15     A.    I have four total, two with Melinda.

16     Q.    How old are your children with Melinda?

17     A.    14 and 9.

18     Q.    How old are the other two children?

19     A.    22 and 21.

20     Q.    How many times have you applied for

21    employment at AK Steel?

22     A.    Just one time.

23           (Deposition Exhibit 2 was marked for

24           identification.)

25     Q.    I've handed you a document that we've

1    marked as Deposition Exhibit 2.  Would you take a
2    moment to look through it?
3         A.   Okay.
4         Q.   Is this the job application that you
5    completed with AK Steel?
6         A.   Yes.
7         Q.   Is that your handwriting on this document?
8         A.   Yes, it is.
9         Q.   The information that's within Deposition
10   Exhibit 2, was it accurate at the time that you wrote
11   it out?
12        A.   Yes.
13        Q.   Which job were you applying for?
14        A.   I was applying for just regular in the
15   plant work.
16        Q.   Why did you want to leave Square D after
17   more than 20 years of employment there?
18        A.   Well, Square D closed the Middletown
19   facility.
20        Q.   When?
21        A.   And at that point everybody was losing
22   their jobs.  And what transpired later on after
23   contract talks with the union, they said they were
24   going to take 100 to go to Oxford, Ohio.  We had 385
25   employees at that time.

```
 1              They never had said at that point who the
 2  100 was that was going to get to go.  So I just took
 3  it upon myself that, not knowing if I'm going to have
 4  a job tomorrow, that I need to go in and try to find
 5  something.
 6              And at that point in my career the only
 7  place to work would be AK Steel to be equivalent to
 8  what I make.
 9      Q.   When did the Square D plant close in
10  Middletown?
11      A.   I would say 2001.
12      Q.   How long have you worked -- you said you
13  worked at West Chester for three years?
14      A.   I went to Oxford for one year.
15      Q.   You did.  Okay.  The odd thing that struck
16  me about Deposition Exhibit 2 is that you applied on
17  September 12, 2001, the day after 9/11.
18      A.   That's when they had AK Steel come in.  We
19  done all our -- they had more like a seminar.  They
20  had other facilities come in and fill out
21  applications.
22              What it is, they knew we were losing our
23  jobs, so they brought people in.  So I don't know
24  nothing about 9/11.
25      Q.   So AK Steel came to Square D seeking to
```

1    hire various of its employees?

2         A.    Yes.  Or filling out applications.

3         Q.    Do you know who from AK came out?

4         A.    No, I don't.

5         Q.    Do you know whether it was someone from AK

6    or whether it was someone from the State of Ohio

7    Bureau of Employment Services?

8         A.    I couldn't tell you.  They were

9    representatives for AK.  As to the people, I didn't

10   take notice to fill out the application.

11              (Deposition Exhibit 3 was marked for

12              identification.)

13        Q.    I'm handing you Deposition Exhibit 3.  Is

14   the writing on Deposition Exhibit 3 your writing?

15        A.    That is my print, yes.

16        Q.    The bottom question says, "Position for

17   which you are applying."  And you checked management

18   to technical.

19        A.    Okay.

20        Q.    Is that correct?

21        A.    I see a check there but --

22        Q.    But what?

23        A.    I'm not sure if I put that or not.  But

24   like I say, that is my signature, my print.

25        Q.    Are those the jobs that you were seeking

1    when you filled out this application on September 12

2    of 2001?

3         A.   Per my profession, I think that's what I

4    would have put down.

5         Q.   Were you seeking to become an entry level

6    laborer, a union job at the mill?

7         A.   Yes.

8         Q.   Is there any reason why you didn't check

9    the job "laborer"?

10        A.   What do you mean by that?

11        Q.   There's eight different jobs you can apply

12   for on Deposition Exhibit 3, one of which is laborer.

13   Why didn't you check the laborer box?

14        A.   I don't know.

15        Q.   What happened with regard to AK Steel

16   after you filled out this application at Square D?

17        A.   AK, they -- they didn't call me.  So I

18   think I made a call to them and asked them about my

19   application.

20        Q.   Okay.  Do you know who you called?

21        A.   Jessica Hicks.

22        Q.   Okay.

23        A.   And I asked her about my application.  And

24   she said, well, we're still sorting through

25   applications, so and so.  I think I kind of talked to

1    her about my resume and she said okay.  And I think

2    she set me up for a test at that point.

3         Q.    How long -- do you know how long after

4    September 12, 2001 this conversation was with

5    Ms. Hicks?

6         A.    No, I don't.

7         Q.    Was it within two or three weeks, two or

8    three months, two or three years?

9         A.    I would think it would have to be at least

10   between three weeks to a month because -- I have

11   heard one or two people within the facility taking

12   the test.

13        Q.    What happened next with regard to applying

14   for employment at AK Steel after you talked to

15   Ms. Hicks?

16        A.    I went in to take the test.

17        Q.    Did you take the test actually at AK

18   Steel?

19        A.    Yes, I did.

20        Q.    What happened after you took the test?

21        A.    Well, nothing at first.  And then after

22   maybe about, say a month and a half, two months, I

23   called Jessica back and talked to her and told her

24   that I was calling about my test that I had taken.

25   And she says, well, Mr. Greenwood, if we didn't call

1   you, you didn't pass the test.

2            And when she said that it -- it kind of

3   shook me, for her saying -- when she said me being in

4   my position not to pass the test, it kind of hit me.

5            Then the next -- between the next day or

6   two at work, I think I called her back.  And then I

7   kind of explained.  And I told her about my resume

8   and my qualifications.  Then she said, well, I think

9   what you would have to do or I would recommend you do

10  is talk to the professional band of the job hiring.

11       Q.   And did you?

12       A.   No.

13       Q.   Why not?

14       A.   Well, the thing about it -- as time went

15  on that I found out that being with Square D I was

16  going to be one of the 100 to go to Oxford, which was

17  a blessing.  So I just didn't further pursue, you

18  know.

19           And the thing about it is, you know, a lot

20  of my peers knew I took the test and I didn't pass,

21  so I don't know, I guess I felt bad about it.

22       Q.   How did your peers know that you had not

23  passed the test?

24       A.   Because I wasn't going there to work.  And

25  I told them I took the test and everything.  They

1    were, didn't they call you?  No.

2            So it just -- like I said, once I found

3    out that I was going to be able to transfer to the

4    Oxford facility, I just didn't worry about it.

5        Q.   Do you have any reason to believe that

6    your race, African American, had anything to do with

7    AK Steel's decision not to hire you?

8            MR. JOHNSON:  Object to the form.  You may

9        answer.  You can answer.

10       A.   Not at first.

11       Q.   Did you --

12       A.   Or, no.  The thing about it is, I try to

13   keep an open mind about a lot of things.  I don't

14   think race or anything plays in a part where it does

15   but I don't try to perceive it.  And they say I

16   didn't pass the test so I took it for that.

17       Q.   Do you know of any reason, sitting here

18   today, to believe that AK Steel decided not to hire

19   you because of your race?

20           MR. JOHNSON:  Object to the form.  You may

21       answer.

22       A.   Repeat the question.

23           (The record was read.)

24       A.   No.

25       Q.   Are you aware that currently AK Steel has

1  locked out all of its hourly employees represented by

2  the Armco Employees Independent Federation?

3       A.    Yes, I am.

4       Q.    Do you have an interest today in becoming

5  a laborer at AK Steel Middletown Works, employees

6  represented by the AEIF?

7       A.    Well, I don't know if a laborer at AK

8  could handle my stature right at this point.  Like I

9  say, I'm a manager of eight.

10      Q.    That's one of the reasons I asked, yeah.

11      A.    But the thing about it, options are open.

12  I grew up in Middletown all my life and AK Steel is

13  the place to work.  I mean benefits, money.  A lot of

14  their employees have the good things in life in

15  Middletown that a lot of us don't have.  So AK Steel

16  was the place to be hired at.

17           Like I said, that was one of the reasons

18  why that if I was going to work for any way in

19  Middletown other than that, I would have to go to AK

20  Steel to supplant my annual salary.

21      Q.    Do you want today to be hired by AK Steel

22  to the laborer's job?

23           MR. JOHNSON:  Object to the form.  Asked

24           and answered.  You may answer.

25      A.    I'd leave my options open.  I wouldn't say

1   no.

2       Q.   Would you say yes?

3       A.   I would have to think about it, talk to my

4   wife and look at my pros and cons.  If it was to my

5   advantage, I would probably do it.  I need to get

6   better, not regress.

7       Q.   Did you ever file an EEOC charge against

8   AK Steel?

9       A.   I don't know what an EEOC is.

10      Q.   Did you -- did you ever file a charge of

11  discrimination with any governmental agency

12  concerning AK Steel's decision not the hire you?

13      A.   No, I didn't.

14      Q.   If I asked this already, I apologize.

15  Have you ever filed bankruptcy?

16      A.   No.

17      Q.   Do you have any plans to file for

18  bankruptcy?

19      A.   No.

20      Q.   Have you talked to a bankruptcy attorney

21  in the last six months?

22      A.   Never.

23      Q.   How is it that you became involved in the

24  lawsuit known as Bert versus AK Steel Corporation?

25      A.   I think there was a lot of animosity going

```
 1    on with a lot of the employees at Square D that
 2    didn't get a chance to take the test or get hired.
 3    And I think that's where I found out that something
 4    was going on about not hiring certain people.
 5              And I think that's -- that's when it came
 6    about.  Because I think my brother was included in
 7    that but I don't think he ever took the test.
 8        Q.    Who was your brother?
 9        A.    His name is Kenneth Greenwood.  And he did
10    get laid off from Square D also but I don't think he
11    got a chance to take the test.
12              And then I don't know if my talking to
13    Jessica Hicks and my resume got the chance for me to
14    take the test, because if I wouldn't have called
15    maybe I wouldn't have never got a chance to take it.
16        Q.    Do you want to become part of the people
17    who are suing AK Steel in the Bert lawsuit?
18              MR. JOHNSON:  Object to the form.  You may
19        answer.
20        A.    Yes.
21        Q.    Why?
22        A.    Well, I feel that at this point in time,
23    you know, I lived in Middletown all my life and I
24    know what goes around.  And the minority at AK
25    Steel -- AK is very minimum, very minimum.  And if
```

1    there's some way for me to open the doors to make it

2    easier for my brother or my three best friends that

3    tried to get hired at AK that couldn't, I'll help in

4    any way I can to do what I have to do.

5        Q.    And if you become part of this lawsuit

6    what is it that you're seeking?

7        A.    Satisfaction.  Change the test basis.  I

8    mean, you know, the thing about it is, the test was

9    behavioral analysis.  And I thought it was, you know,

10    what would you do in this situation, or you can have

11    two right answers and if you make the wrong judgment,

12    you're wrong.

13            (Off the record.  Cell phone ringing)

14        A.    Sorry about that.  I usually always do

15    that before I go into any meeting.  I think I'm a

16    little nervous.  Okay.

17        Q.    You were beginning to tell us about the

18    test.

19        A.    Like I said, behavioral analysis.  I've

20    been involved with the hiring process at Square D and

21    in a similar -- like I say, behavioral analysis, the

22    judgment questions on what do you think in this case

23    or what would you do or which one do you think.  And

24    if there's not a right answer, it's not a right

25    answer.  You might have two right answers for the

1    same question.  But the one you pick might not be the

2    right one to make you pass the test.

3        Q.   Let me have a few minutes outside.

4            (A recess was taken from 3:40 to 3:44.)

5            MR. ROGERS:  I have no further questions,

6        Mr. Greenwood.

7                        EXAMINATION

8    BY MR. JOHNSON:

9        Q.   Just a brief follow-up here.

10   Mr. Greenwood, you stated that at the time when you

11   were denied employment at AK Steel that you didn't

12   think race was the reason or was the factor in that

13   denial.  Has your opinion changed since then?

14       A.   Yes.  And why I say that is -- is because

15   when they told me I didn't pass the test, well, then,

16   that's failure on my part.  But then when you hire

17   five people that I feel are intellectually inferior

18   to me, I feel there's a problem there.

19            And I wasn't -- like you say, I took the

20   test for laborer.  I would have went in that hot

21   strip and did what I had to do.  But on the people

22   that they hired -- like I say I can't judge people, I

23   don't -- I don't judge by color.  Maybe the five

24   people that they did hire that I felt was less than

25   me knew how to take the test.

1           But, you know, as the time goes by you

2   look at the numbers and you look at the people that I

3   know that took the test and didn't pass the test,

4   there is a little problem there.

5           Q.   The five people you're speaking of who got

6   hired, who are these five people?

7           A.   These are people from the Square D

8   facility.

9           Q.   Okay.  Were these people Caucasian?

10          A.   Yes.

11          Q.   That's all.

12                   FURTHER CROSS-EXAMINATION

13  BY MR. ROGERS:

14          Q.   These five Caucasian individuals, do you

15  know whether or not they passed the test?

16          A.   They started working, that's all I know.

17  They started working.

18          Q.   How do you gauge that they are

19  intellectually inferior to you, these five people?

20          A.   And that's a judgment call.  Don't get me

21  wrong, I don't -- I don't perceive myself to be

22  better than nobody.  But I try my best, you can tell

23  by my resume, to go get education and better myself,

24  where maybe three out of the five just had a high

25  school education.

```
1        Q.    This judgment that these five individuals
2   of which you speak are intellectually inferior, is
3   that your subjective judgment?
4        A.    What are you trying to say by my
5   subjective?
6        Q.    Do you have any objective proof that these
7   individuals are intellectually inferior to you?
8        A.    I'm not going to --
9        Q.    This is a subjective judgment you made, is
10  that correct?
11       A.    Just my own thought and intuition.  My own
12  assumption.
13       Q.    Okay.
14       A.    Nobody else's.
15       Q.    Nothing further.
16                     FURTHER EXAMINATION
17  BY MR. JOHNSON:
18       Q.    Let me just ask a follow-up.  These
19  individuals, what positions did they hold at Square
20  D?
21       A.    Paint line.  One lady was a second shift
22  wire person, I think, maybe.  And down -- I think the
23  other guys work down on the mechanical side down on
24  the brakes and the presses, things like that, more
25  the machinery type.
```

```
1          Q.    So the person who worked on the paint

2    line, what type of job is that?

3          A.    Hang parts.

4          Q.    Hanging parts.  What exactly is that?

5          A.    And unloading parts into a conveyor to

6    send through.

7          Q.    Is it more difficult to do the paint line

8    or to be in electrical or an electrician?

9          A.    I think the electrical is a little bit

10   more intense.

11         Q.    You said some lady worked on second shift?

12         A.    Yes.

13         Q.    What does she do?

14         A.    She was a wire person.

15         Q.    What exactly does that job entail?

16         A.    The wire person basically will take a wire

17   diagram and wire two numbers.  So 2 to 4 to 6 to 8 is

18   a wire sequence.  She will take the wire and start it

19   at 2, take it through the complete sequence.

20         Q.    Is that job more difficult than being an

21   electrician?

22         A.    No, it's not.

23         Q.    The other three guys you said worked on

24   the mechanical side?

25         A.    Yes, I think so.
```

1       Q.    What exactly were their job
2    responsibilities?
3       A.    Shear operator, press brake and hole
4    punch, I think.
5       Q.    Are these, like, production line
6    positions?
7       A.    They are just manufacturing positions.
8       Q.    Manufacturing positions.  Were the
9    positions that they -- strike that.
10       The positions that they held, were they
11    more difficult than the electrician position?
12       A.    No.
13       Q.    No further questions.
14       A.    Now --
15       Q.    I'm sorry.
16       A.    -- to make one complete product -- being
17    in the quality department, to make one complete
18    product you have all the eggs in one basket to make
19    it work to satisfy the customer.  So I'm not going to
20    say my job is more important to their job.  Without
21    them I wouldn't get to where I need to be.
22       So it takes a complete team to make it
23    happen.  Then once it gets to me, it's up to me to
24    make sure it's right for the customer.
25       So I think it takes a little more

```
1    education to do my end of it but it takes their job

2    just as much to make it happen.

3          Q.   Okay.  No further questions.

4               MR. ROGERS:  No further questions.

5               MR. JOHNSON:  Waive.

6               MR. ROGERS:  Type that up, Karen.

7               MR. JOHNSON:  Yes on copy.

8

9

10                        (Signature waived.)
                      ------------------------------
11                        JAMES GREENWOOD

12                        - - -

13        DEPOSITION CONCLUDED AT 3:50 P.M.

14                        - - -

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    C E R T I F I C A T E
2    STATE OF OHIO        :
                          :         SS
3    COUNTY OF CLERMONT   :
4            I, Karen Volk, RPR, the undersigned, a duly
5    qualified and commissioned notary public within and
6    for the State of Ohio, do hereby certify that before
7    the giving of his aforesaid deposition, JAMES
8    GREENWOOD was by me first duly sworn to depose the
9    truth, the whole truth and nothing but the truth;
10   that the foregoing is the deposition given at said
11   time and place by JAMES GREENWOOD; that said
12   deposition was taken in all respects pursuant to
13   stipulations of counsel; that I am neither a relative
14   of nor employee of any of the parties or their
15   counsel, and have no interest whatever in the result
16   of the action; that I am not, nor is the court
17   reporting firm with which I am affiliated, under a
18   contract as defined in Civil Rule 28(D).
19           IN WITNESS WHEREOF, I hereunto set my hand and
20   official seal of office at Batavia, Ohio, this ʒ
21   day of ___AuGusT___, 2006.
22
23                              Karen Volk
24   My commission expires:   Karen Volk, RPR
     September 17, 2007.      Notary Public – State of Ohio
25
```

© **Ace-Merit, LLC  2006 / (513) 241-3200**
**30 Garfield Place, Suite 620   Cincinnati, Ohio  45202**



**Court Reporters    Video Services**

620 Cincinnati Club Building . 30 Garfield Place . Cincinnati, Ohio 45202-4364
513/241-3200 . FAX 513/241-7958 . 800/277-7165

# STATEMENT OF OWNERSHIP RIGHTS

Deposition transcripts are the copyrighted property of Ace-Merit, LLC, and are subject to federal and state copyright law. Copies may be purchased from Ace-Merit, LLC, or from a cooperating court reporting firm. Once purchased, copies of the transcripts may be copied within a purchasing law firm exclusively for the purpose of analysis within that firm or for discussion with that firm's client(s). Copying and distribution beyond these limits, and any copying or distribution for which the copying party receives compensation, is strictly prohibited.

© Ace-Merit, LLC  2006



**COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO**

2 0 0 6   0 7   2 5 1 3

**CAROLE B. MOSKETTI, TREASURER**
**Butler County, Ohio**
315 High St., 10th Floor
Hamilton, OH 45011

       Plaintiff

v.

**JAMES E. GREENWOOD**
1505 Daniel Court
Middletown, OH 45044

**MELINDA A. GREENWOOD**
1505 Daniel Court
Middletown, OH 45044

**HOUSEHOLD REALTY CORPORATION**
577 Lamont Road
Elmhurst, IL 60126

**UNKNOWN HEIRS, DEVISEES,
LEGATEES, EXECUTORS,
ADMINISTRATORS, SPOUSES AND
ASSIGNS, AND THE UNKNOWN
GUARDIAN OF MINOR AND/OR
INCOMPETENT HEIRS, IF ANY, OF THE
ABOVE PERSONS**

       Defendant(s)

Case No.:
Judge:

**COMPLAINT FOR FORECLOSURE
OF LIEN FOR DELINQUENT REAL
ESTATE TAXES: AUDITOR'S
PERMANENT PARCEL NO(S).**

Q6521-035-000-013

    1.  Plaintiff Carole B. Mosketti is the duly elected and serving Treasurer of Butler County, Ohio. This is an action to foreclose on the lien of the State of Ohio for delinquent land taxes, assessments, charges, penalties, and interest in accordance with R.C. §§5721.01, 5721.28 or 323.25.

    2.  Defendant(s) James E. Greenwood and Melinda A. Greenwood is/are the fee simple owner(s) of the property described in the attached Exhibit A. The Auditor of Butler County has assigned the following Permanent Parcel Number(s) to said property: Q6521-035-000-013.

    3.  Pursuant to the provisions of R.C. §5721.13, the Butler County Auditor did, on December 31, 2005, file with the Prosecuting Attorney of Butler County, Ohio, a Delinquent Land Tax Certificate/ Master List of Delinquent Tracts referencing the above described property.

    4.  Pursuant to said Certificate/Master List, the amount of taxes, assessments, charges, penalties, and interest appearing to be due and unpaid is $2,683.31.



5.  Said taxes are, in fact, due and unpaid, and in accordance with the provisions of R.C. §5721.10, the State of Ohio has a first lien for said amounts.

6.  Defendant Household Realty Corporation Assignee of Banc One Financial Services Inc. has/have, or may claim, an interest in said real estate by virtue of an Assignment of Mortgage, filed on 8/14/2000, and recorded in O.R. 6502 Page 1712, in the Records of the Recorder of Butler County, Ohio, assigning the original mortgagee's interest in a certain mortgage recorded at O.R. 6425 Page 1329 of the Records of the Recorder of Butler County, Ohio, in the original amount of $62,500.00.

7.  Upon information and belief, Defendants James E. Greenwood and Melinda A. Greenwood are husband and wife.

8.  Pursuant to R.C. §5721.16, Plaintiff further demands payment of all taxes, assessments and interest which are payable on the date of sale.

The undersigned hereby certifies that an examination of the public records of Butler County, Ohio, has been made to determine the ownership of subject real estate and all parties who may claim an interest therein, and that, in the opinion of the undersigned, all parties have been named as parties to this action.

WHEREFORE, Plaintiff requests that, unless the amount found to be a first lien on the herein described premises as set forth above, plus court costs, is paid within an amount of time established by the Court, the Court order that said property be sold by the Sheriff in the manner provided by law for the sale of real estate on execution, and, if unsold, forfeited to the State of Ohio according to R.C. §5723.01.

ROBIN N. PIPER
Prosecuting Attorney of Butler County, Ohio

By_____
Dan L. Ferguson, 0036957
Assistant Prosecuting Attorney
315 High St., 11th Floor
P.O. Box 515
Hamilton, OH 45012-0515
(513) 887-3478
Fax: (513) 887-3748
fergusondl@butlercountyohio.org

**TO THE CLERK:**

Please serve Summons and a copy of the Complaint by Certified Mail upon the Defendant(s) at the address(es) as listed in the caption of this Complaint.

ROBIN N. PIPER
Prosecuting Attorney of Butler County, Ohio

By_____
Dan L. Ferguson, 0036957
Assistant Prosecuting Attorney

EXHIBIT "A"

**Parcel 1**

2006 07 2513

Situate in the City of Middletown, Butler County, Ohio and being the South 8.26 feet of Lot Number 5838 and the north 43.02 feet of Lot Number 5839 on the recorded plat of said city.

Subject to such of the easements, restrictions and limitations of record as are now applicable to and effective against said real estate.

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation



AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name **JAMES Edward Greenwood** Date **9-12-01**
FIRST      MIDDLE      LAST

Present Address **1505 DANiel CT Midd OHIO 45044**
NO.   STREET   CITY   STATE   ZIP CODE

Phone Number — or number where you can be reached: ( **513** ) **422-8276**
AREA CODE      NUMBER

Permanent Address: **Same As AboVE**
NO.   STREET   CITY   STATE   ZIP CODE

Permanent Phone: ( **SAME** ) Social Security # **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**
AREA CODE   NUMBER

Are you 18 years of age or older? ☒ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? **Yes**
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? **No**

If yes, explain. _____

Date available for employment: **ASAP**

If the job requires, are you willing to travel? **Yes**    Relocate? _____

If the job requires, are you able to work all shifts? **Yes**

Have you previously applied at Armco or AK Steel? **No** If yes, when/where? _____

Have you previously worked for Armco or AK Steel? **No** If yes, when/where? _____





## EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12      **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP, MID, BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Midd   High   School | X | | | GeN | 3.25 |
| BUSINESS OR TRADE | D. Russell Lee Career Center | X | | | Elect. Wiring | 4.0 |
| COLLEGE OR UNIVERSITY | Sinclair Comm. College | X | | | Quality Tech | 3.0 |
| | | | | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |
| | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____
1986 Letter of Commendation (USN) - Good Conduct Award (USN)
Person who Made a Difference (SQ-D) National Alliance Award (SQ-D)

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?  ☑ Yes   ☐ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| NAVY | EM² 2ⁿᵈ Class |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:
Repair Motors & Generators, Electrician (AC & DC 120V to 600V
Circuits

**EMPLOYMENT EXPERIENCE:**

PRESENT OR MOST RECENT POSITION · *started in shop at hourly wage ; moved up from there*

Name of employer SQUARE D COMPANY    Your title STAFF Tech

Address 1500 University Blvd    Kind of business ELECTRical FAB

Describe your position Quality Dept (Test Low Voltage switchgear) Implement {Quality Measures}

Period of employment from 4/87 (MO/YR) to present (MO/YR)    Name of person for whom you worked Randy Mullins    Rate of earnings $47,000/year (salaried employee)

Give exact reason for leaving currently employed ; became salary in 1989

NEXT PREVIOUS POSITION

Name of employer US NAVY    Your title ELECTRiciANS Mate

Address _____    Kind of business _____

Describe your position Worked on All ELECTRical EQuip.

Period of employment from 4/83 (MO/YR) to 4/87 (MO/YR)    Name of person for whom you worked can't recall    Rate of earnings E1 → E5 can't recall wages

Give exact reason for leaving fulfilled Service

NEXT PREVIOUS POSITION

Name of employer SQUARE D Company    Your title Master Assembler

Address ~~SAME AS Above~~ 1500 University Blvd. Middletown, OH 45044    Kind of business electrical Fab

Describe your position Assemble ELECTRical Safty Switches

Period of employment from 11/77 (MO/YR) to 4/83 (MO/YR)    Name of person for whom you worked TOM Ewen    Rate of earnings (1977) $5.25/hr. up to $9.46/hr. (1983)

Give exact reason for leaving entered military

NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ (MO/YR) to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

How much time have you lost from work in the past two years? · none

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

_Technical / Engineering_

Expected wage or salary $ _Open_

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _Electric Motor Rewind, Heating Coil Replacement, Basic Steam Cycle AC & DC 120-600 Volt circuits, Blue print & Schematic reading Local Product Safety Team Member, Trainer of Electrical Inspectors Write Test & Inspection procedures, Inspector of Low Voltage switch gear_

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.
_Have Been in Electrical Inspection and Test for 11 years with Excellent Electrical Knowlege, Familiar with The N.E.C U.L Procedures, IEEE Standards, Customer Focused_

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO | RELATIONSHIP |
|------|---------|--------------|--------------|
| Howard Mack | 3705 Greenwood Dr | (513) 423-2093 | Friend |
| Randy Mullins | 5532 Mosiman Rd | (513) 422-1823 | Supervisor |
| Robt. Hill Jr | 608 Lincoln St | (513) 422-0157 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _James E Greenwood / Jessica Hicks  11/8/01_

Application received by/Date received

Federal regulations require AK Steel Corporation to maintain the following information on all individuals making application for employment. This information is retained separate and apart from all APPLICATIONS FOR EMPLOYMENT and is not used for purposes of making employment decisions. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, military status, disability or age. We appreciate your cooperation.

NAME JAMES Greenwood                                      DATE 9-12-01

SEX: ☒ Male   ☐ Female

RACE: ☐ White (not of Hispanic origin)      ☐ Hispanic                        ☐ Asian or Pacific Islander
       ☒ Black (not of Hispanic origin)      ☐ American Indian or Alaskan Native

CHECK IF APPLICABLE: ☐ Vietnam Era Veteran   ☐ Disabled Veteran   ☐ Disabled Individual

POSITION FOR WHICH YOU ARE APPLYING:
☒ Management          ☐ Sales Representative      ☐ Clerical          ☐ Laborer
☐ Professional         ☒ Technical                ☐ Craft Worker      ☐ Service Worker

Form G-6545  12/94   *(EMPLOYMENT DEPARTMENT: Detach Upon Receipt of Application)*

