# EXHIBIT 27

# APPLICATION FOR EMPLOYMENT
## AK Steel Corporation



AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name: **JAMES** (FIRST) **Edward** (MIDDLE) **Greenwood** (LAST)   Date: **9-12-01**

Present Address: **1506** (NO.) **Daniel CT** (STREET) **Midd** (CITY) **OHIO** (STATE) **45044** (ZIP CODE)

Phone Number — or number where you can be reached: (**513**) **422-8276**

Permanent Address: **Same As Above**

Permanent Phone: (_____) **Same**   Social Security #: [redacted]

Are you 18 years of age or older? ☒ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? **Yes**
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? **No**

If yes, explain. _____

Date available for employment: **ASAP**

If the job requires, are you willing to travel? **Yes**   Relocate? _____

If the job requires, are you able to work all shifts? **Yes**

Have you previously applied at Armco or AK Steel? **No**   If yes, when/where? _____

Have you previously worked for Armco or AK Steel? **No**   If yes, when/where? _____

(side margin: GREENWOOD (LAST NAME)  JAMES (FIRST)  EDWARD (MIDDLE))

AKM-043752

**EDUCATIONAL BACKGROUND:**

Circle last grade completed  1  2  3  4  5  6  7  8  9  10  11  12          College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | GRADUATED NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Midd High School | X | | | Gen | 3.25 |
| BUSINESS OR TRADE | D. Russell Lee Career Center | X | | | Elect. Wiring | 4.0 |
| COLLEGE OR UNIVERSITY | Sinclair Comm. College | X | | | Quality Tech | 3.0 |
| POST GRADUATE | | | | | | |

List other formal educational experience: e.g., night school, home study courses, GED, etc. _____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: 1986 Letter of Commendation (USN) - Good Conduct Award (USN) Person Who Made A Difference (SQ-D) National Alliance Award (SQ-D)

MILITARY SERVICE: Are you a Veteran of the U.S. Military Service? ☒ Yes  ☐ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| NAVY | EM2 2nd Class |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel: Repair Motors & Generators, Electrician (AC & DC 120V to 600V Circuits

AKM-043753

**EMPLOYMENT EXPERIENCE:**

**PRESENT OR MOST RECENT POSITION** — Started in shop at hourly wage; moved up from there

Name of employer: SQUARE D COMPANY   Your title: STAFF Tech
Address: 1500 University Blvd    Kind of business: ELECTRICAL FAB
Describe your position: Quality Dept (Test Low Voltage Switchgear) Implement Quality Measures
Period of employment from: 4/87 to present   Name of person for whom you worked: Randy Mullins   Rate of earnings: $47,000/year (salaried employee)
Give exact reason for leaving: currently employed; became salary in 1989

**NEXT PREVIOUS POSITION**

Name of employer: U.S. NAVY   Your title: ELECTRICIANS MATE
Address: ___
Kind of business: ___
Describe your position: Worked on All Electrical Equip.
Period of employment from: 4/83 to 4/87   Name of person for whom you worked: can't recall   Rate of earnings: E1 → E5 can't recall wages
Give exact reason for leaving: fulfilled service

**NEXT PREVIOUS POSITION**

Name of employer: SQUARE D COMPANY   Your title: Master Assembler
Address: 1500 University Blvd. Middletown, OH 45044 (Same as Above — crossed out)
Kind of business: Electrical Fab
Describe your position: Assemble Electrical Sfty Switches
Period of employment from: 11/77 to 4/83   Name of person for whom you worked: TOM EWEN   Rate of earnings: $5.25/hr. (1977) up to $9.46/hr. (1983)
Give exact reason for leaving: entered military

**NEXT PREVIOUS POSITION**

Name of employer: ___   Your title: ___
Address: ___   Kind of business: ___
Describe your position: ___
Period of employment from: ___ to ___   Name of person for whom you worked: ___   Rate of earnings: ___
Give exact reason for leaving: ___

How much time have you lost from work in the past two years? none

AKM-043754

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.
Technical / Engineering

Expected wage or salary $ Open

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: Electric Motor Rewind, Heating Coil Replacement, Basic Steam Cycle AC & DC 120-600 Volt circuits, Blue print & Schematic Reading Local Product Safety Team Member, Trainer of Electrical Inspectors Write Test & Inspection procedures, Inspector of Low Voltage Switch gear

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.
Have been in Electrical Inspection and Test for 11 years with Excellent Electrical Knowlege, Familiar with The N.E.C U.L Procedures, IEEE Standards, Customer Focused

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO | RELATIONSHIP |
|---|---|---|---|
| Howard Mack | 3705 Greenwood Dr | (513) 423-2093 | Friend |
| Randy Mullins | 5532 Mosiman Rd | (513) 422-1823 | Supervisor |
| Robt. Hill Jr | 608 Lincoln St | (513) 422-0157 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _James E. Greenwood_    Application received by/Date received _Jessica Hicks_ 11/8/01

| APPLICANT FLOW LOG | | Name: James Greenwood |
|---|---|---|
| Test Date: 11/8/01 | Pass Test: Y /(N) | S.S. #: [redacted] |
| Int. Date: _____ | Int. Score: _____ | |
| Background check: P / F | Offer: Y / N | Phys. Date: _____   P / F |
| Comments: _____ | | |

AKM-043756

# APPLICANT SURVEY

Applicant Name: James Greenwood    Date: 9-12-01

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | NONE | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed.  SQUARE D CO. | SQUARE D | 24 YRS |
| 3. Have you ever been terminated from any employer? | YES | (NO) |
| 4. Do you have a high school diploma or GED? | (YES) | NO |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | A  (B)  C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | 6 YRS | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES) | NO |
| 12. List any education beyond high school. | | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required.) | (YES) | NO |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES) | NO |

AKM-043757

JAMES E GREENWOOD
1505 DANIEL CT
MIDDLETOWN, OHIO 45044
(513) 422-8276

JAKIM@SISCOM.NET

OBJECTIVE:
BRING A HIGH QUALITY OF KNOWLEDGE AND CUSTOMER EXPECTATIONS ( INTERNAL AS WELL AS EXTERNAL)WHICH WILL BENEFIT BOTH EMPLOYER AND MYSELF.

QUALIFICATIONS
HAVE BEEN IN ELECTRICAL INSPECTION AND TESTING FIELD FOR 11 YEARS WITH EXCELLENT ELECTRICAL KNOWLEDGE, FAMILIAR WITH THE NATIONAL ELECTRIC CODE, U L PROCEDURES, IEEE STANDARDS, CUSTOMER FOCUSED, DEDICATED, ACCEPTS CHALLENGES, ANALYZES DIFFICULT SITUATIONS AND FINDS THE BEST SOLUTION.

EDUCATION
MIDDLETOWN HIGH SCHOOL         6/1977
SINCLAIR COMMUNITY COLLEGE    9/91 TO 11/91
D RUSSELL LEE CAREER CENTER   10/93 TO 12/93
(SEE ATTACHMENT)

EMPLOYMENT
11/14/1977        SQUARE D COMPANY
04/17/1983        MASTER ASSEMBLER
ASSEMBLY OF HEAVY DUTY SAFETY SWITCHES, INSPECT, AND PREPARE FOR SHIPMENT.

04/17/1983        US NAVY
04/17/1987        ELECTRICIANS MATE (PO 2 n d)
ELECTRIC MOTOR REWIND SHOP, REPAIR MOTORS AND GENERATORS, HEATING COIL REPLACEMENT, KITCHEN AND GALLEY EQUIPMENT REPAIRS , FAMILIAR WITH BASIC STEAM CYCLE, MIMIC BUS FORMATION ,AC AND DC 120-600 VOLT CIRCUITS.

04/17/1987        SQUARE D / SCHNEIDER ELECTRIC
PRESENT           QUALITY ASSURANCE STAFF TECHNICIAN
INSPECTOR OF LOW VOLTAGE SWITCHGEAR, BLUE PRINT AND SCHEMATIC READING, CALIBRATION, MEMBER OF THE PRODUCT DEVELOPMENT PROCESS TEAM, MEMBER OF LOCAL PRODUCT SAFETY COMMITTEE ,TRAINER OF ELECTRICAL INSPECTION PERSONNEL, WRITE INSPECTION/TEST INSTRUCTIONS FOR TEST EQUIPMENT, ASSIST ENGINEERS, WIRING PERSONNEL, CADD OPERATORS AND MANUFACTURING ON DAILY PRODUCTION TASK, PLAYS A MAJOR ROLE IN CUSTOMER SATISFACTION WITNESSES TESTING.

AKM-043758

**AWARDS**

    LETTER OF COMMENDATION    US NAVY  1986

    GOOD CONDUCT AWARD    US NAVY  1987

    PERSON WHO MADE A DIFFERENCE  SQUARE D/SCHNEIDER ELECTRIC  1991

    ADVISOR OF THE YEAR  OHIO ORDER OF PYTHAGORANS(YOUTH GROUP) 1999

    NATIONAL ALLIANCE AWARD FOR OUTSTANDING COMMUNITY SERVICE FROM SQUARE D/SCHNEIDER ELECTRIC-NORTH AMERICA  1999

**REFERENCES**

    AVAILABLE UPON REQUEST

AKM-043759

## TRAINING RECORD

JIM GREENWOOD

| DATE | SUBJECT | LOCATION |
|---|---|---|
| 1983 | BASIC ELECTRICITY & ELECTRONICS | FLORIDA (USN) |
| 1983 | ELECTRICIAN MATE "A" SCHOOL | ILLINOIS (USN) |
| 1985 | ELECTRICIAN MATE MAINTENANCE | SAN DIEGO (USN) |
| 1985 | VOLTAGE REGULATOR, STATIC EXCITER | SAN DIEGO (USN) |
| 1986 | ELECTRIC MOTOR REWIND | SAN DIEGO (USN) |
| 1986 | ELECTRIC MOTOR CONTROLLER | USS BELLEAUWOOD |
| 1990 FEB | BREAKER MAINTENANCE (MULTI-AMP INST) | FLORIDA |
| 1990 MAR | HOW TO HANDLE DIFFICULT PEOPLE | FRED PRYOR |
| 1990 JUL | SYMAX PROGRAM I | SQ D DETROIT |
| 1991 JAN | POWER LOGIC TRAINING | SQ D MIDDLETOWN |
| 1991 MAR | MED VOLTAGE BRKR MAINTENANCE | DALLAS |
| 1991 APR | SYMAX MAINTENANCE I | MILWAUKEE |
| 1991 APR | C2Q TRAINING | SQ D MIDDLETOWN |
| 1991 AUG | DIGITRIP TRAINING (BASICS) | WESTINGHOUSE (IH) |
| 1991 SEP | QUALITY TECH - WORK SHOP | SINCLAIR |
| 1992 FEB-AUG | COMPETING & WINNING THROUGH QUALITY (CWTQ | SQ D MIDDLETOWN |
| 1992 NOV | PROPER LIFTING/BACK INJURIES PREVENTION | SQ D MIDDLETOWN |
| 1993 FEB | PBD TRAINING/UPDATE SESSION | SQ D MIDDLETOWN |
| 1993 MAR | PRODUCT LIABILITY | SQ D MIDDLETOWN |
| 1993 MAR | POWERLOGIC TRAINING/UPDATE | SQ D MIDDLETOWN |
| 1993 SEP | UL OVERVIEW | SQ D MIDDLETOWN |
| 1993 OCT | INDUSTRIAL WIRING | D RUSSEL LEE |
| 1994 JAN | CPR/FIRST AID TRAINING | SQ D MIDDLETOWN |
| 1994 JAN | POWER LOGIC CIRCUIT MONITOR | SQ D MIDDLETOWN |
| 1994 FEB | BLOODBORNE PATHOGENS (OSHA) | SQ D MIDDLETOWN |
| 1994 FEB | BASIC ELECTRICAL SAFETY | SQ D MIDDLETOWN |
| 1994 MAY | HRG SAFETY LABELS | SQ D MIDDLETOWN |
| 1994 MAY | (FOR FEILD SERVICE GROUP) | SQ D MIDDLETOWN |
| 1994 JUL | NATIONAL ELECTRIC CODE | SQ D MIDDLETOWN |
| 1994 NOV | PRODUCT LIABILITY AWARENESS | SQ D MIDDLETOWN |
| 1995 FEB | ELECTRIC SAFETY STANDARD | SQ D MIDDLETOWN |
| 1995 MAR | AUDIT TRAINING | SQ D MIDDLETOWN |
| 1995 MAY | PDP TRAINING | SQ D LEXINGTON, KY |
| 1995 SEP | PRODUCT SAFETY AND LIABILITY AWARENESS | SQ D MIDDLETOWN |
| 1995 OCT | 1996 NATIONAL ELECTRICAL CODE TRAINING | SQ D MIDDLETOWN |
| 1996 MAR | PRODUCT SAFETY LABEL & MESSAGE TRAINING | SQ D MIDDLETOWN |
| 1996 AUG | COORDINATE MEASURING MACHINE TRAINING | SQ D MIDDLETOWN |
| 1996 NOV | BASIC ELECTRICAL SAFETY | SQ D MIDDLETOWN |
| 1997 JAN | CODES & STANDARDS | SQ D MIDDLETOWN |
| 1997 SEP | GROUND FAULT TRAINING | SQ D MIDDLETOWN - D. SWINDLER |

03/29/2001

Page 1

| | | |
|---|---|---|
| 1997 OCT | RECOVERY, REWORK AND REPLACEMENT | SQ D MIDDLETOWN RON RUSH |
| 1998 JAN | SPRING TESTER TRAINING | SQ D MIDDLETOWN |
| 1998 SEP | FIRST AID & CPR | SQ D MIDDLETOWN |
| 1998 SEP | FLUKE 87 MULTIMETER | SQ D MIDDLETOWN |
| 1998 OCT | FAILURE MODE & EFFECTS ANALYSIS | SQ D MIDDLETOWN |
| 1999 JUN | NEC TRAINING | SQ D MIDDLETOWN SAM CICCONE |
| 1999 OCT | CPR TRAINING | SQ D MIDDLETOWN |
| 1999 NOV | C2Q REFRESHER CLASS | SQ D MIDDLETOWN |
| 2000 APR | POWERLOGIC | SQ D MIDDLETOWN |
| 2000 JUN | WINNING BALANCE TRAINING | SQ D MIDDLETOWN |
| 2000 NOV | FIRE EXTINGUISHER TRAINING | SQ D MIDDLETOWN SILCO FIRE PREVENTION COMPANY |
| 2000 DEC | PRODUCT MARKING CLASS | SQD MIDDLETOWN RON RUSH |

## REQUIREMENTS OF THE JOB
## AK STEEL ENTRY LEVEL EMPLOYMENT RESERVE JOB

The following are requirements for the AK Steel Entry Level Employment Reserve Job for the Middletown Works. Please read each requirement and sign as indicated below if you can perform each and every one of the requirements. Note beside any requirement if you would have difficulty in the performance of the requirement or if an accommodation would be necessary.

1. Be available to work rotating shifts 24 hours a day, seven days a week.

2. Read, study, understand and apply complex operating procedures detailing the various requirements and procedures of different job functions.

3. Read, study and understand numerous safety rules and instructions and be able to apply such rules at all times and in various job functions dealing with different equipment and in different parts of the plant.

4. Be conscientious and observant of safety regulations in the absence of direct supervision. Respond independently and rapidly and exercise good judgment to avoid harm to fellow employees and to self.

5. Work safely in areas where moving equipment and machinery operate (much of the machinery and equipment utilize audible safety signals).

6. Be disciplined and respectful to authority.

7. Be willing and able to receive, understand, remember, and follow written and verbal instructions, rules, and regulations.

8. Communicate effectively verbally and in writing.

9. Work in a team-based environment. Interact in a cooperative fashion with supervisors, co-workers, and members of other departments.

10. Be open, willing, and able to acquire new information, learn on-the-job, and acquire new job skills.

11. Adapt to new changes in technology and production equipment.

12. Have the capacity to understand how the work of a particular piece of equipment fits into the steel production process and have the capacity to appreciate the consequences that the quality of your work has on the steel production process.

AKM-043762

13. *Inspect materials for defects.*

14. *Have the capacity to engage in logical reasoning for the purpose of independent troubleshooting activities.*

15. *Have the capacity to understand temperature and product measurements and equipment controls, many of which are based on numerical scales.*

16. *Have the capacity to operate mechanical equipment and machines, some of which are numerically controlled.*

17. *Have the capacity to operate a forklift, coil tractor, and other mobile equipment.*

18. *Have the capacity to continuously operate for extended periods of time various hand tools, such as a pneumatic air gun, hand crimper tools, and pipe wrenches.*

19. *Have the capacity to continuously operate for extended periods of time heavy pneumatic tools such as jackhammers.*

20. *Operate machine control buttons and levers in quick, correct sequence.*

21. *Read gauges and adjust controls accordingly.*

22. *Add, subtract, divide, multiply, and calculate averages.*

23. *Encode, process, and retrieve relevant information.*

24. *Have the capacity to be computer literate, including but not limited to the ability to input information into a computer, access information on a computer, retrieve information from a computer, analyze information on a computer, continually monitor information on a computer and learn how to use new computer programs.*

25. *Record information in an accurate, conscientious and legible fashion.*

26. *Understand diagrams.*

27. *Travel through the mill which includes traversing over uneven surfaces and oily floors.*

28. *Stand for extended periods of time in one place.*

AKM-043763

29. *Work for prolonged periods of time in extreme cold or heat, including exposure to intense radiant heat for several minutes at a time.*

30. *Work for prolonged periods of time exposed to dirt, dust, fumes, smoke, glare, wetness, and/or mists.*

31. *Work at heights up to 100 feet.*

32. *Access equipment and work areas, many of which require the climbing of stairs or rung ladders.*

33. *Climb onto and off of various pieces of equipment, such as rail cars and mill houses.*

34. *Lift 80 lb. object to waist level.*

35. *Lift 25 lb. object above the head.*

36. *Push and pull heavy objects.*

37. *Shovel various materials weighing approximately 15 lbs. for prolonged periods of time.*

38. *Wrap large coils of steel with paper and banding materials from ground to head level which involves repeated bending, stooping, crouching, reaching, kneeling and gripping.*

39. *Wear/utilize respirators.*

I have read the above list and can perform all job requirements as described.

Signed: *James G Greenwood*    Date: 9-12-01

AKM-043764

# AK STEEL CORPORATION

## APPLICANT REFERENCE & BACKGROUND CHECK WAIVER AND RELEASE

I, __James Greenwood__, hereby authorize the <u>former</u> employers,
(Please Print Name as it appears on Driver's License)
educational institutions and other references set forth on my job application or resume, as well as credit and law enforcement agencies, to provide AK Steel Corporation and its agents any and all information related to my prior employment, education, and other information about me. I knowingly and voluntarily release and hold harmless these former employers, institutions, agencies, and references and any employee or agent of them from and against any and all claims of any kind whatsoever that I may have because they provide or attempt to provide any such information to AK Steel.

I hereby authorize AK Steel Corporation to request, receive, and use this information, and I knowingly and voluntarily release and hold harmless AK Steel Corporation or any employee or agent of it from and against any and all claims of any kind whatsoever that I may have because of the request, receipt, or use of any such information.

I agree that any false or misleading information provided by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

_James T Greenwood_                                     _9-12-01_
Applicant Signature                                      Date Signed

_____                                      _____ OH
Applicant Social Security Number                         Driver's License No. and State

I authorize AK Steel to also contact my <u>current</u>
employer for reference information                       _____
Yes __X__   No ____                                      Witness

Please list on the backside of this form all previous addresses during the last ten years.

Where references are requested on the "Application for Employment," please list <u>work-related</u> references such as former managers or supervisors if possible. AK Steel employees may be listed where appropriate. List only references that may be contacted.

AKM-043765

Please list **all** home addresses during the last 10 years. Provide complete address where possible, with a minimum of city, state and street name.

1505 Daniel CT Middletown — 10 Mo
Current Address / How long?

1503 S. Main ST Middletown — 7 YRS
Previous Address / How long?

1425 Villa CT Middletown — 3 YRS
Previous Address / How long?

Previous Address / How long?

Previous Address / How long?

Previous Address / How long?

Previous Address / How long?

Previous Address / How long?

AKM-043766