# EXHIBIT 28

```
0001
  1                    UNITED STATES DISTRICT COURT
  2                     SOUTHERN DISTRICT OF OHIO
  3                          WESTERN DIVISION
  4      ------------------------------------
                                             :
  5      VIVIAN BERT, et al.,                :
                                             :
  6              Plaintiffs,                 :
                                             :
  7         vs.                              :    CASE NO.
                                             :    C-1-02-467
  8      AK STEEL CORPORATION,               :
                                             :
  9              Defendant.                  :
                                             :
 10      ------------------------------------
 11
 12         Deposition of:   PHYLLIS SHORT
 13         Taken:           By the Plaintiffs
                             Pursuant to Notice
 14
            Date:            February 16, 2005
 15
            Time:            Commencing at 11:35 a.m.
 16
            Place:           Taft, Stettinius &
 17                             Hollister, LLP
                             425 Walnut Street
 18                          Suite 1800
                             Cincinnati, Ohio  45202
 19
            Before:          Karen Volk, RPR
 20                          Notary Public - State of Ohio
 21
 22
 23
 24
 25
0002
  1   APPEARANCES:
  2
             On behalf of the plaintiffs:
  3
                 Robert F. Childs, Jr., Esq.(via telephone)
  4                  of
                 Wiggins, Childs, Quinn & Pantazis
  5              301 19th Street
                 North Kress Building
  6              Birmingham, Alabama  35203
  7                  and
  8              David D. Kammer, Esq.
                     of
  9              Tobias, Kraus & Torchia
                 911 Mercantile Library Building
 10              414 Walnut Street
                 Cincinnati, Ohio  45202
```

```
16   January of 2000 to the present?
17        A.   I know there were cut-off scores but I
18   can't quote what they were.
19        Q.   Would Teresa -- I'm sorry, Jessica or
20   Tracy have better knowledge than you in that regard
21   or would you have better knowledge?
22        A.   I would have better knowledge than them.
23        Q.   Is there anybody at the company who would
24   have better knowledge as to what the qualification
25   versus not qualification process is or somebody that
0031
 1   could identify that for me?
 2        A.   You mean as far as the cut-off scores are
 3   concerned --
 4        Q.   Yes, ma'am.
 5        A.   -- at the company?  No, sir.
 6        Q.   Who did you work with at Resource
 7   Associates?
 8        A.   The only person I ever talked with was
 9   Lucy Gibson.
10        Q.   Was she the doctor that designed the test?
11        A.   Yes, sir.
12        Q.   And did she personally do the grading on
13   the test, do you know?
14        A.   No, I don't know.
15        Q.   Did the fax that you received back, was
16   that from Ms. Gibson?
17        A.   It was from Resource Associates.
18        Q.   You don't know who from there?
19        A.   No, sir.
20        Q.   Once you got the results, what did you do
21   with them?
22        A.   Once I got the results, then I would
23   telephone Tracy or Jessica and tell them which
24   candidates that they could proceed to the next step.
25        Q.   So, in essence, which candidates were
0032
 1   qualified after taking the test?
 2        A.   Yes, sir.
 3        Q.   What's the next step?
 4        A.   Then the next step would have been they
 5   would have run a background screen on the candidates
 6   who were -- I'm sorry, the next step would have been
 7   an interview.  They would actually have scheduled the
 8   person in for an interview.
 9        Q.   Who would have done the interview?
10        A.   It would have been -- let's, for
11   simplicity, say it would have been Ms. Hicks.  Okay.
12   The interview would have been with Ms. Hicks.  And we
13   tried to have a management member from operations
14   also in those interviews.
15        Q.   When we're doing it for simplicity sake,
16   we're meaning Ms. White or Ms. Hicks, whoever would
17   have been in there at that time?
18        A.   Yes, sir.
19        Q.   Tell me about the interview.
20        A.   The interview -- they would have been
```

```
0092
 1        Q.   Do you know how many employees are -- or
 2   percentage of employees that are screened out because
 3   they do not take the test?
 4        A.   No, sir, I don't.
 5        Q.   Have you ever seen any analysis conducted
 6   by AK Steel in any manner describing the number of
 7   employees that are taken out because they don't take
 8   the test?
 9        A.   No, sir, I haven't.
10        Q.   Do you know what percentage of your
11   employee work force are -- your applicant work force,
12   I'm sorry, are eliminated because they flunked the
13   test?
14        A.   No, I don't know what percent that is.
15        Q.   Have you ever seen any analysis that would
16   tell you whether blacks -- African Americans were
17   flunking the test at a higher percentage than the
18   whites?
19        A.   I'm sorry, say that again.
20        Q.   Have you seen any analysis which would
21   indicate African Americans are flunking this test at
22   a higher percentage than whites?
23        A.   I'm thinking about that, if I've ever seen
24   an analysis of that type.  I've seen -- we've done
25   analysis on our testing but I can't remember
0093
 1   specifically if that was part of the analysis.
 2        Q.   How long does it take for the test to be
 3   graded before you get the information back from
 4   Dr. Gibson?
 5        A.   Normally like a couple of days, two or
 6   three days.  It depended upon, you know, if it was
 7   taken on a Saturday and I would get those results
 8   usually on a Tuesday or Wednesday.
 9        Q.   The test results would come back to you
10   and you would forward them to Ms. Hicks and
11   Ms. White?
12        A.   No.  The test results came back to me and
13   I would call Ms. Hicks or Ms. White and tell them who
14   they could proceed with.  I kept the test results or
15   the qualified, not qualified.
16        Q.   Ms. Hicks and Ms. White never saw those
17   results?
18        A.   No, they did not.
19        Q.   Have you been the sole maintainer of those
20   test results?
21        A.   I was when I was at Middletown Works.
22        Q.   Who now maintains those?
23        A.   The manager of human resources at
24   Middletown Works.
25        Q.   Who is that?
0094
 1        A.   John O'Connor.
 2        Q.   How long has Ms. O'Connor been the manager
 3   of HR there?
 4        A.   Mister.  How long has he been at
```

```
 5    Middletown Works?
 6         Q.    As the manager.
 7         A.    A year.
 8         Q.    Once you called Ms. Hicks or Ms. White to
 9    tell them who had not qualified under the test, what
10    did they do with that information, if anything?
11         A.    They would not have put them in the first
12    step of the process.  They would not have scheduled
13    them for an interview, in other words.
14         Q.    Would they have recorded that information
15    anywhere?
16         A.    Yes, I'm sure they did, so that they would
17    know not to continue with that candidate.
18         Q.    Did you ever see a written document where
19    they recorded that information?
20         A.    Yes.
21         Q.    What document did you see that on?
22         A.    There was a document that they kept so --
23    you know, we had so many candidates going through, it
24    didn't have a specific title or anything.  It was a
25    document that they kept, you know, of the candidates
0095
 1    who were going through the process.
 2         Q.    Is this something different than the
 3    applicant flow log?
 4         A.    I think it's the same thing.
 5         Q.    It's the same?
 6         A.    Yeah, I think it's the same thing.  I just
 7    never called it the applicant flow.
 8         Q.    Okay.  Did you ever check the applicant
 9    flow data to make sure that the individuals that you
10    told Ms. White and Ms. Hicks to take off were, in
11    fact, taken off?
12         A.    No, sir, I did not.
13         Q.    All right.  The next step in the process,
14    as I recall, was an interview?
15         A.    Yes.
16         Q.    This was conducted by either Ms. Hicks or
17    Ms. White and some manager from operations, correct?
18         A.    Yes, sir.  If we had a manager available,
19    yes.
20         Q.    Would the norm be that either Ms. White or
21    Ms. Hicks by themselves would conduct the interview
22    or was it the norm to have the manager do it in
23    conjunction with them?
24         A.    We liked to have one of the managers
25    involved in the interview process.  But if we had
0096
 1    scheduled someone to come in for an interview and
 2    they were not available, yes, Ms. Hicks or Ms. White
 3    would have done the interview by themselves.
 4              MR. CHILDS:  Dave, how about giving  Ms.
 5              Short a copy of Exhibit 3?
 6              (Exhibit 3 was marked for identification.)
 7              MR. KAMMER:  Okay.  Bob, she has it.
 8         Q.    We were talking earlier about a candidate
 9    evaluation form for your jobs at Middletown.
```