UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

      v.                Case No. 1:02cv0467
                            (J. Beckwith ; Hogan, M.J)

AK Steel Corporation,
    Defendant(s).

**NOTICE**

Please take notice that the above-captioned case has been set for a Scheduling Conference before the Honorable Timothy S. Hogan on:

**Tuesday, February 13, 2007 at 1:30 pm**

**via telephone.  Parties are instructed to contact chambers (5) minutes prior to the scheduled start time of the conference.  (513) 564-7650.**

                                Timothy S. Hogan
                                United States Magistrate Judge


                                 s/Arthur W. Hill
                                Courtroom Deputy

cc:    All Counsel
        awh        January 22, 2007