UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
        Plaintiff(s),

        v.                                         Case No. 1:02cv0467
                                                 (J. Beckwith ; Hogan, MJ)

AK Steel Corporation,
        Defendant(s).

_____

**NOTICE**

_____

      Please take notice that the above-captioned case which was set on February 13, 2007 for a telephonic Scheduling Conference before the Honorable Timothy S. Hogan has been **RESET** to:

Wednesday, February 28, 2007, at 10:00 am

via telephone.  Parties are reminded to contact the Magistrate's chambers five minutes prior to the start time of the conference at 513-564-7650.

                                  Timothy S. Hogan
                                  United States Magistrate

cc:    All counsel
awh    February 12, 2007