UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 FEB 28 AM 10:36

Vivian Bert, et al.,
    Plaintiff(s)

v.

Case Number 1:02cv0467
(J. Beckwith ; Hogan, MJ)

AK Steel Corporation,

    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** February 28, 2007      **TIME:** 10:00 am

Attorney for Plaintiff(s):_____

David Kammer

Rusty Johnson

Robert Childs

Attorney for Defendant(s):_____

Gregory Rogers

### PROCEDURES

__X__ Counsel Present. via telephone

_____ Schedule set as follows:

__X__ Order to issue.

J:\CRUMBA\FORMS\Minutes\MINUTES-scheduling.wpd