UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

v.

Case Number 1:02cv0467
(Beckwith, J.; Hogan, MJ)

AK Steel Corporation,
    Defendant(s).

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for first round of depositions in Cincinnati (Mr. Edwards to be included in this group: **April 30, 2007**

2. Parties to exchange witness list and summary: **October 31, 2007**

3. Discovery (including experts) deadline: **November 28, 2007**

4. Dispositive motions deadline: **January 14, 2008**

5. Final pretrial conference: **May, 2008***

6. Jury Trial: **June, 2008***

_2/28/07_
Date

awh    February 28, 2007
*The specific dates will be assigned by the District Court.

Timothy S. Hogan
United States Magistrate Judge