United States District Court

SOUTHERN _____ DISTRICT OF _____ OHIO

BERT
V.
AK STEEL

**NOTICE**

CASE NUMBER: **1:02cv467**

---

TYPE OF CASE

**X** CIVIL          CRIMINAL

---

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room **210A**<br>FRIDAY, APRIL 13, 2007<br>9:00 a.m. |

TYPE OF PROCEEDING

**This case is set for MEDIATION SESSION. Parties and counsel shall attend and shall first report to the Clerk's Office, Room 100.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | | |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | | |

U.S. Magistrate or Clerk of Court

s/Jan S. Lahley
(By Deputy Clerk)

Date 3/9/07