**United States Bankruptcy Court**
**Southern District of Ohio**

IN RE:                                              Case No. _____

HARRIS, Frederick & HARRIS, Mary L.               Chapter **7** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 81,000.00 | | |
| B - Personal Property | Yes | 2 | 9,835.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 85,958.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 4,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 30,893.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,903.21 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,156.33 |
| Total Number of Sheets in Schedules | | 25 | | | |
| Total Assets | | | 90,835.00 | | |
| Total Liabilities | | | | 121,351.76 | |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EXHIBIT
7

PENGAD 800-631-6989

IN RE HARRIS, Frederick & HARRIS, Mary L. _____    Case No. _____
                                    Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **11716 Elkwood Drive**<br>**Cincinnati, Ohio 45240** | **JTWROS** | **J** | 81,000.00 | 73,000.00 |
| | | | | |
| **TOTAL** | | | 81,000.00 | |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE **HARRIS, Frederick & HARRIS, Mary L.** _____     Case No. _____
                        Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | W | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Emery Credit Union, Christmas Club, Savings Account**<br><br>**Fifth Third Bank, checking account** | W<br><br>J | **90.00**<br><br>**20.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. household goods and furnishings** | J | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing Apparel**<br>**Wearing Apparel** | H<br>W | **200.00**<br>**200.00** |
| 7. Furs and jewelry. | | **Wedding Band**<br>**Wedding Rings** | H<br>W | **100.00**<br>**125.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2002 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.
_____    Case No. _____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Ford Windstar Van | W | 8,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 9,835.00 |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ 0 continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE HARRIS, Frederick & HARRIS, Mary L._____    Case No. _____
                          Debtor(s)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **11716 Elkwood Drive Cincinnati, Ohio 45240** | R.C. § 2329.66(A)(1)(b) | 8,000.00 | 81,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | R.C. § 2329.66(A)(4)(a) | 100.00 | 100.00 |
| **Emery Credit Union, Christmas Club, Savings Account** | R.C. § 2329.66(A)(4)(a) | 90.00 | 90.00 |
| **Fifth Third Bank, checking account** | R.C. § 2329.66(A)(4)(a) | 20.00 | 20.00 |
| **Misc. household goods and furnishings** | R.C. § 2329.66(A)(4)(b) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | R.C. § 2329.66(A)(3) | 200.00 | 200.00 |
| **Wearing Apparel** | R.C. § 2329.66(A)(3) | 200.00 | 200.00 |
| **Wedding Band** | R.C. § 2329.66(A)(4)(c) | 100.00 | 100.00 |
| **Wedding Rings** | R.C. § 2329.66(A)(4)(c) | 125.00 | 125.00 |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE **HARRIS, Frederick & HARRIS, Mary L.**                    Case No. _____
                     Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL --- UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ocwen Federal Bank** <br> **1675 Palm Beach Lakes Blvd** <br> **Palm Beach, FL 33401-2122** | | J | 11716 Elkwood Drive <br> Cincinnati, Ohio 45240 <br> location of real estate <br><br> Value $ 81,000.00 | | X | | 73,000.00 |
| Account No. <br><br> **The Huntington** <br> **P.O. Box 2059** <br> **Columbus, OH 43216** | | J | 1998 Ford Windstar Van <br><br><br> Value $ 8,000.00 | | X | | 12,958.00 <br><br> 4,958.00 |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | |
| Account No. <br><br><br> | | | <br><br> Value $ | | | | |
| Account No. <br><br> | | | Value $ | | | | |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** Continuation Sheets attached

Subtotal
(Total of this page)                                                85,958.00

(Complete only on last sheet of Schedule D) **TOTAL**                85,958.00
(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE HARRIS, Frederick & HARRIS, Mary L.                                    Case No. _____
_____
                    Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1 Continuation Sheets attached

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L. _____    Case No. _____
                              Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**City Of Forest Park Income Tax**<br>**1201 W. Kemper Road**<br>**Cincinnati, OH  45240** | | J | **Local Income Tax**<br>**1997-98-99-00-01** | | X | | 1,900.00<br><br>1,900.00 |
| Account No.<br>**Internal Revune Service**<br>**Cincinnati, OH  45999** | | J | **Federal Income Tax**<br>**1999-00-01** | | X | | 2,200.00<br><br>2,200.00 |
| Account No.<br>**Ohio Dept. Of Taxation**<br>**P.O. Box 182402**<br>**Columbus, OH  43218-2402** | | J | **1999 State Income Tax** | | X | | 400.00<br><br>400.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____1_____ of _____1_____ Continuation Sheets attached to Schedule E

Subtotal (Total of this page)    4,500.00

(Complete only on last sheet of Schedule E)  **TOTAL**    4,500.00
(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                                    Case No. _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Ace Check Cash<br>342 Northland Blvd<br>Cincinnati, OH 45240 | | H | checking cashing | | X | | 450.00 |
| Account No.<br>Ace Check Cash<br>342 Northland Blvd<br>Cincinnati, OH 45240 | | W | Check Cashing | | X | | 775.00 |
| Account No.<br>Ace Check Cash<br>7331 Montgomery Road<br>Silverton, OH 45240 | | | Assignee or other notification for:<br>Ace Check Cash | | | | |
| Account No.<br>Alliance Lab Services<br>P.O. Box 695007<br>Cinciinnait, OH 45269-5007 | | H | Medical Bills | | X | | 171.45 |
| Account No.<br>American Recovery Systems, Inc.<br>1699 Wall Street, Suite 300<br>Mt. Prospect, IL 60056-5788 | | H | Collection | | X | | 578.18 |

_____13_____ Continuation Sheets attached

Subtotal
(Total of this page)  1,974.63

(Complete only on last sheet of Schedule F)  TOTAL

(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                          Case No. _____
                           Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Anesthesia Group Practice Inc.**<br>P.O. Box 691429<br>Cincinnati, OH 45269-1429 | | H | Medical Bills | | X | | 206.25 |
| Account No.<br>**AT&T Consumer Lease Services**<br>P.O. Box 2130<br>Bedford Park, IL 60499-2130 | | H | Utility Bill | | X | | 60.00 |
| Account No.<br>**Beacon Orthopedic Physicians**<br>P.O. Box 641196<br>Cincinnati, OH 45264 | | H | Medical Bill | | X | | 30.00 |
| Account No.<br>**Bhupendra Mahida MD**<br>Location 0871<br>Cincinnati, OH 45264 | | H | Medical Bill | | X | | 215.00 |
| Account No.<br>**Capital One**<br>P.O. Box 85147<br>Richmond, VA 23285 | | W | Credit Card | | X | | 2,511.00 |
| Account No.<br>**Capital One**<br>P.O. Box 85147<br>Richmond, VA 23285 | | H | Credit Card | | X | | 900.00 |
| Account No.<br>**Cardiology Assoc. Of Cincinnati**<br>1418 Solutions Center<br>Chicago, IL | | H | Medical Bill | | X | | 12.80 |

Sheet ____1____ of ____13____ Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | 3,935.05 |
|---|---|---|

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                              Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Check'N Go Of Ohio Inc.**<br>**1184 W. Kemper Rd**<br>**Cincinnati, OH  45240** | | W | **Check Cashing** | | X | | **287.50** |
| Account No.<br>**Check'N Go Of Ohio Inc.**<br>**1184 W. Kemper Rd**<br>**Cincinnati, OH  45240** | | W | **Check cashing** | | X | | **402.50** |
| Account No.<br>**Check'N Go Of Ohio Inc.**<br>**1184 W. Kemper Rd**<br>**Cincinnati, OH  45240** | | W | **Check Cashing** | | X | | **230.00** |
| Account No.<br>**Cincinnati Bell**<br>**Department 1811**<br>**Cincinnati, OH  45274-1811** | | H | **Utility Bill** | | X | | **185.00** |
| Account No.<br>**Cincinnati Bell Wireless**<br>**P.O. Box 741832**<br>**Cincinnati, OH  45274-1832** | | W | **Utility Bill** | | X | | **377.80** |
| Account No.<br>**Diversfied Adjustment Service Inc.**<br>**P.O. Box 32145**<br>**Fridley, MN  55432-0145** | | | **Assignee or other notification for:**<br>**Cincinnati Bell Wireless** | | | | |
| Account No.<br>**Cinergy Corp**<br>**P.O. Box 740124**<br>**Cincinnati, OH  45274** | | H | **Utility Bill** | | X | | **1,134.41** |

Sheet _____ **2** of _____ **13** Continuation Sheets attached to Schedule F

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **2,617.21** |
| (Complete only on last sheet of Schedule F)  **TOTAL** | | |

(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                    Case No. ...................................
                            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Hamilton Municipal Court**<br>**Small Claims Complaint**<br>**100 Main Street**<br>**Cincinnati, OH 45202** | | | Assignee or other notification for:<br>Cinergy Corp | | | | |
| Account No.<br>**Cinergy Corp**<br>**P.O. Box 740124**<br>**Cincinnati, OH 45274** | | W | Utility Bill | | X | | 381.36 |
| Account No.<br>**City Of Forest Park Utility**<br>**Stormwater Managment**<br>**1201 W. Kemper Road**<br>**Forest Park, OH 45240-1697** | | J | Utility Bill | | X | | 40.00 |
| Account No.<br>**Controlled Credit Corp.**<br>**P.O. Box 5154**<br>**Cincinnati, OH 45205-0154** | | H | Collection Accounts | | X | | 1,312.49 |
| Account No.<br>**Controlled Credit Corp.**<br>**P.O. Box 5154**<br>**Cincinnati, OH 45205-0154** | | W | Collection Accounts | | X | | 215.29 |
| Account No.<br>**Crescent Womens Medical Group**<br>**P.O. Box 710820**<br>**Cincinnati, OH 45271** | | W | Medical Bill | | X | | 160.00 |
| Account No.<br>**Deaconess Hospital**<br>**311 Straight Street**<br>**Cincinnati, OH 45219** | | H | Medical Bill | | X | | 164.55 |

Sheet _____3____ of _____13_____ Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page) **2,273.69**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE HARRIS, Frederick & HARRIS, Mary L.                    Case No. _____
                      Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Medical Recovery Systems**<br>**P.O. Box 20010**<br>**Cincinnati, OH  45220-0010** | | | **Assignee or other notification for:**<br>**Deaconess Hospital** | | | | |
| Account No.<br>**Deborah A. Fritz MD**<br>**10550 Montgomery Rd. #23**<br>**Cincinnati, OH  45242** | | H | **Medical Bill** | | X | | 10.00 |
| Account No.<br>**Faculty Plan Of Good Samaritan**<br>**P.O. Box 631395**<br>**Cincinnati, OH  45263** | | W | **Medical Bill** | | X | | 712.50 |
| Account No.<br>**Controlled Credit Corp.**<br>**P.O. Box 5154**<br>**Cincinnati, OH  45205-0154** | | | **Assignee or other notification for:**<br>**Faculty Plan Of Good Samaritan** | | | | |
| Account No.<br>**FAL Riverside Medical Fairfield**<br>**200 Fairfield Ave**<br>**Bellevue, KY  41073** | | H | **Medical Bill** | | X | | 121.00 |
| Account No.<br>**FAL Riverside Medical Fairfield**<br>**200 Fairfield Ave**<br>**Bellevue, KY  41073** | | W | **Medical Bill** | | X | | 185.00 |
| Account No.<br>**Fifth Third Bank**<br>**Card Center**<br>**P.O. Box 740789**<br>**Cincinnati, OH  45274-0789** | | H | **Credit Card** | | X | | 800.00 |

Sheet _____4____ of _____13____ Continuation Sheets attached to Schedule F

| | |
|---|---|
| Subtotal<br>(Total of this page) | 1,828.50 |

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>HARRIS, Frederick & HARRIS, Mary L.</u>                                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**First Consumers National Bank**<br>**P.O. Box 3567**<br>**Portland, OR  97208-3567** | | W | **Credit Card** | | X | | **2,200.00** |
| Account No.<br>**First Credit International Corp**<br>**P.O. Box 13283**<br>**Akron, OH  44334-8683** | | W | **Collection Account** | | X | | **190.43** |
| Account No.<br>**G C Services**<br>**Collection Agency Division**<br>**P.O. Box 2774**<br>**Houston, TX  77252** | | H | **Collection Account** | | X | | **54.22** |
| Account No.<br>**Good Samaritan Hospital**<br>**P.O. Box 20010**<br>**Cincinnati, OH  45220-0010** | | W | **Medical Bill** | | X | | **1,930.73** |
| Account No.<br>**Controlled Credit Corp.**<br>**P.O. Box 5154**<br>**Cincinnati, OH  45205-0154** | | | **Assignee or other notification for:**<br>**Good Samaritan Hospital** | | | | |
| Account No.<br>**Good Samaritan Hospital**<br>**P.O. Box 20010**<br>**Cincinnati, OH  45220-0010** | | H | **Medical Bill** | | X | | **116.49** |
| Account No.<br>**Controlled Credit Corp.**<br>**P.O. Box 5154**<br>**Cincinnati, OH  45205-0154** | | | **Assignee or other notification for:**<br>**Good Samaritan Hospital** | | | | |

Sheet _____5___ of _____13___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                                **4,491.87**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Good Samaritan Hospital**<br>P.O. Box 69098<br>Cincinnati, OH 45269-0998 | | H | Medical Bill | | X | | 419.69 |
| Account No.<br>**Greater Cincinnati Cardiovascular**<br>Dept. 1462<br>Cincinnati, OH 45263-1462 | | W | Medical Bill | | X | | 8.00 |
| Account No.<br>**Greater Cincinnati Waterworks**<br>Dept. 1845<br>Cincinnati, OH 45274-1845 | | H | Utility Bill | | X | | 98.00 |
| Account No.<br>**Hauw T. Han, MD**<br>7593 Tylers Place Blvd.#104<br>West Chester, OH 45069-0000 | | H | Medical Bill | | X | | 198.45 |
| Account No.<br>**Heartland Home Health Care & Hospice**<br>Dept. L-1801<br>Columbus, OH 43260 | | H | Medical Bill | | X | | 195.00 |
| Account No.<br>**Hehman & Bramlage, Md's Inc.**<br>2943 Eastern Avenue<br>Cincinnati, OH 45226-1066 | | H | Medical Bill | | X | | 1.76 |
| Account No.<br>**Household Finance Corp**<br>1091 Smiley Avenue<br>Cincinnati, OH 45240 | | H | Signature Loan | | X | | 252.98 |

Sheet ___6___ of ___13___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) — **1,173.88**

(Complete only on last sheet of Schedule F) **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE HARRIS, Frederick & HARRIS, Mary L._____ Case No._____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Surpas Resource Corp**<br>**Suite 150**<br>**10,000 Richmond**<br>**Houston, TX 77042-4200** | | | **Assignee or other notification for:**<br>**Household Finance Corp** | | | | |
| Account No.<br>**I.D.CC**<br>**872 Ohio Pike**<br>**Cincinnati, OH 45245** | | H | **Medical Bill** | | X | | **104.90** |
| Account No<br>**J.C. Pennys**<br>**P.O. Box 530945**<br>**Atlanta, GA 30353-0945** | | W | **Credit Card** | | X | | **300.00** |
| Account No.<br>**Lab Corp. Of America**<br>**P.O. Box 2240**<br>**Burlington, NC 27216-2240** | | W | **Medical Bill** | | X | | **24.00** |
| Account No.<br>**Medical X-Ray Inc.**<br>**P.O. Box 42456**<br>**Cincinnati, OH 45242** | | W | **Medical Bill** | | X | | **3.00** |
| Account No.<br>**Medical X-Ray Inc.**<br>**P.O. Box 960483**<br>**Cincinnati, OH 45296-0483** | | W | **Medical Bill** | | X | | **99.00** |
| Account No.<br>**Medical X-Ray Inc.**<br>**P.O. Box 42456**<br>**Cincinnati, OH 45242** | | W | **Medical Bill** | | X | | **57.50** |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____**7**_____ of _____**13**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **588.40**

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE HARRIS, Frederick & HARRIS, Mary L.                                    Case No. _____
_____
                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mega City Collection<br>Midcity Station<br>P.O. Box 308<br>Dayton, OH  45402 | | W | Collection Account | | X | | 55.80 |
| Account No.<br><br>Mercy Hospital Hamilton/Fairfield<br>P.O Box 640855<br>Cincinnati, OH  45264-0855 | | W | Medical Bill | | X | | 310.64 |
| Account No.<br><br>CBT Receivables Management<br>P.O. Box 1508<br>Toledo, OH  43603 | | | Assignee or other notification for:<br>Mercy Hospital Hamilton/Fairfield | | | | |
| Account No.<br><br>Mercy Hospital Hamilton/Fairfield<br>P.O Box 640855<br>Cincinnati, OH  45264-0855 | | H | Medical Bill | | X | | 2,576.46 |
| Account No.<br><br>CBT Receivables Management<br>P.O. Box 1508<br>Maumee, OH  43537-8508 | | | Assignee or other notification for:<br>Mercy Hospital Hamilton/Fairfield | | | | |
| Account No.<br><br>NCO Financial Systems Inc.<br>P.O. Box 41457<br>Philadelphia, PA  49204-3500 | | | Assignee or other notification for:<br>Mercy Hospital Hamilton/Fairfield | | | | |
| Account No. 3192013<br><br>Michael P. Margelefsky LLC<br>709 Madison Ave., Suite 302<br>Toledo, OH  43624-1624 | | H | Collection Account | | X | | 78.20 |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ____8____ of ____13____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)            3,021.10

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE HARRIS, Frederick & HARRIS, Mary L.
Debtor(s)                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> NCO Financial Systems Inc. <br> P.O. Box 3500 <br> Jackson, MI 49204-3500 | | H | Collection Accounts | | X | | 647.51 |
| Account No. <br> NCO Financial Systems Inc. <br> P.O. Box 3500 <br> Jackson, MI 49204-3500 | | W | Collection Account | | X | | 102.85 |
| Account No. <br> Nedphrdogy Assox. Of SW Ohio Inc. <br> Location 0871 <br> Cincinnati, OH 45264 | | H | Medical Bill | | X | | 215.00 |
| Account No. <br> Neuro Diagnostic Center Inc. <br> 759 Wessell Dr., Suite 1 <br> Fairfield, OH 45014 | | H | Medical Bill | | X | | 31.00 |
| Account No. <br> New Century Physicians Inc. <br> P.O. Box 631900 <br> Cincinnati, OH 45263-1900 | | H | Medical Bill | | X | | 475.50 |
| Account No. <br> New Century Physicians Inc. <br> P.O. Box 631900 <br> Cincinnati, OH 45263-1900 | | H | Medical Bill | | X | | 131.20 |
| Account No. <br> Northeast Radiology <br> P.O. Box 42468 <br> Cincinnati, OH 45242 | | W | Medical Bill | | X | | 66.00 |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet ___9___ of ___13___ Continuation Sheets attached to Schedule F

Subtotal <br> (Total of this page)    1,669.06

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

IN RE HARRIS, Frederick & HARRIS, Mary L.

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Controlled Credit Corp.<br>P.O. Box 5154<br>Cincinnati, OH 45205-0154 | | | Assignee or other notification for:<br>Northeast Radiology | | | | |
| Account No.<br><br>Northland Group Inc<br>P.O. Box 390857<br>Edina, MN 55439 | | H | Collection Account | X | | | 853.21 |
| Account No.<br><br>Nuray Radiologists Inc.<br>P.O. Box 42417<br>Cincinnati, OH 45242 | | W | Medical Bill | X | | | 43.65 |
| Account No.<br><br>Nuray Radiologists Inc.<br>P.O. Box 42417<br>Cincinnati, OH 45242 | | H | Medical Bill | X | | | 97.80 |
| Account No.<br><br>Controlled Credit Corp.<br>P.O. Box 5154<br>Cincinnati, OH 45205-0154 | | | Assignee or other notification for:<br>Nuray Radiologists Inc. | | | | |
| Account No.<br><br>Orthopaedic Diagnostic & Treatment<br>P.O. Box 771471<br>Chicago, IL 60677-1004 | | H | Medical Bill | X | | | 150.31 |
| Account No.<br><br>Pathologists Inc.<br>P.O. Box 42262<br>Cincinnati, OH 45242 | | H | Medical Bill | X | | | 60.90 |

Sheet ____10____ of ____13____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    1,205.87

(Complete only on last sheet of Schedule F)    TOTAL
(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                     Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Controlled Credit Corp.**<br>P.O. Box 5154<br>Cincinnati, OH  45205-0154 | | | **Assignee or other notification for:**<br>Pathologists Inc. | | | | |
| Account No.<br>**Periperative Medical Consultant, Inc**<br>P.O. Box 632335<br>Cincinnati, OH  45263-2335 | | H | Medical Bill | | X | | 241.50 |
| Account No.<br>**Providian**<br>P.O. Box 9539<br>Manchester, NH  03108 | | H | Credit Card | | X | | 600.00 |
| Account No.<br>**Ptime Med Physicians**<br>Depot. 1044, Box 63144<br>Cincinnati, OH  45263-1044 | | H | Medical Bill | | X | | 80.00 |
| Account No.<br>**Riverside Medical Center BV**<br>Ghassan Haj-Hamed<br>200 Fairfield Avenue<br>Bellevue, KY  41073-1041 | | H | Medical Bill | | X | | 1,268.45 |
| Account No.<br>**Rumpke Consolidated Companies**<br>P.O. Box 538701<br>Cincinnati, OH  45253 | | H | Utility Bill | | X | | 54.00 |
| Account No.<br>**S. Nemat Moussavian, MD**<br>9200 Montgomery Rd, Bldg. #18-A<br>Cincinnati, OH  45242 | | H | Medical Bill | | X | | 105.30 |

Sheet ___11___ of ___13___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **2,349.25**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Premier Recovery Inc.** <br> P.O. Box 2658 <br> Covington, KY 41012-2658 | | | **Assignee or other notification for:** <br> **S. Nemat Moussavian, MD** | | | | |
| Account No. <br> **Sears Premier Card** <br> P.O. Box 182149 <br> Columbus, OH 43218-2149 | | W | **Credit Card** | | X | | 1,400.00 |
| Account No. <br> **Silkies Pantyhose** <br> P.O. Box 7857 <br> Philadelphia, PA 19188-0001 | | W | **Panty hose** | | X | | 16.56 |
| Account No. <br> **Southern Ohio Pathology Cons.** <br> P.O. Box 98 <br> Batavia, OH 45103-0098 | | W | **Medicla Bill** | | X | | 530.00 |
| Account No. <br> **MQC Collection** <br> P.O. Box 14474 <br> Toledo, OH 43614 | | | **Assignee or other notification for:** <br> **Southern Ohio Pathology Cons.** | | | | |
| Account No. <br> **State Farm Insurance Co** <br> %Unlinger & Keis, Attorneys <br> 75 Public Square, Suite 300 <br> Cleveland, Ohio 44113 | | W | **Auto Accident** <br> **2000** | | X | | 1,000.00 |
| Account No. <br> **Thomas & Thomas LLC** <br> 2323 Park Avenue <br> Cincinnati, OH 45206-2711 | | H | **Collection Account** | | X | | 28.75 |

*© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

Sheet ___12___ of ___13___ Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 2,975.31 |
|---|---|---|
| | (Complete only on last sheet of Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

IN RE HARRIS, Frederick & HARRIS, Mary L.                          Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Time Warner Cable** <br> **11252 Cornell Park** <br> **Cincinnati, OH 45242** | | H | Cable TV | | X | | 213.94 |
| Account No. <br> **United Collection Bureau Inc.** <br> **2912 Springboro West Suite 202** <br> **Dayton, OH 45439** | | H | Collection Accounts | | X | | 173.00 |
| Account No. <br> **United Collection Bureau Inc.** <br> **2912 Springboro West Suite 202** <br> **Dayton, OH 45439** | | W | Collection Account | | X | | 390.00 |
| Account No. <br> **Waller & Waller Family Practice** <br> **1253 Kemper Meadows** <br> **Cincinnati, OH 45240** | | W | Medical Bill | | X | | 13.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ___13___ of ___13___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    789.94

(Complete only on last sheet of Schedule F) **TOTAL**    30,893.76
(Report total also on Summary of Schedules)

© 1993-2002 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                                 Case No. _____
_____
                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE HARRIS, Frederick & HARRIS, Mary L.                            Case No. _____
                          Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |

© 1993-2002 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L.                    Case No. _____
_____
                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | NAMES | AGE | RELATIONSHIP |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | **Telemarketing** |
| Name of Employer | **N/A** | **RDI Marketing** |
| How long employed | | **3 Years, 8 Months** |
| Address of Employer | | **9920 Carver Road** |
| | | **Cincinnati, Ohio 45242** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | $ 1,243.52 |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 0.00 | $ 1,243.52 |
| LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ 39.00 | $ 162.37 |
|    b. Insurance | $ 268.31 | $ |
|    c. Union dues | $ | $ |
|    d. Other (specify)    401K Plan` | $ | $ 46.63 |
| | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 307.31 | $ 209.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 307.31 | $ 1,034.52 |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| Pension or retirement income | $ 1,176.00 | $ |
| Other monthly income (Specify) _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL MONTHLY INCOME** | $ 868.69 | $ 1,034.52 |

**TOTAL COMBINED MONTHLY INCOME $ _____ 1,903.21** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>HARRIS, Frederick & HARRIS, Mary L.</u>                    Case No. _____
                                Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 995.00 |
| Are real estate taxes included?    Yes ✓ No ____ | |
| Is property insurance included?    Yes ✓ No ____ | |
| Utilities:  Electricity and heating fuel | $ 200.00 |
|           Water and sewer | $ 40.00 |
|           Telephone | $ 68.00 |
|           Other **Trash Collection** | $ 20.00 |
| | $ |
| | $ |
| Home maintenance (repairs and upkeep) | $ 35.00 |
| Food | $ 258.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 90.00 |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $ 128.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 69.33 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ |
|     Life | $ |
|     Health | $ |
|     Auto | $ 99.00 |
|     Other _____ | $ |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| _____ | $ |
| _____ | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ |
|     Other _____ | $ |
| | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other **Bank Charges** | $ 10.00 |
|     **Haircare And Grooming** | $ 44.00 |
| | $ |
| | $ |
| | $ |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**    $ **2,156.33**

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each _____ | $ |
|                                       (interval) | |

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HARRIS, Frederick & HARRIS, Mary L. _____    Case No. _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26** sheets, and that
(Total shown on summary page plus 1)

they are true and correct to the best of my knowledge, information, and belief.

Date: **January 9, 2003** _____    Signature: _*Frederick P. Harris*_
Frederick HARRIS                                                              Debtor

Date: **January 9, 2003** _____    Signature: _*Mary L. Harris*_
Mary L. HARRIS                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____                    _____
Signature of Bankruptcy Petition Preparer                                        Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Ohio**

IN RE:                                                                Case No. ........................................

HARRIS, Frederick & HARRIS, Mary L.                                  Chapter **7**
                          Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case if filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE (if more than one)
**23,010.00  RDI Marketing-2002**

**20,802.00  RDI Marketing -2001**

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
**13,788.00  Government Pension-2002**

**13,788.00  Government Pension**

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cincinnati Gas & Electric vs. Frederick Harrs 02CV30227/0032201** | **Civil/Smal Claims** | **Hamilton County Court Cincinnati, Ohio** | **Judgment Plaintiff** |
| **Wells Fargo Bank Minnesota NA vs. Frederick Harris et al A0101857** | **Foreclsoure** | **Common Pleas Court Hamilton, Ohio** | **Judgment for Plaintiff** |

None
☑ b. Describe all property than has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None
☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None
☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James C. Smith Attorney At Law 4000 Roosevelt Blvd. Middletown, OH 45044** | **January 6, 2003** | **500.00** |

**10. Other transfers**

None
☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2002 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**18. Nature, location and name of business**

None ☑   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **January  9, 2003**          Signature of Debtor _____          **Frederick HARRIS**

Date: **January  9, 2003**          Signature of Joint Debtor (if any) _____          **Mary L. HARRIS**

..............**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

FILED
*Mg* 

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### CINCINNATI, OHIO

2003 FEB 10  PH 3: 23

MICHAEL B. WEBB, CLERK
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

IN RE:                                    CASE NO.:03-10171
                                          Chapter 7

    FREDERICK HARRIS          Judge: J. Vincent Aug Jr.
    MARY L. HARRIS
                                          **AMENDMENT TO**
    Debtors                   **SCHEDULE F**

---

        Debtor herein amends schedule F to include as follows:

| | | |
|---|---|---|
| Fifth Third Bank | Unliquidated | NSF Checks |
| 38 Fountain Square Plaza | Husband | |
| Cincinnati, Ohio  45263-0785 | $1,192.00 | |

    Also notify:    Fifth Third Bank
                        1212 West Kemper Road
                        Forest Park, Ohio 45240

JAMES C. SMITH (0018022)
Attorney for Debtor
4000 Roosevelt Blvd.
Middletown, Ohio 45044
Phone:  (513) 424-2600

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing Notice of Continuance was
forwarded to U. S. Trustee, 36 East Seventh Street, Suite 2050, Cincinnati, Ohio
45202, Richard D. Nelson, Trustee, 250 E. Fifth Street, Suite 1200, Cincinnati, Ohio
45202-4139 and to attached list of creditors by regular United States mail, postage
paid, this 6th day of February, 2003.

JAMES C. SMITH (0018022)
Attorney for Debtors

LAW OFFICE:  JAMES C. **SMITH**  4000 ROOSEVELT BLVD.  MIDDLETOWN, OHIO 45044-6699  (513) 424-2600

*/0*

**United States Bankruptcy Court**
**Southern District of Ohio**

IN RE:                                                    Case No. __03-10171__

HARRIS, Frederick & HARRIS, Mary L.                      Chapter __7__
                    Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: __February 12, 2003__        Signature: _Fred Harris_
                                              **Frederick HARRIS**                        Debtor

Date: __February 12, 2003__        Signature: _Mary L. Harris_
                                              **Mary L. HARRIS**                    Joint Debtor, if any

© 1993-2002 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

FILED

2003 FEB 14  PM 1:37

MICHAEL D. WEBB, CLERK
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

11

Ace Check Cash
342 Northland Blvd
Cincinnati, OH  45240


Ace Check Cash
7331 Montgomery Road
Silverton, OH  45240


Alliance Lab Services
P.O. Box 695007
Cinciinnait, OH  45269-5007


American Recovery Systems, Inc.
1699 Wall Street, Suite 300
Mt. Prospect, IL  60056-5788


Anesthesia Group Practice Inc.
P.O. Box 691429
Cincinnati, OH  45269-1429


AT&T Consumer Lease Services
P.O. Box 2130
Bedford Park, IL  60499-2130


Beacon Orthopedic Physicians
P.O. Box 641196
Cincinnati, OH  45264


Bhupendra Mahida MD
Location 0871
Cincinnati, OH  45264


Capital One
P.O. Box 85147
Richmond, VA  23285

CBT Receivables Management
P.O. Box 1508
Toledo, OH   43603

CBT Receivables Management
P.O. Box 1508
Maumee, OH   43537-8508

Check'N Go Of Ohio Inc.
1184 W. Kemper Rd
Cincinnati, OH   45240

Cincinnati Bell
Department 1811
Cincinnati, OH   45274-1811

Cincinnati Bell Wireless
P.O. Box 741832
Cincinnati, OH   45274-1832

Cinergy Corp
P.O. Box 740124
Cincinnati, OH   45274

City Of Forest Park Income Tax
1201 W. Kemper Road
Cincinnati, OH   45240

City Of Forest Park Utility
Stormwater Managment
1201 W. Kemper Road
Forest Park, OH   45240-1697

Controlled Credit Corp.
P.O. Box 5154
Cincinnati, OH   45205-0154

Crescent Womens Medical Group
P.O. Box 710820
Cincinnati, OH   45271


Deaconess Hospital
311 Straight Street
Cincinnati, OH   45219


Deborah A. Fritz MD
10550 Montgomery Rd. #23
Cincinnati, OH   45242


Diversfied Adjustment Service Inc.
P.O. Box 32145
Fridley, MN   55432-0145


Faculty Plan Of Good Samaritan
P.O. Box 631395
Cincinnati, OH   45263


FAL Riverside Medical Fairfield
200 Fairfield Ave
Bellevue, KY   41073


Fifth Third Bank
Card Center
P.O. Box 740789
Cincinnati, OH   45274-0789


Amended Creditor

Fifth Third Bank
1212 West Kemper Road
Forest Park, OH   45240

Fifth Third Bank

Amended Creditor

38 Fountain Square Plaza
Cincinnati, OH   45263

First Consumers National Bank
P.O. Box 3567
Portland, OR  97208-3567


First Credit International Corp
P.O. Box 13283
Akron, OH  44334-8683


G C Services
Collection Agency Division
P.O. Box 2774
Houston, TX  77252


Good Samaritan Hospital
P.O. Box 20010
Cincinnati, OH  45220-0010


Good Samaritan Hospital
P.O. Box 69098
Cincinnati, OH  45269-0998


Greater Cincinnati Cardiovascular
Dept. 1462
Cincinnati, OH  45263-1462


Greater Cincinnati Waterworks
Dept. 1845
Cincinnati, OH  45274-1845


Hamilton Municipal Court
Small Claims Complaint
100 Main Street
Cincinnati, OH  45202

Hauw T. Han, MD
7593 Tylers Place Blvd.#104
West Chester, OH   45069-0000


Heartland Home Health Care & Hospice
Dept. L-1801
Columbus, OH   43260


Hehman & Bramlage, Md's Inc.
2943 Eastern Avenue
Cincinnati, OH   45226-1066


Household Finance Corp
1091 Smiley Avenue
Cincinnati, OH   45240


I.D.CC
872 Ohio Pike
Cincinnati, OH   45245


Internal Revune Service
Cincinnati, OH   45999


J.C. Pennys
P.O. Box 530945
Atlanta, GA   30353-0945


Lab Corp. Of America
P.O. Box 2240
Burlington, NC   27216-2240


Medical Recovery Systems
P.O. Box 20010
Cincinnati, OH   45220-0010

Medical X-Ray Inc.
P.O. Box 42456
Cincinnati, OH  45242


Medical X-Ray Inc.
P.O. Box 960483
Cincinnati, OH  45296-0483


Mega City Collection
Midcity Station
P.O. Box 308
Dayton, OH  45402


Mercy Hospital Hamilton/Fairfield
P.O Box 640855
Cincinnati, OH  45264-0855


Michael P. Margelefsky LLC
709 Madison Ave., Suite 302
Toledo, OH  43624-1624


MQC Collection
P.O. Box 14474
Toledo, OH  43614


NCO Financial Systems Inc.
P.O. Box 41457
Philadelphia, PA  49204-3500


NCO Financial Systems Inc.
P.O. Box 3500
Jackson, MI  49204-3500


Nedphrdogy Assox. Of SW Ohio Inc.
Location 0871
Cincinnati, OH  45264

Neuro Diagnostic Center Inc.
759 Wessell Dr., Suite 1
Fairfield, OH  45014


New Century Physicians Inc.
P.O. Box 631900
Cincinnati, OH  45263-1900


Northeast Radiology
P.O. Box 42468
Cincinnati, OH  45242


Northland Group Inc
P.O. Box 390857
Edina, MN  55439


Nuray Radiologists Inc.
P.O. Box 42417
Cincinnati, OH  45242


Ocwen Federal Bank
1675 Palm Beach Lakes Blvd
Palm Beach, FL  33401-2122


Ohio Dept. Of Taxation
P.O. Box 182402
Columbus, OH  43218-2402


Orthopaedic Diagnostic & Treatment
P.O. Box 771471
Chicago, IL  60677-1004


Pathologists Inc.
P.O. Box 42262
Cincinnati, OH  45242

Periperative Medical Consultant, Inc
P.O. Box 632335
Cincinnati, OH  45263-2335


Premier Recovery Inc.
P.O. Box 2658
Covington, KY  41012-2658


Providian
P.O. Box 9539
Manchester, NH  03108


Ptime Med Physicians
Depot. 1044, Box 63144
Cincinnati, OH  45263-1044


Riverside Medical Center BV
Ghassan Haj-Hamed
200 Fairfield Avenue
Bellevue, KY  41073-1041


Rumpke Consolidated Companies
P.O. Box 538701
Cincinnati, OH  45253


S. Nemat Moussavian, MD
9200 Montgomery Rd, Bldg. #18-A
Cincinnati, OH  45242


Sears Premier Card
P.O. Box 182149
Columbus, OH  43218-2149


Silkies Pantyhose
P.O. Box 7857
Philadelphia, PA  19188-0001

Southern Ohio Pathology Cons.
P.O. Box 98
Batavia, OH   45103-0098


Surpas Resource Corp
Suite 150
10,000 Richmond
Houston, TX   77042-4200


The Huntington
P.O. Box 2059
Columbus, OH   43216


Thomas & Thomas LLC
2323 Park Avenue
Cincinnati, OH   45206-2711


Time Warner Cable
11252 Cornell Park
Cincinnati, OH   45242


United Collection Bureau Inc.
2912 Springboro West Suite 202
Dayton, OH   45439


Waller & Waller Family Practice
1253 Kemper Meadows
Cincinnati, OH   45240

**United States Bankruptcy Court**
**Southern District of Ohio**

# 03-10171

IN RE:                                                    Case No. _____

HARRIS, Frederick & HARRIS, Mary L.                      Chapter 7 _____
                     Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| 11716 Elkwood Drive | Ocwen Federal Bank |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| 1998 Ford Windstar Van | The Huntington | | | ✓ |

2003 JAN 10 AM 11: 10   FILED

| 01/09/2003 | _Frederick Harris_ | | _Mary L. Harris_ | |
|---|---|---|---|---|
| Date | Frederick HARRIS | Debtor | Mary L. HARRIS | Joint Debtor (if applicable) |

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2002 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only