Form b18

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

In Re:

Frederick Harris
11716 Elkwood Drive
Cincinnati, OH 45240

)
)
)
)
)
)
)
) Case No.: 1:03-bk-10171
)
)

Mary L Harris
    Debtor(s)

)
)
)
)
)
) Chapter: 7
)
)

Social Security Number:
Debtor:
Joint:

)
)
)
)

## DISCHARGE OF DEBTOR

  It appearing that the debtor(s) is entitled to a discharge, **IT IS ORDERED:** The debtor(s) is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** 5/13/03

BY THE COURT:

*[signature]*

J. Vincent Aug Jr.
United States Bankruptcy Judge

SEE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

EXHIBIT 8

FORM B18 Continued (9/97)                                                                                         Case: 1:03–bk–10171

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case w as converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0648-1            User: admin               Page 1 of 3                Date Rcvd: May 14, 2003
Case: 03-10171                  Form ID: b18              Total Served: 92


The following entities were served by first class mail on May 16, 2003.
db          Frederick Harris,   11716 Elkwood Drive,   Cincinnati, OH 45240
db          Mary L Harris,   11716 Elkwood Drive,   Cincinnati, OH 45240
aty        +James C Smith,   4000 Roosevelt Blvd,   Middletown, OH 45044-3665
aty         Jeffrey V Laurito,   35 Commercial Way,   Springboro, OH 45066-3078
aty         Karolina F Perr,   525 Vine Street,   Suite 800,   Cincinnati, OH  45202
ust         Asst US Trustee,   36 East Seventh Street,   Suite 2050,   Cincinnati, OH 45202
3131546    +ACE CHECK CASH,   7331 MONTGOMERY ROAD,   SILVERTON, OH 45236-4051
3131545     ACE CHECK CASH,   342 NORTHLAND BLVD,   CINCINNATI, OH 45240
3131547    +ALLIANCE LAB SERVICES,   P.O. BOX 695007,   CINCIINNAIT, OH 45269-0001
3131548     AMERICAN RECOVERY SYSTEMS, INC.,   1699 WALL STREET, SUITE 300,   MT. PROSPECT, IL 60056-5788
3131549    +ANESTHESIA GROUP PRACTICE INC.,   P.O. BOX 691429,   CINCINNATI, OH 45269-0001
3131550     AT&T CONSUMER LEASE SERVICES,   P.O. BOX 2130,   BEDFORD PARK, IL 60499-2130
3131551     BEACON ORTHOPEDIC PHYSICIANS,   P.O. BOX 641196,   CINCINNATI, OH 45264
3131552     BHUPENDRA MAHIDA MD,   LOCATION 0871,   CINCINNATI, OH 45264
3131553     CAPITAL ONE,   P.O. BOX 85147,   RICHMOND, VA 23285
3131555     CBT RECEIVABLES MANAGEMENT,   P.O. BOX 1508,   MAUMEE, OH 43537
3131554     CBT RECEIVABLES MANAGEMENT,   P.O. BOX 1508,   TOLEDO, OH 43603
3131556     CHECK'N GO OF OHIO INC.,   1184 W KEMPER RD,   CINCINNATI, OH 45240
3131557     CINCINNATI BELL,   DEPARTMENT 1811,   CINCINNATI, OH 45274-1811
3131558     CINCINNATI BELL WIRELESS,   P.O. BOX 741832,   CINCINNATI, OH 45274-1832
3131559     CINERGY CORP,   P.O. BOX 740124,   CINCINNATI, OH 45274
3131560     CITY OF FOREST PARK INCOME TAX,   1201 W KEMPER ROAD,   CINCINNATI, OH 45240
3131561    +CITY OF FOREST PARK UTILITY,   STORMWATER MANAGMENT,   1201 W KEMPER ROAD,
             FOREST PARK, OH 45240-1617
3131562     CONTROLLED CREDIT CORP.,   P.O. BOX 5154,   CINCINNATI, OH 45205-0154
3131563     CRESCENT WOMENS MEDICAL GROUP,   P.O. BOX 710820,   CINCINNATI, OH 45271
3131564     DEACONESS HOSPITAL,   311 STRAIGHT STREET,   CINCINNATI, OH 45219
3131565     DEBORAH A. FRITZ MD,   10550 MONTGOMERY RD. #23,   CINCINNATI, OH 45242
3131566     DIVERSFIED ADJUSTMENT SERVICE INC.,   P.O. BOX 32145,   FRIDLEY, MN 55432-0145
3131567     FACULTY PLAN OF GOOD SAMARITAN,   P.O. BOX 631395,   CINCINNATI, OH 45263
3131568     FAL RIVERSIDE MEDICAL FAIRFIELD,   200 FAIRFIELD AVE,   BELLEVUE, KY 41073
3178813     FIFTH THIRD BANK,   1212 WEST KEMPER ROAD,   FOREST PARK, OH 45240
3131569     FIFTH THIRD BANK,   CARD CENTER,   P.O. BOX 740789,   CINCINNATI, OH 45274-0789
3172698     FIFTH THIRD BANK,   1212 W KEMPER ROAD,   FOREST PARK OH 45240
3172697    +FIFTH THIRD BANK,   38 FOUNTAIN SQUARE PLAZA,   CINCINNATI OH 45263-0001
3131570     FIRST CONSUMERS NATIONAL BANK,   P.O. BOX 3567,   PORTLAND, OR 97208-3567
3131571     FIRST CREDIT INTERNATIONAL CORP,   P.O. BOX 13283,   AKRON, OH 44334-8683
3131572     G C SERVICES,   COLLECTION AGENCY DIVISION,   P.O. BOX 2774,   HOUSTON, TX 77252
3131573     GOOD SAMARITAN HOSPITAL,   P.O. BOX 20010,   CINCINNATI, OH 45220-0010
3131574    +GOOD SAMARITAN HOSPITAL,   P.O. BOX 69098,   CINCINNATI, OH 45269-0001
3131575     GREATER CINCINNATI CARDIOVASCULAR,   DEPT. 1462,   CINCINNATI, OH 45263-1462
3131576     GREATER CINCINNATI WATERWORKS,   DEPT. 1845,   CINCINNATI, OH 45274-1845
3131577     HAMILTON MUNICIPAL COURT,   SMALL CLAIMS COMPLAINT,   100 MAIN STREET,   CINCINNATI, OH 45202
3131578    +HAUW T. HAN, MD,   7593 TYLERS PLACE BLVD.#104,   WEST CHESTER, OH 45069-6313
3178823    +HAUW T. HAN, MD,   7593 TYLERS PLACE BLVD.*104,   WEST CHESTER, OH 45069-6312
3131579     HEARTLAND HOME HEALTH CARE & HOSPICE,   DEPT. L-1801,   COLUMBUS, OH 43260
3131580    +HEHMAN & BRAMLAGE, MD'S INC.,   2943 EASTERN AVENUE,   CINCINNATI, OH 45226-1099
3131581     HOUSEHOLD FINANCE CORP,   1091 SMILEY AVENUE,   CINCINNATI, OH 45240
3131582     I. D. CC,   872 OHIO PIKE,   CINCINNATI, OH 45245
3131583     INTERNAL REVUNE SERVICE,   CINCINNATI, OH 45999
3131584     J.C. PENNEYS,   P.O. BOX 530945,   ATLANTA, GA 30353-0945
3178829     J.C. PENNYS,   P.O. BOX 530945,   ATLANTA, GA 30353-0945
3131585     LAB CORP OF AMERICA,   P.O. BOX 2240,   BURLINGTON, NC 27216-2240
3131586     MEDICAL RECOVERY SYSTEMS,   P.O. BOX 20010,   CINCINNATI, OH 45220-0010
3131587     MEDICAL X-RAY INC.,   P.O. BOX 42456,   CINCINNATI, OH 45242
3131588    +MEDICAL X-RAY INC.,   P.O. BOX 960483,   CINCINNATI, OH 45296-0001
3131589     MEGA CITY COLLECTION,   MIDCITY STATION,   P.O. BOX 308,   DAYTON, OH 45402
3131590     MERCY HOSPITAL HAMILTON/FAIRFIELD,   P.O BOX 640855,   CINCINNATI, OH 45264-0855
3131591     MICHAEL P. MARGELEFSKY LLC,   709 MADISON AVE., SUITE 302,   TOLEDO, OH 43624-1624
3131592     MQC COLLECTION,   P.O. BOX 14474,   TOLEDO, OH 43614
3131594     NCO FINANCIAL SYSTEMS INC.,   P.O. BOX 3500,   JACKSON, MI 49204-3500
3131593    +NCO FINANCIAL SYSTEMS INC.,   P.O. BOX 41457,   PHILADELPHIA, PA 19101-1457
3131595     NEDPHRDOGY ASSOC. OF SW OHIO INC.,   LOCATION 0871,   CINCINNATI, OH 45264
3178840     NEDPHRDOGY ASSOX. OF SW OHIO INC.,   LOCATION 0871,   CINCINNATI, OH 45264
3131596     NEURO DIAGNOSTIC CENTER INC.,   759 WESSELL DR., SUITE I,   FAIRFIELD, OH 45014
3178841     NEURO DIAGNOSTIC CENTER INC.,   759 WESSELL DR., SUITE I,   FAIRFIELD, OH 45014
3131597     NEW CENTURY PHYSICIANS INC.,   P.O. BOX 631900,   CINCINNATI, OH 45263-1900
3131598     NORTHEAST RADIOLOGY,   P.O. BOX 42468,   CINCINNATI, OH 45242
3131599     NORTHLAND GROUP INC,   P.O. BOX 390857,   EDINA, MN 55439
3131600     NURAY RADIOLOGISTS INC.,   P.O. BOX 42417,   CINCINNATI, OH 45242
3178846    +OCWEN FEDERAL BANK,   1675 PALM BEACH LAKES BLVD,   PALM BEACH, FL 33401-2199
3131601    +OCWEN FEDERAL BANK,   167S PALM BEACH LAKES BLVD,   PALM BEACH, FL 33401
3131602     OHIO DEPT. OF TAXATION,   P.O. BOX 182402,   COLUMBUS, OH 43218-2402
3131603     ORTHOPAEDIC DIAGNOSTIC & TREATMENT,   P.O. BOX 771471,   CHICAGO, IL 60677-1004
3131604     PATHOLOGISTS INC.,   P.O. BOX 42262,   CINCINNATI, OH 45242
3131605     PERIPERATIVE MEDICAL CONSULTANT, INC,   P.O. BOX 632335,   CINCINNATI, OH 45263-2335
3131606    +PREMIER RECOVERY INC.,   P.O. BOX 2658,   COVINGTON, KY 41012
3131607     PROVIDIAN,   P.O. BOX 9539,   MANCHESTER, NH 03108
3131608     PTIME MED PHYSICIANS,   DEPOT. 1044, BOX 63144,   CINCINNATI, OH 45263-1044
3131609     RIVERSIDE MEDICAL CENTER BV,   GHASSAN HAJ-HAMED,   200 FAIRFIELD AVENUE,   BELLEVUE, KY 41073-1041
3131610     RUMPKE CONSOLIDATED COMPANIES,   P.O. BOX 538701,   CINCINNATI, OH 45253
3131611     S. NEMAT MOUSSAVIAN, MD,   9200 MONTGOMERY RD, BLDG. #18-A,   CINCINNATI, OH 45242
3131612     SEARS PREMIER CARD,   P.O. BOX 182149,   COLUMBUS, OH 43218-2149
```

```
District/off: 0648-1            User: admin               Page 2 of 3              Date Rcvd: May 14, 2003
Case: 03-10171                  Form ID: b18              Total Served: 92

3131613      SILKIES PANTYHOSE,    P.O. BOX 7857,    PHILADELPHIA, PA 19188-0001
3131614      SOUTHERN OHIO PATHOLOGY CONS.,    P.O. BOX 98,    BATAVIA, OH 45103-0098
3178860      SURPAS RESOURCE CORP,    SUITE 150,    10,000 RICHMOND,    HOUSTON, TX 77042-4200
3131615      SURPAS RESOURCE CORP,    SUITE 150,    10000 RICHMOND,    HOUSTON, TX 77042-4200
3131616      THE HUNTINGTON,    P.O. BOX 2059,    COLUMBUS, OH 43216
3131617     +THOMAS & THOMAS LLC,    2323 PARK AVENUE,    CINCINNATI, OH 45206-2788
3131618      TIME WARNER CABLE,    11252 CORNELL PARK,    CINCINNATI, OH 45242
3131619      UNITED COLLECTION BUREAU INC.,    2912 SPRINGBORO WEST SUITE 202,    DAYTON, OH 45439
3131620      WALLER & WALLER FAMILY PRACTICE,    1253 KEMPER MEADOWS,    CINCINNATI, OH 45240

The following entities were served by electronic transmission on May 14, 2003 and receipt of the transmission
was confirmed on:
tr           E-mail: rnelson@ctks.com May 14 2003 21:11:44     Richard D Nelson,    250 E Fifth St,    Ste 1200,
              Cincinnati, OH  45202-4139
3131581      EDI: HFC.COM May 14 2003 18:12:00     HOUSEHOLD FINANCE CORP,    1091 SMILEY AVENUE,
              CINCINNATI, OH 45240
                                                                                                  TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Huntington National Bank
cr           Wells Fargo Bank Minnesota NA
3178789*    +ACE CHECK CASH,    7331 MONTGOMERY ROAD,    SILVERTON, OH 45236-4051
3178788*     ACE CHECK CASH,    342 NORTHLAND BLVD,    CINCINNATI, OH 45240
3178790*    +ALLIANCE LAB SERVICES,    P.O. BOX 695007,    CINCIINNAIT, OH 45269-0001
3178791*     AMERICAN RECOVERY SYSTEMS, INC.,    1699 WALL STREET, SUITE 300,    MT. PROSPECT, IL 60056-5788
3178792*    +ANESTHESIA GROUP PRACTICE INC.,    P.O. BOX 691429,    CINCINNATI, OH 45269-0001
3178793*     AT&T CONSUMER LEASE SERVICES,    P.O. BOX 2130,    BEDFORD PARK, IL 60499-2130
3178794*     BEACON ORTHOPEDIC PHYSICIANS,    P.O. BOX 641196,    CINCINNATI, OH 45264
3178795*     BHUPENDRA MAHIDA MD,    LOCATION 0871,    CINCINNATI, OH 45264
3178796*     CAPITAL ONE,    P.O. BOX 85147,    RICHMOND, VA 23285
3178798*     CBT RECEIVABLES MANAGEMENT,    P.O. BOX 1508,    MAUMEE, OH 43537-8508
3178797*     CBT RECEIVABLES MANAGEMENT,    P.O. BOX 1508,    TOLEDO, OH 43603
3178799*     CHECK'N GO OF OHIO INC.,    1184 W. KEMPER RD,    CINCINNATI, OH 45240
3178800*     CINCINNATI BELL,    DEPARTMENT 1811,    CINCINNATI, OH 45274-1811
3178801*     CINCINNATI BELL WIRELESS,    P.O. BOX 741832,    CINCINNATI, OH 45274-1832
3178802*     CINERGY CORP,    P.O. BOX 740124,    CINCINNATI, OH 45274
3178803*     CITY OF FOREST PARK INCOME TAX,    1201 W. KEMPER ROAD,    CINCINNATI, OH 45240
3178804*    +CITY OF FOREST PARK UTILITY,    STORMWATER MANAGMENT,    1201 W. KEMPER ROAD,
              FOREST PARK, OH 45240-1617
3178805*     CONTROLLED CREDIT CORP.,    P.O. BOX 5154,    CINCINNATI, OH 45205-0154
3178806*     CRESCENT WOMENS MEDICAL GROUP,    P.O. BOX 710820,    CINCINNATI, OH 45271
3178807*     DEACONESS HOSPITAL,    311 STRAIGHT STREET,    CINCINNATI, OH 45219
3178808*     DEBORAH A. FRITZ MD,    10550 MONTGOMERY RD. #23,    CINCINNATI, OH 45242
3178809*     DIVERSFIED ADJUSTMENT SERVICE INC.,    P.O. BOX 32145,    FRIDLEY, MN 55432-0145
3178810*     FACULTY PLAN OF GOOD SAMARITAN,    P.O. BOX 631395,    CINCINNATI, OH 45263
3178811*     FAL FAIRSIDE MEDICAL FAIRFIELD,    200 FAIRFIELD AVE,    BELLEVUE, KY 41073
3178812*     FIFTH THIRD BANK,    CARD CENTER,    P.O. BOX 740789,    CINCINNATI, OH 45274-0789
3178814*     FIFTH THIRD BANK,    38 FOUNTAIN SQUARE PLAZA,    CINCINNATI, OH 45263
3178815*     FIRST CONSUMERS NATIONAL BANK,    P.O. BOX 3567,    PORTLAND, OR 97208-3567
3178816*     FIRST CREDIT INTERNATIONAL CORP,    P.O. BOX 13283,    AKRON, OH 44334-8683
3178817*     G C SERVICES,    COLLECTION AGENCY DIVISION,    P.O. BOX 2774,    HOUSTON, TX 77252
3178818*     GOOD SAMARITAN HOSPITAL,    P.O. BOX 20010,    CINCINNATI, OH 45220-0010
3178819*    +GOOD SAMARITAN HOSPITAL,    P.O. BOX 69098,    CINCINNATI, OH 45269-0001
3178820*     GREATER CINCINNATI CARDIOVASCULAR,    DEPT. 1462,    CINCINNATI, OH 45263-1462
3178821*     GREATER CINCINNATI WATERWORKS,    DEPT. 1845,    CINCINNATI, OH 45274-1845
3178822*     HAMILTON MUNICIPAL COURT,    SMALL CLAIMS COMPLAINT,    100 MAIN STREET,    CINCINNATI, OH 45202
3178824*     HEARTLAND HOME HEALTH CARE & HOSPICE,    DEPT. L-1801,    COLUMBUS, OH 43260
3178825*    +HEHMAN & BRAMLAGE, MD'S INC.,    2943 EASTERN AVENUE,    CINCINNATI, OH 45226-1099
3178826*     HOUSEHOLD FINANCE CORP,    1091 SMILEY AVENUE,    CINCINNATI, OH 45240
3178827*     I.D.CC,    872 OHIO PIKE,    CINCINNATI, OH 45245
3178828*     INTERNAL REVUNE SERVICE,    CINCINNATI, OH 45999
3178830*     LAB CORP. OF AMERICA,    P.O. BOX 2240,    BURLINGTON, NC 27216-2240
3178831*     MEDICAL RECOVERY SYSTEMS,    P.O. BOX 20010,    CINCINNATI, OH 45220-0010
3178832*     MEDICAL X-RAY INC.,    P.O. BOX 42456,    CINCINNATI, OH 45242
3178833*    +MEDICAL X-RAY INC.,    P.O. BOX 960483,    CINCINNATI, OH 45296-0001
3178834*     MEGA CITY COLLECTION,    MIDCITY STATION,    P.O. BOX 308,    DAYTON, OH 45402
3178835*     MERCY HOSPITAL HAMILTON/FAIRFIELD,    P.O BOX 640855,    CINCINNATI, OH 45264-0855
3178836*     MICHAEL P. MARGELEFSKY LLC,    709 MADISON AVE., SUITE 302,    TOLEDO, OH 43624-1624
3178837*     MQC COLLECTION,    P.O. BOX 14474,    TOLEDO, OH 43614
3178839*     NCO FINANCIAL SYSTEMS INC.,    P.O. BOX 3500,    JACKSON, MI 49204-3500
3178838*    +NCO FINANCIAL SYSTEMS INC.,    P.O. BOX 41457,    PHILADELPHIA, PA 19101-1457
3178842*     NEW CENTURY PHYSICIANS INC.,    P.O. BOX 631900,    CINCINNATI, OH 45263-1900
3178843*     NORTHEAST RADIOLOGY,    P.O. BOX 42468,    CINCINNATI, OH 45242
3178844*     NORTHLAND GROUP INC,    P.O. BOX 390857,    EDINA, MN 55439
3178845*     NURAY RADIOLOGISTS INC.,    P.O. BOX 42417,    CINCINNATI, OH 45242
3178847*     OHIO DEPT. OF TAXATION,    P.O. BOX 182402,    COLUMBUS, OH 43218-2402
3178848*     ORTHOPAEDIC DIAGNOSTIC & TREATMENT,    P.O. BOX 771471,    CHICAGO, IL 60677-1004
3178849*     PATHOLOGISTS INC.,    P.O. BOX 42262,    CINCINNATI, OH 45242
3178850*     PERIPERATIVE MEDICAL CONSULTANT, INC,    P.O. BOX 632335,    CINCINNATI, OH 45263-2335
3178851*     PREMIER RECOVERY INC.,    P.O. BOX 2658,    COVINGTON, KY 41012
3178852*     PROVIDIAN,    P.O. BOX 9539,    MANCHESTER, NH 03108
3178853*     PTIME MED PHYSICIANS,    DEPOT. 1044,    BOX 63144,    CINCINNATI, OH 45263-1044
3178854*     RIVERSIDE MEDICAL CENTER BV,    GHASSAN HAJ-HAMED,    200 FAIRFIELD AVENUE,    BELLEVUE, KY 41073-1041
3178855*     RUMPKE CONSOLIDATED COMPANIES,    P.O. BOX 538701,    CINCINNATI, OH 45253
```

```
District/off: 0648-1         User: admin              Page 3 of 3            Date Rcvd: May 14, 2003
Case: 03-10171               Form ID: b18             Total Served: 92

              ***** BYPASSED RECIPIENTS (continued) *****
3178856*     S. NEMAT MOUSSAVIAN, MD,    9200 MONTGOMERY RD, BLDG. #18-A,    CINCINNATI, OH 45242
3178857*     SEARS PREMIER CARD,    P.O. BOX 182149,    COLUMBUS, OH 43218-2149
3178858*     SILKIES PANTYHOSE,    P.O. BOX 7857,    PHILADELPHIA, PA 19188-0001
3178859*     SOUTHERN OHIO PATHOLOGY CONS.,    P.O. BOX 98,    BATAVIA, OH 45103-0098
3178861*     THE HUNTINGTON,    P.O. BOX 2059,    COLUMBUS, OH 43216
3178862*    +THOMAS & THOMAS LLC,    2323 PARK AVENUE,    CINCINNATI, OH 45206-2788
3178863*     TIME WARNER CABLE,    11252 CORNELL PARK,    CINCINNATI, OH 45242
3178864*     UNITED COLLECTION BUREAU INC.,    2912 SPRINGBORO WEST SUITE 202,    DAYTON, OH 45439
3178865*     WALLER & WALLER FAMILY PRACTICE,    1253 KEMPER MEADOWS,    CINCINNATI, OH 45240
                                                                                 TOTALS: 2, * 71

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 16, 2003                Signature:    *Joseph Speetjens* (signature)