**DISCHARGED, CLOSED**

## U.S. Bankruptcy Court
## Southern District of Ohio (Cincinnati)
## Bankruptcy Petition #: 1:03-bk-10171

*Assigned to:* J. Vincent Aug Jr.
Chapter 7
Voluntary
No asset
AP Case: No

*Date Filed:* 01/10/2003
*Date Terminated:* 06/23/2003
*Date Discharged:* 05/13/2003

*Debtor*
**Frederick Harris**
11716 Elkwood Drive
Cincinnati, OH 45240
SSN: xxx-xx-9298

represented by **James C Smith**
4000 Roosevelt Blvd
Middletown, OH 45044-6619
(513) 424-2600
Email: jattorney1@cinci.rr.com

*Debtor*
**Mary L Harris**
11716 Elkwood Drive
Cincinnati, OH 45240
SSN: xxx-xx-6238

represented by **James C Smith**
(See above for address)

*Trustee*
**Richard D Nelson**
250 East Fifth Street
Suite 1200
Cincinnati, OH 45202
513-333-5255

*U.S. Trustee*
**Asst US Trustee (Cin)**
Office of the US Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202
513-684-6988

**EXHIBIT 9**

| Filing Date | # | Docket Text |
|---|---|---|
| 01/10/2003 | 1 | Voluntary Petition all schedules and statements. ( Filing Fee $ 200.00 Receipt # 00144291) [1-1] (1kw) (Entered: 01/13/2003) |
| 01/10/2003 | 2 | Statement 1015-2 with No Previous Filing(s) Either Pending or Discharged. [2-1] (1kw) (Entered: 01/13/2003) |

| | | |
|---|---|---|
| 01/10/2003 | 3 | Verification of Creditor Matrix. [3-1] (1kw) (Entered: 01/13/2003) |
| 01/10/2003 | 4 | Statement of Intent. [4-1] (1kw) (Entered: 01/13/2003) |
| 01/16/2003 | 5 | Order and Notice of 341 Meeting Scheduled For 11:45 2/28/03 At U.S. Trustee's Ofc, Cinc Last Day To Oppose Discharge: 4/29/03 Interim Trustee Richard Nelson Appointed [5-1] (1ag) (Entered: 01/16/2003) |
| 01/16/2003 | 6 | Notice to Individual Consumer Debtor(s) (1ef) (Entered: 01/16/2003) |
| 01/18/2003 | 7 | Court's Certificate of Mailing Re: 341 Notice. (1ef) (Entered: 01/21/2003) |
| 01/29/2003 | | (DOCKETING ERROR REDOCKETED BELOW). Motion & Notice By creditor Wells Fargo Bank Minnesota NA For Relief From Stay ( STAY #: 362) ( Filing Fee $ 75.00 Receipt # 00145158) Last Day for Objections 2/26/03 [0-0] (1ef) (Entered: 01/29/2003) |
| 01/29/2003 | 8 | Motion By Creditor Wells Fargo Bank Minnesota NA For Relief From Stay ( STAY #: 362) ( Filing Fee $ 75.00 Receipt # 00145158) Last Day for Objections 2/26/03 [8-1] (1ef) (Entered: 02/27/2003) |
| 02/10/2003 | 9 | First Meeting Continued until 12:00 3/14/03 At U.S. Trustee's Ofc, Cinc [9-1] (1ag) (Entered: 02/11/2003) |
| 02/10/2003 | 10 | Amended Schedules F And Certificate of Service. ( Filing Fee $ 20.00 Receipt # 00145686) [10-1] (1ag) (Entered: 02/11/2003) |
| 02/14/2003 | 11 | Amended Matrix. [11-1] (1ef) (Entered: 02/14/2003) |
| 02/26/2003 | 12 | Certification of No Response Filed by Creditor Wells Fargo Bank Minnesota NA Of [8-1] Motion For Relief From Stay ( STAY #: 362) ( Filing Fee $ 75.00 Receipt # 00145158) . [12-1] (1ef) (Entered: 02/27/2003) |
| 02/27/2003 | 13 | Clerk's Default Order Granting [8-1] Motion For Relief From Stay ( STAY #: 362) ( Filing Fee $ 75.00 Receipt # 00145158) by Wells Fargo Bank Minnesota NA [13-1] (1ef) (Entered: 02/27/2003) |
| 03/01/2003 | 15 | Court's Certificate of Mailing Re: Clerk Order. (1ef) (Entered: 03/04/2003) |
| 03/03/2003 | 14 | First Meeting Continued until 12:00 3/14/03 At U.S. Trustee's Ofc, Cinc [14-1] (1ag) (Entered: 03/04/2003) |

| | | |
|---|---|---|
| 03/17/2003 | 16 | Trustee's Abandonment of Motor Vehicle 1998 Ford Windstar [16-1] (1ag) (Entered: 03/18/2003) |
| 03/17/2003 | 17 | Motion By Creditor Huntington National Bank For Relief From Stay ( STAY #: 362) ( Filing Fee $ 75.00 Receipt # 00147451) Last Day for Objections 4/7/03 [17-1] (1ef) (Entered: 03/18/2003) |
| 03/17/2003 | 18 | Notice by Creditor Huntington National Bank Re: [17-1] Motion For Relief From Stay ( STAY #: 362) ( Filing Fee $ 75.00 Receipt # 00147451) by Huntington National Bank [18-1] (1ef) (Entered: 03/18/2003) |
| 03/18/2003 | 19 | 341 Meeting Held and Examination of Debtor. (1ag) (Entered: 03/19/2003) |
| 03/24/2003 | 20 | Trustee's Report of No Assets. (1ag) (Entered: 03/25/2003) |
| 04/10/2003 | 21 | Certification of No Response Filed by Creditor Huntington National Bank (RE: related document(s)[17] Motion for Relief From Stay). (1ef, ) (Entered: 04/17/2003) |
| 04/21/2003 | 22 | Order Sustaining Motion For Relief From Stay (Related Doc # [17]) (1ef, ) (Entered: 04/22/2003) |
| 04/24/2003 | 23 | BNC Certificate of Mailing - PDF Document. Service Date 04/24/2003. (Related Doc # 22) (Admin.) (Entered: 04/25/2003) |
| 04/28/2003 | 24 | Reaffirmation Agreement With Huntington National Bank. Declaration of Attorney Filed. (1ag, ) (Entered: 04/29/2003) |
| 05/13/2003 | | Request for BNC Issuance of Ch 7 Discharge Order (Admin.) (Entered: 05/13/2003) |
| 05/16/2003 | 25 | Discharge of Debtor w/BNC Certificate of Mailing Service Date 05/16/2003. (Admin.) (Entered: 05/17/2003) |
| 06/23/2003 | | Bankruptcy Case Closed (1ef, ) (Entered: 06/23/2003) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 05/09/2007 09:50:07 |

| PACER Login: | ts0002 | Client Code: | asc04 gn106 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:03-bk-10171 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |