**DISCHARGED, CLOSED**

# U.S. Bankruptcy Court
## Southern District of Ohio (Dayton)
### Bankruptcy Petition #: 3:03-bk-36704

*Assigned to:* William A. Clark
Chapter 7
Voluntary
No asset
AP Case: No

*Date Filed:* 07/31/2003
*Date Terminated:* 12/17/2003
*Date Discharged:* 12/09/2003

*Debtor*
**Thaddeus Roland Freeman**
2637 Cincinnati Dayton Road
Middletown, OH 45044
SSN: xxx-xx-6766

represented by **Richard E West**
195 E Central Avenue
PO Box 938
Springboro, OH 45066
937-748-1749
Fax : 937 748 9552
Email: bknotice@woh.rr.com

*Joint Debtor*
**Alfreda Janell Freeman**
2637 Cincinnati Dayton Road
Middletown, OH 45044
SSN: xxx-xx-5077

represented by **Richard E West**
(See above for address)

*Trustee*
**Donald F Harker**
One First National Plaza
Suite 2103
130 W Second Street
Dayton, OH 45402-1503
937-461-8800

*U.S. Trustee*
**Asst US Trustee (Day)**
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417
614-469-7411

EXHIBIT 12

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2003 | 1 | Chapter 7 Voluntary Petition . Receipt Number 00157625, Fee Amount $200 Filed by Thaddeus Roland Freeman , Alfreda Janell Freeman (3bb, ) (Entered: 07/31/2003) |

| Date | # | Description |
|---|---|---|
| 07/31/2003 | | Auto Assignment of Judge and Trustee with Meeting of Creditors to Be Noticed for 09/24/2003 at 02:30 PM at Suite 309. Objections for Discharge Due by 11/24/2003. (3bb, ) (Entered: 07/31/2003) |
| 07/31/2003 | 2 | Statement 1015-2 with No Previous Filing(s) Either Pending or Discharged Filed by Joint Debtor Alfreda Janell Freeman , Debtor Thaddeus Roland Freeman . (3rb, ) (Entered: 08/04/2003) |
| 07/31/2003 | 3 | Verification of Creditor Matrix Filed by Joint Debtor Alfreda Janell Freeman , Debtor Thaddeus Roland Freeman . (3rb, ) (Entered: 08/04/2003) |
| 07/31/2003 | 4 | Statement of Intent. Filed by Joint Debtor Alfreda Janell Freeman , Debtor Thaddeus Roland Freeman . (3rb, ) (Entered: 08/04/2003) |
| 08/05/2003 | | Request to BNC for Issuance of First Meeting of Creditors (3bm, ) (Entered: 08/05/2003) |
| 08/07/2003 | 5 | Notice of First Meeting of Creditors w/BNC Certificate of Mailing Service Date 08/07/2003. (Admin.) (Entered: 08/08/2003) |
| 08/26/2003 | 6 | Notice of Proposed Abandonment Or Dispositon of Real Property Located At 2637 Cincinnati Dayton Rd., Middletown, OH 45044 And Opportunity For Objection Filed by Creditor Household Realty Corporation . (3bm, ) (Entered: 08/27/2003) |
| 08/26/2003 | 7 | Motion for Relief from Stay (Real Estate). Receipt Number 159271, Fee Amount $75, Filed by Creditor Household Realty Corporation (3bm, ) (Entered: 08/27/2003) |
| 08/26/2003 | 8 | Notice Filed by Creditor Household Realty Corporation (RE: related document(s)[7] Motion for Relief from Stay (Real Estate). Receipt Number 159271, Fee Amount $75, Filed by Creditor Household Realty Corporation (3bm, )). (3bm, ) (Entered: 08/27/2003) |
| 09/22/2003 | 9 | Certification of No Response Filed by Creditor Household Realty Corporation (RE: related document(s)[7] Motion for Relief from Stay . Receipt Number 159271, Fee Amount $75,). (3ss, ) (Entered: 09/23/2003) |
| 09/23/2003 | | Request for BNC Issuance of Clerk's Default Order (RE: related document(s)[7] Motion for Relief From Stay filed by Creditor Household Realty Corporation) (3ss, ) (Entered: 09/23/2003) |
| 09/25/2003 | 10 | Clerk's Agreed/Default Order w/BNC Certificate of Mailing Service Date 09/25/2003. (Admin.) (Entered: 09/26/2003) |
| | | |

| 09/29/2003 | 11 | Meeting of Creditors Held (RE: related document(s) Automatic Assignment of Judge and Trustee(Chapter 7 No Asset)) (3ms, ) (Entered: 09/30/2003) |
| --- | --- | --- |
| 09/29/2003 | 12 | Trustee's No Asset Report. (3ms, ) (Entered: 09/30/2003) |
| 09/30/2003 | 13 | Trustee's Abandonment of 2637 Cincinnati Dayton Road, Middletown . (3ms, ) (Entered: 10/01/2003) |
| 12/09/2003 |  | Request for BNC Issuance of Ch 7 Discharge Order (Admin.) (Entered: 12/09/2003) |
| 12/12/2003 | 14 | Discharge of Debtor w/BNC Certificate of Mailing Service Date 12/12/2003. (Admin.) (Entered: 12/13/2003) |
| 12/17/2003 |  | Bankruptcy Case Closed (Admin.) (Entered: 12/17/2003) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/09/2007 09:54:44 | | | |
| PACER Login: | ts0002 | Client Code: | asc04 gn106 |
| Description: | Docket Report | Search Criteria: | 3:03-bk-36704 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |