UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. 1:02CV467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | |
| v. | : | Magistrate Judge Hogan |
| | : | |
| AK STEEL CORPORATION, | : | |
| | : | **NOTICE OF FILING DEPOSITION** |
| Defendant. | : | |

Please take notice that Defendant has filed the transcript of the deposition of Ronald E. Sloan, Jr., taken April 24, 2007, together with the exhibits thereto, with the Clerk of the United States District Court on May 29, 2007.

    Respectfully submitted,

    s/ Patricia Anderson Pryor
    Lawrence J. Barty (0016002)
    barty@taftlaw.com
    Gregory Parker Rogers (0042323))
    rogers@taftlaw.com
    Patricia Anderson Pryor (0069545)
    pryor@taftlaw.com
    Taft Stettinius & Hollister LLP
    425 Walnut Street, Suite 1800
    Cincinnati, Ohio 45202
    (513) 381-2838
    (513) 381-0205 (fax)

    Trial Attorneys for Defendant

**Certificate of Service**

I hereby certify that on May 29, 2007, I electronically filed the foregoing Notice of Filing Deposition with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Donahue, Robert Childs, Herman N. Johnson, Jr., Wiggins, Childs, Quinn & Pantazis, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203; Paul H. Tobias and David Kammer, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202; and David Sanford, Sanford, Wittels & Heisler, L.L.P., 2121 K Street, N.W., Suite 700, Washington, D.C. 20037

                                                s/ Patricia Anderson Pryor
                                                Patricia Anderson Pryor (0069545)
                                                pryor@taftlaw.com
                                                Taft Stettinius & Hollister LLP
                                                425 Walnut Street, Suite 1800
                                                Cincinnati, Ohio 45202
                                                (513) 381-2838
                                                (513) 381-0205 (fax)

                                                Attorney for Defendant