UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VIVIAN BERT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. C-1-02-467 |
| | ) Judge Beckwith |
| AK STEEL CORPORATION, | ) Magistrate Judge Hogan |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiffs move this honorable Court for a one-week extension of the present submission date for their Response to Defendant's Motion for Summary Judgment on the Claims of Ronald Sloan, Mary harris and Thaddeus Freeman Based on Judicial Estoppel ("Motion") (Doc. No. 107) filed on May 14, 2007. Pursuant to Local Rule 7.2(a)(2), the Plaintiffs' response is presently due to be filed on June 7, 2007. The requested extension of one week would allow the Plaintiffs' response to be filed on June 14, 2007.

In support of their request, the Plaintiffs state the following:

1. Depositions will be taken this case on June 5 and 6, 2007, in Cincinnati, Ohio. This requires undersigned counsel, who is also primarily responsible for preparing Plaintiffs' response to Defendant's Motion which is currently due on June 7, 2007, to travel from Birmingham, Alabama, to Cincinnati on June 4 and return home to Birmingham late in the evening on June 6. This schedule leaves insufficient time to prepare the Plaintiffs' opposition which is currently due on June 7.

2. The Defendant is not opposed to the requested one-week extension of time.

3.  There will be no prejudice to either party if the Court grants the one-week extension of time for Plaintiffs to file their response to Defendant's Motion.

4.  Plaintiffs' counsel also have demands on their schedules involving other cases which includes preparation for trail, other discovery matters in various cases, and briefs to be filed in other cases.

WHEREFORE, premises considered, the Plaintiffs respectfully request that this Court grant their Unopposed Motion for Extension of Time so that Plaintiffs' Response to Defendant's Motion for Summary Judgment on the Claims of Ronald Sloan, Mary Harris and Thaddeus Freeman Based on Judicial Estoppel will be due to be submitted on June 14, 2007.

Respectfully submitted,

s/ *Susan Donahue*
Robert F. Childs, Jr. (*pro hac vice*)
Herman Nathaniel Johnson, Jr. (*pro hac vice)*
Susan Donahue (*pro hac vice*)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)

Paul Henry Tobias (OH bar No. 0032415)
David Donald Kammer
TOBIAS, KRAUS & TORCHIA
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

David W. Sanford (*pro hac vice*)
SANFORD, WITTELS & HEISLER, L.L.P.
2121 K Street N.W.
Suite 700
Washington, D.C. 20037
(202) 942-9124
(202) 628-8189 (facsimile)

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically serve the following:

Mr. Gregory P. Rogers
Mr. Lawrence James Barty
Ms. Patricia Anderson Pryor,
TAFT, STETTINIUS & HOLLISTER, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

                                               s/ *Susan Donahue*
                                               OF COUNSEL