1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

FOR THE WESTERN DIVISION

VIVIAN BERT, et al.,        : CASE NO. 1:02cv00467

      Plaintiffs,        : Judge Beckwith

v.        :

AK STEEL CORPORATION,        :

      Defendant.        :

_____

      Deposition of THADDEUS R. FREEMAN, taken on
Tuesday, June 5, 2007, commencing at 9:10 a.m., at
the offices of Taft, Stettinius & Hollister LLP,
425 Walnut Street, Suite 1800, Cincinnati, Ohio,
before Susan M. Barhorst, Notary Public.

AROUND-THE-CLOCK REPORTING SERVICES
P. O. BOX 11008
CINCINNATI, OHIO 45211
513-481-5200

1      A.    Boy, I tell you.  Did I review them?

2  Well, yeah, pretty much.  I mean, you know, I -- I

3  can't remember exactly -- you know, it's -- when

4  you going through a bankruptcy -- you know, they

5  say sign here, you -- it's --

6      Q.    Were you represented by counsel for

7  the bankruptcy, an attorney?

8      A.    There was a young lady from Mr. West's

9  office that I don't know if she's a paralegal or --

10  I know she worked in his office.  She was at the

11  bankruptcy court with me --

12      Q.    Okay.

13      A.    -- the day of --

14      Q.    Mr. West was the attorney you hired?

15      A.    Yes.

16      Q.    Okay.  You understood that the

17  bankruptcy was a legal proceeding?

18      A.    Yes.

19      Q.    And you understood -- so that signing

20  these papers you were declaring under penalty of

21  perjury that they were true and correct?

22      A.    Yes.

23      Q.    And you did not disclose this

24  litigation to -- on your bankruptcy petition, did

779a2447-5b26-4763-b0eb-3cc1e7561703

```
 1   you?
 2        A.    When I went to the bankruptcy court, I
 3   met Mr. West's -- I didn't meet him, but the young
 4   lady at the bankruptcy hearing.  And she asked me
 5   at the bankruptcy hearing if I was in a lawsuit and
 6   I told her that I was in a lawsuit with AK Steel.
 7              And she told me that -- were we close
 8   to settlement.  And I said I don't think so.  She
 9   said, well, don't worry about it.  And that's the
10   only time that I remember anything being brought up
11   about lawsuit.
12        Q.    And she was with Mr. West's office?
13        A.    Yes.
14        Q.    You don't know what her name was?
15        A.    No, I didn't -- I don't really -- I
16   can't remember her name.
17        Q.    Okay.  So you guys, then, did not
18   disclose that to the bankruptcy court or the
19   bankruptcy trustee?
20        A.    She just --
21              MS. DONAHUE:  Object to the form.
22        A.    She just --
23        Q.    No?
24        A.    She just told me not to worry about
```