# 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -
VIVIAN BERT, et al.,              :
                                  :
        Plaintiffs,               :
   vs.                            :    Case No. C-1-02-467
                                  :    (Mag. Judge Hogan)
AK STEEL CORPORATION,             :
                                  :
        Defendant.                :
- - - - - - - - - - - - - - - -

|           |                                               |
|-----------|-----------------------------------------------|
| Deposition of: | RONALD E. SLOAN, JR.                     |
| Taken:    | By the Defendant                              |
| Date:     | Tuesday, April 24, 2007                       |
| Time:     | Commencing at 11:00 AM                        |
| Place:    | Taft, Stettinius & Hollister<br>1800 US Bank Center<br>425 Walnut Street<br>Cincinnati, Ohio  45202-3957 |
| Before:   | Tracy L. Allen, RPR<br>Notary Public - State of Ohio |

1                MS. DONAHUE:  Schedule what?
2                MS. PRYOR:  It's Statement Of
3     Financial Affairs and it's the second page
4     of it.
5                MS. DONAHUE:  Is it a particular
6     schedule?
7                MS. PRYOR:  It looks like this
8     (indicating), Statement Of Financial
9     Affairs.
10               MS. DONAHUE:  Oh.
11    BY MS. PRYOR:
12          A.    Listed page two at the top?
13          Q.    Yes.  It starts with actually number
14    three, Payments to creditors.
15          A.    Right.
16               MS. DONAHUE:  Here it is.
17          Q.    Number four requests you to list all
18    suits and administrative proceedings to which you
19    were a party within one year.
20          A.    Right.
21          Q.    You did not list AK Steel.
22          A.    Right.  For the reason I just made.
23          Q.    Okay.  And what was that reason?
24          A.    Because I did not know that I needed
25    to list anything that was pending -- or I thought I

```
 1  was listing only things that were pending against me.
 2  I didn't know that that suit needed to be listed as
 3  part of this.  I only became aware of that recently
 4  and that's why there has been no motion prior to to
 5  amend.
 6          Q.  Okay.  And you didn't list it as an
 7  asset because?
 8          A.  Did not know it was.
 9          Q.  You didn't think it was an asset.
10          A.  None of this was clarified by the
11  attorney.
12          Q.  But you did have an attorney
13  throughout the proceedings.
14          A.  Yes.
15                      (Defendant's Exhibit 11
                         was marked for identi-
16                       fication.)
17          Q.  You've been handed what's been marked
18  as Exhibit 11.  Is that the discharge that you
19  received from the bankruptcy?
20          A.  Yes, I believe it is.
21          Q.  And you had your debts cleared as a
22  result of this?
23          A.  A portion.
24          Q.  What portion did you have cleared?
25          A.  Approximately 50 percent of what was
```