# 4

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
JOSEPH H. CALVIN, III
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
EDWARD McF. JOHNSON
MAURY S. WEINER

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

*LORI B. KISCH
*ERIC BACHMAN
HERMAN N. JOHNSON, JR.
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
SUSAN DONAHUE
JOSHUA D. WILSON
*KEIR BICKERSTAFFE
TONI BRAXTON
*JULIENE JAMES
ETHAN R. DETTLING
JAMES V. DOYLE, JR.
RACHEL LEE McGINLEY
MELISSA N. TAPP

CANDIS A. McGOWAN
OF COUNSEL
*Not Licensed in Alabama

June 8, 2007

VIA OVERNIGHT DELIVERY

Mr. Donald F. Harker
One First National Plaza
Suite 2103
130 W Second Street
Dayton, OH 45402-1503

    RE:    *In re: Thaddeus and Alfreda Freeman*
            No. 3:03-bk-36704, Bankruptcy Court for the Southern District of Ohio
            (Dayton)

Dear Mr. Harker:

       Thank you for speaking with me earlier this week on the phone. As you requested, I am sending this correspondence to inform you about the civil rights claims advanced by Mr. Thaddeus Freeman, co-petitioner in the above-referenced Chapter 7 bankruptcy case. As I stated in our telephone conversation, Mr. Freeman is a named plaintiff in an employment discrimination case in which he is represented by my law firm. His case is pending before the Honorable Sandra Beckwith, Chief Judge of the U.S. District Court for the Southern District of Ohio. *See Bert, et al. v. AK Steel Corp.*, No. 02-CV-467. The original Complaint was filed on June 26, 2002, and Mr. Freeman's charge of discrimination with the Equal Employment Opportunity Commission was filed on June 21, 2002.

       The case is currently in the discovery phase regarding the claims of the individual plaintiffs and the recently certified class action. Mr. Freeman was deposed on Tuesday, June 5, 2007, at 9 a.m. in the law offices of TAFT, STETTINIUS & HOLLISTER, LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio.

       Co-counsel with us in this lawsuit are the following:

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

June 8, 2007
Page 2

      Paul Tobias
      David Kammer
      TOBIAS, KRAUS & TORCHIA, LLP
      414 Walnut Street, Suite 911,
      Cincinnati, Ohio 45202

      David W. Sanford
      SANFORD, WITTELS & HEISLER, L.L.P.
      1666 Connecticut Avenue, N.W.
      Suite 310
      Washington, D.C. 20009

      Grant E. Morris
      LAW OFFICES OF GRANT E. MORRIS
      1666 Connecticut Avenue, N.W.
      Suite 310
      Washington, D.C. 20009

      I would like to be able to confirm with you that Mr. Freeman's bankruptcy case can be re-opened so that his civil law suit can go forward with you, as her bankruptcy trustee, taking over her claim as the real party in interest. I am sending this letter and enclosures for overnight delivery to your office on Monday, June 11. I will call you on Tuesday, June 12, 2007, to discuss with you re-opening Mr. Freeman's bankruptcy case. I will be filing a response in opposition to Defendant's Motion for Summary Judgment on the Claims of Ronald Sloan, Mary Harris and Thaddeus Freedman on Thursday, June 14. I would like to be able to report that Mr. Freeman's bankruptcy case will be re-opened and his claims in this lawsuit will be taken over by you as his bankruptcy trustee and the real party in interest, but, of course, I will get your confirmation on this matter first.

      Defendant's Motion for Summary Judgment on the Claims of Ronald Sloan, Mary Harris and Thaddeus Freeman Based on Judicial Estoppel with Exhibits, the Second Amended Complaint, Mr. Freeman's EEOC charge and fee agreement are enclosed. Please let me know if you need any other information for your review of Mr. Freeman's.

      I look forward to speaking with you early next week and working with you on Mr. Freeman's case.

WASHINGTON, D.C. - 2031 FLORIDA AVENUE, SUITE 300, WASHINGTON, D.C. 20009 MAIN (202)467-4123 FAX (202)467-4498

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

June 8, 2007
Page 3

Cordially,

*Susan Donahue*

Susan Donahue
Attorney for Mr. Freeman

Enclosures
cc:
Thaddeus Freeman (w/o enclosures)
Paul Tobias  (w/o enclosures)
Dave Kammer  (w/o enclosures)
David Sanford  (w/o enclosures)
Grant Morris  (w/o enclosures)