**6**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

    **FREDERICK HARRIS**

    **MARY L. HARRIS**

    Debtors

CASE NO. 03-10171
Chapter 7
Judge J. Vincent Aug, Jr.

**TRUSTEE'S MOTION TO REOPEN CASE TO ADMINISTER NEWLY DISCOVERED ASSETS AND REAPPOINT CHAPTER 7 TRUSTEE**

Now comes Richard D. Nelson, Trustee in the above captioned proceeding, who states that the case of Frederick Harris and Mary L. Harris was commenced by the filing of a Voluntary Petition on January 10, 2003. A 341 Meeting was conducted on March 14, 2003 and the Trustee filed a report of no assets on March 24, 2003. A discharge was issued and the bankruptcy case was closed on June 23, 2003.

The Trustee has recently learned that Debtor, Mary L. Harris, is a Plaintiff in the class action lawsuit of Vivian Bert, et al. vs. AK Steel Corporation pending in the United States District Court for the Southern District of Ohio, Western Division, under case number C-1-02-467. This lawsuit, which is basically a complaint for damages based on discrimination, stems from an incident that occurred in April of 2002 in which Mary Harris was involved and would therefore be a potential asset as a cause of action under the previously filed bankruptcy petition. The existence of this cause of action and lawsuit was not disclosed on the bankruptcy schedules and therefore was neither subject to administration nor abandonment by the Trustee.

459965.1

The Trustee prays that it is in the best interest of the creditors of Frederick and Mary Harris to reopen bankruptcy case number 03-10171 so that the Trustee can assert the rights of the bankruptcy estate in the pending lawsuit.

WHEREFORE, the Trustee prays that the Court authorize the reopening of the bankruptcy of Frederick and Mary Harris, case number 03-10171, for administration of the newly discovered asset, that Richard D. Nelson be reappointed as case Trustee in these proceedings, and for such other and further relief as may be just and proper.

/s/ Richard D. Nelson
Richard D. Nelson, Esq. (#0003943)
Chapter 7 Trustee
250 East Fifth Street, Suite 1200
Cincinnati, Ohio 45202

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion has been served via ordinary United States mail this June 6, 2007, upon:

Neal J. Weill
Assistant U.S. Trustee
Office of the U.S. Trustee
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202

Susan Donahue
Wiggins, Childs, Quinn & Pantazis
301 – 19th Street North
Birmingham, AL 35203
Attorney for Mary L. Harris

Frederick Harris
Mary L. Harris
11716 Elkwood Drive

Cincinnati, OH 45240
Debtors

James C. Smith, Esq.
4000 Roosevelt Blvd.
Middletown, OH 45044-6619
Attorney for Debtors

Gregory Parker Rogers, Esq.
Lawrence J. Barty, Esq.
Patricia Anderson Pryor, Esq.
Taft Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

/s/ Richard D. Nelson
Richard D. Nelson, Esq.

# File a Motion:

1:03-bk-10171 Frederick Harris and Mary L Harris CASE CLOSED on 06/23/2003
Type: bk                Chapter: 7 v              Office: 1 (Cincinnati)
Judge: jva              Assets: n                 Case Flag: DISCHARGED, CLOSED

## U.S. Bankruptcy Court

## Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from Nelson, Richard D entered on 6/6/2007 at 11:34 AM EDT and filed on 6/6/2007
**Case Name:**        Frederick Harris and Mary L Harris
**Case Number:**      1:03-bk-10171
**WARNING: CASE CLOSED on 06/23/2003**
**Document Number:** 26

Docket Text:
Motion to Reopen Case Receipt Number Exempt, Fee Amount of $0.00 is Exempt Filed by Trustee Richard D Nelson (Nelson, Richard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\cas\Desktop\Harris - Motion to Reopen.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1010432739 [Date=6/6/2007] [FileNumber=14723373-0
] [9b92482165a1413c7726cbd342ced07aa6f8bc84e0d7cf8089f7bc8def22f18ecb5
98da08979cb727c1fde9223c04648844589f5ecd0fe554b984cf898de670b]]

**1:03-bk-10171 Notice will be electronically mailed to:**

Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov

Jeffrey V Laurito    jsummers@lauritolaw.com, bmilstead@lauritolaw.com

Richard D Nelson    RNelson@ctks.com, richnelson@ecf.epiqsystems.com;oh70@ecfcbis.com

Karolina F Perr    ecfsdo@weltman.com

James C Smith    jattorney1@cinci.rr.com

**1:03-bk-10171 Notice will not be electronically mailed to:**

This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: June 06, 2007

J. Vincent Aug, Jr.
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN RE:

    **FREDERICK HARRIS**

    **MARY L. HARRIS**

    Debtors

CASE NO. 03-10171
Chapter 7
Judge J. Vincent Aug, Jr.

Re: DOC 26

### ORDER GRANTING TRUSTEE'S MOTION TO REOPEN CASE TO ADMINISTER NEWLY DISCOVERED ASSETS AND REAPPOINT CHAPTER 7 TRUSTEE

This matter came on before the Court on the **TRUSTEE'S MOTION TO REOPEN CASE TO ADMINISTER NEWLY DISCOVERED ASSETS AND REAPPOINT CHAPTER 7 TRUSTEE,** filed by Richard D. Nelson, Chapter 7 Trustee. The Motion stated that the purpose of reopening the case was to allow the Trustee to administer a newly discovered potential asset.

Based upon the representations contained in the Trustee's Motion and for good cause shown, said Motion is hereby **GRANTED**, and this Court hereby Orders:

1. Case No. 03-10171, In re: Frederick Harris and Mary L. Harris, is hereby reopened. *and the reopening fee is hereby DEFERRED.*

2. Richard D. Nelson is hereby reappointed as Chapter 7 Trustee in these proceedings.

**IT IS SO ORDERED.**

Copies to:

Richard D. Nelson, Trustee
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202

Neal J. Weill
Assistant U.S. Trustee
Office of the U.S. Trustee
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202

Susan Donahue
Wiggins, Childs, Quinn & Pantazis
301 – 19th Street North
Birmingham, AL 35203
Attorney for Mary L. Harris

Frederick Harris
Mary L. Harris
11716 Elkwood Drive
Cincinnati, OH 45240
Debtors

James C. Smith, Esq.
4000 Roosevelt Blvd.
Middletown, OH 45044-6619
Attorney for Debtors

Gregory Parker Rogers, Esq.
Lawrence J. Barty, Esq.
Patricia Anderson Pryor, Esq.
Taft Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

# # #