UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF OHIO

                     WESTERN DIVISION


- - - - - - - - - - - - - - - -
VIVIAN BERT, et al.,            :
                                :
        Plaintiffs,             :
    vs.                         :     Case No. C-1-02-467
                                :       (Mag. Judge Hogan)
AK STEEL CORPORATION,           :
                                :
        Defendant.              :
- - - - - - - - - - - - - - - -


        Deposition of:  DONALD K. EDWARDS, SR.

        Taken:          By the Defendant

        Date:           Tuesday, April 24, 2007

        Time:           Commencing at 9:15 AM

        Place:          Taft, Stettinius & Hollister
                        1800 US Bank Center
                        425 Walnut Street
                        Cincinnati, Ohio  45202-3957

        Before:         Tracy L. Allen, RPR
                        Notary Public - State of Ohio

```
 1    APPEARANCES:

 2         On behalf of the Plaintiffs:

 3              Susan Donahue, Esq.
                Wiggins, Childs, Quinn & Pantazis
 4              The Kress Building
                301 Nineteenth Street North
 5              Birmingham, Alabama  35203
                Phone:  (205) 314-0592
 6
                David D. Kammer, Esq.
 7              Tobias, Kraus & Torchia
                911 Mercantile Library Building
 8              414 Walnut Street
                Cincinnati, Ohio  45202
 9              Phone:  (513) 241-8137

10         On behalf of the Defendant:

11              Gregory P. Rogers, Esq.
                Patricia Anderson Pryor, Esq.
12              Taft, Stettinius & Hollister
                1800 US Bank Center
13              425 Walnut Street
                Cincinnati, Ohio  45202-3957
14              Phone:  (513) 381-2838

15    Also present:

16    Tracy White - AK Steel.

17                      - - -

18

19                    I N D E X

20         Cross-Examination by Mr. Rogers.....Page    4

21         ReDirect Examination by Ms. Donahue.Page   62

22         ReCross-Examination by Mr. Rogers...Page   63

23                      - - -

24

25
```

```
 1                    E X H I B I T S
 2            Exhibit No.              Marked
 3         Defendant's Exhibit 1 ......   26
 4         Defendant's Exhibit 2 ......   28
 5         Defendant's Exhibit 3 ......   31
 6         Defendant's Exhibit 4 ......   32
 7         Defendant's Exhibit 5 ......   33
 8         Defendant's Exhibit 6 ......   35
 9         Defendant's Exhibit 7 ......   45
10         Defendant's Exhibit 8 ......   45
11         Defendant's Exhibit 9 ......   46
12         Defendant's Exhibit 10 .....   48
13         Defendant's Exhibit 11 .....   56
14                     -  -  -
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1                    DONALD K. EDWARDS, SR.
 2    being by me  first  duly cautioned and sworn, deposes
 3    and says as follows:
 4                      CROSS-EXAMINATION
 5    BY MR. ROGERS:
 6             Q.   Would you please state your name for
 7    the record, sir.
 8             A.   Donald Edwards, Senior.
 9             Q.   Donald Edwards, Senior.  Where do you
10    live, sir?
11             A.   Middletown, Ohio.
12             Q.   What's the address there?
13             A.   801 Crawford Street.
14             Q.   How long have you lived there?
15             A.   Six years.
16             Q.   Okay.  What's your date of birth?
17             A.   10/4/60.
18             Q.   Are you married?
19             A.   Yes.
20             Q.   How long have you been married?
21             A.   20 years.
22             Q.   Congratulations.
23             A.   Thank you.
24             Q.   Enjoy it.  Do you have children?
25             A.   Yes.
```

```
 1              MR. KAMMER:  I'm surprised he
 2         remembered.
 3              Q.   It's always a trick question when I
 4    ask the men.  Yes.
 5              Do you have children?
 6              A.   Yes.
 7              Q.   How old are they?
 8              A.   I have a -- I got to get these right
 9    now.  24, 22, 20, 11, nine, three -- no.  Four, and
10    one.
11              Q.   Have any of the older children ever
12    worked at AK Steel?
13              A.   No, not that I know of.
14              Q.   Okay.  Are you on any medications
15    today?
16              A.   No.
17              Q.   Did you not take any medications that
18    you normally take?
19              A.   No.
20              Q.   Is there any reason physically today,
21    mentally why you can't give good, clear answers?
22              A.   No.
23              Q.   Okay.  Have you ever been -- sir, I
24    don't mean to offend you.  It's a standard question.
25    Have you ever been convicted of any crime?
```

```
 1              A.    Yes.

 2              Q.    And what is that?

 3              A.    It was domestic violence.

 4              Q.    When was that?

 5              A.    Eighty-- I can't -- sometime in '80.

 6   I can't remember exactly.

 7              Q.    Was that in Butler County?

 8              A.    Yes.

 9              Q.    Have you been convicted of anything

10   else?

11              A.    Yes.  I have another one.  I have one

12   more.  I have another one.  It was -- I guess it was

13   through Montgomery County.

14              Q.    What was that offense?

15              A.    It was alleged that I took something.

16              Q.    And --

17              A.    But they -- it was -- it was -- I had

18   to go through the courts.  And they took me through

19   whatever, I can't -- some class, and I was supposed

20   to get it expunged.

21              Q.    Was it expunged?

22              A.    I hadn't filled the papers out.  They

23   gave me all the stuff to send them.  I just haven't

24   returned it.

25              Q.    Was that a misdemeanor or a felony, do
```

1    you know?

2             A.    I think it was a misdemeanor I think.

3             Q.    Okay.  Do you know what you were

4    alleged to have taken?

5             A.    Actually, I found a wallet.  I guess

6    it was on the camera.  And I went out the store with

7    it.  And they said that's how it became that I took

8    it.

9             Q.    Have there been any other criminal

10   offenses?

11            A.    None that I can recall.

12            Q.    Okay.  What is your educational

13   background?

14            A.    High school graduate.

15            Q.    Middletown High School?

16            A.    Yes.

17            Q.    What year did you graduate?

18            A.    '80.

19            Q.    Did you attend college at all?

20            A.    Yeah.  I went two months.

21            Q.    Was that to Grambling?

22            A.    Yes.

23            Q.    Why did you quit Grambling?

24            A.    Actually, I was going to transfer to

25   another school and I was going to Michigan.  Then

1    once I got up to Michigan I got up there and I said

2    well, I'll just wait, because it just like it was --

3    it messed me up, so then I never really went back,

4    but I went to Michigan but I never enrolled there.

5            Q.    Okay.  How long then have you lived in

6    Middletown since you left Michigan?  Have you lived

7    in Middletown the rest of your life?

8            A.    No.  I actually live in Hamilton.

9            Q.    Okay.

10           A.    '89.  '89 into '90.

11           Q.    Then from '94 have you lived in

12   Middletown?

13           A.    I've been back to Middletown since

14   '99.

15           Q.    Okay.  Where are you employed today?

16           A.    Middletown Community Center.

17           Q.    How long have you worked there?

18           A.    Since September of last year.

19           Q.    Is that 40 hours a week?

20           A.    No.

21           Q.    How many hours?

22           A.    It's 20.

23           Q.    20 hours a week?

24           A.    Yes.

25           Q.    What's your rate of pay?

```
 1              A.    Nine dollars an hour.

 2              Q.    Are there any benefits?

 3              A.    No.  It's, actually, it's not -- I'm

 4     actually not considered a city employee.  I'm

 5     actually considered a vendor, because they don't have

 6     any money.  You know Middletown's poor.

 7              Q.    I do.

 8              A.    They always crying we don't have any

 9     money.

10              Q.    Okay.  So they pay you as an

11     independent contractor?

12              A.    Yes.  That's the only way that they

13     could get me on.

14              Q.    Okay.  And that's the City of

15     Middletown pays you.  Is that correct?

16              A.    Yes.

17              Q.    What was your job before you worked

18     for the City of Middletown beginning in September of

19     2006?

20              A.    I worked at Kroger's.

21              Q.    And when did you work for Kroger's,

22     from when to when?

23              A.    Actually, from -- I didn't work there

24     long.  It was -- I can't remember the month.  The end

25     of May.  May into June.
```

1          Q.    What was your rate of pay there?

2          A.    Six dollars and fifty to seventy-five

3     cents.  I can't remember exactly.

4          Q.    Why did you leave Kroger?

5          A.    Again, an incident that happened that

6     I was assaulted, but I was in between their terms of

7     90 days.  And in order to keep this other guy they

8     had to let me go, because he had been there for I

9     guess maybe ten years.

10         Q.    What Kroger store did you work at?

11         A.    The Liberty, is it -- in Monroe.  The

12    one in Monroe.

13         Q.    Monroe, Liberty Township, somewhere

14    down there?

15         A.    Yes.  The one on 63.

16         Q.    Is that the new one?

17         A.    Yes.

18         Q.    Yes.  Okay.  Where did you work before

19    that?

20         A.    Lund International.

21         Q.    Lund?

22         A.    Lund International.

23         Q.    Can you spell Lund?

24         A.    L-u-n-d.

25         Q.    How long -- you worked for Lund from

```
 1    when to when?
 2            A.    From March to the Kroger's.  Until the
 3    time I went to Kroger's.
 4            Q.    March of '06 to May of '06?
 5            A.    Yes.
 6            Q.    And what was your rate of pay at Lund?
 7            A.    Nine an hour.
 8            Q.    And what was your job responsibility
 9    at Lund?
10            A.    Machine operator.
11            Q.    What kind of machine did you operate?
12            A.    It was like a press where you cut out
13    materials for like carpet for the mats in the cars.
14            Q.    And why did you leave the employment
15    of Lund?
16            A.    They say that -- how did they put it?
17    They said that I had too many incidents with the BWC.
18    Like getting hurt.  Then I had to take days off.  So
19    it came down to I guess they said the days that I was
20    off that I was hurt.
21            Q.    Okay.  What was your job
22    responsibility at Kroger?
23            A.    Night clerk.
24            Q.    Did you run the cash register or --
25            A.    No.  I was lead stock.
```

1          Q.    Okay.  And what are your job duties

2    for City of Middletown?

3          A.    Actually, basic general cleaning,

4    setting up for, like, events they have.

5          Q.    What was your job before Lund?

6          A.    It was Ohio transportation.

7          Q.    For ODOT?

8          A.    Yes.

9          Q.    How long did you work for ODOT, from

10   when to when?

11         A.    From 2001 to '04, November.

12         Q.    And what were your job

13   responsibilities for ODOT?

14         A.    This was highway.  I was a highway

15   worker, which we did, like, cut the highway down the

16   lines, cut the grass lines, cut down trees.  Basic

17   construction work, roadwork.

18         Q.    Why did you leave the employment of

19   ODOT?

20         A.    I needed to have a CDL.  And at that

21   time it was going on when I was trying to get the

22   CDL, I never got my CDL so they never hired me back.

23         Q.    Were you unemployed then from 2004

24   till March of 2006?

25         A.    Basically, I had like -- I do like

```
 1    side work.  I do like grass.  I cut things.  I do
 2    like side work for people in between there.
 3              Q.    What was your job before ODOT?
 4              A.    Fairfield Center.
 5              Q.    And when did you work for Fairfield
 6    Center, from when to when?
 7              A.    Started in like '89 to 2000.  End of
 8    2000.
 9              Q.    What were your job responsibilities at
10    Fairfield Center?
11              A.    Medical supply clerk where I would
12    deliver supplies to like the different facilities.
13    It was like seven buildings.
14              Q.    Why did you leave Fairfield Center's
15    employment?
16              A.    It was a personal thing.  My mom and
17    her mom -- we came back to Middletown.  I was living
18    in Hamilton and I came back here.  So it was a
19    personal thing so I just left there.
20              Q.    What do you mean "it was a personal
21    thing"?
22              A.    My mom passed away in between the
23    time.  And her mom was real sick.  My wife's mom was
24    real sick.  So we came back to Middletown.  And then
25    we tried to deal with that.
```

1          Q.    Between 1989 and 2006 have you had any
2     other employment other than what you've told me?
3          A.    None that I can recall, but I think I
4     done had little jobs through, but I can't -- they
5     weren't long.
6               I think I actually worked at AK for
7     MIH, now that I think about it.  I didn't write that
8     down on my paper.  Now that I'm thinking it was
9     between there.  I worked out there.  Like janitor
10    work.
11         Q.    AK Steel?
12         A.    Yes.
13         Q.    That was in December of 1981.  Is that
14    correct?
15         A.    No.  This has been --
16         Q.    More recently?
17         A.    I think between 2004 and '5.  I can't
18    remember exact dates.
19         Q.    Who was your actual employer?
20         A.    MIH.
21         Q.    What does MIH stand for?
22         A.    I can't remember what that stands for.
23    It's like a, I guess it's a janitorial.  We cleaned
24    up like the locker rooms and the different things out
25    there.

```
 1              Q.   Why did you leave MIH's employment?
 2              A.   I was trying to just get on and try to
 3    find a better job, so I just left there.
 4              Q.   Okay.
 5              A.   And plus they -- a lot of things was
 6    going wrong with them that I don't want to discuss.
 7              Q.   What jobs have you had where you've
 8    had manufacturing experience?
 9              A.   I worked at -- let me think of the
10    name.  I can't think of the name of the place that I
11    worked at.  It was out there in Monroe.
12                   What's the name of that place?  It was
13    a German place out there.
14              Q.   In Monroe?
15              A.   Yeah.  Right there on Dixie Highway.
16              Q.   When did you work there?
17              A.   Eighty-- it was actually through
18    Taylor's, but we were working out there through them.
19    It was Taylor's.  It was called Taylor's.  And we was
20    working through them through there.
21              Q.   How long did you work out in this
22    German plant in Monroe?
23              A.   Maybe a year.
24              Q.   What were your job duties for the
25    maybe a year?
```

1          A.     Just basically manual labor.

2          Q.     What do you mean "manual labor"?

3          A.     Whatever they had for us to do that

4     day.

5          Q.     I mean, did you run any machines?

6          A.     No.  I didn't actually run the

7     machines, no.

8          Q.     Have you had any other jobs where

9     you've had what you claim to be manufacturing

10    experience?

11         A.     Yeah, but I can't think of the name of

12    the place right offhand, what the name of it is.

13         Q.     Where was it?

14         A.     It was on Route 4, and since then they

15    moved to Franklin.

16         Q.     When was this?

17         A.     In the '80s.  I can't remember

18    exactly.

19         Q.     How long did you work in this place on

20    Route 4 in the '80s?

21         A.     Three months I think.  Somewhere in

22    between three months.

23         Q.     What were your job duties at this

24    place on Route 4?

25         A.     I operated a machine.

1      Q.   Okay.  Have you had any other jobs
2    that you claim to have manufacturing experience?
3           A.   No.  Because once I did, once I got
4    past that I worked at Fairfield Center for those
5    years, so.
6           Q.   Okay.
7           A.   And, actually, I applied for different
8    places like manufacturings in between there.
9                THE WITNESS:  And can I say this off
10               the record?
11               MR. ROGERS:  Do you want to talk to
12               your lawyer?
13               THE WITNESS:  Yes.  I want to ask her
14               something.
15               MS. DONAHUE:  Do you want to talk in
16               private?
17               THE WITNESS:  Yes.
18               (Recess taken:   9:30 AM - 9:37 AM.)
19    BY MR. ROGERS:
20           Q.   Is there anything that you wanted to
21    add?
22           A.   No.  The question that we were talking
23    about before.
24           Q.   Yes.  The question is:  What other
25    jobs do you have that you claim to be manufacturing

1    experience?  Do you have any others than the ones

2    that you have told us?

3                A.    Okay.  Is that in between what time or

4    timeframe?

5                Q.    Any time during your work career.

6                A.    During work history.  Period?

7                Q.    Any time, yes.

8                A.    Well, actually I worked at AK in '81.

9                Q.    And that was for the summer.  Correct?

10               A.    For the summer.

11               Q.    So that was for, what, about three or

12   four months?

13               A.    Yeah.

14               Q.    Have you had any other jobs which you

15   claim to have had manufacturing experience?

16               A.    No.

17               Q.    Okay.  You told us about this episode

18   in Montgomery County with the wallet.

19               A.    Right.

20               Q.    Approximately when was that?

21               A.    2003 or '4.

22               Q.    2003 or '4.  Okay.

23               A.    Yeah.  I can't remember exactly what

24   year.

25               Q.    And the domestic violence situation,

1    you said that was in the '80s.  Do you have any

2    better recollection than just '80s?

3                A.    Which, actually, when I went through

4    the domestic violence they dropped it, but they just

5    kept that on my record, actually.  I don't know how

6    they went about doing it, but it's on there.  The

7    person who it was, it wasn't actually domestic, but

8    they had to put it as domestic.

9                Q.    Were you convicted of that?

10               A.    No.

11               Q.    Was it dropped?

12               A.    Yes.  Actually, I think it was

13   dropped, but when I go down there they always bring

14   that up and say you know, but they say we know that

15   you've been down here for that.  Which the person

16   dropped it.  Which it was -- that was eighty-- like I

17   said, in the '80s.  I guess I can't remember exactly

18   which '80s.

19               Q.    Okay.  When did you first apply -- let

20   me back up a second.  I'm just going to call the

21   company AK Steel.  I know that it was called Armco at

22   one point, okay?  Let's just call it AK Steel for

23   today, okay?

24                      How many times have you applied for

25   employment at AK Steel?

1           A.    Just over the years?

2           Q.    Yes, sir.

3           A.    Well over ten times that I can recall.

4           Q.    Okay.

5           A.    I mean, that's just a number I did it

6     that I know I have.

7           Q.    When were these applications?

8           A.    Starting from the summer of '80 when I

9     worked out there the first time that summertime.

10    Then actually I applied right after the summer.

11          Q.    Okay.

12          A.    And they actually were going to hire

13    me.  Then they had that big layoff.  Then once they

14    started back up again they had another interview.

15          Q.    Okay.

16          A.    And then I think that was '83.

17    Somewhere around '83 I think when they started back.

18          Q.    All right.

19          A.    And just onward through the years that

20    I had applied there.

21          Q.    Do you remember any of the years, any

22    of the times?

23          A.    I know another year that I applied

24    that they had me come down.  It was in the '90s I

25    want to say.

1          Q.    Any better -- the '90s would be ten

2    years.  Any better you can place that application?

3          A.    In between '92 and '93, '94, somewhere

4    around there.

5          Q.    Okay.  What other applications do you

6    remember making?

7          A.    Then after that then just on, just

8    off, just applications like at places like the

9    unemployment office.  When they say they taking

10   applications, I would go fill them out.

11         Q.    Have you ever been interviewed by

12   someone at AK Steel at the mill?  Have you ever had

13   an interview?

14         A.    Just any time?

15         Q.    Yes, sir.

16         A.    In the history?

17         Q.    During any time.

18         A.    Yes.

19         Q.    When were those interviews?

20         A.    Like I said, I go back to '81.

21         Q.    Right.

22         A.    Actually, it was like seven people

23   around the table.  They were going to do hiring.

24   They had us in there to hire.  And we actually went

25   and sat at a table about like this (indicating).

1          Q.    Okay.

2          A.    And the guy was -- we had papers that

3    we filled out.

4          Q.    All right.

5          A.    And they said they were going to call

6    us after that and let us know what's going on.  Then

7    they had that layoff.

8          Q.    And so they didn't hire you?

9          A.    No.

10          Q.    To the best of your knowledge, did

11    they hire any of the other people that were around

12    the table?

13          A.    Not that I -- not that I can recall.

14          Q.    Okay.  You said they had seven people

15    around the table.  Were these seven people doing the

16    interviewing or seven people applying?

17          A.    These were the ones that were going to

18    be hired.  Actually, they were trying to make a

19    basketball team, because I was excellent in

20    basketball in Middletown High School.  So when I came

21    back from Grambling and Michigan, that's when they

22    were talking about that.

23          Q.    All right.  But then they had a layoff

24    and so folks were not hired?

25          A.    Yes.

1          Q.    Have you ever had any other interviews
2     at AK Steel?
3          A.    I want to say in that '90 they had me
4     come in for an interview.
5          Q.    Was this the one that was '92, '93,
6     '94?
7          A.    Yes.  Yes.  And they told me they
8     would call me and let me know something then.
9          Q.    Do you know who you interviewed with?
10         A.    Dick Boehm.
11         Q.    Did you have any other interviews
12    physically at AK Steel?
13         A.    Not physically at AK Steel, but in I
14    think in August of 2001 I applied again.  And it was
15    through the Palmer Temps.
16         Q.    Was that physically at Palmer?
17         A.    Yes.  And actually I filled out a
18    whole bunch of their papers that they had me fill
19    out, and then I took a test.  Then the guy came in
20    and he had me -- he said he was -- he was through AK.
21         Q.    Okay.
22         A.    That he worked for AK.  And that's
23    actually when I took a test like -- I guess.  I don't
24    know if it's an aptitude test.
25         Q.    Okay.  You were interviewed in August

1    of 2001 at Palmer?

2            A.    Yes.

3            Q.    This is the Palmer office on Roosevelt

4    Boulevard?

5            A.    Yes.

6            Q.    That's near the corner of Breiel and

7    Roosevelt?

8            A.    Right.

9            Q.    Have you been interviewed any other

10   time for a job at AK?

11           A.    Not that I can recall, no.

12           Q.    You said you took a test in August of

13   2001 at Palmer?

14           A.    Yes.

15           Q.    How long did it take, did this test

16   take?

17           A.    The test?

18           Q.    Yes.

19           A.    Anywhere from 15 to a half hour.

20           Q.    15 minutes to a half an hour?

21           A.    Yes.  That's what I can recall.

22           Q.    And was this a pencil and paper test,

23   or were you taking it on computer?

24           A.    Pencil and paper.

25           Q.    Pencil and paper.  Was anybody else in

1    the room, or were you the only person being tested?

2         A.   I was the only one being tested at the

3    time.

4         Q.   How big was the room?  Was it a room

5    about the same size as this conference room, bigger,

6    smaller?

7         A.   I don't recall how big the room was.

8         Q.   Was it on the main floor or in the

9    basement, or do you recall?

10         A.   I don't recall.  I know the office

11    that I went in when I first talked to him it was

12    something like this.  It had a big long desk like

13    this and chairs around it.

14         Q.   Have you ever had any other test for

15    AK Steel other than this one that you say you took?

16         A.   Just the ones that I took previously,

17    like I told you, back in '81.

18         Q.   Other than the 2001, August 2001 test

19    at Palmer and the '81 test have you taken any other

20    test for AK Steel?

21         A.   Just like I say, like I said, the one

22    like in '90s when they had me come there.  I didn't

23    actually take a test.  It was like an interview.  I

24    guess that's what you would call it.

25         Q.   I'm talking about tests now.

```
 1              A.   No.
 2              Q.   So the only two tests that you took
 3  were one in 1981 and then another in August of 2001?
 4              A.   That I can recall, yes.
 5              Q.   Okay.  Do you recall who you
 6  interviewed with at Palmer in August of 2001?
 7              A.   No.  No.
 8              Q.   Do you recall whether that was Richard
 9  Nunlist?
10              A.   No.  I can't remember names.
11              Q.   Okay.  It might have been, it might
12  not; you just don't know?
13              A.   Yeah.  I don't remember names.
14                            (Defendant's Exhibit 1
                              was marked for identi-
15                            fication.)
16              Q.   Mr. Edwards, I've handed you
17  Deposition Exhibit 1.  Is this an application that
18  you submitted to Armco or AK Steel on August the 12th
19  of 1989?
20              A.   Yes.
21              Q.   Is this your handwriting on this form?
22              A.   Yes.
23              Q.   Is that your signature on the last
24  page of this exhibit?
25              A.   Yes.
```

1          Q.   Did you ever complete an application

2    actually on the property of AK Steel, or did you

3    submit applications only through the unemployment

4    office?

5          A.   Actually, like at the unemployment

6    office and places like Palmer Temps.

7          Q.   Just are the only --

8          A.   Besides in '80 I know -- actually I

9    went on to the site to get the applications.

10         Q.   When was that?

11         A.   I know in the '90s I went and got --

12   in the '90 I went and tried to get applications.  And

13   they told me -- that's when they directed me to the

14   unemployment offices.

15         Q.   Did you ever actually get an

16   application at the Middletown Works?

17         A.   '81.

18         Q.   Other than 1981, did you ever get an

19   application actually from the Middletown Works?

20         A.   No.

21         Q.   Am I correct that all the other

22   times --

23         A.   Not that I recall.

24              MS. DONAHUE:  Let him finish.

25         Q.   Yes.

```
 1              A.    Okay.

 2              Q.    Am I correct that other than in 1981,

 3    the other times you got an application were either

 4    from unemployment or from Palmer Temps?

 5              A.    Yes.

 6              Q.    Okay.

 7                              (Defendant's Exhibit 2
                                was marked for identi-
 8                              fication.)

 9              Mr. Edwards, I've handed you

10    Deposition Exhibit 2.  Is this a copy of an

11    application you submitted to AK Steel on August the

12    23rd of 1999?

13              A.    Yes.

14              Q.    Towards the bottom on the first page

15    there's a question that asks whether you have

16    previously applied at Armco or Ak Steel.  Do you see

17    that question?

18              A.    Yes.

19              Q.    And there it indicates that you

20    applied in 1981, 1983, 1992 and 1998.  Was that

21    answer correct when you gave it?

22              A.    To the best of my knowledge it was,

23    yes.

24              Q.    On the third page the question asked

25    you to list all of your employment experience.  Do
```

1    you see those answers?

2              A.   Yes.

3              Q.   These were not all of the places that

4    you worked from 1985 through 1999, were they?

5              A.   From what -- how long now?

6              Q.   Well, I see the bottom job says

7    Middletown Community Center, it says period of

8    employment was November of '85 to October of '97.  Do

9    you see that?

10             A.   That was just ongoing in between them

11   times.  That's why I put that down.

12             Q.   Yeah.  Am I correct that you did not

13   list all of your employment between 1985 --

14             A.   No, I did not.

15             Q.   -- to 1999?

16             A.   No, I did not.

17             Q.   Lenon Hunter.  Do you know Lenon

18   Hunter?

19             A.   Yes.  Well, he's deceased now.

20             Q.   Oh, he is deceased now?

21             A.   Yes.

22             Q.   Sorry to hear that.  He was your

23   brother's brother-in-law?

24             A.   No.  My brother's father-in-law.

25             Q.   Your brother's father-in-law.

1          A.   Well, let me see.  The Junior is --
2     his son is.  The son, he has a son named Lenon
3     Junior, which is Lenon Junior.  The dad was Senior.
4          Q.   Okay.  Were both of them employed by
5     AK Steel or only one?
6          A.   I can't remember if the dad was
7     employed at AK, but I'm pretty sure he was, but I
8     know Lenon Junior was.
9          Q.   One of them owns or owned a store
10    on --
11         A.   Yes.  That's Junior.
12         Q.   That's Junior.
13         A.   Yes.
14         Q.   The store's on Curtis Street.
15         A.   Yes.  He don't own that.  He's no
16    longer at that store no more.
17         Q.   Okay.  Did you complete any college
18    hours at Grambling?
19         A.   Like I said, I told you I was there
20    like two months, three months.  Almost three months.
21         Q.   Did you complete any courses?
22         A.   No.
23         Q.   You dropped out before you completed
24    any courses?
25         A.   Like I say, I was trying to transfer

1    to Michigan.  Did not -- ended up not going there.

2                          (Defendant's Exhibit 3
                           was marked for identi-
3                          fication.)

4              Q.   Mr. Edwards, you've been handed

5    Deposition Exhibit 3.  Is that your handwriting up on

6    the upper left of this form?

7              A.   Yes.

8              Q.   And this was in the August of 1999

9    package with the employment application you just saw.

10   The answers that were given on this form, were they

11   truthful when you gave them?

12             MS. DONAHUE:  Just a second.  I want

13        to object as compound.

14             Q.   All right.  Let's back up then.

15             Mr. Edwards, did you complete this

16   Applicant Survey that we've marked as Deposition

17   Exhibit 3?

18             A.   Yes.

19             Q.   And the answers that you gave on this

20   form, were they correct when they were given?

21             MS. DONAHUE:  Look through it

22        carefully before you answer it.

23             A.   Yes.  To the best of my knowledge,

24   yes.

25

```
 1                              (Defendant's Exhibit 4
                                was marked for identi-
 2                              fication.)

 3           Q.   Mr. Edwards, you've been handed

 4    Deposition Exhibit 4.  Is this an application that

 5    you submitted to AK Steel on August the 28th of 2000?

 6           A.   That's my handwriting, yes.

 7           Q.   And is that your signature on the last

 8    page of this document?

 9           A.   Yes.

10           Q.   And on the third page the form asks

11    you to list your employment experience.  You did not

12    list all of your employment experience on page three,

13    did you?

14           A.   No.  I only listed probably what I was

15    doing right then and probably thought that would help

16    me get the job.

17                And could I --

18           Q.   I'm sorry.  Go ahead.  Now, you wanted

19    to say something, sir.  What did you want to say?

20           A.   Can I say something off the record?

21           Q.   No.

22                MS. DONAHUE:  No.  I advise you not to

23                say anything off the record.

24           Q.   Is there anything that you wanted to

25    add on the record?
```

1          A.    No.  No.

2          Q.    Okay.

3          A.    No.

4                          (Defendant's Exhibit 5
                            was marked for identi-
5                           fication.)

6          Q.    Mr. Edwards, you've been handed

7     Deposition Exhibit 5.  Is this an Applicant Survey

8     that you completed on August the 28th, 2000?

9          A.    Yes.

10         Q.    Question number one asks you how many

11    times you've been without employment for more than

12    six weeks.  Is it correct that you never have been,

13    as of August the 28th, 2000, that you never had been

14    without employment for more than six weeks?

15         A.    Between when now?

16         Q.    Between the time you finished high

17    school and August the 28th of 2000.  Is it correct

18    that you had never been without employment for more

19    than six weeks?

20         A.    No.

21         Q.    That was not a correct answer, was it?

22         A.    No.  Probably when I put that I

23    probably didn't read the question right.

24         Q.    Okay.  Question number two asks you to

25    list your employers for the last ten years.

```
1    Fairfield Center was not the only place you worked
2    from 1990 through 2000, was it?
3               A.   No, but like I probably just wrote
4    Fiarfield Center.  I mean without just filling --
5    just because I was working there.
6               Q.   Okay.  Item number three asks you
7    whether you ever had been terminated from any
8    employer.  And you put no.  That answer was not
9    correct, either, was it?
10              A.   Yes.
11              Q.   Am I correct?
12              A.   Yes.  Because between -- "Have you
13   ever been terminated from any other employment?"
14                   No.
15              Q.   That answer was incorrect.
16              A.   No.
17              Q.   You have not been terminated from
18   employment?
19              A.   No.  Between --
20              Q.   Between 1990 and 2000?
21              A.   No.
22              Q.   It's only since 2000 that you've been
23   terminated?
24              A.   You say since 1990?
25              Q.   Through 2000.
```

```
1            A.    No.

2            Q.    So that answer was, in fact, correct?

3            A.    Yes.

4            Q.    Okay.

5            A.    No is what I got.  No.

6            Q.    The answer no was a correct answer.

7            A.    Yes.

8            Q.    Okay.  Question ten asks you How many

9    years of assembly, heavy machinery, and/or

10   manufacturing experience you have.  And you put one

11   year.  Where did you get that one year of experience?

12           A.    That's probably wrong.  That's

13   probably wrong.  Like I said, I was -- at the time I

14   was advised to put down something and they said it

15   would get through, so maybe that's why I would put

16   the year down.

17                 At that point I was just grasping,

18   trying to get on at AK at any cost.

19                              (Defendant's Exhibit 6
                                was marked for identi-
20                              fication.)

21           Q.    Please take a moment to read

22   Deposition Exhibit 6, and then I'm going to ask you

23   some questions about it.

24                 You've been handed Deposition Exhibit

25   6.  Is this a Charge of Discrimination you signed on
```

36

```
 1    February the 28th, 2000?
 2            A.    Yes.
 3            Q.    And was everything on this charge of
 4    discrimination true and correct when you signed it?
 5            A.    Yes.
 6            Q.    It states in paragraph number two down
 7    towards the bottom that By reason of your background
 8    and prior work experience that you were fully
 9    qualified for an entry level or laborer position.
10    What background and prior work experience do you
11    maintain gave you that full qualification?
12            A.    Just a person in general just work,
13    just working history.
14            Q.    The work history that you told us
15    about today?
16            A.    Yes.  I did things on the side that I
17    haven't had jobs for.  I mean, you know, so.
18            Q.    I'm asking what you told us about
19    today was the background and prior work experience
20    that you say gave you that qualification?
21            A.    Yes.
22            Q.    Did you ever receive any response to
23    your application made in August of 1999?
24            A.    No.  That I recall, no.
25            Q.    Paragraph number five says that you
```

1    believe that AK Steel favors Caucasians over

2    minorities in its hiring policies and practices.

3                 A.    Where do you see that?

4                 Q.    On the second page.

5                 A.    Second page.  Okay.

6                 Q.    Paragraph number five says that you

7    believe that AK Steel favors Caucasians over

8    minorities in its hiring policies and practices and

9    that you believe that you were not hired because AK

10   Steel maintains a pattern and practice of

11   discrimination against minority applicants at its

12   Middletown, Ohio facility.  Why did you say that?

13                A.    Why did I say it?

14                Q.    Yes.

15                A.    Because of the fact that the times

16   that I applied at AK.  It's been times that I applied

17   that I know that I was the best person for that job.

18   And when they had through the hiring procedures, it

19   wasn't due to the fact that if you had any

20   manufacturing skills at AK.  I knew people that came

21   out of high school that couldn't have no

22   manufacturing skills that got hired at AK.

23                Q.    Who?

24                A.    There was a guy that I can't recall

25   his name.  He worked with my wife and he had just got

```
 1    out of high and he had no manufacturing skills.  And
 2    he was Caucasian.
 3              Q.   When was that?
 4              A.   It was in around '99, 2000.
 5              Q.   Is there anybody else, any other --
 6              A.   I mean just in general, just from me
 7    working out there just knowing, you know what I'm
 8    saying?
 9              I mean, when I worked out there in '81
10    and then just working out there through the
11    temporary, that place and stuff.  Just in general.
12    Just seeing things.  And just knowing me being
13    discriminated against, and then other people talking
14    about they been discriminated against.
15              Q.   I'm talking about you, sir.
16              A.   Me.
17              Q.   Why do you believe that AK Steel
18    favors Caucasians over minorities in its hiring
19    policies and practices?
20              A.   Then, again, I go back to with Dick
21    Boehm.
22              Q.   Yes, sir.
23              A.   He told me that I would never work for
24    AK because of my basketball history with Middletown.
25    Middletown was in -- I don't know what kind of thing
```

```
 1    that they have.
 2                Fred Finney told me to go out there.
 3    He said that I get you hired.  I went through him.
 4    And he thought actually I was working there.
 5                He seen me one day at the credit
 6    union.  He said, "How do you like working there?"
 7                I said, "I don't work here."
 8                He said -- I talked to the head --
 9    they called me on a Saturday.  We want you to come to
10    a what you call it.  That never happened.
11        Q.    This was in 1981?
12        A.    No.  This was in -- I can't -- it's
13    been between '95 and 2000.
14        Q.    And --
15        A.    But Dick Boehm told me.  No, I guess
16    Dick Boehm had retired and you all brought him back
17    to hiring procedures in some kind of way.  Then he
18    came back.  I don't know how they did it, but he told
19    me I would never work.
20                You know, it just go back to this
21    history on my behalf, my history with Middletown.
22    And I hate to go here with the prejudice in
23    Middletown.  Period.  So that due to what happened
24    with me.  And my brother worked here.  His name is
25    Bill Edwards.
```

```
 1              Q.   When did Bill Edwards work at
 2    Middletown?
 3              A.   He worked for security for AK.
 4              Q.   Is that for Johnson Controls?
 5              A.   Johnson Controls.  And you all had a
 6    lawsuit with him.  Do you recall that?
 7              Q.   With Johnson Controls?
 8              A.   I don't know.  Yeah.  I think Johnson
 9    Control with Brad Fogel and a whole bunch.  I don't
10    think Brad got involved in it, but I think the guy,
11    the Palmer guy was in it.  I'm just saying just
12    things.  I mean, but as far as me, I think I was
13    discriminated against.
14              Q.   Why?
15              A.   Because just like I said, you know,
16    the guy told me that I would never work there.
17              Q.   Dick Boehm told you this?
18              A.   Yes.
19              Q.   When did he tell you this?
20              A.   He told me that after when I kept
21    applying, just continuous kept applying.  And every
22    time that somebody that's in a higher position would
23    tell me that, okay, I'm going to get you on, I guess
24    Dick Boehm would throw my name out.
25              Q.   When did Dick Boehm tell you this?
```

```
1              A.   He told me that back in the '80s.  In
2     '81 he told me.  I can't exactly tell you what exact
3     date, but I can tell you that it was -- I was told
4     that by him.
5              Q.   Did he say why?
6              A.   I don't know why.  Maybe he had a
7     connection through Middletown school systems, high
8     school.  Just in general, you know how Middletown's
9     facilities with people and they don't want to be
10    bothered with somebody.  They don't want to be
11    bothered.  That's the reason why I moved to Hamilton.
12    Trying to get away from Middletown.
13             Q.   How many times did Dick Boehm tell you
14    that you would not be hired?
15             A.   One personally that I know.
16             Q.   Okay.  And --
17             A.   And then when I thought he wasn't
18    there, that's when I reapplied again.
19             Q.   And Dick Boehm told you that.
20             A.   And then --
21             Q.   Let me finish my question, please.
22    Dick Boehm told you this in --
23             A.   Not in so many words, but the way it
24    was said to me.
25             Q.   Well, what did he say in so many
```

```
 1    words?
 2            A.    I mean, the way he said it, you know,
 3    the guys that were hired, to be hired from, they told
 4    me that I was -- they actually told me I was already
 5    hired, but when it got to him I couldn't go no
 6    further.
 7            Q.    And when was this on the many times
 8    that you applied?
 9                  MS. DONAHUE:  Object to the form.  Its
10            been asked and answered.
11                  Go ahead.
12            A.    I can't recall exactly the dates and
13    everything.
14            Q.    Well, can you give me a decade?
15            A.    This decade.
16            Q.    In 2000?
17            A.    No.  In between the '90s.
18            Q.    Somewhere in the '90s?
19            A.    No.  I take that back.  Between '83
20    and on.  I can't remember exact date.
21            Q.    Well, that's 24 years.
22            A.    Right.
23            Q.    You can't place it other than just
24    happened sometime in the last 24 years?
25            A.    No.
```

```
1              Q.    Okay.  And, again, in so many -- in
2     the best words you can recall, what did Dick Boehm
3     tell you?
4                    MS. DONAHUE:  Object to the form.
5              Asked and answered.
6              A.    That I wouldn't work for AK.
7              Q.    And he didn't say why.
8              A.    No.
9              Q.    Okay.  Is there any other reason that
10    you believe that AK Steel favors Caucasians over
11    minorities in its hiring policies and practices?
12             A.    Just by statistics.  I can't give you
13    no -- I can't give you exact statistics but I know
14    just by statistics.
15             Q.    What statistics do you know?
16             A.    Just on word of mouth.
17             Q.    What word of mouth have you heard?
18             A.    Just in general people.
19             Q.    What in general people do you believe
20    would suggest that AK Steel favors Caucasians over
21    minorities in its hiring policies and practices?
22             A.    I can't say what -- I can't say what,
23    who said it, how they said it, when they said it.
24             Q.    Why can't you say?
25             A.    Because I don't -- actually, let me
```

1    see if I can go there.

2              Actually, I worked out -- when I

3    worked out there through the temp, that HI -- HMI.  A

4    guy told me to get on.  He worked in -- he was

5    Caucasian.  And he told me, he said, you're a good

6    worker.  He said, I don't know why that you couldn't

7    get on here.

8              Q.   Well, the company wasn't hiring hourly

9    workers in 2004.

10             A.   No.  I understand.  I didn't say 2004.

11             Q.   You said you worked for --

12             A.   I said when I was out there he said

13   that he think that I should be on here, because I

14   talked to him about my history of trying to get on

15   here.

16             Q.   This was when you worked for MIH?

17             A.   Yes.

18             Q.   You said you worked for MIH in the

19   year 2004 or 2005.

20             A.   Yes.

21             Q.   Is there any other reason that you

22   believe AK Steel favors Caucasians over minorities --

23             A.   No.

24             Q.   -- in its hiring policies and

25   practices?

```
 1              A.   No.
 2                   MS. DONAHUE:  Just wait till he
 3         finishes and listen.
 4                   THE WITNESS:  Okay.
 5         Q.   Is there any other reason why you
 6    belive that AK Steel favors Caucasians over
 7    minorities in its hiring policies and practices?
 8              A.   No.
 9                             (Defendant's Exhibit 7
                               was marked for identi-
10                             fication.)
11         Q.   I've handed you Deposition Exhibit 7,
12    sir.  Is this a Charge of Discrimination that you
13    filed against AK Steel and signed on April the 6th of
14    2000?
15              A.   Yes.
16         Q.   And was everything on here true when
17    you signed it?
18              A.   To the best of my ability that I
19    remember, yes.
20         Q.   Mr. Edwards, I have messed up I see.
21    Let me hand you this out of order.
22                   MS. DONAHUE:  Is this going to be 8?
23                   MR. ROGERS:  It will.
24                             (Defendant's Exhibit 8
                               was marked for identi-
25                             fication.)
```

```
 1              Q.   Mr. Edwards, Deposition Exhibit 8, is
 2    this an Application For Employment that you submitted
 3    to the company on January the 17th of 1988?
 4              A.   Yes, to by best -- yeah.
 5              Q.   I'm sorry?
 6              A.   Yes, it would be.
 7              Q.   Okay.  Is everything on this document
 8    correct at the time that you completed it?
 9              MS. DONAHUE:  Look at the whole
10              document.
11              A.   No.  It's not all completed I guess.
12              Q.   I'm sorry?
13              A.   No.  Yes.  Yes, from to my best
14    knowledge it is, yes.
15                             (Defendant's Exhibit 9
                               was marked for identi-
16                             fication.)
17              Q.   Mr. Edwards, you've been handed
18    Deposition Exhibit 9.  Is this an Affidavit that you
19    completed on April the 6th of 2000?
20              A.   Yes.
21              Q.   Was everything in this true, to the
22    best of your belief, on the date that you signed it?
23              A.   Yes.
24              Q.   On the first page down towards the
25    middle of the type-written paragraph there's a
```

```
 1    reference you see to Lenon Hunter.  Do you see that?
 2              A.   Yes.
 3              Q.   Lenon Hunter is African American, is
 4    he not?
 5              A.   Yes.
 6              Q.   And he was hired by the company.
 7    Correct?
 8              A.   Yes.
 9              Q.   Right below that, two lines down, it
10    says that you were never interviewed or tested as a
11    result of your August 9, 1999 application.  Was that
12    correct?
13              A.   Yes.
14              Q.   Down towards the bottom of page one
15    you reference two white individuals.
16              A.   Yes.
17              Q.   Jason (last name unknown), and Gary
18    Jones.  Do you see that?
19              A.   Yes.
20              Q.   Do you know what work experience they
21    had at the time they were allegedly hired by the
22    company?
23              A.   No.
24              Q.   On the second page of this document up
25    at the top it says, "As of March 28, 2000 I have not
```

1    been contacted in any form by this company regarding

2    a job and I believe that this is because I am Black."

3                    Is there any reason that you believe

4    you were not contacted because you were black other

5    than what you've already told us?

6              A.   No other reason.

7                              (Defendant's Exhibit 10
                               was marked for identi-
8                              fication.)

9              Q.   You've been handed Deposition Exhibit

10   10, Mr. Edwards.  I'm going to ask you a number of

11   questions about it.  Would you please take the

12   opportunity to review it.

13                   Did you have an opportunity to review

14   Deposition Exhibit 10?

15             A.   Yes.

16                  THE WITNESS:  Can I get some water?

17                  MR. ROGERS:  Absolutely.  Yes.

18             Please.

19                  THE WITNESS:  Okay.

20             Q.   Is Deposition Exhibit 10 a Charge of

21   Discrimination, the first page, a Charge of

22   Discrimination that you completed on June 28, 2002?

23             A.   Yes.

24             Q.   And is that your signature on the last

25   page of this document?

```
 1              A.   Yes.
 2              Q.   And is your signature dated June 28,
 3     2002?
 4              A.   Yes.
 5              Q.   Who physically prepared this document?
 6              A.   You mean this whole page?
 7              Q.   Yes, sir.
 8              A.   I would say my lawyers.  I don't know.
 9              Q.   But it was your lawyers, or do you
10     know?
11              A.   I don't know.
12              Q.   You don't know one way or the other?
13              A.   No.
14              Q.   Did you physically prepare it?
15              A.   I gave the statements.
16              Q.   You gave statements to whom?
17              A.   To my lawyers.
18              Q.   And what is the name of the lawyer
19     that you gave the statements to?
20                   MS. DONAHUE:  Let's just be aware that
21              we don't want to be breaking any kind of
22              attorney-client privilege, but you can
23              answer that question.
24                   The name of the lawyer.
25                   THE WITNESS:  Okay.  At the time I
```

50

```
 1              gave it to you all, the lawyers in
 2              Cincinnati.
 3                   MS. DONAHUE:  Just answer his question
 4              the best of your knowledge.  It's your
 5              knowledge.  Not David's.
 6  BY MR. ROGERS:
 7         A.   I think David Sanford.
 8         Q.   David Sanford?
 9         A.   Yes.  The best of my knowledge, that I
10  can recall.
11         Q.   And was this done in person, was this
12  done over the phone, or some other way?
13         A.   I don't recall.  I think actually once
14  we did it over the phone, once we did it in person.
15         Q.   Once was over the phone you say, and
16  then once was in person?
17         A.   Yes.  If I can recall.  I'm thinking,
18  yes.
19         Q.   Did you review these many paragraphs
20  on pages two and three before you signed this
21  document?
22         A.   Yes.
23         Q.   There's a paragraph Roman numeral two
24  on the second page of Deposition Exhibit 10.  Do you
25  see that paragraph?
```

```
 1              A.   Yes.
 2              Q.   The second sentence of paragraph
 3    number two says that your January 2002 application
 4    was the seventh time you applied.  Was that correct?
 5                   MS. DONAHUE:  Object to the form.
 6              Mischaracterizes the text here.
 7                   MR. ROGERS:  How did it
 8              mischaracterize it?
 9                   MS. DONAHUE:  It says "approximately
10              the seventh time."
11                   MR. ROGERS:  Okay.
12    BY MR. ROGERS:
13              Q.   Well, Mr. Edwards, you stated, under
14    penalty of perjury, that your January 2002
15    application was approximately the seventh time you
16    applied.  Was that correct?
17              A.   The seventh time within a period of
18    probably from '95 through that time.
19              Q.   So it was just from '95 to 2002 you
20    believe it was your seventh?
21              A.   That's probably the timeframe that I'm
22    saying that it was in between.  Because like I said
23    before, I had applied before years just on from '81.
24              Q.   And then you say in the sentences
25    after that your work experience consists of doing
```

1    manual labor, such as mowing the fields along the

2    sides of Ohio highways for the Ohio Department of

3    Transportation, and that you also worked for 12 years

4    at the Fairfield Center for Mental Retardation as a

5    medical supply clerk delivering the supplies to the

6    different facilities there.

7                Did you believe that that was your

8    most relevant work experience at that time, sir?

9           A.   Yes.

10          Q.   It also says that you filled out an

11   application at Palmer Temps -- excuse me -- "I filled

12   out an application at Palmer Temp, an organization

13   that handles hiring for AK Steel, and never heard

14   back from either them or AK Steel."  Do you see that,

15   sir?

16          A.   Yes.

17          Q.   And approximately what date were you

18   talking about when you say "I filled out an

19   application at Palmer Temp, an organization that

20   handles hiring for AK Steel"?

21          A.   That was in August of -- around that

22   time, August of 2001.

23          Q.   Okay.  Sir, why do you believe that

24   Palmer Temp was handling applications for AK Steel in

25   August of 2001?

```
 1              A.    Because I filled it out there.

 2              Q.    Filled out what, sir?

 3              A.    An application.

 4              Q.    For what?

 5              A.    For AK Steel.

 6              Q.    Why do you say that you completed an

 7    application for AK Steel at Palmer Temp?

 8                    MS. DONAHUE:  Object to the form.

 9              Asked and answered.

10              Q.    Why do you say that, sir?

11              A.    Because I filled out an application.

12              Q.    Physically at Palmer Temp?

13              A.    At Palmer Temps.

14              Q.    Okay.  Now, you say that -- you say

15    that you took an aptitude test at Palmer Temp.  Is

16    that correct?

17              A.    Yes.

18              Q.    And this was the exam that lasted

19    between 15 and 30 minutes?

20              A.    Yes.

21              Q.    And this was a pen and paper test, you

22    say?

23              A.    Yes.

24              Q.    And was this test -- this test was a

25    simple math test.  Is that correct?
```

```
1                 A.   Math and -- I guess you could say just
2       math and just questions that -- a lot of questions.
3       It was like maybe, I say, from seven to like maybe
4       ten, 15 questions I think.
5                 Q.   Seven to 15 questions you say.
6                 A.   Yes.  If I can recall.  I'm not -- but
7       I'm just -- from what I can remember.
8                 Q.   Okay.
9                 A.   And it might not have been 15, but I'm
10      just putting it in between there.
11                Q.   Somewhere between seven and 15.
12                A.   Yeah.  It was the -- I know there was
13      one on there because me and my wife laughed about it.
14                Q.   What do you mean you and your wife
15      laughed about it?
16                A.   Because I went home and I told her, I
17      said that was simple questions.  Then that -- like
18      what I got stated on there.  If you had 500 pounds of
19      iron and five pounds of -- the same amount of water,
20      which one would be the heavier?  I mean, which one
21      would be -- they both the same.  It wouldn't be any
22      difference.
23                Q.   Were there different sections of the
24      test or only a single section of the test?
25                A.   It was just questions.  There wasn't
```

```
 1    no single.  To me, that I recall.  It was just one,
 2    like, question after question.
 3              Q.   Were there instructions read before
 4    you took this?
 5              A.   I can't recall.
 6              Q.   Okay.  Did you take the test the same
 7    day that you filled out the application in August of
 8    2001?
 9              A.   Yes.
10              Q.   Did you ever take any other test at
11    Palmer for AK Steel?
12              A.   No.
13              Q.   Under paragraph Roman numeral three at
14    the bottom you state that white applicants with fewer
15    qualifications than you have been hired.  And have
16    you already told us about those white applicants with
17    fewer qualifications?
18              A.   Yes.
19              Q.   Below that you state that you have
20    been subjected to a racially hostile application
21    process and other forms of discrimination.  Have you
22    told us already about the racially hostile
23    application process and other forms of
24    discrimination?
25              A.   Yes.
```

```
 1              Q.   Was there any other way, other than
 2      what you've told us, in which you were subjected to a
 3      racially hostile application process and other forms
 4      of discrimination?
 5              A.   No.
 6              Q.   The testimony that you've given us
 7      here today, has it been the truth, as best you know
 8      it?
 9              A.   Yes.
10                                    (Defendant's Exhibit 11
                                      was marked for identi-
11                                    fication.)
12              Q.   I've handed you Deposition Exhibit 11,
13      Mr. Edwards.  Are these your answers to our first set
14      of interrogatories?
15              A.   Yes.
16              Q.   And is that your signature several
17      pages from the back dated April the 20th, of 2007
18      where it says Verification?
19              A.   Yes.
20              Q.   And are the answers given the best --
21      excuse me.  Are the answers here the truth, as best
22      you understand them?
23              A.   Yes.
24              Q.   On the bottom of the page number four
25      you list a bankruptcy in approximately 1997.  Do you
```

```
1    see that, sir?
2              A.   Yes.
3              Q.   And is that the only time that you've
4    declared bankruptcy?
5              A.   Yes.
6              Q.   Underneath that you say that there's
7    an EEOC charge against the Palmer Group for
8    retaliation for participating in litigation against
9    AK Steel.  Do you see that, sir?
10             A.   Yes.
11             Q.   When was that EEOC charge filed?
12             A.   It was this -- it was December of last
13   year, of '06.
14             Q.   Of '06?
15                  THE WITNESS:  It was in December that
16             it came.
17                  MS. DONAHUE:  You have to answer.
18                  THE WITNESS:  I know, but I can't
19             remember that date.
20                  MR. KAMMER:  Right.  To the best of
21             your knowledge is how you answer.
22                  THE WITNESS:  Yeah.
23   BY MR. ROGERS:
24             Q.   Why did you file an EEOC charge
25   against Palmer Group for retaliation for
```

1    participating in litigation against AK Steel?

2              A.    Actually, I was asked for the job that

3    I got right now, because they needed help.  At

4    Middletown Community Center.

5              Q.    Okay.

6              A.    And she asked me to go through Palmer

7    Temps.

8              Q.    All right.

9              A.    Which she already gave me the job.

10   All I had to do was fill out an application through

11   them.  And I went to go do that and they told me that

12   I couldn't -- that I couldn't get a job through them.

13             Q.    Who's "they" told you?

14             A.    Palmer Temps.

15             Q.    Who at Palmer?

16             A.    Whoever the head guy is.  I don't

17   know.  He filtered it down through the secretary, the

18   receptionist.

19             Q.    And do you know why you were told that

20   you couldn't have the job?

21             A.    I don't know what reason, for what

22   reason I couldn't have it.

23             Q.    Why do you believe that the Palmer

24   Group was retaliating against you for participating

25   in litigation against AK Steel?

```
 1              A.   I guess I just felt like they -- the
 2    way that they said it, that they said that I -- it
 3    was bad representation.  And I told them I never
 4    worked for you, so how could I be bad representation.
 5              Q.   I'm sorry.  You said bad what?
 6              A.   Representation to get a job through
 7    them.
 8              Q.   I'm sorry.  Bad representation or bad
 9    reputation?
10              A.   I don't know.  However she said it.
11    They said that it was bed representation for me to
12    work for them through Palmer Temps.
13              Q.   I just don't understand your answers.
14              A.   I guess I'm saying it wrong.  Well,
15    she said that -- the lady, the receptionist.  I can't
16    remember her name.
17              Q.   This is the Palmer receptionist?
18              A.   Yes.
19              Q.   Okay.
20              A.   She said that the head guy.
21              Q.   At Palmer.
22              A.   At Palmer Temps.
23              Q.   Okay.
24              A.   He said that they wouldn't hire me.
25    And I asked them why wouldn't they hire me.  And then
```

```
 1    he said -- he just wasn't going to hire me.  I said,
 2    "Well, I already got the job.  It's not like I'm
 3    working," you know.
 4                  Then he said, "Well, you got to go
 5    through us."
 6                  I'm like, "Well, okay."  So then they
 7    told me I couldn't get it so I had to go through CVS
 8    to get the job, which the City of Middletown goes
 9    through Palmer Temps to hire.
10         Q.   Okay.  Is there any other reason that
11    you believe that Palmer Group retaliated against you
12    for participating in litigation against AK Steel?
13         A.   Yes, because they said that I never
14    took a test or I never had an application at Palmer
15    Temps.  Period.  Which I know I did.
16         Q.   Okay.  This was the August 2001
17    application?
18         A.   Yes.  And that was only -- because
19    when I went in there, she said could I have your
20    Social Security number.  That would have been the
21    only way my Social Security number would have been on
22    their files.  I never went there because I had jobs.
23    I never went through them for nothing.
24         Q.   The only AK Steel test that you
25    took --
```

61

```
 1            A.    And that's the only reason they had my
 2    Social Security number.
 3            Q.    Right.
 4            A.    So --
 5            Q.    And the only AK Steel test that you
 6    took was at Palmer Temp.  Right?
 7            A.    That I took in August of 2001.
 8            Q.    Right.  That's the only time you ever
 9    took any AK Steel test.  Right?
10            MS. DONAHUE:  Object to the form.
11            That mischaracterizes.
12            A.    No.
13            Q.    No?
14            A.    No.  Like I said --
15            MR. KAMMER:  1981.
16            Q.    1981.  Excuse me.  1981.
17            A.    I was going to say that.
18            Q.    Excuse me.  That's right.  Okay.
19            You took two AK Steel tests, right,
20    one in 1981 and one in August of 2001?
21            A.    Yes.
22            Q.    And you told us about both of those
23    times.  Right?
24            A.    Yes.
25            MR. ROGERS:  Let me have a few
```

```
 1                moments, Mr. Edwards.
 2                    (Recess taken:   10:38 AM - 10:42 AM.)
 3                    MR. ROGERS:  I don't have any further
 4           questions for this witness.
 5                    MS. DONAHUE:  Okay.  I just have a
 6           couple of brief questions.
 7                      REDIRECT EXAMINATION
 8      BY MS. DONAHUE:
 9           Q.   When you went to Palmer Temp to apply
10      or to fill out the paperwork for your current job, do
11      you recall anything else that they said to you at the
12      time?
13           A.   Say they wouldn't be in their best
14      interest to hire me.
15           Q.   All right.  And who said that it
16      wouldn't be in their best interest to hire you?
17           A.   The head guy.
18           Q.   Okay.  You testified that you spoke to
19      the receptionist?
20           A.   Yes.
21           Q.   And then also the person you're
22      referring to as the head guy, did he come out of his
23      office and talk to you?
24           A.   Yes.
25           Q.   And is there anything else that he
```

```
 1    said?
 2              A.   Not that I can, no.
 3              Q.   When you were trying to remember a
 4    word in your testimony before, did they say it would
 5    be a bad recommendation?
 6              A.   Yes.
 7              Q.   Did you take that to mean that they
 8    would give you a bad recommendation?
 9                   MR. ROGERS:  Objection.  Leading.
10              Q.   I'm sorry.  How did you understand
11    that?
12              A.   I took it as I was -- that I went,
13    like I go back with Dick Boehm, that they would never
14    hire me in Middletown for anything.
15              Q.   I see.
16              A.   Bad recommendation.  They wouldn't
17    give me one even if I didn't have one is how I took
18    it.
19                   MS. DONAHUE:  Okay.  Thank you.
20              That's all.
21                      RECROSS-EXAMINATION
22    BY MR. ROGERS:
23              Q.   Mr. Edwards, this conversation that
24    you were just talking about with the head guy at
25    Palmer.  This was late in the year 2006?
```

```
1            A.    Right.  Yes.

2                  MR. ROGERS:  Okay.  Nothing further.

3                  MS. DONAHUE:  Okay.  Thank you.

4                  THE REPORTER:  Signature to the

5       deposition?

6                  MS. DONAHUE:  We'll read and sign.

7

8                       _____

                        Donald K. Edwards, Sr.
9

10                           - - -

11

          (Deposition concluded at 10:45 AM.)
12

13                           - - -

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              C E R T I F I C A T E
 2   STATE   OF   OHIO  :
                          SS:
 3   COUNTY OF HAMILTON  :
 4        I, Tracy L. Allen, a duly  qualified and commis-
 5   sioned  notary  public in and for the  State of Ohio,
 6   do  hereby  certify  that  prior to the giving of his
 7   deposition, the within named  Donald  K. Edwards, Sr.
 8   was by me first duly sworn to testify the truth; that
 9   the foregoing pages constitute  a  true  and  correct
10   transcript of testimony given at  said time and place
11   by said deponent; that  said  deposition was taken by
12   me in stenotypy and transcribed under my supervision;
13   that I am neither a relative  of nor attorney for any
14   of the parties  to  this  litigation, nor relative of
15   nor employee of  any  of  their  counsel, and have no
16   interest whatsoever in the result of this litigation.
17   I further  certify  that  I  am not, nor is the court
18   reporting  firm  with  which I am affiliated, under a
19   contract as defined in Civil Rule 28 (D).
20        IN WITNESS WHEREOF, I  hereunto set  my hand and
21   official seal of  office, at  Cincinnati,  Ohio, this
22   1st day of May, 2007.
23
24                           _____
     MY COMMISSION EXPIRES:      TRACY L. ALLEN, RPR
25   JULY 29, 2008.          NOTARY PUBLIC, STATE OF OHIO
```