```
 1              A.    Right.   Yes.

 2                   MR. ROGERS:   Okay.   Nothing further.

 3                   MS. DONAHUE:   Okay.   Thank you.

 4                   THE REPORTER:   Signature to the

 5         deposition?

 6                   MS. DONAHUE:   We'll read and sign.

 7

 8                   _____
                     Donald K. Edwards, Sr.
 9         Signed by reporter pursuant to Civil Rule 30(e).
           Reason:  Deposition not signed by witness within the allotted time.
10

11

12              (Deposition concluded at 10:45 AM.)

13                        -  -  -

14

15

16

17

18

19

20

21

22

23

24

25
```