**ARMCO**

# APPLICATION FOR EMPLOYMENT

## Eastern Steel Division

Armco is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity, including the annual development of Affirmative Action Programs.

Name **DONALD** (FIRST) **KENT** (MIDDLE) **EDWARDS** (LAST)     Date **4/12/89**

Present Address: **910 8th AVE** (NO.) (STREET)    **MIDDLETOWN** (CITY)    **OHIO** (STATE)    **45244** (ZIP CODE)

Phone Number — or number where you can be reached: ( **513** AREA CODE )   **423-7887** NUMBER

Permanent Address: _____ (NO.) _____ (STREET) _____ (CITY) _____ (STATE) _____ (ZIP CODE)

Permanent Phone: ( _____ AREA CODE ) _____ NUMBER    Social Security #: ▉▉▉▉▉▉

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? **YES**
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT.)

| I am an American Citizen ☑ | Registered Alien ☐ | Applying under Amnesty ☐ | Other ☐ |
|---|---|---|---|

Have you been convicted of a crime other than a minor traffic violation? **No**

If yes, explain. _____

Date available for employment: **Today**

If the job requires, are you willing to travel? **YES**   Relocate? _____

If the job requires, are you able to work all shifts? **YES**

Have you previously applied at Armco? **YES**   If "yes", when/where? **1988**

Have you previously worked for Armco? **YES**   If "yes", when/where? **1981 SUMMER JOB**

Left margin (vertical): EDWARDS Donald Kent (LAST NAME) (FIRST) (MIDDLE)

DEFENDANT'S EXHIBIT
EDWARDS-1
Jen 4-24-07

**EDUCATIONAL BACKGROUND:**

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12       College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | | GRADUATED | | FIELD OF STUDY | GRADE POINT or TOP,MID,BOT.1/3 |
|---|---|---|---|---|---|---|
| | | | YES | NO | | |
| HIGH | MiddLEtown | | ✓ | | Bookkeeping, Biology, Accting | 2.0 |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Grambling State University Ruston, Louisiana | | | ✓ | Business Adm. | |
| POST GRADUATE | | | | | | |

List other formal educational experience (i.e.: night school; home study courses; GED; etc.):

_____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests:

_____

_____

**MILITARY SERVICE:  Are you a Veteran of the U.S. Military Service?      ☐ Yes      ☐ No**

| DATES OF ACTIVE OR RESERVE DUTY | | BRANCH OF SERVICE | HIGHEST RANK OR RATE | TYPE OF DISCHARGE |
|---|---|---|---|---|
| FROM | TO | | | |
| | | | | |

Please, indicate any military experience or training you feel might be of interest and value to Armco:

_____

_____

**EMPLOYMENT EXPERIENCE:**

**PRESENT OR LAST POSITION**

Name of Employer  BARBARA PARK Convalescent Center

Address  751 KENSington                    Kind of Business  NURSing Home

Describe your position  Janitor

Period of employment (from) 10-88 (MO./YR.) (to) _____ (MO./YR.)    Name of person for whom you worked  Linda Alfrey    Rate of earnings  3.65

Give exact reason for leaving  _____

**NEXT PREVIOUS POSITION**

Name of Employer  MIDDLETOWN Community Center

Address  800 LaFayette Ave.                Kind of Business  ReCreation Center

Describe your position  Janitor

Period of employment (from) 11-87 (MO./YR.) (to) 1-89 (MO./YR.)    Name of person for whom you worked  Jack Fritzpatrick    Rate of earnings  3.50

Give exact reason for leaving  MORE HOURS

**NEXT PREVIOUS POSITION**

Name of Employer  _____

Address  _____                    Kind of Business  _____

Describe your position  _____

Period of employment (from) _____ (MO./YR.) (to) _____ (MO./YR.)    Name of person for whom you worked  _____    Rate of earnings  _____

Give exact reason for leaving  _____

**NEXT PREVIOUS POSITION**

Name of Employer  _____

Address  _____                    Kind of Business  _____

Describe your position  _____

Period of employment (from) _____ (MO./YR.) (to) _____ (MO./YR.)    Name of person for whom you worked  _____    Rate of earnings  _____

Give exact reason for leaving  _____

How much time have you lost from work in the past two years?  NONE

For what reasons?  _____

**JOB INTERESTS AND SKILLS:**

For what particular type(s) of work are you making application: (such as Clerical, Technical, Engineering, plant, etc.)

LABORER OR Engineering

Expected wage or salary $ 10/HR.

If you have any condition (physical or mental) which may limit your performance in the type of work for which you are applying, you may want to describe such condition: No

If applicable, please explain and describe any reasonable accommodation which would enable you to perform this job efficiently and safely: _____

Describe any experience or skills directly applicable to this work: _____

If applying for clerical work, show present job skill level. Include Typing (wpm); Shorthand (wpm); and any office machines or equipment you can operate: _____

If applying for sales; technical; professional; or administrative work, give highlights of any special training or experience which may be helpful: _____

If applying for plant work, indicate any training or experience which might be useful. Include any equipment or machinery you are able to operate: Buffing machine

State any additional information you feel may be helpful to us in considering your application. dependable worker

**PERSONAL REFERENCES:**

Give names and addresses of three people whom we may contact for references.

| William Edwards | 4705 Bonita Dr. | 425-0605 |
| Leroy Edwards | 8921 Franklin-Trenton Rd | 422-1923 |
| Chris Edwards | 4705 Bonita Dr. | 425-0605 |

The foregoing information is accurate and I authorize verification by Armco. I agree that any false or misleading statement in this application for employment or in any additional forms signed by me in connection with my employment shall be sufficient cause for refusal of or separation from employment.

I understand that this application is not and is not intended to be a contract of employment. I hereby authorize the company to make any investigation into my physical condition including Drug and Alcohol Abuse Screening applicable to the requirements of the type of work for which I am applying.

M John    1/12/89  jl              Signature of Applicant   Donald Edwards

Application received by: Date Received

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation



**AK Steel**

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name **DONALD K. Edwards**    Date **8-23-99**
<sub>FIRST    MIDDLE    LAST</sub>

Present Address **718 TENTH Ave.    Middletown Ohio 45044**
<sub>NO.    STREET    CITY    STATE    ZIP CODE</sub>

Phone Number — or number where you can be reached: ( **513** ) **423-2552**
<sub>AREA CODE    NUMBER</sub>

Permanent Address: _____
<sub>NO.    STREET    CITY    STATE    ZIP CODE</sub>

Permanent Phone: ( _____ ) _____ Social Security # ████████
<sub>AREA CODE    NUMBER</sub>

Are you 18 years of age or older? ☑ Yes ☐ No

Are you lawfully entitled to work within the U.S.? **Yes**
<sub>(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)</sub>

Have you been convicted of a crime other than a minor traffic violation? **No**

If yes, explain. _____

_____

Date available for employment: **Anytime**

If the job requires, are you willing to travel? **yes**    Relocate? **yes**

If the job requires, are you able to work all shifts? **yes**

Have you previously applied at Armco or AK Steel? **yes** If yes, when/where? **1981, 83, 92, 99**

Have you previously worked for Armco or AK Steel? **yes** If yes, when/where? **1981 for the summer**

DEFENDANT'S
EXHIBIT
EDWARDS 2
2b   4-24-07

**EDUCATIONAL BACKGROUND:**

Circle last grade completed   1  2  3  4  5  6  7  8  9  10  11  (12)      College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID. BOT. 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | | Gen. Course | mid |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

**EMPLOYMENT EXPERIENCE:**

## PRESENT OR MOST RECENT POSITION

Name of employer _Fairfield Center_   Your title _Med. Supply Clerk_

Address _350 Kolb Dr._   Kind of business _Health Care_

Describe your position _Delivering Supply to the homes, Laundry & Storing_

Period of employment from _7-90_ to _____   Name of person for whom you worked _Ronald Franking?_   Rate of earnings _9.50_
(MO/YR)   (MO/YR)

Give exact reason for leaving _____

## NEXT PREVIOUS POSITION

Name of employer _Midd. Reg. Hospital_   _Part time_   Your title _Env. Management_

Address _105 McKnight Dr._   Kind of business _Hospital_

Describe your position _Cleaning offices_

Period of employment from _11-98_ to _8-1_   Name of person for whom you worked _Don Cress_   Rate of earnings _7.50_
(MO/YR)   (MO/YR)

Give exact reason for leaving _____

## NEXT PREVIOUS POSITION

Name of employer _Midd Community Center_   _Part time_   Your title _Housekeeping_

Address _800 Lafayette Ave_   Kind of business _Recreation_

Describe your position _General Cleaning_

Period of employment from _11-85_ to _10-97_   Name of person for whom you worked _Mr. Fritz patrick_   Rate of earnings _4.72_
(MO/YR)   (MO/YR)

Give exact reason for leaving _____

## NEXT PREVIOUS POSITION

Name of employer _____   Your title _____

Address _____   Kind of business _____

Describe your position _____

Period of employment from _____ to _____   Name of person for whom you worked _____   Rate of earnings _____
(MO/YR)   (MO/YR)

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _____

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

LAbOR

Expected wage or salary $ _10/HR_

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Kirby Edwards | 1105 Baltimore | 483-4034 | Uncle |
| Brenda Esterkamp | 350 Kolb Dr. | 8740423 | Boss |
| Mr. Fritpatrick | 800 Lafayette Ave | 425-7866 | Boss |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _____        8-23-79

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: Donald Edwards          Date: 3-??

| Item | Item | Response | |
|---|---|---|---|
| 1. | Other than exiting the military, how many times have you been without employment for more than six weeks? | | |
| 2. | In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | | 14½ |
| 3. | Have you ever been terminated from any employer? | YES | NO |
| 4. | Do you have a high school diploma or GED? | YES | NO |
| 5. | Do you have a valid driver's license? | YES | NO |
| 6. | Do you have reliable transportation? | YES | NO |
| 7. | Have you ever been convicted of a crime other than a minor traffic violation? | YES | NO |
| 8. | Some positions are on weekly rotating shifts. Is this (A) Preferred, (B) Tolerable, or (C) Unacceptable | A     B     C | |
| 9. | Have you ever worked for AK Steel before? | YES | NO |
| 10. | How many years of assembly, heavy machinery, and/or manufacturing experience do you have? | | |
| 11. | Do you have experience in welding, electrical, maintenance, or plumbing? | YES | NO |
| 12. | List any education beyond high school. | | |
| 13. | Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | YES | NO |
| 14. | Have you ever worked rotating shifts for a previous employer? | YES | NO |

DEFENDANT'S
EXHIBIT
EDWARDS - 3
2a    4-24-07

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

**AK Steel**

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name _Donald_ _K._ _Edwards_  Date _8·28·00_
FIRST   MIDDLE   LAST

Present Address _718_ _Tenth Avenue_ _Middletown Ohio_ _45044_
NO   STREET   CITY   STATE   ZIP CODE

Phone Number — or number where you can be reached: ( _513_ ) _727-0519_
AREA CODE   NUMBER

Permanent Address: ___
NO   STREET   CITY   STATE   ZIP CODE

Permanent Phone: ( ___ ) ___   Social Security # ███████
AREA CODE   NUMBER

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? _Yes_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _NO_

If yes, explain. ___

Date available for employment: _2 weeks from hiring date_

If the job requires, are you willing to travel? _yes_ Relocate? ___

If the job requires, are you able to work all shifts? _yes_

Have you previously applied at Armco or AK Steel? _yes_ If yes, when/where? _August of 99'_

_@ Unemployment office_

Have you previously worked for Armco or AK Steel? _yes_ If yes, when/where? _June of 1981_

**DEFENDANT'S EXHIBIT 4**
EDWARDS – 4
XLL   4-24-07

Edwards Donald K.
LAST NAME   FIRST   MIDDLE

**EDUCATIONAL BACKGROUND:**

Circle last grade completed  1  2  3  4  5  6  7  8  9  10  11  (12)    **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP, MID, BOT, 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High | ✓ | | | management | MiD |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | | | | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____ N/A _____

If presently enrolled, indicate where and field of study: ___ NO _____

Describe any definite plans for further study: ____ N/A ~~Regular~~ _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?  ☐ Yes  ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

## EMPLOYMENT EXPERIENCE:

## PRESENT OR MOST RECENT POSITION

Name of employer _Fairfield Center_     Your title _med, supply Clerk_

Address _350 Kolb Dr._     Kind of business _MRDD_

Describe your position _Delivering supply Around campus and Also stock supply_

Period of employment from _7-90_ to _____ (MO/YR)     Name of person for whom you worked _Brenda Esterkamp_     Rate of earnings _10,17_

Give exact reason for leaving _____

---

NEXT PREVIOUS POSITION     _Part-time_

Name of employer _Midd. Comm. Center_     Your title _Recreation leader_

Address _600 Lafayette Ave._     Kind of business _____

Describe your position _WORKing with children in the community_

Period of employment from _11-85_ to _10-98_ (MO/YR)     Name of person for whom you worked _MR Fritzpatrick_     Rate of earnings _5.72_

Give exact reason for leaving _____

---

NEXT PREVIOUS POSITION     _Summer Job_

Name of employer _Amco_     Your title _Laborer_

Address _Crawford St._     Kind of business _Factory_

Describe your position _Janitor work_

Period of employment from _6-81_ to _9-81_ (MO/YR)     Name of person for whom you worked _____     Rate of earnings _10.25_

Give exact reason for leaving _Summer Job_

---

NEXT PREVIOUS POSITION

Name of employer _____     Your title _____

Address _____     Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR)     Name of person for whom you worked _____     Rate of earnings _____

Give exact reason for leaving _____

---

How much time have you lost from work in the past two years? _10 times_

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

_____ _LAbOR_ _____

Expected wage or salary $ _10/hR & UP_

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _forK lift_ _____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

_Good worKeR and on time to do the job at hand_

_____

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO | RELATIONSHIP |
|---|---|---|---|
| Brenda EsteRKamp | 350 Kolb Dr. | 874-0423 | FRiend |
| William Edwards | 4705 Bonita Dr. | 425-0605 | bRotheR |
| Volia Hunter | 923 Ninth Ave. | 423-9871 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _Donald Edwards_ _____

_____
Application received by/Date received

## APPLICANT SURVEY

| Item | Item | Response | |
|------|------|----------|---|
| 1. | Other than exiting the military, how many times have you been without employment for more than six weeks? | N/A | |
| 2. | In the left column, list your employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | Fairfield Center | 10½ yrs. |
| 3. | Have you ever been terminated from any employer? | YES | NO |
| 4. | Do you have a high school diploma or GED? | YES | NO |
| 5. | Do you have a valid driver's license? | YES | NO |
| 6. | Do you have reliable transportation? | YES | NO |
| 7. | Have you ever been convicted of a crime other than a minor traffic violation? | YES | NO |
| 8. | Some positions are on weekly rotating shifts. Is this (A) Preferred; (B) Tolerable, or (C) Unacceptable? | A          B          C | |
| 9. | Have you ever worked for AK Steel before? | YES | NO |
| 10. | How many years of assembly, heavy machinery, and/or manufacturing experience do you have? | 1 yr. | |
| 11. | Do you have experience in welding, electrical, maintenance or plumbing? | YES | NO |
| 12. | List any education beyond high school. | N/A | |
| 13. | Have you served in the military? (Upon job offer, a copy of your DD-214 will be required? | YES | NO |
| 14. | Have you ever worked rotating shifts for a previous employer? | YES | NO |

Donald Edwards
**Applicant's Name (PRINT)**

Donald Edwards
**Signature**

**Social Security #**

8-28-00
**Date**



**DEFENDANT'S EXHIBIT**
EDWARDS-5
2cc    4-24-07

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Donald K. Edwards | (513) 727-0740 |

| STREET ADDRESS   CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 712 17th Avenue, Middletown, Ohio 45044 | ▓▓▓▓▓ |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)***

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| A.K. Steel Company | 703 Curtis Street, Middletown, Ohio 45043 | (513) 683-5300 |

| STREET ADDRESS   CITY, STATE AND ZIP CODE | | COUNTY |
|---|---|---|

| NAME | | TELEPHONE NUMBER (include Area Code) |
|---|---|---|

| STREET ADDRESS     CITY, STATE AND ZIP CODE | | COUNTY |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ Race   ☒ Color   ☐ Sex   ☐ Religion   ☐ National Origin | earliest (ADEA/EPA)   LATEST(ALL)   / /   August, 1999 |
| ☐ Retaliation   ☐ Age   ☒ Discrimination   ☐ Other (Specify) | ☐ Continuing Action |

THE PARTICULARS ARE   (If additional space is needed, attach extra sheet(s(s)):

1.   I am an African American male, age 39.

2.   On or about August 1999, I submitted an application for employment with A.K. Steel in Middletown, Ohio. I was applying for entry level jobs. By reason of my background and prior work experience, I am fully qualified for an entry level or a laborer position.

3.   To date I have received no response to my application.

| ☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (when necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT *Donald Edwards* |
| Date  2-28-2000   Charging Party (Signature)  *Donald Edwards* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)  28 Feb. 2000 |

TEST FORM 5 (09/01/91)

*Judy L. Brooks*
JUDY L. BROOKS
Notary Public, State of Ohio
My Commission Expires Sept. 22, 2003

DEFENDANT'S EXHIBIT
EDWARDS - 6
X 4-24-07

4.   To the best of my information and belief, the job openings for which I applied were filled by Caucasian applicants with the same or lessor qualifications than mine.

5.   I believe that A.K. Steel favors Caucasians over minorities in its hiring policies and practices. I believe I was not hired because A.K. Steel maintains a pattern and practice of discrimination against minority applicants at its Middletown, Ohio facility.

# CHARGE DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA ☒ EEOC | 221A00324 |

_____Ohio Civil Rights Commission_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Donald K. Edwards | (513) 727-0740 |

| STREET ADDRESS           CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 712 17th Avenue, Middletown, OH 45044 | ▓▓▓▓▓ |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| A K STEEL | Cat D (501 +) | (513) 683-5300 |

| STREET ADDRESS           CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 703 Curtis Street, Middletown, OH 45043 | 017 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS           CITY, STATE AND ZIP CODE | COUNTY |
|---|---|

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 08/30/1999 | 08/30/1999 |
| ☒ CONTINUING ACTION | |

THE PARTICULARS ARE  *(If additional space is needed, attach extra sheet(s)):*

   I. On or around August 9, 1999 I submitted a written application to
      this employer for an entry level position.  As of March 9, 2000 I
      have not been hired.  I have information that since I applied
      White individuals with comparable or less qualifications than me
      have been hired.

  II. No reason has been given for why I have not been hired.

 III. I believe that I have been discriminated against because of my
      race, Black, in violation of Title VII.

RECEIVED CINCINNATI
JUN 1 6 2000

**DEFENDANT'S EXHIBIT**
EDWARDS- 1
sea 4-24-07

*Stacey M. Eckhardt-Curtis*

STACEY M. ECKHARDT-CURTIS
Notary Public, State of Ohio
My Commission Expires Jan. 2, 2001

NOTARIAL SEAL
STATE OF OHIO

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the foregoing is true and correct. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT<br>*Donald Edwards* |
| Date _____  *Donald Edwards*<br>Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Month, day and year)<br>4. 6. 2000 |

EEOC FORM 5 (Rev. 06/99)

# APPLICATION FOR EMPLOYMENT

**ARMCO**

## Eastern Steel Division

Armco is an Equal Employment Opportunity Employer and as such meets all government
regulations pertaining to Equal Employment Opportunity, including the annual development of
Affirmative Action Programs.

Name   DONALD        KENT        EDWARDS        Date   JAN 7 1988
       FIRST         MIDDLE      LAST

Present Address:   1714 S. VERITY PKWY        MIDDLETOWN OH   45044
                   NO   910 8th Ave   STREET        CITY        STATE   ZIP CODE

Phone Number — or number where you can be reached:   ( 513 )   423-2882
                                                     AREA CODE        NUMBER

Permanent Address: _____ _____ _____ _____ _____
                   NO              STREET        CITY        STATE        ZIP CODE

Permanent Phone: ( _____ ) _____   Social Security #: ███████████
                 AREA CODE     NUMBER

Are you 18 years of age or older?   ☑ Yes   ☐ No

Are you lawfully entitled to work within the U.S?   YES
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT.)

| I am an American Citizen ☑ | Registered Alien ☐ | Applying under Amnesty ☐ | Other ☐ |
|---|---|---|---|

Have you been convicted of a crime other than a minor traffic violation?   NO

If yes, explain. _____

Date available for employment:   ANYTIME

If the job requires, are you willing to travel?   YES          Relocate? _____

If the job requires, are you able to work all shifts?   YES

Have you previously applied at Armco?   YES   If "yes", when/where? DEC, 1983

Have you previously worked for Armco?   YES   If "yes", when/where? JUNE 1981
Machine Shop

*(handwritten left margin, top to bottom):* CSD 8/26/81   SLO - quit 9/25/81

*(handwritten left margin):* EDWARDS Donald Kent
LAST NAME   FIRST   MIDDLE

**DEFENDANT'S EXHIBIT**
EDWARDS 8
JLH 4-24-07

**EDUCATIONAL BACKGROUND:**

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   (12)        College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | | GRADUATED YES | NO | FIELD OF STUDY | GRADE POINT or TOP,MID,BOT,1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown | 1980 | ✓ | | Business | 2.0 |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | | | | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |
| | | | | | | |

List other formal educational experience (i.e.: night school; home study courses; GED; etc.):

_____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests:

_____

_____

**MILITARY SERVICE:**  Are you a Veteran of the U.S. Military Service?        ☐ Yes    ☐ No

| DATES OF ACTIVE OR RESERVE DUTY | | BRANCH OF SERVICE | HIGHEST RANK OR RATE | TYPE OF DISCHARGE |
|---|---|---|---|---|
| FROM | TO | | | |
| | | | | |

Please, indicate any military experience or training you feel might be of interest and value to Armco:

**EMPLOYMENT EXPERIENCE:** Barbara Park _____ '- present
left w/c to 20 hrs week

**PRESENT OR LAST POSITION**

20 Hrs Per Wk

Name of Employer _Middl. Community Center_

Address _800 Lafayette Ave_    Kind of Business _____

Describe your position _Janitor_

Period of employment (from) _11-87_ (MO. YR.) (to) _1-99_ (MO. YR.)    Name of person for whom you worked _Mr. Fritzpatrick_    Rate of earnings _3.35_

Give exact reason for leaving _____

**NEXT PREVIOUS POSITION**

Name of Employer _U.B.S._    Universal Bus. Service    (Reserved Cleaning)

Address _Cincinnati_    Kind of Business _Cleaning Service_

Describe your position _General Cleaner_

Period of employment (from) _1984 - 10-37_ (MO/YR) (to) _____ (MO/YR)    Name of person for whom you worked _Paul Bray_    Rate of earnings _3.35_

Give exact reason for leaving _Laid-off / quit_

**NEXT PREVIOUS POSITION**

Name of Employer _ARMCO_

Address _____    Kind of Business _____

Describe your position _Janitor_

Period of employment (from) _6-81_ (MO. YR.) (to) _10-81_ (MO. YR.)    Name of person for whom you worked _Mr. Schwartzbaugh_    Rate of earnings _10/hr._

Give exact reason for leaving _termination & I was called back_

**NEXT PREVIOUS POSITION**

Name of Employer _No Work From 1981 - 84 -_

Address _____    Kind of Business _____

Describe your position _____

Period of employment (from) _____ (MO. YR.) (to) _____ (MO. YR.)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _1 yr._

For what reasons? _No Work_

**JOB INTERESTS AND SKILLS:**

For what particular type(s) of work are you making application: (such as Clerical, Technical, Engineering, plant, etc.)

LABOR

Expected wage or salary $ __10/hR.__

If you have any condition (physical or mental) which may limit your performance in the type of work for which you are

applying, you may want to describe such condition: _____

_____

If applicable, please explain and describe any reasonable accommodation which would enable you to perform this job efficiently

and safely: _____

Describe any experience or skills directly applicable to this work: BUFFING MACHINE

_____

If applying for clerical work, show present job skill level. Include Typing (wpm); Shorthand (wpm); and any office machines or

equipment you can operate: _____

_____

_____

If applying for sales; technical; professional; or administrative work, give highlights of any special training or experience which

may be helpful: _____

_____

_____

If applying for plant work, indicate any training or experience which might be useful. Include any equipment or machinery you

are able to operate: BUFFER, WAX, & STRIPPING

_____

_____

State any additional information you feel may be helpful to us in considering your application. _____

_____

_____

**PERSONAL REFERENCES:**

Give names and addresses of three people whom we may contact for references.

William Edwards   4705 Bonita Dr.   425-0605

Mr. Jack Fritzpatrick   800 Lafayette Ave   425-7366

Kirby Edwards   1105 Baltimore St.   423-4034 —

The foregoing information is accurate and I authorize verification by Armco. I agree that any false or misleading statement in this application for employment or in any additional forms signed by me in connection with my employment shall be sufficient cause for refusal of or separation from employment.

I understand that this application is not and is not intended to be a contract of employment. I hereby authorize the company to make any investigation into my physical condition including Drug and Alcohol Abuse Screening applicable to the requirements of the type of work for which I am applying.

RTS   1/28/88

Application received by:/Date Received

Signature of Applicant _Donald Edwards_

STATE OF ___OHIO_____

CASE NAME __Edwards vs A K STEEL__

CITY/COUNTY OF __Middletown/Butler_____

CASE NUMBER __221A00324__

# AFFIDAVIT

I, __Donald K. Edwards_____ being first duly sworn upon my oath affirm and hereby say:
   (Name)

   I have been given assurances by an Agent of the U.S. Equal Employment Opportunity Commission that this Affidavit will be considered confidential by the United States Government and will not be disclosed as long as the case remains open unless it becomes necessary for the Government to produce the affidavit in a formal proceeding. Upon the closing of this case, the Affidavit may be subject to disclosure in accordance with Agency policy.

I am _39_ years of age, my gender is _Male____ and my racial identity is _____Black_____ .
                   (sex)                   (race)

I reside at __712 17th Avenue_____ ,
                     (Number/Street)

City of __Middletown_____ , County of _____Butler_____

State of _____OH_____ , Zip Code ___45044____ .

My telephone number is (including area code) ____(513) 727-0740___ .

My statement concerns ___A K STEEL_____ which is
                   (Name of Union/Company/Agency)

located at _703 Curtis Street_____ ,
               (Number/Street)

in _____Middletown_____ OH ___45043____
    (City)            (State)        (Zip)

My job classification is (if applicable) __Entry Level__
                        (job title)

My immediate supervisor is (if applicable) ____
               (Name)           (job title)

I am a Black male. In 1980 after graduating from high school I worked for a summer as an employee at this steel manufacturer. I worked as a laborer doing janitorial work. Since it was only a summer job I had to reapply for full time permanent work. I did so later that year but I was never hired supposedly because there was a lay off. But I felt at that time that racial bias kept me from being hired. More recently on or around August 9, 1999 I submitted a written application for an entry level position. I saw advertisements in the local paper for entry level openings and also my brother's brother-in-law, Lenon Hunter (who works there) told him that the company was hiring. I was never interviewed or tested as a result of my August application. In September, 1999 on the advise of my attorney's office, I spoke with someone in the personnel office (name unknown) I was told by the female I spoke with that they had my application and if they were going to hire me they would contact me. Meanwhile as recently as late August into October, 1999 my wife (who works in a nursing home) was hearing from several employees there that they were leaving that job because they were being hired by A K Steel. These were all White individuals in their late teens and early twenties. The names of some of them were Jason (last name unknown), and Gary Jones(?). None of these individuals had any more experience than me and in all likelihood they had less than me. My brother's brother-in-law also told my brother that Whites were

EEOC AFF-A (08/89)

**DEFENDANT'S EXHIBIT**
_9_
EDWARDS 9
_du 4-24-07_

_D.E._ Page 1 of ____
(initials)

| STATE OF OHIO | CASE NAME Edwards vs A K STEEL |
| CITY/COUNTY OF Middletown/Butler | CASE NUMBER 221A00324 |

### AFFIDAVIT (cont.)

being hired during the fall of 1999.  As of March 28, 2000 I have not
been contacted in any form by this company regarding a job and I believe
that this is because I am Black.  As remedy I am seeking a position with
this company and backpay and seniority as well as attorney fees and
damages as appropriate.

I have read and had an opportunity to correct this Affidavit consisting of _____ handwritten ☐
typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

Donald Edwards

Subscribed and sworn to before me
this 10th day of April, 2000

Stacey Eckhardt-Curtis

STACEY M. ECKHARDT-CURTIS
Notary Public, State of Ohio
My Commission Expires Jan. 3, 2001

JUL. 22. 2002  3:55PM    AK STEEL LAW DEPT                    NO. 820    P. 16

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | | CHARGE NUMBER |
|---|---|---|---|
| | | FEPA | |
| | X | EEOC | 221A200687 |

Cincinnati Area Office                                                    and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Donald Edwards | (513) 705-6322 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 801 Crawford St. | Middletown, OH 45408 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| AK Steel | >20 | 1-800-331-5050 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 703 Curtis Street | Middletown, Ohio 45043 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| | | | DATE DISCRIMINATION TOOK PLACE |
|---|---|---|---|
| | | | EARLIEST (ADEA/EPA)    LATEST (ALL) |
| [X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE | | | January 2002 |
| [ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify) | | | [X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

EEOC, CINCINNATI AREA OFFICE

**JUL 09 2002**

**RECEIVED**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date X June 28, 2002    Charging Party (Signature) X Donald Edwards | |

EEOC FORM 5 (10/94)

DEFENDANT'S EXHIBIT 10
EDWARDS
ILA 4-24-07

07/22/02  MON 17:45  [TX/RX NO 9677]

CHARGE OF DISCRIMINATION
DONALD EDWARDS
PAGE 1

I.     **Overview of Individual and Class Allegations**

AK Steel Corporation has discriminated and continues to discriminate against me in the terms and conditions of my application for employment with them on the basis of my race, African-American, by denying me the opportunity to be hired while hiring equally or less qualified white applicants and subjecting me to a racially hostile application process and other forms of discrimination. I believe that AK Steel Corporation's actions are part of a continuing pattern and practice of discrimination against African-American applicants for employment, including but not limited to, denying applicants hiring opportunities while providing such opportunities to equally or less qualified white applicants and subjecting them to a racially hostile application process.

II.    **Statement of Personal Harm**

I applied to do general labor at the AK Steel plant in Middletown, Ohio in January 2002. It was approximately the seventh time I had applied. I found out that AK Steel was hiring from the ads they ran in the paper and on cable TV. My work experience consists of doing manual labor, such as mowing the fields along the sides of Ohio highways, for the Ohio Department of Transportation (ODOT). I have also worked for twelve years at the Fairfield Center for Mental Retardation as a medical supply clerk delivering supplies to the different facilities there. In addition, I have a high school diploma. I filled out an application at Palmer Temp, an organization that handles hiring for AK Steel, and never heard back from either them or AK Steel. In previous applications, such as one in August 2001, I took an aptitude test and was interviewed by a white male Palmer Temp representative. The AK Steel exam included easy questions on simple math, common sense (such as, which weighs more: 500 lbs. of water or 500 lbs. of steel? Obviously they weigh the same), and basic questions on weights and measures. The interviewer asked similar questions. At that time, the Palmer Temp representative told me that they would send my application in to AK Steel and I would be called regardless of whether they wanted to hire me or not. I never heard anything back from them in August 2001, though; and I never heard anything back from them when I reapplied in January 2002. I am currently employed by ODOT, for whom I have been doing manual labor for approximately one month.

III.   **Statement of Discrimination**

I believe that AK Steel Corporation has discriminated against me and continues to discriminate against me in the terms and conditions of my applications for employment with them on the basis of my race, African-American, in violation of the Civil Rights Act of 1964, as amended, because white applicants with fewer qualifications than me have been hired and I have not, and because I have been subjected to a racially hostile application process and other forms of discrimination and denied the right to apply for work in an environment free of racial discrimination.

## CHARGE OF DISCRIMINATION
## DONALD EDWARDS
## PAGE 2

I have been adversely affected by these discriminatory practices by being deprived of the equal opportunity to be hired. Such discrimination denies me and other African-Americans the right to be hired for positions for which we are qualified.

This systemic discrimination also adversely affects the status of African-Americans as employees by promoting and reinforcing racial stereotypes and bias in hiring.

**IV.     Statement of Classwide Discrimination on the Basis of Race**

Based on my experiences, I believe that AK Steel Corporation has engaged and continues to engage in a pattern and practice of discrimination against its African-American applicants for employment that denies them equal employment opportunities in ways including but not limited to the following: denying them hiring opportunities while providing such opportunities to equally or less qualified white employees and subjecting them to a racially hostile application process. This policy violates Title VII of the 1964 Civil Rights Act, 42 U.S.C. Section 2000(e), et seq.

I believe this policy has effected a class of African-American persons comprised of all past, present and future African-American applicants for employment with AK Steel. I believe that these discriminatory practices occur throughout AK Steel Corporation. I make this charge on behalf of myself and all similarly situated African-American applicants for employment.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ✗ 6/28/02

Charging Party (signature)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **VIVIAN BERT, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ———————————) | ~~**CASE NO. C-1-02-467**~~ |
| ) | **Judge Beckwith** |
| **AK STEEL CORPORATION,** ) | **Magistrate Judge Hogan** |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF DONALD EDWARDS' ANSWERS TO THE DEFENDANT'S FIRST SET OF INTERROGATORIES

Comes now the Plaintiff, Donald Edwards, by and through his undersigned counsel of record and responds to the Defendant's First Set of Interrogatories as follows:

## GENERAL OBJECTIONS

1.    The Plaintiff objects to the definitions and instructions accompanying these interrogatories to the extent that they seek to impose burdens, duties and obligations upon the Plaintiff in excess of or different from those imposed by applicable law and the Federal Rules of Civil Procedure; Plaintiff will respond in accordance with said law and rules.

2.    The Plaintiff objects to these requests to the extent they seek information and/or documentation regarding matters about which the Defendant has knowledge but has failed to disclose, or so limited their responses to previous discovery of the Plaintiff, so as to in effect deny the Plaintiff the information requested and needed by them to answer these requests.

3.    The Plaintiff objects to these requests to the extent they seek to discover "core" work product, including the disclosure of the mental impressions, conclusions, opinions, and/or legal theories of



DEFENDANT'S
EXHIBIT
EDWARDS- 11
214 4-24-07

attorneys or other representatives of the Plaintiff, rather than seeking this information from the Plaintiff.

4.      The Plaintiff objects to these requests to the extent they seek information and/or documentation protected by the attorney-client privilege or any other applicable privilege.

5.      The Plaintiff objects to these requests to the extent that the Defendant is seeking to make them into a bill of particulars.

6.      The Plaintiff objects to these requests to the extent they seek to require Plaintiff's counsel to present a "dress rehearsal" of the evidence to be submitted in the course of the proceedings. The mental impressions, legal theories, legal conclusions, and legal opinions of Plaintiff's counsel, as well as any communications between Plaintiff and her counsel, are clearly protected from discovery by the attorney-client privilege and the work product doctrine.

7.      The Plaintiff objects to these requests to the extent that the information and/or documentation sought, if any, was obtained and prepared in anticipation of litigation and the Defendants have not made the required showing of substantial need for the information and/or documentation or that the substantial equivalent of such information and/or documentation is unobtainable by other means. The Plaintiff further objects to these requests to the extent that the information and/or documentation called for, if any, is protected and is not discoverable under Rule 26(b)(3) of the Fed. R. Civ. P. and Hickman v. Taylor, 329 U.S. 495 (1947).

8.      The Plaintiff objects to these requests to the extent that they seek information and/or documentation that is equally available to the Defendant and the burden on the Defendant to obtain the requested information and/or documentation is no greater than the burden on the Plaintiff.

9.      The Plaintiff objects to these requests to the extent they exceed the requirements of Rules

2

26, 30, 34 or 45 of the Fed. R. Civ. P.

    10.    The Plaintiff objects to these requests to the extent they seek information and/or documentation relating to expert witnesses, witnesses, and trial exhibits in excess of the disclosure duties imposed by the Fed. R. Civ. P. and the Court's Scheduling and Pretrial Orders relating to such matters.

    11.    The Plaintiff objects to these requests to the extent they require the Plaintiff to disclose "each and every" fact or piece of knowledge possessed by them as such a requirement is impossible to fulfill and is objectionably broad for failure to be "reasonably particularized".

    12.    The Plaintiff objects to these requests to the extent they request duplicative and cumulative information and/or documentation heretofore disclosed in conjunction with discovery already undertaken by the Defendant in this action.

    13.    The Plaintiff objects to these requests to the extent that they seek to require the Plaintiff's attorneys to divulge the substance of information and/or documentation developed by them (i.e., interpretive, not investigatory) in preparation for any hearing or trial in this action.

    14.    The Plaintiff objects to these requests to the extent that they do not, on their face, restrict themselves either to an identifiable time or a reasonable, rationally-based time frame.

    15.    The Plaintiff objects to these requests to the extent that they seek information and/or documentation from the Plaintiff regarding matters about which the Defendant has refused or objected to providing in their interrogatory or request for production responses.

    16.    The Plaintiff objects to these requests to the extent that they are oppressive, i.e., they were designed to create an unreasonable burden on the Plaintiff which burden is not commensurate with the professed result sought.

17.    The Plaintiff objects to these interrogatories to the extent they seek answers to multiple interrogatories within a single interrogatory.

18.    These requests are addressed to the Plaintiff and the responses herein are based on information and/or documentation presently available to the Plaintiff. Investigation is presently continuing, however, and additional information and/or documentation pertinent to these requests may well be disclosed as a result of such ongoing and continuing investigation.

Except as otherwise indicated, the Plaintiff incorporates the General Objections into each and every answer set forth below. Without waiving the foregoing objections, the Plaintiff answers as follows:

**INTERROGATORY NO. 1:** Identify all litigation or legal proceedings in which you have been a witness or party, including the name and number of the case, the court or administrative agency for which the case was pending, and a brief description of the nature of the case, and the year in which the matter was pending.

**SPECIFIC OBJECTION TO REQUEST:** Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:**    Bert, et al, v. AK Steel
Case No.: 1:02-CV-00467
United States District Court
Southern District of Ohio (Cincinnati)
Nature of case: Race discrimination in hiring

Bankruptcy - Approximately 1997

EEOC Charge against the Palmer Group for retaliation for participating in litigation

4

against AK Steel.

**INTERROGATORY NO. 2:** Identify all employers for whom you have worked since January 1, 2001, including the dates of employment, the positions held, amounts paid per week, and reason for leaving, if applicable.

**SPECIFIC OBJECTION TO REQUEST:** Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:**    October 2000 to March 2001 - Krogers; Night Clerk; $284; Reason for leaving: Not enough hours.

February 2002 to December 2004 - Ohio Department of Transportation; Highway work; $300/wk.

March 2006 to May 2006 - Lund International; Machine Operator; $250/wk.

May 2006 to September 2006 - Kroger; Night Clerk; $240/wk.

September 2006 to Present - Middle Community Center; Janitor; $180/wk.

**INTERROGATORY NO. 3:** Identify all employers to whom you applied for employment since January 1, 2001, including the date you submitted written applications, the job to which you applied, the dates you were interviewed, the employers who tendered you job offers, and a description of the offer.

**SPECIFIC OBJECTION TO REQUEST:** Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this

request is unduly harassing, burdensome, and oppressive.  Subject to and without waiving the foregoing

general and specific objections, Plaintiff responds as follows:

**ANSWER:**    February 2002 - Ohio Department of Transportation; Highway work;

March 2006 - Lund International; Machine Operator;

May 2006 - Kroger; Night Clerk; and

September 2006 - Middle Community Center; Janitor.

**INTERROGATORY NO. 4:** Identify all income received from whatever source, by amount

each week after January 1, 2001.

**ANSWER:**    October 2000 to March 2001 - Krogers; $284;

February 2002 to December 2004 - Ohio Department of Transportation;$300/wk.

March 2006 to May 2006 - Lund International; $250/wk.

May 2006 to September 2006 - Kroger; $240/wk.

September 2006 to Present - Middletown Community Center;$180/wk.

**INTERROGATORY NO. 5:** Identify by name, address and telephone number all individuals

who have knowledge about or information about the allegations in the Complaint, and state a summary of

what you believe their knowledge to be.

**ANSWER:**    None at this time.

**INTERROGATORY NO. 6:** Identify all individuals who you intend to call as witnesses in the

litigation of this matter.

**SPECIFIC OBJECTION TO REQUEST:  Plaintiffs objects because this Interrogatory violates**

6

the Court's Order establishing a deadline for Plaintiff to disclose witnesses and testimony. Plaintiff further objects to the extent this interrogatory seeks information protected by the attorney-client privilege or other privilege and/or the work product doctrine. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:** Plaintiff will abide by the deadlines established by the Court and the disclosure requirements set by the Federal Rules of Civil Procedure to disclose the witnesses they will use at trial in this case.

Respectfully Submitted,

Robert F. Childs, Jr.
Herman N. Johnson, Jr.
**WIGGINS, CHILDS, QUINN & PANTAZIS**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 328-0640
(205) 254-1500 (facsimile)

Tobias, Kraus & Torchia, LLP
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

ATTORNEYS FOR THE PLAINTIFFS

7

## CERTIFICATE OF SERVICE

I do hereby certify that on April 23, 2007, I served the foregoing via U.S. Mail and electronic mail upon the following:

Gregory Parker Rogers
Lawrence James Barty
Patricia Anderson Pryor
Taft, Stettinius & Hollister, LLP
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202
Fax: (513) 381-0205

PLAINTIFFS' COUNSEL

8

## VERIFICATION

I, Donald Edwards hereby state that the answers to the foregoing interrogatories are true and complete to the best of my knowledge.

_Donald Edwards_

Donald Edwards

This the ___20___ day of April, 2007.

FROM :                          FAX NO. :5137056322          Apr. 20 2007 03:47PM P2

Donald Edwards

**H&R Block**
# advantage

# CONFIDENTIAL

---

## 2003 Tax Return Summary

### Federal Year over Year Comparison

| INCOME | Year 2003 | Year 2002 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $11,068 | $18,295 | ($7,227) |
| Unemployment compensation | $634 | $0 | $634 |
| Total income | $11,702 | $18,295 | ($6,593) |

| ADJUSTED GROSS INCOME | | | |
|---|---|---|---|
| Total income less total adjustments | $11,702 | $18,295 | ($6,593) |

| TAXABLE INCOME | | | |
|---|---|---|---|
| Standard deductions | $7,000 | $6,900 | $100 |
| Exemptions | $9,150 | $6,000 | $3,150 |
| Taxable income | $0 | $5,395 | ($5,395) |

| TAX COMPUTATION | | | |
|---|---|---|---|
| Income tax | $0 | $538 | ($538) |
| Tax before credits | $0 | $538 | ($538) |

| CREDITS | | | |
|---|---|---|---|
| Child tax credit | $0 | $538 | ($538) |
| Total credits | $0 | $538 | ($538) |

| PAYMENTS | | | |
|---|---|---|---|
| Federal withholding | $972 | $1,598 | ($626) |
| Earned income credit | $4,204 | $1,746 | $2,458 |
| Additional child tax credit | $57 | $62 | ($5) |
| Total payments | $5,233 | $3,406 | $1,827 |

| REFUND | | | |
|---|---|---|---|
| Overpayment | $5,233 | $3,406 | $1,827 |
| Refund due | $5,233 | $3,406 | $1,827 |

| OTHER COMPUTATIONS | | | |
|---|---|---|---|
| Alternative minimum taxable income | $11,702 | $18,295 | ($6,593) |
| Marginal tax bracket | 0% | 10% | |
| Effective tax bracket | 0% | | |
| Filing status | Head of Household | Head of Household | |

---

**An H&R Block Tax Professional is available year-round to provide you with information about these opportunities.**

**For more information about tax, mortgage and financial services call 1-800-HRBLOCK or visit hrblock.com.**

This H&R Block Advantage document presents suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with other information you receive from qualified sources that are familiar with your specific circumstances. Personal investment advice and financial planning services are available from H&R Block Financial Advisors, Inc., a registered broker/dealer and registered investment advisor, member NYSE/SIPC. H&R Block, Inc. and its tax preparation subsidiaries, registered broker/dealers and not registered investment advisors. Mortgage services are available from H&R Block Mortgage Corporation.

Client Sum (2003)
Form Software Copyright 1990 - 2004 H&R Block Tax Services, Inc.    FDBASUM-1V1.0

EDWRDS 0001

FROM :                    FAX NO. :5137056322              Apr. 20 2007 03:44PM  P1

## dvantage

# CONFIDENTIAL

## 2004 Tax Return Summary

### Federal Year over Year Comparison

| INCOME | Year 2004 | Year 2003 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $7,313 | $11,068 | ($3,755) |
| Taxable pensions | $2,670 | $0 | $2,670 |
| Unemployment compensation | $5,632 | $634 | $4,998 |
| Total income | $15,615 | $11,702 | $3,913 |

| ADJUSTED GROSS INCOME | | | |
|---|---|---|---|
| Total income less total adjustments | $15,615 | $11,702 | $3,913 |

| OTHER TAXES | | | |
|---|---|---|---|
| Tax on IRA and other plans | $267 | $0 | $267 |
| Total tax | $267 | $0 | $267 |

| PAYMENTS | | | |
|---|---|---|---|
| Federal withholding | $853 | $972 | ($119) |
| Earned income credit | $2,930 | $4,204 | ($1,274) |
| Additional child tax credit | $0 | $57 | ($57) |
| Total payments | $3,783 | $5,233 | ($1,450) |

| REFUND | | | |
|---|---|---|---|
| Overpayment | $3,516 | $5,233 | ($1,717) |
| Refund due | $3,516 | $5,233 | ($1,717) |

| OTHER COMPUTATIONS | | | |
|---|---|---|---|
| Alternative minimum taxable income | $15,615 | $11,702 | $3,913 |
| Filing status | Head of Household | Head of Household | |

**An H&R Block Tax Professional is available year-round to provide you with information about these opportunities. For more information about tax, mortgage and financial services call 1-800-HRBLOCK or visit hrblock.com.**

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc. offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker-dealers.

EDWRDS 0002
BERT V. AK STEEL

FROM :                          FAX NO. :5137056322              Apr. 20 2007 03:46PM P1

*Donald Edwards*

CONFIDENTIAL





## 2005 Tax Return Summary

### Federal Year over Year Comparison

**INCOME**

|  | Year 2005 | Year 2004 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $8,883 | $7,313 | $1,570 |
| Taxable pensions | $0 | $2,670 | ($2,670) |
| Unemployment compensation | $2,344 | $5,632 | ($3,288) |
| Total income | $11,227 | $15,615 | ($4,388) |

**ADJUSTED GROSS INCOME**

| Total income less total adjustments | $11,227 | $15,615 | ($4,388) |
|---|---|---|---|

**OTHER TAXES**

| Tax on IRA and other plans | $0 | $267 | ($267) |
|---|---|---|---|
| Total tax | $0 | $267 | ($267) |

**PAYMENTS**

| Federal withholding | $249 | $853 | ($604) |
|---|---|---|---|
| Earned income credit | $3,550 | $2,930 | $620 |
| Total payments | $3,799 | $3,783 | $16 |

**REFUND**

| Overpayment | $3,799 | $3,516 | $283 |
|---|---|---|---|
| Refund due | $3,799 | $3,516 | $283 |

**OTHER COMPUTATIONS**

| Alternative minimum taxable income | $11,227 | $15,615 | ($4,388) |
|---|---|---|---|
| Filing status | Head of Household | Head of Household | |

**An H&R Block Tax Professional is available year- round to provide you with information about these opportunities. For more information about tax, mortgage and financial services call 1- 800- HRBLOCK or visit hrblock.com.**

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc. offers investment services and securities products. H&R Block Financial Advisors, Inc. is a quality- registered investment advisor and broker- dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker- dealers.

Client Sum (2005)                    FDBASUM- 1V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.



EDWRDS 0003
BERT V. AK STEEL

FROM :    FAX NO. :5137056322    Apr. 20 2007 03:45PM P2



**H&R Block**
# ADVANTAGE®

CONFIDENTIAL



## 2006 Tax Return Summary

### Federal Year over Year Comparison

| INCOME | Year 2006 | Year 2005 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $3,947 | $8,883 | ($4,936) |
| Business income(loss) | $2,125 | $0 | $2,125 |
| Unemployment compensation | $0 | $2,344 | ($2,344) |
| Total income | $6,072 | $11,227 | ($5,155) |

| ADJUSTMENTS | | | |
|---|---|---|---|
| Self- employed tax deduction | $150 | $0 | $150 |
| Total adjustments | $150 | $0 | $150 |

| ADJUSTED GROSS INCOME | | | |
|---|---|---|---|
| Total income less total adjustments | $5,922 | $11,227 | ($5,305) |

| OTHER TAXES | | | |
|---|---|---|---|
| Self- employment tax | $300 | $0 | $300 |
| Total tax | $300 | $0 | $300 |

| PAYMENTS | | | |
|---|---|---|---|
| Federal withholding | $0 | $249 | ($249) |
| Earned income credit | $2,370 | $3,550 | ($1,180) |
| Total payments | $2,420 | $3,799 | ($1,379) |

| REFUND | | | |
|---|---|---|---|
| Overpayment | $2,120 | $3,799 | ($1,679) |
| Refund due | $2,120 | $3,799 | ($1,679) |

| OTHER COMPUTATIONS | | | |
|---|---|---|---|
| Alternative minimum taxable income | $5,922 | $11,227 | ($5,305) |
| Filing status | Head of Household | Head of Household | |

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., offers investment services and securities products. H&R Block Financial Advisors. Inc. is a dually- registered investment advisor and broker- dealer and a member of NYSE/SIPC. Banking services offered through H&R Block Bank, a Federal Savings Bank, Member FDIC. Tax services offered through subsidiaries of H&R Block Services, Inc. Mortgage services offered through H&R Block Mortgage Corporation. H&R Block, Inc., H&R Block Services, Inc., H&R Block Bank and H&R Block Mortgage Corporation are not registered broker- dealers.

Client Sum (2006)    FDRASUM- 1V 1.0
Form Software Copyright 1996 - 2007 H&R Block Tax Services, Inc.

EDWRDS 0004