UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. 1:02CV467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | |
| v. | : | Magistrate Judge Hogan |
| | : | |
| AK STEEL CORPORATION, | : | |
| | : | **NOTICE OF FILING DEPOSITION** |
| Defendant. | : | |

    Please take notice that Defendant has filed the transcript of the deposition of Donald K. Edwards, Sr., taken April 24, 2007, together with the exhibits thereto, with the Clerk of the United States District Court on June 15, 2007.

                                   Respectfully submitted,

                                   <u>s/ Gregory Parker Rogers</u>
                                   Lawrence J. Barty (0016002)
                                   barty@taftlaw.com
                                   Gregory Parker Rogers (0042323))
                                   rogers@taftlaw.com
                                   Patricia Anderson Pryor (0069545)
                                   pryor@taftlaw.com
                                   Taft Stettinius & Hollister LLP
                                   425 Walnut Street, Suite 1800
                                   Cincinnati, Ohio 45202
                                   (513) 381-2838
                                   (513) 381-0205 (fax)

                                   Trial Attorneys for Defendant

{W1004811.1}

**Certificate of Service**

I hereby certify that on June 15, 2007, I electronically filed the foregoing Notice of Filing Deposition with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Donahue, Robert Childs, Herman N. Johnson, Jr., Wiggins, Childs, Quinn & Pantazis, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203; Paul H. Tobias and David Kammer, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202; and David Sanford, Sanford, Wittels & Heisler, L.L.P., 2121 K Street, N.W., Suite 700, Washington, D.C. 20037

        s/ Gregory Parker Rogers
        Patricia Anderson Pryor (0069545)
        pryor@taftlaw.com
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202
        (513) 381-2838
        (513) 381-0205 (fax)

        Attorney for Defendant