# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

**AK Steel**

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name _Thaddeus_ _R_ _Freeman_   Date _OCT 20 1999_
FIRST   MIDDLE   LAST

Present Address _2637 Cinn-Dayton Rd   Middletown OH   45044_
NO.   STREET   CITY   STATE   ZIP CODE

Phone Number — or number where you can be reached: ( _513_ ) _424 7075_
AREA CODE   NUMBER

Permanent Address: _2637   Cinn-Dayton Rd   Middletown OH   45044_
NO.   STREET   CITY   STATE   ZIP CODE

Permanent Phone: ( _513_ ) _424 7075_   Social Security # ▓▓▓▓▓▓
AREA CODE   NUMBER

Are you 18 years of age or older? ☑ Yes ☐ No

Are you lawfully entitled to work within the U.S.? _YES_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _NO_

If yes, explain. _____

Date available for employment: _Any time_

If the job requires, are you willing to travel? _NO_   Relocate? _____

If the job requires, are you able to work all shifts? _YES_

Have you previously applied at Armco or AK Steel? _YES_ If yes, when/where? _____

Have you previously worked for Armco or AK Steel? _NO_ If yes, when/where? ( _89; 91 Hamilton_ )



EXHIBIT

FREEMAN
1   6-5-07
AMB

_Freeman_   _Thaddeus_   _R_
LAST NAME   FIRST   MIDDLE

**EDUCATIONAL BACKGROUND:**

Circle last grade completed    1    2    3    4    5    6    7    8    9    10    11    12        **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | | Business | Mid |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Lion Temple Bible Institute Completed one year | | ✓ | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?    ☐ Yes    ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

## PRESENT OR MOST RECENT POSITION

Name of employer **Kroger Co.**    Your title **Meat Manager**

Address **430 Oxford State Rd**    Kind of business **Grocer**

Describe your position **Meat Cutter**

Period of employment from **5/78** to **Now** (MO/YR) Name of person for whom you worked **Tony Spaeth** Rate of earnings **15.10 HR**

Give exact reason for leaving **Pay Rate**

## NEXT PREVIOUS POSITION

Name of employer **Dillman Foods**    Your title **Meat Cutter**

Address **1200 Central Ave**    Kind of business **Grocer**

Describe your position **Meat Cutter**

Period of employment from **2/73** to **4/77** (MO/YR) Name of person for whom you worked **Steve Dillman** Rate of earnings **$7.75**

Give exact reason for leaving **Pay Rate**

## NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR) Name of person for whom you worked _____ Rate of earnings _____

Give exact reason for leaving _____

## NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR) Name of person for whom you worked _____ Rate of earnings _____

Give exact reason for leaving _____

How much time have you lost from work in the past two years? **None**

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

LAbor

Expected wage or salary $_____

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: bLAdE SAWS _____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

_____

_____

_____

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Odell Wize | 330 KenRidge Rd | 513-4233796 | Friend |
| HArold Ingram | 2206 Cinn-Dayton Rd | 513 4234150 | |
| VErnon Calhoun | 2047 Cinn-Dayton Rd | 513 4234254 | |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _Thaddeus R. Green_ _____

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: *Thaddeus R Freeman*        Date: *10-20-99*

| Item | Item | Response | | |
|------|------|----------|---|---|
| 1. | Other than exiting the military, how many times have you been without employment for more than six weeks? | | | |
| 2. | In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | | | |
| 3. | Have you ever been terminated from any employer? | **YES** | | **NO** |
| 4. | Do you have a high school diploma or GED? | **YES** | | **NO** |
| 5. | Do you have a valid driver's license? | **YES** | | **NO** |
| 6. | Do you have reliable transportation? | **YES** | | **NO** |
| 7. | Have you ever been convicted of a crime other than a minor traffic violation? | **YES** | | **NO** |
| 8. | Some positions are on weekly rotating shifts. Is this (A) Preferred, (B) Tolerable, or (C) Unacceptable | **A** | **B** | **C** |
| 9. | Have you ever worked for AK Steel before? | **YES** | | **NO** |
| 10. | How many years of assembly, heavy machinery, and/or manufacturing experience do you have? | | | |
| 11. | Do you have experience in welding, electrical, maintenance, or plumbing? | **YES** | | **NO** |
| 12. | List any education beyond high school. | | | |
| 13. | Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | **YES** | | **NO** |
| 14. | Have you ever worked rotating shifts for a previous employer? | **YES** | | **NO** |

EXHIBIT

FREEMAN
2  6 SOT



# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

**AK Steel**

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name _Thaddeus  R  Freeman_  Date _7-13-00_
FIRST    MIDDLE    LAST

Present Address _2637  Cinn.-Dayton Rd    Middletown OH 45044_
NO.    STREET    CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: (_513_) _4247075_
AREA CODE    NUMBER

Permanent Address: _2637 Cinn.-Dayton Rd  Middletown OH 45044_
NO.    STREET    CITY    STATE    ZIP CODE

Permanent Phone: (_____)_____ Social Security # _____
AREA CODE    NUMBER

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? _YES_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _NO_

If yes, explain. _____

**EXHIBIT**

Date available for employment: _ANY TIME_

If the job requires, are you willing to travel? _NO_ _____ Relocate? _____

If the job requires, are you able to work all shifts? _YES_

Have you previously applied at Armco or AK Steel? _YES_ If yes, when/where? _OBES 9/99_

Have you previously worked for Armco or AK Steel? _NO_ If yes, when/where? _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Federal regulations require AK Steel Corporation to maintain the following information on all individuals making application for employment. This information is retained separate and apart from all APPLICATIONS FOR EMPLOYMENT and is not used for purposes of making employment decisions. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, military status, disability or age. We appreciate your cooperation.

NAME _Thaddeus R Freeman_  DATE _7-13-00_

SEX: ☑ Male  ☐ Female

RACE: ☐ White (not of Hispanic origin)  ☐ Hispanic  ☐ Asian or Pacific Islander
☑ Black (not of Hispanic origin)  ☐ American Indian or Alaskan Native

CHECK IF APPLICABLE: ☐ Vietnam Era Veteran  ☐ Disabled Veteran  ☐ Disabled Individual

POSITION FOR WHICH YOU ARE APPLYING:
☐ Management  ☐ Sales Representative  ☐ Clerical  ☑ Laborer
☐ Professional  ☐ Technical  ☐ Craft Worker  ☐ Service Worker

Form G-6545  12/94  *(EMPLOYMENT DEPARTMENT: Detach Upon Receipt of Application)*

11/15/00  WED 10:08  [TX/RX NO 6284]

## EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12        **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | | Business | Mid |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Zion Temple Bible Institute | | ✓ | | | |
| | | | | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

11/15/00   WED 10:08   [TX/RX NO 6284]

## EMPLOYMENT EXPERIENCE:

### PRESENT OR MOST RECENT POSITION

Name of employer _Kroger Co._    Your title _MEATCUTTER_

Address _430 Oxford State Rd_    Kind of business _Grocery_

Describe your position _Cut Meat for sale_

Period of employment from _78_ (MO/YR) to _Now_ (MO/YR)    Name of person for whom you worked _Ed Bagle_    Rate of earnings _$15 00_

Give exact reason for leaving _____

### NEXT PREVIOUS POSITION

Name of employer _Dillmans Food_    Your title _Meatcutter_

Address _Middletown Ohio_    Kind of business _Grocery_

Describe your position _____

Period of employment from _75_ (MO/YR) to _77_ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _15.15_

Give exact reason for leaving _more money_

### NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ (MO/YR) to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

### NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ (MO/YR) to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

much time have you lost from work in the past two years? _NONE_

## JOB INTERESTS AND SKILLS:

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

_Labor_

Expected wage or salary $_____

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

_____

_____

_____

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| ODELL WIZE | KENRIDGE Rd | 4233796 | FRIEND |
| HAROLD INGRAM | 2206 Cinn.-Dayton Rd | 4239150 | " |
| VERNON CALHOUN | 2647 Cinn.-Dayton | 4236254 | " |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _Matthew R. Freeman_    _____

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: _Thaddeus Freeman_    Date: _7-13-00_

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | NONE | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed | KROGER CO | 22yr |
| | | |
| | | |
| | | |
| **EXHIBIT** FREEMAN 6-5-07 4 AWB | | |
| | | |
| | | |
| | | |

| Item | Response | |
|---|---|---|
| 3. Have you ever been terminated from any employer? | YES | NO |
| 4. Do you have a high school diploma or GED? | YES | NO |
| 5. Do you have a valid driver's license? | YES | NO |
| 6. Do you have reliable transportation? | YES | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | NO |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | A     B     C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | NO |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | ONE YEAR | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | YES | NO |
| 12. List any education beyond high school. | | |
| | | |
| | | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | YES | NO |
| 14. Have you ever worked rotating shifts for a previous employer? | YES | NO |

# THADDEUS FREEMAN
## 2637 Cincinnati Dayton Road
## Middletown, OH 45044
## (513) 424-7075

**OBJECTIVE:**  My objective is to obtain any position that enables me to utilize my strengths in the areas of management, human resources, purchasing, inventory, or machinery.

**EDUCATION:**  Zion Temple Bible Institute, Cincinnati, Ohio
Completed one year of Bible study in 1987

Middletown High School, Middletown, Ohio
Graduated in 1972

**WORK EXPERIENCE:**  Krogers, Middletown, Ohio
* Meat Manager, 1994 - Current
* Assistant Meat Cutter, 1987 - 1993
* Journeyman, 1982 - 1986
* Apprentice, 1978 - 1981

Burns Security, Dayton, Ohio
* Security Guard, 1996 - 1998

Excel Telecommunications Inc., Dallas, Texas
* Sales Representative, 1997 - 1998

Dillmans, Middletown, Ohio
* Meat Cutter, 1975 - 1977
* Grocery Clerk, 1972 - 1973
* Bagger, 1969 - 1971

Richard's Buick, Gross Point, Michigan
* Driver, 1974 - 1975

**REFERENCES:**  Available Upon Request



EXHIBIT
FREEMAN  6.5.01
5    hmb

# OHIO BUREAU OF EMPLOYMENT SERVICES
## SPECIAL SER    CES APPLICATION

FOR OFFICE USE ONLY

Employer Name

| Complete if you are interested only in casual labor or special job recruitment employment or in other types of special services. | Job Order No. AK  N |
|---|---|

## APPLICANT DATA

| Name (Last) Lewis | (First) Edward | (M.I.) J | SSN | Date 4 30 01 |
|---|---|---|---|---|

Mailing Address  Please include P.O. Box, route number, apartment number, etc.)
614  20th  Street

| City Middletown  Ohio | State 45044 | ZIP Code |
|---|---|---|

Phone Numbers:

Home _____    Message (_____

Are you a United States citizen?  ☑ Yes    ☐ No
If "No," please present your immigration documents to a staff person after completing your application.

| DO NOT COMPLETE SHADED AREAS. FOR STAFF USE ONLY | Document Type | Document Number | Exp. Date |
|---|---|---|---|

| Birthdate (mm/dd/yyyy) 3 23 63   /   / | What is your race or ethnic group? |
|---|---|

☐ White, not Hispanic        ☐ American Indian or Alaskan Native
☑ Black, not Hispanic        ☐ Asian or Pacific Islander
☐ Hispanic

Gender
☐ Male    ☐ Female

## SEASONAL/MIGRANT FARMWORKER

The following information will help us determine if you are a seasonal or migrant farmworker or a migrant food processing worker.

|  | YES | N |
|---|---|---|
| 1. Did you earn at least half of your income during the past 12 months from farm and/or food processing work? If you answered "Yes," answer question 2 of this item. If "No," proceed to education. | ☐ | ☐ |
| 2. Were you employed by the same employer year round? If you answered "No," answer questions 3, 4, and 5 of this item. | ☑ | ☐ |
| 3. In the past 12 months, did you work at least 25 days in farm work? | ☐ | ☐ |
| 4. In the past 12 months, did you work at least 25 days in food processing? | ☐ | ☐ |
| 5. Are you unable to return home at night because your work location is too far from your residence? | ☐ | ☐ |

## EDUCATION

The following educational information may be used to determine whether you are qualified for certain jobs. You may be required to pro a transcript, diploma, or other proof if requested.

Highest school grade completed    (Indicate ☑ 2 if you have a GED certificate )

Highest degree that you have received

☐ None        ☐ GED          ☑ High School Diploma      ☐ Certificate/License
☐ Associate   ☐ Bachelor     ☐ Master                   ☐ Ph.D

## HOUSEHOLD  3

How many people, including yourself, who are related by blood, marriage, or adoption, are living in your household?

What is the total income from all sources by all members of your household in the past six months? Estimate the amount to the nearest dollar    $

## VETERAN SERVICES

Have you ever served in the military or has your spouse ever served in the military?    ☐ Yes    ☐ No
If yes, you may be entitled to preference in referring to jobs.  If YES, please complete the reverse side of this form.

EXHIBIT

0093

Pltfs' 1st
Prod. to Dft

FREEMAN  6.5.07
6   DMB

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | □ NCY<br>□ FEPA<br>□ EEOC | CHARGE NUMBER |
| --- | --- | --- |

_____ *State or local Agency, if any* _____ and EEOC

| *NAME (Indicate Mr., Ms., Mrs.)*<br>Thaddeus R. Freeman | HOME TELEPHONE *(Include Area Code)*<br>(513) 424-7075 |
| --- | --- |

| STREET ADDRESS            CITY, STATE AND ZIP CODE<br>2637 Cincinnati-Dayton Road, Middletown, Ohio 45044 | DATE OF BIRTH |
| --- | --- |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

| NAME<br>A.K. Steel<br>Company | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code)<br>(513) 683-5300 |
| --- | --- | --- |

| STREET ADDRESS    CITY, STATE AND ZIP CODE<br>703 Curtis Street, Middletown, Ohio 45043 | COUNTY |
| --- | --- |

*[stamp: MAY 2000 RECEIVED CINCINNATI A.O.]*

| NAME | TELEPHONE NUMBER(include Area Code) |
| --- | --- |

| STREET ADDRESS        CITY, STATE AND ZIP CODE | COUNTY |
| --- | --- |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>☒ Race    ☒ Color    □ Sex    □ Religion    □ National Origin<br><br>□ Retaliation    □ Age    ☒ Discrimination    □ Other (Specify) | DATE DISCRIMINATION TOOK PLACE<br>earliest (ADEA/EPA)    LATEST(ALL)<br>/ /        October, 1999<br>□ Continuing Action |
| --- | --- |

THE PARTICULARS ARE  (If additional space is needed, attach extra sheet(s)(s)):

*[stamp: EXHIBIT   FREEMAN 7  6.5.07  sm 3]*

1.    I am an African American male, age 47 (D.O.B. 7/14/52).

2.    On several occasions, the latest being on or about October, 1999, I submitted an application for employment with A.K. Steel in Middletown, Ohio.  I was applying for entry level jobs.  By reason of my background and prior work experience, I am fully qualified for an entry level or a laborer position.

3.    To date I have received no response to my application.

| ☑ I also want this charge filed with the EEOC.<br>I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge In accordance with their procedures. | NOTARY - (when necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 4-26-00    *Thaddeus L Freeman*<br>Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br>*Thaddeus R Freeman*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>*Arthur W. Jordan*<br>April 26, 2000<br>My Commission Expires |

TEST FORM 5 (09/01/91)

THE PARTICULARS (CONT)

4.   To the best of my information and belief, the job openings have been filled by Caucasian applicants with the same or lessor qualifications than mine.

5.   I believe that A.K. Steel favors Caucasians over minorities in its hiring policies and practices.  I believe I was not hired because A.K. Steel maintains a pattern and practice of discrimination against minority applicants at its Middletown, Ohio facility.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 221A00468 |

Ohio Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

NAME *(indicate Mr., Ms., Mrs.)*
Mr. Thaddeus R. Freeman

HOME TELEPHONE *(Include Area Code)*
(513) 424-7075

STREET ADDRESS        CITY, STATE AND ZIP CODE
2637 Cincinnati-Dayton Road, Middletown, OH 45044

DATE OF BIRTH

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME A K STEEL | NUMBER OF EMPLOYEES, MEMBERS Cat D (501 +) | TELEPHONE *(Include Area Code)* (513) 683-5300 |
|---|---|---|

STREET ADDRESS        CITY, STATE AND ZIP CODE
703 Curtis Street, Middletown, OH 45043

COUNTY
017

NAME

TELEPHONE NUMBER *(Include Area Code)*

STREET ADDRESS        CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
10/18/1999    07/14/2000
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I. I am an African American male, age 47. On several occasions including on or around October 18, 1999 and most recently around July 14, 2000 I submitted applications for employment with A K Steel in Middletown, Ohio. I was applying for entry level jobs. By reason of my background and prior work experience, I am fully qualified for an entry level or a laborer position. As of today's date I have not been hired. I have reason to believe that White applicants have been hired since I applied in October 1999.

II. No reason has been given for why I have not been hired.

III. I believe that I am being discriminated against because of my race in violation of Title VII.

IV. I believe that African Americans as a class are being denied hire by this employer.

EXHIBIT
FREEMAN
6-5-07
*Dms*

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - *(When necessary for State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Thaddeus R. Freeman*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)*
Aug 16, 2000

Date        Charging Party *(Signature)*

EEOC FORM 5 (Rev. 06/99)

FILE COPY



STATE OF _____OHIO_____

CITY/COUNTY OF Middletown/Butler

CASE NAME Freeman vs A K STEEL

CASE NUMBER 221A00468

## AFFIDAVIT

I, Thaddeus R. Freeman _____ being first duly sworn upon my oath affirm and hereby say:
      (Name)

I have been given assurances by an Agent of the U.S. Equal Employment Opportunity Commission that this Affidavit will be considered confidential by the United States Government and will not be disclosed as long as the case remains open unless it becomes necessary for the Government to produce the affidavit in a formal proceeding. Upon the closing of this case, the Affidavit may be subject to disclosure in accordance with Agency policy.

I am 48 years of age, my gender is Male and my racial identity is _____Black_____.
                                        (sex)                                    (race)

I reside at 2637 Cincinnati-Dayton Road _____,
                        (Number/Street)

City of Middletown _____, County of _____Butler_____,

State of _____OH_____, Zip Code _____45044_____.

My telephone number is (including area code) _____(513) 424-7075_____.

My statement concerns _____A K STEEL_____ which is
                              (Name of Union/Company/Agency)

located at 703 Curtis Street _____,
                      (Number/Street)

in _____Middletown_____ OH 45043 .
          (City)                        (State)        (Zip)

My job classification is (if applicable) Laborer/Crane Operator .
                                              (job title)

My immediate supervisor is (if applicable) Unknown,
                                                  (Name)              (job title)

EXHIBIT

9  6.5.07
      DMB

I am African American and on or around October 18, 1999 I applied for an entry level/laborer job with this steel mill. I applied because I heard by word of mouth from current employees that quite a few people were retiring and that the employer was going to be hiring replacements. In November 1999 I was given a written test at the plant personnel office. I was the only African American among seven people who took the test. It had spatial mechanical problems (matching different pieces together) and there were also multiple choice questions mainly about mechanical matters and some reasoning and appitude questions. I have never been advised of my score on that test or if I passed or failed. I have never been contacted since that test about my interest in a position there. I do not know if anyone else who tested with me was hired. Since I applied (sometime in 2000) I heard from a White friend, Bill (last name forgotten) that he had been hired recently. He said he knew somebody working in personnel, Tracy White. Recently around July 14, 2000 I reapplied thinking that persistence might pay off. I filled out a new application. Within a couple weeks a female from the company called me and said that if I was still interested in a job I should send in a letter to that effect in November 2000. No job was offered to me at that time. From people working at this company I have heard that there are only about 100 African Americans working there out of about 3100 employees. I have about one year of prior experience in factory work

_____T-F_____ Page 1 of _____
(initials)

STATE OF _____ OHIO _____

CITY/COUNTY OF_ Middletown/Butler _____

CASE NAME _Freeman vs A K STEEL_

CASE NUMBER___221A00468_____

## AFFIDAVIT (cont.)

and believe that I am qualified for an entry level position.  I believe
that because of my race I have not been hired here.  I believe that
African Americans as a class are denied hire by this employer.  My
cousin, Allen Roberts works for the company and he has told me that the
company is hiring but that they do not hire African Americans.  As
remedy I am seeking backpay and a position with the company.

I have read and had an opportunity to correct this Affidavit consisting of _____ handwritten ☐
typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

*Thaddeus R Freeman*

Subscribed and sworn to before me

this __16_ day of _Aug. 2000_.

_____

EEOC AFF-B (08/89)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE

*( Issued on request )*

| | |
|---|---|
| **To:** Thaddeus Freeman<br>2637 CINCINNATI-DAYTON ROAD<br>MIDDLETOWN, OH 45044<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL*<br>*( 29 C.F.R. 1601.7(a) )* | **From:**<br>EQUAL EMPLOYMENT OPPORTUNITY COMM.<br>Cincinnati Area Office<br>550 Main Street, Suite 10-019<br>Cincinnati, Ohio  45202-5202 |

| **Charge Number** | **EEOC Representative** | **Telephone Number** |
|---|---|---|
| 221A00468 | Legal Unit Duty Officer | (216) 522-7445 |

( See the additional information attached to this form )

**NOTICE TO THE PERSON AGGRIEVED:**
**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue. It is issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge
☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.
[X] The EEOC is terminating its processing of this charge.
☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.
☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

_____
Wilma L. Javey, Director

_28 March 2001_
*(Date)*

**Enclosure(s)**

**cc:** A K STEEL
703 CURTIS STREET
MIDDLETOWN, OH 45043

EXHIBIT
FREEMAN
10  6.5.07
Smb

**0356** Plfs' 1st
Prod. to Dft

EEOC FORM 161-B (Rev 01/97)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | 22A200659 |
| X | EEOC | |

Cincinnati Area Office

*State or local Agency, if any*

and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Thaddeus Freeman | (513) 424-7075 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2637 Cincinnati-Dayton Rd. | Middletown, OH 45044 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| AKSteel | >20 | 1-800-331-5050 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 703 Curtis Street | Middletown, Ohio 45043 | |

| NAME | | |
|---|---|---|
| | TELEPHONE NUMBER (Include Area Code) | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE

[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL)

April 2002

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

EEOC. CINCINNATI AREA OFFICE

JUN 21 2002

RECEIVED

EXHIBIT

FREEMAN
6·5·07
DMB

| I want this charge filed with both the EEOC and the State or local Agency. If any I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |

| X 6-11-02 | X Thaddeus Freeman | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
|---|---|---|
| Date | Charging Party (Signature) | |

# THADDEUS FREEMAN
## PAGE 1

## I.    Overview of Individual and Class Allegations

AK Steel Corporation has discriminated and continues to discriminate against me in the terms and conditions of my application for employment with them on the basis of my race, African-American, by denying me the opportunity to be hired while hiring equally or less qualified white employees and subjecting me to a racially hostile application process and other forms of discrimination. I believe that AK Steel Corporation's actions are part of a continuing pattern and practice of discrimination against African-American applicants for employment and employees, including but not limited to, denying applicants hiring opportunities while providing such opportunities to equally or less qualified white applicants and subjecting them to a racially hostile application process.

## II.    Statement of Facts

For the past seven years I have applied repeatedly to AKSteel. My most recent application was in around April 2002. Having found out about the position openings by word-of-mouth, I went down to the employment office to obtain an application. Each time, I applied for a General Laborer position, a job which requires general skills such as ability to operate basic tools and work on an assembly line. Because I have more than thirty years of continuous work experience in the grocery business cutting meat and on the assembly line in factories, I thought that the position corresponded well to my qualifications. In addition, I have a good work record, am dependable, never late to work, and have never been without a job or laid off. Furthermore, I have no felony convictions and am drug-free. After every application but one, however, I heard nothing back from AKSteel. In 1999, after years of trying to get hired, I decided to try leaving blank the question that asked me to specify my racial identity. After I submitted this application, AKSteel contacted me and expressed their interest in having me come in to take a test, which I did. When I went to the employment office to find out how I did on the test, the receptionist took my name and I was told, "We'll have somebody get back to you," but I never heard from them again. On all subsequent applications, I filled in my race, African-American, and received no acknowledgment of receipt of my application materials, was not scheduled to interview or test, and was not notified of rejection. I am currently employed by Kroger, where I am a Meat Manager.

## III.    Statement of Discrimination

I believe that AK Steel Corporation has discriminated against me and continues to discriminate against me in the terms and conditions of my applications for employment with them on the basis of my race, African-American, in violation of the Civil Rights Act of 1964, as amended, because white applicants with fewer qualifications than me have been hired and I have not, and because I have been subjected to a racially hostile application process and other forms of discrimination and denied the right to apply for work in an environment free of racial discrimination.

**CHARGE OF DISCRIMINATION**
**THADDEUS FREEMAN**
**PAGE 2**

I have been adversely affected by these discriminatory practices by being deprived of the equal opportunity to be hired. Such discrimination denies me and other African-Americans the right to be hired for positions for which we are qualified.

This systemic discrimination also adversely affects the status of African-Americans as employees by promoting and reinforcing racial stereotypes and bias in hiring.

**IV.    Statement of Classwide Discrimination on the Basis of Race**

Based on my experiences, I believe that AK Steel Corporation has engaged and continues to engage in a pattern and practice of discrimination against its African-American applicants for employment and employees that denies them equal employment opportunities in ways including but not limited to the following: denying them hiring opportunities while providing such opportunities to equally or less qualified white employees and subjecting them to a racially hostile application process and work environment in which few other African-Americans are employed. This policy violates Title VII of the 1964 Civil Rights Act, 42 U.S.C. Section 2000(e), et seq.

I believe this policy has effected a class of black persons comprised of all past, present and future black applicants for employment with AK Steel. I believe that these discriminatory practices occur throughout AK Steel Corporation. I make this charge on behalf of myself and all similarly situated African-American applicants for employment and employees.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6-11-02

_Thaddeus Freeman_

**Charging Party (signature)**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| **To:** Thaddeus Freeman<br>2637 CINCINNATI-DAYTON ROAD<br>MIDDLETOWN, OH 45044 | **From:** E.E.O.C<br>Cincinnati Area Office<br>550 Main Street, Suite 10-019<br>Cincinnati, Ohio  45202-5202 |
|---|---|

☐    *On behalf of a person aggrieved whose identity is CONFIDENTIAL ( 29 C.F.R. 1601.7(a) )*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 221A200659 | Legal Unit Duty Officer | (216) 522-7445 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    We cannot investigate your charge because it was not filed within the time limit required by law.

☐    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐    While reasonable efforts were made to locate you, we were not able to do so.

☐    You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒    Other *(briefly state)* CHARGING PARTY FILED SUIT IN U.S. DISTRICT COURT

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal  and of your  right to sue that  we will send you.  You may  file a lawsuit  against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; otherwise, your right  to sue based on  this charge  will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for will-ful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

Wilma L. Javey, Director

09 January 2003
*(Date)*

**Enclosure(s)**

cc:  A K STEEL
     703 CURTIS STREET
     MIDDLETOWN, OH 45043



EXHIBIT
FREEMAN
12  6.5.07
Arb

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | ) | Case No. C-1-02-00467 |
| | ) | Judge Beckwith |
| Plaintiffs, | ) | Magistrate Judge Hogan |
| | ) | |
| v. | ) | PLAINTIFF THADDEUS |
| | ) | FREEMAN'S RESPONSES TO |
| AK STEEL CORPORATION, | ) | DEFENDANT'S FIRST REQUEST |
| | ) | FOR THE PRODUCTION OF |
| Defendant. | ) | DOCUMENTS |
| | ) | |

## GENERAL OBJECTIONS

1.    The Plaintiff objects to these discovery requests to the extent they seek information or documents protected from discovery and/or disclosure by the attorney/client privilege, the work product doctrine, or any other applicable privilege.

2.    The Plaintiff objects to these discovery requests to the extent they seek information or documents neither material nor relevant to the claims or defenses of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.    The Plaintiff objects to these discovery requests to the extent they are overly broad and/or unduly burdensome.

4.    The Plaintiff objects to these discovery requests to the extent they are so vague and ambiguous as to be incapable of a definite response.

5.    The Plaintiff objects to these discovery requests to the extent they seek confidential or proprietary information or documents. Notwithstanding this objection, the Plaintiff agrees to provide, if any exist, as more fully set forth below, such information or documents subject to the terms of a mutually agreeable protective order to be entered in this action.

6.    The Plaintiff objects to these discovery requests to the extent they call for conclusions of law.

7.    The Plaintiff objects to these discovery requests to the extent that they seek and/or require the production of documents which are not in the Plaintiff's possession, custody, or control.

8.    The Plaintiff objects to the time and place of production for documents specified in these



EXHIBIT
13   FREEMAN
6.5.07
SmB

discovery requests but state, to the extent that the documents are available, as more fully set forth below, they will be produced at a mutually convenient time and place.

9.    The Plaintiff objects to the definitions and instructions in the discovery requests to the extent they seek to require the Defendant to comply with requirements beyond the scope of or impose burdens, duties and obligations in excess of or different from those imposed by applicable law and the Federal Rules of Civil Procedure.

10.   The Plaintiff objects to these discovery requests to the extent they seek to discover "core" work product, including the disclosure of the mental impressions, conclusions, opinions, and/or legal theories of attorneys or other representatives of Plaintiff and/or the substance of information developed by them (i.e., interpretive, not investigatory) in preparation for the trial of this action.

11.   The Plaintiff objects to these discovery requests to the extent that the information sought, if any, was obtained and prepared in anticipation of litigation, and the Plaintiff has not made the required showing of substantial need for the information or that the substantial equivalent of such information is unobtainable by other means. The Plaintiff further objects to these discovery requests to the extent that the information called for, if any, is privileged and is not discoverable under FRCP 26(b)(3) and *Hickman v. Taylor*, 329 U.S. 495 (1947).

12.   The Plaintiff objects to these discovery requests to the extent that they seek information that is equally available to the Defendant, and the burden on the Defendant to obtain the requested information is no greater than the burden on the Plaintiff.

13.   The Plaintiff objects to these discovery requests to the extent they seek information or documents relating to expert witnesses, witnesses, and trial exhibits in excess of the disclosure duties imposed by the Federal Rules of Civil Procedure and the Court's Orders relating to such matters.

14.   The Plaintiff objects to these discovery requests to the extent that they seek information regarding matters which are not at issue in this action.

15.   The Plaintiff objects to these discovery requests to the extent that they do not, on their face, restrict themselves either to an identifiable time or a reasonable, rationally-based time frame.

16.   The Plaintiff objects to these discovery requests to the extent that they are oppressive, i.e., designed to create an unreasonable burden on the Plaintiff which burden is not commensurate with the professed result sought.

17.   Except as otherwise indicated, the Plaintiff incorporates the General Objections into each

2

and every response set forth below. By responding to any of the discovery requests, the Plaintiff does not waive any of the foregoing General Objections.

Plaintiff responds to Defendant's requests for the production of the following documents:

**Request No. 1**: Produce all documents that refer to, reflect, comment on, or tend to prove or disprove any of the contentions in the Complaint or the Answer.

**Specific Objection to Request No. 1**: Plaintiff objects to the extent this request is vague, ambiguous, and overly broad. Plaintiff further objects to the extent that this request seeks information or documents protected from discovery and/or disclosure by the attorney/client privilege, the work product doctrine, or any other applicable privilege. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 2**: Produce all documents that you believe support your claim for damages, or which reflect, comment on, or tend to prove or disprove such claims.

**Specific Objection to Request No. 2**: Plaintiff objects to the extent this request is vague, ambiguous, and overly broad. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 3**: Produce any diary, journal, or calendar of appointments, or notes that you have maintained since January 1, 1998.

**Specific Objection to Request No. 3**: Plaintiff objects to the extent that this request is overly broad and/or unduly burdensome. Plaintiff also objects to the extent that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce any diary, journal, or calendar of appointments that Plaintiff has maintained since January 1, 1998 that relate to the claims or defenses in this case.

**Request No. 4**: Produce all documents provided to or obtained from Defendant.

**Specific Objection to Request No. 4**: Plaintiff objects to the extent that this request is overly broad and/or unduly burdensome. Plaintiff further objects to the extent that this request seeks information that is equally available to the Defendant, and the burden on the Defendant to obtain the requested information is no greater than the burden on the Plaintiff. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

3

**RESPONSE:**    Plaintiff will produce all non-privileged responsive documents.

**Request No. 5**: Produce all of your medical or psychological records since January 1, 1998.

**Specific Objection to Request No. 5**: Plaintiff objects to this Request to the extent that the information sought is confidential and/or privileged.

**Request No. 6**: Produce all documents that refer to, reflect, or comment on any criminal proceeding in which in which you have been either arrested or convicted during the past 10 years.

**Specific Objection to Request No. 6**: Plaintiff objects to this Request to the extent that the information sought is confidential and/or privileged. Plaintiff further objects that the information is not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 7**: Produce your federal income tax returns and any W-2s or Form 1099s for each tax year beginning in 1999.

**Specific Objection to Request No. 7**: Plaintiff objects to this request to the extent that it is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request to the extent the information sought is confidential and/or privileged. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:**    Plaintiff will produce Plaintiff's W-2s or Form 1099s for 1999, 2000, and 2001.

**Request No. 8**: Produce any documents that you sent to or received from the EEOC, OCRC, or any other state agency with the power to investigate charges of discrimination.

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 9**: Produce any resume or other listing of your qualifications for employment you have prepared or had prepared for you since January 1, 1998.

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 10**: Produce any document by which you sought employment from any employer from January 1, 1998 to date.

**Specific Objection to Request No. 10**: Plaintiff objects to the extent this request is vague and ambiguous. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 11**: Produce any document by which you claim you requested employment from AK Steel Corporation.

**Specific Objection to Request No. 11**: Plaintiff objects to the extent this request is vague and ambiguous. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

  **RESPONSE:** Plaintiff will produce all non-privileged responsive documents.


  Respectfully submitted this _27th_ day of November, 2002.


      /s/ BKB

  DAVID SANFORD, D.C. Bar No. 457933
  ERIC BACHMAN, KY Bar. No. 88122
  **GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
  7 DUPONT CIRCLE, N.W.
  SUITE 200
  WASHINGTON, D.C. 20036
  Telephone: (202) 467-4123
  Facsimile: (202) 467-4489


  GRANT MORRIS, D.C. Bar No. 926253
  **LAW OFFICES OF GRANT MORRIS**
  7 DUPONT CIRCLE, N.W.
  SUITE 250
  WASHINGTON, D.C. 20036
  Telephone: (202) 331-4707


  PAUL H. TOBIAS, OH Bar No. 0032415
  DAVID D. KAMMER, OH Bar No. 0061808
  **TOBIAS, KRAUS & TORCHIA, LLP**
  414 WALNUT STREET
  SUITE 911
  CINCINNATI, OH 45202
  Telephone: (513) 241-8137
  Facsimile: (513) 241-7863


  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs' Responses to Defendant's First Set of Requests for Production of Documents was served via first-class mail, postage prepaid, upon:

> Lawrence J. Barty
> Patricia Anderson Pryor
> Gregory Parker Rogers
> Roger A. Weber
> TAFT, STETTINIUS & HOLLISTER LLP
> 425 Walnut Street, Suite 1800
> Cincinnati, Ohio 45202-3957

This is the 27ᵗʰ day of November, 2002.

*Attorney for Plaintiffs*

FROM

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

VIVIAN BERT, *et al.*,                    )
                                          )
                Plaintiffs,               )
                                          )
v.                                        )        Case No. C-1-02-467
                                          )        Judge Beckwith
AK STEEL CORPORATION,                     )        Magistrate Judge Hogan
                                          )
                Defendant.                )
                                          )
                                          )
_____   )

## PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs, through their counsel, submit the following disclosures pursuant to Rule 26(a)(1)
of the Federal Rules of Civil Procedure:

1.       **The name and, if known, the address and telephone number of each individual
likely to have discoverable information relevant to disputed facts alleged with particularity in
the pleading identifying the subjects of the information.**

Lay Witnesses:  See Attachment A.

Additional witnesses may include any of the Defendant's hiring personnel, management, or
any other employees who have otherwise witnessed the violations alleged in Plaintiffs' complaint.
Discovery is continuing and ongoing and Plaintiffs reserve the right to supplement this response as
additional facts become available.

Expert Witnesses:  At this time, expert witnesses are not identified.  Plaintiffs' counsel will
provide information pursuant to the Case Management Order in this case.

EXHIBIT

FREEMAN

14   6. 5-07
     pmjb

2.       **A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.**

See Attachment B.

Additional supporting documentation may include documentation in the possession of Defendants.  Such documents may include any personnel files, postings, bids, manuals, notices, agreements, or other writings documenting the Plaintiffs' and putative class members' employment, applications for employment, and/or opportunities for advancement or lack thereof and Defendants' policies on discrimination and harassment.

Plaintiffs objects to the production of any documents which are protected by the attorney-client privilege or the work-product doctrine.  Discovery is continuing and ongoing and Plaintiffs reserve the right to supplement this response as additional facts become available.

3.       **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

The actual nominal and punitive damage amounts are currently unknown and will be determined at a later date.  This response will be supplemented as further information becomes available.  In determining the amount of Plaintiffs' damages, Plaintiffs may need to rely upon information in the possession of the Defendant to be obtained during discovery, as well as the opinion of an expert or experts.

4.       **For inspection and copying as under Rule 34 any insurance agreement under**

which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    Not applicable to Plaintiffs.

    Respectfully submitted this 3rd day of February, 2003.

DAVID SANFORD, D.C. Bar No. 457933
ERIC BACHMAN, KY Bar. No. 88122
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
202-467-4123 / 202-467-4489 (facsimile)

GRANT MORRIS, Washington D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
7 DUPONT CIRCLE, N.W.
SUITE 250
WASHINGTON, D.C. 20036
202-331-4707

PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA, LLP**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863

*Attorneys for Plaintiffs*

which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

     Not applicable to Plaintiffs.

     Respectfully submitted this 3rd day of February, 2003.

DAVID SANFORD, D.C. Bar No. 457933
ERIC BACHMAN, KY Bar. No. 88122
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
202-467-4123 / 202-467-4489 (facsimile)

GRANT MORRIS, Washington D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
7 DUPONT CIRCLE, N.W.
SUITE 250
WASHINGTON, D.C. 20036
202-331-4707

PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA, LLP**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863

*Attorneys for Plaintiffs*

3

# ATTACHMENT A

Lay Witness Testimony:[1]

1.    Vivian Bert

    a)    Donna Phillips
       Oklahoma Department of Transportation
       200 N. E. 21st Street
       Oklahoma City, OK 73105

Phillips may have knowledge of Bert's character, qualifications, level of experience, and job performance.

    b)    Clyde W. Thomas
       Oklahoma Department of Transportation
       200 N. E. 21st Street
       Oklahoma City, OK 73105

Thomas may have knowledge of Bert's character, qualifications, level of experience, and job performance.

2.    Thaddeus Freeman

      None at this time.

3.    Darrell Carter

    a)    Mark Collins
       223 9th Street
       Ashland, KY 4110

Collins may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

    b)    Susan Lester
       AK Steel, HR Manager
       P.O. Box 191
       Ashland, KY 41105

---

[1] Witnesses are listed according to the Plaintiff to whose claims they are believed to be most directly relevant. Plaintiffs reserve the right to take the position that such testimony is relevant to the claims of other Plaintiffs and/or the claims of the putative class.

4

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel.  Lester may also have information regarding race discrimination in hiring at AK Steel.

    c)       Darlene Denise Carter
              908 South 8th St.
              Ironton, OH 45638

D. Carter may have information regarding race discrimination in hiring at AK Steel.  He also may have knowledge of Carter's character, qualifications, and level of experience.

    d)       Marnie Carter
              908 South 8th St.
              Ironton, OH 45638

M. Carter may have information regarding race discrimination in hiring at AK Steel.  She also may have knowledge of Carter's character, qualifications, and level of experience.

4.     Edward James Lewis

    a)       Allen Roberts
              P.O. Box 552
              Middletown, OH 45044

Roberts may have information regarding race discrimination in hiring, promotions, training, and terms and conditions of employment at AK Steel.  He also has knowledge of Lewis's character, qualifications, level of experience, and job performance.

5.     Timothy Oliphant

       None at this time.

6.     Mary Harris

       None at this time.

7.     Roderique Russell

       None at this time.

8.     Kay Jackson

FROM:                                    (MON) 2. 3'03 16:51/ST. 16:49/NO. 4863410133 P  8

a)    Brooks Carmichael Jackson
       1223 Winifred St.
       Greenup, KY 41144

B. Jackson may have information regarding race discrimination in hiring, promotions,
training, and terms and conditions of employment at AK Steel.  He also has knowledge of
Jackson's character, qualifications, level of experience, and job performance.

b)    Roger Grundman, Jr.
       Tenneco Packaging
       18 Peck Avenue
       P.O. Box 148
       Glens Falls, New York 12801-0148

Grundman may have knowledge of Jackson's character, qualifications, level of
experience, and job performance.

c)    Mimi Louiso
       Tenneco Packaging
       9960 Raquet Club Lane
       Glen Allen, VA 23060

Louiso may have knowledge of Jackson's character, qualifications, level of experience,
and job performance.

d)    Gary Hamm
       Tenneco Packaging/AVI
       300 Harris Road
       Wurtland, KY 41144

Hamm may have knowledge of Jackson's character, qualifications, level of experience,
and job performance.

e)    Jackie Smith
       Tenneco Packaging/AVI
       300 Harris Road
       Wurtland, KY 41144

Smith may have knowledge of Jackson's character, qualifications, level of experience,
and job performance.

f)    Garry R. Lewis
       Tenneco Packaging/AVI

6

300 Harris Road
Wurtland, KY 41144

Lewis may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

9.    Marnie Carter

   a)    Darrell Carter
          901 South 7th St.
          Ironton, OH 45638

Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

   b)    Darlene Denise Carter
          908 South 8th St.
          Ironton, OH 45638

D. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

   c)    Susan Lester
          AK Steel, HR Manager
          P.O. Box 191
          Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

10.    Darlene Denise Carter

   a)    Darrell Carter
          901 South 7th St.
          Ironton, OH 45638

Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

   b)    Marnie Carter
          908 South 8th St.

7

Ironton, OH 45638

M. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

c)    Susan Lester
      AK Steel, HR Manager
      P.O. Box 191
      Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

11.    Dwight Lewis

a)    Susan Lester
      AK Steel, HR Manager
      P.O. Box 191
      Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Lewis's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

12.    Michael Miller

a)    Jessica Hicks

Hicks, an employee of the Defendant, may have information regarding Miller's application for employment with the AK Steel. Hicks may also have information regarding race discrimination in hiring at AK Steel.

b)    Ella Moreland
      Heidelberg Web Systems
      4900 Webster Street
      Dayton, Ohio 45414

Moreland may have knowledge of Miller's character, qualifications, level of experience, and job performance.

13.    Ronald Sloan

8

FROM
. (MON) 2. 3' 03 16:52/ST. 16:49/NO. 4863410135 P 11

a)    Jessica Hicks

Hicks, an employee of the Defendant, may have information regarding Sloan's application for employment with the AK Steel. Hicks may also have information regarding race discrimination in hiring at AK Steel.

14.    Donald Edwards

        None at this time.

15.    Shawn Pryor

        None at this time.

16.    Tiffany Jackson

a)    Rodney Cosby
       1202 Winifred St.
       Greenup, KY 41144

Cosby may have information regarding race discrimination in hiring, promotions, training, and terms and conditions of employment at AK Steel. He also has knowledge of Jackson's character, qualifications, level of experience, and job performance.

b)    Susan Lester
       AK Steel, HR Manager
       P.O. Box 191
       Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Jackson's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

c)    Pat Amitrano
       Department of Puclic Works
       11 Wurtz Avenue
       Utica, NY 13502

Amitrano may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

d)    James Mack
       User Friendly Software Systems

9

FROM:

Case 1:02-cv-00467-SSB-TSH    Document 117-3    Filed 07/12/2007    Page 40 of 44
(MON) 2. 3' 03 16:52/ST. 16:49/NO. 4863410133 P 12

239 Genesee Street
Utica, NY 13502

Mack may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

e)    Brian Boyle
Liebert Corporation
3040 South 9th Street
Ironton, OH 45638

Boyle may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

17.    Allen Roberts

None at this time.

10

FROM
(MON) 2. 3' 03 16:52/ST. 16:49/NO. 4863410133 P 13

## <u>ATTACHMENT B</u>

1.     Vivian Bert

>       Tax returns from 1999, 2000, and 2001
>       Resume
>       EEOC Charge
>       Job application
>       Notebook

2.     Thaddeus Freeman

>       Tax returns from 1999, 2000 and 2001
>       EEOC Charge
>       Correspondence related to EEOC charge
>       Resume

3.     Darrell Carter

>       None at this time.

4.     Edward James Lewis

>       None at this time.

5.     Timothy Oliphant

>       None at this time.

6.     Mary Harris

>       Tax returns from 1999, 2000 and 2001
>       EEOC Charge
>       Resume

7.     Roderique Russell

>       None at this time.

8.     Kay Jackson

>       W2 Wage and Tax Statements 1999, 2000, 2001
>       EEOC Documents

11

02/03/03  MON 16:46  [TX/RX NO 5201]

Case 1:02-cv-00467-SSB-TSH    Document 117-3    Filed 07/12/2007    Page 42 of 44
(MON) 2. 3' 03 16:53/ST. 16:49/NO. 4863410133 P 14

FROM

> Resume
> Letters of Recommendation
> Copies of prescriptions
> Notice of Dismissal
> Copy of high school diploma
> Copy of application to Shawnee Medical Center

9.    Marnie Carter

> None at this time.

10.    Darlene Denise Carter

> None at this time.

11.    Dwight Lewis

> Calender
> Tax Returns 1999, 2000, 2001
> Resume
> EEOC Charge and related Documents

12.    Michael Miller

> Tax Returns 2000, 2001
> Resume
> Transcript, Sinclair Community College, Associate of Applied Science
> Letter of Recommendation
> EEOC Charge and related Documents
> Work Force Reduction Notification, Heidelberg Web Systems

13.    Ronald Sloan

> Tax Returns: 1999, 2000, 2001
> EEOC charge
> Resumes
> Certificate of Discharge from Active Military Duty, Honorable
> Certificate regarding Naval Training and Experience
> cover letter
> electronics certificate

14.    Donald Edwards

FROM

(MON) 2. 3' 03 16:53/ST. 16:49/NO. 4863410133 P 15

None at this time.

15.    Shawn Pryor

      W2 Wage and Tax Statements: 1999, 2000, 2001
      High School Diploma
      Dipoloma, Miami University of Ohio, BA

16.    Tiffany Jackson

      Tax Returns: 1999, 2000 and 2001
      EEOC Charge and Related Documents
      Resume
      Calendar notes
      Letters of reference
      Paralegal certificate
      Forklift certificate

17.    Allen Roberts

      None at this time.*

*At present, Plaintiffs continue to review documents in the possession of Roberts and will supplement these initial disclosures as soon as practicable.

13

FROM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs' Initial Disclosures was served this 3rd day

of February, 2003, via facsimile and first-class mail, postage prepaid, upon:


    ROGER A. WEBER

    **TAFT, STETTINIUS & HOLLISTER LLP**

    1800 FIRSTAR TOWER

    425 WALNUT STREET

    CINCINNATI, OH 452023959

    Telephone: (513) 381-2838

    Facsimile: (513) 381-0205


*Attorney for Plaintiffs*