Department of the Treasury — Internal Revenue Service

**Form 1040A   U.S. Individual Income Tax Return** (99) **2004**   IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See instructions.)

Your first name and initial: MARY L   Last name: HARRIS

Your social security number: [redacted]

**Use the IRS label.** Otherwise, please print or type.

If a joint return, spouse's first name and initial   Last name

Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

5576 MONTGOMERY ROAD

⚠ **Important!** ⚠ You must enter your SSN(s) above.

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code

CINCINNATI   OH   45212

**Presidential Election Campaign** (See instructions.)

Note. Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ......

You: ☐ Yes  ☒ No     Spouse: ☐ Yes  ☐ No

**Filing status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☒ Married filing separately. Enter spouse's SSN above and full name here ► FREDERICK HARRIS
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself.   If someone can claim you as a dependent, do not check box 6a ............
b ☐ Spouse ...................
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Boxes checked on 6a and 6b ..... 1

No. of children on 6c who:
• lived with you ......
• did not live with you due to divorce or separation .....

Dependents on 6c not entered above ..

If more than six dependents, see instructions.

d Total number of exemptions claimed ..........................   Add numbers on lines above ► 1

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 ......................   7   20,919.
8a Taxable interest. Attach Schedule 1 if required ....................   8a
 b Tax-exempt interest. Do not include on line 8a .......   8b
9a Ordinary dividends. Attach Schedule 1 if required ..................   9a
 b Qualified dividends (see instructions) .............   9b
10 Capital gain distributions (see instructions) ........................   10
11a IRA distributions ........ 11a           11b Taxable amount ...... 11b
12a Pensions and annuities ... 12a          12b Taxable amount ...... 12b
13 Unemployment compensation and Alaska Permanent Fund dividends ......................   13

If you did not get a W-2, see instructions.

14a Social security benefits ............ 14a   14b Taxable amount ...... 14b

Enclose, but do not attach, any payment.

15 Add lines 7 through 14b (far right column). This is your **total income** ......... ► 15   20,919.

**Adjusted gross income**

16 Educator expenses (see instructions) ..............   16
17 IRA deduction (see instructions) ...............   17
18 Student loan interest deduction (see instructions) ........   18
19 Tuition and fees deduction (see instructions) ..........   19
20 Add lines 16 through 19. These are your **total adjustments** .................   20

21 Subtract line 20 from line 15. This is your **adjusted gross income** ............ ► 21   20,919.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form **1040A** (2004)

FDIA1312   10/28/04

**CONFIDENTIAL**

Form 1040A (2004)   MARY L HARRIS                                                                                                     Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income) ............................................... 22 | 20,919. |
| | 23a | Check if: ☐ You were born before January 2, 1940, ☐ Blind / ☐ Spouse was born before January 2, 1940, ☐ Blind  Total boxes checked ► 23a | |
| | b | If you are married filing separately and your spouse itemizes deductions, see instructions and check here ► 23b ☐ | |
| **Standard Deduction for —** | 24 | Enter your **standard deduction** (see left margin) ...................................................... 24 | 4,850. |
| • People who checked any box on line 23a or 23b **or** who can be claimed as a dependent, see instructions. | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter 0 ................. 25 | 16,069. |
| | 26 | If line 22 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 22 is over $107,025, see the worksheet in the instructions ............... 26 | 3,100. |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income** ► 27 | 12,969. |
| • All others: Single or Married filing separately, $4,850 | 28 | **Tax,** including any alternative minimum tax (see instructions) ......................... 28 | 1,589. |
| | 29 | Credit for child and dependent care expenses. Attach Schedule 2 ............ 29 | |
| | 30 | Credit for the elderly or the disabled. Attach Schedule 3 ........ 30 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 31 | Education credits. Attach Form 8863 ............... 31 | |
| | 32 | Retirement savings contributions credit. Attach Form 8880 ... 32 | |
| | 33 | Child tax credit (see instructions) ....................... 33 | |
| | 34 | Adoption credit. Attach Form 8839 ................. 34 | |
| Head of Household, $7,150 | 35 | Add lines 29 through 34. These are your **total credits** .............................. 35 | |
| | 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0- .................... 36 | 1,589. |
| | 37 | Advance earned income credit payments from Form(s) W-2 ........................ 37 | |
| | 38 | Add lines 36 and 37. This is your **total tax** ................................................... ► 38 | 1,589. |
| | 39 | Federal income tax withheld from Forms W-2 and 1099 ...... 39   1,186. | |
| If you have a qualifying child, attach Schedule EIC. | 40 | 2004 estimated tax payments and amount applied from 2003 return ................................................ 40 | |
| | 41a | **Earned income credit (EIC)** ............................. 41a | |
| | b | Nontaxable combat pay election.   41b | |
| | 42 | Additional child tax credit. Attach Form 8812 ................. 42 | |
| | 43 | Add lines 39, 40, 41a, and 42. These are your **total payments** ............................ ► 43 | 1,186. |
| **Refund** | 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you **overpaid** .............................................. 44 | |
| | 45a | Amount of line 44 you want refunded to you ...................................... ► 45a | |
| Direct deposit? See instructions and fill in 45b, 45c, and 45d. | ► b | Routing number ........... ► c Type: ☐ Checking  ☐ Savings | |
| | ► d | Account number ........... | |
| | 46 | Amount of line 44 you want **applied to your 2005 estimated tax** ...................... 46 | |
| **Amount you owe** | 47 | **Amount you owe.** Subtract line 43 from line 38. For details on how to pay, see instructions ............................................ ► 47 | 403. |
| | 48 | Estimated tax penalty (see instructions) ................ 48 | |
| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? .......... ☐ Yes. Complete the following.  ☒ **No** | | |
| | Designee's name ►             Phone no. ►           Personal identification number(PIN) ► | | |
| **Sign here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. | | |
| Joint return? See instructions. | Your signature           Date    Your occupation  TELEMARKETING    Daytime phone number | | |
| Keep a copy for your records. | Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation | | |
| **Paid preparer's use only** | Preparer's signature ►          Date         Check if self-employed ☐    Preparer's SSN or PTIN | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ►  Self-Prepared                EIN  Phone no. | | |

FDIA1312   10/28/04                                                                                                  Form **1040A** (2004)

**CONFIDENTIAL**

# Form W-2 Wage and Tax Statement 2004
▶ Keep for your records

| Name | Social Security Number |
|---|---|
| MARY L HARRIS | [redacted] |

Check if for spouse .................... ▶ ☐

Military: Complete **Part VI** on Page 2 below

**a** Control number ............. 003910 18/DEQ
**b** Employer's ID number ......... 31-0961669
**c** Employer's name, address, and ZIP code
RDI MARKETING SERVICES, INC.
Street    9920 CARVER ROAD
City      CINCINNATI
State     OH    ZIP Code    45242-5520
Check box if foreign address (see Help) ......... ☐

**Check box to transfer items d and e below from Federal Information Worksheet** ......... ☐
**d** Employee's social security number . [redacted]
**e** Employee's name, address, and ZIP code
First    MARY                    M.I.
Last     HARRIS
Street   5576 MONTGOMERY ROAD
City     CINCINNATI
State    OH    ZIP Code    45212
Check box if foreign address (see Help) ..... ☐

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Wages, tips, other compensation | 20,919.06 | 2 | Federal income tax withheld | 1,186.13 |
| 3 | Social security wages | 21,790.71 | 4 | Social security tax withheld | 1,351.03 |
| 5 | Medicare wages and tips | 21,790.71 | 6 | Medicare tax withheld | 315.97 |
| 7 | Social security tips | | 8 | Allocated tips | |
| 9 | Advance EIC payment | | 10 | Dependent care benefits | |
| 11 | Nonqualified plans | | | Distributions from sect. 457 and nonqualified plans (Important, see Help) | |
| 12 | Enter box 12 below | | | | |

13 Statutory employee .................................. ☐
   Retirement plan ..................................... ☒ X
   Third-party sick pay ................................ ☐

14 If you have entries in box 14, click .. ▶ | HERE | then
   select Help before making any entries for box 14.

| Box 12 Code | Box 12 Amount | If Box 12 code is: |
|---|---|---|
| D | 871.65 | A: Enter amount attributable to RRTA Tier 2 tax ... |
| | | M: Enter amount attributable to RRTA Tier 2 tax ... |
| | | P: Double click to link to Form 3903, line 4 ...... |
| | | R: Enter MSA contribution for   Taxpayer ......... |
| | |                                 Spouse .......... |
| | | G: Check if employer is **not** a state or local government ............. ☐ |

| Box 15 State | Employer's state I.D. no. | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| OH | 51-5505832 | 20,919.06 | 539.29 |

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| BLUE ASH | 21,790.71 | 217.91 | OH |

**Box 14**   If Military combat pay is shown in box 14, you MUST COMPLETE Part VI on Page 2 below.
If you also enter combat pay in box 14, use "Type Code" T (Other), even if it is identified
as "Q" on the actual Form W-2. The Box 14 "type" code is specific to TurboTax
and may not be the same as single letter descriptions entered on some W-2s (See Help).

| Description | Amount | Type | TurboTax description of Type |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CONFIDENTIAL

# IT 1040 Ohio Income Tax Return 2004

For the year Jan 1 - Dec 31, 2004 or other taxable year ending _____

Social Security Numbers must be entered below.

**Your first name:** MARY **Initial:** L **Last name:** HARRIS
**Your social security number:** [redacted]

**Filing Status — check only one:**
- Single or Head of Household
- Married filing jointly
- X Married filing separately, enter spouse's SSN

**Home address:** 5576 MONTGOMERY ROAD
**Ohio county:** Hami
**City:** CINCINNATI **State:** OH **ZIP code:** 45212
**Ohio Public School District Number:** 3101

**Ohio Residency Status:** X Resident
**Ohio Political Party Fund:** No X

## INCOME

| Line | Description | Amount |
|---|---|---|
| 1 | Federal Adjusted Gross Income | 20,919. |
| 2 | Ohio Adjustments | |
| 3 | Ohio Adjusted Gross Income | 20,919. |
| 4 | Multiply your personal and dependent exemptions 1 times $1,300 | 1,300. |
| 5 | Ohio Taxable Income (subtract line 4 from line 3) | 19,619. |

## TAX AND CREDITS

| Line | Description | Amount |
|---|---|---|
| 6 | Tax on line 5 | 432. |
| 7 | Credits from Schedule B | |
| 8 | Ohio Tax less Schedule B Credits | 432. |
| 9 | Exemption Credit: 1 times $20 | 20. |
| 10 | Ohio Tax less Exemption Credit | 412. |
| 11 | Joint Filing Credit | |
| 12 | Ohio Tax less Joint Filing Credit | 412. |
| 13 | Resident/Nonresident/Part-Year Credits | |
| 14 | Ohio Income Tax | 412. |
| 15 | Interest Penalty on Underpayment of Estimated Tax | |
| 16 | Unpaid Ohio Use Tax | |
| 17 | Total Ohio Tax | 412. |

## PAYMENTS

| Line | Description | Amount |
|---|---|---|
| 18 | Ohio Tax Withheld | 539. |
| 19 | Ohio Estimated Tax, IT 40P Payments | |
| 20 | Refundable Business Jobs Credit 20a / Refundable Pass-through Entity Credit 20b | |
| 21 | Total Payments | 539. |

## REFUND OR AMOUNT YOU OWE

| Line | Description | Amount |
|---|---|---|
| 22 | Amount You Owe | |
| 23 | Amount Overpaid | 127. |
| 24 | Amount of line 23 to DONATE for wildlife | |
| 25 | Amount of line 23 to DONATE for nature preserves | |
| 26 | Amount of line 23 credited to 2005 estimated tax | |
| 27 | Your Refund | 127. |

**Preparer's address:** Self-Prepared

CONFIDENTIAL   12/14/04

Form IT-1040     MARY L HARRIS

## Schedule A — Adjustments to Income (Additions and Deductions)

**Additions — add to the extent not included in federal adjusted gross income (line 1)**

| # | Description | Amount |
|---|---|---|
| 28 | Add non-Ohio state or local government interest and dividends | 28● |
| 29 | Add Pass-through Entity addback | 29● |
| 30 | Add income from an electing small business trust (ESBT — see instructions) | 30● |
| 31 | Other, Check all that apply: | |
| a | ☐ Federal interest and dividends subject to state taxation and miscellaneous federal tax adjustments | |
| b | ☐ Reimbursement of college tuition expenses and fees deducted in any previous year(s) | |
| c | ☐ Losses from sale or disposition of Ohio Public Obligations | |
| d | ☐ Non-medical withdrawals from an Ohio Medical Savings Account | |
| e | ☐ Reimbursements of expenses previously deducted for Ohio income tax purposes but only if the reimbursement is not in FAGI | |
| f | ☐ Non-education expenditures from College Savings Account | |
| g | ☐ Add back the depreciation adjustment for IRC sections 168(k) and 179 | |
|  | Total of a through g | 31● |
| 32 | Total additions (add lines 28 through 31) | 32● |

**Deductions — see limitations in Instructions**

| # | Description | Amount |
|---|---|---|
| 33 | Deduct federal interest and dividends exempt from state taxation | 33● |
| 34 | Deduct compensation earned in Ohio by full-year residents of neighboring states and certain income earned by military nonresidents ...... **Check box if you are a military nonresident** ☐ | 34● |
| 35 | Deduct state or municipal income tax overpayments (see instructions) | 35● |
| 36 | Deduct disability and survivorship benefits (does not include pension continuations) | 36● |
| 37 | Deduct qualifying social security benefits and some railroad benefits | 37● |
| 38 | Deduct contributions to CollegeAdvantage 529 savings plan and/or purchases of tuition credits | 38● |
| 39 | Deduct qualified tuition expenses paid to an eligible Ohio educational institution | 39● |
| 40 | Deduct Un-subsidized health insurance/long term care insurance and excess medical expenses (see worksheet) | 40● |
| 41 | Deduct funds deposited into and earnings of a Medical Savings Account for eligible medical expenses (see worksheet) | 41● |
| 42 | Deduct losses from an electing small business trust (ESBT — see instructions) | 42● |
| 43 | Other. Check all that apply: | |
| a | ☐ Wage and salary expense not deducted due to the federal targeted jobs or the work opportunity tax credits | |
| b | ☐ Interest income from Ohio Public Obligations and Ohio Purchase Obligations and gains from the sale or disposition of Ohio Public Obligations | |
| c | ☐ Refund or reimbursements shown on federal Form 1040, line 21, for itemized deductions claimed on a prior year federal income tax return | |
| d | ☐ Repayment of income reported in a prior year and miscellaneous federal tax adjustments | |
| e | ☐ Amount contributed to an Individual Development Account | |
| f | ☐ Depreciation expense adjustment for IRC sections 168(k) and 179 | |
|  | Total of a through f | 43● |
| 44 | Total Deductions (add lines 33 through 43) | 44● |
| 45 | Net adjustments — If line 32 is GREATER than line 44, enter the difference here and on line 2 as a positive amount. If line 32 is LESS than line 44, enter the difference here and on line 2 as a negative amount | 45● |

*CONFIDENTIAL*

ATTACH W2 & 1099R FORMS

## Schedule B — Credits

| # | Description | Amount |
|---|---|---|
| 46 | Retirement Income Credit (see instructions for credit table) **(Limit — $200)** | 46● |
| 47 | Senior Citizen Credit **(Limit — $50 per return)** | 47● |
| 48 | Lump Sum Distribution Credit (you must be 65 years of age or older to claim this credit) | 48● |
| 49 | Child and Dependent Care Credit (see instructions and worksheet) | 49● |
| 50 | Lump Sum Retirement Credit | 50● |
| 51 | Job Training Credit (see instructions and worksheet) **(Limit — $500 single; $1,000 joint, if both spouses qualify)** | 51● |
| 52 | Ohio Political Contributions Credit **(Limit — $50 single; $100 joint)** | 52● |
| 53 | Ohio Adoption Credit **(Limit — $500 per adoption)** | 53● |
| 54 | Total Credits (add lines 46 through 53) — enter here and on line 7 | 54● |

## Schedule C — Ohio Resident

| # | Description | Amount |
|---|---|---|
| 55 | Enter the portion of line 3 subjected to tax by other states or the District of Columbia while an Ohio resident | 55● |
| 56 | Enter Ohio Adjusted Gross Income (line 3) | 56 |
| 57 | Divide line 55 by line 56 _____ % Multiply by the amount on line 12 | 57 |
| 58 | Enter the 2004 income tax less all related credits other than withholding and estimated tax payments and carry-forwards from previous years paid to other states or the District of Columbia | 58● |
| 59 | Enter the smaller of line 57 or line 58. This is your Ohio Resident Tax Credit. Enter here and on line 13 List the state(s) other than Ohio with which you filed 2004 Income Tax Returns _____ | 59 |

OHIA0512    12/14/04

## Schedule D — Nonresident/Part-Year Resident

| # | Description | Amount |
|---|---|---|
| 60 | Enter the portion of Ohio Adjusted Gross Income (line 3) that was not earned or received in Ohio (attach calculation) | 60● |
| 61 | Enter the Ohio Adjusted Gross Income (line 3) | 61 |
| 62 | Divide line 60 by line 61 _____ % Multiply by the amount on line 12. Enter here and on line 13 | 62 |

| Form **1040A** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** (99) **2005** | IRS Use Only — Do not write or staple in this space. |
|---|---|---|

| Label<br>(See instructions.)<br><br>Use the<br>IRS label.<br>Otherwise,<br>please print<br>or type. | Your first name and initial: MARY L    Last name: HARRIS<br>If a joint return, spouse's first name and initial    Last name<br><br>Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.<br>5576 MONTGOMERY ROAD<br>City, town or post office. If you have a foreign address, see instructions.    State    ZIP code<br>CINCINNATI    OH   45212 | OMB No. 1545-0074<br>Your social security number<br>[redacted]<br>Spouse's social security number<br>[redacted]<br>▲ You must enter ▲<br>your SSN(s) above<br><br>Checking a box below will not change your tax or refund |

Presidential Election Campaign ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) .... ► ☐ You  ☐ Spouse

**Filing status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☒ Married filing separately. Enter spouse's SSN above and full name here ► FREDERICK HARRIS
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

If more than six dependents, see instructions.

6a ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a ..............
b ☐ Spouse
c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Boxes checked on 6a and 6b ..... 1
No. of children on 6c who:
• lived with you ......
• did not live with you due to divorce or separation .....
Dependents on 6c not entered above ..

d Total number of exemptions claimed .................................... Add numbers on lines above ► 1

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 25,846. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule 1 if required | 8a | 5. |
| b | Tax-exempt interest. Do not include on line 8a     8b | | |
| 9a | Ordinary dividends. Attach Schedule 1 if required | 9a | |
| b | Qualified dividends (see instructions)     9b | | |
| 10 | Capital gain distributions (see instructions) | 10 | |
| 11a | IRA distributions ............. 11a     11b Taxable amount ....... | 11b | |
| 12a | Pensions and annuities ........ 12a     12b Taxable amount ....... | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends | 13 | |
| 14a | Social security benefits ........ 14a     14b Taxable amount ....... | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income** ► | 15 | 25,851. |

**Adjusted gross income**

| 16 | Educator expenses (see instructions) | 16 | |
|---|---|---|---|
| 17 | IRA deduction (see instructions) | 17 | |
| 18 | Student loan interest deduction (see instructions) | 18 | |
| 19 | Tuition and fees deduction (see instructions) | 19 | |
| 20 | Add lines 16 through 19. These are your total **adjustments** | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income** ► | 21 | 25,851. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form 1040A (2005)

**CONFIDENTIAL**

FDIA1312    10/27/05

Form 1040A (2005)   MARY L HARRIS   Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 Enter the amount from line 21 (adjusted gross income) | 22 | 25,851. |
| | 23a Check if: ☐ You were born before January 2, 1941,  ☐ Blind  — Total boxes checked ▶ 23a ☐
         ☐ Spouse was born before January 2, 1941,  ☐ Blind | | |
| | b If you are married filing separately and your spouse itemizes deductions, see instructions and check here ▶ 23b ☐ | | |
| **Standard Deduction for —** | 24 Enter your **standard deduction** (see left margin) | 24 | 5,000. |
| • People who checked any box on line 23a or 23b **or** who can be claimed as a dependent, see instructions. | 25 Subtract line 24 from line 22. If line 24 is more than line 22, enter -0- | 25 | 20,851. |
| | 26 If line 22 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 26 | 3,200. |
| | 27 Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income** ▶ | 27 | 17,651. |
| • All others: | 28 **Tax**, including any alternative minimum tax (see instructions) | 28 | 2,286. |
| Single or Married filing separately, $5,000 | 29 Credit for child and dependent care expenses. Attach Schedule 2 ... 29 | | |
| | 30 Credit for the elderly or the disabled. Attach Schedule 3 ...... 30 | | |
| Married filing jointly or Qualifying widow(er), $10,000 | 31 Education credits. Attach Form 8863 ...... 31 | | |
| | 32 Retirement savings contributions credit. Attach Form 8880 ... 32 | | |
| | 33 Child tax credit (see instructions). Attach Form 8901 if required ...... 33 | | |
| Head of Household, $7,300 | 34 Adoption credit. Attach Form 8839 ...... 34 | | |
| | 35 Add lines 29 through 34. These are your **total credits** | 35 | |
| | 36 Subtract line 35 from line 28. If line 35 is more than line 28, enter -0- | 36 | 2,286. |
| | 37 Advance earned income credit payments from Form(s) W-2 | 37 | |
| | 38 Add lines 36 and 37. This is your **total tax** ▶ | 38 | 2,286. |
| | 39 Federal income tax withheld from Forms W-2 and 1099 ...... 39   1,630. | | |
| **If you have a qualifying child, attach Schedule EIC.** | 40 2005 estimated tax payments and amount applied from 2004 return ...... 40 | | |
| | 41a **Earned income credit (EIC)** ...... 41a | | |
| | b Nontaxable combat pay election. 41b | | |
| | 42 Additional child tax credit. Attach Form 8812 ...... 42 | | |
| | 43 Add lines 39, 40, 41a, and 42. These are your **total payments** ▶ | 43 | 1,630. |
| **Refund** | 44 If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you **overpaid** | 44 | |
| Direct deposit? See instructions and fill in 45b, 45c, and 45d. | 45a Amount of line 44 you want **refunded to you** ▶ | 45a | |
| | ▶ b Routing number   ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d Account number | | |
| | 46 Amount of line 44 you want **applied to your 2006 estimated tax** ...... 46 | | |
| **Amount you owe** | 47 **Amount you owe.** Subtract line 43 from line 38. For details on how to pay, see instructions ▶ | 47 | 656. |
| | 48 Estimated tax penalty (see instructions) ...... 48 | | |
| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ...... ☐ Yes. Complete the following.  ☒ No |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ |
| **Sign here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. |
| Joint return? See instructions. Keep a copy for your records. | Your signature   Date   Your occupation TELEMARKETING   Daytime phone number |
| | Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation | | |
| **Paid preparer's use only** | Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶   Self-Prepared   EIN   Phone no. |

FDIA1312   10/27/05   CONFIDENTIAL   Form 1040A (2005)

Form **W-2**  **Wage and Tax Statement**  **2005**
► Keep for your records

| Name | Social Security Number |
|---|---|
| MARY L HARRIS | ███████ |

Check if for spouse ................▶ ☐    Military: Complete **Part VI** on Page 2 below

- **a** Control number ............... 003910 18/DEQ
- **b** Employer's ID number ......... 31-0961669
- **c** Employer's name, address, and ZIP code
  RDI MARKETING SERVICES, INC.

  Street  4350 GLENDALE-MILFORD RD.
  City    CINCINNATI
  State   OH    ZIP Code  45242-5520
  Check box if foreign address (see Help) ....... ☐

**Check box to transfer items d and e below from Federal Information Worksheet** .......... [X]

- **d** Employee's social security No ... ███████
- **e** Employee's name, address, and ZIP code
  First  MARY       M.I. L
  Last   HARRIS
  Street 5576 MONTGOMERY ROAD
  City   CINCINNATI
  State  OH    ZIP Code  45212
  Check box if foreign address (see Help) ..... ☐

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Wages, tips, other compensation | 25,845.79 | 2 | Federal income tax withheld | 1,630.47 |
| 3 | Social security wages | 26,922.67 | 4 | Social security tax withheld | 1,669.21 |
| 5 | Medicare wages and tips | 26,922.67 | 6 | Medicare tax withheld | 390.39 |
| 7 | Social security tips | | 8 | Allocated tips | |
| 9 | Advance EIC payment | | 10 | Dependent care benefits | |
| 11 | Nonqualified plans | | | Distributions from sect. 457 and nonqualified plans (Important, see Help) | |
| 12 | Enter box 12 below | | | | |
| 13 | Statutory employee | ☐ | | | |
|    | Retirement plan | [X] | | | |
|    | Third-party sick pay | ☐ | | | |

**14** Enter box 14 below **after** entering boxes 18, 19, and 20.
**NOTE:** Enter box 15 **before** entering box 14.

| Box 12 Code | Box 12 Amount | If Box 12 code is: |
|---|---|---|
| D | 1,076.88 | A: Enter amount attributable to RRTA Tier 2 tax _____ |
| | | M: Enter amount attributable to RRTA Tier 2 tax _____ |
| | | P: Double click to link to Form 3903, line 4 .... |
| | | R: Enter MSA contribution for   Taxpayer ...... _____ |
| | |                               Spouse ....... _____ |
| | | G: Check if employer is **not** a state or local government ............. ☐ |

| Box 15 State | Employer's state I.D. no. | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| OH | 51-5505832 | 25,845.79 | 736.38 |

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| BLUE ASH | 26,922.67 | 269.23 | OH |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select Other). |
|---|---|---|
| | | |

CONFIDENTIAL

# IT 1040 OHIO Income Tax Return 2005

PLEASE PRINT USE ONLY BLACK INK DO NOT ATTACH OR STAPLE TO THIS FORM

For the year Jan 1 - Dec 31, 2005 or other taxable year ending _____

Social security numbers must be entered below.

| Your first name | Initial | Last name |
|---|---|---|
| MARY | L | HARRIS |

Your social security number: [redacted]

**Filing status — check only one**
- [ ] Single or head of household
- [ ] Married filing jointly
- [X] Married filing separately — enter spouse's SSN

If a joint return, spouse's first name / Initial / Last name

Spouse's SSN (if joint return): [redacted]

Home address (number and street): 5576 MONTGOMERY ROAD   Apt No.

Ohio county: Hami

City, town or post office: CINCINNATI   State: OH   ZIP code: 45212

Ohio public school district number (see instructions.): 3101

**Ohio Residency Status (see instructions)**
- [X] Resident
- [ ] Part-year resident from ____ 05 to ____ 05
- [ ] Nonresident _____ state of residence

**Ohio Political Party Fund**  Yes  No
Do you want $1 to go to this fund? ..... [ ] [X]
If joint return, does your spouse want $1 to go to this fund? [ ] [ ]
Note: Checking 'Yes' will not increase your tax or decrease your refund.

## INCOME

| # | Description | Amount |
|---|---|---|
| 1 | Federal adjusted gross income (from federal form 1040, line 37; or 1040A, line 21; or 1040EZ, line 4) | 25,851. |
| 2 | Ohio adjustments (from line 48 on page 2 of this return) | |
| 3 | Ohio adjusted gross income (line 2 added to or subtracted from line 1) | 25,851. |
| 4 | Multiply your personal and dependent exemptions __1__ times $1,350 and enter the result here | 1,350. |
| 5 | Ohio taxable income (subtract line 4 from line 3) | 24,501. |

## TAX AND CREDITS

| # | Description | Amount |
|---|---|---|
| 6 | Tax on line 5 (see tax tables in the instructions) | 619. |
| 7 | Credits from Schedule B (line 58 on page 2 of this return) | |
| 8 | Ohio tax less Schedule B credits (Subtract line 7 from line 6. If line 7 is more than line 6, enter zero.) | 619. |
| 9 | Exemption credit: Number of personal and dependent exemptions __1__ times $20 | 20. |
| 10 | Ohio tax less exemption credit. (Subtract line 9 from line 8. If line 9 is more than line 8, enter zero.) | 599. |
| 11 | Joint filing credit (see instructions and attach documentation) ____ % times line 10 (Limit $650) | 0. |
| 12 | Ohio tax less joint filing credit (Subtract line 11 from line 10. If line 11 is more than line 10, enter zero.) | 599. |
| 13 | Resident/nonresident/part-year credits (Schedules C or D) and nonrefundable business credits (attach Schedule E) | |
| 14 | Ohio income tax before mfg equipment grant. (Sub ln 13 from ln 12. If ln 13 is more than ln 12, enter zero.) | 599. |
| 15 | Manufacturing equipment grant. **You must attach the grant request form** NEW | |
| 16 | Ohio income tax. (Subtract line 15 from line 14. If line 15 is more than line 14, enter zero.) | 599. |
| 17 | Interest penalty on underpayment of estimated tax: Check [ ] if Form IT 2210 is attached | |
| 18 | Unpaid Ohio use tax (please see worksheet in the instructions) The amount you show on this line is part of your total income tax liability for this year. | |
| 19 | Total Ohio tax (add line 16, 17, and 18) | 599. |

## PAYMENTS

| # | Description | Amount |
|---|---|---|
| 20 | Ohio Tax Withheld (box 17 on your W-2) (attach W-2's to page 2 of this form) ... AMOUNT WITHHELD ► | 736. |
| 21 | Ohio estimated tax, IT 40P payments for 2005, and 2004 overpayment credited to 2005 | |
| 22 | Refundable business jobs Credit 22a _____ attach certificates   Refundable pass-through entity Credit 22b _____ (attach K-1's)   Total of lines 22a and 22b | |
| 23 | Add lines 20, 21, and 22 ... TOTAL PAYMENTS ► | 736. |

GO paperless. It's FREE! Try I-File. *tax.ohio.gov* File electronically and receive your refund in 5-7 days by direct deposit!

## REFUND OR AMOUNT YOU OWE

| # | Description | Amount |
|---|---|---|
| 24 | **Amount You Owe** (if line 23 is less than line 19, subtract line 23 from line 19). See instructions. Check here [ ] and enclose form IT 40P if you are making a payment — make check payable to Ohio Treasurer of State. Check here [ ] if you have paid or will pay with an electronic check or credit card ... AMOUNT YOU OWE ► | |
| 25 | If line 23 is GREATER than line 19, subtract line 19 from line 23 ... AMOUNT OVERPAID ► | 137. |
| 26 | Amount of line 25 to be credited to 2006 estimated income tax liability ..... CREDIT ► | |
| 27 | Amount of line 25 you wish to donate to the Military Injury Relief Fund ..... NEW | |
| 28 | Amount of line 25 you wish to donate for nature preserves, scenic rivers and protection of endangered species | |
| 29 | Amount of line 25 you wish to donate for Ohio's wildlife species and conservation of endangered wildlife | |
| 30 | Amount of line 25 to be refunded (Subtract amounts on lns 26, 27, 28 and 29 from ln 25) .. YOUR REFUND ► | 137. |

IF THE BALANCE DUE IS LESS THAN $1.01, PAYMENT NEED NOT BE MADE, AND IF THE OVERPAYMENT IS LESS THAN $1.01, NO REFUND WILL BE ISSUED. I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.

## SIGN HERE

Your signature ► _____  Date _____

Spouse's signature (if filing jointly, BOTH must sign) ► _____  Phone number (optional) _____

Preparer's signature _____  Preparer's phone number _____

Preparer's address (including zip code): Self-Prepared

For Department Use Only: ____ U

**NO Payment Enclosed — Mail to**
Ohio Department of Taxation
P.O. Box 2679
Columbus, OH 43270-2679

**Payment Enclosed — Mail to**
Ohio Department of Taxation
P.O. Box 2057
Columbus, OH 43270-2057

**CONFIDENTIAL**   OHIA0512   01/10/06

Form IT 1040    MARY L HARRIS

## Schedule A — Adjustments to Income (Additions and Deductions)

**Additions — add to the extent not included in federal adjusted gross income (line 1)**

31. Add non-Ohio state or local government interest and dividends ............................................. 31•
32. Add pass-through entity add-back ............................................................................. 32•
33. Add income from an electing small business trust (ESBT — see instructions) ......................... 33•
34. Other. Check all that apply:
    a. ☐ Federal interest and dividends subject to state taxation and miscellaneous federal tax adjustments
    b. ☐ Reimbursement of college tuition expenses and fees deducted in any previous year(s)
    c. ☐ Losses from sale or disposition of Ohio public obligations
    d. ☐ Non-medical withdrawals from an Ohio medical savings account and miscellaneous federal tax adj
    e. ☐ Reimbursements of expenses previously deducted for Ohio income tax purposes, but only if the reimbursement is not in FAGI
    f. ☐ Noneducation expenditures from college savings account
    g. ☐ Add back the depreciation adjustment for IRC sections 168(k) and 179
    Total of a through g .................................................................................. 34•
35. Total additions (add lines 31 through 34) ................................................................. 35•

**Deductions — see limitations in Instructions**

36. Deduct federal interest and dividends exempt from state taxation ..................................... 36•
37. Deduct compensation earned in Ohio by full-year residents of neighboring states and certain income earned by military nonresidents ...... **Check box if you are a military nonresident** .... ☐ ............ 37•
38. Deduct state or municipal income tax overpayments (see instructions) ............................... 38•
39. Deduct disability and survivorship benefits (does not include pension continuations) .............. 39•
40. Deduct qualifying social security benefits and some railroad benefits ................................. 40•
41. Deduct contributions to CollegeAdvantage 529 savings plan and/or purchases of tuition credits ..... 41•
42. Deduct qualified tuition expenses paid to an eligible Ohio educational institution ................... 42•
43. Deduct unsubsidized health insurance, long-term care insurance and excess medical expenses (see worksheet) .... 43•
44. Deduct funds deposited into, and earnings of, a medical savings account for eligible medical expenses (see worksheet) .... 44•
45. Deduct losses from an electing small business trust (ESBT — see instructions) ..................... 45•
46. Other. Check all that apply:
    a. ☐ Wage and salary expense not deducted due to the federal targeted jobs or the work opportunity tax credits
    b. ☐ Interest income from Ohio public obligations and Ohio purchase obligations and gains from the sale or disposition of Ohio public obligations
    c. ☐ Refund or reimbursements shown on federal form 1040, line 21, for itemized deductions claimed on a prior year federal income tax return
    d. ☐ Repayment of income reported in a prior year and miscellaneous federal tax adjustments
    e. ☐ Amount contributed to an individual development account
    f. ☐ Depreciation expense adjustment for IRC sections 168(k) and 179
    Total of a through f .................................................................................. 46•
47. Total deductions (add lines 36 through 46) ................................................................. 47•
48. Net adjustments — If line 35 is GREATER than line 47, enter the difference here and on line 2 as a positive amount. If line 35 is LESS than line 47, enter the difference here and on line 2 as a negative amount ................... 48•

## Schedule B — Credits

49. Retirement income credit (see instructions for credit table) **(Limit — $200 per return)** ............. 49•
50. Senior citizen credit **(limit — $50 per return)** ............................................................. 50•
51. Lump-sum distribution credit (you must be 65 years of age or older to claim this credit) ............ 51•
52. Child care and dependent care credit (see instructions and worksheet) .............................. 52•
53. Lump-sum retirement credit .................................................................................... 53•
54. If line 5 is less than or equal to $10,000, enter $107; otherwise, enter zero or leave blank ........... **NEW** 54•
55. Job training credit (see instructions and worksheet) **(limit — $500 per taxpayer)** ................... 55•
56. Ohio political contributions credit **(limit — $50 per taxpayer)** ......................................... 56•
57. Ohio adoption credit **(limit — $500 per child)** ............................................................ 57•
58. Total credits (add lines 49 through 57) — enter here and on line 7 ................................... 58•

## Schedule C — Ohio Resident

59. Enter the portion of line 3 subjected to tax by other states or the District of Columbia while an Ohio res (new limitation — see in insts) .... 59•
60. Enter Ohio adjusted gross income (line 3) ................................................................ 60•
61. Divide line 59 by line 60 _____ % Multiply by the amount on line 12 ........................... 61•
62. Enter the 2005 income tax, less all credits other than withholding and estimated tax payments and overpayment carryforwards from previous years, paid to other states or the District of Columbia (new limitation — see line instructions) .............. 62•
63. Enter the smaller of line 61 or line 62. This is your Ohio resident tax credit. Enter here and on line 13 ..... 63•
    List the state(s) other than Ohio with which you filed 2005 income tax returns
    _____  _____  _____  _____  _____

OHIA0512   01/10/06

## Schedule D — Nonresident/Part-Year Resident

64. Enter the portion of Ohio adjusted gross income (line 3) that was not earned or received in Ohio (attach form IT 2023) .............. 64•
65. Enter the Ohio adjusted gross income (line 3) .............................................................. 65•
66. Divide line 64 by line 65 _____ % Multiply by the amount on line 12. Enter here and on line 13 .......... 66•

CONFIDENTIAL

Form **1040A**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** (99) **2006**    IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions.)

Your first name and initial: MARY L    Last name: HARRIS

Your social security number: [redacted]

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name and initial    Last name

Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.
5576 MONTGOMERY ROAD

▲ You must enter your SSN(s) above ▲

City, town or post office. If you have a foreign address, see instructions.    State    ZIP code
CINCINNATI    OH    45212

Checking a box below will not change your tax or refund

**Presidential Election Campaign**    ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ... ► ☐ You  ☐ Spouse

**Filing status**
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here ► FREDERICK HARRIS
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

Check only one box.

**Exemptions**

6a ☒ Yourself.  If someone can claim you as a dependent, **do not** check box 6a..........

Boxes checked on 6a and 6b ..... 1

b ☐ Spouse ..........................

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

No. of children on 6c who:
• lived with you .......
• did not live with you due to divorce or separation .....

Dependents on 6c not entered above ..

d Total number of exemptions claimed ................

Add numbers on lines above ► 1

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 ...............  7    26,417.
8a Taxable interest. Attach Schedule 1 if required ................  8a
 b Tax-exempt interest. Do not include on line 8a........  8b
9a Ordinary dividends. Attach Schedule 1 if required ............  9a
 b Qualified dividends (see instructions) ........  9b
10 Capital gain distributions (see instructions) ................  10
11a IRA distributions .......  11a           11b Taxable amount ......  11b
12a Pensions and annuities ..  12a           12b Taxable amount ......  12b    3,191.
13 Unemployment compensation, Alaska Permanent Fund dividends, and jury duty pay ....................  13
14a Social security benefits ........  14a           14b Taxable amount ......  14b
15 Add lines 7 through 14b (far right column). This is your **total income** ........ ►  15    29,608.

**Adjusted Gross Income**

16 Penalty on early withdrawal of savings (see instructions) .....  16
17 IRA deduction (see instructions) .............................  17
18 Student loan interest deduction (see instructions) ...........  18
19 Jury duty pay you gave your employer (see instructions) .....  19
20 Add lines 16 through 19. These are your **total adjustments** ...............  20

21 Subtract line 20 from line 15. This is your **adjusted gross income** ........ ►  21    29,608.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form 1040A (2006)

FDIA1312  11/13/06

**CONFIDENTIAL**

Form 1040A (2006)  MARY L HARRIS                                                                 Page 2

| Tax, credits, and payments | | | |
|---|---|---|---|
| | 22 Enter the amount from line 21 (adjusted gross income) | 22 | 29,608. |
| | 23a Check if: ☐ You were born before January 2, 1942,  ☐ Blind  ☐ Spouse was born before January 2, 1942,  ☐ Blind  Total boxes checked ▶ 23a | | |
| | b If you are married filing separately and your spouse itemizes deductions, see instructions and check here ▶ 23b ☐ | | |

Standard Deduction for —
• People who checked any box on line 23a or 23b **or** who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $5,150
Married filing jointly or Qualifying widow(er), $10,300
Head of Household, $7,550

| | | | |
|---|---|---|---|
| 24 | Enter your **standard deduction** (see left margin) | 24 | 5,150. |
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0- | 25 | 24,458. |
| 26 | If line 22 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 26 | 3,300. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income** ▶ | 27 | 21,158. |
| 28 | **Tax**, including any alternative minimum tax (see instructions) | 28 | 2,799. |
| 29 | Credit for child and dependent care expenses. Attach Schedule 2 ............ 29 | | |
| 30 | Credit for the elderly or the disabled. Attach Schedule 3 ...... 30 | | |
| 31 | Education credits. Attach Form 8863 ................. 31 | | |
| 32 | Retirement savings contributions credit. Attach Form 8880 ... 32 | | |
| 33 | Child tax credit (see instructions). Attach Form 8901 if required ................ 33 | | |
| 34 | Add lines 29 through 33. These are your **total credits** | 34 | |
| 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0- | 35 | 2,799. |
| 36 | Advance earned income credit payments from Form(s) W-2, box 9 | 36 | |
| 37 | Add lines 35 and 36. This is your **total tax** ▶ | 37 | 2,799. |
| 38 | Federal income tax withheld from Forms W-2 and 1099 ...... 38  2,910. | | |
| 39 | 2006 estimated tax payments and amount applied from 2005 return ................ 39 | | |

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 40a | Earned income credit (EIC) ................. 40a | | |
| | b Nontaxable combat pay election. **40b** | | |
| 41 | Additional child tax credit. Attach Form 8812 ......... 41 | | |
| 42 | Credit for federal telephone excise tax paid. Attach Form 8913 if required .... 42  30. | | |
| 43 | Add lines 38, 39, 40a, 41, and 42. These are your **total payments** ▶ | 43 | 2,940. |

**Refund**

Direct deposit? See instructions and fill in 45b, 45c, and 45d or Form 8888.

| | | | |
|---|---|---|---|
| 44 | If line 43 is more than line 37, subtract line 37 from line 43. This is the amount you **overpaid** | 44 | 141. |
| 45a | Amount of line 44 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 45a | 141. |
| | ▶ b Routing number .......... XXXXXXXXX  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d Account number .......... XXXXXXXXXXXXXXXXX | | |
| 46 | Amount of line 44 you want **applied to your 2007 estimated tax** ................ 46 | | |

**Amount you owe**

| | | | |
|---|---|---|---|
| 47 | **Amount you owe**. Subtract line 43 from line 37. For details on how to pay, see instructions ▶ | 47 | |
| 48 | Estimated tax penalty (see instructions) ............ 48 | | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ........ ☐ Yes. Complete the following.  ☒ No

Designee's name ▶                    Phone no. ▶                    Personal identification number (PIN) ▶

**Sign here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation TELEMARKETING | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

**Paid preparer's use only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | Self-Prepared | | EIN |
| | | | Phone no. |

FDIA1312  11/13/06                                                                 Form **1040A** (2006)

CONFIDENTIAL

| | | |
|---|---|---|
| Form **5329** | **Additional Taxes on Qualified Plans (Including IRAs), and Other Tax-Favored Accounts** | OMB No. 1545-0074 **2006** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040 or Form 1040NR. ► See separate instructions. | Attachment Sequence No. **29** |

| Name of individual subject to additional tax. If married filing jointly, see the instructions. | Your social security number |
|---|---|
| MARY L HARRIS | [redacted] |

| Fill in Your Address Only If You Are Filing This Form by Itself and Not With Your Tax Return ► | Home address (number and street), or P.O. box if mail is not delivered to your home | Apartment number |
|---|---|---|
| | City, town or post office    State    ZIP code | If this is an amended return, check here ....... ► ☐ |

If you **only** owe the additional 10% tax on early distributions, you may be able to report this tax directly on Form 1040, line 60, or on Form 1040NR, line 55, without filing Form 5329. See the instructions for Form 1040, line 60, or for Form 1040NR, line 55.

### Part I — Additional Tax on Early Distributions

Complete this part if you took a taxable distribution (other than a qualified hurricane distribution), before you reached age 59-1/2, from a qualified retirement plan (including an IRA) or modified endowment contract (unless you are reporting this tax directly on Form 1040—see above). You may also have to complete this part to indicate that you qualify for an exception to the additional tax on early distributions or for certain Roth IRA distributions (see instructions).

| | | | |
|---|---|---|---|
| 1 | Early distributions included in income. For Roth IRA distributions, see instructions | 1 | 3,191. |
| 2 | Early distributions included on line 1 that are not subject to the additional tax (see instructions). Enter the appropriate exception number from the instructions: __12__ | 2 | 3,191. |
| 3 | Amount subject to additional tax. Subtract line 2 from line 1 | 3 | |
| 4 | Additional tax. Enter 10% (.10) of line 3. Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | 4 | |

**Caution:** *If any part of the amount on line 3 was a distribution from a SIMPLE IRA, you may have to include 25% of that amount on line 4 instead of 10% (see instructions).*

### Part II — Additional Tax on Certain Distributions From Education Accounts

Complete this part if you included an amount in income, on Form 1040, line 21, from a Coverdell education savings account (ESA) or a qualified tuition program (QTP).

| | | | |
|---|---|---|---|
| 5 | Distributions included in income from Coverdell ESAs and QTPs | 5 | |
| 6 | Distributions included on line 5 that are not subject to the additional tax (see instructions) | 6 | |
| 7 | Amount subject to additional tax. Subtract line 6 from line 5 | 7 | |
| 8 | Additional tax. Enter 10% (.10) of line 7. Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | 8 | |

### Part III — Additional Tax on Excess Contributions to Traditional IRAs

Complete this part if you contributed more to your traditional IRAs for 2006 than is allowable or you had an amount on line 17 of your 2005 Form 5329.

| | | | | |
|---|---|---|---|---|
| 9 | Enter your excess contributions from line 16 of your 2005 Form 5329 (see instructions). If zero, go to line 15 | | 9 | |
| 10 | If your traditional IRA contributions for 2006 are less than your maximum allowable contribution, see instructions. Otherwise, enter -0- | 10 | | |
| 11 | 2006 traditional IRA distributions included in income (see instructions) | 11 | | |
| 12 | 2006 distributions of prior year excess contributions (see instructions) | 12 | | |
| 13 | Add lines 10, 11, and 12 | | 13 | |
| 14 | Prior year excess contributions. Subtract line 13 from line 9. If zero or less, enter -0- | | 14 | |
| 15 | Excess contributions for 2006 (see instructions) | | 15 | |
| 16 | Total excess contributions. Add lines 14 and 15 | | 16 | |
| 17 | Additional tax. Enter 6% (.06) of the **smaller** of line 16 or the value of your traditional IRAs on December 31, 2006 (including 2006 contributions made in 2007). Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | | 17 | |

### Part IV — Additional Tax on Excess Contributions to Roth IRAs

Complete this part if you contributed more to your Roth IRAs for 2006 than is allowable or you had an amount on line 25 of your 2005 Form 5329.

| | | | | |
|---|---|---|---|---|
| 18 | Enter your excess contributions from line 24 of your 2005 Form 5329 (see instructions). If zero, go to line 23 | | 18 | |
| 19 | If your Roth IRA contributions for 2006 are less than your maximum allowable contribution, see instructions. Otherwise, enter -0- | 19 | | |
| 20 | 2006 distributions from your Roth IRAs (see instructions) | 20 | | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Prior year excess contributions. Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | |
| 23 | Excess contributions for 2006 (see instructions) | | 23 | |
| 24 | Total excess contributions. Add lines 22 and 23 | | 24 | |
| 25 | Additional tax. Enter 6% (.06) of the **smaller** of line 24 or the value of your Roth IRAs on December 31, 2006 (including 2006 contributions made in 2007). Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | | 25 | |

CONFIDENTIAL

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    FDIA5012    12/21/06    Form **5329** (2006)

### Part V — Additional Tax on Excess Contributions to Coverdell ESAs

Complete this part if the contributions to your Coverdell ESAs for 2006 were more than is allowable or you had an amount on line 33 of your 2005 Form 5329.

| # | Description | | |
|---|---|---|---|
| 26 | Enter the excess contributions from line 32 of your 2005 Form 5329 (see instructions). If zero, go to line 31 | 26 | |
| 27 | If the contributions to your Coverdell ESAs for 2006 were less than the maximum allowable contribution, see instructions. Otherwise, enter -0- ..... 27 | | |
| 28 | 2006 distributions from your Coverdell ESAs (see instructions) ..... 28 | | |
| 29 | Add lines 27 and 28 | 29 | |
| 30 | Prior year excess contributions. Subtract line 29 from line 26. If zero or less, enter -0- | 30 | |
| 31 | Excess contributions for 2006 (see instructions) | 31 | |
| 32 | Total excess contributions. Add lines 30 and 31 | 32 | |
| 33 | **Additional tax.** Enter 6% (.06) of the **smaller** of line 32 **or** the value of your Coverdell ESAs on December 31, 2006 (including 2006 contributions made in 2007). Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | 33 | |

### Part VI — Additional Tax on Excess Contributions to Archer MSAs

Complete this part if you or your employer contributed more to your Archer MSAs for 2006 than is allowable or you had an amount on line 41 of your 2005 Form 5329.

| # | Description | | |
|---|---|---|---|
| 34 | Enter the excess contributions from line 40 of your 2005 Form 5329 (see instructions). If zero, go to line 39 | 34 | |
| 35 | If the contributions to your Archer MSAs for 2006 are less than the maximum allowable contribution, see instructions. Otherwise, enter -0- ..... 35 | | |
| 36 | 2006 distributions from your Archer MSAs from Form 8853, line 10 ..... 36 | | |
| 37 | Add lines 35 and 36 | 37 | |
| 38 | Prior year excess contributions. Subtract line 37 from line 34. If zero or less, enter -0- | 38 | |
| 39 | Excess contributions for 2006 (see instructions) | 39 | |
| 40 | Total excess contributions. Add lines 38 and 39 | 40 | |
| 41 | **Additional tax.** Enter 6% (.06) of the **smaller** of line 40 **or** the value of your Archer MSAs on December 31, 2006 (including 2006 contributions made in 2007). Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | 41 | |

### Part VII — Additional Tax on Excess Contributions to Health Savings Accounts (HSAs)

Complete this part if you, someone on your behalf, or your employer contributed more to your HSAs for 2006 than is allowable or you had an amount on line 49 of your 2005 Form 5329.

| # | Description | | |
|---|---|---|---|
| 42 | Enter the excess contributions from line 48 of your 2005 Form 5329. If zero, go to line 47 | 42 | |
| 43 | If the contributions to your HSAs for 2006 are less than the maximum allowable contribution, see instructions. Otherwise, enter -0- ..... 43 | | |
| 44 | 2006 distributions from your HSAs from Form 8889, line 14 ..... 44 | | |
| 45 | Add lines 43 and 44 | 45 | |
| 46 | Prior year excess contributions. Subtract line 45 from line 42. If zero or less, enter -0- | 46 | |
| 47 | Excess contributions for 2006 (see instructions) | 47 | |
| 48 | Total excess contributions. Add lines 46 and 47 | 48 | |
| 49 | **Additional tax.** Enter 6% (.06) of the **smaller** of line 48 **or** the value of your HSAs on December 31, 2006 (including 2006 contributions made in 2007). Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | 49 | |

### Part VIII — Additional Tax on Excess Accumulation in Qualified Retirement Plans (Including IRAs)

Complete this part if you did not receive the minimum required distribution from your qualified retirement plan.

| # | Description | | |
|---|---|---|---|
| 50 | Minimum required distribution for 2006 (see instructions) | 50 | |
| 51 | Amount actually distributed to you in 2006 | 51 | |
| 52 | Subtract line 51 from line 50. If zero or less, enter -0- | 52 | |
| 53 | **Additional tax.** Enter 50% (.50) of line 52. Include this amount on Form 1040, line 60, or Form 1040NR, line 55 | 53 | |

**Signature.** Complete **only** if you are filing this form by itself and not with your tax return.

Please Sign Here

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Your signature _____  Date _____

Paid Preparer's Use Only

| Preparer's signature ▶ | CONFIDENTIAL | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address and ZIP code ▶ | | | EIN | |
| | | | Phone no. | |

FDIA5012   12/21/06                                                       Form **5329** (2006)

Form **W-2** | **Wage and Tax Statement** | **2006**
--- | --- | ---
 | ► Keep for your records | 

**Name**
MARY L HARRIS

**Social Security Number**
[redacted]

Check if for spouse ....................► [ ]

**Military:** Complete **Part VI** on Page 2 below

a Control number ............... 003910 18/DEQ
b Employer's ID number ......... 31-0961669
c Employer's name, address, and ZIP code
RDI MARKETING SERVICES, INC.

Street  4350 GLENDALE-MILFORD RD.
City    CINCINNATI
State   OH       ZIP Code  45242-5520
Check box if foreign address (see Help) ......... [ ]

**Check box to transfer items d and e below
from Federal Information Worksheet** ........... [X]
d Employee's social security No ... [redacted]
e Employee's name, address, and ZIP code
First  MARY              M.I. L
Last   HARRIS            Suff.
Street 5576 MONTGOMERY ROAD
City   CINCINNATI
State  OH       ZIP Code  45212
Check box if foreign address (see Help)...... [ ]

1 Wages, tips, other compensation         26,416.75
2 Federal income tax withheld              2,909.73
3 Social security wages                   27,337.12
4 Social security tax withheld             1,694.89
5 Medicare wages and tips                 27,337.12
6 Medicare tax withheld                      396.39
7 Social security tips
8 Allocated tips
9 Advance EIC payment
10 Dependent care benefits
11 Nonqualified plans
Distributions from sect. 457 and nonqualified plans (Important, see Help)
12 Enter box 12 below
13 Statutory employee ........ [ ]
   Retirement plan .......... [X]
   Third-party sick pay ...... [ ]
14 Enter box 14 below **after** entering boxes 18, 19, and 20.
**NOTE:** Enter box 15 **before** entering box 14.

| Box 12 Code | Box 12 Amount | If Box 12 code is: |
|---|---|---|
| D | 920.37 | A: Enter amount attributable to RRTA Tier 2 tax |
|   |        | M: Enter amount attributable to RRTA Tier 2 tax |
|   |        | P: Double click to link to Form 3903, line 4 ..... |
|   |        | R: Enter MSA contribution for   Taxpayer ...... |
|   |        |                                  Spouse ....... |
|   |        | G: Check if employer is **not** a state or local government ............. [ ] |

| Box 15 State | Employer's state I.D. no. | Box 16 State wages, tips, etc. | Box 17 State income tax |
|---|---|---|---|
| OH | 51-5505832 | 26,416.75 | 738.32 |

| Box 20 Locality name | Box 18 Local wages, tips, etc. | Box 19 Local income tax | Associated State |
|---|---|---|---|
| BLUE ASH | 27,337.12 | 273.38 | OH |

| Box 14 Description or Code on Actual Form W-2 | Amount | TurboTax Identification of Description or Code (Identify this item by selecting the identification from the drop down list. If not on the list, select Other). |
|---|---|---|
|   |   |   |

**CONFIDENTIAL**

Distributions from Pensions, IRAs, etc. 2006
▶ Keep for your records

| Name | Social Security Number |
|---|---|
| MARY L HARRIS | ███████ |

Source Form: 1099-R ▶ [X]  CSA-1099-R ▶ [ ]  CSF-1099-R ▶ [ ]  RRB-1099-R ▶ [ ]

If Spouse's 1099-R, check this box ▶ [ ]   Corrected [ ]

This section is for RRB-1099-R use only

Payer's name, street address, city, state, and ZIP code.
If payer's address is outside the U.S., check box ........ [ ]
JOHN HANCOCK LIFE INS. CO. (U.S.A.)
INQUIRIES WWW.JHPENSIONS.COM
P.O. BOX 640
BUFFALO       NY   14201-0640

| | Payer's Federal identification number | Recipient's identification number |
|---|---|---|
| | 01-0233346 | 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 |

Check to transfer Recipient's information from Federal Information Worksheet ............ [ ]
Recipient's name
MARY L HARRIS

Street address (including apartment number)
5576 MONTGOMERY ROAD

City             State  ZIP code
CINCINNATI       OH     45212-1849
If recipient's address is outside the U.S., check box ........ [ ]

Account number
███████

Special use code for first state (See Help) ............ ▶ ____
Special use code for second state (See Help) .......... ▶ ____

1st year of desig. Roth contrib.
_____

1  Gross distribution                 $    3,190.64
2a Taxable amount (See Help)          $    3,190.64
2b Taxable amount not determined ▶[ ]    Total distribution ▶[ ]
3  Capital gain (included in box 2a)  $
4  Federal income tax withheld        $
5  Employee contributions /Designated Roth contribtns or insurance premiums  $
6  Net unrealized appreciation in employer securities  $
7  Distribn code(s)    IRA/SEP/SIMPLE
   1st code [ 1 ]
   2nd code [  ]
8  Other   $    %
9a Your percentage of total distribution  ____%
9b Total employee contributions  $
10 State tax withheld   $
11 Payer's State / state no.  OH / 52-216555 4
12 State distribution   $    3,190.64
13 Local tax withheld   $
14 Name of locality
15 Local distribution   $

▶ Check if NOT from a qualified retirement plan or IRA (see Help)  ▶[ ]
▶ If box 7 code is J or T, check if a qualified distribution (see Help)  ▶[ ]
▶ If box 7 code is J, enter amount used for first time home purchase
▶ If box 7 code is 2 or 5, check if this distribution is from a Roth IRA (See Help)  ▶[ ]

▶ Rollovers   Important.   Do not enter a Roth conversion or recharacterization as a rollover.
              Enter conversions and recharacterizations on lines B and C on page 2.
              Entire distribution rolled over ........ ▶[ ] or amount of partial rollover ........

▶ Inherited IRA   If this distribution is from an inherited IRA, indicate the distribution is from the IRA of
              ▶ Spouse and treat as recipient's own (this is treated as a rollover) ............... ▶[ ]
              ▶ Recipient, but was originally inherited from a spouse (treated as recipient's IRA) ... ▶[ ]
              ▶ Spouse and not treat as recipient's own (taxable amount must be in box 2a) ...... ▶[ ]
              ▶ Someone other than a spouse (taxable amount must be in box 2a) ............... ▶[ ]

▶ Insurance       Amount of insurance premiums deductible on Schedule A ......................

▶ Qualified Charitable Distribution   Enter IRA distributions made directly by the trustee
                                     to a qualified charitable organization ........................

▶ RMD   If this is a distribution from a traditional IRA or qualified retirement plan, and
        if this is a Required Minimum Distribution (RMD) (See Help),
        Entire gross is RMD ..... ▶[ ] or the amount of gross distbn that is the RMD ..........

CONFIDENTIAL