UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. 1:02CV467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | |
| v. | : | Magistrate Judge Hogan |
| | : | |
| AK STEEL CORPORATION, | : | |
| | : | **NOTICE OF FILING DEPOSITIONS** |
| Defendant. | : | |

Please take notice that Defendant has filed the transcripts of the depositions of Thaddeus R. Freeman and Mary L. Harris, taken June 5, 2007, together with the exhibits thereto, with the Clerk of the United States District Court on July 12, 2007.

        Respectfully submitted,

        s/ Gregory Parker Rogers
        Lawrence J. Barty (0016002)
        barty@taftlaw.com
        Gregory Parker Rogers (0042323)
        rogers@taftlaw.com
        Patricia Anderson Pryor (0069545)
        pryor@taftlaw.com
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202
        (513) 381-2838
        (513) 381-0205 (fax)

        Trial Attorneys for Defendant

**Certificate of Service**

I hereby certify that on July 12, 2007, I electronically filed the foregoing Notice of Filing Depositions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Donahue, Robert Childs, Herman N. Johnson, Jr., Wiggins, Childs, Quinn & Pantazis, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203; Paul H. Tobias and David Kammer, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202; and David Sanford, Sanford, Wittels & Heisler, L.L.P., 2121 K Street, N.W., Suite 700, Washington, D.C. 20037

        s/ Gregory Parker Rogers
        Gregory Parker Rogers (0042323)
        rogers@taftlaw.com
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202
        (513) 381-2838
        (513) 381-0205 (fax)

        Attorney for Defendant