# EXHIBIT 29

**From:** Susan G. Donahue [mailto:SDonahue@wcqp.com]
**Sent:** Wednesday, August 01, 2007 9:42 AM
**To:** Rogers, Gregory P.
**Cc:** Bob Childs; Rusty Johnson
**Subject:** RE: Please see attached correspondence

Greg,

We haven't set a new deposition time for her deposition. We want to take her deposition as to her declaration for the decertification motion before the deadline for our response which is August 23.

We were also thinking this morning that if you would be willing to withdraw Mary Nunlist's declaration and have Richard Nunlist testify to the same facts, we would not need to depose Mary. That may leave us some time on August 17 to depose Jessica Morris as to the facts in her declaration in support of decertification. We could depose her again in September as the 30(b)(6) witness regarding reasons for not hiring the plaintiffs. Please note that our 30(b)(6) notice was not restricted to the Middletown plaintiffs.

Let me know what you thoughts are.

Thanks.

Susan