# EXHIBIT 30

**From:** Rogers, Gregory P. [mailto:rogers@taftlaw.com]
**Sent:** Wednesday, August 01, 2007 9:29 AM
**To:** Susan G. Donahue
**Subject:** RE: Please see attached correspondence

Susan, with regard to Jessica, I don't want to have her deposed twice. Let's pick a date for her. I would think the Nunlist depositions would be rather short and I would think you could get Jessica in on the same date. But that is a decision for you all.

With regard to the Ashland plaintiffs, each was not considered for employment because they did not pass the test. If you want to depose Susan Lester about this you can, but we would be willing to stipulate to this.

I'm not sure that Richard Nunlist can testify to the same things as Mary Jane, so I don't think we're in a position to substitute.

Greg