# EXHIBIT NO. 31

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 473-2007-00245 |

OHIO CIVIL RIGHTS COMMISSION _____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.) Mr. Donald Edwards

**HOME TELEPHONE** (Include Area Code)

**STREET ADDRESS**     **CITY, STATE AND ZIP CODE**

**DATE OF BIRTH**

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| The Palmer Group | 15 + | (513) 422-1126 |

**STREET ADDRESS** 4302 Roosevelt Blvd.   **CITY, STATE AND ZIP CODE** Middletown, OH 45044   **COUNTY**

**NAME**     **TELEPHONE NUMBER** (Include Area Code)

**STREET ADDRESS**     **CITY, STATE AND ZIP CODE**     **COUNTY**

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☒ RETALIATION   ☐ NATIONAL ORIGIN   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIE[ST]
Approx. September 15, 2006

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1) On approximately September 8, 2006 I was asked by Cecelia Thompson if I was interested in working with the Middletown Community Center. I told Ms. Thompson that I was interested and would like the opportunity to apply for the job. Ms. Thompson informed me that I would be hired for the position, but I had to apply through the Palmer Group Temporary Employment Agency. [I] was told to wait one week before applying with the Palmer Group.

2) On approximately September 15, 2006 I went to the Palmer Group to fill out an application for the position.

3) The receptionist at the Palmer Group asked for my social security number, which I gave her. The receptionist then entered my social security number into a computer to pull up information about me.

4) After the receptionist received my social security number she went to discuss the situation with her boss. [She returned] and told me: "My boss said that it wouldn't be appropriate" to hire you. I then asked to speak to the owner, Mary Jo Palmer, but [I] was told that I could not speak to her.

5) I had previously applied for a position with AK Steel and had to go through the Palmer Group for the application process. [B]ecause of discriminatory hiring practices I was not hired by AK Steel. The Palmer Group was aware that I had filed a lawsuit [a]gainst AK Steel for racially discriminatory hiring practices.

CONTINUED.......

[I w]ant this charge filed with both the EEOC and the State or local Agency, if any. I will [ad]vise the agencies if I change my address or telephone number and I will cooperate [ful]ly with them in the processing of my charge in accordance with their procedures.

[I d]eclare under penalty of perjury that the foregoing is true and correct.

*Donald Edwards* — Charging Party (Signature)   10/20/06

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the [best of] my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Donald Edwards*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
10/20/06

6) Upon information and belief, The Palmer Group would not allow me to apply for this position because of my race, African-American, and in retaliation for the previous lawsuit I had filed against AK Steel. The Palmer Group was aware of this lawsuit and aware that I tried to apply for the AK Steel position. In fact, The Palmer Group was part of the hiring process with AK Steel.

7) Because I had already been promised the position by Middletown Community Center, the only reason Palmer would not let me apply was because of the previous lawsuit I had filed. The Palmer Group has no legitimate reason for not allowing me to apply. In fact, after I was discriminated against by the Palmer Group, Ms. Thompson informed me I could go to CBS Personnel and apply for the same position. A week later, on approximately September 22, 2006, I went to CBS and was awarded the same position with the Middletown Community Center, where I am still employed today (through CBS Personnel).

| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
|---|---|
| *Derek Edwards* (signature) | *Derek Edwards* (signature) |
| Date 10/20/06   Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 10/20/06 |

[stamp] NOV 0 1 2006 RECEIVED