**FREEDOM COURT REPORTING**

Page 102

1   IN WITNESS WHEREOF, I have hereunto set
2   my hand and seal of office at Dayton, Ohio, on
3   this ____ day of _____, 2007.
4
5   _____*Karen Rudd*_____
      KAREN M. RUDD
6   NOTARY PUBLIC, STATE OF OHIO
      My commission expires 5-21-2012
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**