# FREEDOM COURT REPORTING

Page 72

1      IN WITNESS WHEREOF, I have hereunto set

2   my hand and seal of office at Dayton, Ohio, on

3   this _ _ _ _ day of _ _ _ _ _ _ _ _, 2007.

4

5   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

    KAREN M. RUDD

6   NOTARY PUBLIC, STATE OF OHIO

    My commission expires 5-21-2012

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23