UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al. | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| v. | : | |
| | : | **THIRD DECLARATION OF** |
| AK STEEL CORPORATION | : | **PHYLLIS SHORT** |
| | : | |
| Defendant. | : | |

     Phyllis Short truthfully declares that she is competent to testify if called and she further truthfully states of her own personal knowledge as follows:

     1.     I am the Director – Human Resources for AK Steel Corporation. I have been employed by the Company for approximately 38 years. I submitted earlier declarations in this matter dated November 14, 2002 and November 30, 2005.

     2.     On March 1, 2006, when the Union representing our bargaining unit employees at our Middletown Works refused to agree to a collective bargaining agreement acceptable to the Company, AK Steel locked out our bargaining unit employees.

     3.     By agreement reached February 28, 2007, and subsequently ratified by the union membership, the lockout ended.

     4.     The new collective bargaining agreement provides for complete workforce restructuring at Middletown Works, including reducing hundreds of job classifications down to seven job classifications.

5.  AK Steel decided to update its hiring process at Middletown Works, including the pre-employment test that applicants take. AK Steel hired Select International to develop a new pre-employment test to reflect the changed needs for the workforce at Middletown Works. The new test was in place by July, 2007. The new test was designed to take into account the employment needs of the Middletown Works under the new collective bargaining agreement.

6.  AK Steel's Ashland Works continues to use the pre-employment test developed by Resource Associates. AK Steel's Middletown Works has not used the pre-employment test developed by Resource Associates since the fall of 2003. Due to the changed circumstances of the Middletown Works and the newly developed test, AK Steel's Middletown Works will no longer use the Resource Associates test.

I declare under penalty of perjury that the foregoing is true and accurate.

Signed this 6 day of September, 2007.

_____
Phyllis Short