UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VIVIAN BERT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. C-1-02-467 |
| | ) Judge Beckwith |
| AK STEEL CORPORATION, | ) Magistrate Judge Hogan |
| Defendant. | ) |

**PLAINTIFFS' REPORT REGARDING BANKRUPTCY PETITIONS FOR RONALD SLOAN, MARY HARRIS, AND THADDEUS FREEMAN**

The Plaintiffs, by and through undersigned counsel, respectfully report pursuant to this Court's Order entered September 20, 2007 (Doc. 126). The Court has ordered plaintiffs to file a report concerning (1) the status of the bankruptcy proceedings for each of the three plaintiffs, and (2) an update concerning the intent of each Trustee to pursue the Plaintiffs' claims in this case on behalf of each Plaintiff's creditors. The Plaintiffs report as follows:

**Ronald Sloan**

> *In re: Ronald E. Sloan and Tricia S. Sloan*
> Bankruptcy Petition No. 3:03-bk-34374
> U.S. Bankruptcy Court for the Southern District of Ohio (Dayton)
> Trustee: Paul Spaeth
> 130 West Second Street
> Suite 450
> Dayton, OH 45402
> (937) 223-1655

The Trustee's Motion to Reopen Case (doc. 13) and Motion to Withdraw Report of No Distribution (Doc. 14) were filed on April 25, 2007. The Objection of AK Steel Corporation to the

Motion to Reopen Case (Doc. 15) and Objection of AK Steel Corporation to Motion to Withdraw Report of No Distribution (Doc. 15) were filed on May 15, 2007 (Doc. 15). The Trustee's Reply in support of Motion to Reopen Case (Doc. 16) and Reply in support of Motion to Withdraw Report of No Distribution (Doc. 16) were filed on May 18, 2007.

A hearing was held on the motions on August 28, 2007 before Judge Lawrence S. Walter. The motions are currently pending before the Court.

If the Court allows the Sloan bankruptcy to be reopened, the Trustee intends to have plaintiffs' counsel litigate Mr. Sloan's claim in the instant case on behalf of the bankruptcy estate.

**Thaddeus Freeman**

> *In Re: Thaddeus Roland Freeman and Alfreda Janell Freeman*
> Bankruptcy Petition No. 3:03-bk-36704
> U.S. Bankruptcy Court Southern District of Ohio (Dayton)
> Trustee: Donald F. Harker
>     One First National Plaza
>     Suite 2103
>     130 W Second Street
>     Dayton, OH 45402-1503

The Trustee's Motion to Reopen Chapter 7 Proceeding was filed on June 20, 2007 (Doc. 15). Objection thereto was filed by AK Steel Corporation on July 9, 2007 (Doc. 16). A hearing before Judge Lawrence S. Walter was set for September 15, 2007 but was canceled and rescheduled to October 25, 2007 at 10:00 a.m. before Judge Walter. If the Court allows the Freeman bankruptcy to be reopened, the Trustee has informed plaintiffs' counsel that he intends to have plaintiffs' counsel litigate Mr. Freeman's claim in the instant case on behalf of the bankruptcy estate.

**Mary Harris**

> *In Re: Mary L. Harris and Frederick Harris*
> Bankruptcy Petition No. 1:03-bk-10171
> U.S. Bankruptcy Court southern District of Ohio (Cincinnati)
> Trustee: Richard D. Nelson
>     250 East Fifth Street
>     Suite 1200
>     Cincinnati, OH 45202
>     (513) 333-5255

The Court ordered the above-referenced bankruptcy case filed by Mary and Frederick Harris to be reopened by Order dated June 6, 2007. On June 8, 2007, the Court ordered that the Report of No Distribution filed March 24, 2003 in the above-referenced bankruptcy case to be stricken from the records of the Court. The Trustee has engaged the undersigned attorneys to represent the bankruptcy estate in litigating Ms. Harris' claims in the instant case. The Trustee has presented plaintiffs' counsel with an Affidavit of Disinterest to affirm that the attorneys in this case and their law firm have no connections with the Debtors, the chapter 7 Trustee or anyone else involved in Ms. Harris' bankruptcy case. Once that affidavit is completed and approved by the Trustee, the Plaintiffs will file a motion in the bankruptcy court to approve the hiring of the undersigned attorneys to litigate on behalf of Ms. Harris' bankruptcy estate. When the bankruptcy court has adopted that motion, the Plaintiffs will file a motion to intervene on behalf of the Trustee of Ms. Harris' bankruptcy estate in the instant case.

                      Respectfully submitted,

                      <u>*s/ Susan Donahue*</u>
                      Robert F. Childs, Jr. (*pro hac vice*)
                      Herman Nathaniel Johnson, Jr. (*pro hac vice*)
                      Susan Donahue (*pro hac vice*)
                      WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
                      The Kress Building

301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)


Paul Henry Tobias (OH bar No. 0032415)
TOBIAS, KRAUS & TORCHIA
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

David W. Sanford (*pro hac vice*)
SANFORD, WITTELS & HEISLER, L.L.P.
2121 K Street N.W.
Suite 700
Washington, D.C. 20037
(202) 942-9124
(202) 628-8189 (facsimile)

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically serve the following:

Mr. Gregory P. Rogers
Mr. Lawrence James Barty
Ms. Patricia Anderson Pryor,
TAFT, STETTINIUS & HOLLISTER, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

                s/ *Susan Donahue*
                OF COUNSEL