UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

    v.                        Case No. 1:02cv0467
                              (J. Beckwith ; Hogan, M.J)

AK Steel Corporation,
    Defendant(s).

_____

## NOTICE
_____

    Please take notice that the above-captioned case has been set for an Informal Discovery Conference before the Honorable Timothy S. Hogan on:

**Tuesday, November 13, 2007 at 3:00 pm**

**via telephone. Parties are instructed to contact the Court (5) minutes before the scheduled start time of the conference. (513) 564-7650.**

**\*\*Parties are also instructed to submit a one page summation regarding the discovery dispute in this matter no later than one day before the conference. Send via fax (513) 564-7663 or via email to hogan_chambers@ohsd.uscourt.gov .**

Timothy S. Hogan
United States Magistrate Judge

 s/Arthur W. Hill
Courtroom Deputy

cc:    Counsel
    awh    November 6, 2007