UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Bert, et al.,
    Plaintiff(s),

    v.                                              Case No. 1:02cv0467
                                                          (J. Beckwith ; Hogan M.J.)

AK Steel Corporation, et al.,
    Defendant(s).

_____

## NOTICE
_____

      Please take notice that the above-captioned case which had been set for an Informal Discovery Conference before Magistrate Judge Hogan on November 13, 2007 at 3:00 pm has been reset before the Honorable Timothy S. Hogan on:

**Tuesday, November 20, 2007 at 2:00 pm**

**via telephone. Parties are instructed to contact the Court via telephone (5) minutes before the scheduled start time of the conference. (513) 564-7650.**

**Parties are instructed to submit via email at least one day in advance of the conference a one page summation to the Court regarding the discovery dispute in this matter.  hogan_chambers@ohsd.uscourts.gov**

                                              Timothy S. Hogan
                                              United States Magistrate Judge

                                              S/Arthur W. Hill
                                              Arthur W. Hill
                                              Courtroom Deputy

cc:    All counsel
awh    November 8, 2007