AK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 NOV 20 P 2:46

Vivian Bert, et al.,
    Plaintiff(s),

v.

Case No. 1:02cv0467
(J. Beckwith ; Hogan, M.J)

AK Steel Corporation,
    Defendant(s).

## CIVIL MINUTES
### for an
### Informal Discovery Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Linda Smith
**COURT REPORTER: none present**
**DATE:** November 20, 2007      **TIME: 2:00 pm**

Attorney for Plaintiff(s): _____

Herman Johnson, Jr.
Susan Donahue
Paul Tobias
Robert Childs

Attorney for Defendant(s): _____

Gregory Rogers

### PROCEDURES

_X_ Counsel Present. (via telephone)

_X_ Discovery conference held.

___ Case continued for _____

_X_ Court Order/Memorandum to follow.

___ Other _____