1    A.    Yeah.

2         MS. DONAHUE:  Okay.  I just thought

3    I'd clear that up.  Okay.  We have no other

4    questions.

5         MS. PRYOR:  Great.

6         THE WITNESS:  Thank you.

7         MS. PRYOR:  Thank you.  Sorry for the

8    long day.

9         THE WITNESS:  Oh, that's all right.

10   That's all right.

11

12                    *Tracy L. Allen* (signature)
                      _____
                      Vivian D. Bert

13   **Signed by reporter pursuant to Civil Rule 30(e).**
14   **Reason:  Deposition not signed by witness within the allotted time.**

15

16        (Deposition concluded at 3:15 PM.)

17                     - - -

18

19

20

21

22

23

24

25

© Ace-Merit, LLC   (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202