C E R T I F I C A T E

STATE OF OHIO :
: SS:
COUNTY OF HAMILTON :

I, Tracy L. Allen, a duly qualified and commissioned notary public in and for the State of Ohio, do hereby certify that prior to the giving of her deposition, the within named Vivian D. Bert was by me first duly sworn to testify the truth; that the foregoing pages constitute a true and correct transcript of testimony given at said time and place by said deponent; that said deposition was taken by me in stenotypy and transcribed under my supervision; that I am neither a relative of nor attorney for any of the parties to this litigation, nor relative of nor employee of any of their counsel, and have no interest whatsoever in the result of this litigation. I further certify that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28 (D).

IN WITNESS WHEREOF, I hereunto set my hand and official seal of office, at Cincinnati, Ohio, this 7th day of May, 2007.

*Tracy L. Allen*

MY COMMISSION EXPIRES:    TRACY L. ALLEN, RPR
JULY 29, 2008.            NOTARY PUBLIC, STATE OF OHIO