1   Q.    -- for Exhibit 4?

2         MS. DONAHUE:  Okay.  That's all.

3         THE WITNESS:  Yes.

4         MS. PRYOR:  Nothing further.

5         MS. DONAHUE:  Okay.  Thank you.

6         (Deposition concluded at 3:11 p.m.)



_____
Darlene D. Carter

CORRECTIONS/CHANGES TO DEPOSITION TRANSCRIPT:

LINE        PAGE        CORRECTION:

ON Page 40 Line 19:20 I never used the word Ammally I never worked there or know that name I don't remember Page 12. Line 16 - Name Bakers is Bacon

Darlene Carter    10-18-07
Signature         Date