```
1                    C E R T I F I C A T E
2
3    STATE OF OHIO          :
4                           :  SS
5    COUNTY OF HAMILTON     :
6
7            I, Susan M. Barhorst, a Notary Public in
8    and for the State of Ohio, duly commissioned and
9    qualified, do hereby certify that prior to the
10   giving of this deposition the within-named
11   DARLENE D. CARTER was by me first duly sworn to
12   testify the truth, the whole truth, and nothing but
13   the truth; that the foregoing pages constitute a
14   true, correct, and complete transcript of the
15   testimony of said deponent, which was recorded in
16   stenotypy by me, and on the 14th day of September
17   2007 was submitted to counsel for deponent's
18   signature.
19           I further certify the within deposition was
20   duly taken before me at the time and place stated,
21   pursuant to the Federal Rules of Civil Procedure;
22   that I am not counsel, attorney, relative or
23   employee of any of the parties hereto, or their
24   counsel, or financially or in any way interested in
```

```
 1   the within action, and that I was at the time of
 2   taking said deposition a Notary Public in and for
 3   the State of Ohio.
 4           IN WITNESS WHEREOF, I have hereunto set my
 5   hand and notarial seal at Cincinnati, Ohio, this
 6   14th day of September 2007.
 7
 8
 9   _____
     Susan M. Barhorst, Notary Public
10   in and for the State of Ohio.
     My commission expires
11   February 18, 2009
12
13
14
15
16
17
18
19
20
21
22
23
24
```