UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

FOR THE WESTERN DIVISION


VIVIAN BERT, et al.,          : CASE NO. 1:02CV00467

        Plaintiffs,           : Judge Beckwith

v.                            :

AK STEEL CORPORATION,         :

        Defendant.            :

_____

        Deposition of DARRELL D. CARTER, taken on

Wednesday, August 15, 2007, commencing at 10:54

a.m., at the offices of Taft, Stettinius &

Hollister LLP, 425 Walnut Street, Suite 1800,

Cincinnati, Ohio, before Susan M. Barhorst, Notary

Public.


AROUND-THE-CLOCK REPORTING SERVICES
P. O. BOX 11008
CINCINNATI, OHIO 45211
513-481-5200

```
 1    APPEARANCES:

 2    On behalf of Plaintiffs:

 3         Susan Donahue, Esq.
           Wiggins, Childs, Quinn & Pantazis, PC
 4         The Kress Building
           301 19th Street North
 5         Birmingham, Alabama 35203

 6    On behalf of Defendant AK Steel Corporation:

 7         Patricia A. Pryor, Esq.
           Taft, Stettinius & Hollister LLP
 8         425 Walnut Street, Suite 1800
           Cincinnati, Ohio 45202-3957

 9

10    Cross-Examination

11         by Ms. Pryor                   3, 113

12         by Ms. Donahue                 112

13                         *  *  *

14    CARTER DEPOSITION EXHIBITS      MARKED/IDENTIFIED

15            1                       25

16            2                       53

17            3                       77

18            4                       83

19            5                       91

20

21

22

23

24
```

```
 1                      DARRELL D. CARTER

 2    being first duly sworn, testified as follows:

 3                      CROSS-EXAMINATION

 4    BY MS. PRYOR:

 5         Q.    Mr. Carter, my name is Patty Pryor and

 6    I represent AK Steel in a lawsuit you filed against

 7    them.

 8                 Could you state your full name for the

 9    record?

10         A.    Darrell Dennis Carter.

11         Q.    And have you ever been involved in

12    civil litigation before?

13         A.    No.

14         Q.    Have you ever testified under oath

15    before?

16         A.    Yes.

17         Q.    When was that?

18         A.    It's been years ago.  I can't recall.

19         Q.    What was it for?

20         A.    I might have been a character witness

21    for somebody or something.

22         Q.    Do you remember who it was for?

23         A.    No, I can't remember.

24         Q.    Was it a criminal trial?
```

 1      A.    I think it was.

 2      Q.    And you don't remember who?

 3      A.    No, I don't.

 4      Q.    Was it just one time?

 5      A.    Somewhere around there.

 6      Q.    Okay.  I'll kind of go over some of

 7   the rules, just to refresh you, then.  One thing

 8   that's important to do is answer out loud.  She

 9   can't take down the nods and the shaking of the

10   head.  "Ah-huh's" and "na-huh's" are also hard, so

11   try to remember verbally.  We'll try to remind you

12   if you don't.

13          If you don't hear a question, please

14   ask me to repeat it or -- yeah, repeat it.  If you

15   don't understand a question, please ask me to

16   rephrase or tell me you don't understand what I'm

17   asking for.  If you need to take a break, we can do

18   that.

19          Do you have any medical condition or

20   other problems that would prevent you from

21   truthfully testifying today?

22      A.    No.

23      Q.    Anything that would prevent you from

24   recalling events?

1      A.    Excuse me?

2      Q.    Do you have any condition or other

3  reason that would prevent you from recalling events

4  that have occurred?

5      A.    Not -- maybe just time -- you know,

6  elapsed time, you know.

7      Q.    Sure.

8      A.    It's been a long time, awhile, you

9  forget a little bit here.  Memory isn't as good as

10 it used to be.

11     Q.    Sure.  Are you taking any drugs,

12 alcohol, medication today?

13     A.    No.

14     Q.    Do you --

15     A.    I mean, I drink occasionally.

16     Q.    Have you taken a drink today?

17     A.    No.

18     Q.    Did you take any medication today that

19 you normally take?

20     A.    No, I don't take any medication.

21     Q.    You don't take any?

22     A.    No.

23     Q.    Okay.  Have you ever filed for

24 bankruptcy?

```
 1        A.    No.

 2        Q.    Have you ever been convicted of a

 3   crime?

 4        A.    Yes.

 5        Q.    What was that?

 6        A.    Felonious assault back in 19 -- I

 7   think '81.

 8        Q.    1981?

 9        A.    Yeah.

10        Q.    And where was that at?

11        A.    It was in Ironton, Ohio.

12        Q.    Did you plead guilty to it or were you

13   convicted?

14        A.    I pled guilty to a lesser charge.

15        Q.    What charge was that?

16        A.    I think it was dropped down to a -- it

17   was aggravated -- I think they dropped it down to

18   felonious assault.

19        Q.    Is that a felony or a misdemeanor?

20        A.    It was a misdemeanor.

21        Q.    It was dropped down from aggravated

22   assault?

23        A.    I think so, ma'am.  You know, it's

24   been years and stuff, you know.  My memory, like I
```

1   say, isn't as good as it used to be.

2        Q.    What were you accused of doing?

3        A.    Well, I was accused of hitting a man,

4   which was in self-defense, you know.  He had pulled

5   a knife on me.

6        Q.    Any other criminal --

7        A.    No.

8        Q.    Any other run-ins with the law?

9        A.    Na-huh.

10       Q.    No?

11       A.    No.

12       Q.    Just a reminder of the -- all right.

13             How many times did you apply at AK

14   Steel?

15       A.    I think that was my first time.

16       Q.    So you've only applied one time?

17       A.    Mm-hmm.

18       Q.    Yes?

19       A.    Yes.

20       Q.    And why did you file this lawsuit?

21       A.    Well, see, I -- I went to a job fair

22   and I had heard about -- they were doing some

23   hiring and went to a job fair.  Talked to a Miss

24   Lester and I figured since I worked in the iron

 1    plant for seven and a half years, I might have a

 2    good chance of getting on to a steel mill.  I had

 3    experience working in the iron mills, you know.

 4         Q.    Why did that lead you to file a

 5    lawsuit?

 6         A.    Well, I feel like I was discriminated

 7    against.  I had took the test.  In my terms, it was

 8    a common sense test.  You know, general knowledge,

 9    the aptitude test and mechanical and stuff.  And

10    I've taken them.  I attended Ohio University

11    branch, taken entry level tests to get in school

12    and stuff.  So I think I'm pretty well

13    knowledgeable about tests and stuff and academics.

14         Q.    And so what about that led you to

15    believe you should file a lawsuit?

16         A.    Well, I was contacted by Mr. Cosby.  I

17    had worked at AK Steel with Integrated Housekeeping

18    in the latter part of 2002.  And I had met

19    Mr. Cosby and told him that I had applied for the

20    job.  And I think he referred me to someone from

21    Middletown.  I don't know, Donald or somebody that

22    was actually filing the suit and that I should

23    apply for it or -- you know, being a litigant on

24    it.

1    Q.    And where did you meet Mr. Cosby at?

2    A.    At AK Steel.

3    Q.    And what, did he approach you or did

4    you approach him?

5    A.    I had seen him and he had looked like

6    some -- some of my wife's relatives.  And I asked

7    him if he knew any Cosbys from Jackson, Ohio 'cause

8    my wife is a -- her mothers are Cosbys (sic) and he

9    said his name was Cosby.  And we got to talking and

10   stuff.

11          And I just told him that -- we

12   mentioned about the lawsuit and stuff and then he

13   referred me to -- told me that there was a suit

14   pending against them and he'd gave me a name of

15   someone to contact and they contacted me.

16   Q.    Do you remember what -- what name he

17   gave you --

18   A.    I'm --

19   Q.    -- to contact?

20   A.    -- not sure.

21   Q.    So he told you there was a suit

22   pending against AK Steel?

23   A.    Yes, that's -- somebody was filing a

24   suit or something, a discrimination suit and it was

1   going to be a class action of some sort.  And they

2   with EOEC (sic) first, and then I think the company

3   that represented -- they referred the case to,

4   called me or something of that nature.

5       Q.    The first person that you contacted,

6   was that an attorney or was that just an

7   individual?

8       A.    They had contacted me.  Like I say, I

9   talked to Mr. Cosby, and then I was contacted, you

10  know.

11      Q.    You did not contact the next person;

12  they contacted you?

13      A.    I was -- I gave Mr. Cosby my name --

14      Q.    Okay.

15      A.    -- then he, in turn, told the

16  individual my name, and then I applied for the job,

17  and then I was contacted.

18      Q.    The person that contacted you, was

19  that an attorney or an individual?

20      A.    I think, if I'm not mistaken, that was

21  EOEC (sic), and then at that time --

22      Q.    Okay.  And why do you believe that AK

23  Steel discriminated against you?

24          MS. DONAHUE:  Object to the form.  Go

1   ahead.

2        A.     Well, like I say, I stipulate -- like

3   the document says -- you know, I think it was race

4   and -- you know, like I say -- I mean, the document

5   stipulates everything that I said and what I

6   believe.

7        Q.     What document is that?

8        A.     Excuse me?

9        Q.     What document are you referring to?

10        A.     The class, the suit -- -

11        Q.     The --

12        A.     -- filing the suit, yeah.

13        Q.     The complaint?

14        A.     The complaint, yes.

15        Q.     What are you seeking to obtain in this

16   lawsuit?

17        A.     I'd just like to see maybe the -- the

18   practices, the hiring practices change a little bit

19   and that they maybe start giving people equal

20   chances -- you know, of minorities and just change

21   the whole policy of -- hiring policies and stuff

22   and maybe not being able to do what they done in

23   the near future or something --

24        Q.     What --

1      A.      -- of this nature, you know.

2      Q.      What should be changed in their

3  policies?

4      A.      Well, I think they should start hiring

5  more minorities and it shouldn't be based on a test

6  that isn't always accurate, in my opinion, about

7  the dependability of what a person can do,

8  especially in a labor position.

9      Q.      Are you seeking monetary damages at

10  all?

11     A.      I'd like to be able to -- where the

12  jury or the law -- you know, allows, you know.

13     Q.      Do you know an Allen Roberts?

14     A.      Allen Roberts, I can't recall.  No, I

15  don't -- the name don't seem familiar.

16     Q.      Do you know any of the other named

17  plaintiffs in this lawsuit?

18     A.      Yes, my sister and Tiffany Jackson

19  and -- oh, my God.  I think there's two Jacksons.

20  The other Jackson is from Purina; Kay Jackson is

21  her name.  And I can't -- I just can't recall.

22  It's been awhile since I looked at my -- you know,

23  documents and stuff.

24     Q.      Your sister is Darlene Carter?

1      A.    Yes.

2      Q.    Do you know anything about her

3 qualifications?

4      A.    She worked at the same plant I worked

5 in.

6      Q.    And that was Ironton Iron?

7      A.    Ironton Iron, Intermet.

8      Q.    Do you know what she did there?

9      A.    I think she said cores.

10      Q.    Do you know what -- how she did that?

11      A.    The castings that they had -- you

12 know, you have molds and stuff.  And I guess they

13 have -- they do -- they put these molds in certain

14 slots or the -- what could I -- how could I

15 describe it, or patterns.  And they would put them

16 in there and pour iron over them and that create

17 the castings that they wanted.  It could be a rear

18 housing or steering knuckler or a bore head,

19 I-beam -- you know, they make different castings.

20      Q.    Do you know anything about when she

21 applied at AK Steel?

22      A.    I think she might have applied

23 somewhere around in February of 2002, I think.

24      Q.    Did you go with her when she applied?

```
 1        A.    No.

 2        Q.    Do you know about her application in

 3   any -- is the only way that you know about her

 4   application is what she told you?

 5        A.    Right.  I knew she went to the job

 6   fair and that she went and took the test.

 7        Q.    Is that the same job fair that you

 8   went to?

 9        A.    I went to a different -- it was about

10   the same place, but I think it was a different

11   time.

12        Q.    Okay.  And what about Tiffany Jackson,

13   do you know anything about her qualifications?

14        A.    No, I don't.

15        Q.    What about Kay Jackson, do you know

16   anything about her qualifications?

17        A.    No, I don't.

18        Q.    And do you know anything about when

19   they applied to AK Steel?

20        A.    No, I don't.

21        Q.    Okay.  Have you had any meetings or

22   conversations with any of the other plaintiffs,

23   including your sister and the Jacksons, outside the

24   presence of counsel?
```

```
 1        A.     No, not much, no.

 2        Q.     "Not much," does that mean you've had

 3   some?

 4        A.     Excuse me?

 5        Q.     You said "not much."

 6        A.     No, we just discussed it -- you know,

 7   coming up here and stuff, you know.  I mean --

 8        Q.     What did you discuss?

 9        A.     We were -- you know, petitioned to be

10   here.  That was about it.  I'd -- I'd really like

11   to talk about it -- you know, it kind of agitates

12   me.

13        Q.     Okay.  So you talked about coming up

14   here to the deposition today?

15        A.     We knew we were coming up here.  We

16   came together.

17        Q.     Okay.  Did you talk about the lawsuit

18   on the way up?

19        A.     No.

20        Q.     Have you ever talked about what you

21   guys hope to get out of the lawsuit?

22        A.     We've talked about just getting some

23   justification.

24        Q.     Okay.  Anything else?
```

1        A.      No.

2        Q.      Are you aware of anyone else who

3    failed the test at AK Steel?

4        A.      I think the Jacksons, and where there

5    was some other individuals that -- that wanted to

6    sue that I -- those names I can't recall, but I

7    know -- said that they had flunked the test, too.

8    And it was just odd that -- just like when I went

9    to take the test, there were five of us blacks that

10   took the test.  And it just seemed rare that five

11   blacks, not one out of the whole group would pass

12   the test -- you know, and --

13       Q.      Who were the other blacks that took

14   the test with you?

15       A.      I can't recall their names.

16       Q.      Do you know them?

17       A.      No.

18       Q.      Do you know whether they failed or

19   passed the test?

20       A.      They failed the test also.

21       Q.      How do you know that?

22       A.      I was told.

23       Q.      By who?

24       A.      Just -- just acquaintances.

1      Q.     Who told you?

2      A.     Acquaintances, people that were --

3   that knew about the suit and stuff.

4      Q.     You went and took the test.  You took

5   the test with five other African-Americans?

6      A.     Yes.

7      Q.     Was there anyone else taking the test

8   besides African --

9      A.     I think there --

10     Q.     -- Americans?

11     A.     -- were about 12 or 13 other

12  individuals.

13     Q.     Okay.  They were white?

14     A.     They were Caucasians, yes, mm-hmm.

15     Q.     Did you ever hear from those five

16  individuals who took the test, how they did?

17     A.     No.  I mean, per se, I didn't.  I

18  just --

19     Q.     You've heard from someone else?

20     A.     I just heard from someone else that no

21  one in that group that was black had passed the

22  test also.

23     Q.     Do you know whether anyone who was

24  white passed that test?

1      A.    I know some individuals that were in

2   my same department that got hired.

3      Q.    Did they take the test with you?

4      A.    No.

5      Q.    Okay.  The individuals that you know

6   that -- who were hired, who are they?

7      A.    One name was Tim Turley.

8      Q.    How do you spell his last name?

9      A.    T-U-R-L-E-Y.  Rick Martin, and a Donny

10  Whitley.  I think they're working in the crane

11  department.

12     Q.    And do you know when they were

13  hired --

14     A.    I have no --

15     Q.    -- by AK Steel?

16     A.    -- idea.  I just know they're hired

17  'cause like I say, I worked over there in

18  Integrated Housekeeping.  We was subcontractor.  I

19  had seen them there and --

20     Q.    Okay.  Do you know anything about

21  their qualifications?

22     A.    I know they worked in the crane

23  department, you know.

24     Q.    Down at Intermet, they worked in the

1    crane department?

2         A.    At Ironton Iron, the charging

3    department they called it, yeah.  Did the alloys

4    and stuff that dropped down into cupola to melt the

5    iron.

6         Q.    Cupola?

7         A.    Excuse me?

8         Q.    She's asking what you -- you said

9    you -- it drops down into -- did you say cupola?

10        A.    The cupola.

11        Q.    Is that a crane that they operate?

12        A.    It's a magnet.  It's over a crane, but

13   it has a magnet on it and it comes down and it

14   picks up a -- different alloys, oak castings,

15   silica blocks, maybe aluminum, and then they have a

16   charge bucket and they run coke into it and other

17   -- other alloys and they mix it in this bucket.

18   And takes it up to an elevator, like a shaft, and

19   drops it down into the cupola to be melted.

20        Q.    Okay.  And these three individuals you

21   named, Tim Turley, Rick Martin and Donny Whitley,

22   they all ran that --

23        A.    Yes, yes.

24        Q.    -- at Ironton Iron?

1        A.    At various times, yes.  And they

2   worked in labor positions with me, too, and --

3        Q.    Okay.  Did you ever run that crane at

4   Ironton Iron?

5        A.    No, but I -- I've operated overhead

6   cranes before.

7        Q.    Did you ever operate them at Ironton

8   Iron?

9        A.    Yes, I have.

10       Q.    How many times did you operate

11  overhead cranes?

12       A.    Oh, several times.  We've had to get

13  what you call dwells and that's what the iron is

14  poured into once is comes out of the trough, you

15  know.  And we'd have to change them at nighttime

16  occasionally so they could be set up for the next

17  morning so the iron could go in -- into the dwell,

18  desulfurize the iron.

19       Q.    So how would you move these dwells?

20       A.    With the overhead cranes, would be

21  craned in -- you know, we'd hook them up and they'd

22  have matches on the side where you could put the

23  hooks into, you know.

24       Q.    Are you a certified crane operator?

1       A.    I'm not certified, but I have -- I

2   have operated them.

3       Q.    Do you know if the other three are

4   certified crane operators?

5       A.    They weren't certified.  They were

6   just operating them.

7       Q.    Do you know --

8       A.    They were never -- they were never

9   certificates given.

10      Q.    At Ironton Iron?

11      A.    Right.

12      Q.    Do you know if they had certificates

13  in some other fashion?

14      A.    No.

15      Q.    You don't know?

16      A.    They don't have any certificates, no.

17      Q.    How do you know that?

18      A.    I worked there.  They didn't give out

19  certificates.

20      Q.    I'm not asking what they had at

21  Ironton Iron.  I'm asking whether they had any

22  certificate outside of Ironton Iron?

23      A.    Not that I know of.

24      Q.    Okay.  Do you know what else they've

1    done in their lives besides working at Ironton

2    Iron?

3         A.    No.

4         Q.    Do you know what their educational

5    background is?

6         A.    I think most of them were just high

7    school.

8         Q.    How do you know that?

9         A.    I talked to them.  I worked with them

10   for about seven and a half years.

11        Q.    You think they were high school?

12        A.    Yes.

13        Q.    Okay.  Did you tell me that they were

14   operating cranes at AK Steel?

15        A.    Yes.

16        Q.    All three of them?

17        A.    I think so.

18        Q.    And do you know what their application

19   process to get those jobs was?

20        A.    I don't know.  I think they just

21   applied for a crane operator or something.  I'm not

22   sure.

23        Q.    You don't know for sure?

24        A.    No.

1    Q.    Getting back to the -- I think I

2    originally asked, are you aware of anyone else who

3    failed the AK Steel test and you were talking to me

4    about the group that you took it with.  You don't

5    think any of them passed because you heard that

6    through the grapevine?

7    A.    Mm-hmm.

8    Q.    Do you have any direct knowledge of

9    anyone else who has failed the AK Steel test?

10   A.    Not right off bat, no (sic).

11   Q.    Are you aware of any white applicant

12   who failed the test and was nevertheless hired?

13   A.    No, not in my circle, you know.

14   Q.    You don't know of anyone?

15   A.    No.

16   Q.    Okay.  Do you understand that you are

17   seeking to be a class representative in this case?

18   A.    Excuse me?

19   Q.    Do you understand that you're seeking

20   to be a class representative in this case?

21   A.    Yes.

22   Q.    What's your understanding of what a

23   class representative does?

24   A.    I'm not real aware of the others.  I'm

```
1    just a representative to represent the class.  You

2    know, I'm a individual of this class and I guess my

3    testimony or my -- me being here or being a part of

4    this process will classify me as representative.

5         Q.    Do you know where settlement

6    negotiations stand in this case?

7         A.    Excuse me?

8         Q.    Do you know where the settlement

9    negotiations stand in this case?

10        A.    No, I don't know.

11        Q.    Do you know how much your attorneys

12   have spent in fees and expenses in this case?

13        A.    No, I don't.

14        Q.    Do you know that you've dropped claims

15   in this case?

16             MS. DONAHUE:  Object to the form.

17   Mischaracterizes --

18             THE WITNESS:  Excuse me?

19             MS. DONAHUE:  I'm just making an

20   objection, but you can answer.

21   BY MS. PRYOR:

22        Q.    Are you aware that you've dropped

23   claims in this case?

24        A.    No.
```

1    Q.    You're not aware of that?

2    A.    (Witness nodded.)

3    Q.    What's your address?

4    A.    901 South Seventh Street, Ironton,

5    Ohio.

6    Q.    Do you know a Darrell E. Carter?

7    A.    No, I don't.

8    Q.    You've never filed a lawsuit against

9    Southern Ohio Medical Center, have you?

10    A.    No.

11    Q.    You've never filed any other lawsuit,

12    have you?

13    A.    No.

14    Q.    You've been handed what's been marked

15    as Exhibit Number 1.  Have you ever seen this

16    document before?

17    A.    No.  Oh, excuse me.  Yes, I have.

18    Yes, I have seen them.

19    Q.    You have seen it?

20    A.    Yeah.

21    Q.    Do you know when you saw it?

22    A.    No, I can't recall.

23    Q.    Was it recently?  Was it a long time

24    ago?

 1        A.    It's been awhile back.

 2        Q.    Did you gather documents in response?

 3        A.    Excuse me?

 4        Q.    Did you gather documents together in

 5   response --

 6        A.    I've had --

 7        Q.    -- to this document?

 8        A.    -- so many, I can't recall all of

 9   them.  I mean, I've probably got seven or eight,

10   maybe nine documents and I just can't recall all of

11   them in -- in order or the exact ones.

12        Q.    You mean you got seven or eight

13   documents from your attorneys?

14        A.    Yes, I've got different ones, you

15   know.

16        Q.    Do you pay attention to them?

17        A.    Occasionally, yes.  You know, like I

18   say, I -- I read them at the time, I might

19   remember, but over a time of period (sic), I'm

20   probably likable (sic) to forget about it -- you

21   know, about it, so --

22        Q.    In your day-to-day life, do you pay

23   much attention to this lawsuit?

24        A.    Excuse me?

```
 1        Q.    In your day-to-day life, do you pay
 2   much attention to this particular --
 3        A.    Oh, yes --
 4        Q.    -- lawsuit?
 5        A.    -- I do.  It bothers me a lot.  I
 6   think about it a lot, yes.
 7        Q.    Are you married?
 8        A.    Yes, I am.
 9        Q.    How long have you been married?
10        A.    22 years.
11        Q.    What's your wife's name?
12        A.    Name is Mary Carter.
13        Q.    And what's your educational
14   background?
15        A.    Excuse me?
16        Q.    What's your educational background?
17        A.    My educational background?
18        Q.    (Ms. Pryor nodded.)
19        A.    I've had about a year and a quarter of
20   college.
21        Q.    Did you graduate from high school?
22        A.    No, I quit and I went back and got my
23   GED.
24        Q.    What year did you get your GED?
```

```
1        A.     Back in 1979.
2        Q.     And what year did you drop out of high
3  school?
4        A.     It was in '75.
5        Q.     All right.  How many years did you
6  complete of high school?
7        A.     Tenth grade.
8        Q.     And you said you had about a year and
9  quarter of college.  Where did you go to college
10  at?
11       A.     It was in Ironton.  It was Ohio
12  University, Southern Branch.
13       Q.     What year did you do that?
14       A.     That was in 2001.
15       Q.     And what did you study?
16       A.     Human resources technology.
17       Q.     And what is that?
18       A.     That's a social field.  You know,
19  helping people in different fields, maybe it could
20  be a mental capacity or -- you know, struggling
21  with addictions of some sort or working at a
22  welfare office, group home settings, stuff like
23  that.
24       Q.     Did you graduate?
```

1      A.    No, I didn't.

2      Q.    Did you receive any kind of

3  certificate or degree?

4      A.    No.

5      Q.    Why did you stop going?

6      A.    My brother was having some problems

7  with his health and he needed some attention, so I

8  took some time off to help him.

9      Q.    How many courses did you take?

10     A.    I think I ended up with about --

11  courses alone, I can't remember.  I mean, you had

12  to take so many courses a -- a quarter.  I think

13  you had to have at least 12 credit hours a quarter,

14  I know that.  So for the time I was there, I was at

15  least doing 12 or more credit hours in a quarter.

16     Q.    Were you going to school full time?

17     A.    Yes.

18     Q.    Was this 2001 and 2002 or --

19     A.    2001, 2002, yes.

20     Q.    And do you have a transcript from

21  there?

22     A.    Excuse me?

23     Q.    Do you have a transcript from there?

24     A.    No, but I could get one.

1    Q.    Did you ever receive a transcript from

2  there?

3    A.    No, but I was told that I could get

4  one if I -- if I needed to get one.

5    Q.    Do you know what your grades were

6  there?

7    A.    Excuse me?

8    Q.    Do you know what your grades were

9  there?

10    A.    I was about a C-plus student.

11    Q.    Did you ever go to a Century Business

12  College?

13    A.    Century Business College, yes, I have.

14    Q.    When was that?

15    A.    Shew, man.  Back in 19 -- I'm not

16  sure, '81 or somewhere around in there.

17    Q.    And how long did you go there?

18    A.    I had went there for -- I think I was

19  there for maybe a year or something, and then they

20  closed down on us.

21    Q.    Did you go there full time?

22    A.    Yes.  You know, other than what -- you

23  know, you had your breaks at -- you know, different

24  part of the years, summer breaks and stuff like

1    that and winter.

2         Q.    What were you studying there?

3         A.    I was taking computer operator.

4         Q.    Did you complete any degrees or

5    certificate there?

6         A.    Like I say, the school closed.  I was

7    near completion of that and -- and the school

8    closed on us.

9         Q.    Did you try to transfer anywhere else?

10        A.    No.

11        Q.    Why not?

12        A.    At the time, I just -- you know, just

13   one of those things where you just get disgusted

14   and I was having a lot of personal problems, so I

15   just -- I just never went back and -- and finished

16   it.

17        Q.    What were the personal problems?

18        A.    I can't recall.  I just -- you know,

19   just had some personal problems and I just never

20   went back, you know.

21        Q.    Have you taken any other courses or

22   received any other degrees or training?

23        A.    I have went to school for building

24   maintenance.  It was in Southern Ohio Skill Center

1    in Jackson, Ohio.  I had took a six-month course

2    for building maintenance and I have a certificate

3    for it.

4         Q.    When was that?

5         A.    That was back in 1978 when I enrolled

6    there and I went and got my GED.

7         Q.    Okay.  Any others?

8         A.    No, that was it.

9         Q.    I'm just going to go through your

10   employment history.  After you left high school,

11   where did you go to work?

12        A.    Excuse me?

13        Q.    What was your first job after high

14   school?

15        A.    I think I worked at Tipton Bakery or

16   something, somewhere around in there.

17        Q.    What did you do there?

18        A.    I was a bag handler, you know.

19        Q.    How long did you work there?

20        A.    I think it was just for a summer or

21   something.

22        Q.    And why did you leave?

23        A.    I can't recall.  That's been 25, 30

24   years ago.

1    Q.    And where did you work after that?

2    A.    I think I went to -- where was that

3  at?  Bear with me for a minute.  I think I worked

4  at Wilson Sporting Goods also.

5    Q.    How long did you work there?

6    A.    Oh, about a year.

7    Q.    And what did you do there?

8    A.    I worked in the helmet department,

9  just assembling helmets.

10    Q.    And why did you leave that job?

11    A.    That plant closed down also.

12    Q.    Where did you work next?

13    A.    Worked at a -- oh, a brickyard in

14  Hitchins, Kentucky.

15    Q.    A graveyard?

16    A.    A brickyard.

17    Q.    Brickyard?

18    A.    Yeah.

19    Q.    What did you do there?

20    A.    They made -- you know, bricks.

21    Q.    What did you do?

22    A.    I was -- I think I was in the process

23  of -- once they were heated, the clay or whatever

24  they use to make the bricks, I got them off of --

1    once they came off the ovens or whatever, we loaded

2    them onto crates, you know.

3        Q.    How long did you work there?

4        A.    Oh, I'd say about -- it wasn't very

5    long, three or four months.

6        Q.    And why did you leave that job?

7        A.    Well, it was kind of strenuous.  At

8    the time, I had had a operation in my shoulder and

9    I had a pin in it.  And I didn't know it was going

10   to be doing that kind of strenuous work and I

11   couldn't do it, so I had to -- end up quitting.

12       Q.    Do you still have that pin in your

13   shoulder?

14       A.    No, I don't.

15       Q.    When did that come out?

16       A.    When did it actually come out?

17       Q.    Yeah.

18       A.    I think, if I'm not mistaken, about

19   '81 or '82.

20       Q.    So was it shortly after you worked in

21   the brickyard?

22       A.    Yes.

23       Q.    Okay.  Where did you work after the

24   brickyard?

1     A.    I'm trying to think.  I think I worked

2  at Anderson's Pizza Pub.

3     Q.    And what did you do there?

4     A.    Just general -- making up pizzas --

5  you know, putting the pizzas together and I did

6  some janitorial work, too.

7     Q.    How long did you work there?

8     A.    That was a part-time summer job.

9     Q.    And why did you leave there?

10    A.    It was just part time.

11    Q.    Did you leave at some point?

12    A.    Excuse me?

13    Q.    Did you leave that position at some

14 point?

15    A.    Yes.

16    Q.    Why did you leave?

17    A.    I had -- like I said, it was a

18 part-time position.

19    Q.    Okay.  Did you work anywhere else when

20 you worked at Anderson's Pizza Pub?

21    A.    I gave -- let me see.  I gave -- I

22 gave Tipton's Bakery.

23    Q.    Were you working two jobs when you did

24 Anderson's?

1        A.    Not that I can recall.

2        Q.    Okay.

3        A.    I think I might have been doing a job

4    with my father.  He was working in some bars and we

5    were doing janitorial and I was helping him.

6        Q.    And at some point, you decided -- did

7    you get fired from Anderson's Pizza Pub?

8        A.    No, I don't recall getting fired, no.

9        Q.    Do you know why you left?

10        A.    I think it was a part-time job.

11        Q.    Well, I understand it's part time, but

12    at some point, you decided not to work in there or

13    they decided they didn't want you working there

14    part time?

15        A.    I -- I can't recall.  It's been --

16    like I say, it's been so long.

17        Q.    Where did you work next?

18        A.    I worked at Fairchild Buick in

19    Ashland, Kentucky.

20        Q.    And what did you do there?

21        A.    Detail department.

22        Q.    And how long did you work there?

23        A.    It was in used cars.

24        Q.    How long did you work there?

1       A.    Oh, about a year and a half,

2   something -- somewhere around there.

3       Q.    And why did you leave that position?

4       A.    I think I quit that because of the pay

5   rate, but just -- I wasn't get paid what I thought

6   I should have been getting.

7       Q.    What did you think you should have

8   been getting?

9       A.    I just can't recall.  I know at the

10  time I was underpaid, and as far as monetary

11  number, I can't recall that.

12      Q.    Okay.  Where did you go to work after

13  that?

14      A.    I worked for Manpower Temporary

15  Services.  No, excuse me.  I had -- excuse me.  I'm

16  going back now.  When I went to Southern Ohio

17  Skills Center, I had worked for the City of Jackson

18  for awhile.  That was back in -- be 1979.

19      Q.    Okay.  So was that before or after

20  Wilson's Sporting Goods?

21      A.    I think that was in '79.  That was --

22  that was before, I think.  It might have been

23  after.  I can't recall.  It's --

24      Q.    How long did you work for the City of

```
 1   Jackson?
 2        A.    It wasn't too long.  I think I was
 3   there about three or four months and --
 4        Q.    And why did you leave?
 5        A.    I decided to go back to my hometown.
 6        Q.    Which was?
 7        A.    Ironton.
 8        Q.    Where else did you work?  We got
 9   the -- did you work anywhere else before
10   Fairfield -- Fairchild Buick?
11        A.    I can't recall.  I know I gave you --
12        Q.    Did you work anywhere after Fairchild
13   Buick?
14        A.    I think I -- like I say, I've
15   worked -- I went to Manpower and I think -- I can't
16   recall what other -- but I know I worked for
17   Manpower.  I can't recall any others.
18        Q.    I think earlier you said that you
19   worked for Ironton Iron, Intermet?
20        A.    Yes.
21        Q.    How long did you work there?
22        A.    I worked there from October of '90 to
23   February of 2000.
24        Q.    October of 1990?
```

1        A.    Of '92 to 2000, February 2000.

2        Q.    And I apologize.  You may have already

3   told me.  What did you do there?

4        A.    I hired in as a laborer in finishing,

5   but I got bumped to the melt department about two

6   months later.

7        Q.    And what does the melt -- what did you

8   do in the melt department?

9        A.    My first job -- well, it was just

10  doing general labor, clean up.  We were getting

11  hoppers -- coke breeze hoppers.  The coke breeze

12  come off a conveyor belt into these hoppers and we

13  would get them in the hopper and dump them in the

14  trucks that were then -- that would take the coke

15  breeze out of the plant and dispose of them

16  somewhere and just going to get sulfur tanks to

17  take to the melt department to take -- to hoist up

18  to the -- to a certain level so they could set

19  these sulfur dwells down and operate them and stuff

20  like that, and going to the storeroom on a tow

21  motor getting different supplies and stuff.

22       Q.    Okay.  And why did you leave Intermet?

23       A.    The plant closed down in February

24  2000.

```
 1              MS. DONAHUE:  Excuse me.  Can I ask
 2   you that word, coke breeze or coke --
 3              THE WITNESS:  Yeah, that's what comes
 4   off coke.  You know, is the -- the byproduct -- you
 5   know, the ash or more or less like -- you know, the
 6   broken particles and --
 7              MS. DONAHUE:  Okay.
 8              THE WITNESS:  -- the dust that comes
 9   off of the coke.
10              MS. DONAHUE:  It's called breeze?
11              THE WITNESS:  Yeah, coke breeze.
12              MS. DONAHUE:  Okay.
13              THE WITNESS:  Mm-hmm.  Coke, they
14   burned it -- you know, to heat the cupola.
15              MS. DONAHUE:  Okay.
16   BY MS. PRYOR:
17       Q.    What was your job after Intermet?
18       A.    Excuse me?
19       Q.    What was your next job after Intermet?
20       A.     Intermet, when did I go?  I think I
21   worked for -- the next job, I -- I had drawed (sic)
22   unemployment for a year and a half.
23       Q.    Okay.
24       A.    And I think I went to Integrated
```

1    Housekeeping after that.

2          Q.    After your unemployment ran out?

3          A.    Yes, mm-hmm.

4          Q.    Okay.  And during that year and a

5    half, did you look for other employment?

6          A.    Yes, I tried to seek unemployment, but

7    the jobs that were paying weren't comparable to

8    what I was getting on my full benefits, you know.

9    So I had then exhausted -- you know.

10         Q.    The jobs that were available

11   weren't --

12         A.    Were comparable to what I was

13   getting --

14         Q.    All right.  Let me --

15         A.    -- on my benefits of employment, you

16   know.

17         Q.    Were you offered any jobs?

18         A.    No.

19         Q.    Okay.  And then after that

20   unemployment ran out, is that -- you said you went

21   to Integrated --

22         A.    Yes.

23         Q.    -- Housekeeping?  Was that roughly

24   September 2002?

1        A.    That was in about -- let me see.

2   September of 2002 to I think the seventh month of

3   2003.

4        Q.    Okay.  And was that after you had

5   completed the -- after you had gone to OU?

6        A.    Yes.

7        Q.    And did you go to OU during that time

8   when you were receiving unemployment?

9        A.    I think I did.  I went to OU 2001 to

10  2002, and then I went to Integrated Housekeeping.

11       Q.    And what did you do at Integrated

12  Housekeeping?

13       A.    I was a janitor in maintenance.

14       Q.    And where did you work at?

15       A.    We just went to different offices,

16  cleaned them, took care of the bathhouses, took

17  trash out, did some buffing on floors.  Just

18  general labor and maintenance work.

19       Q.    What companies did you go to?

20       A.    It was called Integrated Housekeeping

21  Management.

22       Q.    I'm sorry.  Did you go out to

23  different -- did you at Integrated go out to other

24  employers and clean other employers or did you --

```
 1          A.    Oh, we had --
 2          Q.    -- clean ---
 3          A.    We had a contract with the coke plant,
 4    AK Steel coke plant also.
 5          Q.    Okay.
 6          A.    So we -- we took care of the AK Steel
 7    plant and the AK Steel coke plant --
 8          Q.    Okay.
 9          A.    -- you know.
10          Q.    Did you take care of any other besides
11    AK Steel's --
12          A.    No, not --
13          Q.    -- coke plant?
14          A.    -- when I was working there, no.
15          Q.    So were you always working there at AK
16    Steel coke plant?
17          A.    No.  I'd work at AK Steel coke plant
18    and AK Steel.
19          Q.    Okay.  And AK Steel?
20          A.    Yeah.
21          Q.    Okay.  And what was your pay there?
22          A.    I think it was $7 an hour.
23          Q.    Did you receive any raises?
24          A.    Excuse me?
```

1    Q.    Did you receive any raises?

2    A.    No.  There was some seniority issues

3  at the time and my supervisor didn't want to give

4  me a raise 'cause he said I hadn't been there long

5  enough, but I been there long enough, about the

6  same amount of time everybody else was getting a

7  pay raise and I didn't get one, so I ended up

8  resigning.

9    Q.    So you quit because you did not get a

10 pay raise?

11   A.    Excuse me?

12   Q.    You quit because you did not --

13   A.    Well, the --

14   Q.    -- get a pay raise?

15   A.    -- seniority issues.

16   Q.    Were the seniority issues only around

17 the pay issue or was there --

18   A.    Well --

19   Q.    -- something else?

20   A.    -- it was more seniority -- you know,

21 he was telling me I wasn't -- the time I had been

22 there, my seniority didn't make a difference.  You

23 know, there were younger people.  We were doing

24 some cross-training at the coke plant and we were

1    going there as a -- two people to fill vacancies,

2    maybe for people who -- at the coke plant getting

3    cross-training so we could go there.  And I think

4    we were doing like a weekend apiece to get

5    familiarized with the job.

6             And I had done my two -- I mean, my

7    weekend work up there and I was supposed to came

8    (sic) back to AK Steel.  That's where I got hired

9    in at.  And my supervisor told me I had to go back

10   and I said, well, there's some people that are

11   younger than me that haven't been up there yet.  So

12   I said, why don't you take them back.  I've done my

13   weekend.  And that created a problem with him and

14   that's where the seniority issue came up and --

15        Q.    And when you say when you were up at

16   AK Steel or the coke plant, you were there as an

17   employee of Integrated Housekeeping?

18        A.    Right.

19        Q.    Did you receive any benefits at

20   Integrated Housekeeping?

21        A.    No.

22        Q.    How many hours a week did you work

23   there?

24        A.    I worked anywhere from 40 to 56 hours

1  a week.

2         Q.    And you resigned?

3         A.    Yes, I did.

4         Q.    I think you said it was roughly July

5  2003?

6         A.    Somewhere around July, August, yeah,

7  'cause I think I had about two or three more months

8  to go before I had a year in there.

9         Q.    Okay.  And what was that -- your next

10  job?

11         A.    After Integrated Housekeeping?

12         Q.    Mm-hmm.

13         A.    Who did I go with?  If I'm not

14  mistaken, I think I went to Manpower again.

15         Q.    Okay.  What did you do for Manpower?

16         A.    We just go to different businesses as

17  needed -- you know, Value City to assemble

18  furniture.  They had a bolt nut -- a nut and bolt

19  place we worked at that supplied both nuts for the

20  military or something who made bolts and we'd have

21  to file them down to a certain specification, stuff

22  like that.  Different places that needed it.

23         Q.    How long did you do that for Manpower?

24         A.    I think I did that for about a year.

1    Q.    Okay.  And from there, where did you

2    go to work?

3    A.    I think I left there.  I went to

4    Infocisian Management.

5    Q.    And what is Infocisian Management?

6    A.    It's a telemarketing place.

7    Q.    And were you a telemarketer?

8    A.    Yes.

9    Q.    And how long did you work there?

10   A.    I didn't work there about a -- it

11   wasn't two weeks.

12   Q.    Why did you stop working there?

13   A.    They had me on outbound calls and we

14   were working on a win-back program -- you know, for

15   Earthlink and trying to sell odor -- individuals

16   insurance and I wasn't comfortable with the format.

17   Q.    What do you mean you weren't

18   comfortable with the format?

19   A.    The way they were going about trying

20   to get these customers to come back and the way you

21   had to read a script to them and describe things to

22   them that they didn't actually know about.  And the

23   four managers constantly -- harassing me constantly

24   and I just didn't care for that, so I resigned.

1    Q.    Okay.

2    A.    I'd asked for a transfer to a

3  different department, but it was denied.  So I just

4  ended up resigning.

5    Q.    Okay.  And what was your rate of pay

6  there?

7    A.    I think it was $7.25 an hour.

8    Q.    Did you receive any benefits there?

9    A.    No.

10    Q.    What was your next job?

11    A.    At the Infocisian -- after Infocisian,

12  I think that was it.  I can't recall.

13    Q.    You have not worked --

14    A.    I've got a bad memory.  You know, I've

15  just -- over the years and stuff, I been -- I been

16  affected tremendously by this -- this lawsuit and

17  I've had a lot of personal issues.  I've gone to

18  counseling and drug places.  I've just -- I been

19  one -- just one wreck ever since this -- this has

20  taken place.

21    Q.    Ever since the lawsuit was --

22    A.    Yes.

23    Q.    -- filed?

24    A.    Yes.

1    Q.    Well, how has the lawsuit affected

2    you?

3    A.    It's just made me feel very

4    disappointed in the process of not getting hired,

5    mostly because I think my race and it's -- I been

6    depressed.  I've just never understood why I wasn't

7    hired.  And it hurt me that I thought I had enough

8    experience to get hired and I wasn't hired.  And

9    I've had a lot of problems ever since then.

10    Q.    You did not find out about the lawsuit

11    or kind of join in on this until after you started

12    working for Integrated Housekeeping; is that right?

13    A.    It was somewhere around in there,

14    yeah.

15    Q.    Have you ever not been hired anywhere

16    else?

17    A.    Excuse me?

18    Q.    Have you ever applied anywhere else

19    and not been hired?

20    A.    And not been hired?

21    Q.    Mm-hmm.

22    A.    Yes, I've gone to other places and --

23    and not been hired, yes.

24    Q.    Okay.  Do you have the same depression

1    over that?

2         A.    It hurts when you -- you think you're

3    not being hired for a certain reason, yes.

4         Q.    Okay.  So have you worked anywhere

5    since Infocisian Management?

6         A.    No.

7         Q.    And how long ago was that?

8         A.    Well, I'm working right now.

9         Q.    Where are you working now?

10        A.    I'm working with -- in Veiola

11   Environmental Services.

12        Q.    How do you spell that?

13        A.    V-E-I-O-L-A, Environmental Services.

14        Q.    What do you do for them?

15        A.    We go to different plants during

16   shutdown or when needed and we do a high-pressure

17   cleaning; we do high back; just different, various

18   labor jobs.

19        Q.    And how long have you had that job?

20        A.    I've worked there since April of this

21   year.

22        Q.    April 2007?

23        A.    Yes.

24        Q.    And what's your rate of pay there?

1        A.    I'm getting paid $9 an hour.

2        Q.    And do you receive any benefits?

3        A.    Yeah.  I've got dental right off bat,

4    (sic) but I just have to pay something after -- I'm

5    on my wife's insurance, so I'm not -- I'm not

6    getting anything else.

7        Q.    Okay.  Have you ever been terminated

8    from an employer?

9        A.    Have I been terminated from my

10   employer?  I can't recall.  I know I quit a lot of

11   jobs.

12       Q.    Do you know whether you've ever been

13   terminated?

14       A.    No.

15       Q.    Asked to leave?

16       A.    No, I can't recall.

17       Q.    You don't recall?

18       A.    No.

19       Q.    Have you ever been disciplined at any

20   employer?

21       A.    No.  I mean, such as?

22       Q.    Received a warning, a verbal

23   counseling?

24       A.    No, no.

1      Q.    Have you ever had a safety infraction

2  where you're told you're not following safety

3  procedures?

4      A.    No, no.

5      Q.    Have you ever had an incident or an

6  accident at work?

7      A.    No.

8      Q.    Have you ever been involved in

9  something that caused damage to company property or

10  product?

11      A.    At a -- at a work site?

12      Q.    Yeah.

13      A.    No.

14      Q.    At Intermet, did you ever cause damage

15  to any of the products?

16      A.    No.  We had -- we have strenuous

17  safety classes every month and -- I mean, that was

18  drilled into us, you know.

19      Q.    Do you know why Intermet shut down?

20      A.    I think they -- their tax incentives

21  broke out -- I mean, elapsed and I think EPA was

22  going to fine so much money and they needed a lot

23  of repair.  I think it was just cheaper for them to

24  shut the plant down.

1      Q.    You've been handed what's been marked

2  as Exhibit Number 2.  Is this your application to

3  AK Steel?

4            MS. DONAHUE:  Look at the whole thing.

5      A.    Mm-hmm.

6      Q.    Yes?

7      A.    I think it is.

8      Q.    Is that your handwriting?

9      A.    Yes.

10      Q.    On the last page, is that your

11  signature at the bottom?

12      A.    Yes.

13      Q.    And on the top of the first page, next

14  to your name, there's a line for a date and it says

15  10/1/01 on the first page.

16            MS. DONAHUE:  Here, this page here.

17      A.    Yeah, might have been, mm-hmm.

18      Q.    Is that when you applied?

19      A.    It might have been, yeah.  Like I

20  said, I'm not really sure.  I thought it was in

21  '02, but it's -- like I say, it's been awhile.  My

22  memory is very poor.

23      Q.    If you -- when you completed this, I

24  assume you completed it honestly?

1          A.     Yes.

2          Q.     And you would have put the date you

3     were completing it on here?

4          A.     Yes, I think so.

5          Q.     Is that your handwriting for the

6     dates --

7          A.     Yes.

8          Q.     -- on the first page?  I think you

9     testified that you went to a job fair?

10         A.     Yes.

11         Q.     How did you find out about the job

12    fair?

13         A.     Just word of mouth.

14         Q.     Did you go with anyone to the job

15    fair?

16         A.     I think I did.  I think it was a

17    friend of mine called Timmy Pleasant.

18         Q.     Pleasant?

19         A.     Yes.

20         Q.     P-L-E-A-S-A-N-T?

21         A.     P-L-E-A-S-A-N-T.

22         Q.     Okay.  Was there more than one

23    employer at this job fair or was there --

24         A.     Oh, yes, there were various, different

```
 1   employers.

 2        Q.    Okay.  How many of the employers did

 3   you apply with?

 4        A.    I think I went to them.  I think I

 5   went to a barge place and I'm not sure what other.

 6   But I was basically concerned about AK Steel

 7   because I had worked in the iron mill for -- you

 8   know, seven and a half years almost and that's what

 9   really interested me at the time.

10        Q.    Okay.  Did anyone suggest that you go

11   to this job fair because AK Steel was going to be

12   there?

13        A.    I think it was, mm-hmm.

14        Q.    Do you know who?

15        A.    I can't recall.

16        Q.    I assume AK Steel had a booth there?

17        A.    Yes, they had a table there.

18        Q.    Table there?  Who was at the table?

19        A.    I think a Miss Lester and someone else

20   was there.  I can't recall who else.

21        Q.    Did you talk to Ms. Lester?

22        A.    Yes, I did.

23        Q.    And what was that conversation?

24        A.    I think I told her that I -- I was
```

1    interested and that I had experience in an iron

2    mill and I was interested.  And I think she told me

3    to take a application and fill it up and return it.

4         Q.    Did she say anything else?

5         A.    I can't recall, no.

6         Q.    Did the other individual who was there

7    say anything?

8         A.    I can't recall what he did or said.

9         Q.    Okay.  Did you say or do anything

10   else?

11        A.    No, I just looked around, more or

12   less.

13        Q.    Did Mr. Pleasant go with you to the AK

14   Steel table?

15        A.    No.

16        Q.    So you took the application?

17        A.    Yes.

18        Q.    Did you complete it there?

19        A.    I can't recall where I completed it

20   there or if I went to the plant and got one and

21   filled it out or what.

22        Q.    You don't recall if you took the

23   application there or --

24        A.    I can't recall if it was there or if I

1    went to the plant and got one or what.  I really

2    can't.

3         Q.    Do you remember submitting the

4    application anywhere?

5         A.    I can't recall that, either.  I don't

6    know if I took it back to the plant.  I think I

7    told -- took it back to the plant, if I'm not

8    mistaken.

9         Q.    Do you remember who you gave it to at

10   the plant?

11        A.    No, I can't.

12        Q.    Did you talk to anyone when you

13   returned the application?

14        A.    No, I was just told to return it back.

15   And then once I turned it back, I was given a date

16   to come take a test and --

17        Q.    When you went and submitted the

18   application at that time, did someone say here's

19   the date to come, take the test or did someone call

20   you later?

21        A.    Someone called me.

22        Q.    Do you know who called you?

23        A.    I can't recall.

24        Q.    What did they tell you on the phone?

1     A.    That I'd been scheduled to take a

2  test -- you know, for the -- the job.

3     Q.    Do you know how quickly that call came

4  in?

5     A.    I can't recall.

6     Q.    Was it months later?

7     A.    It -- it might have been a month

8  later, two months.  I can't recall, really I can't.

9     Q.    Okay.  Did you -- I assume you went

10  and took the test?

11     A.    Yes.

12     Q.    Did you talk to anyone at the test?

13     A.    No.

14     Q.    Did anyone from AK Steel talk to you

15  at the test?

16     A.    No, they just directed us down --

17  downstairs where they were taking the test at and

18  told us to -- you know, be seated and someone would

19  come in and give us some information about the

20  test.  And I think they have a time lapse or

21  something --

22     Q.    Okay.

23     A.    -- on the test.

24     Q.    How long was the test?

1        A.    I think it may be a two-and-a-half,

2    three-hour test.

3        Q.    After the test was over, did you turn

4    your test in?

5        A.    Yes.

6        Q.    And then what happened?

7        A.    I was told to call her and get some

8    results.  I think I called her once, but she said

9    she hadn't got the results, but she would contact

10   me.  I was supposed to call her back to see the

11   results.

12       Q.    And "her," is that Susan Lester?

13       A.    Yes.

14       Q.    Okay.  And did you call her and get

15   the results?

16       A.    Yes, I called her back --

17       Q.    Okay.

18       A.    -- a second time.  I think that's when

19   she'd told me I had failed the test.

20       Q.    Did she say anything else?

21       A.    No, that was it.

22       Q.    Okay.  Have you had any further calls

23   or contact from Susan Lester?

24       A.    Since then?

```
 1        Q.    Mm-hmm.

 2        A.    No.

 3        Q.    Have you had any other -- have you

 4   talked to anyone else from AK Steel?

 5        A.    Excuse me.  I did recall talking to

 6   her after the results were given.  I had asked her

 7   what part did I flunk on 'cause I was kind of

 8   curious 'cause I took aptitude and general

 9   knowledge tests all my life.  And I've done -- like

10   I said, I done basically good on them.

11              I took a college exam test and got in

12   college.  And I -- I think I asked her about the

13   results or what area it is so I could maybe help

14   myself in that field, whatever area it was I

15   flunked in.  And she told me that she couldn't get

16   them and I -- I think I asked why.

17        Q.    Did she say anything?

18        A.    I think she said a independent firm

19   did it and they weren't allowed to get the

20   information out.

21        Q.    Okay.  Any other conversations with

22   Ms. Lester?

23        A.    No.

24        Q.    Any other conversations with anyone
```

1    else at AK Steel?

2         A.    Like I say, I've talked to -- not at

3    that, but they -- I talked to Mr. Cosby.

4         Q.    Okay.  And what were those

5    conversations?

6         A.    That was concerning the lawsuit and --

7         Q.    Okay.

8         A.    -- I think I talked to a Mark Collins.

9    I think he's deceased now.

10        Q.    Who is Mark Collins?

11        A.    He was, I think, from Ashland,

12   Kentucky.  He was in civil rights over there, I

13   think.  And I had mentioned the lawsuit -- you

14   know, to him.

15        Q.    Did he work at AK Steel?

16        A.    He worked at AK Steel, but he's

17   deceased now.

18        Q.    Is he white or black?

19        A.    He was a black guy.

20        Q.    And you told him about the lawsuit?

21        A.    Yes.

22        Q.    And what did he say?

23        A.    I can' recall.  We just discussed it,

24   that I put a application in and I know he was in

1    civil rights over there and I asked him what he

2    could do possibly.  And I can't recall the content

3    of what he said to me, you know.

4        Q.    Any other conversations with anyone

5    from AK Steel?

6        A.    No.

7        Q.    You were not denied the right to apply

8    at AK Steel, correct?

9        A.    Excuse me?

10        Q.    You were not denied the right to apply

11    at AK Steel, were you?

12        A.    No.

13        Q.    Okay.  Was anyone hostile to you

14    during your application process?

15        A.    No.

16        Q.    Was the application process itself

17    hostile at all?

18        A.    I didn't hear you.

19        Q.    Was the application process itself

20    hostile at all?

21        A.    Oh, no.

22        Q.    Okay.  On your application, Exhibit

23    Number 2, you list a Fred Howell as a reference.

24    It's on the last page.

1     A.     Yeah, he was a supervisor of mine in

2  the melt department.

3     Q.     At Ironton Iron?

4     A.     Yes.

5     Q.     Okay.  What about Bill -- is it Chick?

6     A.     Bill Click was our Lawrence County dog

7  warden.

8     Q.     Why do you list him as a reference?

9     A.     I gave him a reference because -- see,

10  I think I -- I worked there on a part-time basis

11  when I was getting food stamps when I got laid off

12  years back ago (sic) and he -- he knew me pretty

13  well as a character and stuff and --

14     Q.     What about -- is it Clarence Koster?

15     A.     He worked with me at Ironton Iron

16  also.

17     Q.     On the first page of Exhibit Number 2,

18  it asks, "Have you been convicted of a crime other

19  than a minor traffic violation?" and you wrote

20  "No."  That's not correct, is it?

21     A.     Where is that at?

22     Q.     The first page.

23        MS. DONAHUE:  Right here.

24     A.     Oh, no.

1    Q.    That's not correct, is it?

2    A.    No.

3    Q.    Why do you only list two employers on

4    this application?

5    A.    It says present to most recent

6    position after Ironton Iron 'cause, like I say, I

7    think that was my last job before I really applied

8    for this job.

9    Q.    Mm-hmm.  And under that, you've got

10   next previous position and you've got Fairchild

11   Buick?

12   A.    Yes.

13   Q.    And after the next previous --

14   A.    Oh, I didn't --

15   Q.    -- you've got --

16   A.    I just didn't fill it in.  I don't

17   know why I didn't.  Like I said, since -- you know,

18   the plant closed down and just -- I -- my mind --

19   memory isn't as good as it used to be.  I have some

20   personal problems and -- you know.

21   Q.    What were the personal problems?

22   A.    I've gone through counseling -- you

23   know, through a mental -- medical family center for

24   depression.  I've -- I've gone through to an AA

1  place for alcohol problems and this has affected me

2  tremendously.

3       Q.    When were you first diagnosed with

4  depression?

5       A.    I think right after I got turned down

6  for this job.

7       Q.    Who diagnosed you with depression?

8       A.    Excuse me?

9       Q.    Who diagnosed you with depression?

10      A.    I went to family medical center -- you

11 know, I just told them I wasn't feeling too well

12 and I -- they gave me some antidepressant drug at

13 the time and -- you know.

14      Q.    And you're not still taking those, are

15 you?

16      A.    No.

17      Q.    When did you stop taking them?

18      A.    It wasn't very long after that

19 because, see, I don't think to be independent (sic)

20 on drugs to try to get my problems corrected and I

21 didn't stay on them very long.

22      Q.    Do you still see someone for

23 depression?

24      A.    No.  I -- I try to deal with things

1    personally and I just -- when it comes to tones,

2    being cordial or speaking to somebody about it,

3    I -- I don't like to talk about it.

4        Q.    So did you seek counseling or did you

5    just go to them one time?

6        A.    I -- I went there at one time and --

7    and talked to a counselor and at family guidance

8    center -- you know, like I said, I went to a AA

9    place in Ironton and I can't recall what the name

10    was.

11        Q.    So you went to the family -- is it

12    guidance center or some --

13        A.    Family medical guidance center.

14        Q.    You went there once?

15        A.    I think once, yeah.  Once or twice,

16    yeah.  It's on Second Street in Ironton, Ohio.

17        Q.    And what year was that?

18        A.    I went there -- I think it was three

19    or four years ago and I went there last year for a

20    little while.

21        Q.    Why did you go there last year?

22        A.    I was having -- just depressed.

23        Q.    What was causing the depression last

24    year?

1    A.    Well, not getting this job that I'd

2  applied for and just other personal things, you

3  know.

4    Q.    What were the other personal things?

5    A.    I'd -- I'd rather not talk about that,

6  just some personal problems.

7    Q.    What were they?

8    A.    I'd rather not talk about them.

9    Q.    I understand that, but it's part of

10  the deposition.  What were the other personal

11  problems?

12    A.    Personal problems -- you know, with

13  the family.  That's it.

14    Q.    What were they?

15    A.    I can't -- I'd rather not discuss

16  that.

17    Q.    All right.  It's part of the lawsuit

18  here.  I'm entitled to ask the question --

19    A.    Well, I mean, I -- I told you about

20  how I felt about the -- the plant and how it

21  affected me.  What happens in my personal life, I

22  think that's not -- that's my business.

23    Q.    Well --

24         MS. DONAHUE:  I'm sorry.  You do have

```
 1   to answer.  You're required to answer questions.
 2              THE WITNESS:  About my personal life?
 3              MS. DONAHUE:  Yes, mm-hmm.  That's
 4   part of the lawsuit.
 5        A.   Okay.  Well, me and my wife, we -- we
 6   were having problems and stuff, you know.
 7        Q.   What kind of problems?
 8        A.   We were just having marital problems.
 9        Q.   Is that why you went to seek
10   counseling last year?
11        A.   No.  That was for depression and, like
12   I say, that was for depression.  I -- I been
13   depressed a long time, for awhile.  And I just --
14   last year I went to get some help.  And, like I
15   say, I went there for awhile and he gave me a
16   diagnosis.  I went to AA meetings and stuff like
17   that and --
18        Q.   What was the diagnosis?
19        A.   He said that he thought I had a
20   alcohol problem.
21        Q.   So you started going to AA meetings?
22        A.   Yes, I did.
23        Q.   Do you still go to AA meetings?
24        A.   Excuse me?
```

```
1        Q.    Do you still go to AA meetings?

2        A.    No, I don't.

3        Q.    When did you stop?

4        A.    It must have been after four or five

5   sessions or something like that.

6        Q.    Was this alcohol problem causing

7   problems with your marriage?

8        A.    That probably could, mm-hmm.

9        Q.    Any other counseling that you've gone

10  to?

11       A.    No.  Like I say, I've just gone to

12  family medical and the AA place, you know.

13       Q.    Do you know why you were not hired by

14  AK Steel?

15       A.    They said it was because I flunked the

16  test.

17       Q.    Do you have any reason to doubt that

18  that's true?

19       A.    Yes, I do.

20       Q.    What's that?

21       A.    Like I say, I've -- I've taken

22  various -- various aptitude tests.  I've taken

23  college entrance tests, passed them.  I've tooken

24  (sic) mechanical tests, passed them.  I -- you
```

1  know, I'm very knowledgeable -- you know, when it

2  comes to taking tests and I thought it was very

3  common sense test and -- you know.

4        Q.    Have you taken a personality test

5  before?

6        A.    Yes, I have.

7        Q.    Where was that at?

8        A.    I can't recall.

9        Q.    What --

10       A.    But I know there with diagrams and

11  stuff where you see this or that and I've taken all

12  kind of -- you know, tests and I've never had a

13  problem with -- you know, any of them.

14       Q.    Where did you take the mechanical test

15  at before?

16       A.    Excuse me?

17       Q.    You said you took a mechanical test

18  before?

19       A.    Yes, a different application, like

20  Ironton Iron.

21       Q.    Ironton Iron --

22       A.    Yes.

23       Q.    -- had a mechanical test?

24       A.    Yeah.

1       Q.    What other place have you taken a

2    test?

3       A.    I just took -- I've tooken (sic) a

4    college entrance test --

5       Q.    Okay.

6       A.    -- to go to Ohio University, Southern

7    Branch.

8       Q.    What other tests?

9       A.    I can't recall.  That's about it, I

10   guess.

11      Q.    You took tests when you were at

12   Southern -- Ohio University?

13      A.    Yes.

14      Q.    You said you were about a C-plus

15   student?

16      A.    Yes.

17            MS. DONAHUE:  Would you like to take a

18   break?

19            THE WITNESS:  Excuse me?

20            MS. DONAHUE:  Would you like to take a

21   break?

22            THE WITNESS:  Yes, if you don't mind.

23            MS. DONAHUE:  Is that all right,

24   Patty?

```
 1              MS. PRYOR:  Yep.

 2         (Off the record:  12:00 p.m. - 12:05 p.m.)

 3   BY MS. PRYOR:

 4         Q.    Mr. Carter, do you know whether any

 5   white applicant with the same or less

 6   qualifications as you was hired by AK Steel?

 7         A.    The same or --

 8         Q.    Or less, mm-hmm.

 9         A.    I -- I gave you the names of

10   Mr. Turley, Mr. Whitley.

11         Q.    The three that we mentioned earlier,

12   yeah.

13         A.    They worked the same department as me

14   and I think the only -- more experience they had

15   was they were -- worked a magnet crane.

16         Q.    Okay.  Anyone else?

17         A.    No, that's all I can recall.

18         Q.    Do you know whether AK Steel hired

19   anyone who had a criminal conviction?

20         A.    Excuse me?

21         Q.    Do you know whether AK Steel hired

22   anyone with a criminal conviction?

23         A.    No, I don't.

24         Q.    Did anyone at AK Steel ever say
```

 1    anything to you about your application?

 2         A.    No.

 3         Q.    Did anyone at AK Steel ever say

 4    anything to you about why you were not hired?

 5         A.    Miss Lester said it was because I

 6    failed a test.

 7         Q.    Okay.  Did anyone at AK Steel ever say

 8    anything to you about your race?

 9         A.    About my what?

10         Q.    Your race.

11         A.    No.

12         Q.    Did anyone at AK Steel ever do or say

13    anything that you believe was discriminatory?

14              MS. DONAHUE:  Object to the form.

15         A.    Excuse me?

16    BY MS. PRYOR:

17         Q.    Did anyone at AK Steel ever do or say

18    anything that you felt was discriminatory?

19         A.    Other than not hiring me, that was

20    about it.  Other than just not hiring me.

21         Q.    Did anyone at AK Steel ever do or say

22    anything that you thought was hostile or offensive?

23         A.    No.

24         Q.    Did you ever hear from anyone else

 1    that anyone at AK Steel ever did or said anything

 2    that was discriminatory?

 3         A.    No.

 4         Q.    Did you ever hear from anyone else

 5    that anyone at AK Steel ever did or said anything

 6    that was hostile or offensive?

 7         A.    No, no, other than -- well, I have

 8    heard that other applicants haven't hired and they

 9    were going to hire them and they found out -- maybe

10    this one individual who was a female had a suit

11    pending or something and wouldn't hire her because

12    of that.

13         Q.    What was that female's name?

14         A.    I think her name was Vicky Nelson.

15         Q.    Do you know what kind of suit she had

16    pending?

17         A.    No, I don't.  I don't know whether she

18    filed suit.  I know she had applied and she was

19    denied, I heard, for a certain reason in that

20    capacity about filing a lawsuit against somebody

21    and it wasn't disclosed by her to the --

22         Q.    They were --

23         A.    -- to the plant.

24         Q.    They were going to offer her a job,

1   and then they --

2          A.     Right.

3          Q.     -- found out --

4          A.     Right.

5          Q.     -- that whatever else she'd done --

6          A.     Right, right.

7          Q.     Okay.  Do you know what her race is?

8          A.     Excuse me?

9          Q.     Do you know what her race is?

10         A.     Oh, she's black.

11         Q.     Do you know whether she passed the

12  test?

13         A.     I think she had passed the test or she

14  supposedly passed the test.

15         Q.     Okay.  Anyone at AK Steel treat you

16  differently than a white applicant?

17                MS. DONAHUE:  Calls for speculation.

18  Go ahead.

19         A.     I really don't.  I can't say.

20         Q.     Do you have any other evidence or

21  facts that support your claim that you were treated

22  differently than white applicants?

23         A.     Say, do I have any proof?

24         Q.     Yeah.

1    A.    Not other than I just wasn't hired
2  maybe, I think because of the test.
3    Q.    Okay.  Any other facts or evidence to
4  support your claim that you were discriminated
5  against?
6            MS. DONAHUE:  Object to the form.
7    A.    Other than what's in the complaint,
8  that's all I -- I can tell you.
9    Q.    What's in the complaint?
10    A.    Just about the suit itself and --
11    Q.    What's your understanding of what that
12  is?
13    A.    Excuse me?
14    Q.    What's your understanding of what the
15  complaint says?
16    A.    Well, that I was denied because of my
17  race.
18    Q.    Anything else?
19    A.    No.
20    Q.    Do you know who AK Steel hired instead
21  of you?
22    A.    No, I don't.
23    Q.    Do you know who at AK Steel made the
24  decision not to hire you?

1   A. No, I don't.

2   Q. Mr. Carter, you've been handed what's

3 been marked as Exhibit Number 3.  Have you seen

4 this document before?

5   A. I can't recall.

6   Q. At the bottom of the page, is that

7 your signature?

8   A. Yes, it is.

9   Q. And at the bottom of the last page --

10 or at the top of the last page, is that your

11 signature?

12   A. Yes.

13   Q. You don't recall seeing this document?

14   A. I've seen so many documents, ma'am, I

15 just can't remember everything.

16   Q. Okay.  When you signed this document,

17 were you declaring under penalty of perjury that it

18 was true?

19   A. Excuse me?

20   Q. When you signed this document, did you

21 declare under penalty of perjury that the

22 information was true?

23   A. Yes.

24   Q. I'm assuming the date next to your

```
 1   signature is the date you signed it, on the first

 2   page?

 3              MS. DONAHUE:  Down here.

 4        A.    Yes.

 5        Q.    Did you create this document?

 6        A.    Did I correct this accident?

 7        Q.    Create this document?

 8        A.    No, I didn't.

 9        Q.    Okay.  Do you know where -- who

10   created it?

11        A.    No, ma'am, I don't.

12        Q.    Do you know how you came to receive

13   it?

14        A.    No, I don't.

15        Q.    Do you know what you did with it after

16   you signed it?

17        A.    No, I can't recall.

18        Q.    Have you ever gone to the EEOC office?

19        A.    No, I haven't.

20        Q.    So you did not physically take this

21   document and give it to the EEOC?

22        A.    No, I think they were just notified.

23        Q.    On the second page under Roman Numeral

24   II, "Statement of Facts," it says, "I applied to AK
```

1  Steel in April 2002."  Is that the application that

2  we just looked at, Exhibit Number 2?

3       A.    I guess it was, yeah.

4       Q.    Okay.  So it should have been October

5  2001?

6       A.    Yes, yes.  I got that one.  I just --

7  I think, like I say, I been through a lot of trauma

8  and -- and difficulties since then and I just --

9  you know, my -- my memory isn't as good it used to

10  be (sic).

11       Q.    That's understandable.

12              Have we talked about all the trauma,

13  difficulties you've had since then?

14       A.    Excuse me?

15       Q.    You mentioned you've been through a

16  lot of trauma and difficulties since then.

17       A.    Yeah.

18       Q.    Have we talked about all the trauma

19  and difficulty?

20       A.    I've -- I've talked to -- I've gone to

21  family medical center, but I told them I was

22  depressed.  A lot of times I mask a lot of things.

23  I -- I -- you know, I kept a lot of things to

24  myself.  And I've tried to dealt (sic) with things

1    individually and I'm -- I'm a very private person.

2    And I'm trying to do -- dealt (sic) with this by

3    myself the whole -- the whole period.  I mean, I

4    just -- I been depressed and stuff and I really

5    haven't came out and just told them it was 'cause

6    of that.

7         Q.    Have you ever seen a counselor or

8    therapist prior to 2001?

9         A.    Prior to 2001, no.

10        Q.    Has anything else happened since 2001?

11        A.    Excuse me?

12        Q.    You mentioned trauma.  Has anything

13   else happened to cause you trauma?

14        A.    No.  This -- this job has just caused

15   me a lot of trauma and grief and stuff.  I mean --

16        Q.    Did your marriage problems with your

17   wife, do you still have marriage problems with her?

18        A.    Well, I don't think any marriage is

19   perfect, you know.  We still have our moments

20   and -- but we try to assess the problem and try to

21   work them out.

22        Q.    Were there any infidelity issues

23   there?

24        A.    No.

1    Q.    Did you find the AK Steel exam to be

2  relatively easy?

3    A.    Yes.

4    Q.    Have you -- I apologize.

5         You did not complete the program, the

6  human services technology program at Ohio

7  University, correct?

8    A.    Right.

9    Q.    Have we talked about all the jobs that

10  you've held since 2001?  Have we talked about all

11  the jobs you've held since 2001?

12    A.    I think I forgot Oakridge Treatment

13  Center.

14    Q.    What did you do there?

15    A.    I was a -- I would say what you call a

16  peer leader.  You know, we oversaw a group of kids

17  and tried to help them deal with their personal

18  behavior, issue problems.

19    Q.    When did you do that?

20    A.    That was in 2000 and -- what was it?

21  It might have been 2001 or 2000.

22    Q.    How long did you work there?

23    A.    Oh, see.  I worked there for -- I

24  think it was two or three months.

1        Q.    Why did you leave there?

2        A.    I think I got -- got wrote up or

3    something.  I had come in late or something and

4    they -- I had two infractions written up on me and

5    they dismissed me the second time, the second

6    infraction was then.

7        Q.    Do you remember what the two

8    infractions were for?

9        A.    Excuse me?

10       Q.    Do you remember what your two

11   infractions were for?

12       A.    Like I say, one was coming in late and

13   I think they said the second one, a co-wrecker -- a

14   co-worker accused me of being drunk.

15       Q.    Were you drunk?

16       A.    No, I wasn't.

17       Q.    What was your rate of pay there?

18       A.    I got paid $10 an hour.

19       Q.    Have you applied anywhere else that we

20   haven't talked about?

21       A.    No, that was about it.

22       Q.    Do you keep any notes or a diary?

23       A.    No, I don't.

24       Q.    Did you make any notes relating to AK

1    Steel or this lawsuit?

2         A.    No.

3         Q.    You have -- I'm handing you what's

4    been marked as Exhibit Number 4.  Have you seen

5    this document before?  Have you ever seen this

6    document before?

7         A.    Yeah.

8         Q.    And if you'll turn to page 4, your

9    name is listed next to number three.  Do you see

10   that?

11        A.    Mm-hmm.

12        Q.    Underneath that is the name of Mark

13   Collins.  Is that the individual who you were

14   telling me about who was deceased?

15        A.    Yes, I think so, mm-hmm.

16        Q.    What information did you believe he

17   would have regarding race discrimination and hiring

18   at AK Steel?

19        A.    Excuse me?

20        Q.    What information did you believe that

21   he would have regarding race discrimination and

22   hiring at AK Steel?

23        A.    I don't know if he had anything.  I

24   thought that we just discussed it.

1    Q.    Okay.  You're not aware that he has

2  any other information?

3    A.    No, I don't.

4    Q.    Okay.  And I may have already asked

5  you this and I apologize.  But Darlene Carter and

6  Marnie Carter, do they have any information about

7  your application to AK Steel, other than what

8  you've told them?

9    A.    They just know about me -- me taking

10  it and being told that I had failed it and that's

11  about it, I guess.

12    Q.    Do they know any of your problems with

13  alcohol?

14    A.    Yes.

15    Q.    Do they know of your depression?

16    A.    Yes.

17    Q.    What do they know about those two

18  things?

19    A.    Well, they -- they've known ever since

20  this suit has been going on, I just haven't been my

21  normal self.  And they -- they know that I been

22  depressed behind it and alcohol's been one of the

23  reasons why I drink, to try to forget about it.

24    Q.    Forget about the lawsuit?

```
 1        A.    The whole experience itself.

 2        Q.    Are there any other witnesses or

 3   individuals who you believe would support your

 4   claims?

 5        A.    No, just friends I've talked about,

 6   you know.

 7        Q.    What friends?

 8        A.    Just friends in general I've talked to

 9   that -- you know, I know.

10        Q.    Who are they?

11        A.    Randy Pleasant, one.

12        Q.    Who?

13        A.    Randy --

14        Q.    Randy?

15        A.    -- Pleasant.

16        Q.    That's not Timmy?  That's a

17   different --

18        A.    No, no, no.

19        Q.    Who else?

20        A.    Terry Seward.

21        Q.    Is that S-E-W-A-R-D?

22        A.    S-E-W-A-R-D, my mother.

23        Q.    Do these individuals know anything

24   other than what you've told them?
```

1          A.     Excuse me?

2          Q.     Do these individuals know anything

3     other than what you've told them about your claim?

4          A.     Well, they know what -- how it has

5     affected me and --

6          Q.     Anyone else?

7          A.     My wife.

8          Q.     What does she know?

9          A.     That this whole process has affected

10    me and discouraged me and --

11         Q.     Anything else?

12         A.     No.

13         Q.     Anyone else?

14         A.     I've talked to Mr. Pleasant, Timmy

15    Pleasant about it.

16         Q.     About how upset you are about it or

17    about your application itself or --

18         A.     About how it's affected me.

19         Q.     Anyone else?

20         A.     A friend, brother-in-law.  Eugene

21    Campbell is his name, my brother-in-law.

22         Q.     What have you talked to him about?

23         A.     About how it's affected me and --

24         Q.     Have you told any of these individuals

1    what's going on in the lawsuit?

2        A.    No.

3        Q.    Do these individuals all know that you

4    are filing a lawsuit?

5        A.    They have heard about, yes.

6        Q.    Have they heard about it from you?

7        A.    Yes.

8        Q.    What have you told them about it?

9        A.    Just that a suit was pending and that

10    was it.

11        Q.    Anyone else that you've talked to

12    about the lawsuit or your application at AK Steel?

13        A.    No, that's about it.  I have a very

14    small circle of friends and that's about it.

15        Q.    Do you have any documents which

16    support your claims?

17        A.    Not other than what you have yourself.

18        Q.    What do you mean what I have?  What do

19    I have?

20        A.    The documents you have that the suit

21    was filed because I think I was discriminated

22    against because of my race and -- you know.

23        Q.    You talking about the complaint?

24        A.    Yes.

1    Q.    Do you have any communication,

2  documents or communications from AK Steel?

3    A.    No, I don't.

4    Q.    Do you have any documents that --

5  copies of any documents that you provided to AK

6  Steel?

7    A.    Other than the application, no.

8    Q.    Do you have a copy of a resume?

9    A.    No, I can't -- I don't -- I don't

10  recall having any.

11    Q.    Have you ever created a resume?

12    A.    Excuse me?

13    Q.    Have you ever created a resume?

14    A.    Yes, I have.

15    Q.    When did you do that?

16    A.    The last one was done in 2004 -- or

17  2005 was the last one I had.

18    Q.    Okay.  Do you still have that?

19    A.    Yes, at the house, yes.

20          MS. PRYOR:  Okay.  We'll need a copy

21  of that.

22  BY MS. PRYOR:

23    Q.    How many different versions do you

24  have?  Is it just one resume or do you have older

1  resumes as well?

2      A.    I think that's about the only one I

3  have was in 2005.

4      Q.    Okay.  Have you created a resume prior

5  to that at any time?

6      A.    No, I need to update it because I'm

7  working now and stuff and I need to update it.

8      Q.    Why did you create it in 2004 or 2005?

9      A.    To get a job.

10      Q.    Did you use it to get a job?

11      A.    I've -- I've used it to get -- to

12  apply for different jobs.

13      Q.    Okay.  What other jobs have you

14  applied for?

15      A.    Excuse me?

16      Q.    What jobs have you applied for?

17      A.    I -- I just turned it to different

18  employers -- you know.  I turned it to a plastic

19  company.  I can't recall, just different

20  corporations and stuff.  I can't recall their

21  names.  I just -- a lot of times, I've gone through

22  the Workforce Development Company in Ironton, Ohio

23  and they faxed them to different places, like the

24  plastic place in Hagerhill, Kentucky; Coca-Cola --

1    I mean, Pepsi.  You know, they do a lot of -- of

2    filing it, and then sending it to the employer

3    their selfs (sic).

4        Q.    So you've given your resume to

5    Workforce Development --

6        A.    Yes.

7        Q.    -- Company?

8        A.    Yes.

9        Q.    And they send it out on your behalf?

10       A.    Right.

11       Q.    Do they keep a file on you, then?

12       A.    Yes, they do.

13       Q.    Have you asked them for who you've

14   sent your resume to or who they sent your resume

15   to --

16       A.    I've asked --

17       Q.    -- on your behalf?

18       A.    -- them if they sent resumes at

19   certain jobs I applied for.

20       Q.    Have they told you about what

21   places --

22       A.    They said that they have send them

23   (sic).

24       Q.    Have they given you a list of those

1  places they've sent it out to?

2       A.    No, they haven't give (sic) me a list.

3  I've just known that they told me that I've sent

4  one to Pepsi; the plastic place down there at

5  Hagerhill; another place called Total Safety,

6  just -- you know, just different corporations.

7       Q.    Do you have any notes or letters or

8  other documents relating to any of the other

9  plaintiffs?

10       A.    Excuse me?

11       Q.    Do you have any notes, documents or

12  letters --

13       A.    No.

14       Q.    -- related to any of the --

15       A.    No.

16       Q.    -- other plaintiffs?

17       A.    No.

18       Q.    No?  You've been handed what's been

19  marked as Exhibit 5.  Have you seen this document

20  before?

21       A.    Yes.

22       Q.    And is that your signature on page 9?

23       A.    Page 9?

24       Q.    It doesn't have a number on it.

1          A.     I don't know, this is it.

2          Q.     Yeah, that's the page.  It's the page

3    after page 8.  There's no number on it, but it's

4    the ninth page.

5          A.     Yeah, mm-hmm.

6          Q.     And you understood by signing that

7    that you were certifying that the answers to the

8    questions were true?

9          A.     To the best of my knowledge.

10         Q.     Okay.  Did you do anything to make

11    sure that the answers were true?

12         A.     I just tried to recollect information

13    best I could.

14         Q.     You didn't look at any documents?

15         A.     Not a whole bunch.  I just tried to

16    follow directions, what I thought were necessary.

17         Q.     Do you understand that your criminal

18    conviction was a legal proceeding?

19         A.     Excuse me?

20         Q.     Did you understand that your criminal

21    conviction was a legal proceeding?

22         A.     I guess so.  I mean --

23         Q.     If you look at page 5, actually page 4

24    and 5, the bottom of page 4 is an interrogatory

```
 1    number two, which asks you to identify all

 2    employers since January 2001.  Do you see that?

 3         A.    Yeah.

 4         Q.    Okay.  And then if you turn to page 5,

 5    you have I'm assuming what's your answer?

 6         A.    I've got five, yeah.

 7         Q.    Okay.  Is that answer, is that --

 8    those dates and employers that are listed there,

 9    are those true?

10         A.    Say -- yeah, I forgot about C, yeah,

11    mm-hmm.

12         Q.    You forgot about what?

13         A.    Excuse me?

14         Q.    You said you forgot about something.

15         A.    The CAO office.

16         Q.    What is that?

17         A.    Community Action.

18         Q.    What did you do for them?

19         A.    It was a part-time job.  We went in

20    the county and what we did, we cut down brush and

21    branches that we felt might obstruct lakes and

22    stuff and cause flooding of some sort and we cut

23    them down and burn them and dispose of them.

24         Q.    And it looks like you did that for
```

1    eight months, nine months?

2         A.    Yes, mm-hmm.

3         Q.    Why did you leave that employment?

4         A.    It expired.  It was a part-time job.

5         Q.    What do you mean, "it expired"?

6         A.    It expired.  It was a program that

7    went from so many months.  It was a nine-month job,

8    something like that and it was terminated because

9    it was just a part-time job.

10        Q.    Okay.

11        A.    And it was during the ice, bad ice --

12   ice belt they had back then.

13        Q.    How much did you make there?

14        A.    Made $10 an hour.

15        Q.    Did you work 40 hours?

16        A.    Yes.

17        Q.    Did you receive any benefits?

18        A.    No.

19        Q.    What is Laborer's Local 1445?

20        A.    That was in Catlettsburg, Kentucky.

21        Q.    What is that?

22        A.    That was a union hall.

23        Q.    What did you do for them?

24        A.    We just went to plants and just did

1    general labor work -- you know, clean units out,

2    something like Veiola, the place I'm working at

3    now.

4        Q.    And it said that you left because of

5    problems related to alcohol.  What does that mean?

6        A.    Like I say, there's -- I -- I had

7    alcohol problems as soon as this suit's -- you

8    know, transpired and that was one of the reasons.

9        Q.    Were you fired?

10       A.    I wasn't fired.  Well, I -- I was

11   terminated.  I guess -- you know, more or less -- I

12   guess they terminated me.  I just got a thing in

13   the mail that said that my services were no longer

14   needed and --

15       Q.    Do you know why?

16       A.    Like I say, I went to a -- I went to a

17   job one day and what happened, I left with my ID

18   badge.  I -- I forgot it and I had drank some beer

19   earlier there that day.  And I was working, I

20   think, seven at midnight (sic) to like seven in the

21   morning, 12-hour shift.

22            And I had drank earlier until about

23   like 2:00 that morning, afternoon.  And I slept

24   from like two -- 2:00 till about 6:00, got up,

1    forgot to brush my teeth.  I go into work and I got

2    the ID badge I generally keep in my wallet and

3    somehow it slipped out.  And I got to my job site

4    and we had to go through this turnstile to get to

5    the guard to show our ID.

6              Well, I didn't have it with me at the

7    time.  So I asked him for a duplicate.  Well, he

8    got me a duplicate made, handed it to me, asked me

9    if I'd been drinking.  And I said no.  And he said

10   you sure?  I said, well, I drank earlier, you know.

11   And he said, well, I can't let you in.  And I said

12   why not?  And he said, well, because I smell

13   alcohol.  I said, well, I just -- I drank earlier

14   and I forgot to brush my teeth, you know.

15             And he said, well, who's your foreman?

16   So I told him my lead foreman's name and he came

17   out.  And at the same time, there's another guy I

18   worked with, he told the guard, well, I'm going to

19   lay him off anyway tonight 'cause he's laying this

20   other guy off, I guess because work was minimal.

21   And that was the last I heard the job -- you know,

22   other than what I got in the mail about the

23   termination.

24        Q.    Any other employers that you've been

1  terminated from?

2       A.    No.

3       Q.    All right.  For interrogatory number

4  three, which asks you to identify all employers

5  whom you applied for employment since January 1,

6  2001.  You list AK Steel, and then you say -- see

7  the employers that you actually worked for?

8            Have you applied for anyone else that

9  you did not work for during that time period?

10      A.    Since 2001?

11      Q.    Yeah, have you applied anywhere that

12  you were not hired, besides AK Steel?

13      A.    Yes.  I've -- I've gone to plastic

14  plant, submitted resumes.  I've gone to Pepsi-Cola.

15  I've gone to Kentucky Fried Chicken.  Where else

16  have I gone to?  To a place called Total Safety.

17      Q.    Is there a reason why those are not

18  listed here?

19      A.    My memory.  Like I say, it's -- I'll

20  admit I had the alcohol problem.  I can't remember

21  everything I used to years ago.

22      Q.    In response to interrogatory number

23  five, that's for individuals who have knowledge

24  about or information about the allegations in the

1    complaint.  You list Kay Jackson, who we've already

2    talked about, correct?

3          A.     Number what?

4          Q.     Number 5.  It's on page 6.  Do you see

5    it?

6          A.     Yeah.

7          Q.     Okay.  Kay Jackson, we've already

8    talked about, correct?

9          A.     Oh, okay, yes.  I know her.

10         Q.     Who is Ronald Sloan?

11         A.     If I'm not mistaken, I think he's the

12   one that started this class action lawsuit, if I'm

13   not mistaken.  I'm not sure now.

14         Q.     Okay.  How do you know that, that he

15   started --

16         A.     The name just sounds familiar.

17         Q.     Okay.  Do you have any idea what

18   knowledge he has?

19         A.     Excuse me?

20         Q.     Do you have any idea what knowledge he

21   has?

22         A.     No.

23         Q.     Have you ever talked to him?

24         A.     It's been awhile back, but I can't

1    recall what it was -- what it entailed or what was

2    said.

3         Q.    Have you talked to him outside the

4    presence of counsel before?

5         A.    I think I've talked to him on the

6    phone.

7         Q.    Do you remember what he said?

8         A.    I believe he might have been the one

9    that told me about the lawuit.

10        Q.    Okay.

11        A.    That was about all.

12        Q.    What did he tell you about the

13   lawsuit?

14        A.    I think he just discussed that one was

15   pending or something.

16        Q.    Was that after Mr. Cosby told you

17   about it?

18        A.    I think so.  I'm not sure now, but I

19   think so.

20        Q.    Did he ask you to join it?

21        A.    I think that he had told me that I

22   could be a participant in it -- you know, if I

23   chose to.

24        Q.    What about Marnie Carter, what does

1    she know?

2         A.    Excuse me?

3         Q.    Why do you list Marnie Carter?

4         A.    That's my niece.

5         Q.    What do you think she knows?

6         A.    Just that she took the test and that

7    she's a defendant or a litigant of this case, you

8    know.

9         Q.    What about Rodrique Russell, who is

10   he?

11        A.    I don't know.  I've heard the name,

12   but I just -- I can't place him.

13        Q.    Why did you list him on here?

14        A.    I think I remember the name at one

15   time and -- and put it down.

16        Q.    You don't know who he is?

17        A.    Or I might have got it off the -- the

18   suit itself --

19        Q.    Okay.

20        A.    -- in the documents, you know.

21        Q.    Do you have any idea what he knows?

22        A.    No, I don't, other than he felt like

23   he was discriminated against also because of his

24   race.

1      Q.    How do you know that?

2      A.    He's a litigant of this case, so I --

3  I just say it speaks for itself.

4      Q.    You're assuming that, based on the

5  fact that --

6      A.    Yeah --

7      Q.    -- he's a litigant?

8      A.    -- right.

9      Q.    Darlene Carter is your sister, right?

10      A.    That's my twin sister.

11      Q.    We talked about her earlier.  Dwight

12  Lewis, who is he?

13      A.    I -- I don't know him.  I just heard

14  it.  I think he lives in Ashland, Kentucky.  I

15  don't know him personally.

16      Q.    And what have you heard about him?

17      A.    I just know that he's a litigant in

18  this case.  I don't -- I don't know him.

19      Q.    Okay.  What about Vivian Bert?

20      A.    Other than I know she's on this case

21  also.

22      Q.    Okay.  And what about Fred Howell?

23      A.    Well, that's my supervisor.  I don't

24  know how that got in there.

1      Q.    Does he know anything about your

2  lawsuit here?

3      A.    No.

4      Q.    Does he know anything about your

5  claims?

6      A.    Excuse me?

7      Q.    Does he know anything about your

8  claims?

9      A.    No, no.

10      Q.    Does he know anything about your

11  application to AK Steel?

12      A.    No.

13      Q.    And if you'll look after your

14  signature page, there's some documents attached to

15  this.

16            MS. DONAHUE:  I hate to do this, but I

17  really would like to use the restroom.  Could we

18  take just a really quick break?  I'll be right

19  back.

20      (Off the record:  12:37 p.m. - 12:39 p.m.)

21  BY MS. PRYOR:

22      Q.    If you could turn to -- on Exhibit 5,

23  if you could turn to the page after your signature

24  page.

1      A.    Which page is that?

2            MS. DONAHUE:  Keep going, one more.

3            THE WITNESS:  Right here?

4            MS. DONAHUE:  No, next one.

5            THE WITNESS:  Oh, the next one?

6            MS. PRYOR:  That, that one.

7   BY MS. PRYOR:

8      Q.    It says, "Ironton-Lawrence County Area

9   CAO, Inc. Earnings History."  What is that

10  document?

11     A.    That's the pay periods and the amount

12  of pay I was getting paid every week.

13     Q.    And that's when you were at CAO?

14     A.    Yes.

15     Q.    Where did you get that document from?

16     A.    I got it from a supervisor that was

17  over the program down in the Workforce Development.

18  She was working with -- hand in hand with Community

19  Action.  I think she had this printed out for me.

20     Q.    And does that cover the entire period

21  that you worked for CAO?

22     A.    Yes.

23     Q.    And the next page, it says, "Job

24  Search Log."

1      A.     Mm-hmm.

2      Q.     What did you complete this for?

3      A.     Workforce Development, I was going

4  down and they was telling me I might be able to get

5  some grant to go back to school to further my

6  education.  And I have to have seven -- or 11

7  places marked on this sheet of paper -- you know,

8  for proof that I have been searching for a job and

9  this would enable me to get some grant money to

10  continue my education.

11      Q.     And have you been able to get that

12  grant money?

13      A.     No.  Like I say, I'm working right now

14  and I just never went back and talked to them.

15  I -- I intend to in the near future.

16      Q.     During this time, it looks like

17  September 2006, October 2006, November, December

18  and January, were you not employed during that

19  time?

20      A.     Excuse me?

21      Q.     Were you not employed between

22  September 2006 and January 2007?

23      A.     January 2006 and February 2007?

24      Q.     September 2006 and January 2007 --

1          MS. DONAHUE:  From this period.

2     Q.     -- while you were applying to these

3 other jobs, were you employed anywhere else?

4     A.     I can't recall, no.  I think -- wait a

5 minute.  No, I don't think I was.  I don't think I

6 was.  I think I did work at Infocisian, I think

7 that was.

8     Q.     If you look back up to page 5 of your

9 interrogatory --

10     A.     2006 or something.  Which was -- page

11 was that?

12     Q.     Page 5.

13     A.     Page 5, mm-hmm.

14     Q.     All right.  Prior -- and you look at

15 your answer there where you --

16     A.     Yes.

17     Q.     Prior to getting your most recent job

18 that you're currently employed at, were you not

19 employed since March 2006?

20     A.     At the Laborer's Union, yeah.

21     Q.     You left that --

22     A.     I --

23     Q.     -- in March 2006?

24     A.     I forgot about that, yeah.

1      Q.    So from March of 2006 until -- when

2  did you get your most recent job?

3      A.    My most recent -- I just got hired in

4  April of this year.

5      Q.    Okay.  So from March 2006 through

6  April 2007, you were unemployed; is that correct?

7      A.    Sounds right.

8      Q.    Okay.  And then the next page after

9  that job search log, it looks to be a 1999 W-2.

10     A.    Mm-hmm.

11     Q.    Is that your W-2 from Ironton Iron?

12  Is that correct?

13     A.    Yes.

14     Q.    And then the next page is your 2004

15  unemployment compensation records --

16     A.    Mm-hmm.

17     Q.    -- is that correct?

18     A.    Yeah.

19     Q.    And the next page is -- looks like a

20  W-2 from 2005 at Commercial Help.  What is

21  Commercial Help?

22     A.    That was a place that I worked through

23  Manpower Temporary Services.

24     Q.    And that is not listed on your answer

1  to interrogatory number five, correct?

2      A.    I think I did tell you I worked for

3  Manpower in 2005 or somewhere around in there.  I

4  can't recall.  I might been off so many months or

5  something, but I think I did tell you I worked for

6  Manpower.

7      Q.    Looks like you worked for Commercial

8  Help in 2004 and 2005?

9      A.    Yes, mm-hmm.

10     Q.    How many days did you work there?

11     A.    I can't recall now.

12     Q.    It doesn't look like very much, based

13 on the --

14     A.    No, it's just temporary help.  You

15 know, they -- they call Manpower when they need a

16 job done.  It could be a week, a two-week job.  And

17 generally it's about a week and a half or something

18 like that and -- you know, they get their job or

19 their merchandise out and --

20     Q.    Did you work anywhere else for

21 Manpower during that time?

22     A.    I worked for, like I say, the -- I

23 don't know, McNichol Nut and Bolt I told you about

24 for Manpower.

1    Q.    Do you have a W-2 for them?

2    A.    I don't -- I don't recall.  I don't

3  know if I do or not.  You know, all I have is what

4  I -- I gave here.  I -- I couldn't find anything

5  else.

6    Q.    Have you been keeping your W-2's since

7  2002?

8    A.    I try to keep them, yeah.

9    Q.    Were you instructed to keep them since

10  2002?

11    A.    Excuse me?

12    Q.    Have you been instructed to keep them

13  since 2002?

14    A.    No, I just -- I just generally keep

15  them, you know.

16    Q.    Do you have any other W-2's since

17  2002?

18    A.    Other than what I turned into to --

19  right here, this is about it, I think.

20    Q.    Other than what you see in Exhibit --

21    A.    Yes, mm-hmm.

22    Q.    -- 5?

23    A.    Right.

24    Q.    Have you made a thorough search for

1    your W-2's?

2         A.    Yes, I have.

3         Q.    Do you have any tax returns?

4         A.    For this year?

5         Q.    For -- going back to 2001.

6         A.    For 2001?

7         Q.    Mm-hmm.

8         A.    I don't think I have all of them.  You

9    know, I -- I just -- I gave them what I -- what I

10   could find and that was it.

11        Q.    When was the first time you gathered

12   documents, your W-2's and tax returns?

13        A.    I can't recall now.

14        Q.    I assume at one point you did have

15   your W-2's for all those years, or at least in

16   2002 --

17        A.    Yes --

18        Q.    -- you would have had them --

19        A.    -- probably --

20        Q.    -- and 2003?

21        A.    -- misplaced or something.

22        Q.    Next one, you got a 2006 W-2 from

23   Shared Systems Technology.  Do you see that?

24        A.    Mm-hmm.

 1          Q.    What is Shared Systems Technology?

 2          A.    I think that is -- if I'm not

 3    mistaken -- let me see the address of that.  Shared

 4    Systems Technology, okay.  That's the labor union I

 5    worked at.  That's -- that's the company we work

 6    for.

 7          Q.    Okay.

 8          A.    You know, they were the subcontractors

 9    and they were the ones hired -- they went through

10    the Local 1445 to -- to work for, yeah.

11          Q.    Okay.  And I see a 2005 W-2 from

12    Infocisian --

13          A.    Mm-hmm.

14          Q.    -- we've already talked about.  And it

15    looks like a 2004 tax return that you have; is that

16    right?

17          A.    2004?  Yes.

18          Q.    And a 2005 tax return and a 2006 tax

19    return; is that right?

20          A.    Yeah.

21          Q.    Does your wife work?

22          A.    Yes.

23          Q.    Is her income included on these tax

24    returns?

1    A.    We've been filing separate or

2  something.    I been filing an injured spouse claim

3  or something because she was getting -- she owed

4  higher education some money before we got married

5  and we been filing like injured spouse because we

6  weren't married and I thought I was entitled to my

7  fair of money (sic), so if we got money back from

8  our -- our kids and stuff -- you know, on our

9  income taxes.

10    Q.    How many children do you have?

11    A.    I have three.

12    Q.    What are their ages?

13    A.    20, 21 and 22.

14    Q.    Okay.

15    A.    My oldest will be 23 this year and my

16  oldest will be 21 (sic), and then my daughter just

17  turn 20 -- the youngest just turned 20 yesterday.

18        MS. PRYOR:  Okay.  I have no further

19  questions, but I would like to make sure that we've

20  gotten all of his tax returns and W-2's and there

21  were a few other things we mentioned earlier.

22        MS. DONAHUE:  Resume.

23        MS. PRYOR:  Resume, thank you.

24        MS. DONAHUE:  Well, I think we just

1   have one question.

2                           EXAMINATION

3   BY MS. DONAHUE:

4        Q.    What is your understanding of the --

5   of your record for the assault that you talked

6   about earlier?

7        A.    What I heard, it was suspended 'cause

8   I've got a copy of it at the house.  You know, I

9   was on probation for so many years and that was

10  understood that was suspended and I do have a copy

11  of that piece of paper 'cause that was back in --

12  you know, if you --

13       Q.    Okay.

14       A.    -- go so many years without having no

15  criminal record, it's -- you know, exonerated and

16  it was suspended.

17       Q.    Was your understanding of that

18  suspension that it would be stricken from your

19  record?

20       A.    Right, yes.

21            MS. DONAHUE:  Okay.

22            MS. PRYOR:  Follow-up.

23                         RECROSS-EXAMINATION

24  BY MS. PRYOR:

113

1       Q.    You called it a suspension.  Is that

2   what you called it?

3       A.    Yeah.

4       Q.    You have a document about that?

5       A.    Yes.

6             MS. PRYOR:  We'd like a copy of that

7   document.

8             MS. DONAHUE:  Sure, okay.  Okay.  No

9   more questions.  Thank you.

10            (Deposition concluded at 12:49 p.m.)

11

12

13            _____

14                    Darrell D. Carter

15

16

17

18

19

20

21

22

23

24

```
 1              C E R T I F I C A T E

 2

 3    STATE OF OHIO           :

 4                            :    SS

 5    COUNTY OF HAMILTON      :

 6

 7         I, Susan M. Barhorst, a Notary Public in

 8    and for the State of Ohio, duly commissioned and

 9    qualified, do hereby certify that prior to the

10    giving of this deposition the within-named

11    DARRELL D. CARTER was by me first duly sworn to

12    testify the truth, the whole truth, and nothing but

13    the truth; that the foregoing pages constitute a

14    true, correct, and complete transcript of the

15    testimony of said deponent, which was recorded in

16    stenotypy by me, and on the 6th day of September

17    2007 was submitted to counsel for deponent's

18    signature.

19         I further certify the within deposition was

20    duly taken before me at the time and place stated,

21    pursuant to the Federal Rules of Civil Procedure;

22    that I am not counsel, attorney, relative or

23    employee of any of the parties hereto, or their

24    counsel, or financially or in any way interested in
```

1   the within action, and that I was at the time of

2   taking said deposition a Notary Public in and for

3   the State of Ohio.

4          IN WITNESS WHEREOF, I have hereunto set my

5   hand and notarial seal at Cincinnati, Ohio, this

6   6th day of September 2007.

7

8

9
                    Susan M. Barhorst, Notary Public
10                   in and for the State of Ohio.
                     My commission expires
11                   February 18, 2009

12

13

14

15

16

17

18

19

20

21

22

23

24