1    Q.    You called it a suspension.  Is that
2    what you called it?
3    A.    Yeah.
4    Q.    You have a document about that?
5    A.    Yes.
6    MS. PRYOR:  We'd like a copy of that
7    document.
8    MS. DONAHUE:  Sure, okay.  Okay.  No
9    more questions.  Thank you.
10   (Deposition concluded at 12:49 p.m.)

*[signature]*
Darrell D. Carter

CORRECTIONS/CHANGES TO DEPOSITION TRANSCRIPT:

LINE        PAGE        CORRECTION:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____    _____
         Signature                Date