```
 1                    C E R T I F I C A T E
 2
 3    STATE OF OHIO          :
 4                           :   SS
 5    COUNTY OF HAMILTON     :
 6
 7          I, Susan M. Barhorst, a Notary Public in
 8    and for the State of Ohio, duly commissioned and
 9    qualified, do hereby certify that prior to the
10    giving of this deposition the within-named
11    DARRELL D. CARTER was by me first duly sworn to
12    testify the truth, the whole truth, and nothing but
13    the truth; that the foregoing pages constitute a
14    true, correct, and complete transcript of the
15    testimony of said deponent, which was recorded in
16    stenotypy by me, and on the 6th day of September
17    2007 was submitted to counsel for deponent's
18    signature.
19          I further certify the within deposition was
20    duly taken before me at the time and place stated,
21    pursuant to the Federal Rules of Civil Procedure;
22    that I am not counsel, attorney, relative or
23    employee of any of the parties hereto, or their
24    counsel, or financially or in any way interested in
```

1    the within action, and that I was at the time of
2    taking said deposition a Notary Public in and for
3    the State of Ohio.
4        IN WITNESS WHEREOF, I have hereunto set my
5    hand and notarial seal at Cincinnati, Ohio, this
6    6th day of September 2007.

*Susan M. Barhorst*
Susan M. Barhorst, Notary Public
in and for the State of Ohio.
My commission expires
February 18, 2009