```
 1
 2           Kay Jackson/AmB
 3           Kay Jackson
                              12.10.07
 4
 5         **SEE PAGE 124
              Signed pursuant to Rule 30
 6
 7
 8
...
24
```

```
 1                    **See signature page 121**

 2          RULE 30(E) OF THE FEDERAL RULES OF CIVIL
    PROCEDURE BEING INVOKED.
 3          REASON:  AFTER HAVING BEEN SUBMITTED FOR
    SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT
 4  WITHIN THE ALLOTTED TIME PER RULE 30(E).

 5
                      C E R T I F I C A T E
 6
            I, SUSAN M. BARHORST, THE UNDERSIGNED, HAVE
 7  SIGNED THE SIGNATURE OF KAY JACKSON TO THE
    DEPOSITION PURSUANT TO THE ABOVE-STATED REASON.
 8

 9
                  _Susan M. Barhorst_ 12/10/07
10                SUSAN M. BARHORST
11                NOTARY PUBLIC-STATE OF OHIO
                  MY COMMISSION EXPIRES:
12                FEBRUARY 18, 2009
```