```
 1                    C E R T I F I C A T E

 2

 3    STATE OF OHIO          :

 4                           :   SS

 5    COUNTY OF HAMILTON     :

 6

 7           I, Susan M. Barhorst, a Notary Public in

 8    and for the State of Ohio, duly commissioned and

 9    qualified, do hereby certify that prior to the

10    giving of this deposition the within-named KAY

11    JACKSON was by me first duly sworn to testify the

12    truth, the whole truth, and nothing but the truth;

13    that the foregoing pages constitute a true,

14    correct, and complete transcript of the testimony

15    of said deponent, which was recorded in stenotypy

16    by me, and on the 1st day of September 2007 was

17    submitted to counsel for deponent's signature.

18           I further certify the within deposition was

19    duly taken before me at the time and place stated,

20    pursuant to the Federal Rules of Civil Procedure;

21    that I am not counsel, attorney, relative or

22    employee of any of the parties hereto, or their

23    counsel, or financially or in any way interested in

24    the within action, and that I was at the time of
```

```
 1  taking said deposition a Notary Public in and for
 2  the State of Ohio.
 3          IN WITNESS WHEREOF, I have hereunto set my
 4  hand and notarial seal at Cincinnati, Ohio, this
 5  1st day of September 2007.
 6
 7
 8  _____
    Susan M. Barhorst, Notary Public
 9  in and for the State of Ohio.
    My commission expires
10  February 18, 2009
```