UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**EXHIBIT**

K. JACKSON
1      8.19-07
Amb

| | |
|---|---|
| VIVIAN BERT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. C-1-02-467 |
| | ) Judge Beckwith |
| AK STEEL CORPORATION, | ) Magistrate Judge Hogan |
| | ) |
| Defendant. | ) |

## PLAINTIFF KAY JACKSON'S RESPONSES TO DEFENDANT A. K. STEEL CORPORATION'S FIRST SET OF INTERROGATORIES

Comes now the Plaintiff, Kay Jackson, by and through her undersigned counsel of record and responds to the Defendant's First Set of Interrogatories as follows:

## GENERAL OBJECTIONS

1.      The Plaintiff objects to the definitions and instructions accompanying these interrogatories to the extent that they seek to impose burdens, duties and obligations upon the Plaintiff in excess of or different from those imposed by applicable law and the Federal Rules of Civil Procedure; Plaintiff will respond in accordance with said law and rules.

2.      The Plaintiff objects to these requests to the extent they seek information and/or documentation regarding matters about which the Defendant has knowledge but has failed to disclose, or so limited their responses to previous discovery of the Plaintiff, so as to in effect deny the Plaintiff the information requested and needed by them to answer these requests.

3.      The Plaintiff objects to these requests to the extent they seek to discover "core" work product, including the disclosure of the mental impressions, conclusions, opinions, and/or legal theories of

attorneys or other representatives of the Plaintiff, rather than seeking this information from the Plaintiff.

4.      The Plaintiff objects to these requests to the extent they seek information and/or documentation protected by the attorney-client privilege or any other applicable privilege.

5.      The Plaintiff objects to these requests to the extent that the Defendant is seeking to make them into a bill of particulars.

6.      The Plaintiff objects to these requests to the extent they seek to require Plaintiff's counsel to present a "dress rehearsal" of the evidence to be submitted in the course of the proceedings. The mental impressions, legal theories, legal conclusions, and legal opinions of Plaintiff's counsel, as well as any communications between Plaintiff and her counsel, are clearly protected from discovery by the attorney-client privilege and the work product doctrine.

7.      The Plaintiff objects to these requests to the extent that the information and/or documentation sought, if any, was obtained and prepared in anticipation of litigation and the Defendants have not made the required showing of substantial need for the information and/or documentation or that the substantial equivalent of such information and/or documentation is unobtainable by other means. The Plaintiff further objects to these requests to the extent that the information and/or documentation called for, if any, is protected and is not discoverable under Rule 26(b)(3) of the Fed. R. Civ. P. and Hickman v. Taylor, 329 U.S. 495 (1947).

8.      The Plaintiff objects to these requests to the extent that they seek information and/or documentation that is equally available to the Defendant and the burden on the Defendant to obtain the requested information and/or documentation is no greater than the burden on the Plaintiff.

9.      The Plaintiff objects to these requests to the extent they exceed the requirements of Rules

26, 30, 34 or 45 of the Fed. R. Civ. P.

10.    The Plaintiff objects to these requests to the extent they seek information and/or documentation relating to expert witnesses, witnesses, and trial exhibits in excess of the disclosure duties imposed by the Fed. R. Civ. P. and the Court's Scheduling and Pretrial Orders relating to such matters.

11.    The Plaintiff objects to these requests to the extent they require the Plaintiff to disclose "each and every" fact or piece of knowledge possessed by them as such a requirement is impossible to fulfill and is objectionably broad for failure to be "reasonably particularized".

12.    The Plaintiff objects to these requests to the extent they request duplicative and cumulative information and/or documentation heretofore disclosed in conjunction with discovery already undertaken by the Defendant in this action.

13.    The Plaintiff objects to these requests to the extent that they seek to require the Plaintiff's attorneys to divulge the substance of information and/or documentation developed by them (i.e., interpretive, not investigatory) in preparation for any hearing or trial in this action.

14.    The Plaintiff objects to these requests to the extent that they do not, on their face, restrict themselves either to an identifiable time or a reasonable, rationally-based time frame.

15.    The Plaintiff objects to these requests to the extent that they seek information and/or documentation from the Plaintiff regarding matters about which the Defendant has refused or objected to providing in their interrogatory or request for production responses.

16.    The Plaintiff objects to these requests to the extent that they are oppressive, i.e., they were designed to create an unreasonable burden on the Plaintiff which burden is not commensurate with the professed result sought.

3

17.    The Plaintiff objects to these interrogatories to the extent they seek answers to multiple interrogatories within a single interrogatory.

18.    These requests are addressed to the Plaintiff and the responses herein are based on information and/or documentation presently available to the Plaintiff. Investigation is presently continuing, however, and additional information and/or documentation pertinent to these requests may well be disclosed as a result of such ongoing and continuing investigation.

Except as otherwise indicated, the Plaintiff incorporates the General Objections into each and every answer set forth below. Without waiving the foregoing objections, the Plaintiff answers as follows:

**INTERROGATORY NO. 1:** Identify all litigation or legal proceedings in which you have been a witness or party, including the name and number of the case, the court or administrative agency for which the case was pending, and a brief description of the nature of the case, and the year in which the matter was pending.

**SPECIFIC OBJECTION TO REQUEST**: Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

      **ANSWER:**    <u>Bert, et al, v. AK Steel</u>
                    Case No.: 1:02-CV-00467
                    United States District Court
                    Southern District of Ohio (Cincinnati)
                    Nature of case: Race discrimination in hiring

**INTERROGATORY NO. 2:** Identify all employers for whom you have worked since January 1, 2001, including the dates of employment, the positions held, amounts paid per week, and reason for

leaving, if applicable.

**SPECIFIC OBJECTION TO REQUEST**: Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:**    Shawnee Mental Health Center, Inc. from September of 1999 to the Present -
Clerical position at $455.67 per week; CountyFair from April of 2002 to Dec. of
2002 - $65.00 per week.

**INTERROGATORY NO. 3:** Identify all employers to whom you applied for employment since January 1, 2001, including the date you submitted written applications, the job to which you applied, the dates you were interviewed, the employers who tendered you job offers, and a description of the offer.

**SPECIFIC OBJECTION TO REQUEST**: Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:**    I have applied to A. K. Steel Corporation in 1999 and 2001.

**INTERROGATORY NO. 4:** Identify all income received from whatever source, by amount each week after January 1, 2001.

**ANSWER:**    $455.67 per week.

**INTERROGATORY NO. 5:** Identify by name, address and telephone number all individuals

5

who have knowledge about or information about the allegations in the Complaint, and state a summary of what you believe their knowledge to be.

**ANSWER:**    All of the other plaintiffs who applied to work at the Ashland Plant.

**INTERROGATORY NO. 6:** Identify all individuals who you intend to call as witnesses in the litigation of this matter.

**SPECIFIC OBJECTION TO REQUEST:** Plaintiffs objects because this Interrogatory violates the Court's Order establishing a deadline for Plaintiff to disclose witnesses and testimony. Plaintiff further objects to the extent this interrogatory seeks information protected by the attorney-client privilege or other privilege and/or the work product doctrine. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:** Plaintiff will abide by the deadlines established by the Court and the disclosure requirements set by the Federal Rules of Civil Procedure to disclose the witnesses they will use at trial in this case.

Respectfully Submitted,

Robert F. Childs, Jr.
Herman N. Johnson, Jr.
**WIGGINS, CHILDS, QUINN & PANTAZIS**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 328-0640
(205) 254-1500 (facsimile)

6

Tobias, Kraus & Torchia, LLP
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that on April 30, 2007, I served the foregoing via U.S. Mail and electronic mail upon the following:

Gregory Parker Rogers
Lawrence James Barty
Patricia Anderson Pryor
Taft, Stettinius & Hollister, LLP
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202
Fax: (513) 381-0205

PLAINTIFFS' COUNSEL

## VERIFICATION

l, Kay Jackson hereby state that the answers to the foregoing interrogatories are true and complete to the best of my knowledge.

*Kay Jackson*

Kay Jackson

This the 20th day of April, 2007.

04/04/2007   07:25   740353___2          SHAWNEE MENTAL HEAL___              PAGE   02/25

| a Control number | | Void ☐ | OMB No. 1545-0008 | 4DM | 0D1303 | 312705 |
|---|---|---|---|---|---|---|
| 312705 4DM | | | | | | |

| b Employer identification number | 7 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 31-0843758 | 4188.28 | 329.88 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| SHAWNEE MENTAL HEALTH | 4188.28 | 259.67 |
| CENTER INC | 5 Medicare wages and tips | 6 Medicare tax withheld |
| P O BOX 1507 | 4188.28 | 60.73 |
| PORTSMOUTH OH 45662-3297 | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| KAY P. JACKSON | | |
| 1223 WINIFRED STREET | 13 See instrs. for box 13 | 14 Other |
| GREENUP,KY 41144 | | |

| | 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
|---|---|---|---|---|---|

| 16 State  Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|
| KY   039720 | 4188.28 | 168.60 | | | |

Form **W-2** Wage and Tax Statement **1999**

Copy D For Employer

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

**CONFIDENTIAL**

| a Control number | | Void | | OMB No. 1545-0008 | 4DM | | 001303 | 312705 |
|---|---|---|---|---|---|---|---|---|
| 312705 4DM | | | | | | | | |

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 31-0843758 | 18539.87 | 1451.89 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| SHAWNEE MENTAL HEALTH | 18539.87 | 1149.47 |
| CENTER INC | 5 Medicare wages and tips | 6 Medicare tax withheld |
| P O BOX 1507 | 18539.87 | 268.83 |
| PORTSMOUTH OH 45662-3297 | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| KAY F. JACKSON | | |
| 1223 WINIFRED STREET | 13 See instrs. for box 13 | 14 Other |
| GREENUP, KY 41144 | | |

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | PORTSMOU | 18539.87 | 259.60 |

**Form W-2**  Wage and Tax Statement  **2000**

Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

CONFIDENTIAL

04/04/2007  07:25    740353101..    SHAWNEE MENTAL HEAL                PAGE  04/25

| a Control number  312705 4DM | Void ☐ | OMB No. 1545-0008 4DM | 001303 | 312705 |
|---|---|---|---|---|

| b Employer identification number  31-0843758 | 1 Wages, tips, other compensation  19189.77 | 2 Federal income tax withheld  1537.23 |
|---|---|---|

| c Employer's name, address, and ZIP code  SHAWNEE MENTAL HEALTH  CENTER INC  P O BOX 1507  PORTSMOUTH OH 45662-3297 | 3 Social security wages  19189.77 | 4 Social security tax withheld  1189.77 |
|---|---|---|
| | 5 Medicare wages and tips  19189.77 | 6 Medicare tax withheld  278.25 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial   Last name  KAY     F     JACKSON  1223 WINIFRED STREET  GREENUP, KY 41144 | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

f Employee's address and ZIP code

| 15 State  KY | Employer's state ID number  039720 | 16 State wages, tips, etc.  19189.77 | 17 State income tax  782.99 | 18 Local wages, tips, etc.  19189.77 | 19 Local income tax  268.75 | 20 Locality name  PORTSMOU |
|---|---|---|---|---|---|---|

Form **W-2** **Wage and Tax Statement**

2001

Copy D For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

CONFIDENTIAL

04/04/2007  07:25  740353l__2          SHAWNEE MENTAL HEAL.           PAGE  05/25

| a Control number 312705 4DM | | Void ☐ | OMB No. 1545-0008  4DM | 130304 | 312705 |
|---|---|---|---|---|---|

| b Employer identification number 31-0843758 | 1 Wages, tips, other compensation 19429.34 | 2 Federal income tax withheld 1273.22 |
|---|---|---|
| c Employer's name, address, and ZIP code SHAWNEE MENTAL HEALTH CENTER INC P O BOX 1507 PORTSMOUTH OH 45662-3297 | 3 Social security wages 19429.34 | 4 Social security tax withheld 1204.62 |
| | 5 Medicare wages and tips 19429.34 | 6 Medicare tax withheld 281.73 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial KAY F   Last name JACKSON 1223 WINIFRED STREET GREENUP, KY 41144 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State KY | Employer's state ID number 039720 | 16 State wages, tips, etc. 19429.34 | 17 State income tax 798.06 | 18 Local wages, tips, etc. 19429.34 | 19 Local income tax 271.96 | 20 Locality name PORTSMOU |
|---|---|---|---|---|---|---|

Form **W-2** **Wage and Tax Statement**
Copy D For Employer.

**2002**
(Rev. February 2002)

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

CONFIDENTIAL

04/04/2007  07:25    7403531__2         SHAWNEE MENTAL HEAL.                    PAGE  05/25

| a Control number 312705  4DM | | Void ☐ | OMB No. 1545-0008  4DM | 130304 | 312705 |
|---|---|---|---|---|---|

| | 1 Wages, tips, other compensation 20792.20 | 2 Federal income tax withheld 1346.90 |
|---|---|---|
| **b** Employer identification number 31-0843758 | 3 Social security wages 20792.20 | 4 Social security tax withheld 1289.12 |
| **c** Employer's name, address, and ZIP code SHAWNEE MENTAL HEALTH CENTER INC P O BOX 1507 PORTSMOUTH OH 45662-3297 | 5 Medicare wages and tips 20792.20 | 6 Medicare tax withheld 301.49 |
| | 7 Social security tips | 8 Allocated tips |
| **d** Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| **e** Employee's first name and initial    Last name KAY F         JACKSON 1001 WINIFRED STREET GREENUP, KY 41144 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| **f** Employee's address and ZIP code | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| KY | 039720 | 20792.20 | 848.41 | 21271.28 | 297.77 | PORTSMOU |

Form **W-2**  Wage and Tax Statement          **2003**          Department of the Treasury—Internal Revenue Service

Copy D For Employer.          For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

CONFIDENTIAL

04/04/2007  07:25    7403531052          SHAWNEE MENTAL HEAL,                    PAGE  07/25

| a Control number<br>312705    4DM | | Void ☐ | OMB No. 1545-0008  4DM | 130304 | 312705 |
|---|---|---|---|---|---|

| b Employer identification number<br>31-0843758 | | 1 Wages, tips, other compensation<br>22401.15 | 2 Federal income tax withheld<br>1647.84 |
|---|---|---|---|

| c Employer's name, address, and ZIP code<br>SHAWNEE MENTAL HEALTH<br>CENTER INC<br>P O BOX 1507<br>PORTSMOUTH OH 45662-3297 | 3 Social security wages<br>22401.15 | 4 Social security tax withheld<br>1388.87 |
|---|---|---|
| | 5 Medicare wages and tips<br>22401.15 | 6 Medicare tax withheld<br>324.82 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial        Last name<br>KAY F              JACKSON<br>1001 WINIFRED STREET<br>GREENUP, KY 41144 | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| f Employee's address and ZIP code | | | | | |
|---|---|---|---|---|---|
| 15 State   Employer's state ID number<br>KY │ 039720 | 16 State wages, tips, etc.<br>22401.15 | 17 State income tax<br>978.79 | 18 Local wages, tips, etc.<br>22401.15 | 19 Local income tax<br>313.61 | 20 Locality name<br>PORTSMOU |

Form **W-2** Wage and Tax Statement          **2004**          Department of the Treasury—Internal Revenue Service

Copy D—For Employer.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**CONFIDENTIAL**

04/04/2007  07:25  740353100c2  SHAWNEE MENTAL HEAL.  PAGE  08/25

| a Control number | | | | | |
|---|---|---|---|---|---|
| 312705    4DM | | Void ☐ | OMB No. 1545-0008 4DM | 130304 | 312705 |

| b Employer identification number (EIN) | | |
|---|---|---|
| 31-0843758 | | |

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 22892.75 | 1653.16 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| SHAWNEE MENTAL HEALTH | 22892.75 | 1419.35 |
| CENTER INC | 5 Medicare wages and tips | 6 Medicare tax withheld |
| P O BOX 1507 | 22892.75 | 331.94 |
| PORTSMOUTH OH 45662-3297 | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| | | |

| e Employee's first name and initial    Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| KAY F               JACKSON | | |
| 1001 WINIFRED STREET | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| GREENUP,KY 41144 | 14 Other | 12c |
| | | 12d |

| f Employee's address and ZIP code | | |
|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| KY | 039720 | 22892.75 | 980.00 | 22892.75 | 320.52 | PORTSMOU |

Form **W-2** Wage and Tax Statement

**2005**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

Copy D—For Employer.

CONFIDENTIAL

| a Control number<br>312705 18/4DM | | Void ☐ | OMB No. 1545-0008 4DM | 130304 | | 312705 |
|---|---|---|---|---|---|---|

| b Employer identification number (EIN)<br>31-0843758 | 1 Wages, tips, other compensation<br>22381.68 | 2 Federal income tax withheld<br>1593.79 |
|---|---|---|
| c Employer's name, address, and ZIP code<br>SHAWNEE MENTAL HEALTH<br>CENTER INC<br>P O BOX 1507<br>PORTSMOUTH OH 45662-3297 | 3 Social security wages<br>22381.68 | 4 Social security tax withheld<br>1387.66 |
| | 5 Medicare wages and tips<br>22381.68 | 6 Medicare tax withheld<br>324.53 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name    Suff.<br>KAY F              JACKSON<br>1001 WINIFRED STREET<br>GREENUP,KY 41144 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number<br>KY | 039720 | 16 State wages, tips, etc.<br>22381.68 | 17 State income tax<br>956.44 | 18 Local wages, tips, etc.<br>22381.68 | 19 Local income tax<br>313.32 | 20 Locality name<br>PORTSMOU |
|---|---|---|---|---|---|---|

Form **W-2** **Wage and Tax Statement**    **2006**    Department of the Treasury—Internal Revenue Service

Copy D—For Employer.    For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

CONFIDENTIAL

Form **1040A**
Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** (99) **2003**    IRS Use Only - Do not write or staple in this space.

**Label** (See page 19.)
**Use the IRS label. Otherwise, please print or type.**

KAY F JACKSON
1001 WINIFRED ST
GREENUP, KY 41144

OMB No. 1545-0085
Your social security number

Spouse's social security number

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 20.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?

|  | You |  | Spouse |  |
|---|---|---|---|---|
|  | ☐ Yes | ☒ No | ☐ Yes | ☐ No |

**Filing Status**
Check only one box.

1  ☐ Single
2  ☐ Married filing jointly (even if only one had income)
3  ☐ Married filing separately. If spouse's SSN above and full name here. ▶
4  ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5  ☐ Qualifying widow(er) with dependent child (See page 21.)

**Exemptions**

6a  ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b  ☐ Spouse

c  Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see pg 23) |
|---|---|---|---|
| DARIUS JACKSON | / | SON | X |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than six dependents, see page 21.

No. of boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see page 23)
Dependents on 6c not entered above

d  Total number of exemptions claimed.

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 24.

Enclose, but do not attach, any payment.

| 7 | Wages, salaries, tips, etc. | | 7 | 20,792. |
|---|---|---|---|---|
| 8a | Taxable interest. Attach Schedule 1 if required. | | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. | 8b | | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | | 9a | |
| b | Qualified dividends (see page 25). | 9b | | |
| 10a | Capital gain distributions (see page 25). | | 10a | |
| b | Post-May 5 capital gain distributions (see page 25). | 10b | | |
| 11a | IRA distributions.    11a | | 11b Taxable amount (see page 25). | 11b | |
| 12a | Pensions and annuities.    12a | | 12b Taxable amount (see page 26). | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | | 13 | |
| 14a | Social security benefits.    14a | | 14b Taxable amount (see page 28). | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your total income. ▶ | | 15 | 20,792. |

**Adjusted gross income**

| 16 | Educator expenses (see page 28). | 16 | | |
|---|---|---|---|---|
| 17 | IRA deduction (see page 28). | 17 | | |
| 18 | Student loan interest deduction (see page 31). | 18 | | |
| 19 | Tuition and fees deduction (see page 31). | 19 | | |
| 20 | Add lines 16 through 19. These are your total adjustments. | | 20 | |
| 21 | Subtract line 20 from line 15. This is your adjusted gross income. ▶ | | 21 | 20,792. |

KBA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.    Form **1040A** (2003)

CONFIDENTIAL

Form 1040A (2003) **KAY F JACKSON**                                                                    Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 Enter the amount from line 21 (adjusted gross income). | 22 | 20,792. |

23a Check if: ☐ You were born before January 2, 1939, ☐ Blind ☐ Total boxes
             ☐ Spouse was born before January 2, 1939, ☐ Blind ☐ checked ▶ 23a ☐

b If you are married filing separately and your spouse itemizes
  deductions, see page 32 and check here                           ▶ 23b ☐

**Standard Deduction for —**

• People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 32.

• All others:

Single or Married filing separately, $4,750

Married filing jointly or Qualifying widow(er), $9,500

Head of household, $7,000

| | | |
|---|---|---|
| 24 Enter your standard deduction (see left margin). | 24 | 7,000. |
| 25 Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 13,792. |
| 26 Multiply $3,050 by the total number of exemptions claimed on line 6d. | 26 | 6,100. |
| 27 Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income. | ▶ 27 | 7,692. |
| 28 Tax, including any alternative minimum tax (see page 38). | 28 | 768. |
| 29 Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| 30 Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| 31 Education credits. Attach Form 8863. | 31 | |
| 32 Retirement savings contributions credit. Attach Form 8880. | 32 | |
| 33 Child tax credit (see page 37). | 33 | 600. |
| 34 Adoption credit. Attach Form 8839. | 34 | |
| 35 Add lines 29 through 34. These are your total credits. | 35 | 600. |
| 36 Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | 36 | 168. |
| 37 Advance earned income credit payments from Form(s) W-2. | 37 | |
| 38 Add lines 36 and 37. This is your total tax. | ▶ 38 | 168. |
| 39 Federal income tax withheld from Forms W-2 and 1099. | 39 | 1,347. |

**If you have a qualifying child, attach Schedule EIC.**

| | | |
|---|---|---|
| 40 2003 estimated tax payments and amount applied from 2002 return. | 40 | |
| 41 Earned income credit (EIC). | 41 | 1,421. |
| 42 Additional child tax credit. Attach Form 8812. | 42 | |
| 43 Add lines 39 through 42. These are your total payments. | ▶ 43 | 2,768. |

**Refund**

Direct deposit? See page 50 and fill in 45b, 45c, and 45d.

| | | |
|---|---|---|
| 44 If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you overpaid. | 44 | 2,600. |
| 45a Amount of line 44 you want refunded to you. | ▶ 45a | 2,600. |

▶ b Routing number ☐☐☐ ▶ c Type: ☐ Checking ☐ Savings

▶ d Account number ☐☐☐

| | | |
|---|---|---|
| 46 Amount of line 44 you want applied to your 2004 estimated tax. | 46 | |

**Amount you owe**

| | | |
|---|---|---|
| 47 Amount you owe. Subtract line 43 from line 38. For details on how to pay, see page 51. | ▶ 47 | |
| 48 Estimated tax penalty (see page 51). | 48 | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see page 52)? ☒ Yes. Complete the following. ☐ No

Designee's name ▶ **PREPARER**   Phone no. ▶   Personal ID number (PIN) ▶

**Sign here**

Joint return? See page 20. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| | | |
|---|---|---|
| Your signature **For Info Only-Do not file** | Date | Your occupation **ACCOUNTS PAYABL** / Daytime phone number |
| Spouse's signature. If a joint return, both must sign. **For Info Only-Do not file** | Date | Spouse's occupation |

**Paid preparer's use only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 1/14/2004 | Check if self-employed ☒ | Preparer's SSN or PTIN P00003189 |
| Firm's name (or yours if self-employed), address, and ZIP code | **H AND R BLOCK GREENUP, KY 41144-0000** | | EIN 61-0890080  Phone no. (606) 473-9841 |

Form 1040A (2003)

1040A (2003)              FD1040A-2V1.18                         **CONFIDENTIAL**

COPY ONLY DO NOT FILE

04/04/2007  07:25    7403531002              SHAWNEE MENTAL HEAL.                    PAGE  12/25

**41A740**
**Revenue Cabinet**  **740**  **KENTUCKY**                          **2003**
**Individual Income Tax Return**
**Full-Year Residents Only**

or taxable year beginning _____ , 2003, and ending _____ , 200___

A. Spouse's Social Security Number      B. Your Social Security Number



Name - Last, First, Middle Initial (Joint or combined return, give both names and initials.)
**JACKSON**                    **KAY**                              **F**

A T T A C H   W A G E   &   T A X   S T A T E M E N T S   &   P A Y M E N T   H E R E   S T A P L E   T O   T O P   P A G E   O N L Y

Mailing Address (Number and Street including Apartment Number or P.O. Box)
**1001 WINIFRED ST**
City, Town or Post Office                          State      Zip Code
**GREENUP**                                        **KY**    4_144

**FILING STATUS (see instructions)**
1  **X**  Single
2       Married, filing separately on this combined return. (If both had income.)
3       Married, filing joint return.
4       Married, filing separate returns. Enter spouse's Social Security number
        above and full name here.

**POLITICAL PARTY FUND**
Designating $2 will not change your refund or tax due.

|                      | A. Spouse | B. Yourself |
|----------------------|-----------|-------------|
| Democratic           | (1)       | (4)         |
| Republican           | (2)       | (5)         |
| No Designation       | (3)       | (6)  **X**  |

**CREDITS**       Check Regular  Check Both if over    Check here if blind
5  (a) Credits for yourself:
   (b) Credits for spouse:
6  List first names of your dependent children who live with you.
   (a)**DARIUS**          (b)              (c)            (d)
7  List name and relationship of other dependents.

5  Enter number of
   boxes checked            1
6  Enter number of
   children listed          1
7  Enter number of other
   dependents listed        0

8  Add total number of credits claimed on lines 5, 6 and 7. If married filing separately on a combined
   return (Filing Status 2), divide the amount on line 8 and enter in Boxes A and B. All other filers enter
   the amount from line 8 in Box B ..........................................................
   Each taxpayer must claim his or her own credits from line 5. Credits from lines 6 and 7 may be divided.

8  Enter total credits      2
A.              B.  2

**ADJUSTED GROSS INCOME**                        Spouse (Use only if Filing Status 2 is checked.)        B.  Yourself (or Joint)
9  Enter amount from federal Form 1040,                    **X**
   line 34; 1040A, line 21 or 1040EZ, line 4 ....   9                    0.00        20,792.00
10 Additions from Schedule M, line 9 ........  10
11 Add lines 9 and 10 ......................  11                                     20,792.00
12 Subtractions from Schedule M, line 17 .........  12
13 Subtract line 12 from line 11. This is your
   Kentucky Adjusted Gross Income ...........  13                                   20,792.00
   (If total of Columns A and B is $25,000 or less,
   see Low Income Credit in instructions.)

**TAXABLE INCOME**
14 Itemizers: Enter itemized deductions from
   Kentucky Schedule A. Nonitemizers: Enter
   $1,830 in Columns A and/or B ...........  14                                    1,830.00
15 Subtract line 14 from line 13. This is
   your Taxable Income ....................  15                                    18,962.00

**TAX**
16 Enter tax from Tax Table or Computation.
   Check if from Schedule TC ..............  16                                      897.00
17 Add tax amount(s) in Columns A and B, line 16 ....................................  17        897.00

**42A7400312**

1029

COPY ONLY DO NOT FILE

CONFIDENTIAL

04/04/2007  07:25  74035311.2        SHAWNEE MENTAL HEAL.           PAGE  13/25

**KAY F JACKSON**

FORM 74I (2003)                     www.revenue.ky.gov                     Page 2

**TAX**

| | | |
|---|---|---|
| 18  Enter amount from line 17 | 18 | 897.00 |
| 19  Multiply line 18 by the low income tax credit decimal amount ( 5%) and enter here | 19 | 45.00 |
| 20  Subtract line 19 from line 18 | 20 | 852.00 |
| 21  Enter Child and Dependent Care Credit from federal Form 2441, line 9    x 20% (.20) | 21 | |
| 22  Income Tax Liability. Subtract line 21 from line 20. If line 21 exceeds line 20, enter zero | 22 | 852.00 |
| 23  Enter KENTUCKY USE TAX from worksheet in the instructions | 23 | |
| 24  Add lines 22 and 23. This is your Total Tax Liability | 24 | 852.00 |
| 25 (a)  Enter Kentucky income tax withheld as sh    on attached 2003 wage and tax statement    25(a) | | |
| (b)  Enter 2003 Kentucky estimated tax payments    25(b) | | |
| 26  Add lines 25(a) and 25(b) | 26 | 848.00 |
| 27  If line 26 is larger than line 24, enter AMOUNT OVERPAID (see instructions) | 27 | |

See instructions for a detailed description of funds.        Enter amount(s) checked

| | | |
|---|---|---|
| 28  Nature and Wildlife Fund Contribution    $2   $5   $10   Other | 28 | |
| 29  Child Victims' Trust Fund Contribution    $2   $4   Other | 29 | |
| 30  Bluegrass State Games and U.S. Olympic Comm    Fund Contribution | | |
| 31  Veterans' Program Trust Fund Contribution | 31 | |
| 32  Add lines 28 through 31 | 32 | |
| 33  Amount of line 27 to be CREDITED to your 2004 ESTIMATED TAX | 33 | 0.00 |
| 34  Subtract lines 32 and 33 from line 27. Amount to be REFUNDED TO YOU    **REFUND** | 34 | |

**TAX PAYMENT SUMMARY**

| | | |
|---|---|---|
| 35  If line 24 is larger than line 26, enter ADDITIONAL TAX DUE | 35 | 4.00 |
| 36 (a)  2210-K    Penalty | | |
|     Check if Form 2210-K attach | | |
| (b)  Interest | 36(a) | |
| 37  Add lines 35 and 36(e) and enter here. This is the AMOUNT YOU OWE    **OWE** | 37 | 4.00 |

Make check payable to Kentucky State Treasurer. Write your Social Security number and "KY
Income Tax- 2003" on the check. Place on top of wage and tax statements on page 1.

Attach a complete copy of federal Form 1040 if you receiv                      Yes    No
business, or rental income or loss.                    Do you wish to receive a packet next
If you are not required to attach a copy of your federal re    here  X   year?        X

I, the undersigned, declare under penalties of penalty that I have examined this return, including all accompanying schedules and statements, and to the
best of my knowledge and belief, it is true, correct and complete.    and we understand and agree that our election to file a combined return under the provisions
of Regulation 103 KAR 17:020 will result in refund being made payable    being made jointly and severally liable for all taxes accruing
under this return.

**For Information Only        For Information Only**

| | | |
|---|---|---|
| Your Signature (If joint or combined return, both must sign.) | Spouse's Signature | Date Signed |
| H AND R BLOCK 41144 | | 01/14/2004    (606) 473-1247 |
| Typed or Printed Name of Preparer Other than Taxpayer | I.D. Number of Preparer | Date    Telephone Number (daytime) |

42A7400322

1029    Mail to:

| | |
|---|---|
| **REFUNDS** | Kentucky Revenue Cabinet, Frankfort, KY 40618-0006. |
| **PAYMENTS** | Kentucky Revenue Cabinet, Frankfort, KY 40619-0008. |

**CONFIDENTIAL**

**Form 1040A**

Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** (99) **2004**

IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 18.)
Use the IRS label. Otherwise, please print or type.

KAY F JACKSON
1001 WINIFRED ST
GREENUP, KY 41144

Your social security number

Spouse's social security number

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?

You: ☐ Yes ☒ No   Spouse: ☐ Yes ☐ No

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see page 19)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see pg 21) |
|---|---|---|---|
| DARIUS JACKSON | | SON | ☒ |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

Boxes checked on 6a and 6b: 1

No. of children on 6c who:
• lived with you: 1
• did not live with you due to divorce or separation (see page 21)

Dependents on 6c not entered above

d Total number of exemptions claimed.

Add numbers on lines above ► 2

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. | 7 | 22,401. |
| 8a | Taxable interest. Attach Schedule 1 if required. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a. | | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a | |
| b | Qualified dividends (see page 25). | | |
| 10 | Capital gain distributions (see page 25). | 10 | |
| 11a | IRA distributions.  11a | 11b Taxable amount (see page 23). | 11b |
| 12a | Pensions and annuities.  12a | 12b Taxable amount (see page 24). | 12b |
| 13 | Unemployment compensation & Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits.  14a | 14b Taxable amount (see page 26). | 14b |
| 15 | Add lines 7 through 14b (far right column). This is your total income. ► | 15 | 22,401. |

**Adjusted gross income**

| | | | |
|---|---|---|---|
| 16 | Educator expenses (see page 26). | 16 | |
| 17 | IRA deduction (see page 26). | 17 | |
| 18 | Student loan interest deduction (see page 29). | 18 | |
| 19 | Tuition and fees deduction (see page 29). | 19 | |
| 20 | Add lines 16 through 19. These are your total adjustments. | 20 | |
| 21 | Subtract line 20 from line 15. This is your adjusted gross income. ► | 21 | 22,401. |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 57.

Form **1040A** (2004)

**CONFIDENTIAL**

1040A (2004)          FD1040A-1V1.18

04/04/2007  07:25    74035310_2                SHAWNEE MENTAL HEAL.                    PAGE  15/25

Form 1040A (2004)  KAY F. JACKSON                                                      Page 2

| Tax, credits, and payments | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 22,401. |
|---|---|---|---|---|
| | 23a | Check if: You were born before January 2, 1940, ☐ Blind ☐ Total boxes / Spouse was born before January 2, 1940, ☐ Blind checked ► 23a | | |
| **Standard Deduction for —** | b | If you are married filing separately and your spouse itemizes deductions, see page 30 and check here ► 23b ☐ | | |
| • People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 31. | 24 | Enter your standard deduction (see left margin). | 24 | 7,150. |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 15,251. |
| | 26 | If line 22 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 22 is over $107,025, see the worksheet on page 32. | 26 | 6,200. |
| • All others: Single or Married filing separately, $4,850 | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income. ► | 27 | 9,051. |
| | 28 | Tax, including any alternative minimum tax (see page 33). | 28 | 908. |
| Married filing jointly or Qualifying widow(er), $9,700 | 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| | 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| Head of household, $7,150 | 31 | Education credits. Attach Form 8863. | 31 | |
| | 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | |
| | 33 | Child tax credit (see page 36). | 33 | 908. |
| | 34 | Adoption credit. Attach Form 8839. | 34 | |
| | 35 | Add lines 29 through 34. These are your total credits. | 35 | 908. |
| | 36 | Subtract line 35 from line 28. If line 35 is more than line 28, enter -0-. | 36 | 0. |
| | 37 | Advance earned income credit payments from Form(s) W-2. | 37 | |
| | 38 | Add lines 36 and 37. This is your total tax. ► | 38 | 0. |
| | 39 | Federal income tax withheld from Forms W-2 and 1099. | 39 | 1,648. |
| **If you have a qualifying child, attach Schedule EIC.** | 40 | 2004 estimated tax payments and amount applied from 2003 return. | 40 | |
| | 41a | Earned income credit (EIC). | 41a | 1,264. |
| | b | Nontaxable combat pay election. 41b | | |
| | 42 | Additional child tax credit. Attach Form 8812. | 42 | 92. |
| | 43 | Add lines 39, 40, 41a, and 42. These are your total payments. ► | 43 | 3,004. |
| **Refund** | 44 | If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you overpaid. | 44 | 3,004. |
| **Direct deposit?** See page 49 and fill in 45b, 45c, and 45d. | 45a | Amount of line 44 you want refunded to you. | 45a | 3,004. |
| | ► b | Routing number | | ► c Type: ☒ Checking ☐ Savings |
| | ► d | Account number | | |
| | 46 | Amount of line 44 you want applied to your 2005 estimated tax. | 46 | |
| **Amount you owe** | 47 | Amount you owe. Subtract line 43 from line 38. For details on how to pay, see page 51. ► | 47 | |
| | 48 | Estimated tax penalty (see page 51). | 48 | |

| Third party designee | Do you want to allow another person to discuss this return with the IRS (see page 52)? ☒ Yes. Complete the following. ☐ No |
|---|---|
| | Designee's name ► HR BLOCK    Phone no. (606) 473-9841    Personal ID number (PIN) ► 17324 |

| Sign here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. |
|---|---|
| Joint return? See page 18. Keep a copy for your records. | Your signature: For Info Only-Do not file    Date    Your occupation CLERK    Daytime phone number |
| | Spouse's signature. If a joint return, both must sign. For Info Only-Do not file    Date    Spouse's occupation |

| Paid preparer's use only | Preparer's signature | Date 1/7/2005 | Check if self-employed ☐ | Preparer's SSN or PTIN P00031517 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | GREENUP   KY / GREENUP, KY 41144 | EIN 61-0890080 | Phone no. (606) 473-9841 |

Form 1040A (2004)

1040A (2004)            FD1040A-2V1.18                        **CONFIDENTIAL**

42A740
Department
of Revenue

**740 KENTUCKY**
**INDIVIDUAL INCOME TAX RETURN**
Full- Year Residents Only

**2004**

or taxable year beginning _____, 2004, and ending _____, 200_

**A.** Spouse's Social Security Number    **B.** Your Social Security Number

Name - Last, First, Middle Initial (Joint or combined return, give both names and initials.)
**JACKSON**    **KAY**    **F**

Mailing Address (Number and Street or P.O. Box)    Apartment Number
**1001 WINIFRED ST**

City, Town or Post Office    State    Zip Code
**GREENUP**    **KY**    **41144**



**FILING STATUS** (see instructions)

| | | |
|---|---|---|
| 1 | X | Single |
| 2 | | Married, filing separately on this combined return. (If both had income.) |
| 3 | | Married, filing joint return. |
| 4 | | Married, filing separate returns. Enter spouse's Social Security number above and full name here. |

**POLITICAL PARTY FUND**
Designating $2 will not change your refund or tax due.

| | A. Spouse | | B. Yourself | |
|---|---|---|---|---|
| Democratic | (1) | | (4) | |
| Republican | (2) | | (5) | |
| No Designation | (3) | | (6) | X |

**CREDITS**    Check Regular    Check both 65 or over    Check both if blind

5  (a) Credits for yourself:    X
   (b) Credits for spouse:
6  List first names of your dependent children who live with you.
   (a) **DARIUS**    (b)    (c)
7  List name and relationship of other dependents.

5  Enter number of boxes checked    1
6  Enter number of children listed    1
7  Enter number of other dependents listed    0

8  Add total number of credits claimed on lines 5, 6 and 7. If married filing separately on a combined return (Filing Status 2), divide the amount on line 8 and enter in Boxes A and B. All other filers enter the amount from line 8 in Box B .................
   Each taxpayer must claim his or her own credits from line 5. Credits from lines 6 and 7 may be divided.

8  Enter total credits    2
A.    B.  2

**ADJUSTED GROSS INCOME**    Spouse (Use only if Filing Status 2 is checked)    **B.** Yourself (or Joint)

9  Enter amount from federal Form 1040, line 36; 1040A, line 21 or 1040EZ, line 4 ...    0.00    22,401.00
10  Additions from Schedule M, line 8
11  Add lines 9 and 10 ...................  11    22,401.00
12  Subtractions from Schedule M, line 17 .........  12
13  Subtract line 12 from line 11. This is your Kentucky Adjusted Gross Income ...........  13    22,401.00
    (If total of Columns A and B is $25,000 or less, see Low Income Credit in instructions.)

**TAXABLE INCOME**
14  Itemizers: Enter itemized deductions from Kentucky Schedule A. Nonitemizers: Enter $1,870 in Columns A and/or B ...........  14    1,870.00
15  Subtract line 14 from line 13. This is your Taxable Income .................  15    20,531.00

**TAX**
16  Enter tax from Tax Table or Computation.
    Check if from Schedule TC .................  16    992.00
17  Add tax amount(s) in Columns A and B, line 16 .................  17    992.00

1029

COPY ONLY DO NOT FILE

CONFIDENTIAL

**KAY F JACKSON**

FORM 740 (2004)                    🖳 www.revenue.ky.gov                    Page 2

**TAX**

| | | | |
|---|---|---|---|
| 18 | Enter amount from line 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 992.00 |
| 19 | Multiply line 18 by the low income tax credit decimal amount          (          5%) and enter here . | 19 | 50.00 |
| 20 | Subtract line 19 from line 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | 942.00 |
| 21 | Enter Child and Dependent Care Credit | | |
| | from federal Form 2441, line 9 . . . . . . . . . . . . . . . . . . . x 20% (.20) . . . . . . . . . . . . . . . | 21 | |
| 22 | Income Tax Liability. Subtract line 21 from line 20. If line 21 exceeds line 20, enter zero . . . . . . . . . . . . | 22 | 942.00 |
| 23 | Enter KENTUCKY USE TAX from worksheet in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Add lines 22 and 23. This is your Total Tax Liab... | 24 | 942.00 |
| 25 | (a)  Enter Kentucky income tax withheld | | |
| | as shown on attached 2004 Form W-2, | | |
| | Wage and Tax Statement(s) . . . . . . . . . 25(a)          979.00 | | |
| | (b)  Enter 2004 Kentucky estimated tax payments 25(b) | | |
| 26 | Add lines 25(a) and 25(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | 979.00 |
| 27 | If line 26 is larger than line 24, enter AMOUNT OVERPAID (see instructions) . . . . . . . . . . . . . . . . . . | 27 | 37.00 |

See instructions for a detailed description of funds.          (Enter amount(s) checked)

| | | |
|---|---|---|
| 28 | Nature and Wildlife Fund Contribution | |
| | $2     $5     $10     Other     . . . . . . . . . . . 28 | |
| 29 | Child Victims' Trust Fund Contribution | |
| | $2     $4     Other | |
| 30 | Bluegrass State Games and U.S. Olympic Committee | |
| | Fund Contribution . . . . . . . . . . . . . . . . . . . . . . . . . . . 30 | |
| 31 | Veterans' Program Trust Fund Contribution . . . . . . . . . . 31 | |
| 32 | Add lines 28 through 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32 | |

| | | | |
|---|---|---|---|
| 33 | Amount of line 27 to be CREDITED to your 2005 estimated tax . . . . . . . . . . . | **ESTIMATED TAX** 33 | 0.00 |
| 34 | Subtract lines 32 and 33 from line 27. Amount to be REFUNDED TO YOU . . . . . . . . . . . | **REFUND** 34 | 37.00 |

**TAX PAYMENT SUMMARY**

| | | | | |
|---|---|---|---|---|
| 35 | If line 24 is larger than line 26, enter ADDITIONAL TAX DUE . . . . . . | | | |
| 36 | (a)  2210-K | Late payment | | |
| | penalty | penalty | | |
| | | Late filing | | |
| | Check if Form 2210-K attached | penalty | | |
| | | (e)  Add lines 36(a) through 36(d) | | |
| | (b)  Interest | Enter here . . . . . . . . . . . . . . . . 36(e) | | **CONFIDENTIAL** |
| 37 | Add lines 35 and 36(e) and enter here. This is the AMOUNT YOU OWE . . . . . . . . . . . . | **OWE** 37 | | |

Make check payable to Kentucky State Treasurer.
Write your Social Security number and "KY Income Tax - 2004" on the check.
Staple check on top of attached wage and tax statement on page 1.

| | | | Yes | No |
|---|---|---|---|---|
| Attach a complete copy of federal Form 1040 if you receive farm, | | | | |
| business, or rental income or loss. | Do you ... solve a packet next | | | |
| If you are not required to attach a copy of your federal return, check here ☐ **X** | year? (check one) | 1 | | 2 **X** |

I, the undersigned, declare under penalties of perjury that I have examined this return, ... schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. I also understand and agree that if section ... is the provisions of Regulation 103 KAR 17:020 will result in refunds being made payable to us jointly and in each of us being jointly and severally liable for all taxes accruing under this return.

| 🖊 **For Information Only** | 🖊 **For Information Only** | | |
|---|---|---|---|
| Your Signature (if joint or combined return, both must sign.) | Spouse's Signature | Date Signed | |
| **TERESA COTTON** | | **01/07/2005** | **(606)  473-1247** |
| Typed or Printed Name of Preparer Other than Taxpayer | I.D. Number of Preparer | Date | 🕾 Telephone Number (daytime) |

| | | |
|---|---|---|
| Mail to:  **REFUNDS** | Kentucky Department of Revenue, Frankfort, KY 40618-0006. | |
| **1029**     **PAYMENTS** | Kentucky Department of Revenue, Frankfort, KY 40619-0008. | |

| Official Use Only | | | | | | |
|---|---|---|---|---|---|---|
| EST | CF | NT | P | B | F | R |

04/04/2007  07:25   7403531602          SHAWNEE MENTAL HEAL.          PAGE  18/25

**740** **Kentucky** **KENTUCKY INDIVIDUAL INCOME TAX RETURN**   *Copy*
42A740                          **Full-Year Residents Only**
Department of Revenue
                      For calendar year or
                      other taxable year beginning _____ , 2005, and ending _____ , 200__ .

**2005**

| A. Spouse's Social Security Number | B. Your Social Security Number |
|---|---|

Name—Last, First, Middle Initial (Joint or combined return, give both names and initials.)

**Jackson , Kay F**

Mailing Address (Number and Street or P.O. Box)         Apartment Number

**1001 Winifred St.**

City, Town or Post Office          State    ZIP Code

**Greenup          KY   41144**

**FILING STATUS** (see instructions)

1 ☒ Single
2 ☐ Married, filing separately on this combined return. (If both had income.)
3 ☐ Married, filing joint return.
4 ☐ Married, filing separate returns. Enter spouse's Social Security number above and full name here.

**POLITICAL PARTY FUND**
Designating $2 will not change your refund or tax due.

|  | A. Spouse |  | B. Yourself |
|---|---|---|---|
| Democratic | (1) ☐ | (4) ☐ |  |
| Republican | (2) ☐ | (5) ☐ |  |
| No Designation | (3) ☐ | (6) ☒ |  |

**INCOME/TAX**

| | | | A. Spouse (Use if Filing Status 2 is checked) | | B. Yourself (or Joint) | |
|---|---|---|---|---|---|---|
| 5 | Enter amount from federal Form 1040, line 37; 1040A, line 21 or 1040EZ, line 4. (If total of Columns A and B is $25,736 or less, you may qualify for the Family Size Tax Credit. See instructions.) | 5 | | 00 | 22893 | 00 |
| 6 | Additions from Schedule M, line 5 | 6 | | 00 | | 00 |
| 7 | Add lines 5 and 6 | 7 | | 00 | 22893 | 00 |
| 8 | Subtractions from Schedule M, line 15 | 8 | | 00 | | 00 |
| 9 | Subtract line 8 from line 7. This is your Kentucky Adjusted Gross Income | 9 | | 00 | 22893 | 00 |
| 10 | Itemizers: Enter itemized deductions from Kentucky Schedule A. Nonitemizers: Enter $1,910 in Columns A and/or B. | 10 | | 00 | 1910 | |
| 11 | Subtract line 10 from line 9. This is your Taxable Income | 11 | | 00 | 20983 | |
| 12 | Enter tax from Tax Table, Computation or Schedule J. Check if from Schedule J ☐ | 12 | | 00 | 1033 | |
| 13 | Enter tax from Form 4972-K ☐ : Schedule RC-R ☐ | 13 | | 00 | | 00 |
| 14 | Add lines 12 and 13 and enter total here | 14 | | 00 | 1033 | |
| 15 | Enter amounts from page 2, Section A, lines 13A and 13B | 15 | | 00 | 0 | 00 |
| 16 | Subtract line 15 from line 14. If line 15 is larger than line 14, enter zero | 16 | | 00 | 1033 | 00 |
| 17 | Enter amounts from page 2, Section B, lines 4A and 4B | 17 | | 00 | 40 | 00 |
| 18 | Subtract line 17 from line 16. If line 17 is larger than line 16, enter zero | 18 | | 00 | 993 | 00 |
| 19 | Add tax amount(s) in Columns A and B, line 18 and enter here | 19 | | | 993 | |
| 20 | Check the box that represents your total family size (see instructions before completing lines 20 and 21) .... 20 | ☐ 1 ☐ 2 ☒ 3 ☐ 4 | | | |
| 21 | Multiply line 19 by Family Size Tax Credit decimal amount ___ . ___ ( 0 %) and enter here | 21 | | | 0 | |
| 22 | Subtract line 21 from line 19 | 22 | | | 993 | |
| 23 | Enter the Education Tuition Tax Credit from Form 8863-K, line 12 | 23 | | | | |
| 24 | Subtract line 23 from line 22 | 24 | | | 993 | |
| 25 | Enter Child and Dependent Care Credit from federal Form 2441, line 9 ▶ ___ x 20% (.20) | 25 | | | | 00 |
| 26 | Income Tax Liability. Subtract line 25 from line 24. If line 25 is larger than line 24, enter zero | 26 | | | 993 | 00 |
| 27 | Enter KENTUCKY USE TAX from worksheet in the instructions | 27 | | | | 00 |
| 28 | Add lines 26 and 27. Enter here and on page 2, line 29. This is your Total Tax Liability | 28 | | | 993 | 00 |

Attach a complete copy of federal Form 1040 if you received farm, business, or rental income or loss. If not required, check here. ☐

Do you wish to receive a packet next year? (check one)   1 ☐ Yes    2 ☒ No

I, the undersigned, declare under penalties of perjury that I have examined this return, including all accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. I also understand and agree that our election to file a combined return under the provisions of Regulation 103 KAR 17:020 will result in refunds being made payable to us jointly and in each of us being jointly and severally liable for all taxes accruing under this return.

X _____    X _____    _____    ( ) _____

Your Signature (if joint or combined return, both must sign).   Spouse's Signature   Date Signed   Telephone Number (daytime)

Typed or Printed Name of Preparer Other than Taxpayer          I.D. Number of Preparer          Date

**CONFIDENTIAL**

Attach Form W-2(s), Other Supporting Statement(s) and Payment Here—Staple to Top Page Only

**FORM 740 (2005)**               💻 www.revenue.ky.gov                                    Page 2

**REFUND/TAX PAYMENT SUMMARY**

| | | | |
|---|---|---|---|
| 29 Enter total tax liability from page 1, line 28 | | 29 | 993 00 |
| 30 (a) Enter Kentucky income tax withheld as shown on attached 2005 Form W-2(s) and other supporting statements ... 30(a) | 980 00 | | |
| (b) Enter 2005 Kentucky estimated tax payments ... 30(b) | 00 | | |
| (c) Enter refundable Kentucky corporation tax credit (KRS 141.420(3)(c)) ... 30(c) | 00 | | |
| 31 Add lines 30(a) through 30(c) | | 31 | 980 00 |
| 32 If line 31 is larger than line 29, enter AMOUNT OVERPAID (see instructions) | | 32 | 00 |

*See instructions for a detailed description of funds.*          ➤ (Enter amount(s) checked)

| | | |
|---|---|---|
| 33 Nature and Wildlife Fund Contribution ☐ $2 ☐ $5 ☐ $10 ☐ Other __ .. 33 ▸ | 00 | |
| 34 Child Victims' Trust Fund Contribution ☐ $2 ☐ $4 ☐ Other ____ 34 ▸ | 00 | |
| 35 Veterans' Program Trust Fund Contribution ... 35 ▸ | 00 | |
| 36 Breast Cancer Research and Education Trust Fund Contribution ... 36 ▸ | 00 | |
| 37 Add lines 33 through 36 | 37 | 00 |
| 38 Amount of line 32 to be CREDITED TO YOUR 2006 ESTIMATED TAX | 38 | 00 |
| 39 Subtract lines 37 and 38 from line 32. Amount to be REFUNDED TO YOU [REFUND] | 39 | 00 |
| 40 If line 29 is larger than line 31, enter ADDITIONAL TAX DUE | 40 ▸ | 13 00 |
| 41 (a) Estimated tax penalty _____ (c) Late payment penalty _____ | | |
| ☐ Check if Form 2210-K attached    (d) Late filing penalty _____ | | |
| (b) Interest _____    (e) Add lines 41(a) through 41(d). Enter here ... 41(e) ▸ | | |
| 42 Add lines 40 and 41(e) and enter here. This is the AMOUNT YOU OWE ... [OWE] | 42 | 13 00 |

Make check payable to Kentucky State Treasurer. Write your Social Security number and "KY Income Tax—2005" on the check. Staple check on top of attached wage and tax statements on page 1.

**SECTION A—BUSINESS INCENTIVE AND OTHER TAX CREDITS**

| | A. Spouse | | B. Yourself | |
|---|---|---|---|---|
| 1 Enter nonrefundable Kentucky corporation tax credit (KRS 141.420(3)) ... 1 | | 00 | | 00 |
| 2 Enter skills training investment credit (attach copy(ies) of certification) ... 2 | | 00 | | 00 |
| 3 Enter historic preservation restoration credit ... 3 | | 00 | | 00 |
| 4 Enter credit for tax paid to another state (attach copy of return(s) filed with other state) ... 4 | | 00 | | 00 |
| 5 Enter unemployment credit (attach Schedule UTC) ... 5 | | 00 | | 00 |
| 6 Enter recycling and/or composting equipment credit (attach Schedule RC) ... 6 | | 00 | | 00 |
| 7 Enter Kentucky Investment Fund credit (attach copy(ies) of certification) ... 7 | | 00 | | 00 |
| 8 Enter credit for purchases of Kentucky coal used for generating electricity ... 8 | | 00 | | 00 |
| 9 Enter qualified research facility credit (attach Schedule QR) ... 9 | | 00 | | 00 |
| 10 Enter GED incentive credit (attach Form DAEL-31) ... 10 | | 00 | | 00 |
| 11 Enter voluntary environmental remediation credit (Brownfields) ... 11 | | 00 | | 00 |
| 12 Enter biodiesel credit ... 12 | | 00 | | 00 |
| 13 Add lines 1 through 12, Columns A and B. Enter here and on page 1, line 15 ... 13 | | 00 | | 00 |

**SECTION B—PERSONAL TAX CREDITS**

| | Check Regular | Check both if 65 or over | Check both if blind | |
|---|---|---|---|---|
| 1 (a) Credits for yourself: | ☑ | ☐ ☐ | ☐ ☐ | 1 Enter number of boxes checked on line 1 ......... 1 |
| (b) Credits for spouse: | ☐ | ☐ ☐ | ☐ ☐ | 2 Enter number of dependents who: |

2. Dependents:

| First name | Last name | Dependent's Social Security number | Dependent's relationship to you | Check if qualifying child for family size tax credit | |
|---|---|---|---|---|---|
| Darius | Jackson | | Son | ☑ | • lived with you on line 1 ... 1 |
| | | | | | • did not live with you (see instructions) ...... |
| | | | | | • other dependents ...... |

| | | |
|---|---|---|
| 3 Add total number of credits claimed on lines 1 and 2. If married filing separately on a combined return (Filing Status 2), each taxpayer must claim his or her own credits from line 1, divide the credits on line 2, and enter the totals in Boxes 3A and 3B. All other filers enter the amount from line 3 in Box 3B ... ➤ | 3 Enter total credits ...... | 2 |
| | • 3A ____  • 3B ____ 2 | |
| 4 Multiply credits on line 3A by $20 and enter on line 4A. Multiply credits on line 3B by $20 and enter on line 4B. Enter here and on page 1, line 17, Columns A and B ... | x $20      x $20 | |
| | 4A ____  4B ____ 40 | |

**SECTION C—FAMILY SIZE TAX CREDIT** (List the name and Social Security number of qualifying children that are not claimed as dependents in Section B.)

| First name | Last name | Social Security number | First name | Last name | Social Security number |
|---|---|---|---|---|---|
| | | | | | |

REFUNDS   Mail to: Kentucky Department of Revenue, Frankfort, KY 40618-0006.
PAYMENTS  Mail to: Kentucky Department of Revenue, Frankfort, KY 40619-0008.

| Official Use Only | | | | | | | |
|---|---|---|---|---|---|---|---|
| EST | CF | NT | P | B | F | R | 1 2 |

**CONFIDENTIAL**

COPY

| | | | |
|---|---|---|---|
| Form **1040A** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** (99) **2005** | | IRS Use Only — Do not write or staple in this space. |

**Label**
(See instructions.)

**Use the IRS label.** Otherwise, please print or type.

Your first name and initial: **Kay**  F  Last name: **Jackson**

OMB No. 1545-0074
Your social security number

If a joint return, spouse's first name and initial    Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.
**1001 Winifred Street**

▲ **You must enter your SSN(s) above** ▲

City, town or post office. If you have a foreign address, see instructions.    State **KY**  ZIP code **41144**
**Greenup**

Checking a box below will not change your tax or refund

**Presidential Election Campaign**    ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ... ► ☐ You ☐ Spouse

**Filing status**

Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here ►
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

If more than six dependents, see instructions.

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a .......... } Boxes checked on 6a and 6b ...... **1**
b ☐ Spouse ...............................................................

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| Darius Jackson | | Son | ☒ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you ...... **1**
• did not live with you due to divorce or separation ......
Dependents on 6c not entered above ......

d Total number of exemptions claimed ....................................... Add numbers on lines above ► **2**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ......................... **7**  **22,893.**
8a Taxable interest. Attach Schedule 1 if required ......................... **8a**
b Tax-exempt interest. Do not include on line 8a ..................... **8b**
9a Ordinary dividends. Attach Schedule 1 if required ...................... **9a**
b Qualified dividends (see instructions) ...................... **9b**
10 Capital gain distributions (see instructions) ......................... **10**
11a IRA distributions ........... **11a**  11b Taxable amount ...... **11b**
12a Pensions and annuities ........ **12a**  12b Taxable amount ...... **12b**
13 Unemployment compensation and Alaska Permanent Fund dividends ...... **13**
14a Social security benefits ................ **14a**  14b Taxable amount ...... **14b**
15 Add lines 7 through 14b (far right column). This is your **total income** ...... ► **15**  **22,893.**

**Adjusted gross income**

16 Educator expenses (see instructions) ...................... **16**
17 IRA deduction (see instructions) ...................... **17**
18 Student loan interest deduction (see instructions) ............ **18**
19 Tuition and fees deduction (see instructions) ............ **19**
20 Add lines 16 through 19. These are your **total adjustments** ...................... **20**
21 Subtract line 20 from line 15. This is your **adjusted gross income** ...................... ► **21**  **22,893.**

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**    Form **1040A** (2005)

FDIA1312    10/27/05    **CONFIDENTIAL**

04/04/2007  07:25    7403531602    SHAWNEE MENTAL HEAL.    PAGE  21/25

Form 1040A (2005)  **Kay F Jackson**    Page 2

| | | | |
|---|---|---|---|
| **Tax, credits, and payments** | 22 Enter the amount from line 21 (adjusted gross income) | 22 | 22,893. |

| 23a Check if: | ☐ You were born before January 2, 1941, | ☐ Blind | Total boxes |
|---|---|---|---|
| | ☐ Spouse was born before January 2, 1941, | ☐ Blind | checked ▶ 23a ☐ |

b If you are married filing separately and your spouse itemizes deductions, see instructions and check here .................................................. ▶ 23b ☐

| **Standard Deduction for —** | 24 Enter your standard deduction (see left margin) | 24 | 7,300. |
|---|---|---|---|
| • People who checked any box on line 23a or 23b or who can be claimed as a dependent, see instructions. | 25 Subtract line 24 from line 22. If line 24 is more than line 22, enter -0- | 25 | 15,593. |
| | 26 If line 22 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d ............... | 26 | 6,400. |
| | 27 Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income ▶ | 27 | 9,193. |
| • All others: Single or Married filing separately, $5,000 | 28 Tax, including any alternative minimum tax (see instructions) ................ | 28 | 918. |
| | 29 Credit for child and dependent care expenses. Attach Schedule 2 ............ | 29 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 30 Credit for the elderly or the disabled. Attach Schedule 3 ..... | 30 | |
| | 31 Education credits. Attach Form 8863 .......... | 31 | |
| | 32 Retirement savings contributions credit. Attach Form 8880 ... | 32 | |
| Head of Household, $7,300 | 33 Child tax credit (see instructions). Attach Form 8901 if required ...................... | 33 | 918. |
| | 34 Adoption credit. Attach Form 8839 ............ | 34 | |
| | 35 Add lines 29 through 34. These are your total credits ............................ | 35 | 918. |
| | 36 Subtract line 35 from line 28. If line 35 is more than line 28, enter -0- .............. | 36 | 0. |
| **If you have a qualifying child, attach Schedule EIC.** | 37 Advance earned income credit payments from Form(s) W-2 ....... | 37 | |
| | 38 Add lines 36 and 37. This is your total tax ........... ▶ | 38 | 0. |
| | 39 Federal income tax withheld from Forms W-2 and 1099 ...... 39 | 1,653. | |
| | 40 2005 estimated tax payments and amount applied from 2004 return ............... 40 | | |
| | 41a Earned income credit (EIC) ............. 41a | 1,303. | |
| | b Nontaxable combat pay election. 41b | | |
| | 42 Additional child tax credit. Attach Form 8812 .......... 42 | 82. | |
| | 43 Add lines 39, 40, 41a, and 42. These are your total payments ............ ▶ | 43 | 3,038. |

| **Refund** | 44 If line 43 is more than line 38, subtract line 38 from line 43. This is the amount you overpaid ............ | 44 | 3,038. |
|---|---|---|---|
| | 45a Amount of line 44 you want refunded to you ........... ▶ | 45a | 3,038. |
| **Direct deposit?** See instructions and fill in 45b, 45c, and 45d. | ▶ b Routing number .......... | | |
| | ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d Account number .......... | | |
| | 46 Amount of line 44 you want applied to your 2006 estimated tax ..... 46 | | |

| **Amount you owe** | 47 Amount you owe. Subtract line 43 from line 38. For details on how to pay, see instructions ▶ | 47 | |
|---|---|---|---|
| | 48 Estimated tax penalty (see instructions) ................ 48 | | |

| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? .......... ☐ Yes. Complete the following. ☒ No |
|---|---|
| | Designee's name ▶ _____ Phone no. ▶ _____ Personal identification number (PIN) ▶ _____ |

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Joint return? See instructions. | Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|---|
| Keep a copy for your records. | | | Clerk | |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

| **Paid preparer's use only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | Self-Prepared | EIN | |
| | | | Phone no. | |

FDIA1312    10/27/05    Form 1040A (2005)

**CONFIDENTIAL**

04/04/2007  07:25   7403531662    SHAWNEE MENTAL HEALT     PAGE  22/25

**Form 1040A**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** (99)  **2006**   IRS Use Only - Do not write or staple in this space.

**Label**
(See page 18.)

Use the IRS label. Otherwise, please print or type.

KAY F JACKSON
1001 WINIFRED ST
GREENUP, KY 41144

OMB No. 1545-0074

Your social security number

Spouse's social security number

▲ You must enter your SSN(s) above. ▲

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 18.)    ☐ You    ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing status**
Check only one box.

1  ☐ Single
2  ☐ Married filing jointly (even if only one had income)
3  ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4  ☐ Head of household (with qualifying person). (See page 19.)  If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5  ☐ Qualifying widow(er) with dependent child (see page 20)

**Exemptions**

6a  ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.

b  ☐ Spouse

Boxes checked on 6a and 6b   **1**

c  Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see pg 21) |
|---|---|---|---|
| DARIUS  JACKSON | SON | SON | X |

No. of children on 6c who:
• lived with you   **1**
• did not live with you due to divorce or separation (see page 22)

If more than six dependents, see page 21.

Dependents on 6c not entered above

d  Total number of exemptions claimed.

Add numbers on lines above ▶   **2**

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 24.

Enclose, but do not attach, any payment.

7  Wages, salaries, tips, etc. Attach Form(s) W-2.  |  7  |  22,382.

8a  Taxable interest. Attach Schedule 1 if required.  |  8a  |
b  Tax-exempt interest. Do not include on line 8a.  |  8b  |

9a  Ordinary dividends. Attach Schedule 1 if required.  |  9a  |
b  Qualified dividends (see page 25).  |  9b  |

10  Capital gain distributions (see page 25).  |  10  |

11a  IRA distributions.  11a  |  11b  Taxable amount (see page 25).  |  11b  |

12a  Pensions and annuities.  12a  |  12b  Taxable amount (see page 26).  |  12b  |

13  Unemployment compensation, Alaska Permanent Fund dividends, and jury duty pay.  |  13  |

14a  Social security benefits.  14a  |  14b  Taxable amount (see page 28).  |  14b  |

15  Add lines 7 through 14b (far right column). This is your total income.  ▶  |  15  |  22,382.

**Adjusted gross income**

16  Penalty on early withdrawal of savings (see page 28).  16  |
17  IRA deduction (see page 28).  17  |
18  Student loan interest deduction (see page 31).  18  |
19  Jury Duty pay you gave your employer (see page 31).  19  |
20  Add lines 16 through 19. These are your total adjustments.  |  20  |

21  Subtract line 20 from line 15. This is your adjusted gross income.  ▶  |  21  |  22,382.

KBA    For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 58.    Form **1040A** (2006

1040A (2006)         FD1040A-1V 1.18

**CONFIDENTIAL**

**Form 1040A (2006)  KAY F JACKSON**                                                                            Page 2

| | | | | |
|---|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | 22 | 22,382. |
| | 23a | Check If: ☐ You were born before January 2, 1942, ☐ Blind   ☐ Spouse was born before January 2, 1942, ☐ Blind | Total boxes checked ▶ 23a | |
| **Standard Deduction for —** | b | If you are married filing separately and your spouse itemizes deductions, see page 32 and check here ▶ 23b | | |
| • People who checked any box on line 23a or 23b or who can be claimed as a dependent, see page 32. | 24 | Enter your standard deduction (see left margin). | 24 | 7,550. |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | 25 | 14,832. |
| | 26 | If line 22 is $112,875 or you provided housing to a person displaced by Hurricane Katrina, see page 32. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d. | 26 | 6,600. |
| • All others: Single or Married filing separately, $5,150 | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income. ▶ | 27 | 8,232. |
| | 28 | Tax, including any alternative minimum tax (see page 33). | 28 | 823. |
| Married filing jointly or Qualifying widow(er), $10,300 | 29 | Credit for child and dependent care expenses. Attach Schedule 2. | 29 | |
| | 30 | Credit for the elderly or the disabled. Attach Schedule 3. | 30 | |
| | 31 | Education credits. Attach Form 8863. | 31 | |
| Head of household, $7,550 | 32 | Retirement savings contributions credit. Attach Form 8880. | 32 | |
| | 33 | Child tax credit (see page 37). Attach Form 8901 if required. | 33 | 823. |
| | 34 | Add lines 29 through 33. These are your total credits. | 34 | 823. |
| | 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-. | 35 | 0. |
| | 36 | Advance earned income credit payments from Form(s) W-2, box 9. | 36 | |
| | 37 | Add lines 35 and 36. This is your total tax. ▶ | 37 | 0. |
| | 38 | Federal income tax withheld from Forms W-2 and 1099. | 38 | 1,594. |
| | 39 | 2006 estimated tax payments and amount applied from 2005 return. | 39 | |
| **If you have a qualifying child, attach Schedule EIC.** | 40a | Earned income credit (EIC). | 40a | 1,538. |
| | b | Nontaxable combat pay election.    40b | | |
| | 41 | Additional child tax credit. Attach Form 8812. | 41 | 177. |
| | 42 | Credit for federal telephone excise tax paid. Attach Form 8913 if required. | 42 | 40. |
| | 43 | Add lines 38, 39, 40a, 41, and 42. These are your total payments. ▶ | 43 | 3,349. |
| **Refund** | 44 | If line 43 is more than line 37, subtract line 37 from line 43. This is the amount you overpaid. | 44 | 3,349. |
| Direct deposit? See page 53 and fill in 45b, 45c, and 45d or Form 8888. | 45a | Amount of line 44 you want refunded to you. If Form 8888 is attached, check here ▶ | 45a | 3,349. |
| | ▶ b | Routing number | ▶ c | Type: ☒ Checking   ☐ Savings |
| | ▶ d | Account number | | |
| | 46 | Amount of line 44 you want applied to your 2007 estimated tax. | 46 | |
| **Amount you owe** | 47 | Amount you owe. Subtract line 43 from line 37. For details on how to pay, see page 54. | ▶ 47 | |
| | 48 | Estimated tax penalty (see page 54). | 48 | |
| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see page 55)?  ☐ Yes. Complete the following.  ☒ No | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal ID number (PIN) ▶ | |

COPY ONLY DO NOT FILE

| | | | |
|---|---|---|---|
| **Sign here** Joint return? See page 18. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. | | |
| | Your signature  **For Info Only-Do not file** | Date | Your occupation  **CLERICAL** | Daytime phone number |
| | Spouse's signature. If a joint return, both must sign.  **For Info Only-Do not file** | Date | Spouse's occupation | |
| **Paid preparer's use only** | Preparer's signature ▶ | Date  **1/13/2007** | Check if self-employed ☒ | Preparer's SSN or PTIN  **P00003189** |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶  **H AND R BLOCK   GREENUP, KY 41144** | | EIN **61-0890080**   Phone no. **(606) 473-9841** |

1040A (2006)                    FD1040A-2V1.16                       **CONFIDENTIAL**                        Form 1040A (2006)

04/04/2007  07:25    7403531602    SHAWNEE MENTAL HEAL.    PAGE  24/25

**740**
42A740
Department of Revenue

**KENTUCKY**
**INDIVIDUAL INCOME TAX RETURN**
**Full-Year Residents Only**
**2006**

For calendar year or other taxable year beginning _____, 2006, and ending _____, 200_

A. Spouse's Social Security Number    B. Your Social Security Number

Name - Last, First, Middle Initial (Joint or combined return, give both names and initials.)

L
A   JACKSON KAY F
B   Mailing Address (Number and Street or P.O. Box)          Apartment Number
E
L   1001 WINIFRED ST
    City, Town or Post Office                State            Zip Code

    GREENUP                                 KY       44

**COPY ONLY — DO NOT FILE**

**FILING STATUS** (see instructions)

1  X  Single
2     Married, filing separately on this combined return. (If both had income.)
3     Married, filing joint return.
4     Married, filing separate returns. Enter spouse's Social Security number above and full name here.

**POLITICAL PARTY FUND**
Designating $2 will not change your refund or tax due.

|                 | A. Spouse |     | B. Yourself |     |
|-----------------|-----------|-----|-------------|-----|
| Democratic      | (1)       |     | (4)         |     |
| Republican      | (2)       |     | (5)         |     |
| No Designation  | (3)       |     | (6)         | X   |

**INCOME/TAX**

| | | A. Spouse (Use if filing status 2 is checked.) | B. Yourself (or Joint) |
|---|---|---|---|
| 5 | Enter amount from federal Form 1040, line 37; or line 21, 1040EZ, line 4... (If total of Columns A and B is $26,600 or less, you may qualify for the Family Size Tax Credit. See instructions.) ... 5 | | 22,382.00 |
| 6 | Additions from Schedule M, line 6 ... 6 | | |
| 7 | Add lines 5 and 6 ... 7 | | 22,382.00 |
| 8 | Subtractions from Schedule M, line 16 ... 8 | | |
| 9 | Subtract line 8 from line 7. This is your Kentucky Adjusted Gross Income ... 9 | | 22,382.00 |
| 10 | Itemizers: Enter itemized deductions from Kentucky Schedule A. Nonitemizers: Enter $1,970 in Columns A and/or B ... 10 | | 1,970.00 |
| 11 | Subtract line 10 from line 9. This is your Taxable Income ... 11 | | 20,412.00 |
| 12 | Enter tax from Tax Table, Computation or Schedule J ... 12 | | 1,000.00 |
| | Check if from Schedule J | | 0.00 |
| 13 | Enter tax from Form 4972-K ____ Schedule RC-R ... 13 | | |
| 14 | Add lines 12 and 13 and enter here ... 14 | | 1,000.00 |
| 15 | Enter amounts from page 2, Section A, lines 19 and 27 ... 15 | | 0.00 |
| 16 | Subtract line 15 from line 14. If line 15 is larger than line 14, enter zero ... 16 | | 1,000.00 |
| 17 | Enter amounts from page 2, Section B, lines 4A and 4B ... 17 | | 40.00 |
| 18 | Subtract line 17 from line 16. If line 17 is larger than line 16, enter zero ... 18 | | 960.00 |
| 19 | Add tax amount(s) in Columns A and B, line 18 and enter here ... 19 | | 960.00 |
| 20 | Check the box that represents your total family size (see instructions before completing lines 20 and 21) ... 20  1  2 X 3  4 | | |
| 21 | Multiply line 19 by Family Size Tax Credit decimal amount  0.00 ( ___ %) and enter here ... 21 | | 0.00 |
| 22 | Subtract line 21 from line 19 ... 22 | | 960.00 |
| 23 | Enter the Education Tuition Tax Credit from Form 8863-K ... 23 | | |
| 24 | Subtract line 23 from line 22 ... 24 | | 960.00 |
| 25 | Enter Child and Dependent Care Credit from federal Form 2441, line 9 ... 25 | | |
| 26 | Income Tax Liability. Subtract line 25 from line 24. If line 25 is larger than line 24, enter zero ... 26 | | 960.00 |
| 27 | Enter KENTUCKY USE TAX from worksheet in the instructions ... 27 | | |
| 28 | Add lines 26 and 27. Enter here and on page 2, line 29. ... 28 | | 960.00 |

Attach a complete copy of federal Form 1040 if you received farm, business, or rental income or loss. If not required, check here.  X

Do you wish to receive a packet next year? (check one)     1  Yes   2 X No

I, the undersigned, declare under penalties of perjury that I have examined this return, including all accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. I also understand and agree that our election to file a combined return under the provisions of Regulation 103 KAR 17:020 will result in refunds being made payable to us jointly and in each of us being jointly and severally liable for all taxes accruing under this return.

For Information Only
Your Signature (If joint or combined return, both must sign.)

For Information Only
Spouse's Signature          Date Signed

606-473-1247
Telephone Number (daytime)

ROENNA SPAINHOWER
Typed or Printed Name of Preparer Other than Taxpayer

P00003189
I.D. Number of Preparer

01/13/2007
Date

1029

CONFIDENTIAL

04/09/2007  07:25  7403531032    SHAWNEE MENTAL HEAL      PAGE  25/25

JACKSON KAY F
FORM 740 (2006)                                                                    Page 2

**REFUND/TAX PAYMENT SUMMARY**

| | | |
|---|---|---|
| 29 Enter amount from page 1, line 28. This is your Total Tax Liability . . . . . . . . . . . . . . . . . . | 29 | 960.00 |
| 30 (a) Enter Kentucky income tax withheld as shown on attached | | |
| 2006 Form W-2(s) and other supporting statements . . . . . . . . . . . . . . . . . 30(a) ● | 956.00 | |
| (b) Enter 2006 Kentucky estimated tax payments . . . . . . . . . . . . . . . . . 30(b) ● | | |
| (c) Enter refundable Kentucky corporation tax credit (KRS 141.420(3)(c)) | | |
| as shown on attached Kentucky Schedule(s) K-1 or Form(s) 725 . . . . . . . . . . . 30(c) ● | | |
| 31 Add lines 30(a) through 30(c) . . . . . . . . . . . . . . . . . . . . . . . . | 31 | 956.00 |
| 32 If line 31 is larger than line 29, enter AMOUNT OVERPAID (see instructions) . . . . . . . | 32 | |
| See instructions for a detailed description of funds. (Enter amount(s) checked) | | |
| 33 Nature and Wildlife Fund Contribution . . . . . $5 . . $10 . . . . 33 ● | | |
| 34 Child Victims' Trust Fund Contribution . . . . . $4 . . Other . . . . 34 ● | | |
| 35 Veterans' Program Trust Fund Contribution . . . . . . . . . . . . 35 ● | | |
| 36 Breast Cancer Research and Education Trust Fund Contribution . . . . . . . 36 ● | | |
| 37 Add lines 33 through 36 . . . . . . . . . . . . . . . . . . . . . . | 37 | |
| 38 Amount of line 32 to be CREDITED TO YOUR 2007 ESTIMATED TAX . . . . . . . . . | 38 ● | 0.00 |
| 39 Subtract lines 37 and 38 from line 32. Amount to be REFUNDED TO YOU . . . . . [REFUND] 39 ● | | |
| 40 If line 29 is larger than line 31, enter ADDITIONAL TAX DUE . . . . . . . . . | 40 ● | 4.00 |
| 41 (a) Estimated tax penalty        (c) Late payment penalty | | |
| Check if Form 2210-K attached       (d) Late filing penalty | | |
| (b) Interest          Add lines 41(a) through 41(d). Enter here. . . . . 41(e) ● | | |
| 42 Add lines 40 and 41(e) and enter here. This is your AMOUNT YOU [OWE] 42 | | 4.00 |
| Make check payable to Kentucky State Treasurer. Write your Social Security number and "KY Income Tax—2006" on the check. | | |

| SECTION A - BUSINESS INCENTIVE AND OTHER TAX CREDITS | A. Spouse | B. Yourself |
|---|---|---|
| 1 Enter nonrefundable Kentucky corporation income tax credit (KRS 141.420(3)) | | |
| (attach Kentucky Schedule(s) K-1 or Form(s) 725) . . . . . . . . . 1 | | |
| 2 Enter skills training investment credit (attach copy(ies) of certification) . . . . . . 2 | | |
| 3 Enter historic preservation restoration credit . . . . . . . . . . . . 3 | | |
| 4 Enter credit for tax paid to another state (attach copy of other state's return(s)) . . . 4 | | |
| 5 Enter unemployment credit (attach Schedule UTC). . . . . . . . . . . 5 | | |
| 6 Enter recycling and/or composting equipment credit (attach Schedule RC) . . . . . 6 | | |
| 7 Enter Kentucky investment fund credit (attach copy(ies) of certification) . . . . . . 7 | | |
| 8 Enter credit for purchases of Kentucky coal used for generating electricity . . . . . 8 | | |
| 9 Enter qualified research facility credit (attach Schedule QR) . . . . . . . . 9 | | |
| 10 Enter GED incentive credit (attach Form DAEL-3) . . . . . . . . . . 10 | | |
| 11 Enter voluntary environmental remediation credit (brownfield) . . . . . . . 11 | | |
| 12 Enter biodiesel credit . . . . . . . . . . . . . . . . . . 12 | | |
| 13 Enter environmental stewardship credit . . . . . . . . . . . . . 13 | | |
| 14 Enter clean coal incentive credit . . . . . . . . . . . . . . . 14 | | |
| 15 Add lines 1 through 14, Columns A and B. Enter here and on page 1, line 15 . . . 15 | | |

CONFIDENTIAL

**SECTION B - PERSONAL TAX CREDITS**    Check Regular    Check both if 65 or over    Check both if blind

| | | | | |
|---|---|---|---|---|
| 1 (a) Credits for yourself: | X | | | 1 Enter number of boxes checked on line 1 . . . . . . . . . . 1 |
| (b) Credits for spouse: | | | | |
| 2 Dependents: | | Dependent's | Check if qualifying child for family size tax credit | 2 Enter number of dependents who: |
| First name | Last name | | | ● lived with you . . . . . . 1 |
| DARIUS | JACKSON | | X | ● did not live with you (see instructions) . . . . 0 |
| | | | | ● other dependents . . . . 0 |
| 3 Add total number of credits claimed on lines 1 and 2. If married filing separately on a combined return | | | | 3 Enter total credits . . . . . 2 |
| (Filing Status 2), each taxpayer must claim his or her own credits from line 1, divide the credits on | | | | ● 3A        ● 3B        2 |
| line 2, and enter the totals in Boxes 3A and 3B. All other filers enter the amount from line 3 in Box 3B . . . ► | | | | 3A    x $20      3B    x $20 |
| 4 Multiply credits on line 3A by $20 and enter on line 4A. Multiply credits on line 3B by $20 and | | | | |
| enter on line 4B. Enter here and on page 1, line 17, Columns A and B . . . | | | | 4A            4B    4 0 |

SECTION C - FAMILY SIZE TAX CREDIT (List the name and Social Security number of qualifying children that are not claimed as dependents in Section B.)

| First name | Last name | Social Security Number | First name | Last name | Social Security number |
|---|---|---|---|---|---|

| | |
|---|---|
| REFUNDS  Mail to: Kentucky Department of Revenue, Frankfort, KY 40618-0006. | **Official Use Only** |
| PAYMENTS  Mail to: Kentucky Department of Revenue, Frankfort, KY 40619-0008. | EST | CF | NT | P | B | F | R |  1 2 |

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation



AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name *Kay* *Frances* *Jackson*    Date *7/21/00*
FIRST    MIDDLE    LAST

Present Address *1223* *Winifred St* *Greenup* *KY* *41144*
NO.    STREET    CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: ( *606* ) *473-1247*
AREA CODE    NUMBER

Permanent Address: _____
NO.    STREET    CITY    STATE    ZIP CODE

Permanent Phone: ( _____ ) _____ Social Security # _____
AREA CODE    NUMBER

Are you 18 years of age or older?  ☑ Yes   ☐ No

Are you lawfully entitled to work within the U.S.? *Yes*
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? *No*

If yes, explain. *~~xxxxxx~~*

Date available for employment: *ASAP*

If the job requires, are you willing to travel? *Yes*    Relocate? *Yes*

If the job requires, are you able to work all shifts? *Yes*

Have you previously applied at Armco or AK Steel? *Yes*  If yes, when/where? *August, 1999 - Ashland, KY*

Have you previously worked for Armco or AK Steel? *No*  If yes, when/where? _____



EXHIBIT

R Jackson
2    8-14-07
AmB

## EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   (12)        **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES / NO | | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP, MID, BOT, 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Greenup County | ✓ | | | | 3.8 (Top) |
| BUSINESS OR TRADE | Vocational School | ✓ | | | Bus. Acct Courses | Top |
| COLLEGE OR UNIVERSITY | | | | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

Graduated with honors, received typing I + II Awards and math Awards.

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☒ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

**EMPLOYMENT EXPERIENCE:**

PRESENT OR MOST RECENT POSITION

Name of employer *Shawnee Mental Health Center*    Your title *Accts Payable / Payroll*

Address *2203 25th Street, Portsmouth, OH*    Kind of business *Mental Health*

Describe your position *Payroll, making sure invoices are paid on time*

Period of employment from *9/99* to *Present* (MO/YR)    Name of person for whom you worked *Terry Brumfield*    Rate of earnings *$8.50/hr.*

Give exact reason for leaving _____

NEXT PREVIOUS POSITION

Name of employer *Tenneco Pkg*    Your title *Sr. Customer Service Rep*

Address *300 Harris Rd. - Wurtland KY*    Kind of business *Packaging Materials - Made*

Describe your position *Taking Material orders, Entering them in computer, pricing descrepancies. Tracking shipment delays, making sure material shipped on time*

Period of employment from *3/81* to *12/98* (MO/YR)    Name of person for whom you worked *Jackie Smith*    Rate of earnings *$17.80/hr.*

Give exact reason for leaving *Terminated due to centralization of Customer Service*

NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _____

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*Labor or Clerical*

Expected wage or salary $_____

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: *Type 60wpm, experience on switchboard, windows 98 and various other general office work.*

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: *Experience in Loading trucks & Railcars for shipment*

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

*Have had Advance understanding of multiple jobs. I am efficient, good-natured, fast learner, accurate and hard worker.*

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Rodney Cosby | Greenup, KY | 473-6432 | Friend |
| Jackie Smith | Lloyd KY | 473-7850 | Form. Supv. |
| Donna Hayes | Wurtland, KY | 836-8805 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant *Kay F. Jackson*

_____ 7/22/00

Application received by/Date received

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation



**AK Steel**

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name **KAY    FRANCES    JACKSON**    Date _____
      FIRST      MIDDLE        LAST

Present Address **1223    Winifred St    GREENUP    KY    41144**
              NO.      STREET         CITY   STATE  ZIP CODE

Phone Number — or number where you can be reached: ( **740 353-2231 Ext 267** )
                                                    ( **606 473-1247** )
                                          AREA CODE    NUMBER

Permanent Address: **SAME**
                  NO.    STREET    CITY    STATE    ZIP CODE

Permanent Phone: ( **606** ) **473-1247**    Social Security # _____
              AREA CODE    NUMBER

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? **YES**
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? **No**

If yes, explain. _____

Date available for employment: **Need to give 2 week notice at Present Job**

If the job requires, are you willing to travel? **Yes**    Relocate? **Yes**

If the job requires, are you able to work all shifts? **YES**

Have you previously applied at Armco or AK Steel? **YES**  If yes, when/where? **1999 ¢ 2001 - Ashland, KY**

Have you previously worked for Armco or AK Steel? **No**  If yes, when/where? _____

**EXHIBIT**

R  JACKSON
    8-14-07
3      DnB

## EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   (12)       College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | *Greenup County – Lloyd, KY* | ✓ | | | | *3.8 (Top)* |
| BUSINESS OR TRADE | *Vocational School – South Shore, KY* | ✓ | | | *Acct & Math* | *Top* |
| COLLEGE OR UNIVERSITY | | | | | | |
| | | | | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. *NONE*

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

*Acct & Math Awards while in School*

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

## EMPLOYMENT EXPERIENCE:

### PRESENT OR MOST RECENT POSITION

Name of employer _Shawnee Mental Health Center_    Your title _Acct/Payroll Clerk_

Address _P.O. Box 1507, Portsmouth, OH 45662_    Kind of business _Mental Health Center_

Describe your position _Making sure Invoices and Employees are paid on time_

Period of employment from _9/99_ (MO/YR) to _Present_ (MO/YR)    Name of person for whom you worked _Terry Brumfield_    Rate of earnings _$8.70/hr_

Give exact reason for leaving _Better Benifits & Pay_

### NEXT PREVIOUS POSITION

Name of employer _Tenneco Pkg (Now Pactiv)_    Your title _Sr. Customer Service Rep_

Address _300 Harris Rd - Wurtland, KY 41144_    Kind of business _Packaging Plant_

Describe your position _Taking Cust. orders, pricing discrepancies, shipping out on time_

Period of employment from _3/81_ (MO/YR) to _12-98_ (MO/YR)    Name of person for whom you worked _Gary Hamm_    Rate of earnings _$17.60/hr_

Give exact reason for leaving _Terminated - Due to centralization of Cust. Service_

### NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ (MO/YR) to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

### NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ (MO/YR) to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _None_

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

_Laber_

Expected wage or salary $ _13.00/hr    (per Newspaper Ad)_

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

_Cross trained in shipping dept - loaded trucks before. I am Healthy and I feel their will be no problem doing Labor Work._

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Donna Hayes | Wurtland, KY | 836-0251 | Mayor of Wurtland / Friend/Coworker |
| Rodney Cosby | Greenup, KY | — | Friend/Neighbor |
| Calvin Troxler | Ashland, KY | 325-0858 | Brother |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _Kay L. Jackson_        _Susan R. Lester  5-29-01_

Application received by/Date received

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 24 A201040 |

Cincinnati Area Office _____ and EEOC

State or local Agency, if any

| NAME(Indicate Mr., Ms., Mrs.)  Ms. Kay Jackson | HOME TELEPHONE (Include Area Code)  (606) 473-1247 |
|---|---|

| STREET ADDRESS  1223 Winifred St. | CITY, STATE AND ZIP CODE  Greenup, KY 41144 | DATE OF BIRTH  /60 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME  AK Steel | NUMBER OF EMPLOYEES, MEMBERS  >20 | TELEPHONE (Include Area Code)  1-800-331-5050 |
|---|---|---|

| STREET ADDRESS  703 Curtis Street | CITY, STATE AND ZIP CODE  Middletown, Ohio 45043 | COUNTY |
|---|---|---|

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
                              April 2002

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**EXHIBIT**
K. JACKSON
4   8.14.07
      SmB

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

Date x 6/20/02    Charging Party (Signature) x Kay Jackson

EEOC FORM 5 (10/94)

# CHARGE OF DISCRIMINATION
## KAY JACKSON
### PAGE 1

## I.    Overview of Individual and Class Allegations

AK Steel Corporation has discriminated and continues to discriminate against me in the terms and conditions of my application for employment with them on the basis of my race, African-American, by denying me the opportunity to be hired while hiring equally or less qualified white employees and subjecting me to a racially hostile application process and other forms of discrimination. I believe that AK Steel Corporation's actions are part of a continuing pattern and practice of discrimination against African-American applicants for employment and employees, including but not limited to, denying applicants hiring opportunities while providing such opportunities to equally or less qualified white applicants and subjecting them to a racially hostile application process.

## II.    Statement of Facts

I filed an employment application with AK Steel in Ashland, Kentucky three times: in 1999, 2001, and on approximately May 9, 2002 Each time, I applied to do general labor or clerical work. As my prior employment experience includes more than eighteen years of continuous work in a clerical capacity at Tenneco Packaging doing, among other things, shipping, order-taking, accounts payable and bookkeeping, I believed myself to be well qualified to fulfill either clerical or general labor responsibilities at AK Steel.

During each application process, I was called in to take a test. Each time, the test included questions on mechanical knowledge, reading comprehension, mathematics, and other material that seemed unrelated to one's ability to perform general labor, which usually involves tasks such as ditch digging. After I took the test in 1999, an AK Steel representative told me that I had failed it. The fact that another AK Steel hiring agent contacted me via phone subsequently, however, led me to believe that I had actually passed the test. During this phone conversation, the hiring agent posed personal questions like, "Why do you want to work at AK Steel?" but did not inquire into matters that seemed more relevant to my ability to perform the duties of the position I was applying for, such as my work experience or skills. A week later I received a letter informing me that I was "not needed at this time."

In 2001, I took the test again but was not informed whether I had passed it or not, was not contacted for an interview, and received no notification of rejection. Since taking the test for a third time on approximately May 9, 2002, I have heard nothing from AK Steel. When they contacted me in 1999, it was approximately one week after I took the test. I am currently doing Accounts Payable and Payroll for Shawnee Mental Health Center, where I have been employed for almost three years.

**CHARGE OF DISCRIMINATION**
**KAY JACKSON**
**PAGE 2**

**III.    Statement of Discrimination**

I believe that AK Steel Corporation has discriminated against me and continues to discriminate against me in the terms and conditions of my applications for employment with them on the basis of my race, African-American, in violation of the Civil Rights Act of 1964, as amended, because white applicants with fewer qualifications than me have been hired and I have not, and because I have been subjected to a racially hostile application process and other forms of discrimination and denied the right to apply for work in an environment free of racial discrimination.

I have been adversely affected by these discriminatory practices by being deprived of the equal opportunity to be hired.  Such discrimination denies me and other African-Americans the right to be hired for positions for which we are qualified.

This systemic discrimination also adversely affects the status of African-Americans as employees by promoting and reinforcing racial stereotypes and bias in hiring.

**IV.    Statement of Classwide Discrimination on the Basis of Race**

Based on my experiences, I believe that AK Steel Corporation has engaged and continues to engage in a pattern and practice of discrimination against its African-American applicants for employment and employees that denies them equal employment opportunities in ways including but not limited to the following: denying them hiring opportunities while providing such opportunities to equally or less qualified white employees and subjecting them to a racially hostile application process and work environment in which few other African-Americans are employed.  This policy violates Title VII of the 1964 Civil Rights Act, 42 U.S.C. Section 2000(e), et seq.

I believe this policy has effected a class of black persons comprised of all past, present and future black applicants for employment with AK Steel.  I believe that these discriminatory practices occur throughout AK Steel Corporation.  I make this charge on behalf of myself and all similarly situated African-American applicants for employment and employees.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _June 14, 2002_

_Kay F. Jackson_
_____
**Charging Party (signature)**

## Kay F. Jackson

1223 Winifred Street ~ Greenup, KY 41144
Home Phone (606)473-1247

**PROFILE**

Over 19 years of experience with last few years as Sr. Customer Service
Representative. Have pursued advance understanding of multiple jobs, especially
accounts payable, payroll, purchasing, storeroom and shipping.

Personally I am efficient, good-natured, good reputation with all former employees.
Fast learner and accurate.

**EXPERIENCE**

**DuPont, Wurtland, KY 1981-1983**
Receptionist, Storeroom Clerk, Shipping Dept.

Front desk management, required advanced interpersonal relations and customer
relations skills, in addition to general office.

Monitored inventory on major parts used to run plant. Responsible for reordering,
restocking and shipping out parts.

Responsible for entering orders in computer used for shipping material off of plant
site.

DuPont was then sold to Ametek in 1983.

**Ametek, Wurtland, KY 1983-1995**
Switchboard, Accounts Payable, Floater

Responsible for answering switchboard, screening calls and visitors, routing mail and
deliveries, typing, maintaining calendars and managing travel arrangements.

In full charge of accounts payable making sure invoices were received and paid on
time. Also, in charge of contract billing and providing monthly statements.

Worked co-workers jobs when they were on vacation or off sick. Crossed trained to
handle payroll, purchasing, raw materials, customer service, calling in carriers for
shipment of product.

Ametek was then sold to Astro-Valcour in 1995.

**Astro-Valcour, Inc., Wurtland, KY 1995-1998**
Customer Service Representative

Responsible for customer orders, pricing discrepancies, shipment delays, etc.
Established new items in database system. Generate monthly manufacturing reports
based on sales, production, and transfers to other locations. Monitor off-site
warehouses to restock to optimum levels to meet customer demands.

Astro-Valcour, Inc was then sold to Tenneco Pkg. 1998.

**EXHIBIT**

K. JACKSON
5    8:14.07
DmB

**Tenneco Pkg., Wurtland, KY 1998**
<u>Customer Service Representative</u>

Customer service responsibilities. Crossed trained in shipping department
responsible for calling trucks in for on time shipments.  Chosen to travel to various
locations to train other CSR's on Tenneco products.

December 1998 job was terminated due to centralization of customer service
department.

**Ashland Oil, Inc., Ashland, KY 1978-1981**
<u>Customer Service</u>

Worked in retail marketing.

**<u>EDUCATION</u>**

**Vocational School**          Business/Accounting Courses 1976-1978
**Greenup County High School**  Business/Honor Student 1975-1978

*Tenneco Packaging*
*18 Peck Avenue*
*P.O. Box 148*
*Glens Falls, New York 12801-0148*

*Tel: 518-743-3100*

Interoffice Memo



**TENNECO**
*Packaging*

Date:       08/20/98

To:         Jackie Smith, Tenneco Packaging, Wurtland, KY

CC:         Mark Catton - Regional Manager
            Kay Jackson - Wurtland Customer Service

From:       Roger Grundman Jr.

Subject:    Customer Service Representative Performance

Hi Jackie: Often in today's crunch of business we forget to applaud those who make our professional lives more productive and generally easier to deal with. You have such a person in Kay Jackson!

Since I have become involved with the Microfoam family of products Kay has time and again shown the true professionalism needed to maintain our position among the diverse group of customers we service. Her attention to detail, knowledge of the business and positive personality have allowed me to handle a much larger market area than if I had to address all of the issue's Kay does on a day-to-day basis.

Kay's handling of the Anchor Paper account as well as the Ashley Furniture/XPEDX business, to name two, has continually demonstrated to me and our customers her value in the Customer Service arena.

I am most appreciative of Kay's support and would ask you to make this memo a part of her personnel record.

Thank you for your attention to the above!



1

**TENNECO**
*Packaging*

**Mimi Louiso**
*Mid-Atlantic Accounts Manager*
*Protective Packaging*

Tenneco Packaging
9960 Racquet Club Lane
Glen Allen, VA 23060

VM: 800-422-1284, Ext. 620
Res: 804-346-9155
Fax: 804-346-9248
mpritch@unidial.com

September 1, 1998

AVI

Gary Hamm
Tenneco Packaging/AVI
300 Harris Road
Wurtland, KY 41144

Dear Gary,

I am writing this letter on behalf of Kay Jackson, my customer service representative in Wurtland, KY. Kay has been invaluable to me since I started working with her over 3 years ago, and it is my hope that Tenneco will be able to place Kay in another position.

She has had long standing relationships with all my Microfoam customers, which has proved crucial in maintaining business. When I inherited the Microfoam business in the Mid-Atlantic region, I had no files, and no information regarding my accounts. Kay was especially helpful then, because she was eager to answer any questions regarding the accounts, and to research information that I needed in the field. I found her customer knowledge as invaluable then as I do now.

There has never been a complaint regarding customer service in the years that I have worked with Kay. She is assiduous and eager to please my customers. Distributors tell me that she is so courteous, and to work with she is a delight. With Kay as the first point of contact, I am pleased to hear customers tell me they feel their business is appreciated.

It is good business to retain loyal and trustworthy employees, and hope that Tenneco can arrange it so that Kay will remain gainfully employed in Wurtland.

Sincerely,

Mimi Louiso

Mimi Louiso
Tenneco Packaging/AVI

January 20, 1999

To Whom It May Concern:

You may use the letter as my recommendation of Kay Jackson. I have known Kay since 1980. She hired in when we were both employed by DuPont. Since then, we have undergone 4 ownership changes, the latest being Tenneco Packing. From 1983 until 1998 she worked directly for me or in my supervisory area. Her work ethic has always been exemplary and her performance has met and or exceeded the standards set for her. She has always maintained a good rapport with co-workers and supervisors and has a very pleasant personality and ready smile. I have always enjoyed working with her and not once have I regretted her hiring. She would be an asset to any company fortunate to obtain her services.

Sincerely,

Gary M. Hamm

*Tenneco Packaging*
*300 Harns Road*
*Wurtland, KY 41144*

*Telephone: 606-836-0251*
*Customer Service: 800-354-8995*



January 4, 1999

TO WHOM IT MAY CONCERN:

Please accept this letter as a letter of recommendation for Kay Jackson.

I have worked with Kay for the past 18 years. She has worked for me as a senior customer service representative for the past 4 years.

Due to centralization of customer service, our customer service department here in Wurtland has been eliminated.

It is very unfortunate to lose a valued employee as Kay. She is very dependable, quick to learn new tasks, very good with customers and gets along well with fellow workers. She is always willing to accept new challenges and aspires to be a good team leader.

Please feel free to contact me if you should have additional questions.

Sincerely,

*Jackie Smith*

Jackie Smith
Customer Service Manager

AVI



**TENNECO**

**Packaging**

300 Harris Road
Wurtland, KY  41144

January 21, 1999

To Whom It May Concern,

Kay Jackson was employed at the Wurtland plant from 3/1/81 through 12/31/98.  During this time, Kay worked many non-exempt clerical positions ranging from the receptionist position, to handling purchase orders, to customer service, etc..  She has been in the position of Customer Service Representative for the past several years.

A company restructuring in 1998 to centralize customer service functions resulted in all Wurtland plant customer service jobs being eliminated, therefore, eliminating Kay's position.  Her termination was in no way related to job performance.

Our company policy has been to remain very neutral in giving job references in that we are only to provide dates of employment and job duties performed.   However, with having worked with Kay for several years, I am pleased to provide a personal reference complimenting her job efforts, dependability, and willingness to work together as a team.  Kay is very talented in performing many clerical functions.  She has excellent communications and interpersonal skills, as witnessed by her excellent relations with many customer contacts she developed in the Customer Service Rep position.

Sincerely,

Garry R. Lewis
Human Resources Manager

**Kay F. Jackson**
1223 Winifred Street
Greenup, KY 41144
Home Phone (606) 473-1247



**EXHIBIT**

## QUALIFICATIONS:

I have over 19 years of experience with the last few years as Senior Customer Service Representitive. I have pursued advance understanding of multiple jobs, especially accounts payable, payroll, purchasing, storeroom and shipping. Personally, I am efficient, good natured, good reputation with all former employees. I am a fast learner and accurate.

## EDUCATION:

| | |
|---|---|
| 1976-1978 | Vocational School, Business/Accounting Courses |
| 1975-1978 | Greenup County High School, Diploma |

## EMPLOYMENT:

1981-1983    Receptionist, Shipping Department, DuPont
Front desk management, required advanced interpersonal and customer relations skills in addition to general office. Monitored inventory on major parts used to operate the plant. Responsible for reordering, restocking and shipping out parts. Responsible for entering orders in computer used for shipping material off of plant site. DuPont was then sold to Ametek in 1983.

1983-1995    Switchboard, Accounts Payable, Ametek
Responsible for answering switchboard, screen calls and visitors, routing mail and deliveries, typing, maintaining calendars and managing travel arrangements. In full charge of accounts payable, making sure invoices were received and paid on time. Also, in charge of contract billing and providing monthly statements. Worked co-workers jobs when they were on vacation or off sick. Crossed trained to handle payroll, purchasing, raw materials, customer service, calling in carriers for shipment of product. Ametek was then sold to Astro-Valcour in 1995.

1995-1998    Customer Service Representative, Astro-Valcour, Inc & Tenneco Pkg.
Responsible for customer orders, pricing discrepancies, shipment delays, etc. Established new items in database system. Generate monthly manufacturing reports based on sales, production and transfers to other locations. Monitor off-site warehouses to restock to optimum levels to meet customer demands. Astro-Valcour, Inc. was then sold to Tenneco Packaging in 1998. Lost job in December of 1998 due to down sizing.

1999-Present    Accounts Payable/Payroll Clerk, Shawnee Mental Health Center
Responsible for making sure invoices are paid and mailed on a timely basis, also responsible for payroll checks for all mental health employees.

*Tenneco Packaging*
*18 Peck Avenue*
*P.O. Box 148*
*Glens Falls, New York 12801-0148*

*Tel: 518-743-3100*

Interoffice Memo



**TENNECO**
*Packaging*

Date:      08/20/98

To:        Jackie Smith, Tenneco Packaging, Wurtland, KY

CC:        Mark Catton - Regional Manager
           Kay Jackson - Wurtland Customer Service

From:      Roger Grundman Jr.

Subject:   Customer Service Representative Performance

Hi Jackie: Often in today's crunch of business we forget to applaud those who make our professional lives more productive and generally easier to deal with. You have such a person in Kay Jackson!

Since I have become involved with the Microfoam family of products Kay has time and again shown the true professionalism needed to maintain our position among the diverse group of customers we service. Her attention to detail, knowledge of the business and positive personality have allowed me to handle a much larger market area than if I had to address all of the issue's Kay does on a day-to-day basis.

Kay's handling of the Anchor Paper account as well as the Ashley Furniture/XPEDX business, to name two, has continually demonstrated to me and our customers her value in the Customer Service arena.

I am most appreciative of Kay's support and would ask you to make this memo a part of her personnel record.

Thank you for your attention to the above!

*[signature]*



1

**TENNECO**
*Packaging*

**Mimi Louiso**
*Mid-Atlantic Accounts Manager*
*Protective Packaging*

Tenneco Packaging
9960 Racquet Club Lane
Glen Allen, VA 23060

VM: 800-422-1284, Ext. 620
Res: 804-346-9155
Fax: 804-346-9248
mpritch@unidial.com

September 1, 1998

AVI

Gary Hamm
Tenneco Packaging/AVI
300 Harris Road
Wurtland, KY 41144

Dear Gary,

I am writing this letter on behalf of Kay Jackson, my customer service representative in Wurtland, KY. Kay has been invaluable to me since I started working with her over 3 years ago, and it is my hope that Tenneco will be able to place Kay in another position.

She has had long standing relationships with all my Microfoam customers, which has proved crucial in maintaining business. When I inherited the Microfoam business in the Mid-Atlantic region, I had no files, and no information regarding my accounts. Kay was especially helpful then, because she was eager to answer any questions regarding the accounts, and to research information that I needed in the field. I found her customer knowledge as invaluable then as I do now.

There has never been a complaint regarding customer service in the years that I have worked with Kay. She is assiduous and eager to please my customers. Distributors tell me that she is so courteous, and to work with she is a delight. With Kay as the first point of contact, I am pleased to hear customers tell me they feel their business is appreciated.

It is good business to retain loyal and trustworthy employees, and hope that Tenneco can arrange it so that Kay will remain gainfully employed in Wurtland.

Sincerely,

*Mimi Louiso*

Mimi Louiso
Tenneco Packaging/AVI

January 20, 1999

To Whom It May Concern:

You may use the letter as my recommendation of Kay Jackson. I have known Kay since 1980. She hired in when we were both employed by DuPont. Since then, we have undergone 4 ownership changes, the latest being Tenneco Packing. From 1983 until 1998 she worked directly for me or in my supervisory area. Her work ethic has always been exemplary and her performance has met and or exceeded the standards set for her. She has always maintained a good rapport with co-workers and supervisors and has a very pleasant personality and ready smile. I have always enjoyed working with her and not once have I regretted her hiring. She would be an asset to any company fortunate to obtain her services.

Sincerely,

Gary M. Hamm

*Tenneco Packaging*
*300 Harris Road*
*Wurtland, KY 41144*

*Telephone: 606-836-0251*
*Customer Service: 800-354-8995*



January 4, 1999

TO WHOM IT MAY CONCERN:

Please accept this letter as a letter of recommendation for Kay Jackson.

I have worked with Kay for the past 18 years. She has worked for me as a senior customer service representative for the past 4 years.

Due to centralization of customer service, our customer service department here in Wurtland has been eliminated.

It is very unfortunate to lose a valued employee as Kay. She is very dependable, quick to learn new tasks, very good with customers and gets along well with fellow workers. She is always willing to accept new challenges and aspires to be a good team leader.

Please feel free to contact me if you should have additional questions.

Sincerely,

*Jackie Smith*
Jackie Smith
Customer Service Manager

**AVI**



**TENNECO**

**Packaging**

300 Harris Road
Wurtland, KY  41144

January 21, 1999

To Whom It May Concern,

Kay Jackson was employed at the Wurtland plant from 3/1/81 through 12/31/98.  During this time, Kay worked many non-exempt clerical positions ranging from the receptionist position, to handling purchase orders, to customer service, etc..  She has been in the position of Customer Service Representative for the past several years.

A company restructuring in 1998 to centralize customer service functions resulted in all Wurtland plant customer service jobs being eliminated, therefore, eliminating Kay's position.  Her termination was in no way related to job performance.

Our company policy has been to remain very neutral in giving job references in that we are only to provide dates of employment and job duties performed.   However, with having worked with Kay for several years, I am pleased to provide a personal reference complimenting her job efforts, dependability, and willingness to work together as a team.  Kay is very talented in performing many clerical functions.  She has excellent communications and interpersonal skills, as witnessed by her excellent relations with many customer contacts she developed in the Customer Service Rep position.

Sincerely,

Garry R. Lewis
Human Resources Manager

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

VIVIAN BERT, *et al.*,          )
                                )
          Plaintiffs,           )
                                )
v.                              )          Case No. C-1-02-467
                                )          Judge Beckwith
AK STEEL CORPORATION,           )          Magistrate Judge Hogan
                                )
          Defendant.            )
                                )
                                )
_____ )

**EXHIBIT**

R JACKSON
7    8·14·07
           DnB

## PLAINTIFFS' INITIAL DISCLOSURES

Plaintiffs, through their counsel, submit the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

1.      **The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleading identifying the subjects of the information.**

Lay Witnesses:  See Attachment A.

Additional witnesses may include any of the Defendant's hiring personnel, management, or any other employees who have otherwise witnessed the violations alleged in Plaintiffs' complaint. Discovery is continuing and ongoing and Plaintiffs reserve the right to supplement this response as additional facts become available.

Expert Witnesses:  At this time, expert witnesses are not identified.  Plaintiffs' counsel will provide information pursuant to the Case Management Order in this case.

2.      A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

See Attachment B.

Additional supporting documentation may include documentation in the possession of Defendants. Such documents may include any personnel files, postings, bids, manuals, notices, agreements, or other writings documenting the Plaintiffs' and putative class members' employment, applications for employment, and/or opportunities for advancement or lack thereof and Defendants' policies on discrimination and harassment.

Plaintiffs objects to the production of any documents which are protected by the attorney-client privilege or the work-product doctrine. Discovery is continuing and ongoing and Plaintiffs reserve the right to supplement this response as additional facts become available.

3.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

The actual nominal and punitive damage amounts are currently unknown and will be determined at a later date. This response will be supplemented as further information becomes available. In determining the amount of Plaintiffs' damages, Plaintiffs may need to rely upon information in the possession of the Defendant to be obtained during discovery, as well as the opinion of an expert or experts.

4.      For inspection and copying as under Rule 34 any insurance agreement under

2

which any person carrying on an insurance business may be liable to satisfy part or all of a

judgment which may be entered in the action or to indemnify or reimburse for payments made

to satisfy the judgment.

Not applicable to Plaintiffs.


Respectfully submitted this 3rd day of February, 2003.


DAVID SANFORD, D.C. Bar No. 457933
ERIC BACHMAN, KY Bar. No. 88122
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
202-467-4123 / 202-467-4489 (facsimile)

GRANT MORRIS, Washington D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
7 DUPONT CIRCLE, N.W.
SUITE 250
WASHINGTON, D.C. 20036
202-331-4707

PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA, LLP**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863

*Attorneys for Plaintiffs*

which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    Not applicable to Plaintiffs.

    Respectfully submitted this 3rd day of February, 2003.

DAVID SANFORD, D.C. Bar No. 457933
ERIC BACHMAN, KY Bar. No. 88122
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
202-467-4123 / 202-467-4489 (facsimile)

GRANT MORRIS, Washington D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
7 DUPONT CIRCLE, N.W.
SUITE 250
WASHINGTON, D.C. 20036
202-331-4707

PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA, LLP**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863

*Attorneys for Plaintiffs*

# ATTACHMENT A

<u>Lay Witness Testimony:</u>[1]

1.    Vivian Bert

    a)    Donna Phillips
        Oklahoma Department of Transportation
        200 N. E. 21st Street
        Oklahoma City, OK 73105

Phillips may have knowledge of Bert's character, qualifications, level of experience, and job performance.

    b)    Clyde W. Thomas
        Oklahoma Department of Transportation
        200 N. E. 21st Street
        Oklahoma City, OK 73105

Thomas may have knowledge of Bert's character, qualifications, level of experience, and job performance.

2.    Thaddeus Freeman

    None at this time.

3.    Darrell Carter

    a)    Mark Collins
        223 9th Street
        Ashland, KY 4110

Collins may have information regarding race discrimination in hiring at AK Steel.  He also may have knowledge of Carter's character, qualifications, and level of experience.

    b)    Susan Lester
        AK Steel, HR Manager
        P.O. Box 191
        Ashland, KY 41105

---

[1] Witnesses are listed according to the Plaintiff to whose claims they are believed to be most directly relevant.  Plaintiffs reserve the right to take the position that such testimony is relevant to the claims of other Plaintiffs and/or the claims of the putative class.

4

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

c)    Darlene Denise Carter
      908 South 8th St.
      Ironton, OH 45638

D. Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

d)    Marnie Carter
      908 South 8th St.
      Ironton, OH 45638

M. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

4.    Edward James Lewis

a)    Allen Roberts
      P.O. Box 552
      Middletown, OH 45044

Roberts may have information regarding race discrimination in hiring, promotions, training, and terms and conditions of employment at AK Steel. He also has knowledge of Lewis's character, qualifications, level of experience, and job performance.

5.    Timothy Oliphant

        None at this time.

6.    Mary Harris

        None at this time.

7.    Roderique Russell

        None at this time.

8.    Kay Jackson

5

a)    Brooks Carmichael Jackson
      1223 Winifred St.
      Greenup, KY 41144

B. Jackson may have information regarding race discrimination in hiring, promotions,
training, and terms and conditions of employment at AK Steel. He also has knowledge of
Jackson's character, qualifications, level of experience, and job performance.

b)    Roger Grundman, Jr.
      Tenneco Packaging
      18 Peck Avenue
      P.O. Box 148
      Glens Falls, New York 12801-0148

Grundman may have knowledge of Jackson's character, qualifications, level of
experience, and job performance.

c)    Mimi Louiso
      Tenneco Packaging
      9960 Raquet Club Lane
      Glen Allen, VA 23060

Louiso may have knowledge of Jackson's character, qualifications, level of experience,
and job performance.

d)    Gary Hamm
      Tenneco Packaging/AVI
      300 Harris Road
      Wurtland, KY 41144

Hamm may have knowledge of Jackson's character, qualifications, level of experience,
and job performance.

e)    Jackie Smith
      Tenneco Packaging/AVI
      300 Harris Road
      Wurtland, KY 41144

Smith may have knowledge of Jackson's character, qualifications, level of experience,
and job performance.

f)    Garry R. Lewis
      Tenneco Packaging/AVI

300 Harris Road
Wurtland, KY 41144

Lewis may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

9.    Marnie Carter

a)    Darrell Carter
901 South 7th St.
Ironton, OH 45638

Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

b)    Darlene Denise Carter
908 South 8th St.
Ironton, OH 45638

D. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

c)    Susan Lester
AK Steel, HR Manager
P.O. Box 191
Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

10.    Darlene Denise Carter

a)    Darrell Carter
901 South 7th St.
Ironton, OH 45638

Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

b)    Marnie Carter
908 South 8th St.

7

Ironton, OH 45638

M. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

c)    Susan Lester
AK Steel, HR Manager
P.O. Box 191
Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

11.    Dwight Lewis

a)    Susan Lester
AK Steel, HR Manager
P.O. Box 191
Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Lewis's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

12.    Michael Miller

a)    Jessica Hicks

Hicks, an employee of the Defendant, may have information regarding Miller's application for employment with the AK Steel. Hicks may also have information regarding race discrimination in hiring at AK Steel.

b)    Ella Moreland
Heidelberg Web Systems
4900 Webster Street
Dayton, Ohio 45414

Moreland may have knowledge of Miller's character, qualifications, level of experience, and job performance.

13.    Ronald Sloan

8

a)    Jessica Hicks

Hicks, an employee of the Defendant, may have information regarding Sloan's application for employment with the AK Steel. Hicks may also have information regarding race discrimination in hiring at AK Steel.

14.    Donald Edwards

None at this time.

15.    Shawn Pryor

None at this time.

16.    Tiffany Jackson

a)    Rodney Cosby
       1202 Winifred St.
       Greenup, KY 41144

Cosby may have information regarding race discrimination in hiring, promotions, training, and terms and conditions of employment at AK Steel. He also has knowledge of Jackson's character, qualifications, level of experience, and job performance.

b)    Susan Lester
       AK Steel, HR Manager
       P.O. Box 191
       Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Jackson's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

c)    Pat Amitrano
       Department of Puclic Works
       11 Wurtz Avenue
       Utica, NY 13502

Amitrano may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

d)    James Mack
       User Friendly Software Systems

9

: FROM

(MON) 2. 3' 03 16:52/ST. 16:49/NO. 4863410133 P 12

239 Genesee Street
Utica, NY 13502

Mack may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

e)      Brian Boyle
        Liebert Corporation
        3040 South 9th Street
        Ironton, OH 45638

Boyle may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

17.    Allen Roberts

        None at this time.

10

## ATTACHMENT B

1.    Vivian Bert

       Tax returns from 1999, 2000, and 2001
       Resume
       EEOC Charge
       Job application
       Notebook

2.    Thaddeus Freeman

       Tax returns from 1999, 2000 and 2001
       EEOC Charge
       Correspondence related to EEOC charge
       Resume

3.    Darrell Carter

       None at this time.

4.    Edward James Lewis

       None at this time.

5.    Timothy Oliphant

       None at this time.

6.    Mary Harris

       Tax returns from 1999, 2000 and 2001
       EEOC Charge
       Resume

7.    Roderique Russell

       None at this time.

8.    Kay Jackson

       W2 Wage and Tax Statements 1999, 2000, 2001
       EEOC Documents

FROM

> Resume
> Letters of Recommendation
> Copies of prescriptions
> Notice of Dismissal
> Copy of high school diploma
> Copy of application to Shawnee Medical Center

9.    Marnie Carter

> None at this time.

10.    Darlene Denise Carter

> None at this time.

11.    Dwight Lewis

> Calender
> Tax Returns 1999, 2000, 2001
> Resume
> EEOC Charge and related Documents

12.    Michael Miller

> Tax Returns 2000, 2001
> Resume
> Transcript, Sinclair Community College, Associate of Applied Science
> Letter of Recommendation
> EEOC Charge and related Documents
> Work Force Reduction Notification, Heidelberg Web Systems

13.    Ronald Sloan

> Tax Returns: 1999, 2000, 2001
> EEOC charge
> Resumes
> Certificate of Discharge from Active Military Duty, Honorable
> Certificate regarding Naval Training and Experience
> cover letter
> electronics certificate

14.    Donald Edwards

12

FROM

(MON) 2. 3'03 16:53/ST. 16:49/NO. 4863410133 P 15

None at this time.

15.    Shawn Pryor

W2 Wage and Tax Statements: 1999, 2000, 2001
High School Diploma
Dipoloma, Miami University of Ohio, BA

16.    Tiffany Jackson

Tax Returns: 1999, 2000 and 2001
EEOC Charge and Related Documents
Resume
Calendar notes
Letters of reference
Paralegal certificate
Forklift certificate

17.    Allen Roberts

None at this time.*


*At present, Plaintiffs continue to review documents in the possession of Roberts and
will supplement these initial disclosures as soon as practicable.

02/03/03  MON 16:46  [TX/RX NO 5201]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs' Initial Disclosures was served this 3rd day of February, 2003, via facsimile and first-class mail, postage prepaid, upon:

ROGER A. WEBER
**TAFT, STETTINIUS & HOLLISTER LLP**
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 452023959
Telephone: (513) 381-2838
Facsimile: (513) 381-0205

_Attorney for Plaintiffs_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| VIVIAN BERT, et al., | ) | Case No. C-1-02-00467 |
| | ) | Judge Beckwith |
| Plaintiffs, | ) | Magistrate Judge Hogan |
| | ) | |
| v. | ) | PLAINTIFF KAY JACKSON'S |
| | ) | RESPONSES TO DEFENDANT'S |
| AK STEEL CORPORATION, | ) | FIRST REQUEST FOR THE |
| | ) | PRODUCTION OF DOCUMENTS |
| Defendant. | ) | |
| | ) | |

## GENERAL OBJECTIONS

1.    The Plaintiff objects to these discovery requests to the extent they seek information or documents protected from discovery and/or disclosure by the attorney/client privilege, the work product doctrine, or any other applicable privilege.

2.    The Plaintiff objects to these discovery requests to the extent they seek information or documents neither material nor relevant to the claims or defenses of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.    The Plaintiff objects to these discovery requests to the extent they are overly broad and/or unduly burdensome.

4.    The Plaintiff objects to these discovery requests to the extent they are so vague and ambiguous as to be incapable of a definite response.

5.    The Plaintiff objects to these discovery requests to the extent they seek confidential or proprietary information or documents. Notwithstanding this objection, the Plaintiff agrees to provide, if any exist, as more fully set forth below, such information or documents subject to the terms of a mutually agreeable protective order to be entered in this action.

6.    The Plaintiff objects to these discovery requests to the extent they call for conclusions of law.

7.    The Plaintiff objects to these discovery requests to the extent that they seek and/or require the production of documents which are not in the Plaintiff's possession, custody, or control.

8.    The Plaintiff objects to the time and place of production for documents specified in these

discovery requests but state, to the extent that the documents are available, as more fully set forth below, they will be produced at a mutually convenient time and place.

9.    The Plaintiff objects to the definitions and instructions in the discovery requests to the extent they seek to require the Defendant to comply with requirements beyond the scope of or impose burdens, duties and obligations in excess of or different from those imposed by applicable law and the Federal Rules of Civil Procedure.

10.    The Plaintiff objects to these discovery requests to the extent they seek to discover "core" work product, including the disclosure of the mental impressions, conclusions, opinions, and/or legal theories of attorneys or other representatives of Plaintiff and/or the substance of information developed by them (i.e., interpretive, not investigatory) in preparation for the trial of this action.

11.    The Plaintiff objects to these discovery requests to the extent that the information sought, if any, was obtained and prepared in anticipation of litigation, and the Plaintiff has not made the required showing of substantial need for the information or that the substantial equivalent of such information is unobtainable by other means. The Plaintiff further objects to these discovery requests to the extent that the information called for, if any, is privileged and is not discoverable under FRCP 26(b)(3) and *Hickman v. Taylor*, 329 U.S. 495 (1947).

12.    The Plaintiff objects to these discovery requests to the extent that they seek information that is equally available to the Defendant, and the burden on the Defendant to obtain the requested information is no greater than the burden on the Plaintiff.

13.    The Plaintiff objects to these discovery requests to the extent they seek information or documents relating to expert witnesses, witnesses, and trial exhibits in excess of the disclosure duties imposed by the Federal Rules of Civil Procedure and the Court's Orders relating to such matters.

14.    The Plaintiff objects to these discovery requests to the extent that they seek information regarding matters which are not at issue in this action.

15.    The Plaintiff objects to these discovery requests to the extent that they do not, on their face, restrict themselves either to an identifiable time or a reasonable, rationally-based time frame.

16.    The Plaintiff objects to these discovery requests to the extent that they are oppressive, i.e., designed to create an unreasonable burden on the Plaintiff which burden is not commensurate with the professed result sought.

17.    Except as otherwise indicated, the Plaintiff incorporates the General Objections into each

2

and every response set forth below. By responding to any of the discovery requests, the Plaintiff does not waive any of the foregoing General Objections.

Plaintiff responds to Defendant's requests for the production of the following documents:

**Request No. 1**: Produce all documents that refer to, reflect, comment on, or tend to prove or disprove any of the contentions in the Complaint or the Answer.

**Specific Objection to Request No. 1**: Plaintiff objects to the extent this request is vague, ambiguous, and overly broad. Plaintiff further objects to the extent that this request seeks information or documents protected from discovery and/or disclosure by the attorney/client privilege, the work product doctrine, or any other applicable privilege. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 2**: Produce all documents that you believe support your claim for damages, or which reflect, comment on, or tend to prove or disprove such claims.

**Specific Objection to Request No. 2**: Plaintiff objects to the extent this request is vague, ambiguous, and overly broad. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 3**: Produce any diary, journal, or calendar of appointments, or notes that you have maintained since January 1, 1998.

**Specific Objection to Request No. 3**: Plaintiff objects to the extent that this request is overly broad and/or unduly burdensome. Plaintiff also objects to the extent that this request seeks information that is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce any diary, journal, or calendar of appointments that Plaintiff has maintained since January 1, 1998 that relate to the claims or defenses in this case.

**Request No. 4**: Produce all documents provided to or obtained from Defendant.

**Specific Objection to Request No. 4**: Plaintiff objects to the extent that this request is overly broad and/or unduly burdensome. Plaintiff further objects to the extent that this request seeks information that is equally available to the Defendant, and the burden on the Defendant to obtain the requested information is no greater than the burden on the Plaintiff. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

3

**RESPONSE:**    Plaintiff will produce all non-privileged responsive documents.

**Request No. 5**: Produce all of your medical or psychological records since January 1, 1998.

**Specific Objection to Request No. 5**: Plaintiff objects to this Request to the extent that the information sought is confidential and/or privileged.

**Request No. 6**: Produce all documents that refer to, reflect, or comment on any criminal proceeding in which in which you have been either arrested or convicted during the past 10 years.

**Specific Objection to Request No. 6**: Plaintiff objects to this Request to the extent that the information sought is confidential and/or privileged. Plaintiff further objects that the information is not reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 7**: Produce your federal income tax returns and any W-2s or Form 1099s for each tax year beginning in 1999.

**Specific Objection to Request No. 7**: Plaintiff objects to this request to the extent that it is not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff further objects to this Request to the extent the information sought is confidential and/or privileged. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:**  Plaintiff will produce Plaintiff's W-2s or Form 1099s for 1999, 2000, and 2001.

**Request No. 8**: Produce any documents that you sent to or received from the EEOC, OCRC, or any other state agency with the power to investigate charges of discrimination.

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 9**: Produce any resume or other listing of your qualifications for employment you have prepared or had prepared for you since January 1, 1998.

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 10**: Produce any document by which you sought employment from any employer from January 1, 1998 to date.

**Specific Objection to Request No. 10**:  Plaintiff objects to the extent this request is vague and ambiguous. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**RESPONSE:** Plaintiff will produce all non-privileged responsive documents.

**Request No. 11**: Produce any document by which you claim you requested employment from AK Steel Corporation.

**Specific Objection to Request No. 11**:  Plaintiff objects to the extent this request is vague and ambiguous.  Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

    **RESPONSE:** Plaintiff will produce all non-privileged responsive documents.


        Respectfully submitted this 27th day of November, 2002.


                _____
                DAVID SANFORD, D.C. Bar No. 457933
                ERIC BACHMAN, KY Bar. No. 88122
                **GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
                7 DUPONT CIRCLE, N.W.
                SUITE 200
                WASHINGTON, D.C. 20036
                Telephone: (202) 467-4123
                Facsimile: (202) 467-4489


                GRANT MORRIS, D.C. Bar No. 926253
                **LAW OFFICES OF GRANT MORRIS**
                7 DUPONT CIRCLE, N.W.
                SUITE 250
                WASHINGTON, D.C. 20036
                Telephone: (202) 331-4707


                PAUL H. TOBIAS, OH Bar No. 0032415
                DAVID D. KAMMER, OH Bar No. 0061808
                **TOBIAS, KRAUS & TORCHIA, LLP**
                414 WALNUT STREET
                SUITE 911
                CINCINNATI, OH 45202
                Telephone: (513) 241-8137
                Facsimile: (513) 241-7863


                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs' Responses to Defendant's First Set of Requests for Production of Documents was served via first-class mail, postage prepaid, upon:

> Lawrence J. Barty
> Patricia Anderson Pryor
> Gregory Parker Rogers
> Roger A. Weber
> TAFT, STETTINIUS & HOLLISTER LLP
> 425 Walnut Street, Suite 1800
> Cincinnati, Ohio 45202-3957

This is the 27th day of November, 2002.

_____
*Attorney for Plaintiffs*