```
 1         A.    2000 -- 2005, late part of 2005, 2006.
 2               MS. PRYOR:  Well, whatever he's got,
 3   including current pay stubs, we request.
 4               MS. DONAHUE:  Okay.
 5               MS. PRYOR:  That's it.
 6               MS. DONAHUE:  Okay.  We will take a
 7   little break and see if we're done.
 8               (Off the record:  12:27 p.m. - 12:32 p.m.)
 9               MS. DONAHUE:  All right.  We have no
10   questions.
11               (Deposition concluded at 12:32 p.m.)
12
13               _____/SmB
14                    Edward J. Lewis, Jr.
15                                     12·10·07
16            **SEE PAGE 93
                 Signed pursuant to Rule 30
```

```
 1                    **See signature page 90**

 2         RULE 30(E) OF THE FEDERAL RULES OF CIVIL
    PROCEDURE BEING INVOKED.
 3         REASON:  AFTER HAVING BEEN SUBMITTED FOR
    SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT
 4  WITHIN THE ALLOTTED TIME PER RULE 30(E).

 5
                    C E R T I F I C A T E
 6
           I, SUSAN M. BARHORST, THE UNDERSIGNED, HAVE
 7  SIGNED THE SIGNATURE OF EDWARD J. LEWIS, JR., TO
    THE DEPOSITION PURSUANT TO THE ABOVE-STATED REASON.
 8

 9
                    _____
10                  SUSAN M. BARHORST
                    NOTARY PUBLIC-STATE OF OHIO
11                  MY COMMISSION EXPIRES:
                    FEBRUARY 18, 2009
12

13

14

15

16

17

18

19

20

21

22

23

24
```