C E R T I F I C A T E

STATE OF OHIO         :
                      :  SS
COUNTY OF HAMILTON    :

       I, Susan M. Barhorst, a Notary Public in and for the State of Ohio, duly commissioned and qualified, do hereby certify that prior to the giving of this deposition the within-named EDWARD J. LEWIS, JR., was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth; that the foregoing pages constitute a true, correct, and complete transcript of the testimony of said deponent, which was recorded in stenotypy by me, and on the 27th day of June 2007 was submitted to counsel for deponent's signature.

       I further certify the within deposition was duly taken before me at the time and place stated, pursuant to the Federal Rules of Civil Procedure; that I am not counsel, attorney, relative or employee of any of the parties hereto, or their counsel, or financially or in any way interested in

1  the within action, and that I was at the time of
2  taking said deposition a Notary Public in and for
3  the State of Ohio.
4      IN WITNESS WHEREOF, I have hereunto set my
5  hand and notarial seal at Cincinnati, Ohio, this
6  27th day of June 2007.

*Susan M. Barhorst*

Susan M. Barhorst, Notary Public
in and for the State of Ohio.
My commission expires
February 18, 2009