```
 1            MS. PRYOR:  Okay.  No further
 2   questions at this time, subject to still the
 3   documents that need to be reproduced.
 4            MS. DONAHUE:  Can we have just a
 5   couple seconds?
 6            MS. PRYOR:  Yeah.
 7       (Off the record:  3:34 p.m. - 3:38 p.m.)
 8            MS. DONAHUE:  Okay.  We have no
 9   questions.
10            (Deposition concluded at 3:38 p.m.)
```

*Shawn R. Pryor/SMB*
Shawn R. Pryor
12·10·07

\*\*SEE PAGE 74
   Signed pursuant to Rule 30

```
 1                    **See signature page 71**

 2
            RULE 30(E) OF THE FEDERAL RULES OF CIVIL
 3    PROCEDURE BEING INVOKED.
            REASON:  AFTER HAVING BEEN SUBMITTED FOR
 4    SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT
      WITHIN THE ALLOTTED TIME PER RULE 30(E).
 5

 6                     C E R T I F I C A T E

 7         I, SUSAN M. BARHORST, THE UNDERSIGNED, HAVE
      SIGNED THE SIGNATURE OF SHAWN R. PRYOR TO THE
 8    DEPOSITION PURSUANT TO THE ABOVE-STATED REASON.

 9

10                        [signature: Susan M. Barhorst]
                          _____
11                        SUSAN M. BARHORST
                          NOTARY PUBLIC-STATE OF OHIO
12                        MY COMMISSION EXPIRES:
                          FEBRUARY 18, 2009
13

14

15

16

17

18

19

20

21

22

23

24
```