**Form 1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return**    **2006**    (99)    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning _____ , 2006, ending _____ , 20 _____    OMB No. 1545-0074

**Label**

(See instructions on page 16.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: SHAWN R    Last name: PRYOR

Your social security number: _____

Home address (number and street). If you have a P.O. box, see page 16.: 35 ASPEN COURT    Apt. no.: _____

Spouse's social security number: _____

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.: CINCINNATI    OH    45246

**You must enter your SSN(s) above.**

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ............    Boxes checked on 6a and 6b: 1

b ☐ Spouse ...........................................    No. of children on 6c who:

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see page 19.

• lived with you
• did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

Add numbers on lines above ▶    1

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 44,485 |
| 8a | Taxable interest. Attach Schedule B if required | 8a |  |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |  |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 |  |
| 11 | Alimony received | 11 |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |  |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |  |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |  |
| 15a | IRA distributions 15a ____ b Taxable amount (see page 25) | 15b |  |
| 16a | Pensions and annuities 16a ____ b Taxable amount (see page 26) | 16b |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |  |
| 18 | Farm income or (loss). Attach Schedule F | 18 |  |
| 19 | Unemployment compensation | 19 |  |
| 20a | Social security benefits 20a ____ b Taxable amount (see page 27) | 20b |  |
| 21 | Other income. | 21 |  |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 44,485 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | 2,114 |
| 34 | Jury duty pay you gave to your employer | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 2,114 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 42,371 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.    EEA    Form 1040 (2006)

**EXHIBIT**

PRYOR
8  6-6-07
 amB

**CONFIDENTIAL**

Form 1040 (2006) SHAWN R PRYOR    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 42,371 |
| | 39a | Check if: You were born before January 2, 1942, □ Blind. Total boxes Spouse was born before January 2, 1942, □ Blind. checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 & check here ▶ 39b □ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 5,150 |
| | 41 | Subtract line 40 from line 38 | 41 | 37,221 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | 3,300 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 33,921 |
| • All others: | 44 | Tax (see page 35). Check if any tax is from: a □ Form(s) 8814  b □ Form 4972 | 44 | 5,039 |
| Single or Married filing separately, $5,150 | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 | 46 | 5,039 |
| Married filing jointly or Qualifying widow(er), $10,300 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| Head of household, $7,550 | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | |
| | 54 | Credits from: a □ Form 8396  b □ Form 8839  c □ Form 8859 | 54 | |
| | 55 | Other credits: a □ Form 3800  b □ Form 8801  c □ Form | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | 57 | 5,039 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax | 63 | 5,039 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 6,315 |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | |
| | 70 | Payments from: a □ Form 2439  b □ Form 4136  c □ Form 8885 | 70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 30 |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments | 72 | 6,345 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 1,306 |
| Direct deposit? See page 60 and fill in 74b, 74c, and 74d or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ □ | 74a | 1,306 |
| | ▶ b | Routing number | ▶ c Type: X Checking □ Savings | |
| | ▶ d | Account number | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 62) | 77 | |

CONFIDENTIAL

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 63)? ☒ Yes. Complete the following. □ No

| Designee's name ▶ JOAN E HUDSON | Phone no. ▶ 513-988-9609 | Personal identification number (PIN) ▶ 1 2 3 4 5 |
|---|---|---|

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

| Your signature 67798 | Date 01-29-2007 | Your occupation | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | 513-313-7612 |

**Paid Preparer's Use Only**

| Preparer's signature | Date 01-29-2007 | Check if self-employed ☒ | Preparer's SSN or PTIN P00425736 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | HUDSON TAX SERVICE 4 POTTER STREET Trenton    OH    45067 | EIN 34-1915840 Phone no. 513-988-9609 | |

EEA    Form **1040** (2006)

Form **8879**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization

▶ Do not send to the IRS. This is not a tax return.
▶ Keep this form for your records. See instructions.

OMB No. 1545-0074

**2006**

Declaration Control Number (DCN) ▶ 00-313795-003157

| Taxpayer's name | Social security number |
|---|---|
| SHAWN R PRYOR | |
| Spouse's name | Spouse's social security number |

| Part I | Tax Return Information – Tax Year Ending December 31, 2006 (Whole Dollars Only) | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 42,371 |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 5,039 |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 6,315 |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 44a; Form 1040EZ, line 12a; Form 1040EZ-T, line 1a) | 4 | 1,306 |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | |

| Part II | Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return) |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return or request for refund and accompanying schedules and statements for the tax year ending December 31, 2006, and to the best of my knowledge and belief, this true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return or request for refund. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return or request to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated on the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return or request for refund and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**    PIN=    Acct =

[X] I authorize HUDSON TAX SERVICE _____ to enter or generate my PIN
                                    ERO firm name                          do not enter all zeros

as my signature on my tax year 2006 electronically filed income tax return or request for refund

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box only if you are entering your own PIN and your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____    Date ▶ 01-29-2007

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter or generate my PIN
                ERO firm name                          do not enter all zeros

as my signature on my tax year 2006 electronically filed income tax return or request for refund

[ ] I will enter my PIN as my signature on my tax year 2006 electronically filed income tax return or request for refund. Check this box only if you are entering your own PIN and your return or request is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____    Date ▶ _____

## Practitioner PIN Method Returns Only – continue below

| Part III | Certification and Authentication – Practitioner PIN Method Only |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. _____
                                                                                    do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2006 electronically filed income tax return or request for refund for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ _____    Date ▶ 01-29-2007

**ERO Must Retain This Form – See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    EEA    Form **8879** (2006)

CONFIDENTIAL

**Ohio Department of**
# TAXATION
Please do not
use staples.



06000167

| 2006 | **IT 1040** Rev. 1906 |

**Individual Income Tax Return**

| Your Social Security # (required) | Spouse's Social Security # (only if joint return) | For the year Jan. 1-Dec. 31, 2006 or other taxable year beginning |
|---|---|---|

Check if deceased          Check if deceased          **Jan. 1, 2006**

**Please use only UPPERCASE letters.**

Your first name          M.I.    Last name
SHAWN                    R      PRYOR

Spouse's first name (only if joint return)    M.I.    Last name

Home address (number and street)
35 ASPEN COURT

| City | State | ZIP code | Ohio county (first four letters) |
|---|---|---|---|
| CINCINNATI | OH | 45246 | HAMI |

Foreign country                              Foreign postal code

In care of executor's name (must indicate if refund will be issued in decedent's name)

**Ohio Residency Status** (see instructions on page 9)          Part-year resident from:

**CONFIDENTIAL**

X Resident    Nonresident    State abbreviation

**Filing Status – Check one** (same as reported on federal income tax return)

X Single or head of household or qualifying widow(er)          Married filing jointly

Married filing separately – enter your spouse's SS#

**Ohio Political Party Fund**          Yes   No

Do you want $1 to go to this fund? . . . . . . . . . . . . .

If joint return, does your spouse want $1 to go to this fund? . . . .

Note: Checking "Yes" will not increase your tax or decrease your refund.

**Ohio Public School District Number**
(see pages 35–39)          3116

Please do not use staples.
Place your W-2, check and IT 40P on top of your return.
Place any other supporting documents or statements after the last page of your return.

**Go paperless. It's FREE!**
**Try I-File.**
**tax.ohio.gov**

**File electronically and receive your refund in 5–7 days by direct deposit!**

**INCOME INFORMATION**

| | | |
|---|---|---|
| 1. Federal adjusted gross income (from federal forms 1040, line 37; or 1040A, line 21; or 1040EZ, line 4) . . . . . . . . . . . . . . . . . . . . . . . . 1. | 42 371 | 00 |
| 2. Ohio adjustments. Amount from line 48 on page 3 . . . . . . . . . . . . . 2. | | 00 |
| 3. Ohio adjusted gross income (line 2 added to or subtracted from line 1) . . . . 3. | 42 371 | 00 |
| 4. Multiply your personal and dependent exemptions    1    times $1,400 and enter the result here    4. | 1 400 | 00 |
| 5. Ohio taxable income (line 3 minus line 4; enter -0- if line 3 is less than line 4) . . . . 5. | 40 971 | 00 |

**SIGN HERE (required)**          Continue to IT 1040 – pg. 2

I have read this return. Under penalties of perjury, I declare that, to the best of my knowledge and belief, the return and all enclosures are true, correct and complete.

| | **For Departmental Use Only** |
|---|---|
| ▶ Your signature          01-29-07 |  |
| Date |  |
| 5133137612 |  |
| ▶ Spouse's signature (if filing jointly, BOTH must sign)    Phone number |  |
| 5139889609 |  |
| Preparer's signature          Phone number | Ccode |

| **NO Payment Enclosed – Mail to:** | **Payment Enclosed – Mail to:** |
|---|---|
| **Ohio Department of Taxation** | **Ohio Department of Taxation** |
| **P.O. Box 2679** | **P.O. Box 2057** |
| **Columbus, OH 43270-2679** | **Columbus, OH 43270-2057** |

**Ohio Department of**
# TAXATION
Please do not
use staples.

06000267

| 2006 | IT 1040 | Rev 10/06 |

**Individual Income Tax Return**

## TAX AND CREDITS — Social Security no.

| | | | |
|---|---|---|---|
| 6. | Tax on line 5 (see tax tables pages 28-34) . . . . . . . . . . . . . . . . . . . . . . . . | 6. | 1 271 00 |
| 7. | Credits from Schedule B (from line 58 on page 4 of form IT 1040) . . . . . . . . . . . . . . . . . | 7. | 00 |
| 8. | Ohio tax less Schedule B credits. (Subtract line 7 from line 6. If line 7 is more than line 6, enter -0-) . . | 8. | 1 271 00 |
| 9. | Exemption credit: Number of your personal and dependent exemptions ___ 1 times $20 . . . | 9. | 20 00 |
| 10. | Ohio tax less exemption credit. (Subtract line 9 from line 8. If line 9 is more than line 8, enter -0-.) . . | 10. | 1 251 00 |
| 11. | Joint filing credit (see instructions on page 14 and include documentation) ___ % times line 10 (limit $650) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11. | 00 |
| 12. | Ohio tax less joint filing credit. (Subtract line 11 from line 10. If line 11 is more than line 10, enter -0-.) | 12. | 1 251 00 |
| 13. | Resident/nonresident/part-year credits (Sch. C or D) and nonrefundable business credits (Sch. E) . . | 13. | 00 |
| 14. | Ohio income tax before manufacturing equipment grant. (Subtract line 13 from line 12. If line 13 is more than line 12, enter -0-.) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14. | 1 251 00 |
| 15. | Manufacturing equipment grant. You must include the grant request form . . . . . . . . . | 15. | 00 |
| 16. | Ohio income tax. (Subtract line 15 from line 14. If line 15 is more than line 14, enter -0-.) . . . . . . | 16. | 1 251 00 |
| 17. | Interest penalty on underpayment of estimated tax: Check ___ if form IT 2210-1040 is included . . . . . . . . . . 17. ___ 00 ◄ INTEREST PENALTY | | |
| 18. | Unpaid Ohio use tax (see worksheet on page 27) . . . . . . . . 18. ___ 00 ◄ USE TAX The amount you show on this line is part of your total income tax liability for this year. | | |
| 19. | Total Ohio tax (add lines 16, 17 and 18) . . . . . . . . . . . . . . . . . . . . . . . . . . | 19. | 1 251 00 |

## PAYMENTS

| | | | |
|---|---|---|---|
| 20. | **Ohio Tax Withheld** (box 17 on your W-2). Include W-2s on front of return . . . **AMOUNT WITHHELD** ►20. | | 1 525 00 |
| 21. | 2005 overpayment credited to 2006, Ohio 2006 estimated tax and 2006 IT 40P payments . . . . . . ►21. | | 00 |
| 22. | a. Refundable business jobs credit ___ 00      b. Refundable pass-through entity credit ___ 00 Must include certificate(s)      Must include K-1(s) Total of lines 22a and 22b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►22. | | 00 |
| 23. | Add lines 20, 21 and 22 . . . . . . . . . . . . . . . . . . . . . **TOTAL PAYMENTS** ►23 | | 1 525 00 |

## REFUND OR AMOUNT YOU OWE

| | | | |
|---|---|---|---|
| 24. | **Amount You Owe** (if line 23 is less than line 19, subtract line 23 from line 19). Check here ___ and enclose form IT 40P (see page 41) with the front of return if you are enclosing a payment (payable to Ohio Treasurer of State) Check here ___ if you have paid or will pay with an electronic check or credit card (see page 41) . . . . **AMOUNT YOU OWE** ►24. | | 00 |
| 25. | If line 23 is GREATER than line 19, subtract line 19 from line 23. **AMOUNT OVERPAID** ►25. | | 274 00 |
| 26. | Amount of line 25 to be credited to 2007 estimated income tax liability . . . . . . . . . . . . . . . . **CREDIT** ►26 | | 00 |
| 27. | Amount of line 25 that you wish to **donate** to the Military Injury Relief Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27. | | 00 |
| 28. | Amount of line 25 that you wish to **donate** for Ohio's wildlife species and conservation of endangered wildlife . . . . . . . . . 28. | | 00 |
| 29. | Amount of line 25 that you wish to **donate** for nature preserves, scenic rivers and protection of endangered species . . . . . . . 29. | | 00 |
| 30. | Amount of line 25 to be refunded (subtract amounts on lines 26, 27, 28 and 29 from line 25) . . . . . . . **YOUR REFUND** ►30. | | 274 00 |

**CONFIDENTIAL**

If the amount you owe is less than $1.01, payment need not be made. If your refund is less than $1.01, no refund will be issued.

# CONFIDENTIAL

## 2006 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2006 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | Social Security Tax Withheld Box 4 of W-2 | OH. State Income Tax Box 17 of W-2 | |
|---|---|---|---|---|
| Gross Pay | 6000.00 | 372.60 | 204.21 | |
| | | Medicare Tax Withheld Box 6 of W-2 | Local Income Tax Box 19 of W-2 | |
| Fed Income Tax Withheld Box 2 of W-2 | 898.26 | 87.00 | 60.00 | |

2. Your Gross Pay was adjusted as follows, to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | OH. State Wages, Tips, Etc. Box 16 of W-2 | BLUE ASH Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |
| Reported W-2 Wages | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

SHAWN R PRYOR
35 ASPEN CT.
CINCINNATI, OH 45246

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
    FEDERAL: 1
    STATE: 1
    LOCAL: 1

© 2006 AUTOMATIC DATA PROCESSING, INC.

---

Safe, accurate, FAST! Use

e-file

Visit the IRS Web Site at www.irs.gov/efile.

## W-2 Employee Reference Copy
### Wage and Tax Statement 2006

OMB No. 1545-0008

Batch #00114

| Box | | | |
|---|---|---|---|
| a Control number 0017 67-SLR | Dept. | Corp. | Employee use only 30 |
| c Employer's name, address, and ZIP code | | | |

ENGYRO CORPORATION
4460 LAKE FOREST DRIVE
SUITE 212
CINCINNATI, OH 45242

| b Employer's FED ID number 05-0540925 | d Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 6000.00 | 2 Federal income tax withheld 898.26 |
| 3 Social security wages 6000.00 | 4 Social security tax withheld 372.60 |
| 5 Medicare wages and tips 6000.00 | 6 Medicare tax withheld 87.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | 12b |
| 13 | 12c |
| 14 Other | 12d |

e Employee's name, address, and ZIP code

SHAWN R PRYOR
35 ASPEN CT.
CINCINNATI, OH 45246

| 15 State OH Employer's state ID no. 52-660098 | 16 State wages, tips, etc. 6000.00 | 17 State income tax 204.21 |
|---|---|---|
| 18 Local wages, tips, etc. 6000.00 | 19 Local income tax 60.00 | 20 Locality name BLUE ASH |

**W-2** Wage and Tax Statement **2006**

Safe, accurate, FAST! Use e-file

Employee Reference Copy

| | |
|---|---|
| a Control number | |
| b Employer's name, address, and ZIP code | Dept. | Corp. | Employer use only |
| | S775 | 726 |
| RWD TECHNOLOGIES INC | | |
| 5521 RESEARCH PARK DRIVE | | |
| BALTIMORE, MD 21228 | | |
| c/d Employer's name, address, and ZIP code | | |
| 52-1552726 | | |
| SHAWN PRYOR | | |
| 7807 JOHN ADAMS LN | | |
| DAYTON, OH 45459-0000 | | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 38485.01 | 5417.35 |
| 3 Social security wages | 4 Social security tax withheld |
| 40660.95 | 2520.98 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 40660.95 | 589.58 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 13 | 12b  D |
| 14 Other | 12c |
| | 12d |

| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| OH 54.93011  9 | 38485.01 | 1320.57 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

© 1990, AUTOMATIC DATA PROCESSING, INC.

## CONFIDENTIAL

## 2006 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | GROSS PAY | 38,485.01 |
|---|---|---|

| FED. INCOME TAX WITHHELD | 5,417.35 | SOCIAL SECURITY TAX WITHHELD | 2,520.98 |
|---|---|---|---|
| BOX 01 OF W-2 | | BOX 04 OF W-2 | |
| BOX 02 OF W-2 | | MEDICARE TAX WITHHELD | 589.58 |
| | | BOX 06 OF W-2 | |
| STATE INCOME TAX | 1,320.57 | SUI/SDI | 0.00 |
| BOX 17 OF W-2 | | BOX 14 OF W-2 | |
| LOCAL INCOME TAX | 0.00 | | |
| BOX 19 OF W-2 | | | |

To change your employee W-4 profile information file a new W-4 with your payroll department.

SHAWN PRYOR
7807 JOHN ADAMS LN
DAYTON, OH 45459-0000

Social Security Number:
Taxable Marital Status:    SINGLE
Exemptions/Allowances:
   Federal: 1
   State: 0
   Local: 0

```
HUDSON TAX SERVICE                                          2000
4 POTTER STREET
TRENTON, OH 45067
513 988-9609

January 26, 2001

SHAWN R PRYOR
1101 YOUNG STREET
MIDDLETOWN, OH 45044

Your 2000 Federal tax return has been prepared and consists of the
following forms:

  ┌─────────────────────────────┬────────────────────────────┐
  │ 1 1040                      │ 1 OH IT1040                │
  │ 1 1040 pg 2                 │ 1 OH Elec Fil              │
  │ 1 1040 Worksheet            │ 1 IR CITY #1               │
  │ 1 Form 8453                 │ 1 IR SUP STMT              │
  └─────────────────────────────┴────────────────────────────┘

Summary of the 2000 Federal tax return:
     Total income.............................   15,612.00
     Total adjustments........................      113.00
     Adjusted Gross Income....................   15,499.00
     Standard deduction.......................    4,400.00
     Total Federal Tax........................    1,241.00
     Marginal tax percentage rate.............       15.00  %
     Total payments...........................    1,476.00
     Amount Overpaid..........................      235.00
     Amount of your Federal refund............      235.00


Summary of the Ohio State Tax return:
     Total Ohio Individual Income Tax.........      205.00
     Amount of your Ohio State refund.........      183.00


  Summary of the MIDDLETOWN Tax return:
     Total Income Tax.........................      207.00
```

**CONFIDENTIAL**

| **INVOICE** | **000158** |
|---|---|

HUDSON TAX SERVICE                                    **TAX YEAR 2000**
4 POTTER STREET
TRENTON, OH 45067
513 988-9609

January 26, 2001

SHAWN R PRYOR
1101 YOUNG STREET
MIDDLETOWN, OH 45044

Summary of forms prepared:

| 1 1040 | 50.00 | 1 OH IT1040 | N/C |
|---|---|---|---|
| 1 1040 pg 2 | N/C | 1 OH Elec Fil | N/C |
| 1 1040 Worksheet | N/C | 1 IR CITY #1 | N/C |
| 1 Form 8453 | N/C | 1 IR SUP STMT | N/C |

TOTAL TAX PREPARATION FEE.............     50.00
                                    ============
AMOUNT DUE............................     50.00

BALANCE IS DUE UPON RECEIPT.

THANK YOU!

CONFIDENTIAL

| INVOICE | 000158 |
|---|---|

**HUDSON TAX SERVICE**
**4 POTTER STREET**
**TRENTON, OH 45067**
**513 988-9609**

**TAX YEAR 2000**

January 26, 2001

SHAWN R PRYOR
1101 YOUNG STREET
MIDDLETOWN, OH 45044

Summary of forms prepared:

| 1 1040 | 50.00 | 1 OH IT1040 | N/C |
|---|---|---|---|
| 1 1040 pg 2 | N/C | 1 OH Elec Fil | N/C |
| 1 1040 Worksheet | N/C | 1 IR CITY #1 | N/C |
| 1 Form 8453 | N/C | 1 IR SUP STMT | N/C |

TOTAL TAX PREPARATION FEE.............    50.00
                                        ============
AMOUNT DUE............................    50.00

BALANCE IS DUE UPON RECEIPT.

THANK YOU!

**CONFIDENTIAL**

FILING INSTRUCTIONS                                      2000

SHAWN R PRYOR

Prepared by HUDSON TAX SERVICE
              513 988-9609

Form 1040 U.S. Individual Income Tax Return
   * Due Date: April 16, 2001
   * Your tax return has been filed electronically.

Ohio State Income Tax Return: Form IT-1040
   * Due Date: April 16, 2001
   * Your Ohio State income tax return has been filed electronically.

MIDDLETOWN City Income Tax Return:
   * Due Date 4/30/00
   * Please sign and date your return.
   * Mail your return to:
        CITY OF MIDDLETOWNINCOME TAX DIVISION
        PO BOX 8739MIDDLETOWN, OH 45042

**CONFIDENTIAL**

Form **1040**    Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return**    **2000**    IRS Use Only - Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2000, or other tax year beginning , 2000, ending , 20    OMB No. 1545-0074

| Label (See instructions on page 19.) | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | SHAWN R | PRYOR | |
| Use the IRS label. Otherwise, please print or type. | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see page 19 | Apt. no. | IMPORTANT! |
| | 1101 YOUNG STREET | | You **must** enter your SSN(s) above. |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 19. | | |
| | MIDDLETOWN, OH 45044 | | |

**Presidential Election Campaign** (See page 19.)    Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶    You: Yes ☐ No ☒    Spouse: Yes ☐ No ☐

**Filing Status**
Check only one box

1 ☒ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b ☐ Spouse

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see pg 20) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 20.

No. of boxes checked on 6a and 6b: **1**
No. of your children on 6c who: lived with you / did not live with you due to divorce or separation (see page 20) / Dependents on 6c not entered above
Add numbers entered on lines above ▶ **1**

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 15,612. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions    15a    b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities    16a    b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits    20a    b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 25) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 15,612. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) | 23 | |
| 24 | Student loan interest deduction (see page 27) | 24 | 113. |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | Add lines 23 through 31a | 32 | 113. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 15,499. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions    Form 1040 (2000)

**CONFIDENTIAL**

Copyright Form Software Only Unisys Systems, Inc

Form 1040 (2000) SHAWN R PRYOR    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 | 15,499. |
| | 35a Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | 0 | |
| | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| **Standard Deduction for Most People** | 36 Enter your itemized deductions from Schedule A, line 28, or standard deduction shown on the left. But see page 31 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 4,400. |
| Single, $4,400 | 37 Subtract line 36 from line 34 | 37 | 11,099. |
| Head of household, $6,450 | 38 If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 | 2,800. |
| | 39 Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 8,299. |
| Married filing jointly or Qualifying widow(er), $7,350 | 40 Tax (see pg 32). Check if any tax is from  a ☐ Form(s) 8814  b ☐ Form 4972 | 40 | 1,241. |
| | 41 Alternative minimum tax. Attach Form 6251 | 41 | 0. |
| Married filing separately, $3,675 | 42 Add lines 40 and 41 ▶ | 42 | 1,241. |
| | 43 Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| | 45 Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 Education credits. Attach Form 8863 | 46 | |
| | 47 Child tax credit (see page 36) | 47 | |
| | 48 Adoption credit. Attach Form 8839 | 48 | |
| | 49 Other. Check if from  a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) | 49 | |
| | 50 Add lines 43 through 49. These are your total credits | 50 | 0. |
| | 51 Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 | 1,241. |
| **Other Taxes** | 52 Self-employment tax. Attach Schedule SE | 52 | |
| | 53 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 | |
| | 54 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 | |
| | 55 Advance earned income credit payments from Form(s) W-2 | 55 | |
| | 56 Household employment taxes. Attach Schedule H | 56 | |
| | 57 Add lines 51 through 56. This is your total tax ▶ | 57 | 1,241. |
| **Payments** | 58 Federal income tax withheld from Forms W-2 and 1099 | 58 | 1,476. |
| | 59 2000 estimated tax payments and amount applied from 1999 return | 59 | |
| If you have a qualifying child, attach Schedule EIC | 60a Earned income credit (EIC) | 60a | |
| | b Nontaxable earned income: amount ▶ and type ▶ | | |
| | 61 Excess social security and RRTA tax withheld (see page 50) | 61 | |
| | 62 Additional child tax credit. Attach Form 8812 | 62 | |
| | 63 Amount paid with request for extension to file (see page 50) | 63 | |
| | 64 Other payments. Check if from  a ☐ Form 2439 b ☐ Form 4136 | 64 | |
| | 65 Add lines 58, 59, 60a, and 61 through 64. These are your total payments ▶ | 65 | 1,476. |
| **Refund** Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 66 If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you overpaid | 66 | 235. |
| | 67a Amount of line 66 you want refunded to you ▶ | 67a | 235. |
| | ▶ b Routing number      ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d Account number | | |
| | 68 Amount of line 66 you want applied to your 2001 estimated tax ▶ | 68 | |
| **Amount You Owe** | 69 If line 57 is more than line 65, subtract line 65 from line 57. This is the amount you owe. For details on how to pay, see page 51 ▶ | 69 | |
| | 70 Estimated tax penalty. Also include on line 69 | 70 | |

**Sign Here**
Joint return? See page 19. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation SYS MANAGER | Daytime phone number
Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer's Use Only**
Preparer's signature ▶ | Date 01/26/2001 | Check if self-employed ☐ | Preparer's SSN or PTIN 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
Firm's name (or yours if self-employed), address, and ZIP code ▶ HUDSON TAX SERVICE
4 POTTER STREET
TRENTON, OH 45067 | EIN 34-1915840 | Phone no. 513 988-9609

Copyright Form Software Only, Quighty Systems, Inc.

**CONFIDENTIAL**

**IT-1040   OHIO   Income Tax Return   2000**

For the year Jan. 1-Dec. 31, 2000 or other taxable year ending _____ 20__

Social Security Numbers must be filled-in below.

| | | |
|---|---|---|
| Your first name: SHAWN | Initial: R | Last name: PRYOR |

Your social security number _____

**Filing Status – check only one**
- [X] Single or Head of household
- [ ] Married filing joint return
- [ ] Married filing separately, enter spouse's SS#

If joint return, spouse's first name / Initial / Last name

Home address (number and street): **1101 YOUNG STREET**   Apt. Number _____

Ohio county: **BUTL**

City, town or post office, state and ZIP code: **MIDDLETOWN OH 45044**

Ohio Public School District Number: **0906**

**Ohio Residency Status (see instructions)**
- [X] Resident
- [ ] Nonresident _____ state of residence
- [ ] Part-Year Resident from ____ 00 to ____ 00

**Ohio Political Party Fund**                                    Yes  No
Do you want $1 to go to this fund? ........................... [ ] [X]
If joint return, does your spouse want $1 to go to this fund? [ ] [ ]

Note: Checking "Yes" will not increase your tax or decrease your refund.

| | | | |
|---|---|---|---|
| **I N C O M E** | 1. Federal Adjusted Gross Income (from Federal Form 1040, line 33; or 1040A, line 19; or 1040EZ, line 4; or 1040 TEL) | 1 | 15,499. |
| | 2. Ohio Adjustments (from line 44 on page 2 of this return) | 2 | |
| | 3. Ohio Adjusted Gross Income (line 2 subtracted from or added to line 1) | 3 | 15,499. |
| | 4. Multiply your personal and dependent exemptions [ 1 ] times $1,100 and enter the result here | 4 | 1,100. |
| | 5. Ohio Taxable Income (subtract line 4 from line 3) | 5 | 14,399. |
| **T A X   A N D   C R E D I T S** | 6. Ohio Tax before Credits (see tax tables) | 6 | 225. |
| | 7. Credits from Schedule B (line 53 on page 2 of this return) | 7 | 0. |
| | 8. Ohio Tax less Schedule B Credits (Subtract line 7 from line 6. If line 7 is more than line 6, enter zero.) | 8 | 225. |
| | 9. Exemption Credit. Number of personal and dependent exemptions [ 1 ] times $20 | 9 | 20. |
| | 10. Ohio Tax less Exemption Credit (Subtract line 9 from line 8. If line 9 is more than line 8, enter zero.) | 10 | 205. |
| | 11. Joint Filing Credit (see instructions and attach documentation) ____% times line 10 (limit $650) | 11 | |
| | 12. Ohio Tax less Joint Filing Credit (subtract line 11 from line 10) | 12 | 205. |
| | 13. Resident/Nonresident/Part-Year Credits (Sch. C or D) & Nonrefundable Business Credits (attach Sch. E) | 13 | |
| | 14. Ohio Income Tax (Subtract line 13 from line 12. If line 13 is more than line 12, enter zero.) | 14 | 205. |
| | 15. Interest Penalty on Underpayment of Estimated Tax-Check [ ] if Form IT-2210 attached | 15 | |
| | 16. Ohio Use Tax (please see worksheet) | 16 | |
| | 17. Total Ohio Tax (please add line 14, line 15, and line 16) | 17 | 205. |
| **P A Y M E N T S** | 18. Ohio Tax Withheld (box 18 on your W-2) (attach W-2's to the back of this form) ........ AMOUNT WITHHELD ► | 18 | 388. |
| | 19. Ohio Estimated Tax, IT-40P Payments for 2000, and 1999 Overpayment Credited to 2000 . | 19 | |
| | 20. Refundable Business Jobs Credit 20a [ ]  Refundable Pass-through Entity Credits 20b [ ]  Total of 20a & 20b ► 20 | | |
| | 21. Add lines 18, 19, and 20 ........................ TOTAL PAYMENTS ► | 21 | 388. |
| **R E F U N D   ;   O W E** | 22. If line 21 is LESS than line 17, subtract line 21 from line 17. Attach payment made payable to Treasurer of State of Ohio. Check here [ ] if you have paid or will pay with a credit card (see instructions) ... AMOUNT YOU OWE ► | 22 | 0. |
| | 23. If line 21 is GREATER than line 17, subtract line 17 from line 21 ... AMOUNT OVERPAID ► | 23 | 183. |
| | 24. Amount of line 23 you wish to DONATE for conservation of endangered species and wildlife diversity $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 24 ... | 24 | |
| | 25. Amount of line 23 you wish to DONATE for nature preserves, scenic rivers, and endangered species protection $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 25 ... | 25 | |
| | 26. Amount of line 23 to be credited to 2001 estimated tax liability ............. CREDIT ► | 26 | |
| | 27. Amount of line 23 to be refunded (subtract amounts on lines 24, 25 and 26 from line 23) ... YOUR REFUND ► | 27 | 183. |

**IF BALANCE DUE IS LESS THAN $1.01 PAYMENT NEED NOT BE MADE, & IF OVERPAYMENT IS LESS THAN $1.01 NO REFUND WILL BE ISSUED**

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.

**S I G N   H E R E**

Your signature _____   Date _____

Spouse's signature (if filing joint, BOTH must sign) _____   Phone number (include area) _____

Preparer's signature and address (including zip code) _____   Preparer's Phone Number: **513 988-9609**

**HUDSON TAX SERVICE**
**4 POTTER STREET**
**TRENTON, OHIO 45067**

**FOR DEPARTMENTAL USE ONLY**

15a. _____   1f _____

REFUND OR NO REFUND REQUESTED - MAIL TO:
OHIO DEPARTMENT OF TAXATION
P.O. BOX 2679
COLUMBUS, OHIO 43270-2679

PAYMENT ENCLOSED - MAIL TO:
OHIO DEPARTMENT OF TAXATION
P.O. BOX 2057
COLUMBUS, OHIO 43270-2057

**CONFIDENTIAL**

**FORM IR** FILE WITH

# CITY OF MIDDLETOWN
## INCOME TAX DIVISION
PO BOX 8739
MIDDLETOWN, OH 45042

ON OR BEFORE 4/30/01

ACCOUNT NO.

TAX PAYER'S NAME AND ADDRESS

**INCOME TAX RETURN FOR** 2000
**MIDDLETOWN**
FILING REQUIRED EVEN IF NO TAX DUE.

TAX OFFICE PHONE (513) 425-7859

NAME OF EMPLOYER

ADDRESS Street

CITY

MAKE CHECK OR MONEY ORDER
PAYABLE TO
**CITY OF MIDDLETOWN**

SHAWN R PRYOR
1101 YOUNG STREET
MIDDLETOWN, OH 45044

TELEPHONE: Home 513-422-3164
Business
SOCIAL SECURITY NO.
TAXPAYER
SPOUSE
IF MOVED SINCE THE PREVIOUS FINAL RETURN WAS DUE GIVE DATE:
INTO CITY                OR OUT OF

**NOTE: Page 2 must be completed if you have taxable rental property or business income.**

| | | |
|---|---|---|
| 1 WAGES, SALARIES, TIPS AND OTHER EMPLOYEE COMPENSATION (ATTACH ALL W-2 S) . . . . . . . $ | | 13,793. |
| 2 OTHER TAXABLE INCOME (SEE INSTRUCTIONS) . . . . . . . . . . . . . . . . . . $ | | |
| 3 TAXABLE INCOME: LINE 1 PLUS LINE 2 . . . . . . . . . . . . . . . . . . . . . $ | | 13,793. |
| 4 MUNICIPAL TAX .0150 OF LINE 3 . . . . . . . . . . . . . . . . . . . . . . . $ | | 207. |

5 CREDITS

A TAX WITHHELD BY EMPLOYER FOR CITY OF . . . . MIDDLETOWN _____ $ _____

B ESTIMATED TAX PAID CITY OF . . . . . . . . . MIDDLETOWN _____ $ _____

C       TAX PAID CITY OF SEE STATEMENT     NOT TO EXCEED .0150 $    207.

D PRIOR YEAR OVER PAYMENTS . . . . . . . . . . . . . . . . . . . . . . $ _____

E TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . . . . . . . $    207.

6 IF LINE 4 GREATER THAN LINE 5E PAYMENT OF BALANCE MUST ACCOMPANY THIS RETURN. TAX DUE . $ [        ]

A PENALTY $ _____     INTEREST $ _____ . . . . . . TOTAL $ _____
B TOTAL AMOUNT DUE _____

7 OVERPAYMENT TO BE REFUNDED $ _____   OR CREDITED $ _____   TO NEXT YEAR ESTIMATE

**DECLARATION OF ESTIMATED TAX FOR YEAR**

8 TOTAL INCOME SUBJECT TO TAX $ _____   MULTIPLY BY TAX RATE OF .0150 FOR GROSS TAX OF $ _____

9 LESS EXPECTED TAX CREDITS

A WITHHELD BY EMPLOYER FOR CITY OF   MIDDLETOWN . . . . . $ _____
B OVERPAYMENT FROM PRIOR YEAR $ _____
C PAYMENTS ON TAXABLE INCOME TO ANOTHER MUNICIPALITY NOT TO EXCEED   .0150 $ _____
D TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

10 NET TAX DUE (LINE 8 LESS LINE 9D) . . . . . . . . . . . . . . . . . . . . . . $    0.

11 AMOUNT PAID WITH THIS DECLARATION (NOT LESS THAN 1/4 OF LINE 10) . . . . . . . . . $ [        ]

12 AMOUNT ENCLOSED       (LINE 6) $ _____       (LINE 11) $ _____       TOTAL $ _____

☒ If this return was prepared by a tax preparer, check the appropriate box if the preparer directly with questions regarding the preparation of this return.

I CERTIFY THAT I HAVE EXAMINED THIS RETURN, ACCOMPANYING ACCOMPANYING SCHEDULES AND STATEMENTS AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT AND COMPLETE. IF PREPARED BY A PERSON OTHER THAN TAXPAYER, THE DECLARATION BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

Signature of Person Preparing if other than Taxpayer          Date
HUDSON TAX SERVICE
4 POTTER STREET
TRENTON, OH 45067
513 988-9609

Signature of Taxpayer or Agent

**CONFIDENTIAL**

Signature of Taxpayer

SHAWN R PRYOR
Form JR

PAGE 2

**NEED BE COMPLETED ONLY BY THOSE WHO HAVE OTHER TAXABLE INCOME THAN WAGES OR WHO
CLAIM EXPENSES AS A DEDUCTIONS FROM SUCH WAGES.**

13a Profit from any business owned (attach federal schedule C) . . . . . . . . . . . . . . $ _____
13b Add items not deductible. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
13c Subtract items not taxable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
13  Line 13a plus line 13b less line 13c . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

14a Rental income (attach federal schedule E) . . . . . . . . . . . . . . . . . . . . . . . $ _____
14b Add items not deductible. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
14c Subtract items not taxable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____
14  Line 14a plus line 14b less line 14c . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

15  Other income (attach appropriate federal schedule) . . . . . . . . . . . . . . . . . . $ _____

16  Total other income (add lines 13, 14 and 15) . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    A. Net loss per previous city income tax returns . . . . . . . . . . . . . . . . . . . . . . $ _____
          (Operating losses may be carried forward for a maximum period of five (5) years)
    B. Total other income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

17  CREDITS
    A. Deductible expenses: (attach IRS Form - Schedule 2106 - or other statement) . . . . . . $ _____

    B. Non-taxable income (Explain) _____

       _____ $ _____

    C. Total deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

18  Net other taxable income or deductions (insert in line 2 page 1) . . . . . . . . . . . . . . . $ _____

LINE 5C STATEMENT:  RESIDENT CITY CREDIT FOR TAX PAID TO WORK CITY.

| WORK CITY | INCOME | TAX PAID | RESIDENT CITY CREDIT |
|-----------|--------|----------|----------------------|
| KETTERING | 2,062. | 36. | 31. |
| MIAMISBURG | 12,769. | 223. | 192. |
| | | | ============ |
| Total credit line 5C. | | | 207. |

**CONFIDENTIAL**

SUPPORTING STATEMENT, FORM IR
CITY OF MIDDLETOWN

**2000**
PAGE 1

| SHAWN R PRYOR | | SSN |
|---|---|---|

1     Wages, salaries, tips, and other employee compensation

|  | DESCRIPTION | AMOUNT |
|---|---|---|
|  | TRACT INC | 781.00 |
|  | TRADER PUB | 12,789.00 |
|  | PC REVIEW | 243.00 |
|  |  | ============== |
|  | TOTAL AMOUNT: | 13,793.00 |

**CONFIDENTIAL**

SHAWN R PRYOR

1101 YOUNG ST
MIDDLETOWN OH 45044-

INVOICE DATE: 01/22/2000
ID NUMBER:
TELEPHONE: 937-252-4111
Invoice No:

## INVOICE

| | Description |
|---|---|
| 1 | Form 1040EZ |
| 1 | Form(s) W-2, Wage and Tax Statement |
| 1 | Form 8453, Declaration for Electronic Filing |
| 1 | Form 8867, Earned Income Credit Checklist |
| 1 | RAL Application |

**CONFIDENTIAL**

Remarks:

Bank Fee 30?

| | |
|---|---|
| Total Charges | 76.00 |
| Discount | |
| Sales Tax | |
| Payments | |
| Amount Due | 76.00 |

Declaration Control Number (DCN)

`0 0` – `3 1 3 6 4 3` – `1 0 2 6 6` – `0`    IRS Use Only – Do not write or staple in this space.

**Form 8453**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration for an IRS e-file Return

For the year January 1 - December 31, 1999
▶ See instructions.

OMB No. 1545-0936

**1999**

| | | | | |
|---|---|---|---|---|
| **Use the IRS label.** Otherwise, please print or type. | L A B E L / H E R E | Your first name and initial: SHAWN R PRYOR | Last name | Your social security number |
| | | If a joint return, spouse's first name and initial | Last name | Spouse's social security no. |
| | | Home address (number and street). If you have a P.O. box, see instructions. 1101 YOUNG ST | Apt. no. | **▲ IMPORTANT!** You must enter your SSN(s) above. |
| | | City, town or post office, state, and ZIP code MIDDLETOWN     OH   45044- | | Telephone number (optional) |

### Part I   Tax Return Information (Whole dollars only)

| | | |
|---|---|---|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) ........... **1** | 9,001. |
| 2 | Total tax (Form 1040, line 56; Form 1040A, line 34; Form 1040EZ, line 10) ........... **2** | 294. |
| 3 | Federal income tax withheld (Form 1040, line 57; Form 1040A, line 35; Form 1040EZ, line 7) ....... **3** | 953. |
| 4 | Refund (Form 1040, line 68a; Form 1040A, line 41a; Form 1040EZ, line 11a) ........... **4** | 659. |
| 5 | Amount you owe (Form 1040, line 68; Form 1040A, line 43; Form 1040EZ, line 12) ........... **5** | |

### Part II   Declaration of Taxpayer (Sign only after Part I is completed.)

**6a** ☒ I consent that my refund be directly deposited as designated in the electronic portion of my 1999 Federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

**b** ☐ I do not want direct deposit of my refund   or I am not receiving a refund.

**c** ☐ I authorize the U.S. Treasury and its designated Financial Agents to initiate an ACH debit (automatic withdrawal) entry to my financial institution account indicated for payment of my Federal taxes owed, and my financial institution to debit the entry to my account. This authorization is to remain in full force and effect until the U.S. Treasury's Financial Agents receive notification from me of the termination. To revoke this payment authorization, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of my electronic payment of taxes to receive confidential information necessary to answer inquires and resolve issues related to my payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1999 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection. and, if I am applying for a refund anticipation loan or similar product, an indication of a refund offset. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**   ▶ *[signature]*   Your signature   Date 1/22/2000   Spouse's signature. If a joint return, BOTH must sign.   Date

### Part III   Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub. 1345, Handbook for Electronic Return Originators of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| | | | | | |
|---|---|---|---|---|---|
| **ERO's Use Only** | ERO's signature ▶ *[signature]* | Date 01/22/2000 | Check if also paid preparer ☒ | Check if self-employed ☐ | ERO's SSN or PTIN |
| | Firm's name (or yours if self-employed) and address ▶ INSTANT REFUND TAX SERVICE | | | | EIN 31-1487988 |
| | 4487 MARIE DRIVE | | | | ZIP code |
| | MIDDLETOWN                    OH | | | | 45044- |

Under penalties of perjury, I declare that I have seen the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN | |
| | Firm's name (or yours if self-employed) and address ▶ | | | EIN | |
| | | | | ZIP code | |

For Paperwork Reduction Act Notice, see instructions.                Form **8453** (1999)

CAA    9  84531    NTF 29098    GLD 2909    Copyright 1999 Greatland/Nelco LP · Forms Software Only

**CONFIDENTIAL**

Department of the Treasury -- Internal Revenue Service

**Form 1040EZ**

**Income Tax Return for Single and Joint Filers With No Dependents** (99) **1999**    OMB No. 1545-0675

**Use IRS Label**
Your first name, initial, & last name. If a joint return, spouse's first name, initial, & last name. Home address (number and street & apt. no.) If you have a P.O. box, see page 7. City, town or post office, state, & ZIP code. If you have a foreign address, see instructions.

SHAWN R PRYOR

1101 YOUNG ST
MIDDLETOWN OH 45044-

**Your social security number**

**Spouse's social security number**

**Presidential Election Campaign** (See inst.)

Note: Checking "Yes" will not change your tax or reduce your refund.
Do you want $3 to go to this fund?    ▶ Yes ☐  No ☒

If a joint return, does your spouse want $3 to go to this fund?    ▶ Yes ☐  No ☒

▲ **IMPORTANT!** ▲
You must enter your SSN(s) above.

**Income**

**Attach Copy B of Form(s) W-2 here.** Enclose, but do not staple, any payment.

|  |  |  | Dollars | Cents |
|---|---|---|---|---|
| 1 | Total wages, salaries, and tips. This should be shown in box 1 of your W-2 form(s). Attach your W-2 form(s). | 1 | 9,001. | |
| 2 | Taxable interest. If the total is over $400, you cannot use Form 1040EZ. | 2 | | |
| 3 | Unemployment compensation, qualified state tuition program earnings and Alaska Permanent Fund dividends (see instructions). | 3 | | |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | 4 | 9,001. | |

**Note: You must check Yes or No.**

5  Can your parents (or someone else) claim you on their return?
 Yes. Enter amount from worksheet on page 2.    No. If single, enter 7,050.00. If married, enter 12,700.00. See page 2 for explanation.

☐ Yes  ☒ No    5    7,050.

| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter 0. This is your **taxable income.** | ▶ 6 | 1,951. | |

**Payments and tax**

| 7 | Enter your Federal income tax withheld from box 2 of your W-2 form(s). | 7 | 953. | |
| 8a | Earned income credit (see instructions). | | | |
| b | Nontaxable earned income. enter type and amount below. | 8a | NO | |

Type _____  $ _____

| 9 | Add lines 7 and 8a. These are your **total payments.** | 9 | 953. | |
| 10 | Tax. Use the amount on **line 6** above to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. | 10 | 294. | |

**Refund**

Have it directly deposited! See instructions and fill in 11b, 11c, and 11d.

| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your refund. | 11a | 659. | |

b Routing number ▶ _____

c Type. Checking ☒  Savings ☐    d Account number _____

**CONFIDENTIAL**

**Amount you owe**

| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe.** See instructions for details on how to pay. | 12 | | |

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and accurately lists all amounts and sources of income I received during the tax year.

**Sign here**
Keep copy for your records.

Your signature _____    Date _____

Your occupation COMPUTER/TECH SUPPORT

Spouse's signature if joint return. See inst. _____    Date _____

Spouse's occupation _____

For Official Use Only

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| | | | | |
| 6 | 7 | 8 | 9 | 10 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see inst.**
CAA   9  1040EZ1   NT=27901A   Copyright 1999 Greatland/Nelco LP - Forms Software Only

1999 Form **1040EZ**

**Form 1040EZ (1999)** SHAWN R PRYOR                                                    Page 2

| Use this form if | • Your filing status is single or married filing jointly. | • You (and your spouse if married) were under 65 on January 1, 2000, and not blind at the end of 1999. |
|---|---|---|

- You do not claim any dependents.
- You (and your spouse if married) were under 65 on January 1, 2000, and not blind at the end of 1999.
- Your taxable income (line 6) is less than $50,000.
- You do not claim a student loan interest deduction (see instructions) or an education credit.
- You had **only** wages, salaries, tips, taxable scholarship or fellowship grants, unemployment compensation, qualified state tuition program earnings, or Alaska Permanent Fund dividends, and your taxable interest was not over $400. But if you earned tips, including allocated tips, that are not included in box 5 and box 7 of your W-2, you may not be able to use Form 1040EZ. See instructions. If you are planning to use Form 1040EZ for a child who received Alaska Permanent Fund dividends, see instructions
- You did not receive any advance earned income credit payments.

If you are not sure about your filing status, see instructions. If you have questions about dependents, use TeleTax topic 354 (see instructions) If you **cannot use this form,** use TeleTax topic 352 (see instructions).

**Filling in your return**

Enter your (and your spouse's if married) social security number on page 1. Because this form is read by a machine, please print your numbers inside the boxes like this:

*For tips on how to avoid common mistakes, see instructions.*

| 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|

Do not type your numbers. Do not use dollar signs.

If you received a scholarship or fellowship grant or tax-exempt interest income, such as on municipal bonds, see the booklet before filling in the form. Also, see the booklet if you received a Form 1099-INT showing Federal income tax withheld or if Federal income tax was withheld from your unemployment compensation or Alaska Permanent Fund dividends.

**Remember,** you must report all wages, salaries, and tips even if you do not get a W-2 form from your employer. You must also report all your taxable interest, including interest from banks, savings and loans, credit unions, etc., even if you do not get a Form 1099-INT.

**Worksheet for dependents who checked "Yes" on line 5**

*(keep a copy for your records)*

Use this worksheet to figure the amount to enter on line 5 if someone can claim you (or your spouse if married) as a dependent, even if that person chooses not to do so. To find out if someone can claim you as a dependent, use TeleTax topic 354 (see instructions).

**A.** Amount, if any, from line 1 on page 1

+ _____250.00_____ Enter total ..... ► **A.** _____

**B.** Minimum standard deduction .................................................. **B.** _____700.00_____

**C.** Enter the LARGER of line A or line B here ........................... **C.** _____

**D.** Maximum standard deduction. If **single,** enter 4,300.00; if married, enter 7,200.00 ......................................................... **D.** _____

**E.** Enter the SMALLER of line C or line D here. This is your standard deduction ................................................................... **E.** _____

**F.** Exemption amount.
- If single, enter 0.
- If married and--
  --both you and your spouse can be claimed as dependents, enter 0.
  --only one of you can be claimed as a dependent, enter 2,750.00.

► **F.** _____

**G.** Add lines E and F. Enter the total here and on line 5 on page 1 .................. **G.** _____

If you checked "No" on line 5 because no one can claim you (or your spouse if married) as a dependent, enter on line 5 the amount shown below that applies to you.

- Single, enter 7,050.00. This is the total of your standard deduction (4,300.00) and your exemption (2,750.00).

**CONFIDENTIAL**

- Married, enter 12,700.00. This is the total of your standard deduction (7,200.00), your exemption (2,750.00), and your spouse's exemption (2,750.00).

**Mailing return**

Mail your return by **April 17, 2000.** Use the envelope that came with your booklet. If you do not have that envelope, see instructions for the address to use.

**Paid preparer's use only**

*See instructions.*

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. This declaration is based on all information of which I have any knowledge.

| Preparer's signature ► | | Date 01/11/2000 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | INSTANT REFUND TAX SERVICE | | EIN | 31-1487988 |
| | 4487 MARIE DRIVE | | ZIP code | |
| | MIDDLETOWN          OH | | | 45044- |

CAA    9  1040EZ2    NTF 22952
Copyright 1999 Greatland/Nelco LP - Forms Software Only

Form **1040EZ** (1999)

# IT-1040    OHIO    Income Tax Return    **1999**

For the year Jan 1-Dec 31, 1999 or other taxable year ending _____, 19 ___    SOCIAL SECURITY NUMBER(S) MUST BE FILLED IN BELOW

**PLEASE PRINT USING CAPITAL LETTERS / CLIP**

| | |
|---|---|
| Your first name: **SHAWN** Initial: **R** Last name: **PRYOR** | Your social security number |
| If a joint return, spouse's first name: Initial: Last name: | Spouse's social security no. |

**Filing Status -- check only one**
- [X] Single or Head of Household
- [ ] Married filing joint return
- [ ] Married filing separately, enter spouse SS#

Home address (number and street): **1161 YOUNG ST**    Apt. Number:

Ohio county: **BUTLER**

City, town or post office, state and ZIP code: **MIDDLETOWN OH 45044-**

Ohio Public School District Number: **0906**

**Ohio Residency Status:    (SEE INSTRUCTIONS):**
- [X] Resident
- [ ] Part-Year Resident From: _____ 99 to _____ 99
- [ ] Nonresident
(STATE OF RESIDENCY)

**Ohio Political Party Fund**
Do you want $1 to go to this fund? .................. [ ] Yes [X] No
If joint rtn, does your spouse want $1 to go to this fund? [ ] [ ]
**Note:** Checking "Yes" will not increase your tax or decrease your refund

## INCOME

| | | | |
|---|---|---|---|
| 1 | Federal Adjusted Gross Income (from Federal Form 1040, line 33 or 1040A, line 18, or 1040EZ, line 4 or 1040 TEL) ......... | 1 | 9,001. |
| 2 | Ohio Adjustments (from line 45 on page 2 of this return) ................................ | 2 | |
| 3 | Ohio Adjusted Gross Income (line 2 subtracted from or added to line 1) ................ | 3 | 9,001. |
| 4 | Multiply your personal and dependent exemptions _**1**_ times $1,050 and enter the result here ...... | 4 | 1,050. |
| 5 | Ohio Taxable Income (subtract line 4 from line 3) .................................... | 5 | 7,951. |

## TAX & CREDITS

| | | | |
|---|---|---|---|
| 6 | Ohio Tax before Credits (see tax tables) ............................................ | 6 | 78. |
| 7 | Credits from Schedule B (line 54 on page 2 of this return) ............................ | 7 | |
| 8 | Ohio Tax less Schedule B Credits (subtract line 7 from line 6. If line 7 is more than line 6, enter zero) | 8 | 78. |
| 9 | Exemption Credit: Number of personal and dependent exemptions _**1**_ times $20 .......... | 9 | 20. |
| 10 | Ohio Tax less Exemption Credit (subtract line 9 from line 8. If line 9 is more than line 8, enter zero) | 10 | 58. |
| 11 | Joint Filing Credit (see instructions and attach documentation) _____ % times line 10 (Limit $650.00) | 11 | |
| 12 | Ohio Tax less Joint Filing Credit (subtract line 11 from line 10) ...................... | 12 | 58. |
| 13 | Resident/Nonresident/Part-Year Credits (Sch. C or D) & Nonrefundable Business Credits (attach Sch. E) | 13 | |
| 14 | Ohio Income Tax (subtract line 13 from line 12. If line 13 is more than line 12, enter zero) ......... | 14 | 58. |

## PAYMENTS

| | | | |
|---|---|---|---|
| 15 | Ohio Tax Withheld (attach W-2's to page 2 of this form) .......... AMOUNT WITHHELD ► 15 | | 112. |
| 16 | Ohio Estimated Tax, IT-40P Pymts. for 1999 &, 1998 Overpayment Credited to 1999 | 16 | |
| 17 | Refundable Business Jobs _____ Refundable Pass-through Entity _____ Total of Credits 17a & 17b.. 17 | | |
| 18 | Add lines 15, 16, and 17 .......................... TOTAL PAYMENTS ► 18 | | 112. |

## REFUND OR AMT YOU OWE

| | | | |
|---|---|---|---|
| 19 | If line 18 is LESS than line 14, subtract line 18 from line 14 and enter the tax due .. | 19 | |
| 19a | Interest Penalty on Underpayment of Estimated Tax: Check ► [ ] if Form IT-2210 is attached ........... | 19a | |
| 19b | Amount You Owe (add lines 19 & 19a) Attach Payment made payable to Treasurer of State of Ohio. .......... AMOUNT YOU OWE ► 19b | | |
| 20 | If line 18 is GREATER than line 14, subtract line 14 from line 18 ................ AMOUNT OVERPAID ► 20 | | 54. |
| 21 | Amount of line 20 you wish to DONATE for nature preserves, scenic rivers, and endangered species programs: $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 21 ........... | 21 | |
| 22 | Amount of line 20 you wish to DONATE for conservation of endangered species and wildlife diversity. $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 22 ........... | 22 | |
| 23 | Amount of line 20 to be credited to 2000 estimated tax liability ..... CREDIT ► 23 | | |
| 24 | Amount of line 20 to be refunded (subtract amounts on lines 19a, 21, 22, and 23 from line 20) .......... YOUR REFUND ► 24 | | 54. |

IF THE BALANCE DUE IS LESS THAN $1.01 PAYMENT NEED NOT BE MADE, AND IF THE OVERPAYMENT IS LESS THAN $1.01 NO REFUND SHALL BE ISSUED. Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief this return is true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**SIGN HERE**

Your signature _____ Date _____

Spouse's signature (if filing jointly, BOTH must sign) _____

Telephone Number (Optional) **513-425-1040**

Preparer's signature and Address (including zip code)    Preparer's Phone Number
**INSTANT REFUND TAX SERVICE**
**1487 MARIE DRIVE**
**MIDDLETOWN        OH 45044-**

9 OH12    NTF 25962    Copyright 1999 Greatland/Nelco LP - Forms Software Only

**FOR DEPARTMENTAL USE ONLY**

REFUNDED - REQUESTED - MAIL TO: OHIO DEPARTMENT OF TAXATION, P.O. BOX 2679, COLUMBUS OHIO 43270-2679

PAYMENT ENCLOSED - MAIL TO OHIO DEPARTMENT OF TAXATION, P.O. BOX 2057, COLUMBUS OHIO 43270-2057

31-1487988

**CONFIDENTIAL**

**IT-1040  OHIO  Income Tax Return  2001**

For the year Jan. 1-Dec. 31, 2001 or other taxable year ending _____ , 20___     Social Security Numbers must be filled-in below.

| | | |
|---|---|---|
| Your first name: SHAWN  Initial: R  Last name: PRYOR | Your social security number | **Filing Status – check only one** [X] Single or Head of Household |
| If a joint return, spouse's first name  Initial  Last name | Spouse's social security number | [ ] Married filing joint return |
| | | [ ] Married filing separately, enter spouse's SSN |

Home address (number and street): 1101 YOUNG STREET   Apt. Number

Ohio county: BUTL

City, town or post office, state and ZIP code: MIDDLETOWN OH 45044

Ohio Public School District Number (See pages 33-35.): 0906

**Ohio Residency Status (see instructions)**
[X] Resident   [ ] Part-Year Resident from: 01 to 01   [ ] Nonresident _____ state of residence

**Ohio Political Party Fund**
Do you want $1 to go to this fund?
If joint return, does your spouse want $1 to go to this fund?
Note: Checking "Yes" will not increase your tax or decrease your refund.

**INCOME**

| | | | |
|---|---|---|---|
| 1. | Federal Adjusted Gross Income (from Federal Form 1040, line 33; or 1040A, line 19; or 1040EZ, line 4; or 1040 TEL) | 1 | 26,054.0 |
| 2. | Ohio Adjustments (from line 45 on page 2 of this return) | 2 | |
| 3. | Ohio Adjusted Gross Income (line 2 subtracted from or added to line 1) | 3 | 26,054.0 |
| 4. | Multiply your personal and dependent exemptions [ 1 ] times $1,150 and enter the result here | 4 | 1,150.0 |
| 5. | Ohio Taxable Income (subtract line 4 from line 3) | 5 | 24,904.0 |

**TAX AND CREDITS**

| | | | |
|---|---|---|---|
| 6. | Tax on line 5 (see tax tables, pages 26-32) | 6 | 665.0 |
| 7. | Credits from Schedule B (line 54 on page 2 of this return) | 7 | 0.0 |
| 8. | Ohio Tax less Schedule B Credits (Subtract line 7 from line 6. If line 7 is more than line 6, enter zero.) | 8 | 665.0 |
| 9. | Exemption Credit: Number of personal and dependent exemptions [ 1 ] times $20 | 9 | 20.0 |
| 10. | Ohio Tax less Exemption Credit (Subtract line 9 from line 8. If line 9 is more than line 8, enter zero.) | 10 | 645.0 |
| 11. | Joint Filing Credit (see instructions and attach documentation) ___% times line 10 (limit $650) | 11 | |
| 12. | Ohio Tax less Joint Filing Credit (subtract line 11 from line 10) | 12 | 645.0 |
| 13. | Resident/Nonresident/Part-Year Credits (Sch. C or D) & Nonrefundable Business Credits (attach Sch. E) | 13 | |
| 14. | Ohio Income Tax (Subtract line 13 from line 12. If line 13 is more than line 12, enter zero.) | 14 | 645.0 |
| 15. | Interest Penalty on Underpayment of Estimated Tax: Check [ ] if Form IT-2210 attached | 15 | |
| 16. | Unpaid Ohio Use Tax (please see worksheet on page 24) | 16 | |
| 17. | Total Ohio Tax (add line 14, line 15, and line 16) | 17 | 645.0 |

**PAYMENTS**

| | | | |
|---|---|---|---|
| 18. | Ohio Tax Withheld (box 17 on your W-2) (attach W-2's to the back of this form) ... AMOUNT WITHHELD ▶ 18 | | 793.00 |
| 19. | Ohio Estimated Tax, IT-40P Payments for 2001, and 2000 Overpayment Credited to 2001 . 19 | | |
| 20. | Refundable Business Jobs Credit 20a    Refundable Pass-through Entity Credits 20b    Total of 20a & 20b . 20 | | |
| 21. | Add lines 18, 19, and 20 ... TOTAL PAYMENTS ▶ 21 | | 793.00 |

Electronic Filing can speed-up your refund by 6 weeks!

**REFUND / OWE**

| | | | |
|---|---|---|---|
| 22. | If line 21 is LESS than line 17, subtract line 21 from line 17. Attach payment made payable to Treasurer of State of Ohio. Check here [ ] if you have paid or will pay with a credit card (see instructions) ... AMOUNT YOU OWE ▶ 22 | | 0.0 |
| 23. | If line 21 is GREATER than line 17, subtract line 17 from line 21 ... AMOUNT OVERPAID ▶ 23 | | 148.0 |
| 24. | Amount of line 23 you wish to DONATE for nature preserves, scenic rivers, and endangered species protection: [ ] $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 24 ... 24 | | |
| 25. | Amount of line 23 you wish to DONATE for conservation of endangered species and wildlife diversity: [ ] $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 25 ... 25 | | |
| 26. | Amount of line 23 to be credited to 2002 estimated tax liability ... CREDIT ▶ 26 | | |
| 27. | Amount of line 23 to be refunded (subtract amounts on lines 24, 25, and 26 from line 23) ... YOUR REFUND ▶ 27 | | 148.0 |

IF BALANCE DUE IS LESS THAN $1.01 PAYMENT NEED NOT BE MADE, & IF OVERPAYMENT IS LESS THAN $1.01 NO REFUND WILL BE ISS

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.

**SIGN HERE**

Your signature _____ Date _____

Spouse's signature (if filing jointly, BOTH must sign) _____ Phone number (optional) _____

Preparer's signature and address (including zip code) _____ Preparer's phone number: 513 988-9609

HUDSON TAX SERVICE
JOAN E HUDSON
4 POTTER STREET
TRENTON, OH 45967

**FOR DEPARTMENTAL USE ONLY**

| NO PAYMENT ENCLOSED - MAIL TO: OHIO DEPARTMENT OF TAXATION P.O. BOX 2679 COLUMBUS, OH 43270-2679 | PAYMENT ENCLOSED - MAIL TO: OHIO DEPARTMENT OF TAXATION P.O. BOX 2057 COLUMBUS, OH 43270-2057 |
|---|---|

FORM IR FILE WITH

**INCOME TAX RETURN FOR** 2001

**MIDDLETOWN**

FILING REQUIRED EVEN IF NO TAX DUE.

MAKE CHECK OR MONEY ORDER
PAYABLE TO
**CITY OF NMIDDLETOWN**

TAX OFFICE PHONE

ON OR BEFORE  04-30-02

ACCOUNT NO.

NAME OF EMPLOYER
ADDRESS: Street
City

TAXPAYERS NAME AND ADDRESS

SHAWN R PRYOR
1101 YOUNG STREET
MIDDLETOWN, OH 45044

TELEPHONE: Home  513-422-3164
Business

SOCIAL SECURITY NO.
TAXPAYER
SPOUSE

IF MOVED SINCE THE PREVIOUS FINAL RETURN WAS DUE GIVE DATE:
INTO CITY                OR OUT OF

NOTE: Page 2 must be completed if you have taxable rental property or business income.

| | | |
|---|---|---|
| 1 | WAGES, SALARIES, TIPS AND OTHER EMPLOYEE COMPENSATION (ATTACH ALL W-2'S) . . . . . . . . . $ | 24,96 |
| 2 | OTHER TAXABLE INCOME (SEE INSTRUCTIONS) . . . . . . . . . . . . . . . . . . $ | 2,22 |
| 3 | TAXABLE INCOME: LINE 1, PLUS LINE 2 . . . . . . . . . . . . . . . . . . . $ | 27,18 |
| 4 | MUNICIPAL TAX  .0150  OF LINE 3 . . . . . . . . . . . . . . . . . . . . $ | 40 |
| 5 | CREDITS | |

A  TAX WITHHELD BY EMPLOYER FOR CITY OF . . . .  MIDDLETOWN        $ _____

B  ESTIMATED TAX PAID CITY OF . . . . . . .  MIDDLETOWN        $ _____

C        TAX PAID CITY OF SEE STATEMENT        NOT TO EXCEED .0150 $ ____374.____

D  PRIOR YEAR OVER PAYMENTS . . . . . . . . . . . . . . . . . $ _____

E  TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . . . $    37

6  IF LINE 4 GREATER THAN LINE 5E PAYMENT OF BALANCE MUST ACCOMPANY THIS RETURN. TAX DUE . . . . $ [   3 ]

A  PENALTY $ _____ . INTEREST $ _____ . . . . . . . . . . TOTAL $ _____
B  TOTAL AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . $    3

7  OVERPAYMENT TO BE REFUNDED $ _____  OR CREDITED $ _____  TO NEXT YEAR ESTIMATE

**DECLARATION OF ESTIMATED TAX FOR YEAR**

8  TOTAL INCOME SUBJECT TO TAX $ _____  MULTIPLY BY TAX RATE OF .0150  FOR GROSS TAX OF   $ _____

9  LESS EXPECTED TAX CREDITS

A  WITHHELD BY EMPLOYER FOR CITY OF  MIDDLETOWN . . . . . . $ _____
B  OVERPAYMENT FROM PRIOR YEAR(S) . . . . . . . . . . . $ _____
C  PAYMENTS ON TAXABLE INCOME TO ANOTHER MUNICIPALITY NOT TO EXCEED .0150 $ _____
D  TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . $ _____

10  NET TAX DUE (LINE 8 LESS LINE 9D) . . . . . . . . . . . . . . . . . . $ _____

11  AMOUNT PAID WITH THIS DECLARATION (NOT LESS THAN 1/4 OF LINE 10) . . . . . . . . $ [ _____ ]

| 12 | AMOUNT ENCLOSED | (LINE 6) $  34. | (LINE 11) $ | TOTAL $ | 3 |

☐ If this return was prepared by a practitioner, check here if we may contact him/her directly with questions regarding the preparation of this return.

I CERTIFY THAT I HAVE EXAMINED THIS RETURN (INCLUDING ACCOMPANYING SCHEDULES AND STATEMENTS) AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT AND COMPLETE. IF PREPARED BY A PERSON OTHER THAN TAXPAYER THE DECLARATION BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

01/23/02

Signature of Person Preparing if other than Taxpayer        Date        Signature of Taxpayer or Agent        Date

HUDSON TAX SERVICE
4 POTTER STREET
TRENTON, OH 45067
513 988-9609

Signature of Taxpayer        Date

SHAWN R PRYOR

Form IR                                                                                                PAGE 2

### NEED BE COMPLETED ONLY BY THOSE WHO HAVE OTHER TAXABLE INCOME THAN WAGES OR WHO CLAIM EXPENSES AS A DEDUCTIONS FROM SUCH WAGES.

| | | |
|---|---|---|
| 13a | Profit from any business owned (attach Federal Schedule C) . . . . . . . . . . . . | $ 2,223. |
| 13b | Add items not deductible . . . . . . . . . . . . . . . . . . . . . . | $ |
| 13c | Subtract items not taxable . . . . . . . . . . . . . . . . . . . . . | $ |
| 13d | Profit from farm (attach Federal Schedule F) . . . . . . . . . . . . . . . | $ |
| 13e | Add items not deductible . . . . . . . . . . . . . . . . . . . . . . | $ |
| 13f | Subtract items not taxable . . . . . . . . . . . . . . . . . . . . . | $ |
| 13 | Line 13a plus line 13b less line 13c plus line 13d plus line 13e less line 13f . . . . . . . . | $ 2,223. |
| 14a | Rental income (attach Federal Schedule E) . . . . . . . . . . . . . . . . | $ |
| 14b | Add items not deductible . . . . . . . . . . . . . . . . . . . . . . | $ |
| 14c | Subtract items not taxable . . . . . . . . . . . . . . . . . . . . . | $ |
| 14 | Line 14a plus line 14b less line 14c . . . . . . . . . . . . . . . . . . | $ |
| 15 | Other income (attach appropriate Federal Schedule) . . . . . . . . . . . . . | $ |
| 16 | Total other income (add lines 13, 14 and 15) . . . . . . . . . . . . . . . . . | $ 2,22 |
| | A. Net loss per previous city income tax returns . . . . . . . . . . . . . . | $ |
| | (Operating losses may be carried forward for a maximum period of five (5) years) | |
| | B. Total other income . . . . . . . . . . . . . . . . . . . . . . | $ 2,22 |
| 17 | CREDITS | |
| | A. Deductible expenses: (attach IRS Form - Schedule 2106 - or other statement) . . . . . . | $ |
| | B. Non-taxable income: (Explain) | |
| | C. Total deductions . . . . . . . . . . . . . . . . . . . . . . . | $ |
| 18 | Net other taxable income or deductions (insert in line 2 page 1) . . . . . . . . . . . | $ 2,22 |

```
LINE 5C STATEMENT: RESIDENT CITY CREDIT FOR TAX PAID TO WORK CITY.
WORK CITY         INCOME    TAX PAID   RESIDENT CITY CREDIT
MIAMISBURG        24,960.      437.            374.
                                       ============
              TOTAL CREDIT LINE 5C.            374.
```

00 - 3 1 3 7 9 5 - 0 0 0 4 8 - 2    IRS Use Only - Do not write or staple in this space.

Declaration Control Number (DCN)

| Form **8453** | **U.S. Individual Income Tax Declaration for an IRS e-file Return** | OMB No. 1545-0936 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

For the year January 1 - December 31, 2001
▶ See instructions on back.

**2001**

Use the IRS label. Otherwise, please print or type.

Your first name and initial: SHAWN R    Last name: PRYOR

Your social security number

Spouse's social security no.

Home address (number and street). If you have a P.O. box, see instructions.
1101 YOUNG STREET    Apt. no.

City, town or post office, state, and ZIP code
MIDDLETOWN, OH 45044

**IMPORTANT!**
You must enter your SSN(s) above.

Daytime phone number

## Part I  Tax Return Information  (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 33; Form 1040A, line 19; Form 1040EZ, line 4) | 1 | 26,054. |
| 2 | Total tax (Form 1040, line 58; Form 1040A, line 36; Form 1040EZ, line 11) | 2 | 3,108. |
| 3 | Federal income tax withheld (Form 1040, line 59; Form 1040A, line 37; Form 1040EZ, line 8) | 3 | 2,628. |
| 4 | Refund (Form 1040, line 68a; Form 1040A, line 43a; Form 1040EZ, line 12a) | 4 | 0. |
| 5 | Amount you owe (Form 1040, line 70; Form 1040A, line 45; Form 1040EZ, line 13) | 5 | 480. |

## Part II  Declaration of Taxpayer  (Sign only after Part I is completed.)

6a ☐ I consent that my refund be directly deposited as designated in the electronic portion of my 2001 Federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

b ☒ I do not want direct deposit of my refund OR I am not receiving a refund.

c ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to subsequent Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate subsequent payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 2001 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and any indication of a refund offset, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here** ▶    Your signature    Date: 1/23/02    Spouse's signature. If a joint return, both must sign.    Date

## Part III  Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub. 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| ERO's Use Only | ERO's signature ▶ J. Hudson | Date 01/23/2002 | Check if also paid preparer ☒ | Check if self-employed ☐ | ERO's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ HUDSON TAX SERVICE  4 POTTER STREET  TRENTON, OH 45067 | | | EIN | 34-1915840 |
| | | | | Phone no. | 513 988-9609 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

| Paid Preparer's Use Only | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions    Form **8453** (2001)

REF: W-2(1)

FVA

| Form 1040 | Department of the Treasury - Internal Revenue Service<br>U.S. Individual Income Tax Return | 2001 | IRS Use Only – Do not write or staple in this space. |
|---|---|---|---|

For the year Jan. 1 - Dec. 31, 2001, or other tax year beginning ____ , 2001 ending ____ , 20____  OMB No. 1545-0074

**Label** (See instructions on page 19.)

Your first name and initial: SHAWN R   Last name: PRYOR

Your social security number

If a joint return, spouse's first name and initial   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 19.  Apt. no.
1101 YOUNG STREET

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.
MIDDLETOWN, OH 45044

**IMPORTANT!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ► You [ ] Yes [X] No   Spouse [ ] Yes [ ] No

**Filing Status**
Check only one box
1. [X] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above and full name here. ►
4. [ ] Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► ____ ) (See page 19.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b [ ] Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see pg 20) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 20.

No. of boxes checked on 6a and 6b: 1
No. of your children on 6c who: ● lived with you ● did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers entered on lines above ► 1

d Total number of exemptions claimed

**Income**
Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see page 21.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 24,020. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 2,223. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a | b Taxable amount (see pg 23) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see pg 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 27) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 26,243. |

**Adjusted Gross Income**

| 23 | IRA deduction (see page 27) | 23 | |
|---|---|---|---|
| 24 | Student loan interest deduction (see page 28) | 24 | 32. |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 157. |
| 28 | Self-employed health insurance deduction (see page 30) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | |
| 32 | Add lines 23 through 31a | 32 | 189. |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ► | 33 | 26,054. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form 1040 (2001)

Copyright Form Software Only Dunphy Systems, Inc

Form 1040 (2001)   SHAWN R PRYOR   Page 2

| Tax and Credits | 34 | Amount from line 33 (adjusted gross income) | | 34 | 26,054. |
|---|---|---|---|---|---|
| | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. | | | |
| | | Add the number of boxes checked above and enter the total here ▶ 35a | 0 | | |
| Standard Deduction for— | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b | | | |
| • People who checked any box on line 35a or 35b or who can be claimed as a dependent, see page 31. | 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 36 | 4,550. |
| | 37 | Subtract line 36 from line 34 | | 37 | 21,504. |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | | 38 | 2,900. |
| • All others: Single, $4,550 Head of household, $6,650 Married filing jointly or Qualifying widow(er), $7,600 Married filing separately, $3,800 | 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | 18,604. |
| | 40 | Tax (see pg 33). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | | 40 | 2,794. |
| | 41 | Alternative minimum tax (see page 34). Attach Form 6251 | | 41 | 0. |
| | 42 | Add lines 40 and 41 ▶ | | 42 | 2,794. |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | | |
| | 46 | Education credits. Attach Form 8863 | 46 | | |
| | 47 | Rate reduction credit. See the worksheet on page 36 | 47 | | |
| | 48 | Child tax credit (see page 37) | 48 | | |
| | 49 | Adoption credit. Attach Form 8839 | 49 | | |
| | 50 | Other credits from: a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | | |
| | 51 | Add lines 43 through 50. These are your total credits | | 51 | 0. |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | | 52 | 2,794. |
| Other Taxes | 53 | Self-employment tax. Attach Schedule SE | | 53 | 314. |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 54 | |
| | 55 | Tax on qualified plans, including IRAs, & other tax-favored accounts. Attach Form 5329 if required | | 55 | |
| | 56 | Advanced earned income credit payments from Form(s) W-2 | | 56 | |
| | 57 | Household employment taxes. Attach Schedule H | | 57 | |
| | 58 | Add lines 52 through 57. This is your total tax ▶ | | 58 | 3,108. |
| Payments | 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | 2,628. | |
| | 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | | |
| If you have a qualifying child, attach Schedule EIC. | 61a | Earned income credit (EIC) | 61a | | |
| | b | Nontaxable earned income 61b | | | |
| | 62 | Excess social security and RRTA tax withheld (see page 51) | 62 | | |
| | 63 | Additional child tax credit. Attach Form 8812 | 63 | | |
| | 64 | Amount paid with request for extension to file (see page 51) | 64 | | |
| | 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ▶ | | 66 | 2,628. |
| Refund | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | | 67 | |
| Direct deposit? See page 54 and fill in 68b, 68c, and 68d. | 68a | Amount of line 67 you want refunded to you ▶ | | 68a | 0. |
| | ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | | |
| | 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ | 69 | | |
| Amount You Owe | 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | | 70 | 480. |
| | 71 | Estimated tax penalty. Also include on line 70 | 71 | | |

Third Party Designee: Do you want to allow another person to discuss this return with the IRS (see page 53)? ☒ Yes. Complete the following. ☐ No
Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶

Sign Here
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation SYS MANAGER | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

| Paid Preparer's Use Only | Preparer's signature | Date 01/23/2002 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ HUDSON TAX SERVICE 4 POTTER STREET TRENTON, OH 45067 | | EIN 34-1915840 Phone no. 513 988-9609 | |

Copyright Form Software Only Drumpy Systems, Inc

SCHEDULE C
(Form 1040)
Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**

(Sole Proprietorship)  ► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

► Attach to Form 1040 or Form 1041.  ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2001**

**09**

Name of proprietor

SHAWN R PRYOR

Social security number (SSN)

| A | Principal business or profession, including product or service (see page C-1 of the instructions) | B Enter code from pages C-7 & 8 |
|---|---|---|
| | CONSULTING | ► |
| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |

E  Business address (including suite or room no.) ►

City, town or post office, state, and ZIP code

F  Accounting method:  (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►

G  Did you "materially participate" in the operation of this business during 2001? If "No," see page C-2 for limit on losses . . . [X] Yes  ☐ No

H  If you started or acquired this business during 2001, check here . . . . . . . . . . . . . . . ► ☐

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here  ► ☐ | 1 | 2,223. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . | 3 | 2,223. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . | 4 | 0. |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . | 5 | 2,223. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . ► | 7 | 2,223. |

**Part II   Expenses.**  Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising . . . . | 8 | | 19 Pension and profit-sharing plans | 19 |
| 9 | Bad debts from sales or services (see page C-3) . . | 9 | | 20 Rent or lease (see page C-4): | |
| | | | | a Vehicles, machinery, and equip. | 20a |
| 10 | Car and truck expenses (see page C-3) . . . . | 10 | | b Other business property . . | 20b |
| 11 | Commissions and fees | 11 | | 21 Repairs and maintenance . . | 21 |
| 12 | Depletion . . . . | 12 | | 22 Supplies (not included in Part III) | 22 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 23 Taxes and licenses . . . | 23 |
| | | | | 24 Travel, meals, and entertainment: | |
| | | | | a Travel . . . . . . | 24a |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | b Meals and entertainment . | |
| 15 | Insurance (other than health) | 15 | | c Enter nondeduct-ible amount in-cluded on line 24b (see page C-5) | |
| 16 | Interest: | | | d Subtract line 24c from line 24b | 24d |
| a | Mortgage (paid to banks, etc.) . | 16a | | 25 Utilities . . . . . . | 25 |
| b | Other . . . . . | 16b | | 26 Wages (less employment credits) | 26 |
| 17 | Legal and professional services . . . . | 17 | | 27 Other expenses (from line 48 on page 2) . . . . . . | 27 |
| 18 | Office expense . . . | 18 | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns . . . ► | 28 | 0. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . | 29 | 2,223. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | 31 | 2,223. |
| | • If a loss, you must go to line 32. | | |

| | | | |
|---|---|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). | | |
| | • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ | All investment is at risk. |
| | • If you checked 32b, you must attach Form 6198. | 32b ☐ | Some investment is not at risk. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2001

| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | Self-Employment Tax<br>► See Instructions for Schedule SE (Form 1040).<br>► Attach to Form 1040. | OMB No. 1545-0074<br>**2001**<br>**17** |
|---|---|---|

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person<br>with **self-employment** income ► |
|---|---|
| SHAWN R PRYOR | |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income. See page SE-1.

Note. Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

Exception. If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 53.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



Section A – Short Schedule SE.  Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a . | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report | 2 | 2,223. |
| 3 | Combine lines 1 and 2 | 3 | 2,223. |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ► | 4 | 2,053. |
| 5 | Self-employment tax. If the amount on line 4 is:<br>• $80,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 53.<br>• More than $80,400, multiply line 4 by 2.9% (.029). Then, add $9,969.60 to the result. Enter the total here and on Form 1040, line 53. | 5 | 314. |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 27 . | 6 | 157. | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.     Schedule SE (Form 1040) 2001

**IT-1040  OHIO  Income Tax Return  2001**

For the year Jan. 1-Dec. 31 2001 or other taxable year ending _____ , 20 ____

Social Security Numbers must be filled-in below.

| Your first name | Initial | Last name | Your social security number | Filing Status – check only one |
|---|---|---|---|---|
| SHAWN | R | PRYOR | | [X] Single or Head of Household |
| If a joint return, spouse's first name | Initial | Last name | Spouse's social security number | [ ] Married filing joint return |
| | | | | [ ] Married filing separately, enter spouse's SSN |

Home address (number and street) 1101 YOUNG STREET   Apt. Number   Ohio county BUTL   spouse's SSN

City, town or post office, state and ZIP code MIDDLETOWN OH 45044

Ohio Public School District Number (See pages 33–35.) ▸ 0906

**Ohio Residency Status (see instructions)**
[X] Resident    [ ] Part-Year Resident from: 01 to 01
[ ] Nonresident _____ state of residence

**Ohio Political Party Fund**
Do you want $1 to go to this fund?
If joint return, does your spouse want $1 to go to this fund?
Note: Checking "Yes" will not increase your tax or decrease your refund.
Yes

**INCOME**

| | | | |
|---|---|---|---|
| 1. | Federal Adjusted Gross Income (from Federal Form 1040, line 33; or 1040A, line 19; or 1040EZ, line 4; or 1040 TEL) | 1 | 26,054.0 |
| 2. | Ohio Adjustments (from line 45 on page 2 of this return) | 2 | |
| 3. | Ohio Adjusted Gross Income (line 2 subtracted from or added to line 1) | 3 | 26,054.0 |
| 4. | Multiply your personal and dependent exemptions [ 1 ] times $1,150 and enter the result here | 4 | 1,150.0 |
| 5. | Ohio Taxable Income (subtract line 4 from line 3) | 5 | 24,904.0 |

**TAX AND CREDITS**

| | | | |
|---|---|---|---|
| 6. | Tax on line 5 (see tax tables, pages 26-32) | 6 | 665.0 |
| 7. | Credits from Schedule B (line 54 on page 2 of this return) | 7 | 0.0 |
| 8. | Ohio Tax less Schedule B Credits (Subtract line 7 from line 6. If line 7 is more than line 6, enter zero.) | 8 | 665.0 |
| 9. | Exemption Credit: Number of personal and dependent exemptions [ 1 ] times $20 | 9 | 20.0 |
| 10. | Ohio Tax less Exemption Credit (Subtract line 9 from line 8. If line 9 is more than line 8, enter zero.) | 10 | 645.0 |
| 11. | Joint Filing Credit (see instructions and attach documentation) [ ] % times line 10 (limit $650) | 11 | |
| 12. | Ohio Tax less Joint Filing Credit (subtract line 11 from line 10) | 12 | 645.0 |
| 13. | Resident/Nonresident/Part-Year Credits (Sch. C or D) & Nonrefundable Business Credits (attach Sch. E) | 13 | |
| 14. | Ohio Income Tax (Subtract line 13 from line 12. If line 13 is more than line 12, enter zero.) | 14 | 645.0 |
| 15. | Interest Penalty on Underpayment of Estimated Tax. Check [ ] if Form IT-2210 attached  15 | | |
| 16. | Unpaid Ohio Use Tax (please see worksheet on page 24)  16 | | |
| | The amount you owe on this line is part of your total income tax liability for this year. | | |
| 17. | Total Ohio Tax (add line 14, line 15, and line 16) | 17 | 645.0 |

**PAYMENTS**

| | | | |
|---|---|---|---|
| 18. | Ohio Tax Withheld (box 17 on your W-2) (attach W-2's to the back of this return) ........ AMOUNT WITHHELD ▸ | 18 | 793.00 |
| 19. | Ohio Estimated Tax, IT-40P Payments for 2001, and 2000 Overpayment Credited to 2001  19 | | |
| 20. | Refundable Business Jobs Credit 20a _____ Refundable Pass-through Entity Credits 20b _____ Total of 20a & 20b  20 | | |
| 21. | Add lines 18, 19, and 20 ........ TOTAL PAYMENTS ▸ | 21 | 793.00 |

Electronic Filing can speed-up your refund by 6 weeks!

**REFUND / OWE**

| | | | |
|---|---|---|---|
| 22. | If line 21 is LESS than line 17, subtract line 21 from line 17. Attach payment made payable to Treasurer of State of Ohio. Check [ ] if you have paid or will pay with a credit card (see instructions) ........ AMOUNT YOU OWE ▸ | 22 | 0.0 |
| 23. | If line 21 is GREATER than line 17, subtract line 17 from line 21 ........ AMOUNT OVERPAID ▸ | 23 | 148.0 |
| 24. | Amount of line 23 you wish to DONATE for nature preserves, scenic rivers, and endangered species protection. $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 24  24 | | |
| 25. | Amount of line 23 you wish to DONATE for conservation of endangered species and wildlife diversity. $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 25  25 | | |
| 26. | Amount of line 23 to be credited to 2002 estimated tax liability. ........ CREDIT ▸ | 26 | |
| 27. | Amount of line 23 to be refunded (subtract amounts on lines 24, 25, and 26 from line 23) ........ YOUR REFUND ▸ | 27 | 148.0 |

IF BALANCE DUE IS LESS THAN $1.01 PAYMENT NEED NOT BE MADE, & IF OVERPAYMENT IS LESS THAN $1.01 NO REFUND WILL BE ISS

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.

**SIGN HERE**

| Your signature | Date | FOR DEPARTMENTAL USE ONLY |
|---|---|---|
| Spouse's signature (if filing jointly, BOTH must sign) | Phone number (optional) | 19a.  U |
| Preparer's signature and address (including zip code) | Preparer's phone number 513 988-9609 | |

| | |
|---|---|
| NO PAYMENT ENCLOSED - MAIL TO: OHIO DEPARTMENT OF TAXATION P.O. BOX 2679 COLUMBUS, OH 43270-2679 | PAYMENT ENCLOSED - MAIL TO: OHIO DEPARTMENT OF TAXATION P.O. BOX 2057 COLUMBUS, OH 43270-2057 |

HUDSON TAX SERVICE
JOAN E HUDSON
4 POTTER STREET
TRENTON, OH 45967

FORM IR FILE WITH

**INCOME TAX RETURN FOR** 2001

**MIDDLETOWN**

FILING REQUIRED EVEN IF NO TAX DUE.

MAKE CHECK OR MONEY ORDER

PAYABLE TO

**CITY OF NMIDDLETOWN**

TAX OFFICE PHONE

ON OR BEFORE  04-30-02

ACCOUNT NO.

NAME OF EMPLOYER

ADDRESS: Street

City

TAXPAYERS NAME AND ADDRESS

SHAWN R PRYOR
1101 YOUNG STREET
MIDDLETOWN, OH 45044

TELEPHONE: Home  513-422-3164

Business

SOCIAL SECURITY NO.

TAXPAYER

SPOUSE

IF MOVED SINCE THE PREVIOUS FINAL RETURN WAS DUE GIVE DATE:

INTO CITY                    OR OUT OF

**NOTE:** Page 2 must be completed if you have taxable rental property or business income.

1  WAGES, SALARIES, TIPS AND OTHER EMPLOYEE COMPENSATION (ATTACH ALL W-2'S) . . . . . . . . . $    24,96

2  OTHER TAXABLE INCOME (SEE INSTRUCTIONS) . . . . . . . . . . . . . . . . $    2,22

3  TAXABLE INCOME: LINE 1, PLUS LINE 2 . . . . . . . . . . . . . . . . . $    27,18

4  MUNICIPAL TAX  .0150  OF LINE 3 . . . . . . . . . . . . . . . . . $    40

5  CREDITS

   A  TAX WITHHELD BY EMPLOYER FOR CITY OF . . . . MIDDLETOWN            $ _____

   B  ESTIMATED TAX PAID CITY OF . . . . . . . . MIDDLETOWN            $ _____

   C     TAX PAID CITY OF SEE STATEMENT _____ NOT TO EXCEED .0150 $ _____ 374.

   D  PRIOR YEAR OVER PAYMENTS . . . . . . . . . . . . . . . . _____

   E  TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . $    37

6  IF LINE 4 GREATER THAN LINE 5E PAYMENT OF BALANCE MUST ACCOMPANY THIS RETURN. TAX DUE . . . $ [    3 ]

   A  PENALTY $ _____ INTERESTS $ _____ . . . . . TOTAL $ _____

   B  TOTAL AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . 3

7  OVERPAYMENT TO BE REFUNDED $ _____ OR CREDITED $ _____ TO NEXT YEAR ESTIMATE

**DECLARATION OF ESTIMATED TAX FOR YEAR**

8  TOTAL INCOME SUBJECT TO TAX $ _____ MULTIPLY BY TAX RATE OF  .0150  FOR GROSS TAX OF  $ _____

9  LESS EXPECTED TAX CREDITS

   A  WITHHELD BY EMPLOYER FOR CITY OF  MIDDLETOWN            . . . . . $ _____

   B  OVERPAYMENT FROM PRIOR YEAR(S) . . . . . . . . . . . $ _____

      C  PAYMENTS ON TAXABLE INCOME TO ANOTHER MUNICIPALITY NOT TO EXCEED  .0150  $ _____

      D  TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . $ _____

10 NET TAX DUE (LINE 8 LESS LINE 9D) . . . . . . . . . . . . . . . . . $ _____

11 AMOUNT PAID WITH THIS DECLARATION (NOT LESS THAN 1/4 OF LINE 10) . . . . . . . . $ [ _____ ]

| 12 AMOUNT ENCLOSED | (LINE 6) $ | 34. | (LINE 11) $ | TOTAL $ | 3 |

☒ If this return was prepared by a practitioner, check here if we may contact him directly with questions regarding the preparation of this return.

I CERTIFY THAT I HAVE EXAMINED THIS RETURN (INCLUDING ACCOMPANYING SCHEDULES AND STATEMENTS) AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT AND COMPLETE. IF PREPARED BY A PERSON OTHER THAN TAXPAYER, THE DECLARATION IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

01/23/02

Signature of Person Preparing if other than Taxpayer          Date          Signature of Taxpayer or Agent          Date

HUDSON TAX SERVICE
4 POTTER STREET
TRENTON, OH 45067
513 988-9609

Signature of Taxpayer          Date

SHAWN R PRYOR
Form IR                                                                                              PAGE 2

### NEED BE COMPLETED ONLY BY THOSE WHO HAVE OTHER TAXABLE INCOME THAN WAGES OR WHO CLAIM EXPENSES AS A DEDUCTIONS FROM SUCH WAGES.

| | | | |
|---|---|---|---|
| 13a | Profit from any business owned (attach Federal Schedule C) . . . . . . . . . . | $ | 2,223. |
| 13b | Add items not deductible. | $ | |
| 13c | Subtract items not taxable . . . . . . . . . . . . . . . . . . . . | $ | |
| 13d | Profit from farm (attach Federal Schedule F)     . . . . . . . . . . . | $ | |
| 13e | Add items not deductible. | $ | |
| 13f | Subtract items not taxable . . . . . . . . . . . . . . . . . . | $ | |
| 13 | Line 13a plus line 13b less line 13c plus line 13d plus line 13e less line 13f . . . . . . | $ | 2,223. |
| | | | |
| 14a | Rental income (attach Federal Schedule E) . . . . . . . . . . . . . | $ | |
| 14b | Add items not deductible. | $ | |
| 14c | Subtract items not taxable . . . . . . . . . . . . . . . . . . | $ | |
| 14 | Line 14a plus line 14b less line 14c . . . . . . . . . . . . . . | $ | |
| | | | |
| 15 | Other income (attach appropriate Federal Schedule) . . . . . . . . . . | $ | |
| 16 | Total other income (add lines 13, 14 and 15) . . . . . . . . . . . . . . . . | $ | 2,22 |
| | | | |
| | A. Net loss per previous city income tax returns . . . . . . . . . . . . | $ | |
| | (Operating losses may be carried forward for a maximum period of five (5) years) | | |
| | B. Total other income . . . . . . . . . . . . . . . . . . . . . | $ | 2,22 |
| | | | |
| 17 | CREDITS | | |
| | A. Deductible expenses: (attach IRS Form - Schedule 2106 - or other statement) . . . . . | $ | |
| | | | |
| | B. Non-taxable income: (Explain) _____ | | |
| | _____ | $ | |
| | C. Total deductions . . . . . . . . . . . . . . . . . . . . . . | $ | |
| | | | |
| 18 | Net other taxable income or deductions (insert in line 2 page 1) . . . . . . . . . . . . . | $ | 2,22 |

```
LINE 5C STATEMENT: RESIDENT CITY CREDIT FOR TAX PAID TO WORK CITY.
WORK CITY              INCOME     TAX PAID   RESIDENT CITY CREDIT
MIAMISBURG            24,960.       437.           374.
                                            ===========
                 TOTAL CREDIT LINE 5C.            374.
```

Department of the Treasury - Internal Revenue Service

# 1040 U.S. Individual Income Tax Return 2002

IRS Use Only - Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2002, or other tax year beginning _____, 2002, ending _____, 20__   OMB No. 1545-0074

**Label** (See instructions on page 21.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial: **SHAWN R**    Last name: **PRYOR**

Your social security number

If a joint return, spouse's first name and initial    Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 21.    Apt no

**9165 COUNTRY POND TRAIL**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 21.

**MIAMISBURG, OH 45342**

▲ **IMPORTANT!** ▲
You **MUST** enter your SSN(s) above.

**Presidential Election Campaign** (See page 21.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

You: Yes [ ] No [X]   Spouse: Yes [ ] No [ ]

**Filing Status**

Check only one box

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here ▶ _____
4. [ ] Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ _____
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ _____ ). (See page 21.)

**Exemptions**

6a. [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b. [ ] Spouse

c. Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 22) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 22.

No. of boxes checked on 6a and 6b: **1**

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 22)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d. Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7. Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . 7 | **24,318.**
8a. Taxable interest. Attach Schedule B if required . . . . . . . . . 8a |
b. Tax-exempt interest. Do not include on line 8a . . . | 8b |
9. Ordinary dividends. Attach Schedule B if required . . . . . . . . . 9 |
10. Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 |
11. Alimony received . . . . . . . . . . . . . . . . . . . . . 11 |
12. Business income or (loss). Attach Schedule C or C-EZ . . . . . . . 12 |
13. Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 |
14. Other gains or (losses). Attach Form 4797 . . . . . . . . . . . 14 |
15a. IRA distributions | 15a |    b. Taxable amount (see pg 25) | 15b |
16a. Pensions and annuities | 16a |    b. Taxable amount (see pg 25) | 16b |
17. Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18. Farm income or (loss). Attach Schedule F . . . . . . . . . . . 18 |
19. Unemployment compensation . . . . . . . . . . . . . . . . 19 |
20a. Social security benefits | 20a |    b. Taxable amount (see pg 27) | 20b |
21. Other income. List type and amount (see page 29) . . . . . . . . 21 |
22. Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | **24,318.**

**Adjusted Gross Income**

23. Educator expenses (see page 29) . . . . . | 23 |
24. IRA deduction (see page 29) . . . . . . . | 24 |
25. Student loan interest deduction (see page 31) | 25 |
26. Tuition and fees deduction (see page 32) . . | 26 |
27. Archer MSA deduction. Attach Form 8853 . . | 27 |
28. Moving expenses. Attach Form 3903 . . . . | 28 |
29. One-half of self-employment tax. Attach Schedule SE | 29 |
30. Self-employed health insurance deduction (see page 33) | 30 |
31. Self-employed SEP, SIMPLE, and qualified plans | 31 |
32. Penalty on early withdrawal of savings . . . | 32 |
33a. Alimony paid   b Recipient's SSN ▶ | 33a |
34. Add lines 23 through 33a . . . . . . . . . . . . . . . . . . | 34 | **0.**
35. Subtract line 34 from line 22. This is your adjusted gross income ▶ | 35 | **24,318.**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions    Form 1040 (2002)

Copyright Form Software Only Current Systems, Inc

Form 1040 (2002)   SHAWN R PRYOR   Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) | | 36 | 24,318. |
| | 37a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | 0 | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ▶ 37b | | | |
| **Standard Deduction for—** ● People who checked any box on line 37a or 37b or who can be claimed as a dependent, see page 34. ● All others: Single, $4,700; Head of household, $6,900; Married filing jointly or Qualifying widow(er), $7,850; Married filing separately, $3,925 | 38 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 38 | 4,700. |
| | 39 | Subtract line 38 from line 36 | | 39 | 19,618. |
| | 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | | 40 | 3,000. |
| | 41 | Taxable income. Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | | 41 | 16,618. |
| | 42 | Tax (see pg 36). Check if any tax is from ☐ a Form(s) 8814 ☐ b Form 4972 | | 42 | 2,194. |
| | 43 | Alternative minimum tax (see page 37). Attach Form 6251 | | 43 | 0. |
| | 44 | Add lines 42 and 43 | | 44 | 2,194. |
| | 45 | Foreign tax credit. Attach Form 1116 if required | 45 | | |
| | 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | | |
| | 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | | |
| | 48 | Education credits. Attach Form 8863 | 48 | | |
| | 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | | |
| | 50 | Child tax credit (see page 39) | 50 | | |
| | 51 | Adoption credit. Attach Form 8839 | 51 | | |
| | 52 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 52 | | |
| | 53 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify _____ | 53 | | |
| | 54 | Add lines 45 through 53. These are your total credits | | 54 | 0. |
| | 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- | | 55 | 2,194. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 57 | |
| | 58 | Tax on qualified plans, including IRAs, & other tax-favored accounts. Attach Form 5329 if required | | 58 | |
| | 59 | Advance earned income credit payments from Form(s) W-2 | | 59 | |
| | 60 | Household employment taxes. Attach Schedule H | | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax | | 61 | 2,194. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 2,729. | |
| | 63 | 2002 estimated tax payments and amount applied from 2001 return | 63 | | |
| | 64 | Earned income credit (EIC) | 64 | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 65 | | |
| | 66 | Additional child tax credit. Attach Form 8812 | 66 | | |
| | 67 | Amount paid with request for extension to file (see page 56) | 67 | | |
| | 68 | Other payments from a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 68 | | |
| | 69 | Add lines 62 through 68. These are your total payments | | 69 | 2,729. |
| **Refund** Direct deposit? See page 56 and fill in 71b, 71c, and 71d. | 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you overpaid | | 70 | 535. |
| | 71a | Amount of line 70 you want refunded to you | | 71a | 535. |
| | ▶ b | Routing number _____ ▶ c Type: ☒ Checking ☐ Savings | | | |
| | ▶ d | Account number _____ | | | |
| | 72 | Amount of line 70 you want applied to your 2003 estimated tax ▶ 72 | | | |
| **Amount You Owe** | 73 | Amount you owe. Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | | 73 | |
| | 74 | Estimated tax penalty (see page 57) | 74 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see page 56)? ☒ Yes. Complete the following. ☐ No

Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**  Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 21. Keep a copy for your records.

Your signature _____ | Date _____ | Your occupation COMP TECH | Daytime phone number 937-433-2743

Spouse's signature. If a joint return, both must sign. _____ | Date _____ | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature _____ | Date 02/13/2003 | Check if self-employed ☐ | Preparer's SSN or PTIN _____

Firm's name (or yours if self-employed), address, and ZIP code ▶ HUDSON TAX SERVICE
4 POTTER STREET
TRENTON, OH 45067

EIN 34-1915840
Phone no. 513 988-9609

**T-1040    OHIO    Income Tax Return    2002**

for the year Jan. 1-Dec. 31, 2002 or other taxable year ending . . . . . . , 20 . .

Social Security Numbers must be filled in below.

| Your first name | Initial | Last name | | |
|---|---|---|---|---|
| SHAWN | R | PRYOR | Your social security number | **Filing Status – check only one** |
| If a joint return, spouse's first name | Initial | Last name | Spouse's social security number | [X] Single or Head of Household |
| | | | | [ ] Married filing joint return |
| | | | | [ ] Married filing separately, enter |

Home address (number and street) — 9165 COUNTRY POND TRAIL    Apt. Number    Ohio county — BUTL    Spouse's SS#

City, town or post office, state and ZIP code — MIAMISBURG OH 45342

Ohio Public School District Number (See pages 33–35.) ▶ 0906

**Ohio Residency Status (see instructions)**
[X] Resident    [ ] Part-Year Resident from: 02 to 02
[ ] Nonresident    State of residence

**Ohio Political Party Fund**
Do you want $1 to go to this fund? ... Yes [ ] No [X]
Note: Checking "Yes" will not increase your tax or decrease your refund.

| | | | |
|---|---|---|---|
| 1. | Federal Adjusted Gross Income (from Federal Form 1040, line 36; or 1040A, line 21; or 1040EZ, line 4; or 1040 TEL) | 1 | 24,318.00 |
| 2. | Ohio Adjustments (from line 45 on page 2 of this return) | 2 | |
| 3. | Ohio Adjusted Gross Income (line 2 subtracted from or added to line 1) | 3 | 24,318.00 |
| 4. | Multiply your personal and dependent exemptions 1 times $1,200 and enter the result here | 4 | 1,200.00 |
| 5. | Ohio Taxable Income (subtract line 4 from line 3) | 5 | 23,118.00 |
| 6. | Tax on line 5 (see tax tables, pages 26-32) | 6 | 585.00 |
| 7. | Credits from Schedule B (line 54 on page 2 of this return) | 7 | 0.00 |
| 8. | Ohio Tax less Schedule B Credits (Subtract line 7 from line 6. If line 7 is more than line 6, enter zero.) | 8 | 585.00 |
| 9. | Exemption Credit: Number of personal and dependent exemptions 1 times $20 | 9 | 20.00 |
| 10. | Ohio Tax less Exemption Credit (Subtract line 9 from line 8. If line 9 is more than line 8, enter zero.) | 10 | 565.00 |
| 11. | Joint Filing Credit (see instructions and attach documentation) ___% times line 10 (limit $650) | 11 | |
| 12. | Ohio Tax less Joint Filing Credit (subtract line 11 from line 10) | 12 | 565.00 |
| 13. | Resident/Nonresident/Part-Year Credits (Sch. C or D) & Nonrefundable Business Credits (attach Sch. E) | 13 | |
| 14. | Ohio Income Tax (Subtract line 13 from line 12. If line 13 is more than line 12, enter zero.) | 14 | 565.00 |
| 15. | Interest Penalty on Underpayment of Estimated Tax Check [ ] if Form IT-2210 attached | 15 | |
| 16. | Unpaid Ohio Use Tax (please see worksheet on page 26) — This amount you show on this line is part of your total income tax liability for this year. | 16 | |
| 17. | Total Ohio Tax (add line 14, line 15, and line 16) | 17 | 565.00 |
| 18. | Ohio Tax Withheld (box 17 on your W-2) (attach W-2's to the back of this form) ... AMOUNT WITHHELD ▶ | 18 | 653.00 |
| 19. | Ohio Estimated Tax, IT-40P Payments for 2002, and 2001 Overpayment Credited to 2002 | 19 | |
| 20. | Refundable Business Jobs Credit 20a ___ Refundable Pass-through Entity Credit 20b ___ Total of 20a & 20b | 20 | |
| 21. | Add lines 18, 19, and 20 ... TOTAL PAYMENTS ▶ | 21 | 653.00 |
| 22. | If line 21 is LESS than line 17, subtract line 21 from line 17. Attach payment made payable to Treasurer of State of Ohio Check here [ ] if you have paid or will pay with a credit card (see instructions) ... AMOUNT YOU OWE ▶ | 22 | 0.00 |
| 23. | If line 21 is GREATER than line 17, subtract line 17 from line 21 ... AMOUNT OVERPAID ▶ | 23 | 88.00 |
| 24. | Amount of line 23 you wish to DONATE for conservation of endangered species and wildlife diversity $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 24 | 24 | |
| 25. | Amount of line 23 you wish to DONATE for nature preserves, scenic rivers, and endangered species protection. $3 [ ] $5 [ ] $10 [ ] Other [ ] Check box and enter amount on line 25 | 25 | |
| 26. | Amount of line 23 to be credited to 2003 estimated tax liability ... CREDIT ▶ | 26 | |
| 27. | Amount of line 23 to be refunded (subtract amounts on lines 24, 25, and 26 from line 23) ... YOUR REFUND ▶ | 27 | 88.00 |

Electronic Filing can speed-up your refund by 6 weeks!

IF BALANCE DUE IS LESS THAN $1.01 PAYMENT NEED NOT BE MADE, & IF OVERPAYMENT IS LESS THAN $1.01 NO REFUND WILL BE ISSUED

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and complete.

Your signature ___ Date ___
Spouse's signature (if filing jointly, BOTH must sign) ___ Phone number (optional) ___
Preparer's signature and address (including zip code) ___ Preparer's phone number 513 988-9609

PAULA TEDESCO
HUDSON TAX SERVICE
4 POTTER STREET
TRENTON OH 45067

**FOR DEPARTMENTAL USE ONLY**
78a. ___ T ___ U

NO PAYMENT ENCLOSED - MAIL TO:
OHIO DEPARTMENT OF TAXATION
P.O. BOX 2679
COLUMBUS, OH 43270-2679

PAYMENT ENCLOSED - MAIL TO:
OHIO DEPARTMENT OF TAXATION
P.O. BOX 2057
COLUMBUS, OH 43270-2057

**RESIDENT**

FORM IR FILE WITH
**MIAMISBURG INCOME TA**
10 NORTH FIRST ST
MIAMISBURG OHIO
45342

INCOME TAX RETURN FOR   2002
**MIAMISBURG**
FILING REQUIRED EVEN IF NO TAX DUE.

MAKE CHECK OR MONEY ORDER
PAYABLE TO
**CITY OF MIAMISBURG**

TAX OFFICE PHONE   866-3303

ON OR BEFORE   4-30-99

NAME OF EMPLOYER

ACCOUNT NO.

ADDRESS: Street

TAXPAYERS NAME AND ADDRESS

City

TELEPHONE: Home  937-433-2743

**SHAWN R PRYOR**
**9165 COUNTRY POND TRAIL**
**MIAMISBURG, OH 45342**

Business

SOCIAL SECURITY NO

TAXPAYER

SPOUSE

IF MOVED SINCE THE PREVIOUS FINAL RETURN WAS DUE GIVE DATE

INTO CITY                    OR OUT OF

NOTE: Page 2 must be completed if you have taxable rental property or business income.

| | | |
|---|---|---|
| 1 WAGES, SALARIES, TIPS AND OTHER EMPLOYEE COMPENSATION (ATTACH ALL W-2'S) . . . . . . . . . . $ | | 6,338. |
| 2 OTHER TAXABLE INCOME (SEE INSTRUCTIONS) . . . . . . . . . . . . . . . . . . . . . . $ | | |
| 3 TAXABLE INCOME: LINE 1, PLUS LINE 2 . . . . . . . . . . . . . . . . . . . . . . . . $ | | 6,338. |
| 4 MUNICIPAL TAX  .0175  OF LINE 3 . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | 111. |

5 CREDITS

| | | |
|---|---|---|
| A  TAX WITHHELD BY EMPLOYER FOR CITY OF . . .  **MIAMISBURG** | $ 74. | |
| B  ESTIMATED TAX PAID CITY OF . . . . . . . . .  **MIAMISBURG** | $ | |
| C  TAX PAID CITY OF SEE  STATEMENT   NOT TO EXCEED .0175 | $ 111. | |
| D  PRIOR YEAR OVER PAYMENTS . . . . . . . . . . . . . . . . . . . . . $ | | |
| E  TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | 185. |

6 IF LINE 4 GREATER THAN 5E PAYMENT OF BALANCE MUST ACCOMPANY THIS RETURN. TAX DUE . . . . $ [     ]

A  PENALTY $ _____  . INTEREST $ _____  . . . . . . . . . . TOTAL $ _____
B  TOTAL AMOUNT DUE  . . . . . . . . . . . . . . . . . . . . . . . . _____

7 OVERPAYMENT TO BE REFUNDED $   74.  OR CREDITED $ _____  TO NEXT YEAR ESTIMATE

**DECLARATION OF ESTIMATED TAX FOR YEAR**

8 TOTAL INCOME SUBJECT TO TAX $ _____   MULTIPLY BY TAX RATE OF  .0175  FOR GROSS TAX OF   $ _____

9 LESS EXPECTED ___ ____ _____

A  WITHHELD BY EMPLOYER FOR CITY OF  **MIAMISBURG** . . . . . . $ _____
B  PAYMENTS ON TAXABLE INCOME TO ANOTHER MUNICIPALITY NOT TO EXCEED  .0175  $ _____
C  TOTAL CREDITS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| | | |
|---|---|---|
| 10A  NET TAX DUE (LINE 8 LESS LINE 9C) . . . . . . . . . . . . . . . . . . . . . . $ | | 0. |
| 10B  OVERPAYMENT FROM PRIOR YEAR(S) From Line 7b . . . . . . . . . . . . . $ | | |
| 10C  BALANCE OF 2003 ESTIMATED TAX DUE Line 10a minus 10b . . . . . . . . . $ | | 0. |
| 11  AMOUNT PAID WITH THIS DECLARATION (1/4 of Line 10a less Line 10b) . . . . $ | [     ] | |

12  AMOUNT ENCLOSED  LINE 6 $ _____  (LINE 11) $ _____  TOTAL $ _____

☐ If this return was prepared by a practitioner, check here if we may contact him/her directly with questions regarding the preparation of this return.

I CERTIFY THAT I HAVE EXAMINED THIS RETURN, INCLUDING ACCOMPANYING SCHEDULES AND STATEMENTS AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT AND COMPLETE. IF PREPARED BY A PERSON OTHER THAN TAXPAYER THE DECLARATION BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

Signature of Person Preparing if other than Taxpayer          Date          Signature of Taxpayer or Agent          Date

**HUDSON TAX SERVICE**
**4 POTTER STREET**
**TRENTON, OH 45067**
**513 988-9609**

Signature of Taxpayer          Date

SHAWN R PRYOR

Form IR                                                                                    PAGE 2

### NEED BE COMPLETED ONLY BY THOSE WHO HAVE OTHER TAXABLE INCOME THAN WAGES OR WHO CLAIM EXPENSES AS A DEDUCTIONS FROM SUCH WAGES.

| | | |
|---|---|---|
| 13a | Profit from any business owned (attach Federal Schedule C) | $ |
| 13b | Add items not deductible. | $ |
| 13c | Subtract items not taxable | $ |
| 13d | Profit from farm (attach Federal Schedule F) | $ |
| 13e | Add items not deductible. | $ |
| 13f | Subtract items not taxable | $ |
| 13 | Line 13a plus line 13b less line 13c plus line 13d plus line 13e less line 13f | $ |
| | | |
| 14a | Rental income (attach Federal Schedule E). | $ |
| 14b | Add items not deductible. | $ |
| 14c | Subtract items not taxable | $ |
| 14 | Line 14a plus line 14b less line 14c | $ |
| | | |
| 15 | Other income (attach appropriate Federal Schedule) | $ |
| 16 | Total other income (add lines 13, 14 and 15) | $ |
| | A. Net loss per previous city income tax returns | $ |
| | (Operating losses may be carried forward for a maximum period of five (5) years) | |
| | B. Total other income. | $ |
| | | |
| 17 | CREDITS | |
| | A. Deductible expenses: (attach IRS Form - Schedule 2106 - or other statement) | $ |
| | B. Non-taxable income: (Explain) | |
| | | $ |
| | C. Total deductions | $ |
| | | |
| 18 | Net other taxable income or deductions (insert in line 2 page 1) | $ |

---

```
LINE 5C STATEMENT: RESIDENT CITY CREDIT FOR TAX PAID TO WORK CITY.
WORK CITY              INCOME    TAX PAID   RESIDENT CITY CREDIT
SPRINGBORO             19,337.     290.          290.
                                            ===========
                Total credit line 5C.           111.
```

PR7788.02

**FORM IR** FILE WITH

# CITY OF MIDDLETOWN
## INCOME TAX DIVISION
PO BOX 8739
MIDDLETOWN, OH 45042

NONRESIDENT

**INCOME TAX RETURN FOR** 2002

MIDDLETOWN

FILING REQUIRED EVEN IF NO TAX DUE.

MAKE CHECK OR MONEY ORDER

PAYABLE TO

## CITY OF MIDDLETOWN

TAX OFFICE PHONE **(513) 425-7859**

ON OR BEFORE **4/30/01**

ACCOUNT NO.

NAME OF EMPLOYER

ADDRESS: Street

TAXPAYERS NAME AND ADDRESS

City

SHAWN R PRYOR
9165 COUNTRY POND TRAIL
MIAMISBURG, OH 45342

| | |
|---|---|
| TELEPHONE: Home | **937-433-2743** |
| Business | |
| SOCIAL SECURITY NO. | |
| TAXPAYER | |
| SPOUSE | |

IF MOVED SINCE THE PREVIOUS FINAL RETURN WAS DUE GIVE DATE:

INTO CITY **01/01/02**   OR OUT OF **08/30/02**

NOTE: Page 2 must be completed if you have taxable rental property or business income.

| | | |
|---|---|---|
| 1 WAGES, SALARIES, TIPS AND OTHER EMPLOYEE COMPENSATION (ATTACH ALL W-2'S) . . . . . . . . . $ | | 18,885. |
| 2 OTHER TAXABLE INCOME (SEE INSTRUCTIONS) . . . . . . . . . . . . . . . . . $ | | |
| 3 TAXABLE INCOME: LINE 1, PLUS LINE 2 . . . . . . . . . . . . . . . . . . . $ | | 18,885. |
| 4 MUNICIPAL TAX .0150 OF LINE 3 . . . . . . . . . . . . . . . . . . . . . $ | | 283. |

5 CREDITS

| | | |
|---|---|---|
| A TAX WITHHELD BY EMPLOYER FOR CITY OF . . . . MIDDLETOWN | $ 259. | |
| B ESTIMATED TAX PAID CITY OF . . . . . . . . MIDDLETOWN | $ | |
| C TAX PAID CITY OF NOT TO EXCEED .0150 $ | | |
| D PRIOR YEAR OVER PAYMENTS . . . . . . . . . . . . . $ | | |
| E TOTAL CREDITS . . . . . . . . . . . . . . . . . . . . . . $ | | 259. |

| | |
|---|---|
| 6 IF LINE 4 GREATER THAN LINE 5E PAYMENT OF BALANCE MUST ACCOMPANY THIS RETURN. TAX DUE . . . $ | 24. |

| | |
|---|---|
| A PENALTY $ , INTEREST $ . . . . . . TOTAL $ | |
| B TOTAL AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . | 24. |

7 OVERPAYMENT TO BE REFUNDED $ _____ OR CREDITED $ _____ TO NEXT YEAR ESTIMATE

### DECLARATION OF ESTIMATED TAX FOR YEAR

8 TOTAL INCOME SUBJECT TO TAX $ _____ MULTIPLY BY TAX RATE OF .0150 FOR GROSS TAX OF $ ____

9 LESS EXPECTED TAX CREDITS

| | | |
|---|---|---|
| A WITHHELD BY EMPLOYER FOR CITY OF MIDDLETOWN . . . . . . . $ | | |
| B PAYMENTS ON TAXABLE INCOME TO ANOTHER MUNICIPALITY NOT TO EXCEED .0150 $ | | |
| C TOTAL CREDITS . . . . . . . . . . . . . . . . . . . $ | | |
| 10A NET TAX DUE (LINE 8 LESS LINE 9C) . . . . . . . . . . . . . . . $ | | 0. |
| 10B OVERPAYMENT FROM PRIOR YEAR(S) From line 7c . . . . . . . . . . . $ | | |
| 10C BALANCE OF 2002 ESTIMATED TAX DUE, Line 10a minus 10b . . . . . . . $ | | 0. |
| 11 AMOUNT PAID WITH THIS DECLARATION (1/4 of Line 10a less Line 10b) . . . . . . $ | | |

| | | | | |
|---|---|---|---|---|
| 12 AMOUNT ENCLOSED (LINE 6) $ | 24. | (LINE 11) $ | TOTAL $ | 24. |

[X] If this return was prepared by a practitioner, check here if we may contact him/her directly with questions regarding the preparation of this return.

I CERTIFY THAT I HAVE EXAMINED THIS RETURN (INCLUDING ACCOMPANYING SCHEDULES AND STATEMENTS) AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT AND COMPLETE. IF PREPARED BY A PERSON OTHER THAN TAXPAYER THE DECLARATION BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

Signature of Person Preparing if other than Taxpayer        Date        Signature of Taxpayer or Agent        Date

HUDSON TAX SERVICE
4 POTTER STREET
TRENTON, OH 45067
513 988-9609

Signature of Taxpayer        Date

This Product Contains Sensitive Taxpayer Data

Request Date: 04-09-2007
Response Date: 04-09-2007
Employee Number: 8B1GB
Tracking Number: 100014071115

Wage and Income Transcript

SSN Provided:
Tax Period Requested: December, 2000



Q83582

### Form W-2 Wage and Tax Statement

Employer:
Employer Identification Number (EIN):311449345
TRACT INC
1277 NORTH FAIRFIELDSIGNS NOW NO 186
BEAVERCREEK, OH 45432-0000

Employee:
Employee's Social Security Number:
SHAWN PRYOR
1101 YOUNG ST
MIDDLETOWN, OH 45044-0000

Submission Type:.................................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:...............................$781.00
Federal Income Tax Withheld:......................................$32.00
Social Security Wages:............................................$781.00
Social Security Tax Withheld:.....................................$48.00
Medicare Wages and Tips:..........................................$781.00
Medicare Tax Withheld:............................................$11.00
Social Security Tips:.............................................0.00
Allocated Tips:..................................................0.00
Advanced EIC Payment:............................................0.00
Dependent Care Benefits:.........................................0.00
Deferred Compensation:...........................................0.00
Code "Q" Military Pay:...........................................0.00
Code "R" Employer's Contribution to MSA:.........................0.00
Code "S" Employer's Contribution to Simple Account:..............0.00
Code "T" Expenses Incurred for Qualified Adoptions:..............0.00
Deceased Indicator:..............................................
Pension Plan Indicator:..........................................
Deferred Compensation:...........................................Not Checked
Statutory Employee:..............................................Not Statutory Employee

### Form W-2 Wage and Tax Statement

Employer:
Employer Identification Number (EIN):311629499
PC REVIEW MEDIA GROUP
717 E DAVID RD
DAYTON, OH 45429-0000

Employee:
Employee's Social Security Number:
SHAWN R PRYOR
1101 YOUNG ST
MIDDLETOWN, OH 45044-0000

Submission Type:.................................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:...............................$2,061.00
Federal Income Tax Withheld:......................................$242.00
Social Security Wages:............................................$2,061.00
Social Security Tax Withheld:.....................................$127.00

Medicare Tax Withheld:..............................................$29.00
Social Security Tips:.................................................0.00
Allocated Tips:.......................................................0.00
Advanced EIC Payment:.................................................0.00
Dependent Care Benefits:..............................................0.00
Deferred Compensation:................................................0.00
Code "Q" Military Pay:................................................0.00
Code "R" Employer's Contribution to MSA:..............................0.00
Code "S" Employer's Contribution to Simple Account:...................0.00
Code "T" Expenses Incurred for Qualified Adoptions:...................0.00
Deceased Indicator:.............................................
Pension Plan Indicator:.........................................
Deferred Compensation:.......................................Not Checked
Statutory Employee:...................................Not Statutory Employee


### Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):541571947
  TRADER PUBLISHING COMPANY
  100 WEST PLUME STREE
  NORFOLK, VA 23510-0000

Employee:
  Employee's Social Security Number:
  SHAWN R PRYOR
  1101 YOUNG ST
  MIDDLETOWN, OH 45044-0000

Submission Type:...............................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:...........................$12,768.00
Federal Income Tax Withheld:...................................$1,201.00
Social Security Wages:........................................$12,768.00
Social Security Tax Withheld:....................................$791.00
Medicare Wages and Tips:......................................$12,768.00
Medicare Tax Withheld:...........................................$185.00
Social Security Tips:.................................................0.00
Allocated Tips:.......................................................0.00
Advanced EIC Payment:.................................................0.00
Dependent Care Benefits:..............................................0.00
Deferred Compensation:................................................0.00
Code "Q" Military Pay:................................................0.00
Code "R" Employer's Contribution to MSA:..............................0.00
Code "S" Employer's Contribution to Simple Account:...................0.00
Code "T" Expenses Incurred for Qualified Adoptions:...................0.00
Deceased Indicator:.............................................
Pension Plan Indicator:.........................................
Deferred Compensation:.......................................Not Checked
Statutory Employee:...................................Not Statutory Employee


### Form 1098-E Student Loan Interest Statement

Borrower:
  Borrower's Social Security Number:52-0974271
  SALLIE MAE
  11600 SALLIE MAE DRIVE
  RESTON, VA 22090-0000

Recipient:
  Recipient's Federal Identification Number (FIN):
  PRYOR, SHAWN R
  PO BOX 25
  MIDDLETOWN, OH 45042-0000


Submission Type:...............................ORIGINAL SUBMISSION

Account Number (Optional):...............................N/A
Student Loan Interest Received by Lender:...............$112.00

This Product Contains Sensitive Taxpayer Data



003502

**This Product Contains Sensitive Taxpayer Data**

Request Date: 04-09-2007
Response Date: 04-09-2007
Employee Number: 8BIGB
Tracking Number: 100014071115

Wage and Income Transcript

SSN Provided:
Tax Period Requested:  December, 2001

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):541571947
 TRADER PUBLISHING COMPANY
 100 WEST PLUME STREE
 NORFOLK, VA 23510-0000

Employee:
 Employee's Social Security Number:
 SHAWN R PRYOR
 1101 YOUNG ST
 MIDDLETOWN, OH 45044-0000

Submission Type:................................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:...............................$24,020.00
Federal Income Tax Withheld:.......................................$2,628.00
Social Security Wages:............................................$24,020.00
Social Security Tax Withheld:......................................$1,489.00
Medicare Wages and Tips:..........................................$24,020.00
Medicare Tax Withheld:...............................................$348.00
Social Security Tips:....................................................0.00
Allocated Tips:..........................................................0.00
Advanced EIC Payment:....................................................0.00
Dependent Care Benefits:.................................................0.00
Deferred Compensation:...................................................0.00
Code "Q" Military Pay:...................................................0.00
Code "R" Employer's Contribution to MSA:.................................0.00
Code "S" Employer's Contribution to Simple Account:.....................0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................0.00
Third Party Sick Pay Indicator:.............................................
Retirement Plan Indicator:..................................................
Statutory Employee:..............................................Not Statutory Employee

Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:39-1992489
 UNIVERSITY ACCOUNTING SERVICE
 P O BOX 932
 BROOKFIELD, WI 53008-0000

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYOR SHAWN R
 1101 YOUNG ST
 MIDDLETOWN, OH 45044-0000

Submission Type:................................................ORIGINAL SUBMISSION
Account Number (Optional):..........................................276767798
Student Loan Interest Received by Lender:..............................$12.00

Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:52-0974271
 SALLIE MAE
 11600 SALLIE MAE DRIVE
 RESTON, VA 22090-0000

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYOR, SHAWN R
 PO BOX 25
 MIDDLETOWN, OH 45042-0000


Submission Type:.......................................ORIGINAL SUBMISSION
Account Number (Optional):.......................................N/A
Student Loan Interest Received by Lender:........................$31.00


### Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:52-2195182
 STUDENT FINANCIAL ASSISTANCE
 DIRECT LOAN SERVICING CENTER
 P O BOX 4609
 UTICA, NY 13504-4609

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYORSHAWNR
 P O BOX 25
 MIDDLETOWN, OH 45042-0000


Submission Type:.......................................ORIGINAL SUBMISSION
Account Number (Optional):.......................................N/A
Student Loan Interest Received by Lender:........................$230.00


### Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:64-0783793
 SUNTECH INC.
 6510 OLD CANTON ROAD
 RIDGELAND, MS 39157-0000

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYOR SHAWN R
 1101 YOUNG ST
 MIDDLETOWN, OH 45044-5824


Submission Type:.......................................ORIGINAL SUBMISSION
Account Number (Optional):.......................................N/A
Student Loan Interest Received by Lender:........................$1,241.00


### Form 1099-INT

Payer:
 Payer's Federal Identification Number (FIN):31-6023946
 MIDFIRST CREDIT UNION INC
 1201 CRAWFORD STREET
 MIDDLETOWN, OH 45044-4500

Recipient:
 Recipient's Identification Number:
 SHAWN R PRYOR
 1101 YOUNG STREET

```
Submission Type:................................................ORIGINAL SUBMISSION
Account Number (Optional):.............................................12353
Interest:..............................................................$22.00
Tax Withheld:..........................................................0.00
Savings Bonds:.........................................................0.00
Investment Expense:....................................................0.00
Interest Forfeiture:...................................................0.00
Second Notice Indicator:...................................No Second Notice
```

### Form 1099-MISC

```
Payer:
 Payer's Federal Identification Number (FIN):31-1333317
 REGENT SYSTEMS INCORPORATED
 % MICHAEL A BERNAL
 7333 PARAGON RD STE 250
 DAYTON, OH 45459-0000

Recipient:
 Recipient's Identification Number:
 SHAWN PRYOR
 1101 YOUNG ST
 MIDDLETOWN, OH 45044-0000
```

```
Submission Type:................................................ORIGINAL SUBMISSION
Account Number (Optional):.............................................N/A
Tax Withheld:..........................................................0.00
Non-Employee Compensation:.............................................0.00
Medical Payments:......................................................0.00
Fishing Income:........................................................0.00
Rents:.................................................................0.00
Royalties:...........................................................$0.00
Other Income:.....................................................$2,221.00
Substitute Payments for Dividends:.....................................0.00
Excess Golden Parachute:...............................................0.00
Crop Insurance:........................................................0.00
Attorney Fees:.........................................................0.00
Direct Sales Indicator:....................................Not Direct Sales
Second Notice Indicator:...................................No Second Notice
```

### This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data

Request Date: 04-09-2007
Response Date: 04-09-2007
Employee Number: 881G8
Tracking Number: 100014071115

**Wage and Income Transcript**

SSN Provided:
Tax Period Requested:  December, 2002



## Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):311191344
 THE DAL ELECTRONIC CO
 425 SOUTH PIONEER BL
 SPRINGBORO, OH 45066-0000

Employee:
 Employee's Social Security Number:
 SHAWN PRYOR
 1101 YOUNG ST.
 MIDDLETOWN, OH 45044-0000

Submission Type:..................................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:...............................$18,849.00
Federal Income Tax Withheld:......................................$2,267.00
Social Security Wages:............................................$18,849.00
Social Security Tax Withheld:.....................................$1,168.00
Medicare Wages and Tips:..........................................$18,849.00
Medicare Tax Withheld:............................................$273.00
Social Security Tips:.............................................0.00
Allocated Tips:..................................................0.00
Advanced EIC Payment:............................................0.00
Dependent Care Benefits:.........................................0.00
Deferred Compensation:...........................................0.00
Code "R" Employer's Contribution to MSA:.........................0.00
Code "S" Employer's Contribution to Simple Account:..............0.00
Code "T" Expenses Incurred for Qualified Adoptions:..............0.00
Code "V" Income from exercise of non-statutory stock options:....0.00
Third Party Sick Pay Indicator:..................................
Retirement Plan Indicator:.......................................
Statutory Employee...............................................Not Statutory Employee

## Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):311425341
 DEBRAY ENTERPRISES INC.
 730 E LOWER SPRINGB
 SPRINGBORO, OH 45066-0000

Employee:
 Employee's Social Security Number
 SHAWN R PRYOR
 1101 YOUNG STREET
 MIDDLETOWN, OH 45044-0000

Submission Type:..................................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:...............................$1,643.00
Federal Income Tax Withheld:......................................$82.00
Social Security Wages:............................................$1,643.00
Social Security Tax Withheld:.....................................$101.00
Medicare Wages and Tips:..........................................$1,643.00

Medicare Tax Withheld:
Social Security Tips:.......................................0.00
Allocated Tips:............................................0.00
Advanced EIC Payment:......................................0.00
Dependent Care Benefits:...................................0.00
Deferred Compensation:.....................................0.00
Code "R" Employer's Contribution to MSA:...................0.00
Code "S" Employer's Contribution to Simple Account:........0.00
Code "T" Expenses Incurred for Qualified Adoptions:........0.00
Code "V" Income from exercise of non-statutory stock options:...........0.00
Third Party Sick Pay Indicator:..................................
Retirement Plan Indicator:.......................................
Statutory Employee:.................................Not Statutory Employee


### Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):316000769
 NORTHWEST LOCAL SCHOOL DIST.
 3240 BANNING ROAD
 CINCINNATI, OH 45011-0000

Employee:
 Employee's Social Security Number:
 SHAWN R PRYOR
 9165 COUNTRY POND TR
 MIAMISBURG, OH 45342-0000

Submission Type:..................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:.......................$3,826.00
Federal Income Tax Withheld:................................$378.00
Social Security Wages:.....................................0.00
Social Security Tax Withheld:..............................0.00
Medicare Wages and Tips:................................$4,208.00
Medicare Tax Withheld:.....................................$61.00
Social Security Tips:......................................0.00
Allocated Tips:............................................0.00
Advanced EIC Payment:......................................0.00
Dependent Care Benefits:...................................0.00
Deferred Compensation:.....................................0.00
Code "R" Employer's Contribution to MSA:...................0.00
Code "S" Employer's Contribution to Simple Account:........0.00
Code "T" Expenses Incurred for Qualified Adoptions:........0.00
Code "V" Income from exercise of non-statutory stock options:...........0.00
Third Party Sick Pay Indicator:..................................
Retirement Plan Indicator:...................................Yes
Statutory Employee:.................................Not Statutory Employee


### Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:39-1992489
 UNIVERSITY ACCOUNTING SERVICE
 P O BOX 932
 BROOKFIELD, WI 53008-0000

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYOR SHAWN R
 1101 YOUNG ST
 MIDDLETOWN, OH 45044-0000

Submission Type:..................................ORIGINAL SUBMISSION
Account Number (Optional):..................................276767798
Student Loan Interest Received by Lender:.......................$29.00

**This Product Contains Sensitive Taxpayer Data**

Request Date: 04-09-2007
Response Date: 04-09-2007
Employee Number: 8B1G8
Tracking Number: 100014071115

Wage and Income Transcript

SSN Provided: (
Tax Period Requested:  December, 2003

### Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):316000769
 NORTHWEST LOCAL SCHOOL DIST.
 3240 BANNING ROAD
 CINCINNATI, OH 45011-0000

Employee:
 Employee's Social Security Number:
 SHAWN R PRYOR
 9333 SWAYING PINE CO
 MIAMISBURG, OH 45342-0000

Submission Type:.........................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:.........................$28,679.00
Federal Income Tax Withheld:.................................$2,665.00
Social Security Wages:..............................................0.00
Social Security Tax Withheld:.......................................0.00
Medicare Wages and Tips:....................................$31,737.00
Medicare Tax Withheld:........................................$460.00
Social Security Tips:...............................................0.00
Allocated Tips:....................................................0.00
Advanced EIC Payment:..............................................0.00
Dependent Care Benefits:...........................................0.00
Deferred Compensation:.............................................0.00
Code "R" Employer's Contribution to MSA:...........................0.00
Code "S" Employer's Contribution to Simple Account:................0.00
Code "T" Expenses Incurred for Qualified Adoptions:................0.00
Code "V" Income from exercise of non-statutory stock options:......0.00
Third Party Sick Pay Indicator:.............................................
Retirement Plan Indicator:.........................................Yes
Statutory Employee:....................................Not Statutory Employee

### Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:52-2195182
 STUDENT FINANCIAL ASSISTANCE
 DIRECT LOAN SERVICING CENTER
 P O BOX 4609
 UTICA, NY 13504-4609

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYORSHAWNR
 APT D
 MIAMISBURG, OH 45342-0000

Submission Type:.........................................ORIGINAL SUBMISSION
Account Number (Optional):.........................................N/A
Student Loan Interest Received by Lender:...................$2,395.00

Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:39-1992489
 UNIVERSITY ACCOUNTING SERVICE
 P O BOX 932
 BROOKFIELD, WI 53008-0000

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYOR SHAWN R
 1101 YOUNG ST
 MIDDLETOWN, OH 45044-0000

Submission Type:........................................ORIGINAL SUBMISSION
Account Number (Optional):..................................276767798
Student Loan Interest Received by Lender:..............................$30.00

Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):31-6000140
 CITY OF MIAMISBURG
 10 NORTH FIRST STREET
 MIAMISBURG, OH 45342-0000

Recipient:
 Recipient's Identification Number:.
 PRYOR, SHAWN
 9165 COUNTRY POND TR
 MIAMISBURG, OH 45342-0000

Submission Type:........................................ORIGINAL SUBMISSION
Account Number (Optional):..................................26931-R1522
Tax Withheld:..........................................................0.00
Taxable Grants:........................................................0.00
Unemployment Compensation:.............................................0.00
Agricultural Subsidies:................................................0.00
Prior Year Refund:....................................................$74.00
Year of Refund:........................................................2002
1099G Offset:...............Not Refund Credit, or Offset for Trade or Business

This Product Contains Sensitive Taxpayer Data

This Product Contains Sensitive Taxpayer Data

Request Date: 04-09-2007
Response Date: 04-09-2007
Employee Number: 8BIGB
Tracking Number: 100014071115

Wage and Income Transcript

SSN Provided:
Tax Period Requested:  December, 2004



G03584

Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):316000769
  NORTHWEST LOCAL SCHOOL DIST.
  3240 BANNING ROAD
  CINCINNATI, OH 45240-0000

Employee:
  Employee's Social Security Number:
  SHAWN R PRYOR
  7807 JOHN ADAMS LN
  DAYTON, OH 45459-0000

Submission Type:..........................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:................................$30,010.00
Federal Income Tax Withheld:........................................$2,836.00
Social Security Wages:...................................................0.00
Social Security Tax Withheld:............................................0.00
Medicare Wages and Tips:...........................................$33,395.00
Medicare Tax Withheld:...............................................$484.00
Social Security Tips:....................................................0.00
Allocated Tips:..........................................................0.00
Advanced EIC Payment:....................................................0.00
Dependent Care Benefits:.................................................0.00
Deferred Compensation:...................................................0.00
Code "R" Employer's Contribution to MSA:.................................0.00
Code "S" Employer's Contribution to Simple Account:......................0.00
Code "T" Expenses Incurred for Qualified Adoptions:......................0.00
Code "V" Income from exercise of non-statutory stock options:...........0.00
Third Party Sick Pay Indicator:..........................................
Retirement Plan Indicator:.............................................Yes
Statutory Employee:...................................Not Statutory Employee

Form 1098-E Student Loan Interest Statement

Borrower:
  Borrower's Social Security Number:52-2195182
  STUDENT FINANCIAL ASSISTANCE
  DIRECT LOAN SERVICING CENTER
  P O BOX 4609
  UTICA, NY 13504-4609

Recipient:
  Recipient's Federal Identification Number (FIN)
  PRYORSHAWNR
  7807 JOHN ADAMS LN
  DAYTON, OH 45459-4012

Submission Type:..........................................ORIGINAL SUBMISSION
Account Number (Optional):...............................................N/A
Student Loan Interest Received by Lender:...........................$2,018.00

Borrower:
Borrower's Social Security Number:84-0748903
NELNET LOAN SERVICES
6420 SOUTHPOINT PARKWAY
JACKSONVILLE, FL 32216-0000

Recipient:
Recipient's Federal Identification Number (FIN):
PRYOR,SHAWN R
7807 JOHN ADAMS LN
DAYTON, OH 45459-0000

Submission Type:.................................................ORIGINAL SUBMISSION
Account Number (Optional):..............................................27676779802
Student Loan Interest Received by Lender:...............................$234.00


## Form 1099-G

Payer:
Payer's Federal Identification Number (FIN):31-1334822
STATE OF OHIO
DEPARTMENT OF TAXATION
PO BOX 2476
COLUMBUS, OH 43216-2476

Recipient:
Recipient's Identification Number:
PRYOR,SHAWN R
9333 SWAYING PINE CT APT D
MIAMISBURG, OH 45342-0000

Submission Type:.................................................ORIGINAL SUBMISSION
Account Number (Optional):............................................10.01.51.045930
Tax Withheld:...........................................................0.00
Taxable Grants:.........................................................0.00
Unemployment Compensation:..............................................0.00
Agricultural Subsidies:.................................................0.00
Prior Year Refund:....................................................$255.00
Year of Refund:.........................................................2003
1099G Offset:..............Not Refund Credit, or Offset for Trade or Business


## Form 1099-G

Payer:
Payer's Federal Identification Number (FIN):31-6000140
CITY OF MIAMISBURG
10 NORTH FIRST STREET
MIAMISBURG, OH 45342-0000

Recipient:
Recipient's Identification Number
PRYOR, SHAWN
9333 SWAYING PINE CT APT D
MIAMISBURG, OH 45342-0000

Submission Type:.................................................ORIGINAL SUBMISSION
Account Number (Optional):............................................26931-R4502
Tax Withheld:...........................................................0.00
Taxable Grants:.........................................................0.00
Unemployment Compensation:..............................................0.00
Agricultural Subsidies:.................................................0.00
Prior Year Refund:....................................................$180.00
Year of Refund:.........................................................2003
1099G Offset:..............Not Refund Credit, or Offset for Trade or Business

100014071115
This Product Contains Sensitive Taxpayer Data

Request Date: 04-09-2007
Response Date: 04-09-2007
Employee Number: 881GB
Tracking Number: 100014071115

Wage and Income Transcript

SSN Provided:
Tax Period Requested:  December, 2005

Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):316000769
  NORTHWEST LOCAL SCHOOL DIST.
  3240 BANNING ROAD
  CINCINNATI, OH 45240-0000

Employee:
  Employee's Social Security Number:
  SHAWN R PRYOR
  7807 JOHN ADAMS LN
  DAYTON, OH 45459-0000

Submission Type:...............................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:...............................$14,133.00
Federal Income Tax Withheld:.........................................$1,688.00
Social Security Wages:....................................................0.00
Social Security Tax Withheld:.............................................0.00
Medicare Wages and Tips:..........................................$15,712.00
Medicare Tax Withheld:...............................................$227.00
Social Security Tips:.....................................................0.00
Allocated Tips:...........................................................0.00
Advanced EIC Payment:.....................................................0.00
Dependent Care Benefits:..................................................0.00
Deferred Compensation:....................................................0.00
Code "Q" Nontaxable Combat Pay:...........................................0.00
Code "W" Employer Contributions to a Health Savings Account:..............0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.....................................................................0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.....................................................................0.00
Code "R" Employer's Contribution to MSA:..................................0.00
Code "S" Employer's Contribution to Simple Account:.......................0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................0.00
Code "V" Income from exercise of non-statutory stock options:.............0.00
Third Party Sick Pay Indicator:...........................................
Retirement Plan Indicator:.............................................Yes
Statutory Employee:...............................Not Statutory Employee

Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):521552720
  RWD TECHNOLOGIES INC
  5521 RESEARCH PARK D
  BALTIMORE, MD 21228-0000

Employee:
  Employee's Social Security Number:
  SHAWN PRYOR
  7807 JOHN ADAMS LN
  DAYTON, OH 45459-0000

100014071115

Submission Type:.................................................ORIGINAL SUBMISSION
Wages, Tips and Other Compensation:.......................................$21,217.00
Federal Income Tax Withheld:..............................................$2,856.00
Social Security Wages:....................................................$21,217.00
Social Security Tax Withheld:.............................................$1,315.00
Medicare Wages and Tips:..................................................$21,217.00
Medicare Tax Withheld:....................................................$307.00
Social Security Tips:.....................................................0.00
Allocated Tips:...........................................................0.00
Advanced EIC Payment:.....................................................0.00
Dependent Care Benefits:..................................................0.00
Deferred Compensation:....................................................0.00
Code "Q" Nontaxable Combat Pay:...........................................0.00
Code "W" Employer Contributions to a Health Savings Account:..............0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.....................................................................0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.....................................................................0.00
Code "R" Employer's Contribution to MSA:..................................0.00
Code "S" Employer's Contribution to Simple Account:.......................0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................0.00
Code "V" Income from exercise of non-statutory stock options:.............0.00
Third Party Sick Pay Indicator:...........................................
Retirement Plan Indicator:................................................Yes
Statutory Employee:...............................................Not Statutory Employee


## Form 1098-E Student Loan Interest Statement

Borrower:
 Borrower's Social Security Number:84-0748903
 NELNET LOAN SERVICES
 6420 SOUTHPOINT PARKWAY
 JACKSONVILLE, FL 32216-0000

Recipient:
 Recipient's Federal Identification Number (FIN):
 PRYOR,SHAWN R
 7807 JOHN ADAMS LN
 DAYTON, OH 45459-0000


Submission Type:.................................................ORIGINAL SUBMISSION
Account Number (Optional):................................................27676779802
Student Loan Interest Received by Lender:.................................$2,163.00


## Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):31-1334822
 STATE OF OHIO
 DEPARTMENT OF TAXATION
 PO BOX 2476
 COLUMBUS, OH 43216-2476

Recipient:
 Recipient's Identification Number:
 PRYOR,SHAWN R
 7807 JOHN ADAMS LN
 DAYTON, OH 45459-0000


Submission Type:.................................................ORIGINAL SUBMISSION
Account Number (Optional):................................................23.27.44.820845
ATAA Payments:............................................................0.00
Tax Withheld:.............................................................0.00
Taxable Grants:...........................................................0.00
Unemployment Compensation:................................................0.00
Agricultural Subsidies:...................................................0.00
Prior Year Refund:........................................................$247.00

IQ0014071115

Year of Refund:...................................................2004
1099G Offset:...............Not Refund Credit, or Offset for Trade or Business

This Product Contains Sensitive Taxpayer Data

03503

100014071115
This Product Contains Sensitive Taxpayer Data

Request Date: 04-06-2007
Response Date: 04-06-2007
IRS Employee Number: 8B1GB
Tracking Number: 100014071115

Tax Return Transcript

SSN Provided:
Tax Period Ending: Dec. 31, 2003

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.



SSN:
SPOUSE SSN:

061887  NAME(S) SHOWN ON RETURN: SHAWN R PRYOR

ADDRESS: 9333 SWAYING PINE CT APT D
MIAMISBURG, OH 45342-5837-766

FILING STATUS:                                          Single
FORM NUMBER:                                              1040
CYCLE POSTED:                                        20040408
RECEIVED DATE:                                   Apr.15, 2004
REMITTANCE:                                              0.00
EXEMPTION NUMBER:                                           1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:
PREPARER EIN:                                      34-1915840

Income

WAGES, SALARIES, TIPS, ETC:.................................$ 28,679.00
TAXABLE INTEREST INCOME: SCH B:............................$ 0.00
TAX-EXEMPT INTEREST:.......................................$ 0.00
ORDINARY DIVIDEND INCOME: SCH B:...........................$ 0.00
QUALIFIED DIVIDENDS:.......................................$ 0.00
REFUNDS OF STATE/LOCAL TAXES:..............................$ 0.00
ALIMONY RECEIVED:..........................................$ 0.00
BUSINESS INCOME OR LOSS (Schedule C):......................$ 0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:...............$ 0.00
CAPITAL GAIN OR LOSS: (Schedule D):........................$ 0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:.................$ 0.00
CAP GAIN DISTRIB POST MAY 5:...............................$ 0.00
OTHER GAINS OR LOSSES (Form 4797):.........................$ 0.00
TOTAL IRA DISTRIBUTIONS:...................................$ 0.00
TAXABLE IRA DISTRIBUTIONS:.................................$ 0.00
TOTAL PENSIONS AND ANNUITIES:..............................$ 0.00
TAXABLE PENSION/ANNUITY AMOUNT:............................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):..............$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:.$ 0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:.....................$ 0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:.....................$ 0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:...............$ 0.00
FARM INCOME OR LOSS (Schedule F):..........................$ 0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:.............$ 0.00
UNEMPLOYMENT COMPENSATION:.................................$ 0.00
TOTAL SOCIAL SECURITY BENEFITS:............................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS:..........................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:.............$ 0.00
OTHER INCOME:..............................................$ 0.00

```
ADDITIONAL FORM 8814 NET INCOME:...............................$ 0.00
SCHEDULE EIC SE INCOME PER COMPUTER:............................$ 0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:...............$ 28,679.00
SCH EIC DISQUALIFIED INC COMPUTER:..............................$ 0.00
TOTAL INCOME:.........................................$ 28,679.00
TOTAL INCOME PER COMPUTER:............................$ 28,679.00
```

Adjustments to Income

```
EDUCATOR EXPENSES:..............................................$ 0.00
EDUCATOR EXPENSES PER COMPUTER:.................................$ 0.00
IRA DEDUCTION:..................................................$ 0.00
IRA DEDUCTION PER COMPUTER:.....................................$ 0.00
STUDENT LOAN INTEREST DEDUCTION:..........................$ 2,396.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:.............$ 2,396.00
TUITION AND FEES DEDUCTION:.....................................$ 0.00
TUITION AND FEES DEDUCTION PER COMPUTER:........................$ 0.00
MEDICAL SAVINGS ACCT DEDUCTION:.................................$ 0.00
MEDICAL SAVINGS ACCT DEDUCTION PER COMPUTER:....................$ 0.00
MOVING EXPENSES: F3903:.........................................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION:..................................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:.....................$ 0.00
SELF-EMP HEALTH INS DEDUCTION:..................................$ 0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:...............................$ 0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:............................$ 0.00
ALIMONY PAID SSN:
ALIMONY PAID:...................................................$ 0.00
OTHER ADJUSTMENTS:..............................................$ 0.00
TOTAL ADJUSTMENTS:.......................................$ 2,396.00
TOTAL ADJUSTMENTS PER COMPUTER:..........................$ 2,396.00
ADJUSTED GROSS INCOME:..................................$ 26,283.00
ADJUSTED GROSS INCOME PER COMPUTER:.....................$ 26,283.00
```

Tax and Credits

```
65-OR-OVER:.........................................................0
BLIND:..............................................................0
SPOUSE 65-OR-OVER:..................................................0
SPOUSE BLIND:.......................................................0
STANDARD DEDUCTION PER COMPUTER:.........................$ 4,750.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:.....................$ 0.00
TAX TABLE INCOME PER COMPUTER:..........................$ 21,533.00
EXEMPTION AMOUNT PER COMPUTER:...........................$ 3,050.00
TAXABLE INCOME:.........................................$ 18,483.00
TAXABLE INCOME PER COMPUTER:............................$ 18,483.00
TOTAL POSITIVE INCOME PER COMPUTER:....................$ 28,679.00
TENTATIVE TAX:...........................................$ 2,421.00
TENTATIVE TAX PER COMPUTER:..............................$ 2,421.00
FORM 8814 ADDITIONAL TAX AMOUNT:................................$ 0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:.................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:..............................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:.................$ 0.00
FOREIGN TAX CREDIT:.............................................$ 0.00
FOREIGN TAX CREDIT PER COMPUTER:................................$ 0.00
CHILD & DEPENDENT CARE CREDIT:..................................$ 0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:.....................$ 0.00
CREDIT FOR ELDERLY AND DISABLED:................................$ 0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:...................$ 0.00
EDUCATION CREDIT:...............................................$ 0.00
EDUCATION CREDIT PER COMPUTER:..................................$ 0.00
GROSS EDUCATION CREDIT PER COMPUTER:............................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT:................................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:...................$ 0.00
CHILD TAX CREDIT:..............................................$ 0.00
CHILD TAX CREDIT PER COMPUTER:.................................$ 0.00
ADOPTION CREDIT: F8839:........................................$ 0.00
ADOPTION CREDIT PER COMPUTER:.................................$ 0.00
FORM 8859 1ST TIME HOMEBUYERS:.................................$ 0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:....................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:.........................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:............$ 0.00
F8396 AND F8859 CREDITS:.......................................$ 0.00
```

```
J00016071115
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:...................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:...................$ 0.00
FORM 1040C CREDIT:.................................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801:....................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:.......................$ 0.00
TENTATIVE EMPOWERMENT ZONE CREDIT: F8844:..........................$ 0.00
EMPOWERMENT ZONE CREDIT: F8844:....................................$ 0.00
OTHER CREDITS:.....................................................$ 0.00
TOTAL CREDITS:.....................................................$ 0.00
TOTAL CREDITS PER COMPUTER:........................................$ 0.00
INCOME TAX AFTER CREDITS PER COMPUTER:.............................$ 2,421.00
```

Other Taxes

```
SE TAX:............................................................$ 0.00
SE TAX PER COMPUTER:...............................................$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:...............$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:..$ 0.00
TAX ON QUALIFIED PLANS F5329 (PR):.................................$ 0.00
COMBINED TX ON RETIREMENT PLANS PER COMPUTER:......................$ 0.00
IRAF TAX PER COMPUTER:.............................................$ 0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:.....................$ 2,421.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:......................$ 2,421.00
ADVANCED EARNED INCOME:............................................$ 0.00
UNPAID FICA ON REPORTED TIPS:......................................$ 0.00
FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS:......................$ 0.00
RECAPTURE TAX: F8611:..............................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES:........................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:...........................$ 0.00
RECAPTURE TAXES:...................................................$ 0.00
TOTAL ASSESSMENT PER COMPUTER:.....................................$ 2,421.00
TOTAL TAX LIABILITY TP FIGURES:....................................$ 2,421.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:.......................$ 2,421.00
```

Payments

```
FEDERAL INCOME TAX WITHHELD:.......................................$ 2,666.00
ESTIMATED TAX PAYMENTS:............................................$ 0.00
EARNED INCOME CREDIT:..............................................$ 0.00
EARNED INCOME CREDIT PER COMPUTER:.................................$ 0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:........................$ 0.00
TOT SS/MEDICARE WITHHELD: F8812:...................................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:.............................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:....................$ 0.00
AMOUNT PAID WITH FORM 4868:........................................$ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:.....................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:.........................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:............$ 0.00
HEALTH COVERAGE TX CR: F8885:......................................$ 0.00
TOTAL PAYMENTS:....................................................$ 2,666.00
TOTAL PAYMENTS PER COMPUTER:.......................................$ 2,666.00
```

Refund or Amount Owed

```
REFUND AMOUNT:.....................................................$ -245.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:..............................$ 0.00
ESTIMATED TAX PENALTY:.............................................$ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:......................$ 0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:.......................$ -245.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:..........................$ -245.00
```

Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:....................................
AUTHORIZATION INDICATOR:...........................................1
THIRD PARTY DESIGNEE NAME:.........................................
THIRD PARTY DESIGNEE PHONE NUMBER:.................................5139889609
```
          This Product Contains Sensitive Taxpayer Data

100014071115
This Product Contains Sensitive Taxpayer Data

Request Date: 04-06-2007
Response Date: 04-06-2007
IRS Employee Number: 8B1GB
Tracking Number: 100014071115

Tax Return Transcript

SSN Provided:
Tax Period Ending: Dec. 31, 2004

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.



SSN:
SPOUSE SSN:

NAME(S) SHOWN ON RETURN: SHAWN R PRYOR

ADDRESS: 7807 JOHN ADAMS LN
DAYTON, OH 45459-4012-079

FILING STATUS:                                                Single
FORM NUMBER:                                                    1040
CYCLE POSTED:                                               20052008
RECEIVED DATE:                                        Apr. 15, 2005
REMITTANCE:                                                     0.00
EXEMPTION NUMBER:                                                  1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:                                             P00-42-5736
PREPARER EIN:                                             34-1915640

Income

WAGES, SALARIES, TIPS, ETC:.....................................$ 30,011.00
TAXABLE INTEREST INCOME: SCH B:.................................$ 0.00
TAX-EXEMPT INTEREST:............................................$ 0.00
ORDINARY DIVIDEND INCOME: SCH B:................................$ 0.00
QUALIFIED DIVIDENDS:............................................$ 0.00
REFUNDS OF STATE/LOCAL TAXES:...................................$ 0.00
ALIMONY RECEIVED:..............................................$ 0.00
BUSINESS INCOME OR LOSS (Schedule C):..........................$ 0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:...................$ 0.00
CAPITAL GAIN OR LOSS: (Schedule D):............................$ 0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:.....................$ 0.00
OTHER GAINS OR LOSSES (Form 4797):.............................$ 0.00
TOTAL IRA DISTRIBUTIONS:.......................................$ 0.00
TAXABLE IRA DISTRIBUTIONS:.....................................$ 0.00
TOTAL PENSIONS AND ANNUITIES:..................................$ 0.00
TAXABLE PENSION/ANNUITY AMOUNT:................................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):..................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:.....$ 0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:.........................$ 0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:.........................$ 0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:...................$ 0.00
FARM INCOME OR LOSS (Schedule F):..............................$ 0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:.................$ 0.00
UNEMPLOYMENT COMPENSATION:.....................................$ 0.00
TOTAL SOCIAL SECURITY BENEFITS:................................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS:..............................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:.................$ 0.00
OTHER INCOME:..................................................$ 0.00
ADDITIONAL FORM 8814 NET INCOME:...............................$ 0.00

```
100014071115
SCHEDULE EIC SE INCOME PER COMPUTER:.................................$ 0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:.........................$ 30,011.00
SCH EIC DISQUALIFIED INC COMPUTER:..................................$ 0.00
TOTAL INCOME:...................................................$ 30,011.00
TOTAL INCOME PER COMPUTER:.....................................$ 30,011.00
```

Adjustments to Income

```
EDUCATOR EXPENSES:..................................................$ 0.00
EDUCATOR EXPENSES PER COMPUTER:.....................................$ 0.00
RESERVIST AND OTHER BUSINESS EXPENSE:...............................$ 0.00
IRA DEDUCTION:......................................................$ 0.00
IRA DEDUCTION PER COMPUTER:.........................................$ 0.00
STUDENT LOAN INTEREST DEDUCTION:....................................$ 0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:.......................$ 0.00
TUITION AND FEES DEDUCTION:.........................................$ 0.00
TUITION AND FEES DEDUCTION PER COMPUTER:............................$ 0.00
HEALTH SAVINGS ACCT DEDUCTION:......................................$ 0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:...........................$ 0.00
MOVING EXPENSES: F3903..............................................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION:......................................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:.........................$ 0.00
SELF-EMP HEALTH INS DEDUCTION:......................................$ 0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:...................................$ 0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:................................$ 0.00
ALIMONY PAID SSN:...................................................
ALIMONY PAID:.......................................................$ 0.00
OTHER ADJUSTMENTS:..................................................$ 0.00
ARCHER MSA DEDUCTION:...............................................$ 0.00
ARCHER MSA DEDUCTION PER COMPUTER:..................................$ 0.00
TOTAL ADJUSTMENTS:..................................................$ 0.00
TOTAL ADJUSTMENTS PER COMPUTER:.....................................$ 0.00
ADJUSTED GROSS INCOME:.........................................$ 30,011.00
ADJUSTED GROSS INCOME PER COMPUTER:............................$ 30,011.00
```

Tax and Credits

```
65-OR-OVER:.........................................................0
BLIND:..............................................................0
SPOUSE 65-OR-OVER:..................................................0
SPOUSE BLIND:.......................................................0
STANDARD DEDUCTION PER COMPUTER:................................$ 4,850.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:.........................$ 0.00
TAX TABLE INCOME PER COMPUTER:.................................$ 25,161.00
EXEMPTION AMOUNT PER COMPUTER:..................................$ 3,100.00
TAXABLE INCOME:................................................$ 22,061.00
TAXABLE INCOME PER COMPUTER:...................................$ 22,061.00
TOTAL POSITIVE INCOME PER COMPUTER:............................$ 30,011.00
TENTATIVE TAX:.................................................$ 2,954.00
TENTATIVE TAX PER COMPUTER:....................................$ 2,954.00
FORM 8814 ADDITIONAL TAX AMOUNT:....................................$ 0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:.....................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:..................................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:.....................$ 0.00
FOREIGN TAX CREDIT:.................................................$ 0.00
FOREIGN TAX CREDIT PER COMPUTER:....................................$ 0.00
CHILD & DEPENDENT CARE CREDIT:......................................$ 0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:.........................$ 0.00
CREDIT FOR ELDERLY AND DISABLED:....................................$ 0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:.......................$ 0.00
EDUCATION CREDIT:...................................................$ 0.00
EDUCATION CREDIT PER COMPUTER:......................................$ 0.00
GROSS EDUCATION CREDIT PER COMPUTER:................................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT:....................................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:.......................$ 0.00
PRIM RET SAV CNTRB: F8880 LN6A:.....................................$ 0.00
SEC RET SAV CNTRB: F8880 LN6B:......................................$ 0.00
CHILD TAX CREDIT:...................................................$ 0.00
CHILD TAX CREDIT PER COMPUTER:......................................$ 0.00
ADOPTION CREDIT: F8839..............................................$ 0.00
ADOPTION CREDIT PER COMPUTER:.......................................$ 0.00
FORM 8859 1ST TIME HOMEBUYERS:......................................$ 0.00
```

```
                100014071115
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:...............................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:.....................................$ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:........................$ 0.00
F8396 AND F8859 CREDITS:...................................................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS:........................................$ 0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:...........................$ 0.00
FORM 1040C CREDIT:.........................................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801:............................................$ 0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:...............................$ 0.00
TENTATIVE EMPOWERMENT ZONE CREDIT: F8844:..................................$ 0.00
EMPOWERMENT ZONE CREDIT: F8844:............................................$ 0.00
OTHER CREDITS:.............................................................$ 0.00
TOTAL CREDITS:.............................................................$ 0.00
TOTAL CREDITS PER COMPUTER:................................................$ 0.00
INCOME TAX AFTER CREDITS PER COMPUTER:.................................$ 2,954.00
```

Other Taxes

```
SE TAX:....................................................................$ 0.00
SE TAX PER COMPUTER:.......................................................$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:.......................$ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:..........$ 0.00
TAX ON QUALIFIED PLANS F5329 (PR):.........................................$ 0.00
COMBINED TX ON RETIREMENT PLANS PER COMPUTER:..............................$ 0.00
IRAF TAX PER COMPUTER:.....................................................$ 0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:........................$ 2,954.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:.........................$ 2,954.00
ADVANCED EARNED INCOME:....................................................$ 0.00
UNPAID FICA ON REPORTED TIPS:..............................................$ 0.00
FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS:..............................$ 0.00
RECAPTURE TAX: F8611:......................................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES:................................................$ 0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:...................................$ 0.00
RECAPTURE TAXES:...........................................................$ 0.00
TOTAL ASSESSMENT PER COMPUTER:........................................$ 2,954.00
TOTAL TAX LIABILITY TP FIGURES:.......................................$ 2,954.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:..........................$ 2,954.00
```

Payments

```
FEDERAL INCOME TAX WITHHELD:..........................................$ 2,837.00
ESTIMATED TAX PAYMENTS:....................................................$ 0.00
EARNED INCOME CREDIT:......................................................$ 0.00
EARNED INCOME CREDIT PER COMPUTER:.........................................$ 0.00
NONTAXABLE COMBAT PAY ELECTION:............................................$ 0.00
FORM 8812 NONTAXABLE COMBAT PAY:...........................................$ 0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:................................$ 0.00
TOT SS/MEDICARE WITHHELD: F8812:...........................................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:.....................................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:........................$ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:............................$ 0.00
AMOUNT PAID WITH FORM 4868:................................................$ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:.............................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:.................................$ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:....................$ 0.00
HEALTH COVERAGE TX CR: F8885:..............................................$ 0.00
TOTAL PAYMENTS:.......................................................$ 2,837.00
TOTAL PAYMENTS PER COMPUTER:..........................................$ 2,837.00
```

Refund or Amount Owed

```
AMOUNT YOU OWE:.........................................................$ 117.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:......................................$ 0.00
ESTIMATED TAX PENALTY:.....................................................$ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:..............................$ 0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:............................$ 117.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:...............................$ 117.00
```

Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:............................................
AUTHORIZATION INDICATOR:..................................................1
```

Request Date: 04-06-2007
Response Date: 04-06-2007
IRS Employee Number: 8B1GB
Tracking Number: 100014071115

Tax Return Transcript

SSN Provided:
Tax Period Ending: Dec. 31, 2005

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.

SSN:
SPOUSE SSN:

NAME(S) SHOWN ON RETURN: SHAWN R PRYOR

ADDRESS: 7807 JOHN ADAMS LN
DAYTON, OH 45459-4012-079

FILING STATUS:                                                    Single
FORM NUMBER:                                                        1040
CYCLE POSTED:                                                  20060608
RECEIVED DATE:                                            Apr.15, 2006
REMITTANCE:                                                         0.00
EXEMPTION NUMBER:                                                      1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:                                                 P00-42-5736
PREPARER EIN:                                                 34-1915840

Income

WAGES, SALARIES, TIPS, ETC:.........................................$ 35,350.00
TAXABLE INTEREST INCOME: SCH B:.....................................$ 0.00
TAX-EXEMPT INTEREST:................................................$ 0.00
ORDINARY DIVIDEND INCOME: SCH B:....................................$ 0.00
QUALIFIED DIVIDENDS:................................................$ 0.00
REFUNDS OF STATE/LOCAL TAXES:.......................................$ 0.00
ALIMONY RECEIVED:...................................................$ 0.00
BUSINESS INCOME OR LOSS (Schedule C):...............................$ 0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:........................$ 0.00
CAPITAL GAIN OR LOSS: (Schedule D):.................................$ 0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:..........................$ 0.00
OTHER GAINS OR LOSSES (Form 4797):..................................$ 0.00
TOTAL IRA DISTRIBUTIONS:............................................$ 0.00
TAXABLE IRA DISTRIBUTIONS:..........................................$ 0.00
TOTAL PENSIONS AND ANNUITIES:.......................................$ 0.00
TAXABLE PENSION/ANNUITY AMOUNT:.....................................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):.......................$ 0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:..........$ 0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:..............................$ 0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:..............................$ 0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:........................$ 0.00
FARM INCOME OR LOSS (Schedule F):...................................$ 0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:......................$ 0.00
UNEMPLOYMENT COMPENSATION:..........................................$ 0.00
TOTAL SOCIAL SECURITY BENEFITS:.....................................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS:...................................$ 0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:......................$ 0.00
OTHER INCOME:.......................................................$ 0.00
SCHEDULE EIC SE INCOME PER COMPUTER:................................$ 0.00

SCH EIC DISQUALIFIED INC COMPUTER:.............................$ 0.00
TOTAL INCOME:.................................................$ 35,350.00
TOTAL INCOME PER COMPUTER:....................................$ 35,350.00

Adjustments to Income

EDUCATOR EXPENSES:............................................$ 0.00
EDUCATOR EXPENSES PER COMPUTER:...............................$ 0.00
RESERVIST AND OTHER BUSINESS EXPENSE:.........................$ 0.00
HEALTH SAVINGS ACCT DEDUCTION:................................$ 0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:.....................$ 0.00
MOVING EXPENSES: F3903:.......................................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION:................................$ 0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:...................$ 0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:.............................$ 0.00
SELF-EMP HEALTH INS DEDUCTION:................................$ 0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:..........................$ 0.00
ALIMONY PAID SSN:.............................................
ALIMONY PAID:.................................................$ 0.00
IRA DEDUCTION:................................................$ 0.00
IRA DEDUCTION PER COMPUTER:...................................$ 0.00
STUDENT LOAN INTEREST DEDUCTION:..............................$ 2,163.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:.................$ 2,163.00
TUITION AND FEES DEDUCTION:...................................$ 0.00
TUITION AND FEES DEDUCTION PER COMPUTER:......................$ 0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:.....................$ 0.00
OTHER ADJUSTMENTS:............................................$ 0.00
ARCHER MSA DEDUCTION:.........................................$ 0.00
ARCHER MSA DEDUCTION PER COMPUTER:............................$ 0.00
TOTAL ADJUSTMENTS:............................................$ 2,163.00
TOTAL ADJUSTMENTS PER COMPUTER:...............................$ 2,163.00
ADJUSTED GROSS INCOME:........................................$ 33,187.00
ADJUSTED GROSS INCOME PER COMPUTER:...........................$ 33,187.00

Tax and Credits

65-OR-OVER:...................................................0
BLIND:.......................................................0
SPOUSE 65-OR-OVER:...........................................0
SPOUSE BLIND:................................................0
STANDARD DEDUCTION PER COMPUTER:..............................$ 5,000.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:...................$ 0.00
TAX TABLE INCOME PER COMPUTER:................................$ 28,187.00
EXEMPTION AMOUNT PER COMPUTER:................................$ 3,200.00
TAXABLE INCOME:...............................................$ 24,987.00
TAXABLE INCOME PER COMPUTER:..................................$ 24,987.00
TOTAL POSITIVE INCOME PER COMPUTER:...........................$ 35,350.00
TENTATIVE TAX:................................................$ 3,381.00
TENTATIVE TAX PER COMPUTER:...................................$ 3,381.00
FORM 8814 ADDITIONAL TAX AMOUNT:..............................$ 0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:...............$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:............................$ 0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:...............$ 0.00
FOREIGN TAX CREDIT:...........................................$ 0.00
FOREIGN TAX CREDIT PER COMPUTER:..............................$ 0.00
CHILD & DEPENDENT CARE CREDIT:................................$ 0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:...................$ 0.00
CREDIT FOR ELDERLY AND DISABLED:..............................$ 0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:.................$ 0.00
EDUCATION CREDIT:.............................................$ 0.00
EDUCATION CREDIT PER COMPUTER:................................$ 0.00
GROSS EDUCATION CREDIT PER COMPUTER:..........................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT:..............................$ 0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:.................$ 0.00
PRIM RET SAV CNTRB: F8880 LN6A:...............................$ 0.00
SEC RET SAV CNTRB: F8880 LN6B:................................$ 0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:...........$ 0.00
CHILD TAX CREDIT:.............................................$ 0.00
CHILD TAX CREDIT PER COMPUTER:................................$ 0.00
ADOPTION CREDIT: F8839:.......................................$ 0.00
ADOPTION CREDIT PER COMPUTER:.................................$ 0.00

```
                                                                        $ 0.00
DC 1ST TIME HOMEBUYERS CREDIT:.................................... $ 0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:....................... $ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:............................ $ 0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:............... $ 0.00
F8396 AND F8859 CREDITS:.......................................... $ 0.00
FORM 3800 GENERAL BUSINESS CREDITS:............................... $ 0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:.................. $ 0.00
FORM 1040C CREDIT:................................................ $ 0.00
PRIOR YR MIN TAX CREDIT: F8801:................................... $ 0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:...................... $ 0.00
TENTATIVE EMPOWERMENT ZONE CREDIT: F8844:......................... $ 0.00
EMPOWERMENT ZONE CREDIT: F8844:................................... $ 0.00
OTHER CREDITS:.................................................... $ 0.00
TOTAL CREDITS:.................................................... $ 0.00
TOTAL CREDITS PER COMPUTER:....................................... $ 0.00
INCOME TAX AFTER CREDITS PER COMPUTER:............................ $ 3,381.00
```

## Other Taxes

```
                                                                        $ 0.00
SE TAX:.......................................................... $ 0.00
SE TAX PER COMPUTER:............................................. $ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:............. $ 0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:. $ 0.00
TAX ON QUALIFIED PLANS F5329 (PR):............................... $ 0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:....................... $ 0.00
IRAF TAX PER COMPUTER:........................................... $ 3,381.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:................... $ 3,381.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:.................... $ 0.00
ADVANCED EARNED INCOME:.......................................... $ 0.00
UNPAID FICA ON REPORTED TIPS:.................................... $ 0.00
FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS:.................... $ 0.00
RECAPTURE TAX: F8611:............................................ $ 0.00
HOUSEHOLD EMPLOYMENT TAXES:...................................... $ 0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:......................... $ 0.00
RECAPTURE TAXES:................................................. $ 3,381.00
TOTAL ASSESSMENT PER COMPUTER:................................... $ 3,381.00
TOTAL TAX LIABILITY TP FIGURES:.................................. $ 3,381.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:..................... $ 3,381.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:..................................... $ 4,546.00
ESTIMATED TAX PAYMENTS:.......................................... $ 0.00
EARNED INCOME CREDIT:............................................ $ 0.00
EARNED INCOME CREDIT PER COMPUTER:............................... $ 0.00
PRIOR YEAR EARNED INCOME:........................................ 
FORM 8812 PRIOR YEAR EARNED INCOME CREDIT ELECT IND:............. $ 0.00
FORM 8812 PRIOR YEAR EARNED INCOME CREDIT:....................... $ 0.00
NONTAXABLE COMBAT PAY ELECTION:.................................. $ 0.00
FORM 8812 NONTAXABLE COMBAT PAY:................................. $ 0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:...................... $ 0.00
TOT SS/MEDICARE WITHHELD: F8812:................................. $ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:........................... $ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:............. $ 0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:................. $ 0.00
AMOUNT PAID WITH FORM 4868:...................................... $ 0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:.................. $ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:...................... $ 0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:......... $ 0.00
HEALTH COVERAGE TX CR: F8885:.................................... $ 4,546.00
TOTAL PAYMENTS:.................................................. $ 4,546.00
TOTAL PAYMENTS PER COMPUTER:..................................... $ 4,546.00
```

## Refund or Amount Owed

```
REFUND AMOUNT:................................................... $ -1,165.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:........................... $ 0.00
ESTIMATED TAX PENALTY:.......................................... $ 0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:................... $ -1,165.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:.................... $ -1,165.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:....................... $ -1,165.00
```

100014071115

Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:.........................................................
AUTHORIZATION INDICATOR:.............................................................1
THIRD PARTY DESIGNEE NAME:.............................................................

This Product Contains Sensitive Taxpayer Data