```
 1        A.    Whatever Middletown, whoever services
 2   Middletown.
 3        Q.    Do you know who services Middletown?
 4        A.    No.
 5        Q.    Do you know who you pay your bills to?
 6        A.    No.  That's the wife's bill.  I paid
 7   the mortgage; she paid the bills.
 8              MS. PRYOR:  I think that's all I have
 9   for now.  Obviously any documents --
10              MS. DONAHUE:  No questions.
11              (Deposition concluded at 1:55 p.m.)
12
13
14              _____
                      Rodrique D. Russell
15                                         12.10.07
16
17              **SEE PAGE 94
                   Signed pursuant to Rule 30
```

```
                    **See signature page 91**

        RULE 30(E) OF THE FEDERAL RULES OF CIVIL
PROCEDURE BEING INVOKED.
        REASON: AFTER HAVING BEEN SUBMITTED FOR
SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT
WITHIN THE ALLOTTED TIME PER RULE 30(E).


                    C E R T I F I C A T E

        I, SUSAN M. BARHORST, THE UNDERSIGNED, HAVE
SIGNED THE SIGNATURE OF RODERIQUE D. RUSSELL, TO
THE DEPOSITION PURSUANT TO THE ABOVE-STATED REASON.



                    _____
                    SUSAN M. BARHORST
                    NOTARY PUBLIC-STATE OF OHIO
                    MY COMMISSION EXPIRES:
                    FEBRUARY 18, 2009
```