

## AK Steel Corporation

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name: **Roderique** (FIRST) **D** (MIDDLE) **Russell** (LAST)   Date: **21 July, 2000**

Present Address: **2807** (NO.) **Lopane Ave** (STREET)   **Middletown** (CITY) **OH** (STATE) **45044** (ZIP CODE)

Phone Number — or number where you can be reached: ( **513** ) **422-7544**

Permanent Address: **2807** (NO.) **Lopane Ave** (STREET)   **Middletown** (CITY) **OH** (STATE) **45044** (ZIP CODE)

Permanent Phone: ( **513** ) **422-7544**   Social Security # _____

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? **Yes**
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? **No**

If yes, explain. _____

Date available for employment: **24 July, 2000**

If the job requires, are you willing to travel? **Yes**   Relocate? **Yes**

If the job requires, are you able to work all shifts? **Yes**

Have you previously applied at Armco or AK Steel? **Yes**   If yes, when/where? **Summer 90, 91, 92; Dec 94, Oct. 95**

Have you previously worked for Armco or AK Steel? **No**   If yes, when/where? _____


EXHIBIT
RUSSELL
1  6-6-07

**EDUCATIONAL BACKGROUND:**

Circle last grade completed   1  2  3  4  5  6  7  8  9  10  11  ⑫         College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | GRADUATED NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP, MID, BOT, 1.3 |
|---|---|---|---|---|---|---|
| HIGH | MIDDLETOWN HIGH | ✓ | | NA | COLLEGE PREP | 2.8/MID ½ |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | KENTUCKY STATE UNIV. | ✓ | | BA | ELEM. ED (MATH) | 2.7 |
| | MIAMI UNIV. - MIDDLETOWN | — | NA | — | TCH. ADV. MATH/SCI | 3.0 |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. NA

If presently enrolled, indicate where and field of study: NA

Describe any definite plans for further study: NA

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests:
BEING A TRUSTEE at CHURCH and BECOMING A MASON HAS HELP ME IN LIFE IN GENERAL

MILITARY SERVICE: Are you a Veteran of the U.S. Military Service?  ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

**EMPLOYMENT EXPERIENCE:**

PRESENT OR MOST RECENT POSITION

Name of employer MALACHI/PROJECT CONNECT    Your title FAMILY SERV. COORDINATOR

Address 1755 S. UNIV., MIDDLETOWN, OH 45044    Kind of business SCHOOL

Describe your position A LIASON FOR THE SCHOOL AND THE PARENTS OF THE CHILD

Period of employment from 1/99 (MO/YR) to PRESENT (MO/YR)    Name of person for whom you worked SHARON BOGAN    Rate of earnings 13.50

Give exact reason for leaving _____

---

NEXT PREVIOUS POSITION

Name of employer FRASER PAPER    Your title 4TH HAND

Address 51 S. MAIN, W. CARROLLTON, OH    Kind of business PAPERMAKER

Describe your position PREPARE PAPER FOR SHIPPING

Period of employment from 3/98 (MO/YR) to 1/99 (MO/YR)    Name of person for whom you worked RICK BLOOM    Rate of earnings 12.60

Give exact reason for leaving PROJECT CONNECT

---

NEXT PREVIOUS POSITION

Name of employer PRINCETON CITY SCHOOLS    Your title SBH - TEACHERS AIDE

Address PRINCETON JR. HIGH    Kind of business SCHOOL

Describe your position PLAN LESSONS and HELP TEACHER CLASSROOM EXERCISES

Period of employment from 10/97 (MO/YR) to 3/98 (MO/YR)    Name of person for whom you worked NA    Rate of earnings $70 A DAY

Give exact reason for leaving MORE PAY

---

NEXT PREVIOUS POSITION

Name of employer MIDDLETOWN/TROY-MADISON CITY SCHOOLS    Your title SUBSTITUTE TEACHER

Address NA    Kind of business SCHOOL

Describe your position FILL-IN FOR TEACHERS THAT ARE ABSENT

Period of employment from 12/94 (MO/YR) to 12/97 (MO/YR)    Name of person for whom you worked NA    Rate of earnings $54 A DAY

Give exact reason for leaving _____

---

How much time have you lost from work in the past two years? NONE

## JOB INTERESTS AND SKILLS:

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*PROFESSIONAL; LABOR*

Expected wage or salary $ *13.50*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: *I've worked swing shift before. I can operate squeezer, fork lift.*

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

*Able to get along with anyone and I have good leadership skills*

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|---|---|---|---|
| Elmon Prier | 5705 Greenview Dr | 422-4268 | Friend |
| Frank Latimer | 704 17th Ave | 422-4188 | Friend |
| Greg Tyus | 818 15th Ave | 423-1557 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant *[signature]*   *21 July 2000*   *[signature]*
Application received by/Date received

# APPLICANT SURVEY

Applicant Name: _Roderique Russell_    Date: _21 July, 2000_

| Item | Response | | |
|---|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | 1 | | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed | SORG PAPER | 2 | |
| | FRASER PAPER | 1½ | |
| | MALACHI | 2 | |
| | | | |
| 3. Have you ever been terminated from any employer? | YES | **NO** | |
| 4. Do you have a high school diploma or GED? | **YES** | NO | |
| 5. Do you have a valid driver's license? | **YES** | NO | |
| 6. Do you have reliable transportation? | **YES** | NO | |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | **NO** | |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | **A** | B | C |
| 9. Have you ever worked for AK Steel/Armco before? | YES | **NO** | |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | 6 | | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | YES | **NO** | |
| 12. List any education beyond high school. | KENTUCKY STATE UNIVERSITY | | |
| | MIAMI-UNIV.-MIDDLETOWN | | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | YES | **NO** | |
| 14. Have you ever worked rotating shifts for a previous employer? | **YES** | NO | |

EXHIBIT
Russell
2  6-4-07
  Smith

**AK Steel Corporation**
MIDDLETOWN WORKS-PERSONNEL RELATIONS
1801 CRAWFORD STREET
MIDDLETOWN, OHIO 45043-0001

September 12, 2002

Mr. Roderique Russell
2807 Lopaine Avenue
Middletown, Ohio 45044

Dear Mr. Russell:

    I am writing to you because you did not return the messages which I left on your voicemail on August 28th and 29th. I had called and I am writing because I would like to discuss your application for employment at AK Steel Corporation. Please call me at (513) 425-3512. If you get my voicemail, please leave a phone number and time when I can reach you.

Thanks,

Jessica Hicks
AK Steel – Middletown Works
Associate Human Resource Representative
513-425-3512



EXHIBIT
RUSSELL
3  6-6-07
    pmb

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 221A00326 |

_____ State or local Agency, if any _____ and EEOC

**NAME** (Indicate Mr., Ms., Mrs.): Roderique D. Russell

**HOME TELEPHONE** (Include Area Code): (513) 422-9766

**STREET ADDRESS**: 2807 Lopane Avenue, **CITY, STATE AND ZIP CODE**: Middletown, Ohio 45044

**DATE OF BIRTH**: 12/07/70

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: A.K. Steel Company
**NUMBER OF EMPLOYEES, MEMBERS**: 703 Curtis Street, Middletown, Ohio 45043
**TELEPHONE** (Include Area Code): (513) 683-5300

STREET ADDRESS   CITY, STATE AND ZIP CODE                                          COUNTY

NAME:
TELEPHONE NUMBER (include Area Code):
STREET ADDRESS   CITY, STATE AND ZIP CODE                                          COUNTY

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☒ Race  ☒ Color  ☐ Sex  ☐ Religion  ☐ National Origin
☐ Retaliation  ☐ Age  ☒ Discrimination  ☐ Other (Specify)

**DATE DISCRIMINATION TOOK PLACE**
earliest (ADEA/EPA)  LATEST(ALL)
  / /                  August, 1999
☐ Continuing Action

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

1. I am an African American male, age 29 (D.O.B. 12/07/70).

2. On or about August 1999, I submitted an application for employment with A.K. Steel in Middletown, Ohio. I was applying for entry level jobs. By reason of my background and prior work experience, I am fully qualified for an entry level or a laborer position.

3. To date I have received no response to my application.

EXHIBIT
RUSSELL
4  6-6-07

☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (when necessary for State and Local Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date 25 Jan 00              Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

TEST FORM 5 (09/01/91)

JANINE G. LANG
Notary Public, State of Ohio
My Commission Expires Jan. 6, 2003

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 221A200673 |

_____Cincinnati Area Office_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Roderique Russell | (513) 422-7544 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2807 Lopaine Ave. | Middletown, OH 45044 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| AK Steel | >20 | 1-800-331-5050 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 703 Curtis Street | Middletown, Ohio 45043 | |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
April 2002

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**EXHIBIT**
Russell
5    6-6-07
DMB

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

15 June 02
Date    Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (10/94)

# CHARGE OF DISCRIMINATION
# RODERIQUE RUSSELL
# PAGE 1

## I. Overview of Individual and Class Allegations

AK Steel Corporation has discriminated and continues to discriminate against me in the terms and conditions of my application for employment with them on the basis of my race, African-American, by denying me the opportunity to be hired while hiring equally or less qualified white employees and subjecting me to a racially hostile application process and other forms of discrimination. I believe that AK Steel Corporation's actions are part of a continuing pattern and practice of discrimination against African-American applicants for employment and employees, including but not limited to, denying applicants hiring opportunities while providing such opportunities to equally or less qualified white applicants and subjecting them to a racially hostile application process.

## II. Statement of Facts

I applied to AK Steel in Middletown, Ohio in approximately September 2001. The application instructed me to indicate the position for which I'd like to be considered and I selected either general labor or management. The prerequisite to be a general laborer is a high school diploma. To work in management one must hold a college degree. Because I have a Bachelor of Arts degree in elementary education, mathematics minor, I decided to put in for the position in management. My work experience includes approximately five years as a Fourth Hand Paper Maker at a paper mill, approximately two years as a K-8 substitute teacher in Middletown, and approximately three years as a Service Coordinator for Malachi, a faith-based government funded agency which serves as a resource center helping to find, among other things, tutors, jobs, and transportation to work for kids ages 14-21 who live 70% below the poverty line. My education and experience matched the job descriptions, so I thought that I was well-qualified for either a management or a general laborer position. In addition, I have no felony convictions and am drug-free.

In around September 2001, I was called in to take a test. Although no one ever told me how I did on it, I was later contacted for an interview so I assume that I passed the test. At the interview, I was asked if I would prefer a job in management or one in general labor. I replied that I would prefer to work in management but that I was also interested in a general laborer position if I were not selected for a management job. At the end of the interview, I was told that I would be contacted to come in for a second interview, but that was the last I heard from AK Steel. In March 2002 I put in another application for a general laborer position, but AK Steel did not acknowledge their receipt of my application materials, contact me to schedule a test or interview, or notify me of rejection. I am currently employed by Malachi as a Service Coordinator.

CHARGE OF DISCRIMINATION
RODERIQUE RUSSELL
PAGE 2

### III. Statement of Discrimination

I believe that AK Steel Corporation has discriminated against me and continues to discriminate against me in the terms and conditions of my applications for employment with them on the basis of my race, African-American, in violation of the Civil Rights Act of 1964, as amended, because white applicants with fewer qualifications than me have been hired and I have not, and because I have been subjected to a racially hostile application process and other forms of discrimination and denied the right to apply for work in an environment free of racial discrimination.

I have been adversely affected by these discriminatory practices by being deprived of the equal opportunity to be hired. Such discrimination denies me and other African-Americans the right to be hired for positions for which we are qualified.

This systemic discrimination also adversely affects the status of African-Americans as employees by promoting and reinforcing racial stereotypes and bias in hiring.

### IV. Statement of Classwide Discrimination on the Basis of Race

Based on my experiences, I believe that AK Steel Corporation has engaged and continues to engage in a pattern and practice of discrimination against its African-American applicants for employment and employees that denies them equal employment opportunities in ways including but not limited to the following: denying them hiring opportunities while providing such opportunities to equally or less qualified white employees and subjecting them to a racially hostile application process and work environment in which few other African-Americans are employed. This policy violates Title VII of the 1964 Civil Rights Act, 42 U.S.C. Section 2000(e), et seq.

I believe this policy has effected a class of black persons comprised of all past, present and future black applicants for employment with AK Steel. I believe that these discriminatory practices occur throughout AK Steel Corporation. I make this charge on behalf of myself and all similarly situated African-American applicants for employment and employees.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 19 June, 2002

_____
Charging Party (signature)

| a Control number 0008 XGE | Void ☐ | OMB No. 1545-0008 XGE | | 0008 |
|---|---|---|---|---|
| b Employer identification number 31-1595310 | | 1 Wages, tips, other compensation 25954.32 | | 2 Federal income tax withheld 3535.69 |
| c Employer's name, address, and ZIP code MIDDLETOWN ADOLESCENT LE PO BOX 1314 MIDDLETOWN, OH 45042 | | 3 Social security wages 25954.32 | | 4 Social security tax withheld 1609.17 |
| | | 5 Medicare wages and tips 25954.32 | | 6 Medicare tax withheld 376.34 |
| | | 7 Social security tips | | 8 Allocated tips |
| d Employee's social security number | | 9 Advance EIC payment | | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code RODERIQUE D RUSSELL 612 14TH ST MIDDLETOWN, OH 45044 | | 11 Nonqualified plans | | 12 Benefits included in box 1 |
| | | 13 See instrs. for box 13 | | 14 Other |
| | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☐ | | |
| 16 State OH | Employer's state I.D. no. APPL FOR | 17 State wages, tips, etc. 25954.32 | 18 State income tax 773.02 | 19 Locality name MDDLTWN | 20 Local wages, tips, etc. 25954.32 | 21 Local income tax 389.35 |

Form W-2 Wage and Tax Statement 1999   Department of the Treasury—Internal Revenue Service
Copy D For Employer   For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.



EXHIBIT
RUSSELL
6   6-6-07
       smb

CONFIDENTIAL

| a Control number | Void | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| 0008  XGE | ☐ | XGE | | 0008 |

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 31-1595210 | 27738.88 | 3840.23 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| MIDDLETOWN ADOLESCENT LEADERS<br>PO BOX 1314<br>MIDDLETOWN, OH 45042 | 27738.88 | 1719.81 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 27738.88 | 402.21 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| RODERIQUE D RUSSELL<br>612 14TH ST<br>MIDDLETOWN, OH 45044 | | |
| | 13 See instrs. for box 13 | 14 Other |

15 Statutory employee ☐   Deceased ☐   Pension plan ☐   Legal rep. ☐   Deferred compensation ☐

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| OH | APPL. FOR | 27738.88 | 859.51 | MDDLTWN | 27738.88 | 416.08 |

Form **W-2** Wage and Tax Statement  **2000**
Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

CONFIDENTIAL

| a Control number 0008 XGE | Void ☐ | OMB No. 1545-0008 XGE | | 0008 |
|---|---|---|---|---|
| b Employer identification number 31-1595210 | | 1 Wages, tips, other compensation 30647.00 | 2 Federal income tax withheld 4474.49 | |
| c Employer's name, address, and ZIP code MIDDLETOWN ADOLESCENT LEADERS PO BOX 1314 MIDDLETOWN, OH 45042 | | 3 Social security wages 30647.00 | 4 Social security tax withheld 1900.12 | |
| | | 5 Medicare wages and tips 30647.00 | 6 Medicare tax withheld 444.38 | |
| | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial  Last name RODERIQUE  D  RUSSELL 612 14TH ST MIDDLETOWN, OH 45044 | | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | 14 Other | 12c | |
| | | | 12d | |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number OH  APPL FOR | 16 State wages, tips, etc. 30647.00 | 17 State income tax 1000.38 | 18 Local wages, tips, etc. 30647.00 | 19 Local income tax 459.69 | 20 Locality name MIDDLTWN |

Form **W-2** Wage and Tax Statement       2001       Department of the Treasury—Internal Revenue Service
Copy D For Employer.                              For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

CONFIDENTIAL

## 2005 W2 & EARNINGS SUMMARY

**Employer:** EDVANTAGES, 3100 SHILOH SPRINGS ROAD, TROTWOOD, OH 45426
**Employee:** RODERIQUE RUSSELL, 2807 LOPANE DRIVE, MIDDLETOWN, OH 45044
**Employer ID:** 26-0005250
**Control Number:** 12984
**Filing Status:** 17
**Exemptions:** (illegible)

### WAGES

| Description | Amount |
|---|---|
| TOTAL GROSS WAGES | 32500.08 |

### BENEFITS

| Description | Amount |
|---|---|
| NON-TAXABLE(s) | 3250.08 |

### Box Description

| Description | Amount | Box |
|---|---|---|
| Soc. Security Wages | 30853.08 | 3 |
| Medicare Wages | 30853.08 | 5 |
| Fed. Taxable Wages | 27603.00 | 1 |
| OH Taxable Wages | 30853.08 | 18 |
| Trotw Wages | 30853.08 | 18 |

### WITHHOLDINGS

| Description | Amount | Box |
|---|---|---|
| Fed. Income Tax | 2425.47 | 2 |
| Soc. Security Tax | | 4 |
| Medicare Tax | 447.41 | 6 |
| OH Income Tax | 789.90 | 17 |
| Trotw W/H | 694.25 | 19 |

---

### W2 Wage and Tax Statement 2005 — Federal Filing Copy

- **a** Control Number: 17
- **c** Employer's name, address, and ZIP code: EDVANTAGES, 3100 SHILOH SPRINGS ROAD, TROTWOOD, OH 45426
- **b** Employer's identification number: 26-0005250
- **e** Employee's name and address: RODERIQUE RUSSELL, 2807 LOPANE DRIVE, MIDDLETOWN, OH 45044
- **15** State & Employer's state ID: OH  52-604713
- **16** State wages, tips, etc: 27603.00
- **17** State income tax: 789.90
- **1** Wages, tips, other compensation: 27603.00
- **2** Federal income tax: 2425.47
- **3** Social security wages: 30853.08
- **4** Social security tax: 
- **5** Medicare wages and tips: 30853.08
- **6** Medicare tax withheld: 447.41
- **7** Social security tips
- **8** Allocated tips
- **10** Dependent care benefits
- **11** Nonqualified plans
- **12** See instr. for box 12: E 3250.08
- **13** Stat emp, Ret. Plan, 3rd Party Sick: X
- **14** Other
- **18** Local wages, tips, etc: 30853.08
- **19** Local income tax: 694.25
- **20** Locality name: Trotw

### W2 Wage and Tax Statement 2005 — State Filing Copy

- **a** Control Number: 12984
- **c** Employer's name, address, and ZIP code: EDVANTAGES, 3100 SHILOH SPRINGS ROAD, TROTWOOD, OH 45426
- **b** Employer's identification number: 26-0005250
- **e** Employee's name and address: RODERIQUE RUSSELL, 2807 LOPANE DRIVE, MIDDLETOWN, OH 45044
- **15** State & Employer's state ID: OH  52-604713
- **16** State wages, tips, etc: 27603.00
- **17** State income tax: 789.90
- **1** Wages, tips, other compensation: 27603.00
- **2** Federal income tax: 2425.47
- **3** Social security wages: 30853.08
- **5** Medicare wages and tips: 30853.08
- **6** Medicare tax withheld: 447.41
- **9** Advance EIC payment
- **11** Nonqualified plans
- **12** See instr. for box 12: E 3250.08
- **14** Other
- **18** Local wages, tips, etc: 30853.08
- **19** Local income tax: 694.25
- **20** Locality name: Trotw

CONFIDENTIAL

04/26/2007 23:19   9372773   HSA DAYTON   PAGE 13

Apr 26 07 10:31a   p.2

## 2006 W2 & EARNINGS SUMMARY

EDVANTAGES
3100 SHILOH SPRINGS ROAD
TROTWOOD, OH 45426

26-0005250

RODERIQUE RUSSELL
Social Security #:

Filing Status   Exemptions

**BENEFITS**

| Description | Amount | Box |
|---|---|---|
| NONTAXABLE(-) | | |
| 403B | 2031.30 | 12 |
| **WAGES** | | |
| TOTAL GROSS WAGES | 20312.65 | |
| Description | Amount | Box |
| Soc. Security Wages | 0 | 3 |
| Medicare Wages | 19009.03 | 5 |
| Fed. Taxable Wages | 16977.73 | 1 |
| OH Taxable Wages | 16977.73 | 16 |
| Trotw Wages | 19009.03 | 18 |
| **WITHHOLDINGS** | | |
| Description | Amount | Box |
| Fed. Income Tax | 1449.78 | 2 |
| Soc. Security Tax | 0 | 4 |
| Medicare Tax | 275.70 | 6 |
| OH Income Tax | 460.29 | 17 |
| Trotw W/H | 427.73 | 19 |
| **DEDUCTIONS** | | |
| Description | Amount | Box |
| 403(b) Annuity | 2031.30 | 12 |
| Section 125 Benefit Plan | 1303.92 | |

[Four copies of 2006 W-2 Wage and Tax Statement for Roderique Russell, Employer: Edvantages, 3100 Shiloh Springs Road, Trotwood, OH 45426, EIN 26-0005250, SSN 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, Address: 2807 Lopane Drive, Middletown, OH 45044. Box 1: 16977.73; Box 2: 1449.78; Box 5: 19009.03; Box 6: 275.70; Box 12: E 2031.30; State OH 52-604713; State wages 16977.73; State tax 460.29; Local wages 19009.03; Local tax 427.73; Locality Trotw. Control Number 12984 17. Copies: Federal Filing Copy, State Filing Copy, City or Local Filing Copy, Employee Reference Copy.]

paycor

CONFIDENTIAL

## Copy B To Be Filed with Employee's FEDERAL Tax Return.

| | | 2006 OMB No. 1545-0008 |
|---|---|---|
| a Control number | | |
| b Employer ID no. (EIN) 20-1849958 | 1 Wages, tips, other comp. 12295.50 | 2 Federal income tax withheld 882.00 |
| | 3 Social security wages 12295.50 | 4 Social security tax withheld 882.00 |
| c Employer's name, address, and ZIP code HORIZON SCIENCE ACADEMY - DAYTON, HORIZON SCIENCE ACADEMY - DAYTON 545 ODLIN AVENUE DAYTON OH 45405 | 5 Medicare wages and tips 12645.10 | 6 Medicare tax withheld 183.35 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code RODERIQUE D RUSSELL 612 12TH AVE. MIDDLETOWN OH 45044 | 11 Nonqualified plans | 12a Code See inst. for box 12 E 1366.20 |
| | 13 Statutory employee / Retirement Plan X / Third-party sick pay | 12b Code |
| | 14 Other | 12c Code |
| | | 12d Code |
| 15 State Employer's state ID number OH 52-665850 | 16 State wages, tips, etc. 11278.90 | 17 State income tax 314.43 |
| 18 Local wages, tips, etc. 2437.50 / 9936.76 | 19 Local income tax 0.00 / 283.45 | 20 Locality name OH - SC / OH - SC |

Form W-2 Wage and Tax Statement
This information is being furnished to the Internal Revenue Service.
Dept. of the Treasury - IRS

## Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.

| | | 2006 OMB No. 1545-0008 |
|---|---|---|
| a Control number | | |
| b Employer ID no. (EIN) 20-1849958 | 1 Wages, tips, other comp. 12295.50 | 2 Federal income tax withheld 882.00 |
| | 3 Social security wages 12295.50 | 4 Social security tax withheld 882.00 |
| c Employer's name, address, and ZIP code HORIZON SCIENCE ACADEMY - DAYTON, HORIZON SCIENCE ACADEMY - DAYTON 545 ODLIN AVENUE DAYTON OH 45405 | 5 Medicare wages and tips 12645.10 | 6 Medicare tax withheld 183.35 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code RODERIQUE D RUSSELL 612 12TH AVE. MIDDLETOWN OH 45044 | 11 Nonqualified plans | 12a Code See inst. for box 12 E 1366.20 |
| | 13 Statutory employee / Retirement Plan X / Third-party sick pay | 12b Code |
| | 14 Other | 12c Code |
| | | 12d Code |
| 15 State Employer's state ID number OH 52-665850 | 16 State wages, tips, etc. 11278.90 | 17 State income tax 314.43 |
| 18 Local wages, tips, etc. 2437.50 / 9936.76 | 19 Local income tax 0.00 / 283.45 | 20 Locality name OH - SC / OH - SC |

Form W-2 Wage and Tax Statement
Dept. of the Treasury - IRS

CONFIDENTIAL