UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. 1:02CV467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | |
| v. | : | Magistrate Judge Hogan |
| | : | |
| AK STEEL CORPORATION, | : | |
| | : | **NOTICE OF FILING DEPOSITIONS** |
| Defendant. | : | |

Please take notice that Defendant has filed the transcripts of the depositions of Vivian Bert, taken April 24, 2007; Darlene Denise Carter, taken August 15, 2007; Darrell Carter, taken August 15, 2007; Kay Jackson, taken August 14, 2007; Edward James Lewis, taken June 5, 2007; Shawn Pryor, taken June 6, 2007; and Roderique Russell, taken June 6, 2007; together with the exhibits thereto, with the Clerk of the United States District Court on December 12, 2007.

        Respectfully submitted,

        s/ Patricia Anderson Pryor
        Lawrence J. Barty (0016002)
        barty@taftlaw.com
        Gregory Parker Rogers (0042323)
        rogers@taftlaw.com
        Patricia Anderson Pryor (0069545)
        pryor@taftlaw.com
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202
        (513) 381-2838
        (513) 381-0205 (fax)

        Trial Attorneys for Defendant

{W1148948.1}

**Certificate of Service**

I hereby certify that on December 12, 2007, I electronically filed the foregoing Notice of Filing Depositions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Susan Donahue, Robert Childs, Herman N. Johnson, Jr., Wiggins, Childs, Quinn & Pantazis, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama  35203; Paul H. Tobias and David Kammer, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202; and David Sanford, Sanford, Wittels & Heisler, L.L.P., 2121 K Street, N.W., Suite 700, Washington, D.C.  20037

s/ Patricia Anderson Pryor
Patricia Anderson Pryor (0069545)
pryor@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838
(513) 381-0205 (fax)

Attorney for Defendant