UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. C-1-02-467 |
| | ) | Judge Beckwith |
| AK STEEL CORPORATION, | ) | Magistrate Judge Hogan |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE IN OPPOSITION TO DEFENDANT'S OBJECTIONS TO THE
MAGISTRATE JUDGE'S NOVEMBER 28, 2007 ORDER**

The Plaintiffs, by and through undersigned counsel, move this honorable Court to grant them an

extension of time until Monday, January 7, 2008, to file their response in opposition to Defendant's

Objections to the Magistrate Judge's November 28, 2007 Order (Doc. 144). As grounds for this motion,

the plaintiffs state the following:

1.      Defendants do not oppose the requested extension.

2.      Defendants filed their Objections to the Magistrate Judge's November 28, 2007 Order

(Doc. 144) on December 12, 2007.

3.      Plaintiffs' response is currently due on December 31, 2007.

4.      Plaintiffs' counsel will be occupied during the holiday week of December 24, 2007, with

travel and time with their families. Moreover, the law firm of Wiggins, Childs, Quinn & Pantazis, LLC, will

be closed on Monday, December 31, 2007. Plaintiffs' counsel from this firm will have primary

responsibility for filing the response.

5.     Neither party will be prejudiced by this extension.

6.     The extension will not upset any schedules set by this Court.

WHEREFORE, premises considered, the Plaintiffs respectfully request that their Response in

Opposition to Defendant's Objections to the Magistrate Judge's November 28, 2007 Order be granted

so that their response will now be due on Monday, January 7, 2008.

Respectfully submitted this 18th day of December, 2007,

Respectfully submitted,

s/ *Susan Donahue*
Robert F. Childs, Jr. (*pro hac vice*)
Herman Nathaniel Johnson, Jr. (*pro hac vice)*
Susan Donahue (*pro hac vice*)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)

Paul Henry Tobias (OH bar No. 0032415)
David Donald Kammer
TOBIAS, KRAUS & TORCHIA
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

David W. Sanford (*pro hac vice*)
SANFORD, WITTELS & HEISLER, L.L.P.
2121 K Street N.W.

Suite 700
Washington, D.C. 20037
(202) 942-9124
(202) 628-8189 (facsimile)

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically serve the following:

Mr. Gregory P. Rogers
Mr. Lawrence James Barty
Ms. Patricia Anderson Pryor,
TAFT, STETTINIUS & HOLLISTER, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

s/ *Susan Donahue*
OF COUNSEL