# EXHIBIT 2

## TAFT, STETTINIUS & HOLLISTER LLP

425 WALNUT STREET, SUITE 1800

CINCINNATI, OHIO 45202-3957

513-381-2838
FAX: 513-381-0205
www.taftlaw.com

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6513

CLEVELAND, OHIO OFFICE
3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707

**GREGORY PARKER ROGERS**
(513) 357-9349
rogers@taftlaw.com

February 3, 2003

David Sanford
Gordon, Silberman, Wiggins & Childs, P.C.
7 DuPont Circle, N.W.
Suite 200
Washington, D.C. 20036

    Re:    <u>Bert, et al. v. AK Steel Corporation</u>

Dear Mr. Sanford:

    Enclosed please find Defendant AK Steel Corporation's Initial Disclosures with reference to the above matter.

                              Sincerely,

                              Gregory Parker Rogers

GPR/clh
Encl.
CC:    Grant Morris (w/encl.)
         Paul Tobias (w/encl.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VIVIAN BERT, ET AL., | Case No. C-1-02-467 |
| Plaintiff, | |
| v. | Judge Beckwith |
| AK STEEL CORPORATION, | DEFENDANT AK STEEL CORPORATION'S INITIAL DISCLOSURES |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant AK Steel Corporation ("AK Steel") provides the following initial disclosures to Plaintiffs:

(1) The individuals listed below are likely to have discoverable information that AK Steel may use to support its defenses. The subjects of information listed are not all inclusive; each individual may have knowledge of a subject other than those listed below.

| Name | Subject Matter |
|---|---|
| Vivian Bert | All matters relating to the pleadings |
| Darlene Denise Carter | All matters relating to the pleadings |
| Darrell Carter | All matters relating to the pleadings |
| Marnie Carter | All matters relating to the pleadings |
| Louis Cox | AK Steel's outreach to minorities |
| Donald Edwards | All matters relating to the pleadings |
| Thaddeus Freeman | All matters relating to the pleadings |
| Lucy Gibson<br>Resource Associates Inc.<br>1140 Topside Road, Suite 3<br>Louisville, Tennessee 37777 | Validation of AK Steel's test |

| | |
|---|---|
| Brenda Harmon<br>AK Steel Corporation<br>1801 Crawford Street<br>Middletown, Ohio 45047 | AK Steel's policies, practices and hiring decisions |
| Mary Harris | All matters relating to the pleadings |
| Jessica Hicks<br>AK Steel Corporation<br>1801 Crawford Street<br>Middletown, Ohio 45043 | AK Steel's policies, practices and hiring decisions at Middletown |
| Kay Jackson | All matters relating to the pleadings |
| Tiffany Jackson | All matters relating to the pleadings |
| Michael Lehman<br>AK Steel Corporation<br>1801 Crawford Street<br>Middletown, Ohio 45043 | AK Steel's policies, practices and hiring decisions at Middletown |
| Susan Lester<br>AK Steel Corporation<br>P.O. Box 191<br>Ashland, Kentucky 41105 | AK Steel's policies, practices and hiring decisions at Ashland |
| Dwight Lewis | All matters relating to the pleadings |
| Edward James Lewis | All matters relating to the pleadings |
| Michael Miller | All matters relating to the pleadings |
| Timothy Oliphant | All matters relating to the pleadings |
| Shawn Pryor | All matters relating to the pleadings |
| Roderique Russell | All matters relating to the pleadings |
| Phyllis Short<br>AK Steel Corporation<br>1801 Crawford Street<br>Middletown, Ohio 45043 | AK Steel's policies, practices and hiring decisions at Middletown |
| Ronald Sloan | All matters relating to the pleadings |

Defendant reserves the right to supplement or amend the foregoing.

(2) AK Steel will produce at a mutually agreeable time and place documents consistent with its obligations under Fed. R. Civ. P. 26(a)(1)(B).

- 2 -

(3)  AK Steel has an insurance agreement that is applicable to this matter.

Respectfully submitted,

*/s/ GPR/*

Lawrence J. Barty (0016002)
Gregory Parker Rogers (0042323)
Patricia Anderson Pryor (0069545)
Roger A. Weber (0001257)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)
Trial Attorneys for Defendant
AK Steel Corporation

OF COUNSEL:

John P. O'Connor
AK Steel Corporation
703 Curtis Street
Middletown, Ohio 45043-0001
(513) 425-5000

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this 3 day of ~~January~~ February, 2003 mailed to David Sanford, Eric Bachman, Charles Dixon, Gordon, Silberman, Wiggins & Childs, P.C., 7 DuPont Circle, N.W., Suite 200, Washington, D.C. 20036, Grant Morris, 7 DuPont Circle, N.W., Suite 250, Washington, D.C. 20036, Paul Tobias and Davis Krammer, Tobias Kraus & Torchia LLP, 414 Walnut Street, Suite 911, Cincinnati, Ohio 45202.

_____

H:\Pap\AKSTEEL\Bert Initial Disclosures.wpd