# FREEDOM COURT REPORTING

367 Valley Avenue
Birmingham, Alabama 35209
205.397.2397
877.373.3660

## WITNESS CERTIFICATION

I, _Jessica Morris_, said witness, do hereby acknowledge that I have read the foregoing transcript of my testimony and that it is a true and correct transcription of the answers given by me to the questions propounded, except for the changes, if any, noted on the attached errata sheet.

_____
Witness Signature above:

Printed name: _Jessica Morris_

Sworn to and subscribed before me, this the ____ day of _____, 2007.

_____
Notary Public
My Commission expires:_____

Deposition of:     Jessica Morris
Taken:             09/27/2007
Court Reporter:    Karen Rudd