UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VIVIAN BERT, et al.,                    )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )        CASE NO. C-1-02-467
                                        )        Judge Beckwith
AK STEEL CORPORATION,                   )        Magistrate Judge Hogan
                                        )
        Defendant.                      )

## RE-NOTICE OF 30(b)(6) DEPOSITION

**TO:    ALL ATTORNEYS AND PARTIES**

Please take notice that plaintiffs, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure,

will take the deposition, upon oral examination, of a designated corporate representative of AK Steel,

(hereinafter "defendant") relative to the individuals claims of plaintiffs, beginning at **9:30 a.m. on**

**September 27, 2007**, and continuing day to day until completed, **at the law offices of Tobias, Kraus**

**& Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202.**

Plaintiffs will examine the witness in his or her capacity as the designated corporate representative

regarding the matters described herein below. Said witness should be fully knowledgeable on said matters

which are known or reasonably available to the defendant including, but not limited to:

1.      Each and every business justification for the non-selection of the named plaintiffs, namely,

Vivian Bert, Thaddeus Freeman, Darrell Carter, Edward James Lewis, Timothy Oliphant, Mary Harris,

Roderique Russell, Kay Jackson, Marnie Carter, Darlene Denise Carter, Dwight Lewis, Michael Miller,



Ronald Sloan, Donald Edwards, Shawn Pryor and Tiffany Jackson, in the above-referenced lawsuit for

an entry-level bargaining unit position at AK Steel.

Respectfully submitted,

Robert F. Childs, Jr. (*pro hac vice*)
Herman Nathaniel Johnson, Jr. (*pro hac vice*)
Susan Donahue (*pro hac vice*)
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (facsimile)


Paul Henry Tobias (OH bar No. 0032415)
TOBIAS, KRAUS & TORCHIA
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)


*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I served a copy of the Re-Notice of 30(b)(6) Deposition via first-class U.S. Mail, postage pre-paid, upon the following:

Mr. Gregory P. Rogers
Ms. Patricia Anderson Pryor,
TAFT, STETTINIUS & HOLLISTER, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

OF COUNSEL

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation



AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name **Edward** **James** **Lewis**  Date **4·30·01**
FIRST          MIDDLE          LAST

Present Address **614** **20th Street** **Middletown** **OHio** **45044**
NO.   STREET          CITY      STATE   ZIP CODE

Phone Number — or number where you can be reached: ( **513** ) **422· 8651**
AREA CODE        NUMBER

Permanent Address: **614** **20th** **Middletown** **OHio** **45044**
NO.      STREET          CITY      STATE   ZIP CODE

Permanent Phone: ( **513** ) **422 8651**    Social Security # _____
AREA CODE   NUMBER

Are you 18 years of age or older? ☑ Yes   ☐ No

Are you lawfully entitled to work within the U.S.? **Yes**
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? **NA**

If yes, explain. _____

Date available for employment: **4 30 01**

If the job requires, are you willing to travel? **Yes**    Relocate? _____

If the job requires, are you able to work all shifts? **Yes**

Have you previously applied at Armco or AK Steel? **NA**  If yes, when/where? _____

Have you previously worked for Armco or AK Steel? **NA**  If yes, when/where? _____

**EXHIBIT**
Lewis
6·5·07
RMB

Federal regulations require AK Steel Corporation to maintain the following information on all individuals making application for employment. This information is retained separate and apart from all APPLICATIONS FOR EMPLOYMENT and is not used for purposes of making employment decisions. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, military status, disability or age. We appreciate your cooperation.

NAME **Edward James Lewis**    DATE **4 30 01**

SEX: ☐ Male  ☐ Female

RACE: ☐ White (not of Hispanic origin)   ☐ Hispanic          ☐ Asian or Pacific Islander
      ☑ Black (not of Hispanic origin)   ☐ American Indian or Alaskan Native

CHECK IF APPLICABLE: ☐ Vietnam Era Veteran   ☐ Disabled Veteran   ☐ Disabled Individual

POSITION FOR WHICH YOU ARE APPLYING:
☐ Management          ☐ Sales Representative   ☐ Clerical      ☑ Laborer
☐ Professional        ☐ Technical             ☐ Craft Worker  ☐ Service Worker

Form G-6545  12/94  *(EMPLOYMENT DEPARTMENT: Detach Upon Receipt of Application)*    Plfs' 1st
                                                                                    **0078** Prod. to Dft

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12          **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED | | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE |
| | | YES | NO | | | TOP MID BOT 1/3 |
| --- | --- | --- | --- | --- | --- | --- |
| HIGH | Middletown High School | ✓ | | | | M, D |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | | | | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
| --- | --- |
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

Prod. to Dft

**PRESENT OR MOST RECENT POSITION**

Name of employer _S. K  Construccion_   Your title _Labor_

Address _2236  Atco_   Kind of business _CON_

Describe your position _Labor_

Period of employment from _1-97_ to _2-01_ (MO/YR)   Name of person for whom you worked _Jimmy Smith_   Rate of earnings _19.92_

Give exact reason for leaving _hack of work_

**NEXT PREVIOUS POSITION**

Name of employer _Graycor  con_   Your title _Labor_

Address _Indiana_   Kind of business _____

Describe your position _Labor_

Period of employment from _1-96_ to _1-97_ (MO/YR)   Name of person for whom you worked _Scott Rose wood_   Rate of earnings _17.75_

Give exact reason for leaving _had off_

**NEXT PREVIOUS POSITION**

Name of employer _____   Your title _____

Address _____   Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR)   Name of person for whom you worked _____   Rate of earnings _____

Give exact reason for leaving _____

**NEXT PREVIOUS POSITION**

Name of employer _____   Your title _____

Address _____   Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR)   Name of person for whom you worked _____   Rate of earnings _____

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _____

0080   Pris 1st
Prod. to Dft

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

_Labor_

Expected wage or salary $ _Open_

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _Shields Site Specific training , OSHA Occupational Safety and Health Training Course in Construction & health , Hazard Communication Training Certificate , Fall Protection training Course SHA Safety Training Passport training course ATSSA Registered Flagger_

Describe any additional qualifications, abilities, or strong points which will help you to be successful in the job for which you are applying.

_I been working in Constuction for 4 year As A labor very hard worker And dependuble to be on the Job On time And work in A Sofe env:_

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO | RELATIONSHIP |
|------|---------|--------------|--------------|
| Allen Roberts | Oaks | 820 3181 | |
| Jack Kenner | 1109 Baltimore | 425 9453 | Friend |
| Monn Moore | 2241 Young | 425 0700 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _Edward Lewis_        4 30 01        **0081**   Fils 1st Prod. to Dft

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: *Edward Lewis*          Date: *4 30 01*

| Item | Response | | |
|---|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | | | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed | Graycor Con. | | 1 |
| | S;K Con | | 4 |
| | mount Carmel med | | 2 |
| | Klean Rite detail | | 3 |
| | Big ten Auto Sales | | 2 |
| | | | |
| 3. Have you ever been terminated from any employer? | YES | | NO |
| 4. Do you have a high school diploma or GED? | YES | | NO |
| 5. Do you have a valid driver's license? | YES | | NO |
| 6. Do you have reliable transportation? | YES | | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | | NO |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred  (B) Tolerable, or (C) Unacceptable | A | B | C |
| 9. Have you ever worked for AK Steel/Armco before? | YES | | NO |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | .3 | | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | YES | | NO |
| 12. List any education beyond high school. | | | |
| | | | |
| | | | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | YES | | NO |
| 14. Have you ever worked rotating shifts for a previous employer? | YES | | NO |

EXHIBIT
3
9/26/07 KR

0086  Plts' 1st
Prod. to Dft

Exh. 4
Lewis

_NO appdir'y (Hobby)_
_Phone # disconnected_ ✓

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

**AK Steel**

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name _Edward_ _James_ _Lewis_  Date _4-30-01_
     FIRST      MIDDLE      LAST

Present Address _614_ _20th Street_  _Middletown_ _Ohio_ _45044_
               NO.   STREET              CITY         STATE   ZIP CODE

Phone Number — or number where you can be reached: (_513_) _422-8651_
                                                    AREA CODE   NUMBER

Permanent Address: _614_ _20th_  _Middletown_ _Ohio_ _45044_
                   NO.   STREET        CITY        STATE   ZIP CODE

Permanent Phone: (_513_) _422 8651_  Social Security # _
                 AREA CODE   NUMBER

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? _Yes_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _NA_

If yes, explain. _____

Date available for employment: _4 30 01_

If the job requires, are you willing to travel? _Yes_  Relocate? _____

If the job requires, are you able to work all shifts? _Yes_

Have you previously applied at Armco or AK Steel? _NA_ If yes, when/where? _____

Have you previously worked for Armco or AK Steel? _NA_ If yes, when/where? _____

_Lewis_ _Edward_ _James_
LAST NAME  FIRST  MIDDLE



EXHIBIT
4
9/21/07 KR

# EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12      **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | | | M, D |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

# EMPLOYMENT EXPERIENCE:

## PRESENT OR MOST RECENT POSITION

Name of employer _S. K Construction_    Your title _Labor_

Address _2236 Atco_    Kind of business _CON_

Describe your position _Labor_

Period of employment from _1-97_ to _2-01_ (MO/YR)    Name of person for whom you worked _Jimmy Smith_    Rate of earnings _19.92_

Give exact reason for leaving _lack of work_

## NEXT PREVIOUS POSITION

Name of employer _Graycor con_    Your title _Labor_

Address _Indiana_    Kind of business _____

Describe your position _Labor_

Period of employment from _1-96_ to _1-97_ (MO/YR)    Name of person for whom you worked _Scott Rosewood_    Rate of earnings _17.75_

Give exact reason for leaving _had off_

## NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

## NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _____

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _____

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

Labor

Expected wage or salary $ open

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: SHieLDS Site specific training, OSHA Occupational safety and Health Training Course in Constrution & health, Hazard Communication Training Certificate, Fall Protection training course safety Training Passporttraings course ATSSA Registered Flagger

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

I been working in Constrution for 4 year As A labor very hard worker And dependeble to be on the job On time And work in A safe env:

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references.

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Allen Roberts | Oaks | 820 3181 | |
| Jack Kenner | 1109 Baltimore | 425 9453 | Friend |
| Monn Moore | 2241 Young | 425 0700 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _Edward Lewis_    4 30 01

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: _Edward Lewis_          Date: _4 30 01_

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed | Graycor Con | 1 |
| | Sik Con | 4 |
| | Mount Carmel Med | 2 |
| | Klean Rite detail | 3 |
| | Big ten Auto Sales | 2 |
| | | |
| 3. Have you ever been terminated from any employer? | YES | (NO) |
| 4. Do you have a high school diploma or GED? | (YES) | NO |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | (A)   B   C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | .3 | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES) | NO |
| 12. List any education beyond high school. | | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | YES | (NO) |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES) | NO |



# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name _Shawn_   _Remon_   _Pryor_
    FIRST         MIDDLE         LAST        Date _11-19-01_

Present Address _1101_   _Young St_   _Middletown OH_   _45044_
              NO        STREET              CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: (_513_)   _422-3164_
                                              AREA CODE

Permanent Address: _1101_   _Young St._   _Middletown OH_   _45044_
                  NO        STREET          CITY    STATE    ZIP CODE

Permanent Phone: (_513_)   _422-3164_    Social Security # _____
                AREA CODE      NUMBER

Are you 18 years of age or older? ☑ Yes   ☐ No

Are you lawfully entitled to work within the U.S.?  _Yes_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _No_

If yes, explain. _____

Date available for employment: _A.S.A.P_

If the job requires, are you willing to travel? _Yes_         Relocate? _Yes_

If the job requires, are you able to work all shifts? _No_

Have you previously applied at Armco or AK Steel? _No_   If yes, when/where? _____

Have you previously worked for Armco or AK Steel? _No_   If yes, when/where? _____

**EXHIBIT**
PRYOR
6-6-07
1        AmB

Federal regulations require AK Steel Corporation to maintain the following information on all individuals making application for employment. This information is retained separate and apart from all APPLICATIONS FOR EMPLOYMENT and is not used for purposes of making employment decisions. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, military status, disability or age. We appreciate your cooperation.

NAME _Shawn Pryor_            DATE _11-19-01_

SEX: ☑ Male   ☐ Female

RACE: ☐ White (not of Hispanic origin)       ☐ Hispanic                    ☐ Asian or Pacific Islander
      ☑ Black (not of Hispanic origin)       ☐ American Indian or Alaskan Native

CHECK IF APPLICABLE: ☐ Vietnam Era Veteran   ☐ Disabled Veteran   ☐ Disabled Individual   **0140**  Plfs' 1st
                                                                                                 Prod. to Dft
POSITION FOR WHICH YOU ARE APPLYING:
☐ Management        ☐ Sales Representative      ☐ Clerical          ☐ Laborer
☑ Professional      ☑ Technical                 ☐ Craft Worker      ☐ Service Worker

**EMPLOYMENT EXPERIENCE:**

**PRESENT OR MOST RECENT POSITION**

Name of employer _Trader Publishing_    Your title _Information Systems Manager_

Address _4500 Lyons Rd._    Kind of business _Publishing_

Describe your position _Maintained & Serviced the computer network, technical support_

Period of employment from _5/00_ to _8/01_    Name of person for whom you worked _Evelyn Humphrey_    Rate of earnings _16.00 hr_

Give exact reason for leaving _Position Eliminated_

**NEXT PREVIOUS POSITION**

Name of employer _PC Review Media Group_    Your title _Feature Column Writer/Technician_

Address _10570 Springboro Pike_    Kind of business _Media/Technology_

Describe your position _Column writer for three monthly magazine; computer technical support_

Period of employment from _11/98_ to _2/00_    Name of person for whom you worked _Brad Proctor_    Rate of earnings _9.50_

Give exact reason for leaving _Better Opportunity_

**NEXT PREVIOUS POSITION**

Name of employer _Comp USA_    Your title _Sales_

Address ___    Kind of business _Retail_

Describe your position _Retail Sales, Technical Support_

Period of employment from _3/95_ to _11/98_    Name of person for whom you worked _Lisa Walker_    Rate of earnings _6.75_

Give exact reason for leaving _Better Opportunity_

**NEXT PREVIOUS POSITION**

Name of employer ___    Your title ___

Address ___    Kind of business ___

Describe your position ___

Period of employment from ___ to ___    Name of person for whom you worked ___    Rate of earnings ___

Give exact reason for leaving ___

**0141**    Plfs' 1st Prod. to Dft

How much time have you lost from work in the past two years? _0_

## JOB INTERESTS AND SKILLS:

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*Technical or Professional*

Expected wage or salary $ *Going Rate*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: *See Resume for Qualifications.*

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate _____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

*See Resume*

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Brad Proctor | 105 W. Springboro Pk | 937-885-1080 | Former Boss |
| Michelle Charlton | | 513-899-9515 | Professor |
| Othello Harris | Miami University, Oxford OH | | Professor |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

0142    Plfs' 1st
Prod. to Dft

**EDUCATIONAL BACKGROUND:**

Circle last grade completed  1  2  3  4  5  6  7  8  9  10  11  12    (College hours completed)

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | ✓ | HS Requirements | Mid |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Miami University, Oxford OH | ✓ | | | B.A. English | Mid |
| | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc.

_____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _Thinking/Planning to acquire a Master's Degree Starting in 2003_

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests:

_Dean's List - Fall 1994, Dean's List - Spring 1996, Dean's List - Fall 1996_

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?  ☐ Yes  ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

# APPLICANT SURVEY

Applicant Name: _Shawn Pryor_          Date: _11-19-01_

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | _Twice_ | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | Trader Publishing | 1¼ years |
| | PC Review Media Group | 1¼ years |
| | CompUSA | 3¾ years |
| | | |
| | | |
| | | |
| 3. Have you ever been terminated from any employer? | YES | NO |
| 4. Do you have a high school diploma or GED? | YES | (NO) |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | (YES) | NO |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | YES | (NO) |
| | A    (B)    C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | Ø | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | YES | (NO) |
| 12. List any education beyond high school. | Miami University, Oxford OH | |
| | | |
| | | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required.) | YES | (NO) |
| 14. Have you ever worked rotating shifts for a previous employer? | YES | (NO) |

EXHIBIT
PRYOR
3    6-6-07
smb



EXHIBIT
6
7-6-07  RR

0148    Plfs' 1st
Prod. to Dft

# SHAWN PRYOR

1101 YOUNG ST.
MIDDLETOWN, OH 45044
Home Phone (513) 422-3164
Voice Mail (513) 420-2244
computingchoices@yahoo.com

**OBJECTIVE:** To obtain future employment in the Information Systems market.

## QUALIFICATIONS

*Knowledgeable in the following: MAC OS 7.5-9.1, Windows 3.1/9x/ME/NT, MS Office, IAQ, 4D/IMS, QuarkXpress, Fetch 2.02, Adobe Acrobat/ Photoshop/Illustrator, Flightcheck, Appleshare IP 6.1/6.3, Appletalk, MS Outlook, MS Front Page.*

## EDUCATION

**1999    Miami University, Oxford, OH**

-*B.A., Arts & Sciences, English – Creative Writing*
-*Dean's List, Fall 1996*
-*Dean's List, Spring 1996*
-*Dean's List, Fall 1994*

## EMPLOYMENT

**Trader Publishing, Miamisburg, OH**
*October 2000 – September 2001*
*Information Systems Manager*
-Responsible for maintaining and servicing the computer network of 33 Macintosh Computers, two Macintosh Workgroup Servers, and one Windows NT server so publishing deadlines are effectively met.
-Built and created a network on a Macintosh environment, using Appleshare client software, increasing employee production.
-Supervised and worked with clients to install hardware and implement software on a daily basis.
-Implemented new functions and accesses for computer composition clerks.
-Responsible for Technical Support for the following programs: Mac OS 7.5-9.1, Windows 9x/NT, MS Outlook, MS Office, Adobe Acrobat/Photoshop/Illustrator, and QuarkXpress.
-Performed and overseen training support in QuarkXpress & Adobe Photoshop for new employees.
-Updated and kept the 4D/IMS database current.



EXHIBIT
7

0144  Plfs' 1st
Prod. to Dft

*Exh. 2*

# SHAWN PRYOR (pg. 2)

*May 2000 – October 2000*
*Composition/Graphic Artist*

-Created and updated various advertisements for Trader
Publishing Magazines.
-Responsible for building various magazines via computer to
meet pre-press deadlines.
-Proofing and correcting inaccurate advertisements.
-Downloading photos for Trader Publishing Magazines.

### PC Review Media Group, Dayton, OH
*November 1998 – February 2000*
*Feature Column Writer*

-Created a Job Market monthly feature for Midwest PC Review
Magazine. The local articles focused on the continuing changes
in the job market dealing with system analyst fields.

*Technical Support Specialist*

-Supervised and worked with clients to install hardware and
implement software on a daily basis.
-Responsible for support of the following programs: Windows
3.1/9x/NT, MS Outlook, MS Office, MS Publisher, MS Front Page,
Adobe PageMaker/Photoshop/, QuarkXpress, and Bulletproof
FTP.
-Helped to build and create networks on a PC environment,
using LANtastic and Novell.
-Learned to design, build, and update web sites using MS Front
Page 2000.

### CompUSA, Dayton, OH
*March 1995 – November 1998*
*Upgrade Center Clerk*

-Sales/Support of memory upgrades for PC's and Laptops.
-Knowledgeable in hard drives, support.
-Knowledgeable in digital video equipment.
-Responsible for testing computer memory and hard drives.
-Installed memory into laptop's and PC's.
-Installed video cards into PC's.
-Handled phone sales/technical support for pricing and
availability of retail products, and placed orders for retail sales.

## REFERENCES
*Available upon request.*

0145   Plfs' 1st
Prod. to Dft

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

**AK Steel**

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name _Ronald_ _E._ _Sloan_    Date _8/28/01_
    FIRST     MIDDLE     LAST

Present Address _206-2A_ _Webster St._ _Middletown_ _OH_ _45042_
    NO.    STREET    CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: ( _513_ ) _425-4072_
    AREA CODE     NUMBER

Permanent Address: _Same as Above_
    NO.    STREET    CITY    STATE    ZIP CODE

Permanent Phone: ( _Same_ ) _As Above_    Social Security # _
    AREA CODE     NUMBER

Are you 18 years of age or older? ☒ Yes    ☐ No

Are you lawfully entitled to work within the U.S.? _Yes_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _No_

If yes, explain. _N/A_

Date available for employment: _9/3/01_

If the job requires, are you willing to travel? _Yes_    Relocate? _No_

If the job requires, are you able to work all shifts? _Yes_

Have you previously applied at Armco or AK Steel? _No_   If yes, when/where? _N/A_

Have you previously worked for Armco or AK Steel? _No_   If yes, when/where? _N/A_



EXHIBIT
8
9b7o7 KP



Exh. 1
Sloan

## EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   (12)

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | GRADUATED NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE (TOP, MID, BOT)/2 |
|---|---|---|---|---|---|---|
| HIGH BUSINESS OR TRADE | Miamitown High School | ✓ | | N/A | College Prep. | 3.3 |
| COLLEGE OR UNIVERSITY | Pennsylvania State Univ. | | ✓ | N/A | Elec. Eng. | N/A |
| POST GRADUATE | | | | | | |

College hours completed

List other formal educational experience; e.g., night school, home study courses, GED, etc. __N/A__

If presently enrolled, indicate where and field of study: __N/A__

Describe any definite plans for further study: __I would like to use my tuition re-training Allowance Available as Part of my Separation Pkge. from P&G.__

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: __N/A__

MILITARY SERVICE: Are you a Veteran of the U.S. Military Service?  ☑ Yes   ☐ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| U.S. Navy | E4 / ET3 |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel: __U.S. Naval Electronics 'A' & 'C' Schools, First Aid Trng., Sexual Harassment Awareness, Total Quality Leadership__

**EMPLOYMENT EXPERIENCE:**  — been looking for employment

PRESENT OR MOST RECENT POSITION

Name of employer _Procter & Gamble_    Your title _Senior Research Associate_

Address _11450 Grooms Rd., Cinti, Ohio_    Kind of business _Home/Personal Products_

Describe your position _Operations / Production / Quality Manager_ (Entered Company as a line Tech.)

Period of employment from _10/96_ to _8/01_ (MO/YR)    Name of person for whom you worked _John Gonzalez_    Rate of earnings _$19.70/Hr._

Give exact reason for leaving _Lack Of Advancement & Company Financial Status_

NEXT PREVIOUS POSITION (Part Time)

Name of employer _Arlington National Mortgage_    Your title _Loan Officer_

Address _11395 Reed Hartman Hwy., Cinti, Oh_    Kind of business _Mortgage Broker_

Describe your position _Loan Sales And Customer Service_

Period of employment from _5/00_ to _6/01_ (MO/YR)    Name of person for whom you worked _Greg Stone_    Rate of earnings _N/A - Commission_

Give exact reason for leaving _Prepare For Transition From Primary Position (Occupation)_

NEXT PREVIOUS POSITION (Part Time)

Name of employer _Bachrach Men's Clothing_    Your title _Sales Assoc./ Asst. Mgr._

Address _Tri-County Mall, Cinti, Oh_    Kind of business _Retail Sales_

Describe your position _Sales, Stock, Customer Service, Close Store_

Period of employment from _10/96_ to _6/97_ (MO/YR)    Name of person for whom you worked _Ron Wetherholt_    Rate of earnings _N/O - Commission_

Give exact reason for leaving _Concentrate / Focus On Primary Position (P&G)_

NEXT PREVIOUS POSITION

Name of employer _U.S. Navy_    Your title _Electronics Technician_

Address _USS Dwight D. Eisenhower  CVN-69_    Kind of business _Military_

Describe your position _Preventive & Corrective Maintenance To Various Communication Equipment_

Period of employment from _8/90_ to _8/96_ (MO/YR)    Name of person for whom you worked _ETCM ED Wourh_    Rate of earnings _Can't Remember_

Give exact reason for leaving _Honorably Discharged_

How much time have you lost from work in the past two years? _None_

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

I WOULD LIKE MANAGEMENT BUT I WILL ACCEPT LABOR OR TECHNICAL

Expected wage or salary $ 15.00 /HR

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate:

NOT APPLYING FOR CLERICAL BUT I AM PROFICIENT IN WORD, EXCEL, & POWERPOINT

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful:

U.S. NAVAL ELECTRONICS 'A' & 'C' SCHOOLS

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate:

ULTRASONIC BONDING UNITS, PRESSURE BONDING UNITS, CONVEYORS, HYDRAULIC PRESSES, VACUUM SYSTEMS, ROTARY KNIFE UNITS, GLUE APPLICATION SYSTEMS, COMPRESSION UNITS, HEAT SEALING UNITS

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

I HAVE WORKED SUCCESSFULLY IN BOTH TEAM ATMOSPHERES AND INDEPENDENT WORK ENVIRONMENTS. I LEARN QUICKLY AND PRODUCE AT THE HIGHEST LEVEL. I HAVE ALSO BEEN A SITE SAFETY LEADER.

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO | RELATIONSHIP |
|------|---------|--------------|--------------|
| Terry Million | Middletown, OH | 424-2576 | Friend |
| Richard Moore | West Chester, OH | (I will provide if needed) Call me at my Hm. number | Friend |
| Cheryl Pratt | Mason, OH | 754-1984 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant

Application received by/Date received    10/20/01

# APPLICANT SURVEY

Applicant Name: _Romane Sloan_  Date: _6/28/01_

| Item | Response |
|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | None (In the Post 12 yrs.) |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | Procter & Gamble — 5 <br> U.S. Navy — 6 |
| 3. Have you ever been terminated from any employer? | YES  (NO) |
| 4. Do you have a high school diploma or GED? | (YES)  NO |
| 5. Do you have a valid driver's license? | (YES)  NO |
| 6. Do you have reliable transportation? | (YES)  NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES  (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | A  (B)  C |
| 9. Have you ever worked for AK Steel/Armco before? | YES  (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | 5 |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES)  NO |
| 12. List any education beyond high school. | Pennsylvania State Univ. <br> U.S. Navy Electronics School |
| 13. Have you served in the military? (Upon a job offer, a copy of your DD-214 will be required.) | (YES)  NO |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES)  NO |



EXHIBIT
9

Exh. 3
Sloan

**AK Steel**

# AK STEEL CORPORATION

## APPLICANT REFERENCE & BACKGROUND CHECK
## WAIVER AND RELEASE

I, _Ronald R. Sloan_ , hereby authorize the <u>former</u> employers,

(Please Print Name as it appears on Driver's License)

educational institutions and other references set forth on my job application or resume, as well as credit and law enforcement agencies, to provide AK Steel Corporation and its agents any and all information related to my prior employment, education, and other information about me. I knowingly and voluntarily release and hold harmless these former employers, institutions, agencies, and references and any employee or agent of them from and against any and all claims of any kind whatsoever that I may have because they provide or attempt to provide any such information to AK Steel.

I hereby authorize AK Steel Corporation to request, receive, and use this information, and I knowingly and voluntarily release and hold harmless AK Steel Corporation or any employee or agent of it from and against any and all claims of any kind whatsoever that I may have because of the request, receipt, or use of any such information.

I agree that any false or misleading information provided by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

_(signature)_        _6/28/01_

Applicant Signature             Date Signed

_____     _____

Applicant Social Security Number       Driver's License No. and State

I authorize AK Steel to also contact my <u>current</u> employer for reference information

Yes ✓     No ____     Witness _(signature)_



( I AUTHORIZE IT, HOWEVER, IT IS AGAINST P&G POLICY TO PROVIDE SUCH INFO. )

Please list on the backside of this form all previous addresses during the last ten years.

Where references are requested on the "Application for Employment," please list <u>work-related</u> references such as former managers or supervisors if possible. AK Steel employees may be listed where appropriate. List only references that may be contacted.



EXHIBIT

Exh. 2
Sloan

Please list all home addresses during the last 10 years. Provide complete address where possible, with a minimum of city, state and street name.

206-20 Webster St., Middletown, OH, 45042                5 yrs.
_____    _____
Current Address                                                              How long?

3631 River Ridge Rd, Hamilton, OH, 45011              .25 yrs.
_____    _____
Previous Address                                                            How long?

812 Crossing Ct. # 303, Virginia Beach, VA             4 yrs.
_____    _____
Previous Address                                                            How long?

Various ( Attended Several Different Schools In        1.5 yrs.
_____    _____
Previous Address     Different Locations While In Navy )          How long?

_____    _____
Previous Address                                                            How long?

_____    _____
Previous Address                                                            How long?

_____    _____
Previous Address                                                            How long?

_____    _____
Previous Address                                                            How long?



# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name __Michael E. Miller__   Date __8-10-01__
FIRST        MIDDLE        LAST

Present Address __7212 Germantown Pike, Dayton, Ohio 1Kilo0__
NO.          STREET          CITY      STATE    ZIP CODE

Phone Number — or number where you can be reached: (__937__) __263-9695__
                                              AREA CODE    NUMBER

Permanent Address: __Same as above__
NO.          STREET          CITY      STATE    ZIP CODE

Permanent Phone: (_____) __SAME__   Social Security # _____
              AREA CODE    NUMBER

Are you 18 years of age or older?  ☒ Yes   ☐ No

Are you lawfully entitled to work within the U.S.? __YES__
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? __NO__

If yes, explain. _____

Date available for employment: __8-13-01__

If the job requires, are you willing to travel?_____ Relocate? __NO__

If the job requires, are you able to work all shifts? __YES__

Have you previously applied at Armco or AK Steel? __NO__ If yes, when/where? _____

Have you previously worked for Armco or AK Steel? __NO__ If yes, when/where? _____





MILLER
2  6.6.07
Smg

EXHIBIT

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED | | DEGREE | FIELD OF STUDY | College hours completed GRADE POINT/SCALE |
|---|---|---|---|---|---|---|
| | | YES | NO | | | TOP MID BOT 1/3 |
| HIGH | Dunbar High School (Dayton) 2222 Richley Ave | ✓ | | | Math, Computers | |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Sinclair Community College (Dayton) 444 W. Third St | ✓ | | AAS | Electromech. Engineering | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____
U.S. ARMY TECH SCHOOL. CERTIFICATE RECEIVED FOR ELECTRONIC TROUBLESHOOTER 1958 HOURS (CLASS), 600 HOURS (O.J.T.)

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

MILITARY SERVICE: Are you a Veteran of the U.S. Military Service?  ☒ Yes   ☐ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| U.S. ARMY | E-4 |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:
VERY DISCIPLINED, DETAILED & MISSION ORIENTED. MECHANICALLY AND ELECTRICALLY INCLINED, AND A FAST LEARNER.

**PRESENT OR MOST RECENT POSITION**

Name of employer _HEIDELBERG WEBS_ Your title _ELECTRICAL ASSEMBLER_

Address _4900 WEBSTER Dayton, OHIO 45414_ Kind of business _PRINTING PRESS_

Describe your position _BUILD & TROUBLESHOOT DIGITAL PRINTING PRESSES_

Period of employment from _1-01_ to _8-01_ (MO/YR) Name of person for whom you worked _MIKE HUFF_ Rate of earnings _11.16_

Give exact reason for leaving _LAID OFF_

**NEXT PREVIOUS POSITION**

Name of employer _P.C.U._ Your title _SERVICE TECH_

Address _2280 W. DOROTHY LANE KETTERING OH_ Kind of business _AUTOMOTIVE FLUID FLU_

Describe your position _FIELD SERVICE REPAIR OF ONLINE AUTOMOTIVE MACHINERY_

Period of employment from _12-00_ to _1-01_ (MO/YR) Name of person for whom you worked _Kim Weaver_ Rate of earnings _15.00_

Give exact reason for leaving _DOWNSIZED, I WAS A TEMP TO HIRE POSITION_

**NEXT PREVIOUS POSITION**

Name of employer _MOTOMAN_ Your title _MECHANICAL TECH/SERVICE_

Address _WEST CARROLLTON & TROY OPS_ Kind of business _ROBOTICS_

Describe your position _BUILT UP ROBOT CELLS TROUBLESHOT & INSTALLED_

Period of employment from _____ to _____ (MO/YR) Name of person for whom you worked _N/A_ Rate of earnings _11.50_

Give exact reason for leaving _I WAS A TEMPORARY FOR C.B.S_

**NEXT PREVIOUS POSITION**

Name of employer _A-MOLD_ Your title _ELECTRICAL MAINT_

Address _____ Kind of business _ALUMINUM CAST_

Describe your position _ELECTRICAL & MECHANICAL MACHINE MAINT._

Period of employment from _____ to _____ (MO/YR) Name of person for whom you worked _BRAD BRADFORD_ Rate of earnings _15.00_

Give exact reason for leaving _UNION RAISED EXP LEVEL RESULTING IN FORCED LAYOFFS_

How much time have you lost from work in the past two years? _3 DAYS_

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*TECHNICAL OR PRODUCTION*

Expected wage or salary $ *OPEN*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: *TECHNICAL - EXPERIENCED IN HYDRAULICS, PNEUMATICS, PLC'S, ELECTRICAL, MECHANICAL, ROBOTICS, PM'S,*

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: *LABOR - HARD WORKER, TEAM WORKER AND SELF MOTIVATED*

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying. *DEPENDABLE, SUCCESSFUL, QUALIFIED TO DO ANY JOB THAT IS TAUGHT TO ME AND ABLE TO DO EXCEEDINGLY ON JOBS ALREADY EXPERIENCED IN.*

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| *SAMUEL JOHNSON* | *4912 WICKLOW DR* | *513-424-3185* | *FRIEND* |
| *O.J. HASSLE* | *69 FULS RD* | *937-696-2011* | *FRIEND* |
| *ANDRE WALKER* | | *513-423-916* | *FRIEND* |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant *Michael Small*

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: *Michael E. Miller*    Date: *8-10-01*

| Item | Response | |
|------|----------|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | *∅* | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | *HEIDELBERG WEB* | *6 mths* |
| | *P.C.U* | *1 Year* |
| | *MOTOMAN* | *2 Years* |
| | *OEE* | *9 mths* |
| | *AMOCO* | *21 mths* |
| | *U.S. ARMY* | *4 Years* |
| 3. Have you ever been terminated from any employer? | YES | NO |
| 4. Do you have a high school diploma or GED? | (YES) | NO |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | (A)  B  C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | *6 YEARS* | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES) | NO |
| 12. List any education beyond high school. | *SINCLAIR COLLEGE AAS IN ELECTRO MECH ENG.* | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required.) | (YES) | NO |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES) | NO |

EXHIBIT
*MILLER*
*3  6-6-07*
*pmB*



**APP**                **...ION FOR EMPLOYMENT**

## AK Steel Corporation

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

**AK Steel**

Name _MICHAEL E MILLER_    Date _9-7-01_
          FIRST    MIDDLE    LAST

Present Address _2313 GERMANTOWN ST DAYTON OHIO 45408_
                  NO.    STREET    CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: (_937_) _263-9695_
                                                      AREA CODE    NUMBER

Permanent Address: _SAME AS ABOVE_
                    NO.    STREET    CITY

Permanent Phone: (_____) _SAME_    Social Security # _____
                  AREA CODE    NUMBER                          alternate _278-9549_

Are you 18 years of age or older? ☑ Yes   ☐ No

Are you lawfully entitled to work within the U.S.? _YES_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _NO_

If yes, explain. _____

Date available for employment: _ASAP_

If the job requires, are you willing to travel? _YES_        Relocate? _NO_

If the job requires, are you able to work all shifts? _YES_

Have you previously applied at Armco or AK Steel? _NO_   If yes, when/where? _____

Have you previously worked for Armco or AK Steel? _NO_   If yes, when/where? _____



EXHIBIT
MILLER
4  6-6-07

EXHIBIT
B
12-7-01 KR

Circle last grade completed    1  2  3  4  5  6  7  8  9  10  11  12

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED | | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE |
| | | YES | NO | | | TOP MID BOT 1/3 |
| HIGH | DUNBAR (DAYTON OHIO) | ✓ | | | MATH & COMPUTERS | 2.8 |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | SINCLAIR COMMUNITY 444 WEST THIRD ST | ✓ | | | ELECTRO-MECHANICAL | 3.4 |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc.

If presently enrolled, indicate where and field of study:

Describe any definite plans for further study: ENGINEERING

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests:

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?  ☒ Yes  ☐ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
| U.S. ARMY | E-4 |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

U.S. AIR DEFENSE ARTILLERY SCHOOL
ELECTRONIC TECH.
DIPLOMA     2200 HOURS O.J.T     98%

EMPLOYMENT EXPERIENCE

*Looking for employment*

PRESENT OR MOST RECENT POSITION

*w/ security*

Name of employer HEIDELBERG WEB *Finishing Systems* (937) 298-2651 Your title ELECTRONIC ASSEMBLER

Address 4900 WEBSTER ST Dayton, OH 45414 Kind of business PRINTING PRESS

Describe your position BUILT SUBASSEMBLIES, TROUBLESHOOT AND WORKED AS A TEAM MEMBER TO HELP BUILD BINDERS & OTHERS PRESS EQUIP

Period of employment from 1-01 to 6-01 (MO/YR) Name of person for whom you worked MIKE HUFF Rate of earnings 17.16/hr

Give exact reason for leaving LAY OFF

---

NEXT PREVIOUS POSITION

Name of employer PCU TECHNICAL SERVICE Your title FIELD SERVICE TECH

Address 2280 W. DOROTHY LANE Dayton, OH Kind of business AUTOMOTIVE FLUID FILL

Describe your position TRAVEL TO CUSTOMER SITES TO REPAIR AND INSTALL EQUIPMENT BOUGHT FROM PCU

Period of employment from 1-00 to 1-01 (MO/YR) Name of person for whom you worked ALAN WALKER Rate of earnings 15.00

Give exact reason for leaving LEFT FOR BETTER JOB OFFER PCU DOWNSIZED

---

NEXT PREVIOUS POSITION CBS Dayton, OH (937) 222-2525

Name of employer SERVICE TECHNICIAN (CBS) Your title SERVICE TECH

Address 130 W. SECOND ST SUITE 1910 Dayton OH 45402 Kind of business TEMPORARY JOB PLACEMENT

Describe your position MACHINE BUILDER AND TROUBLESHOOTER FOR MOTOMAN ROBOTICS & OHIO ELECTRONICS ENGRAVERS

Period of employment from 5-99 to 1-00 (MO/YR) Name of person for whom you worked BOB BICKEL Rate of earnings 12.50

Give exact reason for leaving OEE WENT OUT OF BUSINESS & MOTOMAN LET ALL TEMPS GO.

---

NEXT PREVIOUS POSITION (937) 294-4117

Name of employer FISHER PRODUCTS Your title ELECTRONIC ASSEMBLER

Address N/A 3100 Valleywood Drive Kettering Dayton OH 45429 Kind of business TEST CONSOLES

Describe your position TEST CONSOLE BUILDER TO DO HI-POT TESTING OF ARMATURES & STATORS FOR VARIOUS PUMP AND COMPANIES

Period of employment from 1-99 to 5-99 (MO/YR) Name of person for whom you worked N/A Rate of earnings 11.00

Give exact reason for leaving LAID OFF

---

How much time have you lost from work in the past two years? 3 DAYS

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*ELECTRONIC SERVICES*

Expected wage or salary $ *OPEN*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate:

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: *HAVE EXPERIENCE IN PLC'S, HYDRAULICS, PNEUMATICS, ELECTRICAL, MECHANICAL, CONVEYORS, FORKLIFTS, ROBOTS*

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate:

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| *SAMUEL R. JOHNSON SR* | *4912 WICKLOW DR* | *(513)-424-3185* | *BISHOP* |
| *MIKE HUFF* | *4900 WEBSTER ST* | *(937)-278-2651* | *SUPERVISOR* |
| *ANDRE WALKER* | | *(513) 423-9161* | *FRIEND* |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant *Michael E. Miller*

Application received by/Date received *9/18/01*

# APPLICANT SURVEY

Applicant Name: _MICHAEL E. MILLER_          Date: _4-7-01_

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | _NONE_ | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | _HEIDELBERG_ | _6 mTHS_ |
| | _PCU_ | _1 Yr_ |
| | _CBS_ | _9 mTHS_ |
| | _FISHER PRODUCTS_ | _5 mTHS_ |
| | _A-MOLD_ | _6 mTHS_ |
| | _TONKA_ | _6 mTHS_ |
| | _U.S. ARMY_ | _4_ |
| 3. Have you ever been terminated from any employer? | | |
| 4. Do you have a high school diploma or GED? | YES | (NO) |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | (YES) | NO |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred  (B) Tolerable, or (C) Unacceptable | YES   A   (B)   C | (NO) |
| 9. Have you ever worked for AK Steel/Armco before? | | |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | YES | (NO) |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES) | NO |
| 12. List any education beyond high school. | _SINCLAIR COMMUNITY AAS IN ELECTROMECHANICAL ENGINEERING TECHNOLOGY_ | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required.) | (YES) | NO |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES) | NO |

**EXHIBIT**
_MILLER
5   6-4-01
sub_





**Sinclair Community College**

**Dayton, Ohio 45402-1454**

NAME: Michael E. Miller

STUDENT SSN:

MAJOR: Electro-Mech Egr/Rob

DATE PRINTED: OCT 22, 2001

PAGE: 1

**FALL, 1994**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| EGR 128 ROBOTICS IN CIM SYSTEMS | 3.00 B | | | 9.00 | |
| EER 123 HI RELIABLTY SOLDERING | 3.00 A | | | 12.00 | |
| MAT 111 TECHNICAL MATH I | 5.00 B | | | 15.00 | |
| EGR 201 FUND OF COMPUTER GRAPHICS | 3.00 A | | | 12.00 | |
| TERM | | 14.00 | 14.00 | 48.00 | 3.429 |
| CUM | | 14.00 | 14.00 | 48.00 | 3.429 |

Dean's List

**WINTER, 1995**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| MAT 112 TECHNICAL MATH II | 5.00 B | | | 15.00 | |
| EGR 248 R/C CONTROLLER PRGRMG | 3.00 W | | | 0.00 | |
| EGR 101 INDUSTRL CMPTR CONTROL | 3.00 A | | | 12.00 | |
| HUN 131 SEARCH FOR UTOPIA | 3.00 W | | | 0.00 | |
| TERM | | 8.00 | 8.00 | 27.00 | 3.375 |
| CUM | | 22.00 | 22.00 | 75.00 | 3.409 |

**SPRING, 1995**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| EBE 170 CO-OP/CAREER PLANNING | 3.00 B | | | 9.00 | |
| EER 166 INDUSTRIAL MACHINE WIRING | 3.00 C | | | 6.00 | |
| EER 138 MICROPRCSRS PGMG/APPL | 3.00 A | | | 12.00 | |
| EET 281 PROGRAMBLE LOGIC CONTRL | 3.00 A | | | 12.00 | |
| TERM | | 12.00 | 12.00 | 39.00 | 3.250 |
| CUM | | 34.00 | 34.00 | 114.00 | 3.353 |

**SUMMER, 1995**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| COM 205 INTERPERSONAL COM | 3.00 W | | | 0.00 | |
| ENG 121 TECHNICAL COMMUNICATN I | 3.00 W | | | 0.00 | |
| EGR 252 KAREL CONTRLER PRGRMS | 3.00 A | | | 12.00 | |
| EGR 248 R-C CONTROLLER PRGRMG | 3.00 A | | | 12.00 | |
| TERM | | 6.00 | 6.00 | 24.00 | 4.000 |
| CUM | | 40.00 | 40.00 | 138.00 | 3.450 |

Dean's List

********** CONTINUED  IN NEXT COLUMN **********

**SPRING, 1996**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| EER 139 ELECTRICAL MACHINERY | 4.00 W | | | 0.00 | |
| PED 106 WEIGHT TRAINING | 1.00 W | | | 0.00 | |
| ENG 121 TECHNICAL COMMUNICATN I | 3.00 W | | | 0.00 | |
| PED 106 WEIGHT TRAINING | 1.00 W | | | 0.00 | |
| MUS 115 MUSIC APPRECIATION | 3.00 W | | | 0.00 | |
| TERM | | 0.00 | 0.00 | 0.00 | 0.000 |
| CUM | | 40.00 | 40.00 | 138.00 | 3.450 |

**SUMMER, 1996**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| EGR 261 ENGR PBLM SOLVING *C* | 4.00 B | | | 12.00 | |
| PSY 141 LOVE+PERSONAL/GROWTH | 3.00 F | | | 0.00 | |
| TERM | | 4.00 | 7.00 | 12.00 | 1.714 |
| CUM | | 44.00 | 47.00 | 150.00 | 3.191 |

**FALL, 1996**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| PED 125 BOWLING | 1.00 A | | | 4.00 | |
| PSY 121 GENERAL PSYCHOLOGY I | 3.00 B | | | 9.00 | |
| HUM 132 CONNECT TECH & OUR LIVES | 3.00 C | | | 6.00 | |
| IET 198 COMP PRGM APP IN ENG TECH | 2.00 F | | | 0.00 | |
| TERM | | 7.00 | 9.00 | 19.00 | 2.111 |
| CUM | | 51.00 | 56.00 | 169.00 | 3.018 |

**WINTER, 1997**

| | | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|---|
| COM 206 INTERPERSONAL COM | 3.00 A | | | 12.00 | |
| EGR 250 ROBOT MECH UNIT REPAIR | 3.00 A | | | 12.00 | |
| PSY 141 LOVE+PERSONAL GROWTH | 3.00 A | | | 12.00 | |
| EGR 217 FLUID POWER | 3.00 A | | | 12.00 | |
| TERM | | 12.00 | 12.00 | 48.00 | 4.000 |
| CUM | | 63.00 | 65.00 | 217.00 | 3.339 |

Dean's List

********** CONTINUED  ON  NEXT PAGE **********

PROVIDED SOLELY FOR:

Miller, Michael E
2313 Germantown St
Dayton, OH 45408

Raised Seal Not Required

This official transcript
is printed on secured
paper and does not
require a raised seal.

Director, Registration & Student Records



**Sinclair Community College**

Dayton, Ohio 45402-1454

NAME: Michael E. Miller

STUDENT SSN:

MAJOR: Electro-Mech Egr/Rob

DATE PRINTED: OCT 22, 2001

PAGE: 2

SPRING, 1997

| | | | | |
|---|---|---|---|---|
| ENG 121 TECHNICAL COMMUNICATN I | | 3.00 C | 6.00 | |
| EGR 251 ROBOT CONTRL DIAGNOSTIC | | 3.00 C | 6.00 | |
| PHY 131 TECHNICAL PHYSICS I | | 4.00 B | 12.00 | |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 10.00 | 10.00 | 24.00 | 2.400 |
| CUM | 73.00 | 75.00 | 241.00 | 3.213 |

FALL, 1997

| | | | | |
|---|---|---|---|---|
| EET 114 BASIC ELECTRNC MSMTS | | 3.00 B | 9.00 | |
| EER 137 LINEAR INTGRTD CIRCUITS | | 3.00 C | 6.00 | |
| ENG 122 TECHNICAL COMMUNICATN II | | 3.00 A | 12.00 | |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 9.00 | 9.00 | 27.00 | 3.000 |
| CUM | 82.00 | 84.00 | 268.00 | 3.191 |

----- DEGREES   EARNED -----
98/WI Associate of Applied Science
MAJOR: Electro-Mech Egr/Rob

----- TRANSFER CREDITS -----
1995 United States Army          55.0

************* END OF TRANSCRIPT *************

PROVIDED SOLELY FOR:

Miller, Michael E
2313 Germantown St
Dayton, OH 45408

Raised Seal Not Required

This official transcript is printed on secured paper and does not require a raised seal.



Director, Registration & Student Records

A Black and White Transcript is not Official. The word "COPY" Appears When Photocopied

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name *VIVIAN DELOIS BERT*  Date *5-23-01*
FIRST    MIDDLE    LAST

Present Address *1812 Cherry St    MIDDLETOWN OH 45044*
NO.    STREET    CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: (*513*)  *423-5408*
AREA CODE    NUMBER

Permanent Address: *Same as Above*
CITY    STATE    ZIP CODE

Permanent Phone: (*513*)  *423-5408*  Social Security # :
AREA CODE    NUMBER

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? *Yes*
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? *No*

If yes, explain. _____

Date available for employment: *As soon As possible*

If the job requires, are you willing to travel? *Yes*    Relocate? *Yes*

If the job requires, are you able to work all shifts? *Yes*

Have you previously applied at Armco or AK Steel? *Yes* If yes, when/where? *Sept 1999*

Have you previously worked for Armco or AK Steel? *Yes* If yes, when/where? *1982 - 1984*
*Was Laid off*





**EDUCATIONAL BACKGROUND:**

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   (12)     College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1 3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | | Business | 3.8 |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Valdosta State College Valdosta Georgia | | ✓ | | Business | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

**EMPLOYMENT EXPERIENCE:**

**PRESENT OR MOST RECENT POSITION**

Name of employer _Burns Security_    Your title _Security Guard_

Address _Pete Rose WAY_    Kind of business _Security_
_Cinc. Ohio 45202_

Describe your position _Security Post at Guard Shack At Procter & Gamble_

Period of employment from _Feb 1999_ (MO/YR) to _Now_ (MO/YR)    Name of person for whom you worked _Philip Baker_    Rate of earnings _8.50 hr_

Give exact reason for leaving _____

**NEXT PREVIOUS POSITION**

Name of employer _Postal Service_    Your title _Mail Carrier_

Address _Middletown, Ohio 45044_    Kind of business _Government_

Describe your position _Maildelivery_

Period of employment from _Feb 1997_ (MO/YR) to _Feb 1999_ (MO/YR)    Name of person for whom you worked _____    Rate of earnings _13.00 hr_

Give exact reason for leaving _Husband was terminally ill - Resigned to take care of him_

**NEXT PREVIOUS POSITION**

Name of employer _Oklahoma Dept. of Transportation_    Your title _Clerk_

Address _200 NE 21st Street_    Kind of business _State_
_OKC, OK 73105_

Describe your position _Clerk to the Comptroller_

Period of employment from _May 1994_ (MO/YR) to _July 1996_ (MO/YR)    Name of person for whom you worked _William Martin_    Rate of earnings _8.50 hr_

Give exact reason for leaving _Moved Back to Ohio_

**NEXT PREVIOUS POSITION**

Name of employer _General Electric Aircraft engine Business_    Your title _Shipping & Receiving_

Address _1 Neumann Way Cin. Ohio 45215_    Kind of business _Aircraft Engine_

Describe your position _Shipping & Receiving of Aircraft Engine Parts_

Period of employment from _Sept 1981_ (MO/YR) to _Sept 1993_ (MO/YR)    Name of person for whom you worked _Chester Gregory_    Rate of earnings _14.59 hr_

Give exact reason for leaving _Laid-off_

How much time have you lost from work in the past two years? _None_

## JOB INTERESTS AND SKILLS:

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*labor or clerical*

Expected wage or salary $ *13.00hr*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: *Typing 55wpm - Computer -Word*

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful:

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: *FoRk Trucks — hand trucks - CRanes, Computers wall Compressed air Foam For packaging.*

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| *Choppy Sanders* | *805. 11th Midd. OH 45044* | *(513) 422-5374* | *Friend* |
| *Dora Commodore* | *601 18th Ave. Midd, Ohio 45044* | *(513) 422-1370* | *Frien* |
| *Gina Craft* | *3404 Grand ave. Midd, Ohio 45044* | *(513) 422-5398* | *Frien* |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant *Vivian Bert*

Application received by/Date received

## OHIO BUREAU OF EMPLOYMENT SERVICES
### SPECIAL SERVICES APPLICATION

Employer Name

Complete if you are interested only in casual labor or special job recruitment employment or in other types of special services.

Job Order No. **AK**

## APPLICANT DATA

Name (Last) **Beet** (First) **Vivian** (M.I.) **D** | SSN | Date

Mailing Address (Please include P.O. Box, route number, apartment number, etc.) **1812 Cherry Street**

City **Middletown** | State **Ohio** | ZIP Code **45040**

Phone Numbers: Home **(513) 423-5408** Message **(866) 222-9617**

Are you a United States citizen? ☑ Yes ☐ No
If "No," please present your immigration documents to a staff person after completing your application.

**DO NOT COMPLETE SHADED AREA** | Document Type | Document Number | Em...
**FOR STAFF USE ONLY**

Birthdate (mm/dd/yy): **51**

What is your race or ethnic group?
☐ White, not Hispanic
☑ Black, not Hispanic
☐ Hispanic
☐ American Indian or Alaskan Native
☐ Asian or Pacific Islander

Gender: ☐ Male ☑ Female

## SEASONAL/MIGRANT FARMWORKER

The following information will help us determine if you are a seasonal or migrant farmworker or a migrant food processing worker.

YES

1. Did you earn at least half of your income during the past 12 months from farm and/or food processing work? ☐ ✓
   If you answered "Yes," answer question 2 of this item. If "No," proceed to education.

2. Were you employed by the same employer year round? ☑
   If you answered "No," answer questions 3, 4, and 5 of this item.

3. In the past 12 months, did you work at least 25 days in farm work? ☐

4. In the past 12 months, did you work at least 25 days in food processing? ☐

5. Are you unable to return home at night because your work location is too far from your residence? ☐

## EDUCATION

The following educational information may be used to determine whether you are qualified for certain jobs. You may be required a transcript, diploma, or other proof if requested.

Highest school grade completed: (indicate 12 if you have a GED certificate.)

Highest degree that you have received:

**0291** Plfs' 1st Prod. to Dft

☐ None  ☐ GED  ☑ High School Diploma  ☑ Certificate/Lic
☐ Associate  ☐ Bachelor  ☐ Master  ☐ Ph.D

## HOUSEHOLD

How many people, including yourself, who are related by blood, marriage, or adoption, are living in your household? **2**

What is the total income from all sources by all members of your household in the past six months? Estimate the amount to the nearest dollar $ **25000**

## VETERAN SERVICES

EXHIBIT 17

Exh. 4
V. Beet

*Di Harris - never submitted a test request*

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation



AK Steel

...rporation is an Equal Employment Opportunity Employer and as such meets all ...regulations pertaining to Equal Employment Opportunity.

Name **Thaddeus R Freeman**    Date **7-13-00**
        FIRST        MIDDLE        LAST

Present Address **2637 CINN - DAYTON Rd    Middletown OH 45044**
            NO.        STREET        CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: **513    4247075**
                                AREA CODE        NUMBER

Permanent Address: **2637 CINN - DAYTON Rd    Middletown OH 45044**
            NO.        STREET        CITY    STATE    ZIP CODE

Permanent Phone: ( ____ ) _____ Social Security # _
            AREA CODE        NUMBER

Are you 18 years of age or older? ☑ Yes    ☐ No

Are you lawfully entitled to work within the U.S.? **YES**
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? **NO**

If yes, explain. _____

Date available for employment: **ANY TIME**

If the job requires, are you willing to travel? **NO**        Relocate? ____

If the job requires, are you able to work all shifts? **YES**

Have you previously applied at Armco or AK Steel? **YES** If yes, when/where? **OBES 9/99**

Have you previously worked for Armco or AK Steel? **NO** If yes, when/where? ____



EXHIBIT
18

**EDUCATIONAL BACKGROUND:**

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12        College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID. BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | | Business | mid |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Zion Temple Bible Institute | | ✓ | | | |
| | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?  ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

**EMPLOYMENT EXPERIENCE:**

PRESENT OR MOST RECENT POSITION

Name of employer _Kroger Co._    Your title _Meatcutter_

Address _430 Oxford State Rd_    Kind of business _Grocery_

Describe your position _Cut Meat for sale_

Period of employment from _78_ to _NOW_    Name of person for whom you worked _Ed Bagle_    Rate of earnings _$1500_
(MO/YR)  (MO/YR)

Give exact reason for leaving _____

NEXT PREVIOUS POSITION

Name of employer _Dillmans Food_    Your title _Meatcutter_

Address _Middletown Ohio_    Kind of business _Grocery_

Describe your position _____

Period of employment from _75_ to _77_    Name of person for whom you worked _____    Rate of earnings _10.1?_
(MO/YR)  (MO/YR)

Give exact reason for leaving _more money_

NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____    Name of person for whom you worked _____    Rate of earnings _____
(MO/YR)  (MO/YR)

Give exact reason for leaving _____

NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____    Name of person for whom you worked _____    Rate of earnings _____
(MO/YR)  (MO/YR)

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _None_

## JOB INTERESTS AND SKILLS:

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

_Labor_

Expected wage or salary $_____

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

_____

_____

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Odell Wize | Ken Ridge Rd | 4233796 | Friend |
| Harold Ingram | 2206 Cinn.-Dayton Rd | 4239150 | " " |
| Vernon Calhoun | 2647 Cinn.-Dayton | 4236254 | " " |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _Kathleen R. Ingram_ _____

Application received by/Date received _____



# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all
government regulations pertaining to Equal Employment Opportunity.

**AK Steel**

Name _Thaddeus R Freeman_     Date _OCT 20 1999_
FIRST          MIDDLE          LAST

Present Address _2637 Cinn-Dayton Rd    Middletown OH    45044_
NO.    STREET    CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: ( _513_ )  _424 7075_
AREA CODE    NUMBER

Permanent Address: _2637    Cinn. Dayton Rd    Middletown OH    45044_
NO.    STREET    CITY    STATE    ZIP CODE

Permanent Phone: ( _513_ )  _424 7075_    Social Security #
AREA CODE    NUMBER

Are you 18 years of age or older?  ☑ Yes   ☐ No

Are you lawfully entitled to work within the U.S.?  _YES_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation?  _NO_

If yes, explain. _____

_____

Date available for employment: _Aug time_

If the job requires, are you willing to travel? _NO_ _____ Relocate? _____

If the job requires, are you able to work all shifts? _YES_

Have you previously applied at Armco or AK Steel? _YES_  If yes, when/where? _____

Have you previously worked for Armco or AK Steel? _NO_  If yes, when/where? ( _89; 91 Hamilton_ )





**EXHIBIT**
FREEMAN
1 6-5-07
AMB

## EDUCATIONAL BACKGROUND:

Circle last grade completed    1    2    3    4    5    6    7    8    9    10    11    12        **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | GRADUATED NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Middletown High School | ✓ | | | Business | Mid |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | Lion Temple Bible Institute  Completed one year | | ✓ | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

**MILITARY SERVICE: Are you a Veteran of the U.S. Military Service?**   ☐ Yes    ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

_____

_____

_____

## EMPLOYMENT EXPERIENCE:

### PRESENT OR MOST RECENT POSITION

Name of employer _Kroger Co._    Your title _Meat Manager_

Address _430 Oxford State Rd_    Kind of business _Grocery_

Describe your position _Meat Cutter_

Period of employment from _5/78_ to _Now_    Name of person for whom you worked _Tony Spaeth_    Rate of earnings _15.10 HR_
(MO/YR)      (MO/YR)

Give exact reason for leaving _Pay Rate_

### NEXT PREVIOUS POSITION

Name of employer _Dillman Foods_    Your title _Meat Cutter_

Address _1200 Central Ave_    Kind of business _Grocery_

Describe your position _Meat Cutter_

Period of employment from _2/73_ to _4/77_    Name of person for whom you worked _Steve Dillman_    Rate of earnings _$7.75_
(MO/YR)      (MO/YR)

Give exact reason for leaving _Pay Rate_

### NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____    Name of person for whom you worked _____    Rate of earnings _____
(MO/YR)      (MO/YR)

Give exact reason for leaving _____

### NEXT PREVIOUS POSITION

Name of employer _____    Your title _____

Address _____    Kind of business _____

Describe your position _____

Period of employment from _____ to _____    Name of person for whom you worked _____    Rate of earnings _____
(MO/YR)      (MO/YR)

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _None_

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

_Labor_

Expected wage or salary $_____

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _blade saws_

_____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

_____

_____

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Odell Wize | 330 KenRidge Rd | 513-4233796 | Friend |
| Harold Ingram | 2206 Cinn-Dayton Rd | 5134234150 | |
| Vernon Calhoun | 2247 Cinn-Dayton Rd | 513 4231254 | |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant _____     _____

Application received by/Date received

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

**AK Steel**

Name _Mary_ _L._ _Harris_    Date _5/15/01_
     FIRST        MIDDLE        LAST

Present Address _11716_ _Colewood_ _Dr._ _Cincinnati_ _Ohio_ _45240_
               NO        STREET        CITY        STATE        ZIP CODE

Phone Number — or number where you can be reached: (_573_) _742-3946_ - or 513-378.7085
                                                    AREA CODE        NUMBER

Permanent Address: _11716_ _Colwood_ _Dr._ _Cincinnati_ _Ohio_ _45240_
                   NO        STREET        CITY        STATE        ZIP CODE

Permanent Phone: (_513_) _742-3946_    Social Security # _____
                 AREA CODE    NUMBER

Are you 18 years of age or older? ☑ Yes  ☐ No

Are you lawfully entitled to work within the U.S.? _Yes_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _No_

If yes, explain. _____

Date available for employment: _Whenever Needed_

If the job requires, are you willing to travel? _No_    Relocate? _No_

If the job requires, are you able to work all shifts? _Yes_

Have you previously applied at Armco or AK Steel? _____ If yes, when/where? _____

Have you previously worked for Armco or AK Steel? _No_ If yes, when/where? _____

**EXHIBIT**
HARRIS
2    6-5-07
      AMB

Federal regulations require AK Steel Corporation to maintain the following information on all individuals making application for employment. This information is retained separate and apart from all APPLICATIONS FOR EMPLOYMENT and is not used for purposes of making employment decisions. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, military status, disability or age. We appreciate your cooperation.

NAME _Mary L. Harris_    DATE _5/15/01_

SEX: ☐ Male ☑ Female

RACE: ☐ White (not of Hispanic origin)    ☐ Hispanic
      ☑ Black (not of Hispanic origin)    ☐ American Indian or Alaskan Native    ☐ Asian or Pacific Islander

CHECK IF APPLICABLE: ☑ Vietnam Era Veteran    ☐ Disabled Veteran    ☐ Disabled Individual

POSITION FOR WHICH YOU ARE APPLYING:
☐ Management           ☐ Sales Representative    ☑ Clerical        ☑ Laborer
☐ Professional         ☐ Technical               ☑ Craft Worker    ☑ Service Worker

Form G-6545  12/94  *(EMPLOYMENT DEPARTMENT: Detach Upon Receipt of Application)*

**EXHIBIT**
**20**
_9/6/01 KK_

0096    Pits' 1st
        Prod. to Dft

## EMPLOYMENT EXPERIENCE:

0097  Pltfs' 1st
Prod. to Dft

**PRESENT OR MOST RECENT POSITION**

Name of employer _RDI Marketing Service_  Your title _Tele Marketing_

Address _9920 Carver Rd_  Kind of business _Marketing_

Describe your position _Telephone Service Representative_ _Various Companies Mortgage Politics Exc_

Period of employment from _5-99_ (MO/YR) to _Present_ (MO/YR)  Name of person for whom you worked _Connie Messler_  Rate of earnings _9.25/hr_

Give exact reason for leaving _Looking for Better Wages, Benefits Etc_

**NEXT PREVIOUS POSITION**

Name of employer _Creations By Mary_  Your title _Floral Designer_

Address _Self Employed_  Kind of business _Floral Ceramic Center Picture Decoration_

Describe your position _Floral Arrangements, Weddings, Ceramics, Etc_

Period of employment from _8/98_ (MO/YR) to _Present_ (MO/YR)  Name of person for whom you worked _Self Employed_  Rate of earnings _Excellent_

Give exact reason for leaving _Still Doing Business - Praise the Lord_

**NEXT PREVIOUS POSITION**

Name of employer _Kelly Services_  Your title _Assembler, Johnson & Johnson_

Address _Princeton Rd_  Kind of business _Surgical Instrument_

Describe your position _Assembling Surgical Instrument_

Period of employment from _1/97_ (MO/YR) to _8/98_ (MO/YR)  Name of person for whom you worked _Robert Rose_  Rate of earnings _$10.17 per hr_

Give exact reason for leaving _Temporary Positions_

**NEXT PREVIOUS POSITION**

Name of employer _Marketing Programs_  Your title _Lab Technician Contracted to Procter & Gamble_

Address _Fairfield Ohio_  Kind of business _Procter & Gamble_

Describe your position _Health Care - Prototype - Working on Herbal_

Period of employment from _2/96_ (MO/YR) to _8/96_ (MO/YR)  Name of person for whom you worked _Nancy Dend_  Rate of earnings _$7.50 hr_

Give exact reason for leaving _Temporary Positions_

How much time have you lost from work in the past two years? _2 months - Major Surgery_

## EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   (12)      College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP/MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Robert A Taft - 420 Ezzard Charles | ✓ | | | General | Average |
| BUSINESS OR TRADE | Street Cinc. Ohio Vocation  G.E. Seven Assembly | | ✓ | | Computer Assembly | |
| COLLEGE OR UNIVERSITY | | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _See Resume_

If presently enrolled, indicate where and field of study: ___

Describe any definite plans for further study: ___

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: ___
_See Resume_

## MILITARY SERVICE: Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☑ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

0098     Plts' 1st
Prod. to Dft

Assembler, Machine Operator, Spot Welder, Punch Press Opr

Expected wage or salary $ Highest Available

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: Xerox, Computer, Calculator, Etc.

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: Awards, Highest Conversion Rates - Team Training - Just in Time Inventory Reduction, Haz Com Training - Microcomputers Introduction Level I - Customer Service Experience - Dealing with People Over Phone or In Person

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: Punch Press, Spot Welder, Rivet Mach, Hand Tools, Forklift Driver's License, Sub Assembly School @ G.E., Etc.

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying. Dependable with 18 to 20 yrs industry - 10 to 15 yrs Service Representative Clerical Experience Along with Dealing with Clients. Positive Attitude

PERSONAL REFERENCES: Ambitious and willing to do whatever it is to provide a quality Job.

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO | RELATIONSHIP |
|---|---|---|---|
| Allan Robert | | 513-320-3181 | Friendly |
| Vivian Bert | 1812 Cherry St. | 513-423-3708 | Friend |
| Shirley Daniels | P.O. Box 30017 Grantville OH | 513-648-0529 | Fri |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant  Mary L. Harris

"God Bless You All!" "Thanks."

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: *Mary J. Harris*    Date: 5/5/01

| Item | Response |
|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | 2 Times |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed | RDI Marketing Services — 2 yrs<br>Creations By Mary — 2 yrs<br>G.E. Aircraft Engines — 8 yrs |
| 3. Have you ever been terminated from any employer? | YES        NO |
| 4. Do you have a high school diploma or GED? | (YES)        NO |
| 5. Do you have a valid driver's license? | (YES)        NO |
| 6. Do you have reliable transportation? | (YES)        NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES        (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred  (B) Tolerable, or (C) Unacceptable | A    (B)    C |
| 9. Have you ever worked for AK Steel/Armco before? | YES        (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | 18 - 20 yrs |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES)        NO |
| 12. List any education beyond high school. | Computers Assembling |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | YES        (NO) |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES)        NO |

EXHIBIT
HARRIS
3   6.5.07

EXHIBIT
21

# MARY L. HARRIS

**11716 Elkwood Drive**
**Cincinnati, Ohio 45240**
**(513) 742-3946**

---

**SUMMARY:**   Dependable employee with 18 years in industry as a machine operator, assembler and in manufacturing support activities, over 12 years in service industry as computer operator, service representative and various clerical positions. Positive attitude. Enjoy working with public. Ambitious and willing to do whatever it takes to provide a quality job.

## **WORK EXPERIENCE**

**May, 1999**
**to present**

**RDI Marketing Services,** 9920 Carver Rd., Blue Ash
Telephone Service Representative, Marketing Service. Telemarketing Campaigns, March of Dimes, Various Mortgage Companies, Financial Institutions, and Political Campaigns, along with other various campaigns. Duties include answering computerized phone calls with head set and setting up appointments for loan officers after completing sales call.

**Aug., 1998**
**to May, 1999**

**Creations by Mary** – Forest Park, Ohio
Self-Employed
Floral Designer, Ceramic Specialist – Wedding, etc.

**Jan., 1997**
**to Aug., 1998**

**Kelly Services** - Princeton Rd.
Contracted to the Ethicon-Endo Surgery Company, Reed Hartman & Creek Rd. Duties include the assembling of surgical instruments.

**Nov., 1996**
**to Dec. 31, 1996**

**U.S. Postal Services** - Cincinnati, Ohio
Duties included mail handler. Seasonal job only.

**Sept., 1996**
**to Nov., 1996**

**Kelly Services** - Princeton Rd.
Contracted out to P&G and Xerox.

**Aug., 1996**
**to Sept. 27, 1996**

**Kelly Services** - Princeton Rd.
Contracted to the Ethicon-Endo Surgery Company, Reed Hartman & Creek Rd. Duties included the assembling of surgical instruments.

**Feb., 1996**
**to Aug., 1996**

**Marketing Programs, Inc.** - Fairfield, Ohio
Contracted to the Procter & Gamble Co., Sharon Woods Health Care Center on Williamson Rd. During these six months I worked in the Health Care Prototype lab working on new products.



EXHIBIT
22

Exh. 4
Harris

Page 1 of 3

| | |
|---|---|
| **Sept., 1994**<br>**to Feb., 1996** | **Marketing Programs, Inc.** - Fairfield, Ohio<br>Contracted to the Procter & Gamble Co., Winton Hills Technical Center. During this one and a half years I worked in the Diaper Prototype lab. |
| **Feb., 1994**<br>**to Sept., 1994** | **Marketing Programs, Inc.** - Fairfield, Ohio<br>Contracted to the Procter & Gamble Co., Sharon Woods Technical Center. During these seven months my job function was to provide technical support in the execution of performance testing on new products. |

**1985 to 1993**

**GE AIRCRAFT ENGINES** - Cincinnati, Ohio
An international manufacturer of engines for the military, commercial, and marine industries.

**Material Support**
Responsible for performing a variety of functions in support of manufacturing including the routing/preparation and shipment of products to Engine Assembly.

➢ Used computer to receive/route vendor material.

➢ Used computer to organize parts and sub-assemblies for shipment to Engine Assembly.

➢ Operated machines for final preparation of the product to include deburring and cleaning parts.

➢ Certified to operate a lift truck and industrial mobile equipment.

**Assembler**
Responsible for performing various sub-assembly duties including grinding, brazing, riveting, drilling and assembling parts.

➢ Set-up and operated a variety of grinding machines and operated riveting machines and drill presses.

➢ Applied alloy and braze to blueprint requirements.

➢ Used various hand tools and standard precision gauges to maintain close tolerances.

➢ Dress grinding wheels, as required.

➢ Maintain required records.

**1982 to 1985**

**VICTOR TEMPORARY SERVICES** - Cincinnati, Ohio
Provide short term assignments to factories and offices.
➢ **Assembler/Computer Operator**

Responsible for working as an assembler at P&G and Revlon and as a computer operator with Warner Cable.

**1979 to 1982**    **CINCINNATI TIME RECORDER COMPANY** - Cincinnati, Ohio
Manufactured recording and parking control equipment.

> **Machine Operator**
Responsible for operating variety of production machines including spot welder, punch press and drill press.

**1975 to 1979**    **CINCINNATI AUTO - AAA** - Cincinnati, Ohio
Provide exclusive benefits and services for members, complete travel agency and insurance agency.

> **Marketing Service Representative**
Responsible for performing various duties of service to club members. For example, answer phone inquiries, plan trips, and provide emergency road service. Managing own accounts, making hotel, motel reservations. License department: Processing driver license, transfer titles from one name to another. Responsible for legal reimbursements, attorney fees, etc.

**1966 to 1975**    **OTHER BUSINESS EXPERIENCE**
Worked in a variety of positions including nurse's aide at a private hospital, assembler with a toy manufacturer and various clerical positions: cashier, clerk typist and file clerk.

## EDUCATION

Robert A. Taft - Cincinnati, Ohio
Graduate
Scarlet Oaks Vocational School:
Introduction to Microcomputers, Level 1

### GE TRAINING
Just In Time Inventory Reduction
Haz-Com Training
Sub Assembly School
Team Training

### AWARDS
Highest Conversion Rate
(Turning & Helping change Customer or Clients Minds)



## AK Steel Corporation

**AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.**

Name *RODERIQUE* *D* *RUSSELL*    Date *21 JULY, 2000*
FIRST    MIDDLE    LAST

Present Address *2807* *COPANE AVE*    *MIDDLETOWN*    *OH*    *45044*
NO.    STREET    CITY    STATE    ZIP CODE

Phone Number — or number where you can be reached: (*513*)    *422-7544*
AREA CODE    NUMBER

Permanent Address: *2807* *COPANE AVE*    *MIDDLETOWN*    *OH*    *45044*
NO    STREET    CITY    STATE    ZIP CODE

Permanent Phone: (*513*)    *422-7544*    Social Security #
AREA CODE    NUMBER

Are you 18 years of age or older? ☑ Yes ☐ No

Are you lawfully entitled to work within the U.S.? *YES*
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? *NO*

If yes, explain. _____

Date available for employment: *24 JULY, 2000*

If the job requires, are you willing to travel? *YES*    Relocate? *YES*

If the job requires, are you able to work all shifts? *YES*

Have you previously applied at Armco or AK Steel? *YES*    If yes, when/where? *SUMMER '90, '91, '92; DEC '94, OCT. '98*

Have you previously worked for Armco or AK Steel? *NO*    If yes, when/where? _____



EXHIBIT
23
9/27/07 KR



EXHIBIT
RUSSELL
1  6-6-07
SMB

## EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   (12)    College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID. BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | MIDDLETOWN HIGH | ✓ | | NA | COLLEGE PREP | 2.8/MID 1/2 |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | KENTUCKY STATE UNIV. | ✓ | | BA | ELEM. ED (MATH) | 2.7 |
| | MIAMI UNIV. - MIDDLETOWN | — | NA | — | TCH. ADV. MATH/SCI | 3.0 |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. NA

If presently enrolled, indicate where and field of study: NA

Describe any definite plans for further study: NA

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: BEING A TRUSTEE at CHURCH and BECOMING A MASON HAS HELPED ME IN LIFE IN GENERAL

MILITARY SERVICE: Are you a Veteran of the U.S. Military Service?   ☐ Yes   ☒ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| | |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

**EMPLOYMENT EXPERIENCE:**

**PRESENT OR MOST RECENT POSITION**

Name of employer _MALACHI / PROJECS CONNECT_          Your title _FAMILY SERV. COORDINATOR_

Address _1735 S. UNIV., MIDDLETOWN, OH 45044_          Kind of business _SCHOOL_

Describe your position _A LIASON FOR THE SCHOOL AND THE PARENTS OF THE CHILD_

Period of employment from _1/99_ to _PRESENT_ (MO/YR)          Name of person for whom you worked _SHARON BOGAN_          Rate of earnings _13.50_

Give exact reason for leaving _____

**NEXT PREVIOUS POSITION**

Name of employer _FRASER PAPER_          Your title _4TH HAND_

Address _51 S. MAIN; W. CARROLLTON, OH_          Kind of business _PAPERMAKER_

Describe your position _PREPARE PAPER FOR SHIPPING_

Period of employment from _3/88_ to _1/99_ (MO/YR)          Name of person for whom you worked _RICK BLOOM_          Rate of earnings _12.60_

Give exact reason for leaving _PROJECS CONNECT_

**NEXT PREVIOUS POSITION**

Name of employer _PRINCETON CITY SCHOOLS_          Your title _SBH - TEACHERS AIDE_

Address _PRINCETON JR. HIGH_          Kind of business _SCHOOL_

Describe your position _PLAN LESSONS and HELD TEACHER CLASSROOM EXERCISES_

Period of employment from _10/97_ to _3/98_ (MO/YR)          Name of person for whom you worked _NH_          Rate of earnings _$70 A DAY_

Give exact reason for leaving _MORE PAY_

**NEXT PREVIOUS POSITION**

Name of employer _MIDDLETOWN / TROY-MADSON CITY SCHOOLS_   Your title _SUBSTITUTE TEACHER_

Address _____ _NH_ _____          Kind of business _SCHOOL_

Describe your position _FILL-IN FOR TEACHERS THAT ARE ABSENT_

Period of employment from _12/94_ to _12/97_ (MO/YR)          Name of person for whom you worked _NH_          Rate of earnings _$74 A DAY_

Give exact reason for leaving _____

How much time have you lost from work in the past two years? _NONE_

**JOB INTERESTS AND SKILLS:**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*PROFESSIONAL; LABOR*

Expected wage or salary $ *13.50*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: _____

_____

_____

_____

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: *I'VE WORKED SWING SHIFT BEFORE. I CAN OPERATE SQUEETER, FORK LIFT.*

_____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

*ABLE TO GET ALONG WITH ANYONE and I HAVE GOOD LEADERSHIP SKILLS*

_____

_____

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| *ELMON PRIER* | *5705 GREENWEN DR* | *422-4268* | *FRIEND* |
| *FRANK LATIMER* | *704 17TH AVE* | *422-4188* | *FRIEND* |
| *GREG TYUS* | *818 15TH AVE* | *423-1557* | *FRIEND* |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant *Katherine Russell*                    *21 July 2000*  *Tracy A White*
                                                              Application received by/Date received

# APPLICANT SURVEY

Applicant Name: _Roderique Russell_    Date: _21 July, 2000_

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | *1* | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed | *SORG PAPER* | *2* |
| | *FRASER PAPER* | *1½* |
| | *MALACHI* | *2* |
| | **EXHIBIT** *RUSSELL 2  6-6-07 smb* | |
| | | |
| | | |
| | | |
| 3. Have you ever been terminated from any employer? | YES | (NO) |
| 4. Do you have a high school diploma or GED? | (YES) | NO |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred  (B) Tolerable, or (C) Unacceptable | (A)  B  C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | *6* | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | YES | (NO) |
| 12. List any education beyond high school. | *KENTUCKY STATE UNIVERSITY* *MIAMI-UNIV.-MIDDLETOWN* | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required) | YES | (NO) |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES) | NO |

EXHIBIT 24 7/27/07 KG

**AK Steel Corporation**
MIDDLETOWN WORKS-PERSONNEL RELATIONS
1801 CRAWFORD STREET
MIDDLETOWN, OHIO 45043-0001

September 12, 2002

Mr. Roderique Russell
2807 Lopaine Avenue
Middletown, Ohio 45044

Dear Mr. Russell:

    I am writing to you because you did not return the messages which I left on your voicemail on August 28th and 29th. I had called and I am writing because I would like to discuss your application for employment at AK Steel Corporation. Please call me at (513) 425-3512. If you get my voicemail, please leave a phone number and time when I can reach you.

Thanks,

Jessica Hicks
AK Steel – Middletown Works
Associate Human Resource Representative
513-425-3512


EXHIBIT
25