```
 1      Q.    Did you ever see the job
 2  qualifications for the job you were applying for at
 3  AK Steel?
 4      A.    No, I didn't.
 5            MS. DONAHUE:  Okay.
 6            MS. PRYOR:  Done.  Nothing further.
 7            MS. DONAHUE:  Okay.  That's it.  We're
 8  done.
 9            (Deposition concluded at 12:04 p.m.)
```

_____
Michael E. Miller

**SEE PAGE 138
Signed pursuant to Rule 30

```
 1              **See signature page 135

 2        RULE 30(E) OF THE FEDERAL RULES OF CIVIL
    PROCEDURE BEING INVOKED.
 3        REASON:  AFTER HAVING BEEN SUBMITTED FOR
    SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT
 4  WITHIN THE ALLOTTED TIME PER RULE 30(E).

 5
                    C E R T I F I C A T E
 6
          I, SUSAN M. BARHORST, THE UNDERSIGNED, HAVE
 7  SIGNED THE SIGNATURE OF MICHAEL E. MILLER TO THE
    DEPOSITION PURSUANT TO THE ABOVE-STATED REASON.
 8

 9
                  _Susan M. Barhorst_  1/14/08
10                _____
                     SUSAN M. BARHORST
11                 NOTARY PUBLIC-STATE OF OHIO
                     MY COMMISSION EXPIRES:
12                     FEBRUARY 18, 2009

13

14

15

16

17

18

19

20

21

22

23

24
```