

**Sinclair Community College**

**Dayton, Ohio 45402-1454**

MILLER
1    6.6.07
DmB

EXHIBIT

NAME: Michael R. Miller

STUDENT SSN:

MAJOR: Electro-Mech Egr/Rob

DATE PRINTED: OCT 22, 2001

PAGE: 1

FALL, 1994

| | | | |
|---|---|---|---|
| EGR 128 ROBOTICS IN CIM SYSTEMS | 3.00 | B | 9.00 |
| EER 123 HI RELIABLTY SOLDERING | 3.00 | A | 12.00 |
| MAT 111 TECHNICAL MATH I | 5.00 | B | 15.00 |
| EGR 201 FUND OF COMPUTER GRAPHICS | 3.00 | A | 12.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 14.00 | 14.00 | 48.00 | 3.429 |
| CUM | 14.00 | 14.00 | 48.00 | 3.429 |

Dean's List

WINTER, 1995

| | | | |
|---|---|---|---|
| MAT 112 TECHNICAL MATH II | 5.00 | B | 15.00 |
| EGR 248 R-C CONTROLLER PRGRMG | 3.00 | W | 0.00 |
| EGR 101 INDUSTRL CMPTR CONTROL | 3.00 | A | 12.00 |
| HUM 131 SEARCH FOR UTOPIA | 3.00 | W | 0.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 8.00 | 8.00 | 27.00 | 3.375 |
| CUM | 22.00 | 22.00 | 75.00 | 3.409 |

SPRING, 1995

| | | | |
|---|---|---|---|
| EBE 170 CO-OP/CAREER PLANNING | 3.00 | B | 9.00 |
| EER 166 INDUSTRIAL MACHINE WIRING | 3.00 | C | 6.00 |
| EER 138 MICROPRCSRS PRMG/APPL | 3.00 | A | 12.00 |
| EET 281 PROGRAMBLE LOGIC CONTRL | 3.00 | A | 12.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 12.00 | 12.00 | 39.00 | 3.250 |
| CUM | 34.00 | 34.00 | 114.00 | 3.353 |

SUMMER, 1995

| | | | |
|---|---|---|---|
| COM 206 INTERPERSONAL COM | 3.00 | W | 0.00 |
| ENG 121 TECHNICAL COMMUNICATN I | 3.00 | W | 0.00 |
| EGR 252 KAREL CONTRLER PRGRMS | 3.00 | A | 12.00 |
| EGR 248 R-C CONTROLLER PRGRMG | 3.00 | A | 12.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 6.00 | 6.00 | 24.00 | 4.000 |
| CUM | 40.00 | 40.00 | 138.00 | 3.450 |

Dean's List

********** CONTINUED IN NEXT COLUMN **********

SPRING, 1996

| | | | |
|---|---|---|---|
| EER 139 ELECTRICAL MACHINERY | 4.00 | W | 0.00 |
| PED 106 WEIGHT TRAINING | 1.00 | W | 0.00 |
| ENG 121 TECHNICAL COMMUNICATN I | 3.00 | W | 0.00 |
| PED 106 WEIGHT TRAINING | 1.00 | W | 0.00 |
| MUS 115 MUSIC APPRECIATION | 3.00 | W | 0.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 0.00 | 0.00 | 0.00 | 0.000 |
| CUM | 40.00 | 40.00 | 138.00 | 3.450 |

SUMMER, 1996

| | | | |
|---|---|---|---|
| EGR 261 ENGR PBLM SOLVING *C* | 4.00 | B | 12.00 |
| PSY 141 LOVE+PERSONAL/GROWTH | 3.00 | F | 0.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 4.00 | 7.00 | 12.00 | 1.714 |
| CUM | 44.00 | 47.00 | 150.00 | 3.192 |

FALL, 1996

| | | | |
|---|---|---|---|
| PED 125 BOWLING | 1.00 | A | 4.00 |
| PSY 121 GENERAL PSYCHOLOGY I | 3.00 | B | 9.00 |
| HUM 132 CONNECT TECH & OUR LIVES | 3.00 | C | 6.00 |
| IET 198 COMP PRGM APP IN ENG TECH | 2.00 | F | 0.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 7.00 | 9.00 | 19.00 | 2.111 |
| CUM | 51.00 | 56.00 | 169.00 | 3.018 |

WINTER, 1997

| | | | |
|---|---|---|---|
| COM 206 INTERPERSONAL COM | 3.00 | A | 12.00 |
| EGR 250 ROBOT MECH UNIT REPAIR | 3.00 | A | 12.00 |
| PSY 141 LOVE+PERSONAL GROWTH | 3.00 | A | 12.00 |
| EGR 217 FLUID POWER | 3.00 | A | 12.00 |

| | HR CPT | HR CALC | POINTS | G P A |
|---|---|---|---|---|
| TERM | 12.00 | 12.00 | 48.00 | 4.000 |
| CUM | 63.00 | 65.00 | 217.00 | 3.339 |

Dean's List

********** CONTINUED ON NEXT PAGE **********

PROVIDED SOLELY FOR:

Miller, Michael E
2313 Germantown St
Dayton, OH 45408

**Raised Seal Not Required**

This official transcript
is printed on secured
paper and does not
require a raised seal.



Ray Elash

Director, Registration & Student Records



**Sinclair Community College**

Dayton, Ohio 45402-1454

NAME: Michael E. Miller

STUDENT SSN:

MAJOR: Electro-Mech Egr/Rob

DATE PRINTED: OCT 22, 2001

PAGE: 2

SPRING, 1997

ENG 121 TECHNICAL COMMUNICATN I     3.00 C     6.00
EGR 251 ROBOT CONTRL DIAGNOSTIC     3.00 C     6.00
PHY 131 TECHNICAL PHYSICS I         4.00 B    12.00

|         | HR CPT | HR CALC | POINTS | G P A |
|---------|--------|---------|--------|-------|
| TERM    | 10.00  | 10.00   | 24.00  | 2.400 |
| CUM     | 73.00  | 75.00   | 241.00 | 3.213 |

FALL, 1997

EET 114 BASIC ELECTRNC MSMTS        3.00 B     9.00
EER 137 LINEAR INTGRTD CIRCUITS     3.00 C     6.00
ENG 122 TECHNICAL COMMUNICATN II    3.00 A    12.00

|         | HR CPT | HR CALC | POINTS | G P A |
|---------|--------|---------|--------|-------|
| TERM    | 9.00   | 9.00    | 27.00  | 3.000 |
| CUM     | 82.00  | 84.00   | 268.00 | 3.191 |

----- DEGREES   EARNED -----
98/WI Associate of Applied Science
    MAJOR: Electro-Mech Egr/Rob

----- TRANSFER CREDITS -----
1995 United States Army              55.0
************* END OF TRANSCRIPT **************

PROVIDED SOLELY FOR:

Miller, Michael E
2313 Germantown St
Dayton, OH 45408



Raised Seal Not Required

This official transcript
is printed on secured
paper and does not
require a raised seal.



Director, Registration & Student Records

A Black and White Transcript is not Official. The word "COPY" Appears When Photocopied

*Indicate application*

# APPLICATION FOR EMPLOYMENT

## AK Steel Corporation



AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all government regulations pertaining to Equal Employment Opportunity.

Name _MICHAE( E. MILLER_  Date _8-10-01_
  FIRST          MIDDLE       LAST

_7212 ...................._
  NO.          STREET                    CITY          STATE          ZIP CODE

Phone Number — or number where you can be reached: ( _937_ ) _263-9695_
                                                      AREA CODE        NUMBER

Permanent Address: _SAME AS ABOVE_
                    NO.        STREET          CITY          STATE          ZIP CODE

Permanent Phone: ( _____ ) _SAME_ _____ Social Security # _≤_
                   AREA CODE      NUMBER

Are you 18 years of age or older?  ☒ Yes   ☐ No

Are you lawfully entitled to work within the U.S.? _YES_
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? _NO_

If yes, explain. _____

_____

Date available for employment: _8-13-01_

If the job requires, are you willing to travel?_____ Relocate? _NO_

If the job requires, are you able to work all shifts? _YES_

Have you previously applied at Armco or AK Steel? _NO_  If yes, when/where? _____

_____

Have you previously worked for Armco or AK Steel? _NO_  If yes, when/where? _____

_____



EXHIBIT

_MILLER_
2   6·6·07
      _SMB_

*(left margin, vertical:)* MIDDLE _E_   FIRST _MICHAEL_   LAST NAME _MILLER_

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12        **College hours completed**

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID. BOT. 1/3 |
|---|---|---|---|---|---|---|
| HIGH | Dunbar High School (Dayton) | ✓ | | | Math, Computers | |
| BUSINESS OR TRADE | 2222 Richley Ave | | | | | |
| COLLEGE OR UNIVERSITY | Sinclair Community College (Dayton) | ✓ | | AAS | Electromech. Engineering | |
| | 444 W. Third St | | | | | |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

U.S. ARMY TECH SCHOOL. CERTIFICATE RECEIVED FOR ELECTRONIC TROUBLESHOOTER 1958 HOURS (CLASS), 600 HOURS (O.J.T.)

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

MILITARY SERVICE: Are you a Veteran of the U.S. Military Service?   ☒ Yes     ☐ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| U.S. ARMY | E-4 |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

VERY DISCIPLINED, DETAILED & MISSION ORIENTED. MECHANICALLY AND ELECTRICALLY INCLINED, AND A FAST LEARNER.

## PRESENT OR MOST RECENT POSITION

Name of employer  HEIDELBERG WEB          Your title  ELECTRICAL ASSEMBLER

Address  4900 WEBSTER DAYTON, OHIO 45414    Kind of business  PRINTING PRESS

Describe your position  BUILD & TROUBLESHOOT DIGITAL PRINTING PRESSES

Period of employment from ____ (MO/YR) to ____ (MO/YR)    Name of person for whom you worked  MIKE HUFF    Rate of earnings  11.10

Give exact reason for leaving  LAID OFF

## NEXT PREVIOUS POSITION

Name of employer  P.C.V.          Your title  SERVICE TECH

Address  2280 W. DOROTHY LANE KETTERING OH    Kind of business  AUTOMOTIVE FLUID FILL

Describe your position  FIELD SERVICE REPAIR OF ONLINE AUTOMOTIVE MACHINERY

Period of employment from 12-00 (MO/YR) to 1-01 (MO/YR)    Name of person for whom you worked  KIM WEAVER    Rate of earnings  15.00

Give exact reason for leaving  DOWNSIZED, I WAS A TEMP TO HIRE POSITION

## NEXT PREVIOUS POSITION

Name of employer  MOTOMAN          Your title  MECHANICAL TECH/SERVICE

Address  WEST CARROLTON & TROY OPS    Kind of business  ROBOTICS

Describe your position  BUILT UP ROBOT CELLS TROUBLESHOT & INSTALLED

Period of employment from ____ (MO/YR) to ____ (MO/YR)    Name of person for whom you worked  N/A    Rate of earnings  11.50

Give exact reason for leaving  I WAS A TEMPORARY FOR C.B.S

## NEXT PREVIOUS POSITION

Name of employer  A-MOLD          Your title  ELECTRICAL MAINT

Address  _____    Kind of business  ALUMINUM CAST

Describe your position  ELECTRICAL & MECHANICAL MACHINE MAINT.

Period of employment from ____ (MO/YR) to ____ (MO/YR)    Name of person for whom you worked  BRAD BRADFORD    Rate of earnings  15.00

Give exact reason for leaving  UNION RAISED EXP LEVEL RESULTING IN FORCED LAYOFFS

How much time have you lost from work in the past two years?  3 DAYS

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*TECHNICAL OR PRODUCTION*

Expected wage or salary $ *OPEN*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: *TECHNICAL - EXPERIENCED IN HYDRAULICS, PNEUMATICS, PLC'S, ELECTRICAL, MECHANICAL, ROBOTICS, PM'S,*

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: *LABOR - HARD WORKER, TEAM WORKER AND SELF MOTIVATED*

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.
*DEPENDABLE, SUCCESSFUL, QUALIFIED TO DO ANY JOB THAT IS TAUGHT TO ME AND ABLE TO DO EXCEEDINGLY ON JOBS ALREADY EXPERIENCED IN.*

## PERSONAL REFERENCES:

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| SAMUEL JOHNSON | 4912 WICKLOW DR | 513-424-3185 | FRIEND |
| O.J. HASSLE | 69 FILS RD | 937-696-2011 | FRIEND |
| ANDRE WALKER | | 513-423-916 | FRIEND |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant *Michael Smith*

Application received by/Date received

# APPLICANT SURVEY

Applicant Name: _MICHAEL E. MILLER_          Date: _8-10-01_

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | Ø | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. | HEIDELBERG WEB | 6 mTHs |
| | P.C.U | 1 YEAR |
| | MOTOMAN | 2 YEARS |
| | OEE | 9 mTHs |
| | AMOLD | 21 mTHs |
| | U.S ARMY | 4 YEARS |

**EXHIBIT**
MILLER
3   6.6.01
pmB

| | | |
|---|---|---|
| 3. Have you ever been terminated from any employer? | YES | NO |
| 4. Do you have a high school diploma or GED? | (YES) | NO |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | (A)    B    C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | 6 YEARS | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES) | NO |
| 12. List any education beyond high school. | SINCLAIR COLLEGE AAS IN ELECTRO MECH ENG. | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required.) | (YES) | NO |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES) | NO |

APP

## AK Steel Corporation

AK Steel Corporation is an Equal Employment Opportunity Employer and as such meets all
government regulations pertaining to Equal Employment Opportunity.

Name __MICHAEL E MILLER__   Date _9-7-01_
FIRST        MIDDLE        LAST

Present Address __2313 GERMANTOWN ST DAYTON OHIO 45408__
NO.        STREET        CITY        STATE        ZIP CODE

Phone Number — or number where you can be reached: ( _937_ ) _263-9695_
AREA CODE        NUMBER

Permanent Address: __SAME AS ABOVE__
NO.        STREET        CITY        STATE        ZIP CODE

Permanent Phone: ( __SAME__ ) __SAME__ _____ Social Security # _____
AREA CODE        NUMBER        alternate _278-4544_

Are you 18 years of age or older?  ☒ Yes   ☐ No

Are you lawfully entitled to work within the U.S.? __YES__
(PROOF OF CITIZENSHIP OR IMMIGRATION STATUS IS REQUIRED UPON EMPLOYMENT)

Have you been convicted of a crime other than a minor traffic violation? __NO__

If yes, explain. _____

Date available for employment: __ASAP__

If the job requires, are you willing to travel? __YES__     Relocate? __NO__

If the job requires, are you able to work all shifts? __YES__

Have you previously applied at Armco or AK Steel? __NO__  If yes, when/where? _____

Have you previously worked for Armco or AK Steel? __NO__  If yes, when/where? _____

**EXHIBIT**

MILLER
4  6-6-07

# EDUCATIONAL BACKGROUND:

Circle last grade completed   1   2   3   4   5   6   7   8   9   10   11   12

College hours completed

| TYPE OF SCHOOL | NAME AND LOCATION | GRADUATED YES | GRADUATED NO | DEGREE | FIELD OF STUDY | GRADE POINT/SCALE TOP MID BOT 1/3 |
|---|---|---|---|---|---|---|
| HIGH | DUNBAR (DAYTON OHIO) | ✓ | | | MATH COMPUTERS | 2.8 |
| BUSINESS OR TRADE | | | | | | |
| COLLEGE OR UNIVERSITY | SINCLAIR COMMUNITY 444 WEST THIRD ST | ✓ | | | ELECTRO-MECHANICAL | 3.4 |
| POST GRADUATE | | | | | | |

List other formal educational experience; e.g., night school, home study courses, GED, etc. _____

_____

If presently enrolled, indicate where and field of study: _____

Describe any definite plans for further study: _ENGINEERING_____

_____

List significant activities, honors, awards or elective offices which have contributed to your career goals and interests: _____

_____

**MILITARY SERVICE:** Are you a Veteran of the U.S. Military Service?  ☒ Yes   ☐ No

| BRANCH OF SERVICE | HIGHEST RANK OR RATE |
|---|---|
| U.S. ARMY | E-4 |

Please, indicate any military experience or training you feel might be of interest and value to AK Steel:

U.S. AIR DEFENSE ARTILLERY SCHOOL
ELECTRONIC TECH.
DIPLOMA    2200 HOURS O.J.T    98%

# EMPLOYMENT EXPERIENCE

## PRESENT OR MOST RECENT POSITION

*(937) 278-2651*

*~ w/ security*

Name of employer __HEIDELBERG WEB__ Finishing Systems   Your title __ELECTRONIC ASSEMBLER__

Address __4900 WEBSTER ST   Dayton, OH 45414__   Kind of business __PRINTING PRESS__

Describe your position __BUILT SUBASSEMBLIES, TROUBLESHOOT AND WORKED AS A TEAM MEMBER TO HELP BUILD BINDERS & OTHERS PRESS EQUIP__

Period of employment from __1-01__ to __6-01__   Name of person for whom you worked __MIKE HUFF__   Rate of earnings __17.16/HR__

Give exact reason for leaving __LAY OFF__

## NEXT PREVIOUS POSITION

Name of employer __PCV TECHNICAL SERVICE__   Your title __FIELD SERVICE TECH__

Address __2280 W. DOROTHY LANE   Dayton, OH__   Kind of business __AUTOMOTIVE FLUID FILL__

Describe your position __TRAVEL TO CUSTOMER SITES TO REPAIR AND INSTALL EQUIPMENT BOUGHT FROM PCV__

Period of employment from __1-00__ to __1-01__   Name of person for whom you worked __ALAN WALKER__   Rate of earnings __15.00__

Give exact reason for leaving __LEFT FOR BETTER JOB OFFER   PCU DOWNSIZED__

## NEXT PREVIOUS POSITION   CBS Dayton, OH   (937) 222-2525

Name of employer __SERVICE TECHNICIAN (CBS)__   Your title __SERVICE TECH__

Address __130 W. SECOND ST SUITE 1910   Dayton OH 45402__   Kind of business __TEMPORARY JOB PLACEMENT__

Describe your position __MACHINE BUILDER AND TROUBLESHOOTER FOR MOTOMAN ROBOTICS & OHIO ELECTRONICS ENGRAVERS__

Period of employment from __5-99__ to __1-00__   Name of person for whom you worked __BOB BICKEL__   Rate of earnings __12.50__

Give exact reason for leaving __OEE WENT OUT OF BUSINESS & MOTOMAN LET ALL TEMPS GO.__

## NEXT PREVIOUS POSITION   (937) 294.4117

Name of employer __FISHER PRODUCTS__   Your title __ELECTRONIC ASSEMBLER__

Address __N/A   3100 Valleywood Drive   Kettering OH 45429__   Kind of business __TEST CONSOLES__

Describe your position __TEST CONSOLE BUILDER TO DO HI-POT TESTING OF ARMATURES & STATORS FOR VARIOUS PUMP INC COMPANIES__

Period of employment from __1-99__ to __5-99__   Name of person for whom you worked __N/A__   Rate of earnings __11.00__

Give exact reason for leaving __LAID OFF__

How much time have you lost from work in the past two years? __3 DAYS__

**JOB INTERESTS AND SKILLS**

For what particular type of work are you making application; e.g., clerical, technical, engineering, professional, sales, labor, etc.

*ELECTRONIC SERVICES*

Expected wage or salary $ *OPEN*

If applying for clerical work, list special skills. Include typing (wpm), word processing, computer software, and any office machines or equipment you can operate: _____

_____

_____

_____

If applying for sales, technical, professional, or administrative work, give highlights of any special training or experience which may be helpful: *HAVE EXPERIENCE IN PLC'S, HYDRAULICS, PNEUMATICS, ELECTRICAL, MECHANICAL, CONVEYORS FORKLIFTS, ROBOTS*

If applying for labor or craft work, indicate any training or experience which might be useful. Include any equipment or machinery you can operate: _____

_____

_____

_____

Describe any additional qualifications, abilities, or strong points which will help you be successful in the job for which you are applying.

_____

_____

_____

**PERSONAL REFERENCES:**

Please provide the following information on three individuals whom we may contact as references:

| NAME | ADDRESS | TELEPHONE NO. | RELATIONSHIP |
|------|---------|---------------|--------------|
| Samuel R. Johnson Sr | 4912 Wicklow Dr | (513)-424-3185 | Bishop |
| Mike Huff | 4900 Webster St | (987)-278-2651 | Supervisor |
| Andre Walker | | (513) 423-9161 | Friend |

I hereby certify that the foregoing information is accurate, and I authorize AK Steel to verify it. I specifically authorize AK Steel Corporation to obtain information from my former employers and other references, and I authorize my former employers and other references to release information to AK Steel Corporation.

I agree that any false or misleading statement in this application for employment or any additional forms signed by me in connection with my employment shall be sufficient cause for refusal or termination of employment.

I understand that this application is not and is not intended to be a contract of employment. I agree to submit to a physical examination applicable to the requirements of the type of work for which I am applying, including drug and alcohol abuse screening.

Signature of Applicant  *Michael E Mills*

Application received by/Date received  *9/8/01*

Applicant Name: _MICHAEL E. MILLER_     Date: _4-7-01_

| Item | Response | |
|---|---|---|
| 1. Other than exiting the military, how many times have you been without employment for more than six weeks? | NONE | |
| 2. In the left column, list your full-time employers (company names) for the past 10 years and in the right column write the number of years in each job listed. **EXHIBIT** MILLER 5  6.4.07 amb | HEIDELBERG | 6 mTHS |
| | PCV | 1 1/2 |
| | CBS | 9 mTHS |
| | FISHER PRODUCTS | 5 mTHS |
| | A-MOLD | 6 mTHS |
| | TONKA | 6 mTHS |
| | U.S. ARMY | 4 |
| 3. Have you ever been terminated from any employer? | YES | (NO) |
| 4. Do you have a high school diploma or GED? | (YES) | NO |
| 5. Do you have a valid driver's license? | (YES) | NO |
| 6. Do you have reliable transportation? | (YES) | NO |
| 7. Have you ever been convicted of a crime other than a minor traffic violation? | YES | (NO) |
| 8. Some positions are on weekly rotating shifts. Is this: (A) Preferred (B) Tolerable, or (C) Unacceptable | A   (B)   C | |
| 9. Have you ever worked for AK Steel/Armco before? | YES | (NO) |
| 10. How many years of assembly, heavy machinery and/or manufacturing experience do you have? | | |
| 11. Do you have experience in welding, electrical, maintenance or plumbing? | (YES) | NO |
| 12. List any education beyond high school. | SINCLAIR COMMUNITY AAS IN ELECTROMECHANICAL ENGINEERING TECHNOLOGY | |
| 13. Have you served in the military? (Upon job offer, a copy of your DD-214 will be required.) | (YES) | NO |
| 14. Have you ever worked rotating shifts for a previous employer? | (YES) | NO |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENC | CHARGE NUMBER |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | |

|  | Cincinnati Area Office | and EEOC |
|---|---|---|
| | State or local Agency, if any | |

| NAME(Indicate Mr., Ms., Mrs.)        Mr. Michael Miller | HOME TELEPHONE (Include Area Code)        (937) 263-9695 |
|---|---|

| STREET ADDRESS        2213 Germantown St. | CITY, STATE AND ZIP CODE        Dayton, OH 45408 | DATE OF BIRTH        69 |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME        AK Steel | NUMBER OF EMPLOYEES, MEMBERS        >20 | TELEPHONE (Include Area Code)        1-800-331-5050 |
|---|---|---|

| STREET ADDRESS        703 Curtis Street | CITY, STATE AND ZIP CODE        Middletown, Ohio 45043 | COUNTY |
|---|---|---|

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

**CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))**

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)        LATEST (ALL)

January 2002

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s):

**EXHIBIT**

MILLER
6-6-07
smb

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date ✗ June 18, 2002    Charging Party (Signature) ✗ Michael Miller | |

EEOC FORM 5 (10/94)

## CHARGE OF DISCRIMINATION
## MICHAEL MILLER
## PAGE 1

**I.      Overview of Individual and Class Allegations**

AK Steel Corporation has discriminated and continues to discriminate against me in the terms and conditions of my application for employment with them on the basis of my race, African-American, by denying me the opportunity to be hired while hiring equally or less qualified white employees and subjecting me to a racially hostile application process and other forms of discrimination. I believe that AK Steel Corporation's actions are part of a continuing pattern and practice of discrimination against African-American applicants for employment and employees, including but not limited to, denying applicants hiring opportunities while providing such opportunities to equally or less qualified white applicants and subjecting them to a racially hostile application process.

**II.      Statement of Personal Harm**

I applied to the AK Steel plant in Middletown, Ohio two times: in approximately late June 2001, and again in January 2002. Looking through the help wanted section of a local newspaper in the summer of 2001, I came across AK Steel's advertizement. Because of my background of 4 years in the U.S. Army working as an electronics mechanic, one year of itinerant work repairing elecromechanical equipment for car factories such as Ford and General Motors in various locations throughout the country, and three years as a Master Mechanical Technician for Motoman Robotics, I put in an application for a skilled position in technical repair. In addition, I have an associates' degree in robotics.

I filled out an application at the Hamilton Bureau of Employment and took AK Steel's qualifying exam in July 2001. The first part consisted of a general aptitude test: logic and common sense questions, reading comprehension, basic math and science (such as measurement and buoyancy), and things like that. It was easy. About three weeks later, I was called in to take the skilled test for technical repair. This test seemed directed more to an electrician than a technical person, asking questions about figuring out KVAs on a transformer (a specific issue which only an electrician would have to deal with) and the like, but I still understood the gist of it. The test consisted of approximately sixty questions, of which about ten related directly to technical matters such as relay logic, logic controls, PLC, and computer networking. The rest were more relevant to an electrician than a technical repairperson.

After the test, I had an interview with Jessica Hicks, a white HR representative, and a technical repair department supervisor, a white man, which went really well. Both of them seemed impressed with my background. They told me about AK Steel's safety policies, the benefits associated with the technical repairperson position, and asked me if I would mind rotating shifts. At the end of the interview, Ms. Hicks informed me that they would contact me in the coming weeks.

# CHARGE OF DISCRIMINATION
## MICHAEL MILLER
### PAGE 2

When five weeks had passed without word from AK Steel, I telephoned Ms. Hicks. She informed me that I hadn't done so well on the second exam and asked me if I would be interested in a production job, an unskilled position. Although I was displeased to be informed that I would not be considered for the position in technical repair for which was qualified, I indicated that I was interested in the production job. Because I was obviously over-qualified for this position, I thought that I should have no problem being hired.

Ms. Hicks told me that Advantage Hire would be contacting me regarding the production position, and about three weeks later, in October 2001, they telephoned me to double check my employment background. I heard nothing from AK Steel subsequently. Around the end of November 2001, I contacted Ms. Hicks. She told me that she was waiting to hear from an HR manager regarding the position in production that I was being considered for and that she herself knew nothing. I called back at the end of December 2001 and received the same message. In January 2002 I found out that a white woman had been hired into production at AK Steel. I believe that she applied after me because it is somewhat unusual for women to work in production (there were no women in the group with which I took my qualifying exam, for example) but I heard about a group consisting almost exclusively of women that was tested after me. Also in January 2002 I contacted Ms. Hicks again. This time, she informed me that she didn't know what had happened to my application, what was going on with it, or why it was taking so long. She suggested that I reapply, which I did. On my second application, I indicated that I wished to be considered only for a production position so as to facilitate the process of getting hired into that position. But since having submitted this second application, I have heard nothing back from AK Steel.

## III.    Statement of Discrimination

I believe that AK Steel Corporation has discriminated against me and continues to discriminate against me in the terms and conditions of my applications for employment with them on the basis of my race, African-American, in violation of the Civil Rights Act of 1964, as amended, because white applicants with fewer qualifications than me have been hired and I have not, and because I have been subjected to a racially hostile application process and other forms of discrimination and denied the right to apply for work in an environment free of racial discrimination.

I have been adversely affected by these discriminatory practices by being deprived of the equal opportunity to be hired. Such discrimination denies me and other African-Americans the right to be hired for positions for which we are qualified.

This systemic discrimination also adversely affects the status of African-Americans as employees by promoting and reinforcing racial stereotypes and bias in hiring.

**CHARGE OF DISCRIMINATION**
**MICHAEL MILLER**
**PAGE 3**

**IV.     Statement of Classwide Discrimination on the Basis of Race**

Based on my experiences, I believe that AK Steel Corporation has engaged and continues to engage in a pattern and practice of discrimination against its African-American applicants for employment and employees that denies them equal employment opportunities in ways including but not limited to the following: denying them hiring opportunities while providing such opportunities to equally or less qualified white employees and subjecting them to a racially hostile application process and work environment in which few other African-Americans are employed. This policy violates Title VII of the 1964 Civil Rights Act, 42 U.S.C. Section 2000(e), et seq.

I believe this policy has effected a class of black persons comprised of all past, present and future black applicants for employment with AK Steel. I believe that these discriminatory practices occur throughout AK Steel Corporation. I make this charge on behalf of myself and all similarly situated African-American applicants for employment and employees.

I declare under penalty of perjury that the foregoing is true and correct.

Date: ✗ _June 18, 2002_

✗ _Michael S Miller_

Charging Party (signature)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: Michael Miller<br>2213 GERMANTOWN STREET<br>DAYTON, OH 45408 | From: E.E.O.C<br>Cincinnati Area Office<br>550 Main Street, Suite 10-019<br>Cincinnati, Ohio  45202-5202 |
|---|---|

☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL ( 29 C.F.R. 1601.7(a) )*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 221A200670 | Legal Unit Duty Officer | (216) 522-7445 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ We cannot investigate your charge because it was not filed within the time limit required by law.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other *(briefly state)* CHARGING PARTY FILED SUIT IN U.S. DISTRICT COURT

## - NOTICE OF SUIT RIGHTS -
### *(See the additional information attached to this form)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission

_____
Wilma L. Javey, Director

_____
*(Date)*

Enclosure(s)

cc:  A K STEEL
     703 CURTIS STREET
     MIDDLETOWN, OH 45043

**EXHIBIT**

EEOC FORM 161  (Rev 09/97)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **VIVIAN BERT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. C-1-02-467** |
| | ) | **Judge Beckwith** |
| **AK STEEL CORPORATION,** | ) | **Magistrate Judge Hogan** |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF MICHAEL MILLER'S ANSWERS TO THE
### DEFENDANT'S FIRST SET OF INTERROGATORIES

Comes now the Plaintiff, Michael Miller, by and through his undersigned counsel of record and responds to the Defendant's First Set of Interrogatories as follows:

### GENERAL OBJECTIONS

1.     The Plaintiff objects to the definitions and instructions accompanying these interrogatories to the extent that they seek to impose burdens, duties and obligations upon the Plaintiff in excess of or different from those imposed by applicable law and the Federal Rules of Civil Procedure; Plaintiff will respond in accordance with said law and rules.

2.     The Plaintiff objects to these requests to the extent they seek information and/or documentation regarding matters about which the Defendant has knowledge but has failed to disclose, or so limited their responses to previous discovery of the Plaintiff, so as to in effect deny the Plaintiff the information requested and needed by them to answer these requests.

3.     The Plaintiff objects to these requests to the extent they seek to discover "core" work product, including the disclosure of the mental impressions, conclusions, opinions, and/or legal theories of



EXHIBIT

8    MILLER
6·6·07
smp

attorneys or other representatives of the Plaintiff, rather than seeking this information from the Plaintiff.

4.      The Plaintiff objects to these requests to the extent they seek information and/or documentation protected by the attorney-client privilege or any other applicable privilege.

5.      The Plaintiff objects to these requests to the extent that the Defendant is seeking to make them into a bill of particulars.

6.      The Plaintiff objects to these requests to the extent they seek to require Plaintiff's counsel to present a "dress rehearsal" of the evidence to be submitted in the course of the proceedings. The mental impressions, legal theories, legal conclusions, and legal opinions of Plaintiff's counsel, as well as any communications between Plaintiff and her counsel, are clearly protected from discovery by the attorney-client privilege and the work product doctrine.

7.      The Plaintiff objects to these requests to the extent that the information and/or documentation sought, if any, was obtained and prepared in anticipation of litigation and the Defendants have not made the required showing of substantial need for the information and/or documentation or that the substantial equivalent of such information and/or documentation is unobtainable by other means. The Plaintiff further objects to these requests to the extent that the information and/or documentation called for, if any, is protected and is not discoverable under Rule 26(b)(3) of the Fed. R. Civ. P. and Hickman v. Taylor, 329 U.S. 495 (1947).

8.      The Plaintiff objects to these requests to the extent that they seek information and/or documentation that is equally available to the Defendant and the burden on the Defendant to obtain the requested information and/or documentation is no greater than the burden on the Plaintiff.

9.      The Plaintiff objects to these requests to the extent they exceed the requirements of Rules

2

26, 30, 34 or 45 of the Fed. R. Civ. P.

      10.    The Plaintiff objects to these requests to the extent they seek information and/or documentation relating to expert witnesses, witnesses, and trial exhibits in excess of the disclosure duties imposed by the Fed. R. Civ. P. and the Court's Scheduling and Pretrial Orders relating to such matters.

      11.    The Plaintiff objects to these requests to the extent they require the Plaintiff to disclose "each and every" fact or piece of knowledge possessed by them as such a requirement is impossible to fulfill and is objectionably broad for failure to be "reasonably particularized".

      12.    The Plaintiff objects to these requests to the extent they request duplicative and cumulative information and/or documentation heretofore disclosed in conjunction with discovery already undertaken by the Defendant in this action.

      13.    The Plaintiff objects to these requests to the extent that they seek to require the Plaintiff's attorneys to divulge the substance of information and/or documentation developed by them (i.e., interpretive, not investigatory) in preparation for any hearing or trial in this action.

      14.    The Plaintiff objects to these requests to the extent that they do not, on their face, restrict themselves either to an identifiable time or a reasonable, rationally-based time frame.

      15.    The Plaintiff objects to these requests to the extent that they seek information and/or documentation from the Plaintiff regarding matters about which the Defendant has refused or objected to providing in their interrogatory or request for production responses.

      16.    The Plaintiff objects to these requests to the extent that they are oppressive, i.e., they were designed to create an unreasonable burden on the Plaintiff which burden is not commensurate with the professed result sought.

3

17.   The Plaintiff objects to these interrogatories to the extent they seek answers to multiple interrogatories within a single interrogatory.

18.   These requests are addressed to the Plaintiff and the responses herein are based on information and/or documentation presently available to the Plaintiff. Investigation is presently continuing, however, and additional information and/or documentation pertinent to these requests may well be disclosed as a result of such ongoing and continuing investigation.

Except as otherwise indicated, the Plaintiff incorporates the General Objections into each and every answer set forth below.  Without waiving the foregoing objections, the Plaintiff answers as follows:

**INTERROGATORY NO. 1:** Identify all litigation or legal proceedings in which you have been a witness or party, including the name and number of the case, the court or administrative agency for which the case was pending, and a brief description of the nature of the case, and the year in which the matter was pending.

**SPECIFIC OBJECTION TO REQUEST**: Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive.  Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:**   State of Ohio v. Eugenia Reed
Case No.: CR03860
Dayton Municipal Court - Montgomery County - 41 North Perry Street
Dayton, Ohio   (937) 512-1400
Nature of Case: Criminal - In 1998 Eugenia Reed was convicted of manslaughter in the death of her husband, Winston Reed and sentenced to 10 years
I was a witness

Bert, et al. v. A. K. Steel

4

**INTERROGATORY NO. 2:** Identify all employers for whom you have worked since January 1, 2001, including the dates of employment, the positions held, amounts paid per week, and reason for leaving, if applicable.

**SPECIFIC OBJECTION TO REQUEST**: Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:**    Please see the attached Answer to Question #2

**INTERROGATORY NO. 3:** Identify all employers to whom you applied for employment since January 1, 2001, including the date you submitted written applications, the job to which you applied, the dates you were interviewed, the employers who tendered you job offers, and a description of the offer.

**SPECIFIC OBJECTION TO REQUEST**: Plaintiff objects because this request does not seek relevant information or that information subject to production under Fed. R. Civ. P. 26, and thus, this request is unduly harassing, burdensome, and oppressive. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows:

**ANSWER:**    Please see the attached: Answer to Question #3

**INTERROGATORY NO. 4:** Identify all income received from whatever source, by amount each week after January 1, 2001.

**ANSWER:**    Please see the attached: Answer to Question #4

**INTERROGATORY NO. 5:** Identify by name, address and telephone number all individuals who have knowledge about or information about the allegations in the Complaint, and state a summary of

5

what you believe their knowledge to be.

     **ANSWER:**    Gail Miller - 1916 Alamo Avenue, Springfield, Ohio  45503 - (937) 367-2544

     **INTERROGATORY NO. 6:** Identify all individuals who you intend to call as witnesses in the

litigation of this matter.

     **SPECIFIC OBJECTION TO REQUEST**:  Plaintiffs objects because this Interrogatory violates

the Court's Order establishing a deadline for Plaintiff to disclose witnesses and testimony.  Plaintiff further

objects to the extent this interrogatory seeks information protected by the attorney-client privilege or other

privilege and/or the work product doctrine.  Subject to and without waiving the foregoing general and

specific objections, Plaintiff responds as follows:

     **ANSWER:**  Plaintiff will abide by the deadlines established by the Court and the disclosure

requirements set by the Federal Rules of Civil Procedure to disclose the witnesses they will use at trial in

this case.

                                Respectfully Submitted,

                                Robert F. Childs, Jr.
                                Herman N. Johnson, Jr.
                                **WIGGINS, CHILDS, QUINN & PANTAZIS**
                                The Kress Building
                                301 19th Street North
                                Birmingham, Alabama 35203
                                (205) 328-0640
                                (205) 254-1500 (facsimile)

6

Tobias, Kraus & Torchia, LLP
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (facsimile)

ATTORNEYS FOR THE PLAINTIFFS


## CERTIFICATE OF SERVICE

  I do hereby certify that on May 28th, 2007, I served the foregoing via U.S. Mail and electronic mail upon the following:


Gregory Parker Rogers
Lawrence James Barty
Patricia Anderson Pryor
Taft, Stettinius & Hollister, LLP
1800 First Star Tower
425 Walnut Street
Cincinnati, OH 45202
Fax: (513) 381-0205


PLAINTIFFS' COUNSEL

7

# ANSWER
# TO
# QUESTION #2

1. PCU
   2280 W. Dorothy lane
   Dayton, oh 45439
   937-299-5594

Dates of employment- 6/4/2000-1/9/2001
Position held- Field Service Technician
Pay per week- $800.00 base pay
Reason for leaving: Better monetary and benefits offer from Heidelberg.

2. Heidelberg Web Systems Inc
   121 Broadway
   Dover, NH 03820
   (No number available)

Dates of employment- 1/15/2001-4/26/2002
Position held- Machine Builder
Pay per week- $1000.00 base pay
Reason for leaving: Heidelberg Dayton closed.

3. Dole Fresh Vegetables
   600 Benjamin Dr.
   Springfield, oh 45502
   937-525-4300

Dates of employment-5/7/2002-1/3/2003
Position held- Maintenance Technician
Pay per week-$700.00 base pay
Reason for leaving: Return to school

4. OTC Daihen
   1400 Blouser Dr.
   Tipp City, Oh 45437
   937-667-0800

Dates of employment-9/8/2003-3/8/2004
Position held- Manufacturing Technician
Pay per week- $600.00 base pay
Reason for leaving: Temporary while in school

5. JBM Envelope
   2850 Henkle Dr.
   Lebanon, Oh 45036
   513-933-8333

Dates of employment- 4/27/2004-4/30/2005
Position held- Press Operator

Pay per week- $520.00 base pay
Reason for leaving: Temporary

6. Dole Fresh Vegetables
   600 Benjamin Dr.
   Springfield, Oh 45502
   937-525-4300

Dates of employment- 5/6/2005-11/22/06
Position held- Maintenance Supervisor
Pay per week- $1950.00 base pay + bonus
Reason for leaving: Resign

7. Kroger Columbus bakery
   457 Cleveland Ave
   Columbus, Oh 43224
   614-462-2000

Dates of employment- 10/24/06-3/5/07
Position held- Maintenance Technician
Pay per week- $800.00 base pay
Reason for leaving: Quit for better job and shorter drive( 52 mi. one way)

8. Rittal Corporation
   One Rittal Place
   Springfield, Oh 45504
   937-399-0500

Dates of employment- 3/5/2007- Present
Position held- Maintenance Team Leader
Pay per week- $1450.00 base pay + bonus
Reason for leaving: Present Job

# ANSWER
# TO
# QUESTION #3

1. PCU
   2280 W. Dorothy lane
   Dayton, oh 45439
   937-299-5594

Dates of Application- Approx. 5/15/2000
Position Applied For- Field Service Technician
Date of Interview- Approx. 5/25/2000
Interviewer- PCU Human Resources and Field services supervisor Allen
Job Offer- Field service tech $15/hr + meals  + mileage with benefits after 90 days, 401k

2. Heidelberg Web Systems Inc
   121 Broadway
   Dover, NH 03820
   (No number available)

Dates of Application- Approx. 12/27/2000
Position Applied For- Machine Builder
Date Of Interview- Approx.  1/8/2001
Interviewer- Heidelberg Floor Foreman Tom Mcgean and HR
Job Offer- $17.69/hr, unlimited overtime, benefits immediately, 401k, vacation

3. Dole Fresh Vegetables
   600 Benjamin Dr.
   Springfield, oh 45502
   937-525-4300

Dates of Application- Approx. 4/18/2002
Position Applied For- Maintenance Technician
Date of Interview- Approx. 4/22/2002
Interviewer- HR and maintenance supervisor
Job Offer- $13.50/hr, overtime, company paid benefits, 401k, vacation

4. OTC Daihen
   1400 Blouser Dr.
   Tipp City, Oh 45437
   937-667-0800

Dates of Application- Approx. 8/11/2003
Position Applied For- Manufacturing Technician
Date of Interview- Approx. 8/15/2003
Interviewer- PCU Technical Staffing, Debbie
Job Offer- $15/hr, some overtime

5. JBM Envelope
   2850 Henkle Dr.
   Lebanon, Oh 45036

513-933-8333

Dates of Application- Approx. 4/1/2004
Position Applied For- Press Operator
Date of Interview- Approx. 4/13/2004
Interviewer- HR, Brian
Job Offer- $13/hr, some overtime, vacation, 401k, benefits

6. Dole Fresh Vegetables
   600 Benjamin Dr.
   Springfield, Oh 45502
   937-525-4300

Dates of Application- Approx. 4/13/2005
Position Applied For- Maintenance Supervisor
Date of Interview- Approx. 4/21/2005
Interviewer- Maintenance Supervisor, HR Lisa Cole
Job Offer- $50,000 annually, benefits, 401k, vacation, bonus

7. Kroger Columbus bakery
   457 Cleveland Ave
   Columbus, Oh 43224
   614-462-2000

Dates of Application- Approx 9/28/2006
Position Applied For- Maintenance Technician
Dates of Interview-Approx. 10/05/2006 and 10/13/2006 for testing
Interviewer- HR, Union President Chet Ellis and maintenence supervisor
Job Offer- $17.60/hr, benefits after 90 days, 401k, vacation

8. Rittal Corporation
   One Rittal Place
   Springfield, Oh 45504
   937-399-0500

Dates of Application- Approx. 2/1/2007
Position Applied For- Control Technician
Dates of interview- Approx. 2/14/2007
Interviewer- Plant Manager, Maintenance Manager, Danny Kelly, HR
Job Offer- $20/hr, benefits after 90 days, 401k, vacation, movie tickets, YMCA, counseling, overtime, and many other fringes.

# ANSWER
# TO
# QUESTION #4

1. PCU
   2280 W. Dorothy lane
   Dayton, oh 45439
   937-299-5594

Position held- Field Service Technician
Pay per week- $800.00 base pay

2. Heidelberg Web Systems Inc
   121 Broadway
   Dover, NH 03820
   (No number available)

Position held- Machine Builder
Pay per week- $1000.00 base pay

3. Dole Fresh Vegetables
   600 Benjamin Dr.
   Springfield, oh 45502
   937-525-4300

Position held- Maintenance Technician
Pay per week-$700.00 base pay

4. OTC Daihen
   1400 Blouser Dr.
   Tipp City, Oh 45437
   937-667-0800

Position held- Manufacturing Technician
Pay per week- $600.00 base pay

5. JBM Envelope
   2850 Henkle Dr.
   Lebanon, Oh 45036
   513-933-8333

Position held- Press Operator
Pay per week- $520.00 base pay

6. Dole Fresh Vegetables
   600 Benjamin Dr.
   Springfield, Oh 45502
   937-525-4300

Position held- Maintenance Supervisor
Pay per week- $1950.00 base pay + bonus

7. Kroger Columbus bakery
   457 Cleveland Ave
   Columbus, Oh 43224
   614-462-2000

Position held- Maintenance Technician
Pay per week- $800.00 base pay

8. Rittal Corporation
   One Rittal Place
   Springfield, Oh 45504
   937-399-0500

Position held- Maintenance Team Leader
Pay per week- $1450.00 base pay + bonus

9. Symmetry Direct
   P.O. Box 612320
   San Jose, Ca 95161
   408-942-7700

Position- Home Based Business
Pay per week- Commission + bonuses

## VERIFICATION

I, Michael Miller hereby state that the answers to the foregoing interrogatories are true and complete to the best of my knowledge.

_____
Michael Miller

This the _____ 6 _____ day of ~~April~~ JUNE, 2007.

**EXHIBIT**

MILLER
9   6·4·07
SMB