1        Q.    You've not received anything from

2    other plaintiffs, other than what your attorneys

3    have instructed you to obtain?

4              MS. DONAHUE:  Did you say "obtain"?

5              MS. PRYOR:  Yeah.

6              THE WITNESS:  Yeah, she said "obtain."

7              MS. PRYOR:  Yes.

8              MS. DONAHUE:  Okay.  Go ahead.

9        A.    Yeah, I -- I mean -- I'd have to say

10   no.

11             MS. PRYOR:  Okay.  Why don't we take a

12   short break.

13        (Off the record:  1:55 p.m. - 2:01 p.m.)

14             MS. PRYOR:  I have nothing further at

15   this time, subject to our earlier discussion.

16             MS. DONAHUE:  All right.  I have no

17   questions.

18        (Deposition concluded at 2:01 p.m.)

19

20             _____

21                  Allen Roberts

22

23             **SEE PAGE 218
                 Signed pursuant to Rule 30

24

1                    **See signature page 215

2          RULE 30(E) OF THE FEDERAL RULES OF CIVIL
   PROCEDURE BEING INVOKED.

3          REASON:   AFTER HAVING BEEN SUBMITTED FOR
   SIGNATURE, TRANSCRIPT WAS NOT SIGNED BY DEPONENT

4   WITHIN THE ALLOTTED TIME PER RULE 30(E).

5

6                    C E R T I F I C A T E

7          I, SUSAN M. BARHORST, THE UNDERSIGNED, HAVE
   SIGNED THE SIGNATURE OF ALLEN ROBERTS TO THE

8   DEPOSITION PURSUANT TO THE ABOVE-STATED REASON.

9

10         _Susan M. Barhorst_ 1/14/08
                 SUSAN M. BARHORST

11          NOTARY PUBLIC-STATE OF OHIO
            MY COMMISSION EXPIRES:

12              FEBRUARY 18, 2009

13

14

15

16

17

18

19

20

21

22

23

24