```
 1                    C E R T I F I C A T E
 2
 3   STATE OF OHIO          :
 4                          :   SS
 5   COUNTY OF HAMILTON     :
 6
 7          I, Susan M. Barhorst, a Notary Public in
 8   and for the State of Ohio, duly commissioned and
 9   qualified, do hereby certify that prior to the
10   giving of this deposition the within-named ALLEN
11   ROBERTS was by me first duly sworn to testify the
12   truth, the whole truth, and nothing but the truth;
13   that the foregoing pages constitute a true,
14   correct, and complete transcript of the testimony
15   of said deponent, which was recorded in stenotypy
16   by me, and on the 12th day of September 2007 was
17   submitted to counsel for deponent's signature.
18          I further certify the within deposition was
19   duly taken before me at the time and place stated,
20   pursuant to the Federal Rules of Civil Procedure;
21   that I am not counsel, attorney, relative or
22   employee of any of the parties hereto, or their
23   counsel, or financially or in any way interested in
24   the within action, and that I was at the time of
```

```
 1   taking said deposition a Notary Public in and for
 2   the State of Ohio.
 3          IN WITNESS WHEREOF, I have hereunto set my
 4   hand and notarial seal at Cincinnati, Ohio, this
 5   12th day of September 2007.
 6
 7
 8   _____
     Susan M. Barhorst, Notary Public
 9   in and for the State of Ohio.
     My commission expires
10   February 18, 2009
```