```
                    EMPLOYMENT DEPARTMENT RECORD         10/04/02
                    WORK HISTORY FOR :
********************************************************************

    BADGE: 00718    SSN:                EMERGENCY NOTIFICATION:

    NAME:  ALLEN K ROBERTS              NAME: MATTIE COLLINS

    STRT:  P O BOX 552                  RELAT: MO

    STRT:                               STRT:

    CITY:  MIDDLETOWN                   CITY:

    STATE: OH   ZIP: 45044

    PHONE: (513)420-0492

    DEPT:  M0033            SEX:   M    MARITAL:    M

    CONT SERV:  04/25/1988  RACE:  B    BIRTH DATE:      '64

    TAX EXEMPTIONS:

    FED:   07   STATE: 02

                    EDUCATION:

        LVL YEAR  MAJOR              SCHOOL

        JC  0084                     0000


D  09/26/02 DISCHARGED                                                01
TS 06/30/02 ANNEALING MTC    MW/00718 REPAIRMAN-ANN N  0330352  12    04
ZT 06/08/02 RELEASE FREEZE DATED 06/02/02                             05
T  06/02/02 HOT STRIP MILL   MW/00718 MARKER-COIL      0230118  03    04
Z  06/02/02 FROZEN IN NORTH ANNEALING MTC - POST #2803                05
RT 03/21/02 RETURN FROM DISABILITY                                    01
S  02/25/02 NON-OCCUPATIONAL DISABILITY LDW - 02/24/02                01
TM 07/22/01 ANNEALING MTC    MW/00718 REPAIRMAN-ANN N  0330352  12    04
RT 11/12/00 RETURN FROM DISCHARGE                                     01
D  09/01/99 POOR WORK PERFORMANCE. LDW 8-9-99                         01
T  09/17/95 STEELMKG/CAST MTCEMW/00718 REPAIRMAN       0390252  12    01
WA 07/21/93 MM&CP-MOBILE MAINTMW/00718 REPAIRMAN       0080152  12    01
WA 07/20/93 MM&CP-MOBILE MAINTMW/00718 REPAIRMAN       0080151  11    01
M  07/20/93 ACTUAL DATE OF MTC UPGRADE TO REPAIRMAN ZONE 11 WAS 1-17-93  02
T  04/04/93 MM&CP-MOBILE MAINTMW/00718 REPAIRMAN       0080149  09    01
WA 02/05/93 E&SM-ENERGY      MW/00718 REPAIRMAN        0530449  09    01
WA 09/03/92 ENERGY           MW/00718 APPRENTICE       0530438  08    01
WA 09/19/91 ENERGY           MW/00718 APPRENTICE       0530437  07    01
RT 05/02/90 ENERGY           MW/00718 APPRENTICE       0530436  06    01
LO 03/18/90 LDW 3-14-90                                               01
WA 02/20/90 ENERGY           MW/00718 APPRENTICE       0530436  06    01
```



EXHIBIT
ROBERTS
8-16-07
amb



DEPOSITION
ROBERTS-1
1/29/03  Luke Lavin

```
                        EMPLOYMENT DEPARTMENT RECORD                    10/04/02
                            WORK HISTORY FOR
**********************************************************************************
M   12/05/89 DS (CON'T) UNAUTHORIZED USE OF COMPANY VEHICLE                   02
WA  09/04/89 ENERGY              MW/00718   APPRENTICE       0530435  05      01
WA  03/22/89 ENERGY              MW/00718   APPRENTICE       0530434  04      01
S   01/20/89       LDW - 01/20/89    R/W - 02/12/89                           01
T   08/14/88 ENERGY              MW/00718   APPRENTICE       0530433  03      01
S   07/08/88       LDW - 07/08/88    R/W - 07/14/88                           01
M   05/28/88 OK FOR CRANE POOL PER T LYONS-05/28/88                           01
RE  04/25/88 EMPLOYMENT RESERVE MW/00718    LABORER          0750102  01      01
Q   08/24/84 RETURNING TO SCHOOL. LDW 7-13-84                                 01
SW  05/28/84 EMPLOYMENT RESERVE MW/00718    LABORER          0750102  01      01
```

```
                    EMPLOYMENT DEPARTMENT RECORD              10/04/02
                    WORK HISTORY FOR
****************************************************************************

SS 09/17/02 LDW 09/12/02  CONDUCT UNBECOMING AN AK EMPLOYEE; FAILURE TO      05
SS 09/17/02 PERFORM JOB DUTIES; FALSIFYING INFO IN COMPANY INVESTIGATION     06
WN 07/09/02 TARDINESS                                                        07
DS 07/24/01 POOR WORK PERF/GSO #3/INSUBORDINATION                            07
RS 07/24/01 SUSPENSION CONVERTED TO 10 DAY DISCIPLINE                        07
SS 07/12/01 LDW 7/11/01 POOR WORK PERFORM/GSO #3/INSUBORD                    07
DS 09/01/99 5 DAYS; PER ARBITRATION AWARD 99-E-530                           07
DS 01/08/99 3 DAYS; SLEEPING DURING WORKING HOURS                            01
DS 01/29/98 1 DAY; EXCESSIVE ABSENTEEISM                                     01
WN 01/27/98 OFF WITHOUT REPORTING                                            01
DS 12/17/96 3 DAYS; REPORTING IN LATE (TARDINESS)                            07
DS 10/10/96 1 DAY - OFF WITHOUT JUST CAUSE; OFF WITHOUT PERMISSION           01
WN 02/20/96 TARDINESS, QUITTING EARLY, OFF WITHOUT REPORTING                 01
DS 09/17/90 5 DAYS - LEAVING PLANT WITHOUT PERMISSION                        01
DS 07/06/90 3 DAYS - POOR WORK PERFORMANCE; ABSENCE FROM WORK AREA           01
DS 03/15/90 2 DAYS - ABSENT FROM WORK AREA; LEAVING PLANT WITHOUT PERMISSION 01
DS 02/06/90 1 DAY - TARDINESS                                                01
DS 12/11/89 1 DAY - TARDINESS                                                01
DS 12/05/89 1-1/2 HRS ABSENT FROM WORK AREA; LEFT PLANT W/O PERMISSION (CON'T) 01
WN 09/18/89 EXCESSIVE ABSENTEEISM                                            01
WN 02/13/89 EXCESSIVE ABSENTEEISM                                            01
```

** TOTAL PAGE.04 **

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VIVIAN BERT, *et al.*,  )
                                  )
      Plaintiffs,  )
                                  )
v.                                 )   Case No. C-1-02-467
                                  )   Judge Beckwith
AK STEEL CORPORATION,  )   Magistrate Judge Hogan
                                  )
      Defendant.  )
                                  )

**EXHIBIT**
ROBERTS
2  8·16·07
    JMB

## PLAINTIFFS' INITIAL DISCLOSURES

     Plaintiffs, through their counsel, submit the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

    1.    The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleading identifying the subjects of the information.

    <u>Lay Witnesses</u>: See Attachment A.

    Additional witnesses may include any of the Defendant's hiring personnel, management, or any other employees who have otherwise witnessed the violations alleged in Plaintiffs' complaint. Discovery is continuing and ongoing and Plaintiffs reserve the right to supplement this response as additional facts become available.

    <u>Expert Witnesses</u>: At this time, expert witnesses are not identified. Plaintiffs' counsel will provide information pursuant to the Case Management Order in this case.

2.   A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

See Attachment B.

Additional supporting documentation may include documentation in the possession of Defendants. Such documents may include any personnel files, postings, bids, manuals, notices, agreements, or other writings documenting the Plaintiffs' and putative class members' employment, applications for employment, and/or opportunities for advancement or lack thereof and Defendants' policies on discrimination and harassment.

Plaintiffs objects to the production of any documents which are protected by the attorney-client privilege or the work-product doctrine. Discovery is continuing and ongoing and Plaintiffs reserve the right to supplement this response as additional facts become available.

3.   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

The actual nominal and punitive damage amounts are currently unknown and will be determined at a later date. This response will be supplemented as further information becomes available. In determining the amount of Plaintiffs' damages, Plaintiffs may need to rely upon information in the possession of the Defendant to be obtained during discovery, as well as the opinion of an expert or experts.

4.   For inspection and copying as under Rule 34 any insurance agreement under

2

which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable to Plaintiffs.

Respectfully submitted this 3rd day of February, 2003.

_____
DAVID SANFORD, DC Bar No. 457933
ERIC BACHMAN, KY Bar. No. 88122
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
202-467-4123 / 202-467-4489 (facsimile)

GRANT MORRIS, Washington D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
7 DUPONT CIRCLE, N.W.
SUITE 250
WASHINGTON, D.C. 20036
202-331-4707

PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA, LLP**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863

*Attorneys for Plaintiffs*

FROM
Case 1:02-cv-00467-SSB-TSH    Document 150-4    Filed 01/14/2008    Page 7 of 18
(MON) 2. 3' 03 16:51/ST. 16:49/NO. 4863410133 P 5

which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable to Plaintiffs.

Respectfully submitted this 3rd day of February, 2003.

DAVID SANFORD, D.C. Bar No. 457933
ERIC BACHMAN, KY Bar. No. 88122
**GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.**
7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
202-467-4123 / 202-467-4489 (facsimile)

GRANT MORRIS, Washington D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
7 DUPONT CIRCLE, N.W.
SUITE 250
WASHINGTON, D.C. 20036
202-331-4707

PAUL H. TOBIAS, OH Bar No. 0032415
DAVID D. KAMMER, OH Bar No. 0061808
**TOBIAS, KRAUS & TORCHIA, LLP**
414 WALNUT STREET
SUITE 911
CINCINNATI, OH 45202
Telephone: (513) 241-8137
Facsimile: (513) 241-7863

*Attorneys for Plaintiffs*

3

02/03/03  MON 16:46  [TX/RX NO 5201]

## ATTACHMENT A

<u>Lay Witness Testimony:</u>[1]

1. Vivian Bert

    a) Donna Phillips
       Oklahoma Department of Transportation
       200 N. E. 21st Street
       Oklahoma City, OK 73105

    Phillips may have knowledge of Bert's character, qualifications, level of experience, and job performance.

    b) Clyde W. Thomas
       Oklahoma Department of Transportation
       200 N. E. 21st Street
       Oklahoma City, OK 73105

    Thomas may have knowledge of Bert's character, qualifications, level of experience, and job performance.

2. Thaddeus Freeman

    None at this time.

3. Darrell Carter

    a) Mark Collins
       223 9th Street
       Ashland, KY 4110

    Collins may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

    b) Susan Lester
       AK Steel, HR Manager
       P.O. Box 191
       Ashland, KY 41105

---

[1] Witnesses are listed according to the Plaintiff to whose claims they are believed to be most directly relevant. Plaintiffs reserve the right to take the position that such testimony is relevant to the claims of other Plaintiffs and/or the claims of the putative class.

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

c) Darlene Denise Carter
908 South 8th St.
Ironton, OH 45638

D. Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

d) Marnie Carter
908 South 8th St.
Ironton, OH 45638

M. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

4. Edward James Lewis

a) Allen Roberts
P.O. Box 552
Middletown, OH 45044

Roberts may have information regarding race discrimination in hiring, promotions, training, and terms and conditions of employment at AK Steel. He also has knowledge of Lewis's character, qualifications, level of experience, and job performance.

5. Timothy Oliphant

None at this time.

6. Mary Harris

None at this time.

7. Roderique Russell

None at this time.

8. Kay Jackson

a)  Brooks Carmichael Jackson
    1223 Winifred St.
    Greenup, KY 41144

B. Jackson may have information regarding race discrimination in hiring, promotions, training, and terms and conditions of employment at AK Steel. He also has knowledge of Jackson's character, qualifications, level of experience, and job performance.

b)  Roger Grundman, Jr.
    Tenneco Packaging
    18 Peck Avenue
    P.O. Box 148
    Glens Falls, New York 12801-0148

Grundman may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

c)  Mimi Louiso
    Tenneco Packaging
    9960 Raquet Club Lane
    Glen Allen, VA 23060

Louiso may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

d)  Gary Hamm
    Tenneco Packaging/AVI
    300 Harris Road
    Wurtland, KY 41144

Hamm may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

e)  Jackie Smith
    Tenneco Packaging/AVI
    300 Harris Road
    Wurtland, KY 41144

Smith may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

f)  Garry R. Lewis
    Tenneco Packaging/AVI

6

300 Harris Road
Wurtland, KY 41144

Lewis may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

9.  Marnie Carter

   a) Darrell Carter
      901 South 7th St.
      Ironton, OH 45638

   Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

   b) Darlene Denise Carter
      908 South 8th St.
      Ironton, OH 45638

   D. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

   c) Susan Lester
      AK Steel, HR Manager
      P.O. Box 191
      Ashland, KY 41105

   Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

10. Darlene Denise Carter

   a) Darrell Carter
      901 South 7th St.
      Ironton, OH 45638

   Carter may have information regarding race discrimination in hiring at AK Steel. He also may have knowledge of Carter's character, qualifications, and level of experience.

   b) Marnie Carter
      908 South 8th St.

Ironton, OH 45638

M. Carter may have information regarding race discrimination in hiring at AK Steel. She also may have knowledge of Carter's character, qualifications, and level of experience.

c)   Susan Lester
    AK Steel, HR Manager
    P.O. Box 191
    Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Carter's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

11. Dwight Lewis

a)   Susan Lester
    AK Steel, HR Manager
    P.O. Box 191
    Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Lewis's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

12. Michael Miller

a)   Jessica Hicks

Hicks, an employee of the Defendant, may have information regarding Miller's application for employment with the AK Steel. Hicks may also have information regarding race discrimination in hiring at AK Steel.

b)   Ella Moreland
    Heidelberg Web Systems
    4900 Webster Street
    Dayton, Ohio 45414

Moreland may have knowledge of Miller's character, qualifications, level of experience, and job performance.

13. Ronald Sloan

    a)    Jessica Hicks

Hicks, an employee of the Defendant, may have information regarding Sloan's application for employment with the AK Steel. Hicks may also have information regarding race discrimination in hiring at AK Steel.

14. Donald Edwards

    None at this time.

15. Shawn Pryor

    None at this time.

16. Tiffany Jackson

    a)    Rodney Cosby
           1202 Winifred St.
           Greenup, KY 41144

Cosby may have information regarding race discrimination in hiring, promotions, training, and terms and conditions of employment at AK Steel. He also has knowledge of Jackson's character, qualifications, level of experience, and job performance.

    b)    Susan Lester
           AK Steel, HR Manager
           P.O. Box 191
           Ashland, KY 41105

Lester, an employee of the Defendant, may have information regarding Jackson's application for employment with the AK Steel. Lester may also have information regarding race discrimination in hiring at AK Steel.

    c)    Pat Amitrano
           Department of Puclic Works
           11 Wurtz Avenue
           Utica, NY 13502

Amitrano may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

    d)    James Mack
           User Friendly Software Systems

239 Genesee Street
Utica, NY 13502

Mack may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

e)  Brian Boyle
    Liebert Corporation
    3040 South 9th Street
    Ironton, OH 45638

Boyle may have knowledge of Jackson's character, qualifications, level of experience, and job performance.

17. Allen Roberts

    None at this time.

## ATTACHMENT B

1. Vivian Bert

    Tax returns from 1999, 2000, and 2001
    Resume
    EEOC Charge
    Job application
    Notebook

2. Thaddeus Freeman

    Tax returns from 1999, 2000 and 2001
    EEOC Charge
    Correspondence related to EEOC charge
    Resume

3. Darrell Carter

    None at this time.

4. Edward James Lewis

    None at this time.

5. Timothy Oliphant

    None at this time.

6. Mary Harris

    Tax returns from 1999, 2000 and 2001
    EEOC Charge
    Resume

7. Roderique Russell

    None at this time.

8. Kay Jackson

    W2 Wage and Tax Statements 1999, 2000, 2001
    EEOC Documents

11

       Resume
       Letters of Recommendation
       Copies of prescriptions
       Notice of Dismissal
       Copy of high school diploma
       Copy of application to Shawnee Medical Center

9.    Marnie Carter

       None at this time.

10.   Darlene Denise Carter

       None at this time.

11.   Dwight Lewis

       Calender
       Tax Returns 1999, 2000, 2001
       Resume
       EEOC Charge and related Documents

12.   Michael Miller

       Tax Returns 2000, 2001
       Resume
       Transcript, Sinclair Community College, Associate of Applied Science
       Letter of Recommendation
       EEOC Charge and related Documents
       Work Force Reduction Notification, Heidelberg Web Systems

13.   Ronald Sloan

       Tax Returns: 1999, 2000, 2001
       EEOC charge
       Resumes
       Certificate of Discharge from Active Military Duty, Honorable
       Certificate regarding Naval Training and Experience
       cover letter
       electronics certificate

14.   Donald Edwards

       None at this time.

15.    Shawn Pryor

       W2 Wage and Tax Statements: 1999, 2000, 2001
       High School Diploma
       Dipoloma, Miami University of Ohio, BA

16.    Tiffany Jackson

       Tax Returns: 1999, 2000 and 2001
       EEOC Charge and Related Documents
       Resume
       Calendar notes
       Letters of reference
       Paralegal certificate
       Forklift certificate

17.    Allen Roberts

       None at this time.*

*At present, Plaintiffs continue to review documents in the possession of Roberts and will supplement these initial disclosures as soon as practicable.

13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiffs' Initial Disclosures was served this 3rd day of February, 2003, via facsimile and first-class mail, postage prepaid, upon:

ROGER A. WEBER
TAFT, STETTINIUS & HOLLISTER LLP
1800 FIRSTAR TOWER
425 WALNUT STREET
CINCINNATI, OH 452023959
Telephone: (513) 381-2838
Facsimile: (513) 381-0205

_____
*Attorney for Plaintiffs*