1              MS. PRYOR:   If we could get those,

2    that'd be great.   Other than that, I have no

3    further questions at this time.

4              MS. DONAHUE:   Can we take a slight

5    break?

6         (Off the record:   10:31 a.m. - 10:32 a.m.)

7              MS. DONAHUE:   We don't have any

8    questions.

9              (Deposition concluded at 10:32 a.m.)

10

11

12    _____
      Marnie D. Carter

13

14

15

16

17

18

19

20

21

22

23

24

CORRECTIONS/CHANGES TO DEPOSITION TRANSCRIPT:

LINE          PAGE          CORRECTION:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____    _____
          Signature                        Date