```
 1                    C E R T I F I C A T E
 2
 3    STATE OF OHIO          :
 4                           :    SS
 5    COUNTY OF HAMILTON     :
 6
 7          I, Susan M. Barhorst, a Notary Public in
 8    and for the State of Ohio, duly commissioned and
 9    qualified, do hereby certify that prior to the
10    giving of this deposition the within-named MARNIE
11    CARTER was by me first duly sworn to testify the
12    truth, the whole truth, and nothing but the truth;
13    that the foregoing pages constitute a true,
14    correct, and complete transcript of the testimony
15    of said deponent, which was recorded in stenotypy
16    by me, and on the 4th day of September 2007 was
17    submitted to counsel for deponent's signature.
18          I further certify the within deposition was
19    duly taken before me at the time and place stated,
20    pursuant to the Federal Rules of Civil Procedure;
21    that I am not counsel, attorney, relative or
22    employee of any of the parties hereto, or their
23    counsel, or financially or in any way interested in
24    the within action, and that I was at the time of
```

```
 1  taking said deposition a Notary Public in and for
 2  the State of Ohio.
 3          IN WITNESS WHEREOF, I have hereunto set my
 4  hand and notarial seal at Cincinnati, Ohio, this
 5  4th day of September 2007.
 6
 7
 8          _____
            Susan M. Barhorst, Notary Public
 9          in and for the State of Ohio.
            My commission expires
10          February 18, 2009
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```