**Page 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
FOR THE WESTERN DIVISION


VIVIAN BERT, et al.,

       PLAINTIFFS,

                         Case No. 1:02CV00467

VS:                        Judge Beckwith

AK STEEL CORPORATION,

       DEFENDANT.



DEPOSITION OF TIMOTHY OLIPHANT

    On Thursday, the 9th day of August, 2007, at
the approximate hour of 1:00 p.m., at the law
offices of VanAntwerp, Monge, Jones, Edwards &
McCann, located at 1544 Winchester Avenue, Fifth
Floor, Ashland, Kentucky, before me, Conalee
Williamson, Court Reporter and Notary Public
within and for the Commonwealth of Kentucky,
appeared TIMOTHY OLIPHANT, Witness, who, being by
me first duly sworn, gave his oral deposition in
the causes pursuant to Notice of Counsel for the
respective parties as hereinabove set forth.  Said
deposition is being taken pursuant to Rules 26 and
30 of the Federal Rules of Civil Procedure.




ACCURATE REPORTING SERVICE, INC., &
VIDEO-CONFERENCING CENTER
526 SEVENTH STREET
HUNTINGTON, WEST VIRGINIA  25701

(606) 329-2154 * (304) 522-9637 * (304) 345-9891

**Page 2**

1  APPEARANCE:  On behalf of the Plaintiffs:
2
   HON. SUSAN DONAHUE
3  Wiggins, Childs, Quinn & Pantazis
   The Kress Building
4  301 Nineteenth Street North
   Birmingham, Alabama  35203
5
6
   On behalf of the Defendant:
7
8  HON. PATRICIA ANDERSON PRYOR
   Taft, Stettinius & Hollister
9  425 Walnut Street, Suite 1800
   Cincinnati, Ohio  45202
10
11
   I N D E X
12
13  EXAMINATION OF THE WITNESS:
14  Timothy Oliphant
15  Examination by Ms. Pryor          Page 3
16
17
   EXHIBITS:
18
   Exhibit No. 1 - Page 31
19  Exhibit No. 2 - Page 40
   Exhibit No. 3 - Page 57
20  Exhibit No. 4 - Page 94
21
22
23  Reporter's Certification - Page 103
   Errata Sheet - None
24  Signature Page - Waived

**Page 3**

1      TIMOTHY OLIPHANT, called as a witness in the
2  aforementioned action, was sworn according to law,
3  was examined and testified as follows:
4              EXAMINATION
5  BY MS. PRYOR:
6      Q.  Mr. Oliphant, my name is Patty Pryor, and
7  I represent AK Steel in a lawsuit that you filed
8  against them.
9      Could you state your full name for the
10  record, please?
11      **A.  Timothy Ray Oliphant.**
12      Q.  And have you ever been involved in civil
13  litigation before?
14      **A.  No.**
15      Q.  Have you ever testified under oath
16  before?
17      **A.  No.**
18      Q.  Let me give you a few ground rules.  If
19  you don't hear a question, please ask me to repeat
20  it.  If you don't understand it, tell me, so that
21  you're answering what I'm asking.  If you need to
22  take a break at any time, we can do that.  You
23  need to answer verbally so the court reporter
24  can take it down.  So, try not to shake your head

**Page 4**

1  or --
2      **A.  (Interposing)  Okay.**
3      Q.  (Continuing) -- uh-huhs and huh-uhs are
4  hard for her to take down.
5      Is there any reason that you cannot testify
6  truthfully and completely today?
7      **A.  No.**
8      Q.  Have you taken any medication or alcohol
9  today?
10      **A.  I take high blood pressure medicine but
11  it doesn't affect this.**
12      Q.  You take it every day?
13      **A.  Yes.**
14      Q.  You took your normal amount this morning?
15      **A.  Yes.**
16      Q.  Anything else that you've taken today?
17      **A.  No.  That's it.**
18      Q.  Okay.  Have you ever filed for
19  bankruptcy?
20      **A.  No.**
21      Q.  Have you ever been convicted of a crime?
22      **A.  Yes.**
23      Q.  What was that?
24      **A.  I touched someone -- I can't -- what's**

**Page 5**

1  the word I'm looking for?  Propriately, [sic],
2  unappropriately, [sic].
3      Q.  What does that mean?
4      **A.  I touched someone that was -- I should
5  not have touched that was a younger age, under the
6  younger age.  And I was put on probation for it
7  for five years.**
8      Q.  When was that?
9      **A.  It was back in ninety -- 2000 and ninety
10  -- I mean, 1990, I mean.**
11      Q.  Are you currently off probation?
12      **A.  Been off it for 16, 17 years now.**
13      Q.  And how old was the -- was it a female
14  that you touched?
15      **A.  Yes.**
16      Q.  How old was she?
17      **A.  Thirteen.**
18      Q.  Were you convicted of gross sexual
19  imposition?
20      **A.  Yes.**
21      Q.  And where did you touch her at?
22      **A.  Behind.**
23      Q.  You touched her behind?
24      **A.  Yes.**

**2 (Pages 2 to 5)**

**Page 6**

1  Q. Is she a relative or --
2  **A. Yes.**
3  Q. How is she related to you?
4  **A. My daughter.**
5  Q. Were you sentenced to two years in prison
6  and it was suspended?
7  **A. Yes.**
8  Q. Were you convicted of any other crimes?
9  **A. No.**
10  Q. Why have you filed a lawsuit against AK
11  Steel?
12  **A. Why?**
13  Q. Uh-huh.
14  **A. I feel like that they should change the**
15  **system and make it better to fit the needs of**
16  **minorities.**
17  Q. Change what system?
18  **A. Well, change the testing procedures.**
19  Q. And why do you feel they should change
20  that?
21  **A. I feel like that it -- in my opinion,**
22  **it's a little bit -- has to be a little bit too**
23  **hard, because we have problems passing the exam**
24  **that they set before us.**

**Page 7**

1  Q. When you say "we," who is "we"?
2  **A. Minorities.**
3  Q. How many minorities do you know that has
4  had problems passing a test?
5  **A. Me and Dwight Lewis.**
6  Q. Any others?
7  **A. That's it that I know of.**
8  Q. What are you seeking to obtain in this
9  lawsuit?
10  **A. Explain yourself.**
11  Q. Sure. What are you asking the court to
12  do for you? I mean, are you asking for money or
13  are you asking for them to change the test? What
14  do you want out of the lawsuit?
15  **A. Just to make it better. Just to make**
16  **things a lot easier, not just for minorities but**
17  **anybody else that is seeking employment at AK**
18  **Steel.**
19  Q. So, you think AK Steel should make it
20  easier for people to get hired on?
21  **A. I think they should make it a little bit**
22  **more -- yes. I think that's the word I'm looking**
23  **for, yes.**
24  Q. How did you become part of this group

**Page 8**

1  that filed the lawsuit?
2  **A. Well, I applied for the job, and I went**
3  **to Ashland. But how I got involved in this is I**
4  **found out through Community Action first of all**
5  **that they were doing the hiring in Portsmouth,**
6  **Ohio. And I went and took the exam at the Ashland**
7  **Center, because they had a job fest there. We**
8  **took our resumes there to be presented to AK**
9  **Steel. And at that time, they set up an**
10  **appointment for us to take our exam at AK Steel.**
11  **And from there, we took our test and that was it.**
12  Q. You said "we," who was "we" --
13  **A. (Interposing) Me and Dwight Lewis.**
14  Q. You went together to go apply?
15  **A. Yes, we went together to apply.**
16  Q. Did you take the test together?
17  **A. Yes.**
18  Q. Are you guys friends?
19  **A. Yes. We're pretty good friends.**
20  Q. And whose idea was it to go apply at AK,
21  yours or his?
22  **A. His grandmother mentioned it to us when**
23  **we was in church that AK Steel was hiring. And he**
24  **mentioned it, in return, to me. So, we both came**

**Page 9**

1  here and brung our resumes.
2  Q. Who is his grandmother?
3  **A. Jeanine Lewis.**
4  Q. Do you know how she knew that they were
5  hiring?
6  **A. No.**
7  Q. And when did you decided to file a
8  lawsuit against AK Steel?
9  **A. When I decided to file a lawsuit against**
10  **them? Well, when I was there, there was a young**
11  **man by the name of Mr. Cosby, who told me about AK**
12  **Steel and those that applied for the job who have**
13  **had problems getting a job there. And from there,**
14  **that's where the lawsuit went from.**
15  Q. So, did Mr. Cosby suggest to you that
16  you ought to get in touch with these other people
17  or --
18  **A. He told me that there was a lawsuit being**
19  **filed against AK Steel concerning minorities.**
20  Q. Did he tell you who to talk to about
21  that?
22  **A. No. I just talked to him.**
23  Q. Okay. And then what happened?
24  **A. And he went from there.**

**3 (Pages 6 to 9)**

**Page 10**

1  Q. Is he involved in this lawsuit?
2  **A. As far as I know, he is.**
3  Q. Do you know who else is involved in this
4  lawsuit?
5  **A. Just him and me and Dwight Lewis. That's**
6  **all I know.**
7  Q. Have you had discussions with Mr. Cosby
8  since the lawsuit was filed about --
9  **A. (Interposing) No, ma'am.**
10  Q. Have you had discussions with Dwight
11  Lewis since the lawsuit was filed?
12  **A. The only thing that I've asked him is has**
13  **he heard anything from the law firm, and he said**
14  **no. That was it.**
15  Q. Prior to the lawsuit being filed, did you
16  have any meetings with Cosby or anyone else about
17  filing the lawsuit?
18  **A. No, ma'am.**
19  Q. Have you had any meetings with any of
20  them since the lawsuit was filed?
21  **A. No, ma'am.**
22  Q. And I don't want to know anything you've
23  talked about with your attorneys, but have you had
24  any meetings with your attorneys before the

**Page 11**

1  lawsuit was filed?
2  **A. No.**
3  Q. Have you had any meetings with them after
4  the lawsuit was filed?
5  **A. No.**
6  Q. Are you aware of anyone who failed the
7  test at AK Steel and was hired by AK Steel?
8  **A. No, not that I know of.**
9  Q. Other than you and Dwight Lewis --
10  **A. (Interposing) Dwight Lewis. That's the**
11  **only person.**
12  Q. Are you aware of anyone who failed the
13  test and was not hired by AK Steel?
14  **A. No.**
15  Q. Did you review the Complaint that was
16  filed in this lawsuit?
17  **A. No.**
18  Q. Do you know who Al Roberts is?
19  **A. I've heard of that name.**
20  Q. Have you ever met him, to your knowledge?
21  **A. No.**
22  Q. What have you heard about him?
23  **A. That he's part of the lawsuit.**
24  Q. And who have you heard that from?

**Page 12**

1  MS. DONAHUE: Excuse me --
2  Q. (Interposing) Assuming it's not your
3  attorneys.
4  MS. DONAHUE: Unless it's your
5  attorneys. Because your attorneys --
6  Q. Yeah, let me rephrase the question. Have
7  you heard anything about Al Roberts other than
8  through your attorneys?
9  **A. No.**
10  Q. Do you understand that you are seeking to
11  represent a class of individuals in this lawsuit?
12  **A. Yes.**
13  Q. What do you understand that your
14  obligation is in that respect?
15  **A. To tell the truth to the best of my**
16  **ability.**
17  Q. Anything else?
18  **A. And to make things better for the near**
19  **future.**
20  Q. Do you know where settlement negotiations
21  stand in this case?
22  **A. No.**
23  Q. Do you know how much your attorneys have
24  spent in fees or expenses?

**Page 13**

1  **A. No.**
2  Q. Is your date of birth 9-21-56?
3  **A. Yes.**
4  Q. What's your current address?
5  **A. 2917 Bryant Avenue.**
6  Q. How long have you lived there?
7  **A. I would say five years.**
8  Q. Are you married?
9  **A. Yes.**
10  Q. What's your wife's name?
11  **A. Rosanda, R-o-s-a-n-d-a, Oliphant.**
12  Q. And how long have you been married?
13  **A. Twenty-eight years -- no. Let's go back.**
14  **Twenty-six years.**
15  Q. And how many children do you have?
16  **A. Two.**
17  Q. And how old are they?
18  **A. Twenty-eight and twenty-four.**
19  Q. Was your daughter ever taken from your
20  custody?
21  **A. No.**
22  Q. What's your educational background?
23  **A. I went to -- I graduated from high school**
24  **and then I went to business college in New Boston,**

**4 (Pages 10 to 13)**

**Page 14**

1   **Ohio.**
2     Q.  What high school did you go to?
3     **A.  Rephrase that, please.**
4     Q.  What was your high school?
5     **A.  Aiken High in Cincinnati.**
6     Q.  What year did you graduate?
7     **A.  '75.**
8     Q.  Did you go there four years?
9     **A.  Yes.**
10    Q.  And you received a diploma from them?
11    **A.  Yes.**
12    Q.  And you said you went to a business
13 college?
14    **A.  Yes.  Southern Ohio Business College in**
15 **New Boston.**
16    Q.  Did you graduate from there?
17    **A.  Well, it was like a certificate for Ohio**
18 **-- yes, I graduated from there.**
19    Q.  What did you get a certificate in?
20    **A.  It was like a police academy where you**
21 **can apply for a security job or any type of law**
22 **enforcement.**
23    Q.  Have you applied for any of those type
24 jobs?

**Page 15**

1     **A.  No.**
2     Q.  Why not?
3     **A.  Well, at the time, I had gotten a job in**
4 **New Boston Coke Plant.**
5     Q.  Did your conviction prevent you from
6 applying for those type jobs?
7     **A.  No.  Because you can apply.  It's up to**
8 **them to take you if they want you.  So, that**
9 **didn't really stop me from applying, it's just at**
10 **the time, I didn't because I had a job already**
11 **lined up at New Boston, so I didn't apply for it.**
12    Q.  How many years did you go to Southern
13 Ohio Business College?
14    **A.  It was one -- it only lasted three or**
15 **four months.  It wasn't really a big college.**
16    Q.  Any other degrees or courses that you've
17 had?
18    **A.  No.**
19    Q.  Tell me about your employment history.
20 Where did you work after high school?
21    **A.  I did summer work at the school.  I did**
22 **janitorial work during school.**
23    Q.  What school are you talking about?
24    **A.  For Aiken High School, I worked -- I did**

**Page 16**

1   janitorial work at elementary schools.  I can't
2 name names, but I did work there as a janitor
3 during the summer.  It was summer help.
4     Q.  Okay.
5     **A.  And when I got out of high school, I**
6 **worked at Burger King.  Various jobs.  Do you want**
7 **to know all of them?**
8     Q.  Let's see.  Why did you leave Burger
9 King?
10    **A.  Why did I leave Burger King?**
11    Q.  Uh-huh.
12    **A.  I left Burger King to come to Portsmouth**
13 **for a better career, better job.**
14    Q.  Okay.  What job did you go to then?
15    **A.  I worked at Portsmouth, City of**
16 **Portsmouth.**
17    Q.  What year was that?
18    **A.  That was in '78.**
19    Q.  What did you do for the City of
20 Portsmouth?
21    **A.  I was a -- I worked on a trash truck,**
22 **collecting trash.**
23    Q.  How long did you do that?
24    **A.  I worked there almost a year.**

**Page 17**

1     Q.  Almost a year?
2     **A.  Yes.**
3     Q.  Why did you leave that position?
4     **A.  Well, I was told that there was sickness**
5 **in my family in Cincinnati, so I quit and went**
6 **back home.**
7     Q.  Did you do anything back in Cincinnati
8 then for employment?
9     **A.  When I went back home, I was there for**
10 **just a period of time, then I came back to**
11 **Portsmouth.  So, I didn't really do too much work**
12 **there.  I worked at Kenner's toy factory in**
13 **Cincinnati for a while.  I worked there a little**
14 **bit over a year.**
15    Q.  Why did you leave there?
16    **A.  I got laid off.**
17    Q.  Were others laid off or just you?
18    **A.  Others was laid off.**
19    Q.  Okay.  What was your next job you held?
20    **A.  I left Kenner's, came to Portsmouth, and**
21 **that's when I got the job working for -- let's**
22 **see, what was my job?  I'm trying to get them all**
23 **in line.  I went to the prison.  I was a guard**
24 **there.**

Page 18

1  Q.  What prison was that?
2  **A.  Lucasville.**
3  Q.  And how long did you hold that position?
4  **A.  I'm saying -- I will say three months,**
5  **three or four months.**
6  Q.  Why did you leave that position?
7  **A.  I had trouble passing the test.**
8  Q.  What test?
9  **A.  The exam that you have to pass to keep**
10 **your job, to know all about what's going on with**
11 **the system, and I had trouble passing it.**
12 Q.  Did you file a lawsuit against them?
13 **A.  No.**
14 Q.  Why not?
15 **A.  Just at the time, I -- I just didn't.**
16 Q.  Do you think there was anything
17 discriminatory about the test?
18     MS. DONAHUE:  Object to the form.
19 It calls for a legal conclusion.
20     Go ahead and answer the question.
21 **A.  No.**
22 Q.  When did you -- I may have asked this,
23 and I apologize if I'm repeating it.  When did you
24 go to the Southern Ohio Business College?

Page 19

1  **A.  Back in 1980.**
2  Q.  1980?
3  **A.  (No response).**
4  Q.  So, it was after the City of Portsmouth?
5  Before you worked at Lucasville?
6  **A.  Yes, before I worked at Lucasville.**
7  Q.  All right.  Where did you work after
8  Lucasville?
9  **A.  Well, I have to back up, because before**
10 **-- when I left Lucasville, I went to New Boston.**
11 **After I left Lucasville as a guard, I worked at**
12 **the railroad for six years.**
13 Q.  Before or after Lucasville?
14 **A.  Before Lucasville.**
15 Q.  All right.  What did you do for the
16 railroad?  Is that N & W Railroad?
17 **A.  Yes, N & W.  I was a laborer.**
18 Q.  Why did you leave there?
19 **A.  Better career.**
20 Q.  What was the better career?
21 **A.  Lucasville Prison.**
22 Q.  Were you terminated from N & W Railroad?
23 **A.  No.  I quit.**
24 Q.  Did you go straight to Lucasville?

Page 20

1  **A.  Yes.**
2  Q.  And so what was your next job after
3  Lucasville?
4  **A.  New Boston Coke.**
5  Q.  Okay.  What did you do for them?
6  **A.  I was a machine operator.**
7  Q.  When did you start with them?
8  **A.  In '89.**
9  Q.  And how long did you work with them?
10 **A.  2002.**
11 Q.  What did -- I'm sorry, you're a machine
12 operator.  Did you become a machine operator right
13 away?
14 **A.  No.  I worked labor.  I worked my way up**
15 **to a machine operator's job.**
16 Q.  How long did it take you to work labor
17 before you got to machine operator?
18 **A.  I was there two months.**
19 Q.  What year did you work at Lucasville?
20 **A.  Lucasville was '86.**
21 Q.  Did you do anything between Lucasville
22 and New Boston Coke?
23 **A.  No.**
24 Q.  So, you were off work for about three

Page 21

1  years?
2  **A.  Yeah.  I was just in between jobs.**
3  Q.  You didn't work anywhere during that
4  period of time?
5  **A.  No.  I went to school during the period**
6  **of time working for New Boston -- no, that was**
7  **after New Boston.  No, nowhere during that time.**
8  Q.  Okay.  And why did you leave New Boston?
9  **A.  They shut down.**
10 Q.  What month -- do you remember what month
11 it was that they shut down?
12 **A.  April.**
13 Q.  What was your rate of pay at New Boston?
14 **A.  17.40 an hour.**
15 Q.  Does New Boston no longer exist?
16 **A.  It no longer exists.**
17 Q.  And where did you go to work next?
18 **A.  After New Boston, I went to Sun Coke.**
19 Q.  To where?
20 **A.  Sun Coke.**
21 Q.  How do you spell that?
22 **A.  S-u-n.**
23 Q.  Just Sun?
24 **A.  C-o-k-e.**

**6 (Pages 18 to 21)**

Page 22

1    Q. Where is that at?
2    A. That's in Franklin Furnace, Ohio.
3    Q. How long did you work there?
4    A. Well, can I rephrase something? Before I
5    went to Sun Coke, I worked for Portsmouth Inner
6    City Development. It's a little, small janitorial
7    job.
8    Q. So, after New Boston Coke, you went to
9    Portsmouth Inner City Development?
10    A. Yes.
11    Q. And that was a janitorial job?
12    A. Janitorial.
13    Q. And when did you start there and when did
14    you leave there?
15    A. I started there after I lost my job at
16    New Boston, which is '02. And I worked to '04.
17    Q. Did you -- you said that New Boston shut
18    down in April of 2002. What month did you start
19    at Portsmouth Inner City?
20    A. April, May, somewhere in May, June,
21    somewhere along in there.
22    Q. So, you were off work for about a month?
23    A. Yes.
24    Q. And what did you do -- you say it was

Page 23

1    janitorial?
2    A. Janitorial.
3    Q. What was your rate of pay at Portsmouth
4    Inner City?
5    A. I was making 6.99 an hour.
6    Q. And how many hours did you work?
7    A. I worked three hours a day.
8    Q. Every day or five days?
9    A. Five days a week.
10    Q. And you held that job from 2002 through
11    2004?
12    A. Yes.
13    Q. Did you work any other job at the same
14    time?
15    A. That was it. I went to school at the
16    time that I worked at Inner City Development.
17    Q. Okay. What school did you go to?
18    A. I went to Joint Vocational School in
19    Lucasville.
20    Q. What did you study there?
21    A. They had a thing where you took heating
22    and air and business trades like hydraulic,
23    plumbing, things on that sort.
24    Q. Did you get any degree or certificate?

Page 24

1    A. Yes.
2    Q. What degree or certificate did you get?
3    A. It was a certificate that I had completed
4    the class.
5    Q. Have you applied for any jobs in those
6    areas?
7    A. No.
8    Q. Why not?
9    A. Because I had gotten hired on at Sun
10    Coke.
11    Q. When did you start at Sun Coke?
12    A. 2005.
13    Q. Is that the same as Haverhill North Coke?
14    A. Yes. Haverhill North Coke. We just call
15    it Sun Coke.
16    Q. Okay.
17    A. It's short.
18    Q. Did you get hired on there in August of
19    2005?
20    A. Yes.
21    Q. Is that where you currently work?
22    A. Yes.
23    Q. What do you do there?
24    A. I'm a utility person.

Page 25

1    Q. What's your rate of pay?
2    A. I currently is making 16 -- I think 16.20
3    an hour -- or 16.90 an hour. I take that back.
4    Forgive me.
5    Q. What was your starting rate of pay?
6    A. That's what it is, 16.90 an hour.
7    Q. You have not gotten any raises since
8    you've been there?
9    A. No.
10    Q. And how many hours a week do you work?
11    A. Forty hours a week.
12    Q. Do you have any overtime?
13    A. Yes.
14    Q. How often do you have overtime?
15    A. Every now and then, whenever they ask me
16    to work it. I couldn't pinpoint it.
17    Q. Do you have any benefits through them?
18    A. Yes. We have dental, eye. We have Blue
19    Cross Blue Shield. It's really nice benefits.
20    Q. Do you pay for any of this?
21    A. No.
22    Q. Do you have any retirement plan?
23    A. Yes.
24    Q. Do you know what it is?

Page 26

1    A.  Not offhand.
2    Q.  Do you pay for any of that?
3    A.  No.
4    Q.  Is that a union --
5    A.  (Interposing)  Yes, it just comes -- it
6  comes out of our check.  And I think the union
7  does what -- they do their part.
8    Q.  So, you are part of a union there?
9    A.  Yes.
10    Q.  Is Portsmouth Inner City Development, is
11  that M & J Industries?
12    A.  That's one I forgot.  That's so far
13  fetched.  M & J Industries is out of Lucasville.
14  I had that job -- I got in that job after I left
15  Portsmouth Inner City Development.  And I worked
16  there almost two years.  I was also a machine
17  operator there.
18    Q.  I have April, 2002 to January of 2004,
19  you worked at M & J; is that right?
20    A.  Yes.
21    Q.  That is right?  Okay.  So, when -- let's
22  see.  You worked at Portsmouth Inner City before
23  M & J?
24    A.  Yes.  Before M & J, then M & J, then I

Page 27

1  worked at Sun Coke.
2    Q.  Okay.  Why did you leave M & J?
3    A.  Better job.
4    Q.  What job was that?
5    A.  Sun Coke.  Better pay, benefits.  I was
6  able to -- be able to move up and assume my career
7  faster than M & J's.
8    Q.  What was your rate of pay at M & J?
9    A.  It was 6.99.
10        (A brief interruption in the
11  proceedings.)
12    Q.  (By Ms. Pryor)  And what were your hours
13  at M & J?
14    A.  Forty hours a week.
15    Q.  Did you do any overtime there?
16    A.  Yes, quite a bit.
17    Q.  Roughly how much overtime did you do?
18    A.  On an average, we worked three or four
19  days of overtime.
20    Q.  A week?
21    A.  A week.
22    Q.  What were your benefits at M & J?
23    A.  You had to pay for your insurance, which
24  I couldn't afford it, so I didn't really have

Page 28

1  that.
2    Q.  Were you ever terminated from a job?
3    A.  Lucasville.
4    Q.  Anything else?
5    A.  That's the only job that I know that I've
6  been terminated from.
7    Q.  Have you ever been disciplined at work?
8    A.  No.
9    Q.  Never received a warning, a written
10  warning or verbal warning?
11    A.  Yes, I have.
12    Q.  Where did you receive that at?
13    A.  New Boston Coke.
14    Q.  What was it for?
15    A.  There was a gooseneck that needed to be
16  cleaned.  It was not my responsibility but I had
17  to clean it, and I did it to the best of my
18  ability but I still got written up for it.
19    Q.  You got written up because it wasn't
20  cleaned correctly or --
21    A.  (Interposing)  I got written up because
22  it was -- it was cleaned correctly but it still
23  caused problems because the problem they thought
24  it was at, it was in a different area.  So, it was

Page 29

1  difficult to say where it was, but I was still
2  written up for it.
3    Q.  So, what was the problem that it caused?
4    A.  It was down in the flue instead of when
5  you open the door and you see where you had to
6  chop a hole in it where it would breathe.  And
7  they found out later that it was in another area.
8  And they tore the warning up after they realized
9  it wasn't my fault.
10    Q.  So, it's no longer in your record?
11    A.  No.
12    Q.  Any other discipline that you received at
13  work?
14    A.  That was it.
15    Q.  Have you ever been involved in an
16  incident or an accident at work?
17    A.  No.
18    Q.  Have you ever been involved in an
19  incident that caused damage to company property or
20  product?
21    A.  No.
22    Q.  Have you ever had a safety infraction or
23  violation at work?
24    A.  Well, that's the same question that you

8 (Pages 26 to 29)

Page 30

1 asked about if anything has been -- "Have you
2 damaged anything or is anything -- have you caused
3 any problems there," right?
4    Q. I think it's a little bit different, but,
5 I mean, it's essentially have you done anything
6 that was against any safety policy?
7    A. No.
8    Q. When did you receive unemployment?
9    A. After I had left -- after New Boston shut
10 down.
11    Q. And how long did you receive it?
12    A. A year.
13    Q. Were you receiving it while you were
14 employed by Portsmouth Inner City Development?
15    A. Yes.
16    Q. Were you receiving it while you were
17 employed by M & J?
18    A. No.
19    Q. Was the Unemployment Commission aware
20 that you were working at Portsmouth Inner City
21 Development?
22    A. Yes.
23        MS. PRYOR: Mark that as Exhibit 1.
24        (Exhibit No. 1 was marked for

Page 31

1    identification and attached hereto.)
2    Q. (By Ms. Pryor) I'm handing you what's
3 been marked as Exhibit 1. Have you seen this
4 document before?
5    A. Yes.
6    Q. Is that your signature on the very last
7 page?
8    A. What very last page?
9    Q. (Indicating last page of document.)
10    A. Yes.
11    Q. You are certifying that the answers are
12 true and complete, to the best of your knowledge?
13    A. Yes.
14    Q. Did you answer the questions honestly?
15    A. Yes.
16    Q. And on Page 5, the answer on that page,
17 you have listed M & J Industries as working there
18 from April of 2002 through January of 2004. Is
19 that correct?
20    A. As far as I know.
21    Q. What are the correct dates?
22    A. Let's see, I left Inner City Development
23 in 2004. So, I got hired on there in 2004 and
24 worked until I went to Sun Coke.

Page 32

1    Q. So, there was not a break in employment
2 between M & J Industries and Sun Coke?
3    A. No.
4    Q. Okay. So, you worked there from January
5 2004 through August 2005?
6    A. Yes.
7    Q. Okay. And you're missing the
8 professional -- is it Portsmouth Inner City
9 Development on this answer?
10    A. Yes.
11    Q. Your rates of pay on this document, are
12 they correct?
13        MS. DONAHUE: Look at all of it
14    before you answer.
15    A. Yes, basically.
16    Q. What does "basically" mean?
17    A. $17 an hour, 16.90 is basically $17 an
18 hour. So, yes.
19    Q. Well, the other ones, are they exact or
20 are they approximations?
21    A. Yes, they are exact.
22    Q. Okay. Earlier you told me that you got
23 6.99 from M & J. Is that not correct?
24    A. Yes, 6.99. I started out -- it ended --

Page 33

1 my correct thing is that when I got hired on at
2 M & J, I went through a job thing. And when they
3 hired me through the job thing, my rate of pay was
4 7.35 an hour. I worked through that. After I got
5 my probation time in, they cut it off. M & J took
6 it over, and I went from 7.35 to seven -- to $8.00
7 an hour. The department I worked in, I stayed
8 there, working that much money, until I bid out of
9 the department. And I went from there to 6.99 an
10 hour. I dropped a scale instead of going up.
11    Q. Why did you do that?
12    A. The department, that's the way their
13 system was set up, where, instead of you making
14 money, you lose and you have to start back up the
15 scale again.
16    Q. Why did you switch departments? Was that
17 your choice or theirs?
18    A. My choice, because I thought it would be
19 a better pay rate and a better job. And it was a
20 better job but it was a poor pay rate.
21    Q. Did you go back up to 8.35?
22    A. Yeah, I went back up to 8.35 and that's
23 where I stayed.
24    Q. How long were you working at the 6.99

9 (Pages 30 to 33)

Page 34

1 part of it?
2 **A. Six months, for 6.99.**
3 Q. And then did you go right up to 8.35 or
4 did you go up to another --
5 **A. It took me a while to go up to 6.99 to**
6 **8.35. It took me three months to go there. After**
7 **I went from one department to the next, I was in**
8 **the door shop department. I left the door shop**
9 **department and I went to press. And when I went**
10 **to press, that's when I -- it went from eight to**
11 **6.99. And it took me three months to go back up**
12 **to 8.35.**
13 Q. Now, you said that you got on -- you got
14 hired on. Did you work for a temporary service
15 first?
16 **A. Yes.**
17 Q. How long did you work for -- I think you
18 told me that started here in January of 2004?
19 **A. Yes.**
20 Q. How long were you working for the temp
21 service?
22 **A. Six months.**
23 Q. So, until what, June, July of 2004?
24 **A. Yes.**

Page 35

1 Q. Okay. And then --
2 **A. (Interposing) Then they took over, after**
3 **you got into the union, M & J's union, the**
4 **temporary service cut you off and you belong to**
5 **M & J. And from there, they took over the rate of**
6 **pay.**
7 Q. Okay. Let's kind of do it one step at a
8 time, just so I'm clear. While you were working
9 for the temporary service, what was the name of
10 the temporary service?
11 **A. It was called the Network.**
12 Q. While you were working for them, what was
13 your rate of pay?
14 **A. It was 7.35 an hour.**
15 Q. When you got switched over to M & J
16 Industries, what was your rate of pay initially?
17 **A. It was still -- it was still 7.35 an**
18 **hour, after I got switched over from them.**
19 Q. Okay.
20 **A. The only way it changed is when I went**
21 **from one department to the next.**
22 Q. So, roughly, June, July, 2004, you
23 switched over and became an M & J employee?
24 **A. Yes.**

Page 36

1 Q. How long were you paid at the rate of
2 7.35?
3 **A. Three months.**
4 Q. Three months? Okay. And what happened
5 at three months?
6 **A. I went from door shop to press. And when**
7 **I went to press, my rate of pay dropped from 7.35**
8 **to 6.99.**
9 Q. And how long was it 6.99 then?
10 **A. It was two and a half months.**
11 Q. So, we're looking at what, close to the
12 end of 2004?
13 **A. Yes.**
14 Q. And what rate did it change to then?
15 **A. It went to 7.35 again.**
16 Q. Okay. And how long was it that?
17 **A. It stayed there for two months.**
18 Q. Okay. And then what did it change to?
19 **A. It went to 8.15.**
20 Q. Okay. And how long was it at 8.15?
21 **A. Another month.**
22 Q. Then what did it change to?
23 **A. Then it went to 8.35.**
24 Q. And it was 8.35 for the rest --

Page 37

1 **A. (Interposing) Until I left.**
2 Q. Until August. Okay. If you'll turn to
3 Page 6 of Exhibit No. 1. Interrogatory No. 3,
4 which starts on the bottom of Page 5. It asks you
5 to identify all employers to whom you've applied
6 for employment since January 1, 2001. And you
7 have listed AK Steel. You've listed K-Mart,
8 Kroger, City of Portsmouth and Portsmouth Inner
9 City Development. Why were you applying at K-Mart
10 to be a stock boy?
11 **A. Yes.**
12 Q. Why?
13 **A. Well, I needed work. I needed**
14 **employment. So, I -- I had to find a job**
15 **somewhere, so I applied there.**
16 Q. Did you get an offer?
17 **A. No.**
18 Q. What about Kroger, did you get an offer
19 with them?
20 **A. Yes.**
21 Q. Why didn't you take it?
22 **A. Well, it was a problem with my**
23 **application. I failed to put my background on it,**
24 **not intentionally, just failed to do it, and it**

**10 (Pages 34 to 37)**

Page 38

1  came back on me. And from there, I couldn't --
2  they didn't want me.
3     Q. What do you mean by your background?
4     **A. What I told you in the beginning of the**
5  **conversation, when you asked me have I ever been**
6  **in trouble.**
7     Q. Your criminal record?
8     **A. Yes.**
9     Q. Do they ask you to identify if you've had
10  a criminal record?
11    **A. It tells you on your application -- and I**
12  **was excited at the time, filling out the**
13  **application, that I failed to put that, like I**
14  **said, not on purpose, because I had nothing to**
15  **hide. And by that, they didn't take my**
16  **application, even after I went back and apologized**
17  **and told them that I did not mean to do that. It**
18  **still wasn't --**
19    Q. Have you failed to put it on other
20  applications?
21    **A. No.**
22    Q. You've listed it with all your other
23  employers?
24    **A. Yes.**

Page 39

1     Q. How about the City of Portsmouth?
2     **A. Yes.**
3     Q. Did you get an offer there?
4     **A. No.**
5     Q. Do you know why?
6     **A. I didn't know why and never really went**
7  **and asked.**
8     Q. Why didn't you go and ask?
9     **A. Because I was still looking for jobs and**
10  **I didn't really feel the need at the time to ask.**
11    Q. And then it's got listed Portsmouth Inner
12  City Development. You applied there in April of
13  2002 and January of 2004?
14    **A. Yes.**
15    Q. Why did you apply there twice?
16    **A. That might be a misprint, because I've**
17  **only applied once.**
18    Q. Was that in April of 2002 that you
19  applied there?
20    **A. Yes.**
21    Q. And you did get hired on there?
22    **A. Yes.**
23    Q. It looks like you applied to one, two,
24  three, four, five places, roughly, in the

Page 40

1  March-April, 2002, time frame?
2     **A. Yes.**
3     Q. And you only got hired at one of them?
4     **A. Yes.**
5        MS. PRYOR: Let's mark this as
6  Exhibit 2.
7        (Exhibit No. 2 was marked for
8  identification and attached hereto.)
9     Q. (By Ms. Pryor) You've been handed what's
10  been marked as Exhibit 2?
11    **A. Uh-huh.**
12    Q. Do you recognize this document?
13        Ms. Donahue: Look at all of it.
14    **A. Yes.**
15    Q. What is the document?
16    **A. It's a lawsuit concerning AK Steel.**
17    Q. Is that your signature at the bottom of
18  Page 1?
19    **A. Yes.**
20    Q. And is that your signature on the very
21  last page?
22    **A. Yes.**
23    Q. And did you review this document before
24  it was filed?

Page 41

1     **A. Yes, I did.**
2     Q. Is this the only time you've ever filed a
3  charge like this?
4     **A. Yes.**
5     Q. Is everything in that accurate and true?
6        MS. DONAHUE: Before you answer,
7  read through it.
8        THE WITNESS: I understand.
9     Q. (By Ms. Pryor) Everything on it is true
10  and correct?
11    **A. Yes.**
12    Q. To your knowledge, have you ever received
13  a Notice of Right to Sue from the EEOC?
14    **A. To my knowledge?**
15    Q. (Nods head up and down.)
16    **A. No.**
17    Q. What has Rodney Cosby told you about the
18  claim against AK Steel?
19    **A. Just that there were minorities who have**
20  **applied and have failed the test and there was a**
21  **suit against them, and that's it.**
22    Q. That's it? Do you know, is he employed
23  by AK Steel?
24    **A. No, I don't.**

**11 (Pages 38 to 41)**

Page 42

1  Q. You don't know?
2  A. No.
3  Q. How many times have you applied at AK
4  Steel?
5  A. Once.
6  Q. In this charge, Exhibit No. 2, you state
7  that you applied in April of 2002. And in Exhibit
8  No. 1, you stated that you applied in March of
9  2002. Do you know which one is correct?
10  A. Where, for AK Steel?
11  Q. Yeah, which time did you apply? You
12  applied in March or did you apply in April?
13  A. Well, I applied in April at Inner City
14  Development. But in March, it's possible that I
15  might have applied for AK Steel. It's been a
16  while ago. But it's possible that I applied in
17  April, to think about it, because that's when New
18  Boston shut down. So, I would go with April.
19  Q. When you completed the interrogatories,
20  Exhibit No. 1, did you look at any documents or
21  records?
22      MS. DONAHUE: She's talking about
23  this, (indicating).
24  A. Did I look at this?

Page 43

1  Q. When you completed Exhibit No. 1, when
2  you answered the questions in Exhibit No. 1.
3  Well, let me ask this: Were you the one that
4  answered the questions in Exhibit No. 1?
5  A. Yes.
6  Q. Did you look at any documents to help you
7  answer those questions?
8  A. No.
9  Q. Was it all from memory?
10  A. Yes.
11  Q. Do you have any documents that would help
12  you answer questions in Exhibit No. 1?
13  A. No.
14  Q. Do you have any payroll stubs?
15  A. From where?
16  Q. From any of your past employers.
17  A. Yeah. AK Steel -- not AK Steel but
18  M & J's, maybe a few from Inner City Development,
19  none from the prison that I can remember. Just a
20  few, not many.
21  Q. Have any of your tax returns?
22  A. Yes.
23  Q. How far back do you have tax returns?
24  A. 2002, 2003.

Page 44

1  Q. Do you have W-2s, do you keep those?
2  A. Yes.
3  Q. How far back do you have those?
4  A. About 2002, 2003 and 2004.
5      MS. PRYOR: Susan, we will again
6  request that these documents be actually
7  produced to us.
8      MS. DONAHUE: Okay.
9      MS. PRYOR: I think we asked
10  that those be produced prior to his
11  deposition.
12      MS. DONAHUE: Yeah, I'm sorry.
13  I just wasn't involved in that process.
14      MS. PRYOR: I asked you to
15  produce them to me.
16      MS. DONAHUE: Well, I thought
17  that they had been produced, actually.
18      THE WITNESS: Yes, they have
19  been, because I have sent them.
20      MS. PRYOR: You haven't sent
21  -- you sent them to me?
22      MS. DONAHUE: He sent them to
23  us.
24      THE WITNESS: I sent them --

Page 45

1      MS. PRYOR: They haven't been
2  sent to me.
3      MS. DONAHUE: I'm sorry. I
4  was relying on our staff to have done
5  that. I apologize, Patty. That was
6  just a complete oversight. I guess I've
7  been told that they had; otherwise, I --
8  I'll check, though, and send them to
9  you.
10  Q. (By Ms. Pryor) I think earlier you
11  testified that you found out that AK was hiring
12  through Dwight Lewis' grandmother.
13  A. Yes.
14  Q. Did anyone tell you to go apply at AK
15  Steel?
16  A. She encouraged us to go apply at AK
17  Steel.
18  Q. I may have asked you this earlier, but do
19  you know whether she actually worked at AK Steel?
20  A. No.
21  Q. You don't know or she did not?
22  A. I doubt it.
23  Q. Okay. And so how did you go apply?
24  A. I presented my resume. There was a job

12 (Pages 42 to 45)

Page 46

1 fair going on at Ashland Center, in Ashland. And
2 we, me and Mr. Lewis, went there to apply with our
3 resume, and that's when we met Mr. Cosby.
4    Q. Did you give them the resume at that time
5 or did you send it to them later?
6    A. We presented it to him and he, in return,
7 presented it to AK Steel, whoever was over it.
8 Because they were part of the job fair.
9    Q. Do you know who the other person was that
10 was with them?
11    A. No.
12    Q. In your Exhibit No. 2, you state that
13 Susan Lester was there. Do you know who Susan
14 Lester is?
15    A. She was at the AK Steel facility, that we
16 met when she gave us the test. I don't remember
17 her being there. Now, she might have been there
18 but I don't remember her being there.
19    Q. You don't remember her being at the job
20 fair?
21    A. No. She might have been but I don't
22 remember.
23    Q. So, do you remember anyone besides
24 Mr. Cosby being at the job fair?

Page 47

1    A. Just someone from AK Steel. He was a man
2 in his forties, maybe late forties, somewhere in
3 there. He was over the job fair concerning AK
4 Steel.
5    Q. How do you know he was with AK Steel?
6    A. He presented his-self and stated that he
7 was from AK Steel.
8    Q. Was he a white gentleman, a --
9    A. (Interposing) Yes.
10    Q. You don't know what his name was?
11    A. No.
12    Q. And you gave the resume to Mr. Cosby at
13 that time?
14    A. Yes.
15    Q. And he, then, gave it to the other guy?
16    A. Yes. He gave it to the guy that was over
17 AK Steel that was doing the job fair.
18    Q. Did you then fax him a copy of your
19 resume as well?
20    A. Might have.
21    Q. Why would you have done that?
22    A. Well, he wanted a copy of it to see what
23 my resume looked like because he never really went
24 through the resume. I just handed it to him, and

Page 48

1 he gave it to the guy at AK Steel. He never
2 looked over it.
3    Q. On your charge, you state that you faxed
4 the resume to Mr. Cosby. You don't mention that
5 you gave it to him at the actual job fair.
6    A. Well, I was at the job fair and I saw him
7 hand it to the guy at the job fair. Now, I did
8 fax him a resume but I did give him that.
9    Q. So, you gave it to him and faxed it to
10 him later?
11    A. Yes. Because he wanted a copy of my
12 resume.
13    Q. Why didn't --
14    A. (Interposing) To see what my
15 qualifications was and what job I was applying
16 for.
17    Q. When did he tell you that he wanted to be
18 faxed another copy?
19    A. The same day that we went to the job
20 fair, in April.
21    Q. Why didn't he just look at the one that
22 he just handed to the other gentleman?
23    A. I couldn't tell you that, why he didn't
24 look at it.

Page 49

1    Q. You didn't think that was odd?
2    A. Well, at the time, the guy that was
3 wanting to look at the resume was standing right
4 there from AK Steel, and he was the one that
5 looked at the resume.
6    Q. And at that time, Mr. Cosby said, "Fax me
7 a copy so I can look at your resume"?
8    A. Yes.
9    Q. Okay. In your charge, you say that Susan
10 Lester gave you her business card and told you to
11 call her.
12    A. Yes.
13    Q. Did that occur?
14    A. She wanted -- she told us to call her,
15 because we wanted to know our test results. And
16 she said give her a few days to get them all
17 together and she would tell us what they were.
18    We called. She said that we failed it.
19    Q. Okay. And I'm just reading through the
20 charges in Exhibit 2, and it says that at the job
21 fair, Ms. Lester gave you her business card and
22 told you that you could call her to schedule a
23 time to sit through the exam. Did that happen?
24    A. Yes.

**13 (Pages 46 to 49)**

Page 50

1  Q.  So, was she at the job fair?
2  **A.  Yes.**
3  Q.  And she gave you a card and said, "Call
4  me and schedule a time to sit for our exam"?
5  **A.  Yes.**
6  Q.  Okay.  And she, obviously, knew your race
7  when she asked you to come and apply, correct?
8  **A.  Yes.**
9  Q.  Was any part of the application process
10 hostile?
11 **A.  No.**
12 Q.  So, did you then call Ms. Lester?
13 **A.  I called her after I took the test.**
14 Q.  You didn't call her before that to
15 schedule a time for the test?
16 **A.  I'm thinking she called me.  Like I said,**
17 **it's been time that has been overlapped, so I**
18 **don't remember exactly what took place at the**
19 **time, because after the test was taken and I**
20 **failed it, I just forgot all about the AK Steel.**
21 Q.  So, she may have actually not only told
22 you, "Hey, call me and come take the test," but
23 she may have actually then called you back and
24 said, "Don't you want to come in and take the

Page 51

1  test"?
2  **A.  Yes.**
3  Q.  Okay.  And you did go in and take the
4  test?
5  **A.  I took the test at the time that she set**
6  **it up.  And we took it.  Some filled out**
7  **applications after they took the test.  I just**
8  **took the test.**
9  Q.  What do you mean, "Some filled out an
10 application after they took the test"?
11 **A.  There were applications that were filled**
12 **out at the time.**
13 Q.  After they took the test, people would
14 stop and fill out an application?
15 **A.  I guess.  I think that's what it is.  I'm**
16 **not for sure, I'm really not --**
17 Q.  (Interposing)  Did you stop -- why didn't
18 you stop and fill out an application?
19 MS. DONAHUE:  You're starting to
20 interrupt each other.  And just kind of
21 pause and let -- it's getting a little
22 hard.
23 Q.  (By Ms. Pryor)  Why didn't you fill out
24 the application after you took the test?

Page 52

1  **A.  Well, I don't know why.  I really -- I**
2  **can't answer that.**
3  Q.  But you saw other people had stopped in
4  to do that?
5  **A.  I think that's what it is.  I'm not even**
6  **for certain that's what it was.  That might be a**
7  **part of the test, because there were papers that**
8  **were put on the table.  So, I wouldn't really go**
9  **there and say there was an application.**
10 Q.  Okay.  But people were filling out
11 something --
12 **A.  (Interposing)  Yes.**
13 Q.  (Continuing) -- that you hadn't filled
14 out?
15 **A.  We was all filling out papers.  So, to be**
16 **clear, I'll say it was, you know, the exam.  It**
17 **was not an application.**
18 Q.  Okay.  You never filled out an AK Steel
19 application, correct?
20 **A.  No.**
21 Q.  Where did you take the exam at?
22 **A.  AK Steel.**
23 Q.  How many people were there taking the
24 test?

Page 53

1  **A.  Thirteen people.  This sounds -- it**
2  **looked like about 13 people were there.**
3  Q.  Did you know any of them besides Dwight
4  Lewis?
5  **A.  No.**
6  Q.  And was Dwight Lewis one of the ones
7  taking --
8  **A.  (Interposing)  Yes.**
9  Q.  How many others were African-American?
10 **A.  I'd say all except -- I'd say all of them**
11 **was.**
12 Q.  All of them were African-American?
13 **A.  All of them.**
14 Q.  Do you know whether any of those passed
15 the test?
16 **A.  I don't know.**
17 Q.  And you said that you called Ms. Lester a
18 couple of days later to ask about the results?
19 **A.  Yes.**
20 Q.  And what did she tell you?
21 **A.  She said that I didn't pass it.**
22 Q.  Did she tell you anything else?
23 **A.  That's it.**
24 Q.  Did she tell you anything at the job fair

**14 (Pages 50 to 53)**

Page 54

1  other than, you know, "Call me to take your test"?
2      **A. She told me at the job fair that, "I will**
3  **set up an appointment for you to take the exam."**
4  **And she called and said that the exam is at a**
5  **certain date. We went, took the test, and that**
6  **was it.**
7      Q. Did you tell Susan Lester or Rodney Cosby
8  or whoever the other gentleman was about your
9  criminal record?
10     **A. At that time?**
11     Q. Uh-huh.
12     **A. No.**
13     Q. Have you ever told them about that?
14     **A. No. I put it on my application and**
15  **resume.**
16     Q. What application -- I thought you said
17  you didn't --
18     **A. (Interposing) No. It would be my**
19  **resume. I put it on my resume.**
20     Q. Okay.
21         MS. DONAHUE: I don't mean to
22  interrupt, but I did look into our copy
23  of his interrogatories, and there was a
24  tax record attached. So, I think that's

Page 55

1  why I assumed --
2          MS. PRYOR: (Interposing)
3  That's one document, and he testified to
4  several.
5          MS. DONAHUE: Yes, I realize
6  that, but my confusion is that I'm not
7  certain -- I was assuming that you had
8  received this, and this is all that he
9  produced to us, since I was relying on
10  this file. But you're telling me that
11  you didn't receive this?
12         MS. PRYOR: No, I received a
13  single document.
14         MS. DONAHUE: Okay. Fine.
15         MS. PRYOR: But what I'm
16  telling you is he has testified that
17  there are plenty more. And what I'm
18  asking for is complete records.
19         MS. DONAHUE: All right. I
20  didn't -- okay. I just wanted to make
21  sure that you have this one.
22         THE WITNESS: Excuse me, what
23  I want to know is, since I gave her this
24  copy, I was under consumption -- or that

Page 56

1  this is all you needed; that -- because
2  if you want to go back 2003, 2004, my
3  mind wasn't really nowhere near applying
4  for AK Steel at the time, because I was
5  working. The only time that I applied
6  for AK Steel is because my job had
7  expired from the New Boston Sun Coke --
8  I mean, New Boston Coke Plant. And I
9  needed a job after I had left the job I
10  was working with M & J's, and I was
11  working with other jobs that I
12  mentioned. I just -- what I'm trying to
13  say is, I need an understanding of why
14  you need my other W-2 forms.
15     Q. (By Ms. Pryor) Do you have any intention
16  of working for AK Steel at this time?
17     **A. Not that I know of.**
18     Q. Okay.
19         MS. PRYOR: I do need -- I would
20  like, as my request was made back in
21  November, I think, 2002, all of his tax
22  records, all of his W-2s and all of his
23  pay stubs that he has since whatever
24  that date was that we asked for in those

Page 57

1  requests.
2          Let's mark this as Exhibit 3.
3          (Exhibit No. 3 was marked for
4  identification and attached hereto.)
5      Q. (By Ms. Pryor) I'm handing you what has
6  been marked as Exhibit 3. Is there a handwriting
7  on the first page? I mean like the date that's
8  filled in, the "To: Rodney Cosby" and the "From"?
9      **A. Yes.**
10     Q. Is this a copy of the resume that you
11  faxed to Mr. Cosby?
12     **A. Yes.**
13     Q. And the resume that's attached, is that
14  the same resume or a copy of the same resume that
15  you handed to him at the job fair?
16     **A. Yes.**
17     Q. And why is it coming from H & R Block?
18     **A. Why is it coming from H & R Bock?**
19     Q. Uh-huh. It's a fax cover sheet of H & R
20  Block.
21     **A. Well, my wife worked for H & R Block at**
22  **one time.**
23     Q. Okay.
24     **A. So, that's why it's coming from there.**

**15 (Pages 54 to 57)**

Page 58

1    Q.  Okay.  Did your wife actually send the
2  fax, then?
3    **A.  Yes.**
4    Q.  Did you take the AK Steel test roughly
5  May 9th, 2002?  Does that sound right?
6    **A.  Yes.**
7    Q.  And how many days -- this fax is dated
8  April 23rd, 2002.  How many days prior had it been
9  that you were at the job fair?  Was it a couple of
10  days before, day before, same day?
11    **A.  Explain yourself.**
12    Q.  I'm trying to figure out -- it seems like
13  you sent a fax on April 23rd.  I'm trying to
14  figure out, when was the job fair?
15    **A.  The job fair was before I sent this fax.**
16    Q.  How many days before was it?
17    **A.  Three, four days.**
18    Q.  And had Mr. Cosby contacted you in
19  between that time at all?
20    **A.  No.**
21    Q.  Had Susan Lester contacted you between
22  that time?
23    **A.  No.  The only time she contacted me is to**
24  **let me know when I should come and take the exam.**

Page 59

1    Q.  Was that before or after you sent the
2  resume?
3    **A.  Before.**
4    Q.  So, you were already scheduled to come
5  and take the exam when you sent the resume in?
6    **A.  Yes.**
7    Q.  And maybe I missed it, but where on your
8  resume do you tell them about your criminal
9  background?
10    **A.  I thought I wrote it in here but I guess**
11  **I didn't.  I stand corrected.**
12    Q.  And under "Education," on your resume,
13  you've got that you went to Aiken High School from
14  1972 to 1975.  That's only three years.  Did you
15  go three or did you go four years?
16    **A.  Well, you go from -- three years, because**
17  **I went from the 10th to the 12th grade.  Because I**
18  **went to the other one --**
19    Q.  (Interposing)  Okay.  So, junior high was
20  a separate --
21    **A.  (Interposing)  Yes.**
22    Q.  (Continuing) -- school, and that included
23  ninth grade?
24    **A.  Yes.**

Page 60

1    Q.  And on here, it looks like you went to
2  the business college in 1989; is that correct?
3    **A.  Yes.**
4    Q.  And that's the college you talked about
5  earlier?
6    **A.  Yes.**
7    Q.  On your resume, you say that you worked
8  at New Boston Coke from 1986 to 2002.  Earlier you
9  testified it was 1989.  Do you know which one it
10  was?
11    **A.  Okay.  I was hired in in '89 and worked**
12  **until 2002.**
13    Q.  Okay.  So, this was a misprint on your
14  resume?
15    **A.  Yes.**
16    Q.  By using the date 1986, it looks like
17  there's no gap in employment there, correct?
18    **A.  Yes.**
19    Q.  Who is Earl Stephens?
20    **A.  Earl Stephens?**
21    Q.  It's listed on the last page as a
22  reference.
23    **A.  He worked at Community Action.**
24    Q.  What is Community Action?

Page 61

1    **A.  It's a place that helps you find jobs,**
2  **like a job replacement, [sic].**
3    Q.  I think I misunderstood earlier.  Is
4  Community Action where you heard about the AK
5  Steel job?
6    **A.  No.  I was at church when I heard about**
7  **AK Steel from Dwight Lewis' grandmother.**
8    Q.  Okay.  Did Community Action do anything
9  to help you get a job?
10    **A.  No.**
11    Q.  How did you know Earl Stephens at
12  Community Action?
13    **A.  There was a guy that worked there that's**
14  **-- I don't know if he's still there or not.  He's**
15  **one of the office guys, and I used him as a**
16  **reference.  I don't even know if he's even there**
17  **anymore.**
18    Q.  You still use him as a reference?
19    **A.  No.**
20    Q.  Have you ever met him before?
21    **A.  Yes.  But maybe once or twice.**
22    Q.  What would he be able to say on your
23  behalf as a reference?
24    MS. DONAHUE:  Are we talking about

**16 (Pages 58 to 61)**

Page 62

1  Earl Stephens or somebody else?
2      MS. PRYOR:  I'm assuming we're
3  talking about Stephens.
4      Q.  Are we talking about Earl Stephens or
5  someone else?
6      **A.  I think we're talking about Earl**
7  **Stephens.**
8      MS. DONAHUE:  Okay.  I'm sorry.
9  Excuse me.
10     Q.  So, what would he be able to say on your
11 behalf?
12     **A.  That I'm a fine person, a good worker and**
13 **I do my job well and that I do what I need to do**
14 **and that I am overall a productive person.**
15     Q.  How would he know that?
16     **A.  Well, he would have to know some people**
17 **that knew me to be able to say that.  Because I'll**
18 **have to see his face to know who Stephens is**
19 **because there's some people I know by faces and**
20 **some people I know by names.**
21     Q.  Okay.  So, you don't know whether he
22 would be able to say that or not?
23     **A.  To be honest, no.**
24     Q.  What about Eugene Collins, who is he?

Page 63

1      **A.  He knows me personally.**
2      Q.  How does he know you personally?
3      **A.  He knows my wife, he knows people that I**
4  **have been around.  I've been in Portsmouth for X**
5  **amount of years.  I worked through Community**
6  **Action and he knows me through there and through**
7  **job fairs, him helping me finding jobs here and**
8  **there.**
9      Q.  What jobs has he helped you find?
10     **A.  One is the job at the Inner City**
11 **Development job, he helped me get that, just --**
12 **CETA, a program through CETA, and he helped me get**
13 **a job through there.  That was many years ago.**
14     Q.  What job was that?
15     **A.  That was another job that we go through**
16 **different communities, putting houses together,**
17 **like roofs.**
18     Q.  When did you do that?
19     **A.  Oh, this was back in '79, '80.  Just jobs**
20 **that I don't even put on my resume because they're**
21 **so far back.  But he helped me get on there, CETA.**
22 **It's called the CETA Program.**
23     Q.  Are there any other jobs that we haven't
24 talked about today that you've had?

Page 64

1      **A.  That's it, basically.**
2      Q.  Why did you leave that program or that
3  job?
4      **A.  Money situation.  You know, they ran out**
5  **of funds.**
6      Q.  The company did?
7      **A.  Yes.  They completed the funds.**
8      Q.  Who is Pastor David Malone?
9      **A.  He was my pastor for five years.**
10     Q.  Is he still your pastor?
11     **A.  No.**
12     Q.  Why not?
13     **A.  I went to another church.**
14     Q.  And is that the church where Dwight
15 Lewis' grandmother goes?
16     **A.  Goes to, yes.**
17     Q.  Kingdom Builders?
18     **A.  No.  She goes to another church.**
19     Q.  So, it's not the same church where Dwight
20 Lewis' grandmother went?
21     **A.  No.  She visits there but she goes to**
22 **another church.**
23     Q.  Is that the church where she told you
24 about AK Steel hiring?

Page 65

1      **A.  No.  She was at our church at the time,**
2  **Kingdom Builders, when she told us.**
3      Q.  Okay.  I think that's what I was trying
4  to ask.  So, she was at Kingdom Builders, which is
5  Pastor David Malone's church?
6      **A.  Yes.**
7      Q.  Now, what about Alan Barlow, who is he?
8      **A.  That's the gentleman that my wife used to**
9  **work for at New Boston -- at --**
10     Q.  H & R Block?
11     **A.  At H & R Block.**
12     Q.  Is he also affiliated with the church?
13     **A.  Yes.**
14     Q.  And does he know you?
15     **A.  Yes.**
16     Q.  What does he know about you?
17     **A.  He knows me as a member of Kingdom**
18 **Builders, singing in the choir, through my wife**
19 **working at H & Block, just friends.**
20     Q.  Why did you not list any of your
21 supervisors or employers --
22     **A.  (Interposing)  Because I didn't know**
23 **their names at the time or their addresses.**
24     Q.  Okay.  You were not denied the right to

**17 (Pages 62 to 65)**

Page 66

1  apply at AK Steel, correct?
2  **A. No, I wasn't denied the right to apply.**
3  Q. All right.
4      MS. DONAHUE: Would this be a good
5  time to take a break?
6      MS. PRYOR: Yeah, why don't we
7  take a break.
8      (A short recess was taken.)
9  Q. (By Ms. Pryor) Going back to when you
10 took the exam at AK Steel, did you talk to anyone
11 that day?
12 **A. Just Dwight, Mr. Lewis.**
13 Q. Okay. Did you talk to anyone at AK
14 Steel?
15 **A. No.**
16 Q. Did anyone at AK Steel say anything to
17 you?
18 **A. No.**
19 Q. Did you think you had passed the test?
20 **A. I thought I had a good shot at it, yes.**
21 Q. Did you find it easy?
22 **A. I didn't see where it was hard. Yeah, I**
23 **found it easy.**
24 Q. Were you ever interviewed by anyone at AK

Page 67

1  Steel?
2  **A. No.**
3  Q. Did Ms. Lester ever ask you questions
4  about your background?
5  **A. No.**
6  Q. Did Mr. Cosby ever ask you questions
7  about it?
8  **A. No.**
9  Q. Did the other gentleman who was at the
10 job fair ask you any questions?
11 **A. No.**
12 Q. I apologize, I think you may have
13 testified about this already, but it's been a long
14 day already in this heat. When you called Susan
15 Lester back and asked her about the results of the
16 exam, what did she tell you?
17 **A. She just said that, "You didn't pass it,"**
18 **and left it at that.**
19 Q. That was it?
20 **A. That's exactly it.**
21 Q. Did you tell her anything?
22 **A. No. I just asked her did we -- "How did**
23 **I do on the test?"**
24 **And she said, "You failed it." And I didn't**

Page 68

1  go from there.
2  Q. So, that was the end of the conversation?
3  **A. That was it.**
4  Q. Has Dwight Lewis told you what happened
5  with his test?
6  **A. He told me that he failed it.**
7  Q. Did he tell you anything about the
8  conversation that he had with Susan Lester?
9  **A. No.**
10 Q. Do you know, did Dwight Lewis also turn
11 in a resume when you went to the job fair?
12 **A. Yes.**
13 Q. Do you know whether he was asked to fax a
14 resume as well?
15 **A. No.**
16 Q. Was he standing there with you when you
17 talked to Mr. Cosby?
18 **A. Yeah. We were standing there together,**
19 **along with the gentleman from AK Steel.**
20 Q. Okay. That's the one you've already
21 testified about?
22 **A. Yes.**
23 Q. Was Ms. Lester a part of that
24 conversation at all?

Page 69

1  **A. Like I said, if she was there, then I**
2  **just don't remember her being there. She might**
3  **have been there and I don't remember it.**
4  Q. Do you remember the conversation with her
5  about coming in to take the test?
6  **A. I remember her telling us that she's**
7  **going to schedule us a test, a day to come in to**
8  **take the exam.**
9  Q. Was that an in-person conversation or on
10 the phone?
11 **A. It might be in person, but, like I said,**
12 **I -- the only people that I can remember at the**
13 **time was Mr. Cosby and the AK Steel man.**
14 Q. How do you -- do you have any idea what
15 Susan Lester looks like?
16 **A. Not offhand, no.**
17 Q. Why is it that you remember -- you know
18 her name?
19 **A. Yes, I know her by name.**
20 Q. Why do you --
21 **A. (Interposing) The name just was -- Mr.**
22 **Cosby mentioned her name.**
23 Q. What did he mention about her?
24 **A. That he would probably -- she would**

**18 (Pages 66 to 69)**

Page 70

1  probably scheduled you a time to take the exam for
2  the job.
3      Q. After that last conversation with Ms.
4  Lester, when she told you that you did not pass
5  the test, have you had any other contact from
6  anyone at AK Steel?
7      A. No.
8      Q. Have you talked to Mr. Cosby since then?
9      A. No.
10      Q. So, he had told you about the lawsuit
11  prior to you taking the test?
12      A. Yes.
13      Q. Did he tell you about it prior to you
14  applying?
15      A. No, just -- after I -- during the time I
16  was taking the test, and he asked what they said
17  concerning the results of the test. And I told
18  him that they said that I had failed it.
19      Q. So, you did talk to him after you talked
20  to Susan Lester?
21      A. Yes.
22      Q. How long after?
23      A. Basically, a few days after, just
24  briefly, that's it. That's all he asked.

Page 71

1      Q. Did he contact you or did you contact
2  him?
3      A. He may have called me, because we changed
4  -- we exchanged numbers.
5      Q. You don't remember for sure?
6      A. No.
7      Q. You think it was a phone conversation?
8      A. Yeah, it was definitely a phone
9  conversation.
10      Q. And at this time, he asked you whether
11  you had heard about your test results?
12      A. Yes.
13      Q. Did he say anything about the lawsuit at
14  that time?
15      A. No.
16      Q. When did he tell you about the lawsuit?
17      A. Maybe three, four weeks later.
18      Q. Did he call you? Did you call him? How
19  did that conversation come up?
20      A. He called and told me about it; that
21  there was a lawsuit going on concerning AK Steel.
22      Q. What else did he tell you about it?
23      A. That was it.
24      Q. So, then, what did you say in response?

Page 72

1      A. "Okay." I mean, like I said, there was
2  so much that was going on during that time that I
3  really don't remember all that was said.
4      Q. If you'll look at Exhibit No. 2, which is
5  your charge. It's this one here, (indicating.)
6      A. Yes.
7      Q. Did you draft that or did someone draft
8  that for you?
9      A. This right here?
10      Q. Uh-huh, Exhibit 2.
11      A. He might have, but I'm not for sure.
12      Q. Who might have?
13      A. Right now, I can't say offhand how this
14  was done. All I know, I'm -- my mind wants to say
15  that -- because it's in my words, what was said
16  and what was taking place during that time. And
17  even though his name is on here, I'm inclined to
18  say that I really don't remember.
19      Q. You don't know how Exhibit No. 2 was
20  drafted?
21      A. No.
22      Q. Do you remember anyone giving it to you
23  and asking you to sign it?
24      A. I remember receiving it through the mail

Page 73

1  and I signed it and sent it back.
2      Q. Do you know who you sent it back to?
3      A. I sent it back to a law firm.
4      Q. Okay. So, you had a conversation with
5  Mr. Cosby and he told you that -- is it Cosby or
6  Crosby?
7      A. Cosby.
8      Q. Cosby? When he told you that there was a
9  lawsuit against AK Steel, did he give you a name
10  of someone to contact?
11      A. No.
12      Q. How did you get in contact with someone?
13      A. Concerning the lawsuit?
14      Q. Yes. How did you join up with the
15  lawsuit?
16      A. Just happened.
17      Q. What do you mean "Just happened"?
18      A. I just -- he talked to me about it and
19  told me what I told you concerning the lawsuit.
20  And from there, I have gotten some papers and read
21  them carefully and signed them and sent them back.
22      Q. What papers were those?
23      A. Papers that you see in front of me.
24      Q. Is that Exhibit 2?

**19 (Pages 70 to 73)**

Page 74

1   A. Yes.
2   Q. And you had that from an attorney?
3   A. Yes.
4   Q. You did not contact the attorney, the
5   attorney contacted you?
6   A. They contacted me; I didn't contact no
7   attorney.
8   Q. Okay. Did you tell Mr. Cosby that you
9   wanted to be a part of the lawsuit?
10   A. Yes.
11   Q. So, in that conversation, he said,
12   "There's a lawsuit," and you said what?
13   A. He asked me would I want to be involved
14   in this lawsuit and I told him yes.
15   Q. And what did he say?
16   A. "Okay."
17   Q. And that's it?
18   A. That was it.
19   Q. You didn't tell him anything else?
20   A. No.
21   Q. How long after that did you receive
22   papers from an attorney?
23   A. Maybe a month or two later. I don't
24   know. I can't remember.

Page 75

1   Q. Do you -- and this conversation occurred
2   after you had took the test or before?
3   A. After.
4   Q. When he asked you to send you his -- fax
5   your resume to him, was he asking that in
6   connection with this lawsuit?
7   A. My opinion, at the time that he wanted me
8   to have -- fax this resume, he wanted to see what
9   my skills was. Now, it might have been concerning
10   the lawsuit, but my understanding, I think that he
11   wanted it because he wanted to see what type of
12   skills I had, as far as me applying for an AK
13   Steel job.
14   Q. Do you know whether he had any hiring
15   authority for AK Steel?
16   A. No.
17       MS. DONAHUE: You mean you don't
18   know or he didn't?
19       THE WITNESS: I don't know if
20   he had any knowledge --
21   Q. I think you testified earlier that you
22   don't know if he was even employed by AK Steel?
23   A. No.
24   Q. Have you had any other conversations with

Page 76

1   Mr. Cosby?
2   A. No. That was it.
3   Q. Have you had any other conversations with
4   Susan Lester other than what you've already
5   testified about?
6   A. No. The last time we had conversations
7   is on the phone, when she told me that I didn't
8   pass the test, and that was it.
9   Q. Have you had any conversations with the
10   other gentleman who you claim was at the job fair?
11   A. Mr. Donahue or the one that was at the
12   job fair -- no, Mr. -- Dwight or the one that's
13   over the job fair?
14   Q. Are you talking about Mr. Lewis, Dwight
15   Lewis?
16   A. No. The one that was over the job fair
17   from AK Steel, that's what you're talking about?
18   Q. I'm talking about you mentioned -- yeah,
19   you mentioned --
20   A. (Interposing) No.
21   Q. (Continuing) -- some other gentleman who
22   was at the job fair.
23   A. I've only seen him once, and that was at
24   the job fair.

Page 77

1   Q. And did you have any conversation with
2   him --
3   A. (Interposing) No.
4   Q. (Continuing) -- at the job fair?
5   Have you had other conversations with Dwight
6   Lewis?
7   A. No. I don't see Dwight Lewis, except
8   maybe I might look up and see him in passing,
9   that's it.
10   Q. Have you had any conversations with
11   Dwight Lewis about the lawsuit?
12   A. No, other than I asked him, "Have you
13   heard anything?" That was it.
14   Q. When was that?
15   A. Two months ago.
16   Q. What did he say?
17   A. "No. I ain't heard nothing."
18   Q. Have you -- when the lawsuit was first
19   filed, did you and Dwight Lewis talk about it?
20   A. No.
21   Q. You were friends and you didn't talk
22   about the fact that you were suing AK Steel?
23   A. No.
24   Q. Have you -- you testified earlier that

**20 (Pages 74 to 77)**

**Page 78**

1  you have not had any meetings with the attorneys.
2  Have you ever had any phone calls from the
3  attorneys -- and I don't want to know anything
4  that was said.  But have you had any phone calls
5  from the attorneys?
6           MS. DONAHUE:  You can answer, as
7  long as you don't say what the content
8  of what the conversation was.
9      **A. Yes.**
10     Q.  How many phone calls have you had?
11     **A. Several.**
12     Q.  How many is several?
13     **A. Two, three, four.**
14     Q.  And who else was involved in those
15 conversations?
16     **A. All of those that were involved in the**
17 **lawsuit.**
18     Q.  Was that including Mr. Cosby?
19     **A. I can't say he was in it because his name**
20 **was never mentioned.**
21     Q.  Do you remember the names of the people
22 that were?
23     **A. Not offhand.**
24     Q.  Was Dwight Lewis on those calls?

**Page 79**

1      **A. Yes.**
2      Q.  Has anyone at AK Steel ever said anything
3  about your application?
4      **A. Only the person that was at the job fair**
5  **did.**
6      Q.  What did --
7      **A. (Interposing)  He said he was amazed by**
8  **it.  He said that I had the experience to do the**
9  **job that I was applying for.**
10     Q.  Just a few minutes ago, I asked you if
11 you had any conversation with him and you said no.
12 So, you did have a conversation with him?
13     **A. Briefly.**
14     Q.  Okay.  Well, tell me the content of that
15 conversation, then.
16     **A. Just -- he just looked at the resume and**
17 **said that it was -- he liked it.  That was it.**
18     Q.  Okay.  So, he said he liked the resume?
19     **A. Yes.  That was it.**
20     Q.  He never said anything else to you?
21     **A. No.**
22     Q.  Did you say anything to him?
23     **A. No.**
24     Q.  Anyone else ever say anything to you --

**Page 80**

1      **A. (Interposing)  No.**
2      Q.  (Continuing) -- about the application?
3      **A. That was it.**
4      Q.  Did anyone ever say why you were not
5  hired?
6      **A. No, other than I didn't pass the test.**
7      Q.  Is that why you assume you were not
8  hired?
9      **A. Yes.**
10     Q.  Did anyone at AK Steel ever say anything
11 to you about your race?
12     **A. No.**
13     Q.  Did anyone at AK Steel ever say anything
14 that you believe was discriminatory?
15          MS. DONAHUE:  Object to the form.
16 Calls for a legal conclusion.  But go
17 ahead.
18     **A. No.**
19     Q.  Did anyone at AK Steel ever do or say
20 anything that you thought was hostile or
21 offensive?
22     **A. No.**
23     Q.  Did you ever hear from anyone else that
24 anyone at AK Steel did or said anything that was

**Page 81**

1  hostile or offensive?
2      **A. No.**
3      Q.  Did you ever hear from anyone else that
4  anyone at AK Steel ever did or said anything that
5  was discriminatory?
6          MS. DONAHUE:  Object to the form.
7      **A. No.**
8      Q.  Did you ever hear from anyone else that
9  AK Steel ever said anything about your race or
10 someone else's race?
11     **A. No.**
12     Q.  Did anyone at AK Steel treat you any
13 differently than white applicants?
14          MS. DONAHUE:  Object to form.
15 Calls for speculation.
16     **A. No.**
17     Q.  What evidence do you have to support your
18 claim that you were discriminated against because
19 of your race?
20          MS. DONAHUE:  Object to the form.
21     **A. What evidence do I have?  I can't answer**
22 **that.**
23     Q.  Why can't you answer that?
24     **A. Because I can't put it into words.  What**

**21 (Pages 78 to 81)**

Page 82

1  I would probably say wouldn't make sense, so I
2  couldn't answer that.
3      Q. I don't understand your response.
4      A. You asked me what evidence I have to --
5  concerning this claim.
6      Q. Uh-huh.
7      A. And there could be many things that I
8  could say, but I'd rather not.
9      Q. Like what?  That's why I'm here, so I
10  would prefer that you would say.  Why do you
11  believe --
12          MS. DONAHUE:  Answer to the best of
13      your ability.
14      A. Well, to apply for a job at AK Steel or
15  anybody's corporation, and to get turned down
16  because of a test, to me, and never really explain
17  why or go into detail or why the test -- you was
18  turned down or anything like that, to me, it's
19  discrimination because if you're going to give a
20  person an exam and they don't pass it, it would be
21  nice to at least tell them why they didn't pass it
22  or on what area they were weak in, instead of just
23  saying, "Well, you didn't pass it," and that's it
24  and shut the door on you.  Because that's what was

Page 83

1  done to me.  They just said, "You didn't pass the
2  test."  The door was shut and that was it.
3      Q. Anything else?
4      A. That was it.
5      Q. Do you know whether they tell white
6  applicants anything different?
7      A. I can't answer that.
8      Q. You don't know?
9      A. I don't know.
10      Q. Okay.  So, based on that alone, you
11  believe it was discrimination?
12      A. Yes.
13      Q. Okay.  Did you immediately believe it was
14  discrimination or did you not believe it until Mr.
15  Cosby said there was a lawsuit?
16      A. I believed it before, because it's --
17  I've had -- it's like when you take an exam, the
18  kind they give you, they don't really give you a
19  time limit.  You sit at a certain time-clock where
20  they're timing you and you cannot really take a
21  test sitting at a time and they're constantly
22  throwing papers at you, because you don't have a
23  chance to think about what you're reading.  And
24  the test is taken so quick and so fast that most

Page 84

1  people would not pass it because of that.
2      Q. "Most people" being both white and
3  African-American?
4      A. They would be intimidated by that fact.
5      Q. So --
6      A. (Interposing)  And I felt intimidated
7  because of the fact we didn't -- we wasn't really
8  comfortable sitting down, taking the test without
9  sweating it out, trying to think out and figuring
10  out the right questions to the right answers.
11      Q. So, did you find the test hard, then?
12      A. I found it not hard, but I found it
13  difficult because it -- you know, you are at a
14  time.
15      Q. It was time tested?
16      A. Yes.
17      Q. And it was timed for everyone, correct?
18      A. Yes.
19      Q. And there were multiple sections for it?
20      A. Yes.
21      Q. Did you complete the sections or did you
22  not complete it?
23      A. There were -- they were completed but,
24  once again, you don't -- it doesn't really give

Page 85

1  you a chance to really focus on the question as an
2  answer.  And you go by whatever you think that's
3  right the first time.
4      Q. What's your understanding of
5  discrimination?
6          MS. DONAHUE:  Object to form, but
7      go ahead.
8      A. There's many different meanings for
9  discrimination.
10      Q. Tell me what your belief of
11  discrimination is.
12          MS. DONAHUE:  Object, but go ahead.
13      A. I can discriminate against you for you
14  eating meat in front of me and I don't eat meat.
15      Q. I'm talking about race discrimination.
16      A. Okay.
17      Q. What's your definition of what race
18  discrimination is?
19          MS. DONAHUE:  Object to the form.
20      Go ahead.
21      A. If I applied for a job and you applied
22  for a job, and I had the qualifications and I had
23  more than you have, and they give you the job,
24  that's discrimination.

22 (Pages 82 to 85)

Page 86

1    Q. Do you know of any white applicant who
2  had less qualifications than you who was hired by
3  AK Steel?
4    **A. No.**
5    Q. And do you believe somehow that the test
6  that you had to take was discriminatory?
7        MS. DONAHUE: Object. Asked and
8    answered. And it's getting argumentative.
9    Q. Answer the question.
10   **A. The test wasn't hard. It's just -- it**
11 **became difficult because you had it on a time, a**
12 **time. That's the only thing I'm saying. It's not**
13 **that it was hard at all.**
14   Q. Okay. And why -- was it discriminatory
15 then or was it not discriminatory?
16       MS. DONAHUE: Object to the form.
17   Asked and answered. Calls for a legal
18   conclusion. You know, we're going to
19   have to scan this kind of questioning
20   because we've very repetitive. But try
21   to answer it.
22   Q. Do you believe the test was
23 discriminatory?
24       MS. DONAHUE: Object to the form.

Page 87

1    **A. It was only that way because of the way**
2  **it was set up.**
3    Q. And what do you mean by that?
4    **A. The time.**
5    Q. Okay. And why is it -- is it
6  discriminatory because of your race?
7        MS. DONAHUE: Object to the form.
8    **A. I can't truly answer that.**
9    Q. Why not?
10   **A. Because I feel like that I gave you my**
11 **answer to the best of my knowledge. That's the**
12 **reason why I feel that the test itself was**
13 **designed for that purpose, for people that have**
14 **difficulty taking it.**
15   Q. You think the test was designed to be
16 difficult? Is that what you're saying?
17       MS. DONAHUE: Object to the form.
18   Asked and answered. Argumentative. Go
19   ahead.
20   Q. Do you think that the test was designed
21 to be difficult?
22   **A. Yes.**
23       MS. DONAHUE: Object to the form.
24   It calls for speculation.

Page 88

1    Q. Do you -- I'm having a hard time
2  understanding, and I'm just trying to get you to
3  explain to me why the timing on a test, having a
4  timed test, why you believe that is racially
5  discriminatory?
6        MS. DONAHUE: Object to the form.
7    Q. Can you explain that?
8        MS. DONAHUE: Calls for a legal
9    conclusion.
10   **A. Let's put it -- only one way I could put**
11 **it is, is that -- okay. I could take that test**
12 **and you could take that test. And even though**
13 **what I just said may seem so hard for you to**
14 **understand where I'm coming from, you could take**
15 **the test and pass it; I could take it and, to me,**
16 **seem like an easy test to pass. Same questions;**
17 **same answers, but I would have questions**
18 **concerning it because -- it's really difficult to**
19 **answer that question.**
20   Q. Why?
21   **A. It really is, to be honest. It's**
22 **difficult to answer that question.**
23   Q. What -- I mean, is it that you can't
24 explain why it's discriminatory?

Page 89

1    **A. Well, I feel like it's -- my own opinion,**
2  **I feel like it was discriminary because of all**
3  **the people at that time that were taking the test,**
4  **there was not one -- how can I say it -- white**
5  **person in there.**
6    Q. Okay. So, you think --
7    **A. (Interposing) And when the test was**
8  **taken, I felt like, in my own opinion, that**
9  **everyone that was sitting in there did not pass**
10 **it.**
11   Q. At the time the test was taken, you
12 thought you all were not passing?
13   **A. Yes.**
14   Q. So, you thought you did not pass either
15 when you were taking the test?
16   **A. I know I didn't pass because she told me**
17 **I didn't pass it.**
18   Q. I'm not asking about later. I'm saying
19 when you took the test, you just testified --
20   **A. (Interposing) I thought I passed it.**
21   Q. Okay. A few minutes ago, I think you
22 testified -- and correct me if I'm wrong -- that
23 when you were sitting there taking the test,
24 looking around at everyone taking it, you thought

**23 (Pages 86 to 89)**

Page 90

1  everyone was failing the test?
2  **A. No, I didn't say it that way.**
3  Q. Okay. Well, explain that, then.
4  **A. I'm saying that there are all those**
5  **African-Americans that was in there, I don't feel**
6  **like one of them passed it.**
7  Q. And what's that based on?
8  **A. Of all the names that I saw on the**
9  **documents.**
10  Q. What documents?
11  **A. (Indicating documents.)**
12  Q. Are you talking about the lawsuit?
13  **A. Yes.**
14  Q. Are you saying that because of the number
15  of people who were joined in the lawsuit, that's
16  why you believe that none of those individuals who
17  took the test with you passed the test?
18  **A. I'm saying that the day that me and Mr.**
19  **Lewis took the test, there were several others in**
20  **there who took the test. And on my opinion alone,**
21  **me and Mr. Lewis didn't pass it. And I felt like**
22  **that my opinion alone that they didn't pass it**
23  **either.**
24  Q. Okay. It's not based on anything other

Page 91

1  than your own speculation?
2  **A. Yes, my own speculation.**
3  Q. Okay. And do you know anything about the
4  testing procedures for white applicants?
5  **A. I'm guessing that it's the same test.**
6  Q. Same procedure?
7  **A. Same procedure.**
8  Q. Okay.
9  **A. Same clock, same time.**
10  Q. Okay. Anything else that you believe
11  supports your opinion that you were discriminated
12  against because of your race?
13  **A. Well, I felt like that I was well**
14  **qualified for the job that I was applying for.**
15  **And because of the test, it knocked me out of the**
16  **job that I -- I felt like that I could have**
17  **gotten.**
18  Q. And I may have asked you this already,
19  and I apologize if I did. But do you know of
20  anyone that AK Steel has hired with a similar
21  criminal background as you have?
22  **A. No, not offhand.**
23  Q. Okay. And do you know any white
24  applicants who were hired?

Page 92

1  **A. No.**
2  Q. I assume, then, that you do not know any
3  of the qualifications of anyone who AK Steel has
4  hired?
5  **A. No.**
6  Q. Have you ever seen a psychologist or a
7  counselor or a therapist?
8  **A. When?**
9  Q. Ever?
10  **A. Ever? Yes.**
11  Q. When?
12  **A. During the time I got myself in trouble**
13  **back in '90.**
14  Q. What did you see him for?
15  **A. To get my head back together; to get it**
16  **to focus on my family and get it back into the**
17  **place that it ought to be in and not where it was.**
18  Q. Now, when you say when you got yourself
19  into trouble, that was when you touched your
20  daughter --
21  **A. Yes.**
22  Q. (Continuing) -- inappropriately?
23  **A. Yes.**
24  Q. And you said that you touched her on the

Page 93

1  behind?
2  **A. Yes.**
3  Q. And I'm assuming that's not in a
4  punishment way but was that in a sexual way?
5  **A. Yes.**
6  Q. Have you ever taken any medication for
7  your emotions or nerves?
8  **A. No. The only thing I've taken for my**
9  **nerves is high blood pressure pills -- medicine,**
10  **which I told you that in the beginning of this.**
11  Q. How long have you taken that?
12  **A. I've been taking it for three to -- six**
13  **or seven years. I've been taking it for a good**
14  **while.**
15  Q. Have we talked about everywhere that you
16  have worked since 2001?
17  **A. Yes.**
18  Q. Have we talked about every place that
19  you've applied to work since 2001?
20  **A. Yes.**
21  Q. And the AK Steel test is not the only
22  test that you have failed, correct?
23  **A. The prison test. And I know why I didn't**
24  **pass it.**

**24 (Pages 90 to 93)**

Page 94

1  Q.  Why didn't you pass that one?
2  **A.  I didn't study properly for it.**
3  Q.  Was that somehow discriminatory?
4  **A.  No.  I just didn't study properly for it.**
5  Q.  Why didn't you?
6  **A.  I was lazy.**
7  Q.  How did you do in school?
8  **A.  B, C, average.**
9  Q.  What was your grade point average when
10 you finished high school?
11 **A.  C.**
12 Q.  A C average?
13 **A.  Yeah.**
14 Q.  And that was Aiken?
15 **A.  Yes.**
16     MS. PRYOR:  Mark this as Exhibit 4.
17     (Exhibit No. 4 was marked for
18 identification and attached hereto.)
19 Q.  You've been handed what has been marked
20 as Exhibit 4.  Is this your 2006 W-2 from
21 Haverhill North Coke Company?
22 **A.  Yes.**
23 Q.  I think you testified earlier of other
24 W-2s and other tax returns and other payroll

Page 95

1  stubs, correct?
2  **A.  Yes.**
3  Q.  Do you ever keep notes or a diary?
4  **A.  No.**
5  Q.  Do you have any notes or documents
6  relating to AK Steel?
7  **A.  No.**
8  Q.  Do you have any witnesses or individuals
9  who would support any of your claims here?
10 **A.  No.**
11 Q.  Anyone who we haven't talked about who
12 knows about your application at AK Steel?
13 **A.  No.**
14 Q.  Anyone who knows why you were not hired?
15 **A.  No.**
16 Q.  Anyone else with any knowledge about your
17 claim?
18 **A.  No.**
19 Q.  Have you talked to anyone about your
20 application at AK Steel?
21 **A.  No.**
22 Q.  Did you talk to your wife about it?
23 **A.  No.**
24 Q.  Did she know that you applied at AK

Page 96

1  Steel?
2  **A.  Yes, but I don't talk to her about it.**
3  Q.  Why not?
4  **A.  Because there wasn't nothing to talk**
5  **about.  I didn't get the job and she knew that I**
6  **didn't pass the test, so there wasn't nothing to**
7  **talk about.**
8  Q.  Does she know that you filed a lawsuit?
9  **A.  She does now but --**
10     MS. DONAHUE:  There's a spousal
11 privilege, and you don't have to reveal
12 anything that you discussed with your
13 spouse.  I mean, she can ask you, you
14 know, if you discussed it but you don't
15 have to reveal anything that you
16 discussed with your spouse.
17 **A.  She knows about it, yes.**
18 Q.  Okay.
19 **A.  But we don't talk about it.**
20 Q.  You don't talk about it?  Have you talked
21 to anyone else about the lawsuit?
22 **A.  No.**
23 Q.  Do you have any documents or
24 communications between you and AK Steel?

Page 97

1  **A.  No.**
2  Q.  Do you have E-mail?
3  **A.  Do I have E-mail?**
4  Q.  Uh-huh.
5  **A.  No, not really.**
6  Q.  What does "not really" mean?  Either you
7  have it or you don't.
8  **A.  I had it but it's only based on sports.**
9  Q.  What does that mean?
10 **A.  I E-mail for like football, the Bengals.**
11 **That's the only E-mail I have.  I don't E-mail**
12 **anybody else like for friends or church or**
13 **anything like that.  I don't have that type of**
14 **E-mail.  Is that what you're asking me?**
15 Q.  I think so.  That's fine.
16 Have you ever talked to any of the plaintiffs
17 outside the presence of counsel?
18 **A.  No.**
19 Q.  Have you ever had any written
20 discussions, E-mails, letters, between plaintiffs
21 or Mr. Cosby outside the presence of counsel?
22 **A.  No.**
23 Q.  Do you know anything about any of the
24 claims of any of the other plaintiffs?

**25 (Pages 94 to 97)**

**Page 98**

1    A. No.
2    Q. I think you've already told me, you and
3  Dwight Lewis never talked about failing the test?
4    **A. No. We just -- he just said that he**
5  **didn't pass it, and that was it.**
6    Q. Do you understand that you have waived
7  your right to compensatory and punitive damages in
8  this case?
9          MS. DONAHUE: I'm going to object
10   to the form of the question. It calls
11   for a legal conclusion.
12   **A. Yes.**
13   Q. Did you understand that?
14   **A. Yes.**
15          MS. DONAHUE: Did he answer the
16   question?
17          MS. PRYOR: I think he did.
18   He said he understands that he has
19   waived his right to compensatory and
20   punitive damages. Right?
21          MS. DONAHUE: I'm not sure --
22          THE WITNESS: (Interposing)
23   Explain that to me. And make it clear.
24   Q. Sure. There has been some filings filed

**Page 99**

1  with the court that said that plaintiffs,
2  including you, have agreed that you're not seeking
3  compensatory and punitive damages. Is that
4  correct?
5    **A. No.**
6    Q. No, that's not correct?
7          MS. DONAHUE: If you don't know,
8    you don't know.
9    **A. I don't know.**
10   Q. You don't know?
11   **A. No.**
12   Q. Okay. That's the first you've heard
13  about it?
14   **A. Yes, that's the first I've heard about**
15  **it.**
16   Q. On the interrogatories, which was Exhibit
17  1, in front of you, you list Dwight Lewis as a
18  witness?
19   **A. Yeah.**
20   Q. Why do you list him as a witness?
21   **A. Because he was there with me and he knows**
22  **what was taking place at the time we were taking**
23  **the exam.**
24   Q. Did anyone say anything to Dwight Lewis

**Page 100**

1  when you were at that job fair?
2    **A. Well, if they did, he never told me.**
3    Q. Okay. Were you not right together where
4  you would hear everything that was said to Dwight
5  Lewis?
6    **A. Say that again.**
7    Q. Yes. You said that if someone said
8  something to Dwight Lewis, Dwight hasn't told you
9  about it.
10   **A. Yes.**
11   Q. What I'm asking is, were you not
12  positioned right next to him where you would hear
13  whatever was being said to Dwight Lewis?
14   **A. I was right next to him. And at the**
15  **time, his mind was focused on taking the exam.**
16   Q. I'm not talking about the exam; I'm
17  talking about the job fair, when you went and
18  talked to Mr. Cosby.
19   **A. No, not that I know of. No one that I**
20  **know of talked to him.**
21   Q. Okay. Did anyone say anything about his
22  resume?
23   **A. Not that I know of.**
24   Q. Did anyone tell him to come and take the

**Page 101**

1  test?
2    **A. The same woman that told me told him that**
3  **she was going to schedule it for him to take an**
4  **exam. And she scheduled us on the same day.**
5    Q. Was this a minority job fair?
6    **A. It was for everybody.**
7    Q. And was it just an AK Steel job fair or
8  were there other job fairs there?
9    **A. There were other job fairs there.**
10   Q. And the only way you heard about it was
11  from Dwight Lewis' --
12   **A. (Interposing) Grandmother at church.**
13   Q. And at the day of the exam, do you know
14  whether anyone said anything to Dwight Lewis at
15  that time?
16   **A. No.**
17   Q. After the exam, did you and Dwight talk
18  about the exam, "That was easy. That was hard. I
19  didn't like it"?
20          MS. DONAHUE: Object to the form.
21   Asked and answered about three times
22   already. Go ahead.
23   **A. No. We just kind of just talked about**
24  **other things. We didn't mention nothing about the**

**26 (Pages 98 to 101)**

**Page 102**

1   test at all.
2       Q.  Okay.  What did you talk about?
3       **A.  Sports, what's going on in church, just**
4   **that's pretty much it.**
5       Q.  Okay.  Do you know how long the test
6   took?  A couple of hours, ten minutes?
7       **A.  I really couldn't say.  All I know is**
8   **that I was there and taking it, so I couldn't tell**
9   **you how long it took.**
10          MS. PRYOR:  Okay.  I think I have
11   nothing further at this time, but I
12   still want the other documents.
13          MS. DONAHUE:  Okay.  Let's
14   take a little break and see if we have
15   anything.
16          (A short recess was taken.)
17          MS. DONAHUE:  We have no
18   questions.
19          (The deposition of Timothy
20   Oliphant was concluded at 3:17 p.m.)
21          * * * * * *
22
23
24

**Page 103**

1           UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
2           FOR THE WESTERN DIVISION
3
4
    VIVIAN BERT, et al.,
5
        PLAINTIFFS,
6               Case No. 1:02CV00467
    VS:               Judge Beckwith
7
    AK STEEL CORPORATION,
8
        DEFENDANT.
9
10
11
      CERTIFICATION OF THE COURT REPORTER
12
13      I, Conalee Williamson, Stenotype Reporter
14   and Notary Public within and for the Commonwealth
15   of Kentucky, do hereby certify that the foregoing
16   one hundred two (102) pages is a true and correct
17   transcript of the proceedings had in this matter,
18   as hereinabove set forth, and that I have no
19   interest of any nature whatsoever in the ultimate
20   disposition of this litigation.
21
22
23      _____
          Conalee Williamson
24        Stenotype Reporter/Notary Public