103

```
UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF OHIO
     FOR THE WESTERN DIVISION
```

VIVIAN BERT, et al.,

    PLAINTIFFS,

VS:                      Case No. 1:02CV00467
                           Judge Beckwith

AK STEEL CORPORATION,

    DEFENDANT.

### CERTIFICATION OF THE COURT REPORTER

I, Conalee Williamson, Stenotype Reporter and Notary Public within and for the Commonwealth of Kentucky, do hereby certify that the foregoing one hundred two (102) pages is a true and correct transcript of the proceedings had in this matter, as hereinabove set forth, and that I have no interest of any nature whatsoever in the ultimate disposition of this litigation.

_____
Conalee Williamson
Stenotype Reporter/Notary Public