```
DATE:   JANUARY 16, 2008

TO:     PATRICIA A. PRYOR, ESQ.
        TAFT, STETTINIUS & HOLLISTER, LLP
        425 WALNUT STREET, SUITE 1800
        CINCINNATI, OHIO  45202

RE:     VIVIAN BERT, ET AL v.
        AK STEEL CORPORATION #1:02CV00467
        (Deponent - Rodney Cosby)
```

Dear Ms. Pryor:

This is to certify that on the 26th day of November, 2007, the above-referenced deposition was taken in the above-styled case; that the said deposition was sent to the witness, through counsel, for purposes of reading and signing, along with the attached letter; that as of the 16th day of January, 2008, the original signature and errata sheets have not been returned to my office. The deposition, therefore, is being filed without the signature of the witness.

Thank you for your attention to this matter.

_____  *ORIGINAL*
Tara A. B. Arthur, CCR

cc: SUSAN DONAHUE, ESQ.


ACCURATE REPORTING SERVICE, INC.
526 SEVENTH STREET
HUNTINGTON, WEST VIRGINIA  25701

(304) 345-9891* (304) 522-9637* (606) 329-2154