123

1  UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
2  FOR THE WESTERN DIVISION
CIVIL ACTION NO. 1:02CV00467
3

4  VIVIAN BERT, et al,

5      Plaintiffs,

6  -vs-

7  AK STEEL CORPORATION,

8      Defendant.

9

10     Certification of Court Reporter

11     I, Tara A. B. Arthur, Court Reporter/Notary

12 Public, within and for the Commonwealth of

13 Kentucky, at Large, do hereby certify that the

14 foregoing transcript consisting of 122 pages is

15 a true and correct transcript of the proceedings

16 had in this matter, as hereinabove set forth,

17 and that I have no interest of any nature

18 whatsoever in the ultimate disposition of this

19 litigation.

20

21

22     _____
       TARA A. B. ARTHUR
       STENOTYPE REPORTER/NOTARY PUBLIC
23

24

ACCURATE REPORTING SERVICE, INC.