UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. 1:02CV467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | |
| v. | : | Magistrate Judge Hogan |
| | : | |
| AK STEEL CORPORATION, | : | |
| | : | **NOTICE OF FILING DEPOSITION** |
| Defendant. | : | |

Please take notice that Defendant has filed the transcript of the deposition of Rodney

Cosby, taken November 26, 2007; together with the exhibits thereto, with the Clerk of the United

States District Court on January 28, 2008.

Respectfully submitted,

s/ Patricia Anderon Pryor
Lawrence J. Barty (0016002)
barty@taftlaw.com
Gregory Parker Rogers (0042323)
rogers@taftlaw.com
Patricia Anderson Pryor (0069545)
pryor@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838
(513) 381-0205 (fax)

Trial Attorneys for Defendant

**Certificate of Service**

I hereby certify that on January 28, 2008, I electronically filed the foregoing

Notice of Filing Depositions with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to the following:  Susan Donahue, Robert Childs, Herman N.

Johnson, Jr., Wiggins, Childs, Quinn & Pantazis, P.C., The Kress Building, 301 19th Street

North, Birmingham, Alabama  35203; Paul H. Tobias, Kraus & Torchia, 911 Mercantile Library

Building, 414 Walnut Street, Cincinnati, Ohio 45202; and David Sanford, Sanford, Wittels &

Heisler, L.L.P., 2121 K Street, N.W., Suite 700, Washington, D.C.  20037


s/ Patricia Anderson Pryor
Patricia Anderson Pryor (0069545)
pryor@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838
(513) 381-0205 (fax)

Attorney for Defendant