```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF OHIO
 3                 WESTERN DIVISION
 4    ------------------------------------
                                      :
 5    VIVIAN BERT, et al.,            :
                                      :
 6         Plaintiffs,               :
                                      :
 7      vs.                          :    CASE NO.
                                      :    C-1-02-467
 8    AK STEEL CORPORATION,           :
                                      :
 9         Defendant.                :
                                      :
10    ------------------------------------
11
12        Deposition of:  PHYLLIS SHORT
13        Taken:          By the Plaintiffs
                          Pursuant to Notice
14
          Date:           February 16, 2005
15
          Time:           Commencing at 11:35 a.m.
16
          Place:          Taft, Stettinius &
17                          Hollister, LLP
                          425 Walnut Street
18                        Suite 1800
                          Cincinnati, Ohio  45202
19
          Before:         Karen Volk, RPR
20                        Notary Public - State of Ohio
21
22
23
24                              ORIGINAL
25
```

```
 1   APPEARANCES:
 2
          On behalf of the plaintiffs:
 3
                 Robert F. Childs, Jr., Esq.(via telephone)
 4                    of
                 Wiggins, Childs, Quinn & Pantazis
 5               301 19th Street
                 North Kress Building
 6               Birmingham, Alabama  35203
 7                    and
 8               David D. Kammer, Esq.
                      of
 9               Tobias, Kraus & Torchia
                 911 Mercantile Library Building
10               414 Walnut Street
                 Cincinnati, Ohio  45202
11
12        On behalf of the defendant:
13               Gregory Parker Rogers, Esq.
                      of
14               Taft, Stettinius & Hollister, LLP
                 425 Walnut Street
15               Suite 1800
                 Cincinnati, Ohio  45202
16
                      and
17
                 Stephanie Bisselberg, Esq.
18                    of
                 AK Steel Corporation
19               703 Curtis Street
                 Middletown, Ohio  45043
20
21        Also Present:
22               Susan R. Lester
23                    - - -
24
25
```

1       MR. ROGERS:  Yes, she is.

2       Q.   All right.  If you would, Ms. Short, would

3  you tell us what has been the general -- first of

4  all, has there been -- has the same hiring procedure

5  been in place at Middletown from January of 2000 to

6  the present?  I'm talking about production laborer

7  positions.

8       A.   Okay, I'm sorry, repeat the question.  The

9  same what?

10      Q.   Has the same hiring procedure been in

11 place from January of 2000 to the present for the

12 hiring of production laborer employees at the

13 Middletown Works?

14      A.   Yes.

15      Q.   Can you tell me generally, from start to

16 finish, what that process is?

17      A.   Yes.  If someone is interested in a

18 position at Middletown Works, they would be told to

19 apply at the Bureau of Employment Services and all

20 applicants would have to go through the bureau.

21           We would give our applications to the

22 bureau and the candidates could go there, request a

23 copy -- request an application for AK Steel.

24           The bureau, in turn, would do a

25 preliminary screening for us and then they would send

1    the applications that met our screening to an
2    employment person within Middletown Works.  I had one
3    person in charge of employment for hourly hiring and
4    one for professional hiring at Middletown.
5         Q.    Who was the one that handled hourly?
6         A.    It's going to depend upon the time frame.
7         Q.    Give me who it was from January of 2000.
8    If it's varied, give me those different individuals.
9         A.    Probably, and this is my best
10   recollection, January of 2000 would have been either
11   Tracy White or Jessica Hicks.  And I'm not sure of
12   exactly the time frame there.
13        Q.    Did that change in the period from January
14   of 2000 to the present?
15        A.    I believe that Tracy went to another job
16   and then it would have been Jessica.
17        Q.    Okay.  So either Tracy White or Jessica
18   Hicks would have handled the employment of hourly
19   employees at the Middletown Works from January of
20   2000 to the present?
21        A.    Yes, to the best of my recollection on the
22   date.
23        Q.    So the applications, when they came in
24   from the Bureau of Employment Services, would have
25   gone to either Tracy White or Jessica Hicks,

1    depending on who was in place at that time?

2        A.    Yes.

3        Q.    Okay.  What's the race of Tracy White?

4        A.    Caucasian.

5        Q.    And what about Jessica Hicks?

6        A.    Caucasian.

7        Q.    All right.  Once the applications came to

8    either Ms. White or Ms. Hicks, what happened next in

9    this general process?

10        A.    Okay.  They would have done a screening of

11    the applications.  They also would have -- they would

12    have taken the tear-off sheets from the

13    application -- and we had a separate file for the

14    tear-off sheets.  After they would remove the

15    tear-off sheets they, in turn, would Xerox the

16    application and they would send them to me for

17    review.

18        Q.    What did you do once you got them?

19        A.    I would be reviewing the applications for

20    various criteria, such as it was very important for

21    us to have candidates with at least two years of

22    manufacturing experience, and I would be looking for

23    that as far as the candidates are concerned.  I would

24    be looking at their applications for whether or not

25    they identified a conviction.  They had to be high

1    school graduates or have a GED.

2        Q.    Anything else?

3        A.    Those are the particular areas that I

4    would be looking for.

5        Q.    Okay.  Those criteria, those three would

6    be -- have been the same from January of 2000 to the

7    present?

8        A.    Yes.

9        Q.    All right.  Once you screened them, what

10   happened next?

11       A.    After I had screened them, then if I had

12   pulled out an applicant for any reason, I would have

13   notified Jessica and/or Tracy that I had pulled out

14   an applicant or I would have written a note and

15   attached it to a copy of the application.  Then I

16   would have sent it back to them.

17       Q.    Okay.  So anybody that you sent back to

18   them was eliminated.  What happened -- what happened

19   next in the process after your screening?

20       A.    Then they would have been scheduled for a

21   test.

22       Q.    Okay.  Who would have done that?

23       A.    It would have been either Tracy or

24   Jessica.

25       Q.    What process did they use to schedule

1    those tests?

2        A.    They would have actually made the

3    telephone call to the candidate and would have

4    scheduled them.  We usually test at least one day

5    during the week, one night during the week and on

6    Saturdays.

7        Q.    Would they keep records of those

8    individuals that they were able to contact if they

9    indicated they were interested in testing or those

10   they couldn't reach, how was that done?

11       A.    It's my understanding that they did.

12       Q.    Have you seen any such records?

13       A.    I'm trying to remember if I've seen them

14   or not.  I believe I have because they would write

15   notations on them that they received a busy signal or

16   they left a message, something of that type.

17       Q.    What were the procedures in place from

18   January of 2000 to follow up on those where they got

19   a busy signal?

20       A.    They would try to call them again.  But,

21   bear in mind, we were doing a lot of hiring and I had

22   one person who was making these contacts.

23       Q.    They weren't required to continue to try

24   to reach the person until they were able to do so?

25       A.    They weren't required to but they would

1    make every effort.

2        Q.    If they were not able to locate them or to

3    contact them because of a busy signal, were they

4    required to send out a letter to the individuals

5    informing them about the test?

6        A.    No, sir.

7        Q.    Why not?

8        A.    Because of the volume of candidates that

9    we had going through during times.  It was impossible

10   for us to have one person to be doing the steps that

11   were necessary as far as hiring to send out letters.

12   So we did not do that.

13       Q.    Let me ask you this.  When -- going back a

14   step, just following up, Tracy and/or Jessica would

15   have entered the information off the tear-off sheets

16   into a file, is that correct?  Is that an electronic

17   file?

18       A.    No, sir, I didn't say that.

19       Q.    Tell me again exactly what they did.

20       A.    I said they would remove the tear-off

21   sheet from the application and put it into a file.

22       Q.    What happened to that file?

23       A.    It's my understanding that it became part

24   of their applicant flow.

25       Q.    Who put it into the applicant flow?

```
 1          A.    Right.   There would have only been one.
 2          Q.    Just for the record, can you identify a
 3    little bit more concisely the period of time Tracy
 4    White would have been there and the period of time
 5    Jessica Hicks would have been there?
 6          A.    I would say probably just for the
 7    record -- well, Jessica would have been there in the,
 8    oh, let's say at least the 2001 to 2004 time frame.
 9          Q.    Tracy would have been there from January
10    of 2000 to 2001?
11          A.    Yeah.   I can't really remember that.   I
12    don't want to stipulate that that's when she was
13    there.
14                She did do our hiring effort and then she
15    went over to our corporate office but I don't
16    remember the exact time frame.
17          Q.    I understand.   Just try to give us some
18    judgment where you think, using January 2000 to the
19    present, that probably Tracy was there from January
20    of 2000 through some point in time in 2001, and then
21    Jessica from 2001 to the present?
22          A.    That's a good estimate.
23          Q.    Do you know when in 2001 Tracy would have
24    gone over to corporate?
25          A.    No.
```

```
 1              A.    It's my understanding, yes.

 2              Q.    Is that based on a conversation you had

 3      with them?

 4              A.    Yes.

 5              Q.    Your conversation with them was, did you

 6      indicate in each and every instance where you were

 7      told they weren't interested that this was, in fact,

 8      the case?

 9              A.    No, sir, I'm not going to say that.  I'm

10      going to say that it's my understanding if they had a

11      candidate that they contacted who was not interested,

12      they would make a notation on the application.

13              Q.    I guess my question then would be,

14      Phyllis -- I'm sorry, Ms. Short, is that based on a

15      direct conversation which you had with them in which

16      they told you that they had done so?

17              A.    I did have a direct conversation with

18      them, yes.

19              Q.    With both Tracy and Jessica?

20              A.    Yes.

21              Q.    Do you know -- so is the record that you

22      have for the Middletown Works regarding applicant

23      flow, to the extent it shows individuals who declined

24      to take the test, would be complete to your

25      knowledge?
```

```
 1            A.    To the best of my knowledge, yes.
 2            Q.    But in speaking of that, you don't know
 3    whether some individuals may have slipped through the
 4    cracks or whether others were for statements made
 5    that weren't completely accurate, do you?
 6            A.    No, I don't know.
 7            Q.    What about individuals who they didn't or
 8    could never contact, how is that noted on these
 9    records?
10            A.    How is it noted on what records?
11            Q.    These applicant flow lists and the
12    comments where you say they noted somebody declined
13    the test, would they also similarly record, could
14    never contact the applicant?
15                  MR. ROGERS:  Bob, I object.  Earlier she
16            said that they wrote that across the top of the
17            application if they called somebody and they
18            declined to show up for the test.
19                  MR. CHILDS:  Okay.  I'm sorry.  I didn't
20            hear that.
21                  MR. ROGERS:  I think you're conflating the
22            two.
23            Q.    Do you know if Tracy and Jessica indicated
24    on the applicant flow information the fact that the
25    individual had declined to take the test, too, or was
```

24

```
 1    it just on the application, Ms. Short?
 2         A.   I don't know if it was on both or not.
 3         Q.   You know they indicated on the
 4    application --
 5         A.   Yes.
 6         Q.   -- is that correct?
 7         A.   Yes.
 8         Q.   Okay.  Now, what about those that they
 9    could never contact, was that recorded on any --
10    either the application or the applicant flow log?
11         A.   I can remember seeing notations where
12    they, you know, would have a date and a time that
13    they tried to call and there was no answer or they
14    left a message.  I'm not sure what document that was
15    written on, though.
16         Q.   Do you know if that would have been
17    recorded for each and every attempt that they made to
18    contact these individuals?
19         A.   I don't know.
20         Q.   Do you know if they were limited to the
21    number of times that they would try to call?
22         A.   No, they weren't limited to the number of
23    times.  Again, I can emphasize, I had one person
24    doing hiring.
25         Q.   You don't know, yourself, how many times
```

```
 1    they would have attempted to call applicants to let
 2    them know about the tests?
 3         A.   No, sir, I don't know.
 4         Q.   You don't know what effort they used
 5    regarding the white candidates to the black
 6    candidates, do you?
 7         A.   We would have been trying to contact every
 8    candidate regardless of race.
 9         Q.   But you have not gone back and looked at
10    either your applications nor the applicant flow log
11    to determine if there were fewer African American
12    candidates that were contacted than whites, correct?
13         A.   No, sir, I have not done that.
14         Q.   So you don't know whether their telephone
15    efforts had an impact on African American applicants
16    versus white applicants or not, do you?
17         A.   We would have been trying to contact every
18    applicant unless I had taken the application out for
19    whatever reason.
20         Q.   I understand that.  But you have not
21    conducted an analysis or looked at those to see if
22    their efforts had an impact on white versus black
23    applicants?
24         A.   No, sir, I have not done an analysis on
25    that.
```

1     Q.    Or looked into that at all?

2     A.    I have not done an analysis on that; no, I

3  have not.

4     Q.    And there's -- just to be sure about this,

5  there is no notation that you're aware of in the

6  files that would indicate whether a letter was ever

7  sent to these individuals that they were having

8  trouble contacting by phone?

9     A.    We would not have sent a letter, no, sir.

10     Q.    And have you ever instructed Ms. White or

11  Ms. Hicks as to the number of times they should

12  attempt to call an applicant?

13     A.    No, sir.

14     Q.    Any written instructions to them in regard

15  to how many times they should attempt to call an

16  applicant?

17     A.    No, sir.

18     Q.    Do you have any judgment as to whether

19  they would call once or more than once?

20     A.    My judgment would be that they would call

21  more than once.

22     Q.    What is that judgment based on?

23     A.    Because we were trying as much as we

24  could -- with just one person doing the hiring, we

25  were trying to get as many candidates into our

1    process as possible.  So I am sure that they would

2    have tried more than once to call a candidate.

3          Q.    But you do not know that to be a fact?

4          A.    No, sir, I do not.

5          Q.    Okay.  All right.  Once the employees are

6    contacted or the applicants are contacted about the

7    test, what's the next step?

8          A.    Well, of course they would be tested

9    and --

10         Q.    Where would that take place?

11         A.    Our testing actually took place at the

12   Middletown Works.  We have what we call an employment

13   building and the testing would take place there.

14         Q.    Who would do -- who would administer the

15   test?

16         A.    We would have a temporary employee from

17   one of our temporary agencies who would be instructed

18   as to how they should administer the test.

19         Q.    Tell me what you mean, a temporary

20   employee from the temporary agency.  What are you

21   saying?

22         A.    It was not an AK employee.  We actually --

23         Q.    Someone would have been hired who had some

24   skills in test administration?

25         A.    We would have had someone who would

1    actually administer the test at night and on

2    Saturdays because the hiring professionals were

3    spending their time trying to do the other things

4    that needed to be done.

5        Q.    Who would have hired this individual?

6        A.    It would have been authorized through me.

7        Q.    Would Ms. Hicks or Ms. White have hired

8    the individuals?

9        A.    Well, okay, I don't think "hired" is the

10   correct terminology.  I would have authorized a

11   temporary employee to administer the test.

12       Q.    Who would have picked out who that

13   temporary employee would be?

14       A.    Me.

15       Q.    You?

16       A.    Yes.

17       Q.    You would have?

18       A.    Yes.

19       Q.    Do you know the race of the individual who

20   administered those tests from January of 2000 to the

21   present?

22       A.    The person I remember was a Caucasian

23   male.

24       Q.    What individual -- I assume that test was

25   administered on a number of occasions between January

1    of 2000 and the present, correct?

2        A.    Yes, it was.

3        Q.    Same individual on each of those occasions

4    to your knowledge, a Caucasian male?

5        A.    I'm not going to say it was the same

6    individual.  It seems that we did have a couple of

7    people who administered the test.

8        Q.    Okay.  Do you know the race of those

9    individuals?

10       A.    No.  I just specifically remember the one.

11       Q.    Okay.  All right.  So once the test was

12   administered, what happened next?

13       A.    Let me say to you that the -- the

14   employment people, whether it was Jessica or whether

15   it was Tracy, would have trained the temporary

16   employee as far as the administration of the test.

17   It was a timed test, that type of thing.

18            So once the candidates were tested, then

19   the tests would have been given back to the

20   employment person and they would have been mailed to

21   Resource Associates for grading purposes.

22       Q.    Resource Associates is the group that

23   designed the test --

24       A.    Yes, sir.

25       Q.    -- is that correct?

1        A.    Yes, sir.

2        Q.    They're in Knoxville, Tennessee?

3        A.    Yes, sir.

4        Q.    Okay.  And they would grade.  Is there --

5    tell me how that test -- we'll come back to that.

6              Tell me what happened next after the test

7    was graded.

8        A.    Then they would send me the test results.

9    I would get a list -- I had a private fax machine.

10   They would fax the list to me.  It would show the

11   people -- the names of the people alphabetically, the

12   date they were tested, and whether they qualified or

13   didn't qualify.

14       Q.    Do you know what the criteria was between

15   qualified and not qualified that was used from

16   January of 2000 to the present?

17       A.    I know there were cut-off scores but I

18   can't quote what they were.

19       Q.    Would Teresa -- I'm sorry, Jessica or

20   Tracy have better knowledge than you in that regard

21   or would you have better knowledge?

22       A.    I would have better knowledge than them.

23       Q.    Is there anybody at the company who would

24   have better knowledge as to what the qualification

25   versus not qualification process is or somebody that

1  qualified after taking the test?

2          A.    Yes, sir.

3          Q.    What's the next step?

4          A.    Then the next step would have been they

5  would have run a background screen on the candidates

6  who were -- I'm sorry, the next step would have been

7  an interview.  They would actually have scheduled the

8  person in for an interview.

9          Q.    Who would have done the interview?

10         A.    It would have been -- let's, for

11  simplicity, say it would have been Ms. Hicks.  Okay.

12  The interview would have been with Ms. Hicks.  And we

13  tried to have a management member from operations

14  also in those interviews.

15         Q.    When we're doing it for simplicity sake,

16  we're meaning Ms. White or Ms. Hicks, whoever would

17  have been in there at that time?

18         A.    Yes, sir.

19         Q.    Tell me about the interview.

20         A.    The interview -- they would have been

21  conducting the interview to -- actually they would

22  take the application and they would go through the

23  application with the candidate just to verify that

24  all the information was correct.

25                They would be verifying their previous

1    experience, who they worked for, you know, verifying

2    the dates that they said they worked there, what they

3    actually did.

4              They would be verifying whether or not

5    they were a high school graduate or had a GED.  They

6    would be looking at the application, of course, for

7    convictions.  And we were looking at the applications

8    just to verify the facts and looking for

9    falsifications.

10        Q.    Were they looking to verify any other

11   criteria other than to determine falsifications as

12   part of this interview process?

13        A.    Well, we were verifying their

14   manufacturing experience.  We're a heavy

15   manufacturer.  And we were very interested in people

16   who had this experience.

17        Q.    Okay.  Were you in the room when we were

18   taking the deposition of Ms. Lester and she talked

19   about the interview process and their reviewing or

20   trying to interview the applicants to determine

21   conscientiousness and team play and all those things?

22        A.    Yes, sir, I was in the room.

23        Q.    Okay.  Are those not things that were part

24   of the interview process at Middletown?

25        A.    No, sir, they were not.  We're two

1   different facilities.

2          At Middletown, in talking about the

3   manufacturing experience, we would also be looking at

4   whether or not the candidates had worked rotating

5   shifts, because we operate 24 hours a day all year

6   long.  And our employees rotate on a weekly basis;

7   week of days, week 3:00 to 11:00, week of midnights.

8          We would also be talking to them about

9   their experience as far as safety was concerned,

10  whether or not they had any experience with wearing

11  safety equipment and if they did, you know, what that

12  experience was.

13     Q.    Was this a structured interview process at

14  Middletown?

15     A.    Explain to me what you mean by

16  "structured."

17     Q.    Structured interview process where each

18  individual has the same questions which they ask to

19  each candidate or applicant.

20     A.    They would have had -- they had a form

21  that they used in every interview, such things as

22  have you ever worked rotating shifts, you know, and

23  if they had they would ask, you know, when, et

24  cetera, how much manufacturing experience they had.

25          Yes, they did have a form of various areas

1  that they had identified that they would talk to the
2  candidates about.
3      Q.   All right.  Ms. Lester indicated that the
4  form that they used for their interview process was
5  developed by Select International.
6          Do you know if that -- did you have a
7  group that developed your interview form for
8  Middletown?
9      A.   Not that I'm aware of.
10     Q.   Who would have designed the form that was
11 used to conduct the interview that you did at
12 Middletown?
13     A.   I don't know.
14     Q.   Do you know anybody -- who, in your
15 opinion, would be most likely to know how that
16 interview process was designed and how the questions
17 were done?
18     A.   I don't know.
19     Q.   You don't know of anybody?
20     A.   No, I don't.
21     Q.   Okay.  Now, it's your testimony that also
22 as part of this interview process the individuals
23 were not looking for certain attributes like problem
24 solving, whether there was a motivational fit,
25 teamwork, conscientiousness, those kind of things?

1      A.    I didn't say that.  I said that they were

2    looking for certain criteria.  Of course we would be

3    interested in their motivation, we would be

4    interested in their decision-making process.

5              They would start as a laborer but our hope

6    would be that they would move up in the progression.

7    We have some very technical jobs.

8      Q.    What questions did they use to determine

9    whether these individuals had these attributes?

10      A.    Sir, I don't know.  I don't have it in

11    front of me so I can't specifically say what the

12    questions would be.

13      Q.    Were the individuals rated as a result of

14    this interview by Ms. Hicks or Ms. White?

15      A.    There was a rating at the bottom of the

16    form that, you know, they would mark whether or not

17    to hire.  And I think it was above a 3 rating that

18    they would be considered to the next step.

19      Q.    They could be rated between 1 to 10?

20      A.    No, I think it was 1 to 3, I believe, at

21    Middletown.

22      Q.    What was the criteria that were used for

23    them to do this rating?

24      A.    I can't specifically say that it was 1 to

25    3.  It's been a long time since I've seen this form.

1   But I think if they were rated 3 or above, that they

2   would go to the next step in the process.

3        Q.   But did Ms. Hicks or Ms. White do this

4   evaluation?  Who would have done this evaluation

5   process?

6        A.   They would have done that and whoever was

7   part of operations would have also completed one.

8        Q.   What criteria went into these ratings?

9        A.   They would be looking at their background

10  as far as manufacturing, whether or not they were

11  willing to work rotating shifts, whether or not they

12  had had experience with safety equipment, if they

13  felt safety was important, those type of things.

14       Q.   And they would also get into these areas

15  of problem solving, conscientiousness, team play and

16  motivational fit, just like at the Ashland Works,

17  correct?

18       A.   I'm not going to say that, no.

19       Q.   Well, what did you say?

20       A.   Well, I said that they would consider

21  motivation, I'm sure, as they're talking to the

22  candidates.  Whether or not it was on the form that

23  they were filling out, I can't say that it was.  I

24  don't think it was.

25       Q.   Why do you think it might have been

1     A.    Not to my recollection.

2     Q.    Teamwork?

3     A.    No.

4     Q.    Would the evaluation process at the

5   Middletown Works that were part of the interview

6   involve subjective judgments to a certain extent?

7     A.    Yes.

8     Q.    And in deciding whether to rank an

9   employee from 1 to 3 or 1 to 10 and where they would

10  be ranked would also involve, to a certain degree, a

11  subjective judgment by either Ms. White or Ms. Hicks,

12  correct?

13    A.    Yes.  As I stated previously, I think

14  anyone who is rated a 3 or above would go to the next

15  step in the hiring procedure.

16    Q.    What members of the management group from

17  operations participated in these interviews?

18    A.    Well, we tried to have a department

19  manager or a section manager if they were available.

20    Q.    Any African Americans that participated?

21    A.    Yes.

22    Q.    Do you know whom?

23    A.    I can't think of their names right off the

24  top of my head.

25    Q.    How many African American department

1    A.    Not that I can recall right now.

2    Q.    Would it be a fair statement to say that

3 the majority of times these interviews would have

4 been conducted by an all white interview group?

5    A.    Yes, that would be fair.

6    Q.    All right.  Once the interview phase was

7 finished, what was the next step?

8         MR. ROGERS:  Since you're moving on to a

9         new topic, can we break for lunch?

10        MR. CHILDS:  All I wanted to do is carry

11        me through the steps, then once I did that I

12        think we're not far.

13   Q.    Can you generally run through the

14 remaining steps?  Then I'll be glad to break.

15   A.    The next step would have been the

16 background screening.  And if they successfully --

17 were successful in the background screening, then we

18 would have made them a conditional offer of

19 employment, based upon the pre-employment physical.

20 And they would have had the pre-employment physical.

21        If they satisfactorily completed that,

22 then they would have been hired and we would have put

23 them through a three day orientation.

24   Q.    The physical includes, just like Ashland,

25 a drug test and a general physical?

1     A.    Yes, sir.

2     Q.    Who conducted those drug tests and

3  physicals?

4     A.    We have our own medical facility at

5  Middletown Works.

6     Q.    These would have been doctors employed by

7  AK Steel?

8     A.    No, they are not.  It's a contract doctor.

9     Q.    Okay.  All right.  But they work for AK

10  Steel all the time or the majority of the time or

11  they rotate doctors in and out?

12     A.    The doctor at Middletown Works is at

13  Middletown Works all the time.

14     Q.    If the AK Steel doctor found that an

15  applicant failed a drug test or was physically

16  impaired, does the employee have the right to get a

17  separate drug test by his own physician or a separate

18  physical exam?

19     A.    We would not have accepted a separate drug

20  test by his own physician.

21     Q.    Even if done the same day as the drug test

22  done by your doctors?

23     A.    That's correct.

24     Q.    Okay.  What about physical impairment?

25     A.    We would -- I've never had that happen,

```
 1    that anybody has requested to do that.
 2         Q.   All right.  We'll break.  That's fine.
 3              (Ms. Lester left the room.)
 4               (A lunch recess was taken from 12:37
 5               to 1:43.)
 6         Q.   Ms. Short?
 7         A.   Yes.
 8         Q.   Let me follow up with some additional
 9    questions, please, ma'am.
10              Would you describe for me the composition
11    of the Middletown Works of AK Steel, please, ma'am?
12         A.   I'm not sure I know what you mean by
13    "composition."
14         Q.   How many plants?  Is it one plant?  What
15    is done there?  Do you have a Coke Plant?  Do you
16    have annealing?  What's done at Middletown?
17         A.   Middletown Works is one plant.  It's the
18    largest facility within AK Steel.  And it is a fully
19    integrated steel plant.
20         Q.   What does that mean?  I'm not as
21    knowledgeable as you.
22         A.   Okay.  It means that we take the raw
23    materials all the way into a finished coil of steel,
24    which actually means that we have a Coke Plant, a
25    blast furnace, steel shop, hot strip mill, annealing.
```

1    Q.    Okay.  Do you know the composition -- how
2    many total employees work at each one of those
3    different areas?
4    A.    We have approximately 16 departments and I
5    can't specifically say exactly how many employees are
6    within each department.
7    Q.    Can you -- are employees hired in hourly
8    jobs into a particular department or are they just
9    hired at the plant in general?
10   A.    They are hired into what we refer to as
11   employment reserve and then they are assigned to the
12   departments from employment reserve based upon the
13   needs of the departments.
14   Q.    Is there an entry level hourly position at
15   the Middletown Works?
16   A.    We call them labor positions.  And you
17   could be a laborer in any department at Middletown
18   Works.
19        They actually have to bid.  We're under
20   contractual agreement at Middletown and they actually
21   have to bid in order to go into a department
22   permanently.
23   Q.    How long -- are they required to serve as
24   a laborer for a certain period of time before they
25   can bid into a department?

1    A.    No, sir, it's by seniority.  It's on a

2    seniority basis.

3        Q.    So employees at Middletown will be hired

4    into what's called a laborer's position, then that

5    will be their first hourly position?

6        A.    Well, they will be hired into employment

7    reserve and then, depending upon the needs within

8    Middletown Works, they'll be assigned to a job.

9        Q.    In regard to the information that we've

10   been provided, is the laborer category that you're

11   providing us information on the same as this

12   employment reserve or are they two different jobs?

13           MR. ROGERS:  No, it's the same thing.  I

14       may have a different way of describing it than

15       Phyllis but we're describing the same thing.

16       Q.    Is also -- a production employee, is that

17   also synonymous with laborer or employment reserve

18   for the Middletown Works?

19       A.    Yes.

20       Q.    Okay.

21           MR. KAMMER:  Bob, your fax has now

22       arrived.

23           MR. CHILDS:  Great.  When I get ready I'll

24       put it in.  You might want to make another copy

25       to give to Greg if Greg would be so kind as to

1          let us do that.

2                 MR. ROGERS:  I'll front you the 24 cents.

3          Q.   How many total employees are there at the

4    Middletown Works holding hourly positions right now?

5          A.   Right now probably around 3,000, in that

6    vicinity, 3,000, 3,200 I'm thinking.  I'm not sure.

7          Q.   Is that number of hourly positions lower

8    than it was in January of 2000 or higher?

9          A.   It would be lower, I do believe.

10         Q.   Lower.  Okay.  Would you know what the

11   number of hourly jobs there were at the Middletown

12   plant as of January of 2000?

13         A.   Not specifically, no.

14         Q.   Is there a requirement that the hourly

15   work force at the Middletown plant be maintained at a

16   certain level?

17         A.   We have within the contractual agreement,

18   it's my understanding, what is called an employment

19   security number that we try to make -- but it's based

20   upon several factors such as the financial situation

21   of the company, those type of things.

22         Q.   Do you know what the employment security

23   number is for Middletown?

24         A.   I should but I don't off the top of my

25   head.

1    Q.    Do you know if the employment security

2    number is above or below the 3,000 employees, hourly

3    employees that presently work there?

4    A.    I'm just going to guess that it's above, I

5    do believe.

6    Q.    Think it's above.  Okay.  The security

7    number is higher than the number of hourly employees

8    presently working there to your best estimate?

9    A.    Yes.

10    Q.    Okay.  At the Middletown Works have there

11    been hiring freezes at any point in time, from

12    January 2000 to the present?

13        MR. ROGERS:  Hey, Bob, before -- the base

14        force at Middletown Works currently is 3114.

15        There's between 2650 and 2750 hourly, I'm not

16        sure.  I'm sorry to correct my witness' answer.

17    A.    That's fine.  I wasn't real sure.

18        MR. CHILDS:  Is that Larry?

19        MR. ROGERS:  No, that's Greg.

20        MR. CHILDS:  Give me those numbers.

21        MR. ROGERS:  The base force number for

22        Middletown Works, based on the current number

23        of departments that are operating, is 3114.

24        And the current hourly employment is what,

25        2700?

1  said earlier the only way an applicant could get an

2  application was to get it through the Ohio Bureau.

3        A.    We don't take applications at our

4  facility.  Maybe I wasn't clear on that.  They can't

5  come to our employment office and get an application.

6        Q.    I notice this guy, this professional

7  recruiter, is this the Mike Lehman we were talking

8  about earlier that was involved apparently, at least,

9  in the recruiting aspect during this period of time

10  in 2001?

11       A.    Mike would have been doing the

12  professional recruiting.  If you'll notice, there's

13  two different or -- you know, there's several

14  different jobs involved here.  Under management,

15  those are what we call professional jobs.  We would

16  have been looking for engineers, electronics type

17  people.  Then, of course, under the engineering we're

18  looking for electrical, mechanical, metallurgists,

19  engineers.

20             So the resumes for the management jobs,

21  yes, could be sent directly to Mike Lehman.

22       Q.    Now, this has hourly jobs here at the

23  bottom of this page or this ad that says boiler

24  operator.

25       A.    Yes.

1    Q.   Now, would that have been sent to Mike

2  Lehman, too?

3    A.   If it was sent to Mike Lehman, then he

4  would have given it to -- I'm talking about a resume.

5  He would have given it to whoever was doing the

6  hourly hiring at that point in time.  Mike would not

7  have been doing the recruiting.

8    Q.   Miss Hicks or Ms. White?

9    A.   Yes.

10    MR. CHILDS:  I think it's time for us to

11  break over to the other -- for the conference

12  call, Greg.

13    MR. ROGERS:  Okay.

14    MR. CHILDS:  We're going to get off and

15  call in on this number.  Once it's done we'll

16  hook back up on this same line.

17    MR. ROGERS:  Very good.

18    (A recess was taken from 2:03 to 2:41.)

19    Q.   We were looking at Bates number AKX1213.

20  Notice, if you'll look, Ms. Short, there's also an

21  reference to an AK steel job fair.

22    A.   Yes, sir.

23    Q.   That is for which jobs, all of them or

24  just the engineering or management or --

25    A.   Well, let me -- the majority of the ad is

1    also have they can get their applications from the

2    Ohio Bureau of Employment, particularly Cincinnati,

3    Hamilton, Middletown, Lebanon and Dayton.

4        A.    Yes.

5        Q.    And it also refers to the professional

6    recruiter again, which is this Mike Lehman, but they

7    could not apply to him to get that application

8    though, is that correct?

9        A.    No, sir.

10       Q.    And if they called him, looking at this ad

11   because there's really not any differentiation, what

12   would he tell them as far as getting application?

13       A.    That they had to go to the Bureau of

14   Employment Services in order to get an application

15   for hourly employment.

16       Q.    The same would be true of anybody who

17   walked up to your plant during this period of time

18   and said they wanted an application?

19       A.    Yes, sir.

20       Q.    If you have walk-ins out of the street who

21   wanted to be hired for hourly jobs, were they

22   referred to a particular individual or have they been

23   since June of 2000?

24       A.    They would be referred to the Bureau of

25   Employment Services.

1  watched them do it, no, I did not.

2      Q.   So as a practical matter you don't know

3  for a fact that that, in fact, occurred; you just

4  know you told them to do so?

5      A.   I know I told them to do so, yes, and they

6  generally followed instructions.

7      Q.   Those individuals that Ms. White and

8  Ms. Hicks screened out as part of their initial

9  screening, were those applications forwarded to you

10  or what happened to those applications?

11      A.   No, they were not forwarded to me.

12      Q.   Did you do anything to check and -- let me

13  strike that.

14          Would you have any documentation that

15  would reflect applications that were screened by

16  Ms. White and Ms. Hicks before they were referred to

17  you?

18      A.   No.

19      Q.   Are any notices sent to any of these

20  applications at the point in which they are screened?

21      A.   Are any notices sent to these

22  applications, is that what you said?

23      Q.   Are any letters sent to the applicants

24  when they're screened, saying you've been screened

25  out and why?

87

```
 1        A.    No.
 2        Q.    If an application or an applicant is
 3   screened at the first step of the process by
 4   Ms. White and Ms. Hicks, are those screenings
 5   recorded anywhere?
 6        A.    I don't know if they are or not, sir.
 7        Q.    All right.  Any of those that you screen,
 8   you indicated this morning that you pulled those
 9   applications out and sent them back to Tracy and
10   Jessica, is that correct?
11        A.    Yes.
12        Q.    With instructions to do what with them?
13        A.    I would have written a note as to they
14   would be -- they are to be taken out of the process.
15        Q.    Would the note be attached to the
16   application?
17        A.    Yes.
18        Q.    And it would state which of the reasons
19   why you took them out of the process?
20        A.    I may have stated that and I may not have.
21        Q.    Okay.  So you could have indicated the
22   reason or just the fact that they were taken out
23   without a reason?
24        A.    Yes.
25        Q.    Do you know whether the majority of those
```

1   that you screened out would have the reason at all or
2   not?
3           A.   Probably not.
4           Q.   Do you know how many of these individuals
5   you have screened out at this first step?  Do you
6   screen a large majority?
7           A.   No, sir.
8           Q.   And I assume, just as Ms. White and
9   Ms. Hicks would not notify an applicant when they
10  screened them out, they would not notify the
11  applicant that you had screened them out either?
12          A.   No, sir.
13          Q.   The next step we have is the test.
14  Nothing else is done from this group of applications
15  after Ms. White and Ms. Hicks have screened them and
16  you've screened them, correct?
17          A.   That's correct.
18          Q.   The test is then administered one day a
19  week and on the weekends, is that correct?
20          A.   Usually it was administered one day a week
21  and Saturday mornings.
22          Q.   And there is no -- I believe you said this
23  morning, no written protocol that has been utilized
24  by AK Steel from January of 2000 to the present,
25  telling Ms. White and Ms. Hicks how they are to get

1        A.    There was no time frame, no.

2        Q.    On occasions, then, you should see notes

3   indicating that -- from Ms. White and Ms. Hicks that

4   they're continuing to try to locate individuals to

5   come in for the test, correct?

6        A.    They would continue to try to reach the

7   candidate with the information they had provided for

8   us.

9            In other words, they would provide it on

10   the application, a telephone number.  It asks where

11   you can be notified.  They would have continued to

12   try to reach them.

13        Q.    Did they undertake -- did you ever retain

14   an individual to get updated phone numbers for your

15   applicants?

16        A.    No, sir.  Again, I had one person doing

17   all this recruiting effort.  No, we did not have the

18   luxury of doing that.

19        Q.    But there are temporary employment

20   services, just like your doctors, who provide

21   individuals who can update telephone numbers.

22            Did AK Steel ever undertake to hire such

23   an individual to update phone numbers on its

24   applications for production employee positions?

25        A.    No, sir.

1      Q.   Do you know how many employees are -- or
2  percentage of employees that are screened out because
3  they do not take the test?
4      A.   No, sir, I don't.
5      Q.   Have you ever seen any analysis conducted
6  by AK Steel in any manner describing the number of
7  employees that are taken out because they don't take
8  the test?
9      A.   No, sir, I haven't.
10     Q.   Do you know what percentage of your
11  employee work force are -- your applicant work force,
12  I'm sorry, are eliminated because they flunked the
13  test?
14     A.   No, I don't know what percent that is.
15     Q.   Have you ever seen any analysis that would
16  tell you whether blacks -- African Americans were
17  flunking the test at a higher percentage than the
18  whites?
19     A.   I'm sorry, say that again.
20     Q.   Have you seen any analysis which would
21  indicate African Americans are flunking this test at
22  a higher percentage than whites?
23     A.   I'm thinking about that, if I've ever seen
24  an analysis of that type.  I've seen -- we've done
25  analysis on our testing but I can't remember

1    that either Ms. White or Ms. Hicks would use and

2    another specific set of questions which the manager

3    would use?

4         A.    No, sir.

5         Q.    They can make up their own questions, they

6    can be as different as they would like to use during

7    this process, correct?

8         A.    They normally go down the evaluation

9    areas, the definitions, and they talk through all

10   those various areas.  And the questions may come from

11   the candidate's response to those.

12        Q.    Right.  But there is no -- do you

13   understand what the term "structured interview

14   process" means?

15        A.    Yes.

16        Q.    Is there a structured interview process?

17        A.    No, it's not structured by asking specific

18   questions of all candidates, no.

19        Q.    It has not been designed by any kind of a

20   consultant or expert for AK Steel, correct?

21        A.    Not that I'm aware of.

22        Q.    And the criteria that you are using here

23   for this evaluation form, safety, work

24   drive/initiative, productivity, reliability, work

25   experience, communication, education and training, AK

1    fit/overall suitability, have those criteria been

2    validated pursuant to the uniform guidelines?

3            A.    No, sir.

4            Q.    And hold on.  Why don't we take a break

5    for a few minutes?  We've been going about an hour

6    ten minutes, I need to take a break.

7                 (A recess was taken from 3:47 to 4:01.)

8            Q.    Let's try to move on to the next step in

9    the process.  I've got a couple of just kind of

10   follow-up questions so I can try to get there.

11                Going back, you do not use, do you,

12   Ms. Short, ads in anything other than in newspapers,

13   is that correct?

14           A.    I'm thinking about your question.  The

15   only other thing that I can remember that we did, and

16   it was several years ago, we posted our ads at one of

17   the local movie theaters.

18                But other than that -- and we may have

19   done some posting on Internet sites.  But that would

20   be more for professional type of jobs.

21           Q.    Posted on the Internet for professional,

22   laborer positions --

23           A.    Right, the majority of our ads would be

24   newspaper.

25           Q.    Did you do a production/laborer job ad in

1    the local movie theater?

2         A.    Yes, and that was many years ago.

3         Q.    Before 2000 or sooner?

4         A.    Yes, it would have been before 2000.

5         Q.    Why did you use a local movie theater for

6    that?

7         A.    Because they had called us and they were

8    promoting this and we were trying to get, you know, a

9    lot of candidates into the process, so we thought

10   we'd try it.

11        Q.    You don't remember what year?

12        A.    No, I don't.

13        Q.    Okay.  When we talked about the bureau

14   getting all these applications for Middletown, I

15   think you indicated that they screened but I didn't

16   ask you what they screened for.

17             What does the local bureau -- it's late, I

18   may have asked you, if I did I apologize.  What did

19   they screen for?

20        A.    Again, they would be looking for, you

21   know, whether or not they were high school graduates,

22   whether they had manufacturing experience, whether or

23   not they had convictions.  Same type of criteria.

24        Q.    The same type of criteria that you,

25   Ms. Hicks and Ms. White also screened for when the

1    applications are received at AK Steel, is that

2    correct?

3         A.   Yes.

4         Q.   Is it your testimony that the Ohio bureau,

5    at the initial receipt of the application, screened

6    out individuals who indicated on the application that

7    they did not have two years of manufacturing

8    experience?

9         A.   I'm sorry, we didn't hear the first part

10   of your question.  We were moving the telephone.

11        Q.   Is it your testimony that the Ohio bureau

12   would screen out, at the first step of this

13   application process, individuals who on their

14   application indicated they did not have two years of

15   manufacturing experience?

16        A.   That's my understanding, yes.

17        Q.   What happened to those -- are those

18   applications, then, not sent by the bureau on to AK

19   Steel?

20        A.   That's my understanding, yes, they do not

21   refer those to us.

22        Q.   How many are in that group, do you know?

23        A.   I don't know.

24        Q.   Has anybody at AK Steel done a follow-up

25   with the bureau to determine the racial composition

1    of those applications that are never forwarded to AK

2    Steel?

3            A.    No, sir.

4            Q.    Do you have any judgment as to the total

5    number that are not referred to AK Steel by the

6    bureau or the total number that have not been

7    referred by AK Steel -- I'm sorry, strike that.  It's

8    late.

9            Do you have any idea of the total number

10   of applications that have not been referred by the

11   bureau to AK Steel since January of 2000?

12           A.    No, sir, I don't know.

13           Q.    And the company has not done any kind

14   of -- who is the contact person at the Ohio bureau?

15           A.    When I was at Middletown Works it was

16   Chris Haberly.

17           Q.    Spell it.

18           A.    H-a-b-e-r-l-y, I believe.

19           Q.    Okay.  Where did Mr. Haberly work?

20           A.    Ms. Haberly.

21           Q.    Oh.  Where did Ms. Haberly work?

22           A.    The Hamilton bureau.

23           Q.    Were all the applications that were

24   received at these various locations around the state

25   all forwarded to the Hamilton location?

```
 1         A.   It's my understanding that the bureaus at
 2   Dayton and Cincinnati would forward the applications
 3   to Chris at Hamilton and then she would bring them to
 4   AK.
 5         Q.   Nobody has gone beyond -- behind that
 6   process to make sure that all applications that are
 7   getting submitted in Cincinnati or Dayton are making
 8   it to the Hamilton bureau, is that correct?
 9         A.   It's my understanding she would check with
10   the other bureaus.
11         Q.   How would she do that according to your
12   knowledge?
13         A.   Telephone call to the other bureaus to see
14   if they had applications.
15         Q.   She did nothing to be sure that every
16   application that was filed by an applicant in
17   Cincinnati was, in fact, referred to her at Hamilton,
18   correct?
19         A.   I don't know whether she did or not.
20         Q.   Okay.  Thank you.  Was the prescreening
21   done in Cincinnati on these applications or was the
22   prescreening not done until it got to Hamilton?
23         A.   I don't know the answer to that question,
24   sir.
25         Q.   Okay.  What is Mr. Haberly's race --
```

1  Ms. Haberly's race, excuse me?

2       A.    She's a Caucasian female.

3       Q.    Do you know of any African Americans

4  that's been involved with the Ohio bureaus in the

5  screening process?

6       A.    Oh, I have no idea.

7       Q.    You don't know what types of records, if

8  any, that the Ohio bureau keeps regarding those that

9  they screened out?

10      A.    No, sir, I don't.

11      Q.    Or any kind of records that they would get

12 showing the total number of applications that are

13 taken in Cincinnati are, in fact, forwarded to

14 Hamilton?

15      A.    No, I don't have any idea.

16      Q.    But to your knowledge there would be no

17 screening in Cincinnati before the forwarding of the

18 applications to Chris Haberly in Hamilton?

19      A.    I don't know.

20      Q.    They could screen, you don't know one way

21 or the other?

22      A.    Yeah, I don't know.  I don't know the

23 answer to that question.

24      Q.    Has AK Steel ever done any analysis of the

25 application process to see if the Ohio bureau was

1  screening out a disproportionate number of African

2  American applicants?

3      A.    I never did anything at Middletown Works.

4      Q.    Do you know anything that was done by any

5  part of the company to investigate that process?

6      A.    I don't know.

7      Q.    How would the applications get from the

8  bureau office at Hamilton to AK Steel?

9      A.    It's my understanding that the majority of

10  the time Ms. Haberly lived around the Middletown area

11  and she would bring them to the employment office on

12  her way home.

13      Q.    And give them either to Ms. White or

14  Ms. Hicks?

15      A.    Yes.

16      Q.    And that would be every day or once a week

17  or what?

18      A.    It would vary, you know, depending upon

19  the number of people who had been to the bureau.

20          You know, sometimes Ms. White or Ms. Hicks

21  would go to the bureau and pick them up.  So, you

22  know, it would vary as far as how -- you know, how

23  they got them at AK.

24      Q.    Are you aware of any documentation that

25  was required to be signed by Ms. White or Ms. Hicks

1    upon receipt of these applications?

2        A.   No, I don't know if they signed anything

3    or not.

4        Q.   Had you ever seen any documentation that

5    would show -- that they would have signed showing the

6    number of applications given to them by the Hamilton

7    bureau?

8        A.   No, I've never seen anything like that.

9        Q.   Is the same test used at Middletown as is

10   used at Ashland, the same written test?

11       A.   I think it is but I really and truly do

12   not know.

13       Q.   We know they're both prepared by

14   Dr. Gibson?

15       A.   Yes.

16       Q.   Okay.  Do you know if the cut-off score

17   for the tests are the same?

18       A.   I don't know.

19       Q.   Are there tests used -- written tests used

20   at any other facilities of AK Steel other than the

21   Ashland and Middletown facilities?

22       A.   I don't know the answer to that question.

23       Q.   You're the head of HR, you don't know

24   whether there are tests used at any other location

25   other than Middletown and Ashland?

1        A.    I think we've discussed them all.

2        Q.    Okay.  After the background check, what

3    kind of notations are made by Ms. Hicks and Ms. White

4    regarding the reasons for removal?

5        A.    It would -- well, if it's a falsification,

6    they would simply say it's a falsification.

7        Q.    In the applicant flow or on the

8    application or where?

9        A.    It would be -- well, I would say on the

10   applicant flow but I'm not totally sure of that.

11       Q.    Do you know if, in fact, all

12   falsifications are noted on the applicant flow

13   information?

14       A.    No, sir, I do not know that for a fact.

15       Q.    Do you know if any of the problems either

16   with crime, work history, DMV was actually recorded

17   on the applicant flow information by Ms. White or

18   Ms. Hicks?

19       A.    No, I don't know.

20       Q.    After the background check is done,

21   assuming an employee is still there, are they made a

22   conditional offer of employment?

23       A.    Yes, sir.

24       Q.    Then what's the next step of the process?

25       A.    The next step would be that Ms. Hicks or