# EXHIBIT NO. 35

```
              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
     -----------------------------------

VIVIAN BERT, et al.,                  :
                                      :
          Plaintiffs,                 :
                                      :
     vs.                              :   CASE NO.
                                      :   C-1-02-467
AK STEEL CORPORATION,                 :
                                      :
          Defendant.                  :
                                      :
     -----------------------------------


     Deposition of:   SUSAN R. LESTER
     Taken:           By the Plaintiffs
                      Pursuant to Notice

     Date:            February 16, 2005

     Time:            Commencing at 8:02 a.m.

     Place:           Taft, Stettinius &
                       Hollister, LLP
                      425 Walnut Street
                      Suite 1800
                      Cincinnati, Ohio  45202

     Before:          Karen Volk, RPR
                      Notary Public - State of Ohio
```

ORIGINAL

```
 1   looking, January of 2000 to the present.
 2       A.   Okay.
 3       Q.   Would you tell me exactly what the Ashland
 4   Works is composed of?  Are there one or two plants
 5   there?  Exactly what does AK Steel have at the
 6   Ashland Works?
 7       A.   We have two facilities.  They're both
 8   considered Ashland Works but they're at two different
 9   locations.
10       Q.   Would you describe those for the record,
11   ma'am?
12       A.   Yes.  We have a coke making facility where
13   you produce coke out of coal.  Then that is sent by
14   railcars to the main steel plant.  At the main steel
15   plant you have a blast furnace, you have a basic
16   oxygen shop, a caster.  We don't do any rolling at
17   Ashland but we do get some quales back because we
18   have a finish line that puts a zinc coating on the
19   steel.
20       Q.   Okay.  Are those called basically the Coke
21   Works and the West Works?
22       A.   Yes, sir.
23       Q.   How many employees work at the Coke Works?
24       A.   About 400.
25       Q.   How many work at the West facility?
```

```
 1        A.    800.
 2        Q.    West Works, I guess.
 3        A.    Yes.
 4        Q.    Okay.  And, in doing your recruiting and
 5   hiring, do you hire for hourly positions at both of
 6   those facilities?
 7        A.    Yes, sir.
 8        Q.    And has there been hiring that has
 9   occurred at both of these facilities since January of
10   2000?
11        A.    Yes, sir.
12        Q.    Has there been any hiring since January of
13   2004?
14        A.    Yes.
15        Q.    Do you have records or anything that would
16   reflect the total number of hires that have occurred
17   since January of 2004?
18        A.    No, sir.
19        Q.    Do you, in fact, know, however, that there
20   have been hires since January of 2004?
21        A.    There's been limited hiring in the salary
22   ranks.
23        Q.    Has there been any hiring of any hourly
24   ranks?
25        A.    I can't say for sure.
```

```
 1        Q.   Okay.  Let me ask you this question.  Is
 2   there an entry level position -- hourly position for
 3   which you hire at Ashland?
 4        A.   Yes.
 5        Q.   What is that entry level hourly position
 6   called?
 7        A.   Would we be talking about the Coke Plants
 8   or the West Works?
 9        Q.   Give me the Coke Plant first.
10        A.   Coke Plant is heat relief labor and the
11   West Works is just labor.
12        Q.   Is that the same thing as production or is
13   that a different kind of position?
14             MR. ROGERS:  Objection to the form of the
15        question.  At what facility are you talking,
16        Bob?
17             MR. CHILDS:  I was looking through some
18        ads that you all had provided to us and it had
19        a job called production.  And I didn't know
20        whether that was the same thing as laborer or a
21        different position.
22             Maybe you can answer, Greg, as well as the
23        witness.  I'm just looking for some
24        clarification.
25        A.   Production would be any jobs that aren't
```

| | |
|---|---|
| 1 | A.    Probably, yeah. |
| 2 | Q.    All right.  Is the test that you use for |
| 3 | Ms. Gibson, you know, that Dr. Gibson designed for |
| 4 | you, is that utilized at all AK Steel plants for |
| 5 | labor production jobs to your knowledge? |
| 6 | A.    No, I don't think it is. |
| 7 | Q.    Which AK steel plants is the test utilized |
| 8 | in and which plants is it not? |
| 9 | A.    I don't know which ones use it, I just |
| 10 | know there's other plants that use something |
| 11 | different. |
| 12 | Q.    What other plants -- what do other plants |
| 13 | use?  Which plants are we talking about? |
| 14 | A.    I don't know. |
| 15 | Q.    How do you know they use something |
| 16 | different? |
| 17 | A.    Just by communicating with them. |
| 18 | Q.    Tell me what you've been told in this |
| 19 | communication. |
| 20 | A.    That the Ashland and Middletown test was |
| 21 | one that Ms. Gibson had -- or Dr. Gibson had |
| 22 | validated, but that was the only two plants that she |
| 23 | validated a test for.  So that was enough for me to |
| 24 | assume everybody else had something different if they |
| 25 | have a test at all.  I would really be speculating. |

```
1        Q.   Do you know why the Middletown and Ashland
2   plants are the plants that are using this test at AK
3   Steel as compared to the rest of the plants?
4        A.   No, sir.
5        Q.   Never been involved in any HR meetings
6   where that's been discussed?
7        A.   We just acquired some of those plants in
8   the recent years.
9        Q.   If it's such a good predictor of work, do
10  you know why it would not be implemented at these
11  other plants?
12       A.   No, I don't know.
13       Q.   You never had that discussion with Phyllis
14  Short?
15       A.   No, sir.
16       Q.   Never had that discussion with any higher
17  officials at AK Steel?
18       A.   No, sir.
19       Q.   Did you ever wonder in your mind, if it
20  was such a good predictor, you being an HR person
21  with all these years of experience, why wouldn't they
22  use it at those other plants?
23       A.   No, I don't know.
24       Q.   Never took it upon yourself to ask that
25  question?
```

```
 1        A.   Yes, if they can.  Sometimes applicants
 2   don't give them good phone numbers but, yes, they
 3   attempt to.
 4        Q.   All right.  Now, at this stage tell me how
 5   you use this background check in your interview
 6   process.
 7        A.   I use this to see if they falsified their
 8   application.
 9        Q.   Is that the sole reason that you're using
10   this information?
11        A.   Yes, sir.
12        Q.   So in regard to education, if they had
13   indicated that they have a GED or a high school
14   education, you would use this to show, in fact, they
15   did and so that they would be eliminated for
16   falsifying?
17        A.   I do contact them on that because, of
18   course, the company could be wrong, to let them
19   challenge it.
20        Q.   So every report you get back, if it
21   involves falsification to any extent in their
22   application, you personally call each applicant and
23   give them a chance to rebut what's in the report?
24        A.   I don't call them, I mail them a letter
25   and give them BackTrack.
```

```
 1   of the group that have been eliminated as a result of
 2   the DMV?
 3        A.   That's correct.
 4        Q.   How many individuals have been eliminated
 5   because of the education position provided to you by
 6   BackTrack?
 7        A.   Very few.
 8        Q.   Do you know how many?
 9        A.   No, sir.
10        Q.   Do you know who?
11        A.   No.
12        Q.   Do you know the race?
13        A.   No, sir.
14        Q.   How many individuals have been eliminated
15   as far as the background check for work history?
16        A.   Very few.
17        Q.   Do you know how many?
18        A.   No, sir.
19        Q.   Do you know who?
20        A.   No.
21        Q.   Do you know the race?
22        A.   No, sir.
23        Q.   Now, on the crime, you go back five years
24   and you said you look at any convictions for any
25   crime, is that correct?
```

```
 1        A.   I said I wasn't sure on that five years.
 2   I'm not sure.
 3        Q.   You're the expert for the company.  You're
 4   being designated for it.  What do you think it is?
 5        A.   Between five and seven.
 6        Q.   Okay.  Are they actually looking for any
 7   conviction for any felony, misdemeanor, traffic
 8   violation or anything?
 9        A.   They are, yes.
10        Q.   And how do you utilize that information in
11   making your cuts in the application process?
12        A.   If a person has been convicted of
13   possession of marijuana or something that would be
14   related to substance abuse, I've screened those
15   people out.
16        Q.   Any other use that you make of this
17   information, other than to screen out people who have
18   ever been convicted of possession of marijuana?
19        A.   If a person has been convicted of assault
20   and battery, I screen those people out.
21        Q.   Any others?
22        A.   If a person has been convicted of theft.
23        Q.   Give me the total list.  Instead of me
24   saying each one, give me everybody you screen out for
25   what kind of convictions.
```