

# United States District Court
## Southern District of Ohio
### 100 East Fifth Street
### Cincinnati, Ohio 45202

Chambers of
Michael R. Barrett
District Judge

March 18, 2008

(513) 564-7650
(Fax) (513) 564-7656

Dear Counsel:

The Court recently reinstituted its biannual Settlement Weeks of years past, and during the 2007 sessions, many difficult cases settled.

The Court has scheduled the week of April 28 through May 2, 2008 as the first Settlement Week session of 2008.

Your case has been identified for potential participation in this round of mediation. The mediation sessions will be conducted by experienced civil litigators who have agreed to participate without compensation.

In furtherance of the program, you are required to complete and submit to Magistrate Judge Timothy S. Black, on a confidential basis, via email to Cin_Mediation_Chambers@ohsd.uscourts.gov, a very brief statement of the case, including relevant issues, assessments of strengths, weaknesses, liability, and damages, and the status of settlement discussions to date, with an eye toward identifying what, if anything, might prevent worthwhile settlement proceedings at this time.

In responding to Judge Black, please indicate which date(s) during the week of April 28, 2008 you and your client would prefer, and whether the morning or afternoon session(s).

You are required to respond by March 31, 2008, and please include the case caption and number.

Sincerely,

Michael R. Barrett
United States District Judge