
# EXHIBIT NO. 36

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: Mr. Darrell Carter
901 South Seventh Street
Ironton, OH 45638

From: Equal Employment Opportunity Commission (EEOC)
Louisville Area Office
600 Dr. Martin Luther King Jr. Place, Suite 268
Louisville, Kentucky 40202

[ ]  On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 241A201041 | Alan W. Anderson, Investigator | 502-582-6745 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.
[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.
[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.
[ ]  We cannot investigate your charge because it was not filed within the time limit required by law.
[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.
[ ]  While reasonable efforts were made to locate you, we were not able to do so.
[ ]  You had 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.
[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.
[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.
[ X ]  Other (briefly state) This matter is presently pending in federal court.

- NOTICE OF SUIT RIGHTS -

**Title VII, the Americans with Disabilities Act and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Marcia Hall-Craig, Director

September 23, 2002
(Date)

cc: AK Steel Corporation