# CIVIL MINUTE SHEET

CASE NUMBER: 1:02-CV-467   DATE: Wed, April 23, 2008
TITLE: Bert, et al. v. AK Steel
RE: Show Cause Hearing Re: Sanctions/Contempt
(9:01-10:06; 11:11-11:36)

Honorable Sandra S. Beckwith
Courtroom Deputy: Mary Brown
Law Clerk: Laurie Nicholson
Court Reporter: Mary Ann Ranz (Official)

**Attorney for Plaintiff(s)**
Rusty Johnson
Robert Childs
Stephen Simon

**Attorney for Defendant(s)**
Gregory Rogers
Patricia Pryor

## WITNESSES

## PROCEEDINGS

Arguments presented. (Recessed to take a criminal matter.) The parties agree all dates need to be vacated. A joint proposed new schedule to be submitted by 5/1/08. A decision on the remaining motions for S.J. to be filed soon.