UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al. | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| v. | : | |
| | : | **JOINT MOTION TO EXTEND** |
| AK STEEL CORPORATION | : | **DEADLINE FOR FORTY-FIVE** |
| | : | **DAYS** |
| Defendant. | : | |

The Court has ordered the parties to submit a Joint Proposed Scheduling Order by May 1, 2008.  The parties are prepared to do exactly that, but, jointly move the Court for an extension of that deadline for forty-five days, until June 16, 2008, so that the parties may use that forty-five day period to explore whether a mutually agreeable resolution of this matter may be reached by the parties.  Accordingly, the parties request an extension until June 16, 2008 to file the Joint Proposed Scheduling Order.

Respectfully submitted,

/s/ Gregory Parker Rogers
Lawrence J. Barty
Gregory Parker Rogers
Patricia Anderson Pryor
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202

Trial Attorneys for Defendant

/s/ Robert F. Childs, Jr.
Robert F. Childs, Jr.
Herman Johnson, Jr.
Susan Donahue
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

Trial Attorneys for Plaintiffs