| Last | First | Mi | Testdate | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Allen | Victor | B | 20020606 | 4212 Chambers | Cincinnati | OH | 45223 |
| Anyanwu | Emmanuel | C | 20031206 | 717 Chandler Drive | Trotwood | OH | 45426 |
| Arnold | Tyrone | V | 20020119 | 3349 Cavanaugh Road | Dayton | OH | 45405 |
| Atkinson | Jerry | L | 20010208 | 918 Sunnyview Avenue | Dayton | OH | 45406 |
| Barnett | Robert | A | 20020801 | 568 South 12th Street | Hamilton | OH | 45011 |
| Bey | Paul | M | 20031216 | 1407 Grave Street | Middletown | OH | 45044 |
| Bibbs | Ronald |  | 20020601 | 1757 Catalina Avenue | Cincinnati | OH | 45237 |
| Bland | Cheron | Y | 20031230 | 112 Woolery Lane, Apt. A | Clayton | OH | 45415 |
| Blythe | Robert | T | 20031209 | 49 North Trenton Street | Dayton | OH | 45417 |
| Bohanon Jr | Robert |  | 20011006 | 8287 Briar Ridge Ct. | Huber Heights | OH | 45424 |
| Bonds | Mickey | W | 20021212 | 601 Edgecombe Drive | Milford | OH | 45150 |
| Brooks | Quincy | T | 20010705 | 804 15th Avenue | Middletown | OH | 45044 |
| Brown | Sheila | A | 20030920 | 9326 Roundtop Road, Apt. E | Cincinnati | OH | 45251 |
| Brownlee | Mark | D | 20011213 | 1302 Wrenn Court | Middletown | OH | 45042 |
| Burns | Kyle | S | 20010927 | 5298 Beechview Drive | Huber Heights | OH | 45424 |
| Cobb | Ronnie |  | 20030102 | 1223 Dixie Court | Cincinnati | OH | 45215 |
| Coleman | Charles | M | 20010609 | 24 1/2 N. 9th Street | Hamilton | OH | 45011 |
| Coleman | Robert | C | 20020202 | 532 Daytona Parkway, Apt #4 | Dayton | OH | 45406 |
| Coleman | Willie | E | 20020817 | 2018 Fairport Avenue | Dayton | OH | 45406 |
| Combs | Douglas |  | 20020411 | 123 Stubbs Drive | Trotwood | OH | 45426 |
| Covington | Kenneth |  | 20021010 | 2633 Rita Lane | Middletown | OH | 45044 |
| Crim | Stephanie | L | 20020305 | 5226 Rucks Road | Trotwood | OH | 45427 |
| Darden | Raymond | A | 20011023 | 4400 Williamson Drive | Trotwood | OH | 45416 |
| Dillard | Harold | R | 20011230 | 125 Walnut Street | Hamilton | OH | 45011 |
| Dozier Sr. | Vincent | J | 20020105 | 6417 Symmes Lane | Huber Heights | OH | 45424 |
| DuBose | Adrian |  | 20030712 | 1810 Lakenoll Drive | Cincinnati | OH | 45231 |
| Dunbar | Daniel | L | 20031206 | 60 Trailsend Drive | Monroe | OH | 45050 |
| Dunn Jr. | Walter | L |  | 98 Versailles | Cincinnati | OH | 45240 |
| Gist | William | A | 20020622 | 740 Broad Oak Drive | Trotwood | OH | 45426 |
| Gragston | Wayne | E | 20020307 | 1431 Rambler Place | Cincinnati | OH | 45231 |
| Greenwood | James | E | 20011108 | 1505 Daniel Court | Middletown | OH | 45044 |
| Hamilton | Thomas | G | 20030715 | 2716 Bradford Drive | Middletown | OH | 45044 |
| Hankerson | Christopher | D | 20020130 | 1442 Swinger Drive | Trotwood | OH | 45427 |
| Hawkins | Moses |  | 20031115 | 1467 Hazelgrove Drive | Cincinnati | OH | 45240 |
| Hawkins | Wallace |  | 20031115 | 2824 Crest Road | Cincinnati | OH | 45251 |
| Holdbrook | John | A | 20020221 | 2526 Trinity Drive | Middletown | OH | 45044 |

| Last | First | Mi | Testdate | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Holmes | Carlis | D | 20020720 | 946 Halesworth Drive | Forest Park | OH | 45240 |
| Howell | Francine | A | 20020716 | 1711 Newton Avenue | Dayton | OH | 45406 |
| Hudson | Kenneth | D | 20020706 | 159 West Hudson Avenue | Dayton | OH | 45405 |
| Ingram | Eugene | D | 20030913 | 4612 Williamsburg Road, Nor | Cincinnati | OH | 45215 |
| Johnson | David | W | 20020312 | 1830 Lincrest Drive | Cincinnati | OH | 45240 |
| Johnson | Johnne |  | 20020202 | 807 11th Avenue | Middletown | OH | 45044 |
| Johnson | Larry |  | 20010925 | 593 B Ashborn Road | Cincinnati | OH | 45240 |
| Jones | Antoinette |  | 20011016 | 3717 Alaska Court | Cincinnati | OH | 45229 |
| King | Reginald | M | 20010213 | 428 West 4th Street | Greenville | OH | 45331 |
| Kirksey | Sammie |  | 20020103 | 208 Batsey Drive | Middletown | OH | 45044 |
| Langster | Brian | K | 20010530 | 356 Bavarian Drive | Middletown | OH | 45042 |
| Lawson | Virgil | L | 20020119 | 2652 Impala Drive | Cincinnati | OH | 45231 |
| Lofton | Timothy | R | 20010825 | 2033 Seven Hills Drive | Cincinnati | OH | 45240 |
| Martin | Dale | W | 20020601 | 866 Cherry Blossom Drive | West Carroll | OH | 45449 |
| Mathis | Shawn | M | 20020720 | 916 Verona Road | Dayton | OH | 45417 |
| McCoy | William | H | 20030621 | 583 Daytona Pkwy. | Dayton | OH | 45406 |
| McSwain | Lawrence |  | 20010925 | 3918 Odin Avenue | Cincinnati | OH | 45213 |
| Miller | Jamie | D | 20031206 | 984 Smiley Road | Forest Park | OH | 45240 |
| Mitchell | Nolan |  | 20010811 | 8926 Desoto Drive | Cincinnati | OH | 45231 |
| Mitchell | Thomas | H | 20011006 | 6146 Faircrest Drive | Cincinnati | OH | 45224 |
| Morgan | Dale | S | 20010825 | 701 14th Avenue | Middletown | OH | 45044 |
| Mukes | Wendell | E | 20020130 | 7341 Welbeck Drive | Maineville | OH | 45039 |
| Nelson | Vincent | C | 20030621 | 6927 Roe St. | Cincinnati | OH | 45227 |
| Niass | Mohamed |  | 20031115 | 7049 Glen Meadows | Cincinnati | OH | 45237 |
| Parker | Anthony | J | 20020108 | 2692 Madison Road #149 | Cincinnati | OH | 45246 |
| Parrott | James |  | 20020723 | 5720 Winton Road | Cincinnati | OH | 45232 |
| Pearson | Dante | L | 20020706 | 5977 Sunridge Drive | Cincinnati | OH | 45224 |
| Pinson | Monroe |  | 20030621 | 3824 Columbine Place | Dayton | OH | 45405 |
| Porche | Purcell | L | 20031230 | 1703 Meadow Avenue | Middletown | OH | 45044 |
| Porter | Tina | L | 20011213 | 4310 Spring Creek Drive, Apt | Dayton | OH | 45405 |
| Rallings Sr. | Calvin |  | 20031206 | 1314 Catalpa Drive | Dayton | OH | 45406 |
| Roberson | Sam | A | 20010515 | 6231 Rangeview Drive | Dayton | OH | 45415 |
| Robinson | David | E | 20030826 | 9705 Arvin Avenue | Cincinnati | OH | 45231 |
| Smith | Fredrich | C | 20031115 | 921 Kreider Court | Trenton | OH | 45067 |
| Smith | Kenneth | E | 20031230 | 3200 Beatrice Street | Middletown | OH | 45044 |
| Smith | Tremayne | D | 20020618 | 7051 Safari Drive | Huber Heigh | OH | 45424 |

| Last | First | Mi | Testdate | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Spates | Tyrone | J | 20031025 | 1336 Byrd Avenue | Cincinnati | OH | 45215 |
| Spencer Jr. | Bennie | R | 20020618 | 4724 Woodlake Drive | Dayton | OH | 45406 |
| Sutton Jr. | Bernard | L | 20010726 | 11962 Hamden Drive | Cincinnati | OH | 45240 |
| Tate | Shawn | R | 20020706 | 505 18th Avenue | Middletown | OH | 45044 |
| Tolbert | Theresa | D | 20010922 | 1235 Lane Street | Hamilton | OH | 45011 |
| Trimble | Kenneth | C | 20010922 | 861 W. Liberty Street, Apt. E | Cincinnati | OH | 45214 |
| Tunstall | Frederick |  | 20020122 | 3260 Infirmary Road | Dayton | OH | 45505 |
| Turnor | Rena | M | 20010208 | 3480 Valoriis Arms Drive # 81 | Dayton | OH | 45405 |
| Walker | David |  | 20010719 | 790 Danbury Road | Cincinnati | OH | 45240 |
| Waller | Stephanie | L | 20010206 | 616 Louis Place | Middletown | OH | 45044 |
| Walton | Dwight | S | 20010614 | 1302 Yankee Road | Middletown | OH | 45044 |
| Watson | Charles | C | 20020108 | P.O. Box 18304 | Cincinnati | OH | 45218 |
| Wells | Maxx | M | 20010922 | 4305 Free Pike | Dayton | OH | 45416 |
| White | Paul | R | 20021001 | 1593 Lemontree Drive | Cincinnati | OH | 45240 |
| White | Richard | A | 20020219 | 659 Delhi Avenue | Cincinnati | OH | 45204 |
| White | Shirley | M | 20010719 | 1828 S. Breiel Blvd | Middletown | OH | 45044 |
| Wilson Sr. | Mark | E | 20020518 | 2516 Wilbraham Road | Middletown | OH | 45042 |
| Wynter | Everton | A | 20020406 | 822 Front Street | Hamilton | OH | 45011 |

| Last | First | Middle | Month | Date | Year | Address | City/State |
|---|---|---|---|---|---|---|---|
| Alexis | Luckson | | 3 | 30 | 2003 | | Raceland, KY 41169 |
| Allen | Warren | A. | 6 | 4 | 2002 | 1214 Raceland Ave. #18 | South Point, Ohio 45680 |
| Anderson | Margaret | Ann | 1 | 31 | 2003 | 351 TWP Rd 1013 | Huntington, WV 25701 |
| Anih | Felix | | 8 | 27 | 2001 | 1326 10th Ave Address Two | Ironton, OH 45638 |
| Baker | Darrell | Andrew | 5 | 9 | 2002 | 1202 South 9th St. | Greenup, KY 41144 |
| Beach | Brandon | S. | 1 | 27 | 2003 | 1126 Winifred St. | Charlotte, NC 28216 |
| Branch, Jr. | James | | 5 | 9 | 2002 | 1501 McAllister Dr. | Ironton, OH 45638 |
| Brown | Mike | A. | 7 | 26 | 2006 | 516 S. 7th Street | Huntington, WV 25701 |
| Canada | Frank | | 8 | 27 | 2001 | 26 Locust St. or 1655 Doulton Av | Ironton, OH 45638 |
| Carter | Darlene | Denise | 11 | 2 | 2001 | 908 So. 8th St. | Ironton, OH 45638 |
| Carter | Darrell | D. | 10 | 5 | 2001 | 901 So. 7th | Ironton, OH 45638 |
| Carter | Marnie | D. | 11 | 2 | 2001 | 908 So. 8th St. | Ironton, OH 45638 |
| Carter | Maurice | Carl | 5 | 9 | 2002 | 1505 Lawrence St. Apt. A-2 | Ashland, KY 41101 |
| Clayborn III | Preston | | 1 | 23 | 2003 | 2114 6th St. | Huntington, WV 25701 |
| Collins | Kenneth | | 4 | 13 | 2007 | 1916 Doulton Ave. | Ashland, KY 41101 |
| Connor | Thomas | | 6 | 6 | 2003 | 923 Kilgore Dr. | Ashland, KY 41101 |
| Cosby | Jeff | Neal | 1 | 31 | 2003 | 3017 Montgomery Ave | Huntington, WV 25701 |
| Crawford | Charles | Thomas | 1 | 8 | 2003 | 522 8th Avenue | Ironton, OH 45638 |
| Crockrel | Robert | | 6 | 14 | 2007 | 2611 S. 5th Street | Ironton, OH 45638 |
| Davis | Jacquelin | | 7 | 2 | 2002 | 1112 So. 8th Street | Ashland, KY 41101-3403 |
| Farrow | Gary | | 6 | 6 | 2003 | 539 Blackburn Ave. | Decatur, AL 35601 |
| Fletcher | Harold | Ray | 6 | 27 | 2002 | 1719 16th Avenue S.E. | South Point, Ohio 45680 |
| Freeman | Tracy | Lynnett | 1 | 30 | 2003 | 8366 County Rd. #1 | Point Pleasant, WV 25550 |
| Goodman | Rickey | | 5 | 20 | 2004 | 10324 Ripley Rd | ndependence, KY 41051-9342 |
| Hall | Wesley | | 5 | 15 | 2006 | 6404 Taylor Mill Rd | Ironton, OH 45638 |
| Hayes | Rodney | M. | 1 | 9 | 2003 | Quincy St. or 511 South 8th St. A | Ashland, KY 41101 |
| Houston | Myron | Leon | 1 | 16 | 2003 | 1228 Gallaher Dr. | Ashland, KY 41101 |
| Hydrick | Athel | Walter | 12 | 18 | 2002 | 3160 Central Avenue | Chesapeake, OH 45619 |
| Jackson | Bernice | | 12 | 19 | 2002 | 6703 Co Rd. 15 Apt. #3 | South Point, Ohio 45680 |
| Jackson | Jennifer | Y. | 9 | 13 | 2001 | 96 Township Road 1316 | Greenup, KY 41144 |
| Jackson | Kay | F. | 5 | 9 | 2002 | 1223 Winifred St. | South Point, Ohio 45680 |
| Jackson | Vernon | G. | 1 | 9 | 2003 | 74 Township Rd 1069 Apt. # 6 | Huntington, WV 25703 |
| Jeffreys | Arilia | | 6 | 4 | 2004 | 1726 9th Ave. | Ironton, OH 45638 |
| Johnson | Oscar | | 5 | 24 | 2006 | 1505 Lawrence St. Apt. A-10 | Portsmouth, OH 45662 |
| Johnson | Patricia | A. | 11 | 2 | 2001 | 1411 16th Street | Ashland, KY 41101 |
| Johnson | Tationia | | 11 | 26 | 2002 | 2236 Greenup Ave. | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jones | Fred | | 8 | 27 | 2001 | 191 TWP 1067 | South Point, Ohio 45680 | |
| Kimbro | Russell | Tazewell | 1 | 31 | 2003 | 2035 10th Ave | Huntington, WV 25703 | |
| Long | John | W. | 8 | 27 | 2001 | 1606 Liberty Ave. | Ironton, OH 45638 | |
| McConnell | Kristy | | 2 | 13 | 2007 | 1032 Winifred | Greenup, KY 41144 | |
| Oakley | Robert | | 1 | 3 | 2007 | 282 Bradley Foster Dr | Huntington, WV 25701 | |
| Oliphant | Timothy | | 5 | 9 | 2002 | 1204 Union St. | Portsmouth, OH 45662 | |
| Pittman | Ellis | Eugene | 1 | 13 | 2003 | 2230 Griffith St. or 101 Miller St. | Rd, KY 41101 or Beckley WV 25801 | |
| Pleasant | Harold | | 1 | 17 | 2002 | 1217 S. 9th Street | Ironton, OH 45638 | |
| Pleasant | Randolph | | 4 | 13 | 2007 | 812 S. 8th Street | Ironton, OH 45638 | |
| Poindexter, S | James | Andrew | 1 | 28 | 2003 | 1040 Beech Ave. | Charleston, WV 25312 | |
| Revely | Scott | | 12 | 10 | 2002 | 5301 Midway Dr. | Huntington, WV 25705-2020 | |
| Robinson | Leslie | | 1 | 17 | 2003 | 27 17th St. or 1002 Tribbls Gate | Gton, WV 25703 or Apex, NC 27502 | |
| Scott | Erwin | | 5 | 24 | 2004 | 3791 Teays Valley Rd | Hurricane, WV 25526-9709 | |
| Simmons | Thomas | Lee | 9 | 25 | 2001 | RR #1 Box 212 | Greenup, KY 41144 | |
| Smith | Quenton | | 6 | 4 | 2004 | 2264 Greenup Ave. | Ashland, KY 41101 | |
| Smith | Robert | | 7 | 26 | 2006 | 2436 Forest Ave. | Ashland, KY 41101 | |
| Taylor | Michael | Rafe | 1 | 8 | 2003 | 2616 So. 5th St. | Ironton, OH 45638 | |
| Turner | Linton | | 5 | 22 | 2006 | 2209 Main St. WW | Ashland, KY 41101 | |
| Tyler | Roscoe | | 5 | 17 | 2002 | 827 Washington St. W | Charleston, WV 25302 | |
| Vinson | Carrie | Leigh | 10 | 5 | 2001 | 816 S. 10th St. Apt. B | Ironton, OH 45638 | |
| Walker | Brandon | Lewis | 10 | 29 | 2001 | 2520 Bath Ave. | Ashland, KY 41101 | |
| Ward | Lavonne | | 10 | 12 | 2006 | 7792 County Rd. 1 | South Point, Ohio 45680 | |
| Weems | Kathy | Joan | 12 | 27 | 2002 | 3421-B Tishoff Court | Lexington, KY 40502 | |
| Williams | Roy | | 5 | 24 | 2006 | 2719 Campbell Street | Ashland, KY 41102 | |
| Woodberry | Tammie | J. | 12 | 12 | 2002 | 153 PVT Drive 268 | South Point, Ohio 45680 | |
| Woodford | Joseph | | 10 | 5 | 2001 | 78 Township Rd 1377 | South Point, Ohio 45680 | |