*VIVIAN BERT, ET AL. V. AK STEEL CORPORATION*

## CLASS SETTLEMENT
## PROOF OF CLAIM FORM

**The United States District Court for the Southern District of Ohio has approved the class settlement in the case styled *Vivian Bert, et al. v. AK Steel Corporation*, Case No. C-1-02-467. You are receiving this form because you may be a Class Member subject to the terms of this settlement. Under the terms of the approved settlement, each Class Member who seeks to receive a portion of the Class Payment must complete and sign this form and return it to _____ by _____. Regardless of whether you timely complete and return this form, you will be subject to the terms and conditions of the approved settlement. However, you will only be eligible to receive part of the monetary Class Payment if you truthfully complete and return this form and the requested information by _____.**

**In order to be eligible for Class Payment, you must have applied for a laborer position with AK Steel in Ashland, Kentucky; been given a written pre-employment test on or after August 12, 2001; and failed the written test.**

**IF YOU BELIEVE THAT YOU ARE ELIGIBLE, COMPLETE THE FOLLOWING:**

I, _____ applied for a laborer position with AK Steel and failed the pre-employment test at Ashland, Kentucky in _____, _____.
                                                                                                          (month)    (year)

I understand that any distribution that I may receive from the Class Payment is based in part upon my interim earnings since failing the test. (Check the appropriate box and attach copies of documents).

☐ My W-2s and/or tax returns for the years since I failed the test are attached. I certify that these correctly and completely reflect my wages during that period.

☐ I either do not possess any W-2s and/or tax returns for the years since I failed the test, or I do not possess all of them. The ones that I do possess are attached. I earned the following during this period:

Employer _____ Earnings _____ Year(s) _____

Employer _____ Earnings _____ Year(s) _____

Employer _____ Earnings _____ Year(s) _____

Employer _____ Earnings _____ Year(s) _____

Employer _____ Earnings _____ Year(s) _____

Employer _____ Earnings _____ Year(s) _____

I certify that this list along with my attached W-2s and/or tax returns correctly and completely reflect my wages during this period.

{W1296575.1}

Under penalty of perjury, I declare and certify that the above information is true and correct to the best of my knowledge after reasonable inquiry.

_____     _____
Signature                                                                               Date

_____
Name

_____
Street Address

_____
City

_____
State

_____
Zip