UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIVIAN BERT, et al. | : | Case No. C-1-02-467 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Hogan |
| v. | : | |
| | : | **NOTICE OF FILING OF AK STEEL** |
| AK STEEL CORPORATION | : | **CORPORATION OF UPDATED** |
| | : | **AND REVISED CLASS ROSTER** |
| Defendant. | : | |

Defendant AK Steel Corporation files the updated and revised Class Roster, which is Attachment A to the Settlement Agreement in this matter. This Roster is updated from information supplied by Counsel for Plaintiffs to Counsel for Defendant. The Ashland list is unchanged. The Middletown list has both additions and deletions, the net effect of which is that one more person than the previous list is included, so that the combined classes are 153 members.

    Respectfully submitted,

/s/ Gregory Parker Rogers
Lawrence J. Barty (0016002)
Gregory Parker Rogers (0042323))
Patricia Anderson Pryor (0069545)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838
Trial Attorneys for Defendant
AK Steel Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed on July 8, 2008 using the Court's CM/ECF system, which will send notice of this filing to Susan Donahue, Robert Childs, Herman N. Johnson, Jr., Wiggins, Childs, Quinn & Pantazis, P.C., The Kress Building, 301 19th Street North, Birmingham, Alabama 35203; Paul H. Tobias, Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202; and David Sanford, Sanford, Wittels & Heisler, L.L.P., 2121 K Street, N.W., Suite 700, Washington, D.C. 20037.

                                                           /s/ Gregory Parker Rogers