| Last | First | Mi | Testdate | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Allen | Victor | B | 20020606 | 4212 Chambers | Cincinnati | OH | 45223 |
| Anyanwu | Emmanuel | C | 20031206 | 717 Chandler Drive | Trotwood | OH | 45426 |
| Arnold | Tyrone | V | 20020119 | 3349 Cavanaugh Road | Dayton | OH | 45405 |
| Barnett | Robert | A | 20020801 | 568 South 12th Street | Hamilton | OH | 45011 |
| Bey | Paul | M | 20031216 | 1407 Grave Street | Middletown | OH | 45044 |
| Bibbs | Ronald | | 20020601 | 1757 Catalina Avenue | Cincinnati | OH | 45237 |
| Bland | Cheron | Y | 20031230 | 112 Woolery Lane, Apt. A | Clayton | OH | 45415 |
| Blythe | Robert | T | 20031209 | 49 North Trenton Street | Dayton | OH | 45417 |
| Bohanon Jr | Robert | | 20011006 | 8287 Briar Ridge Ct. | Huber Heights | OH | 45424 |
| Bonds | Mickey | W | 20021212 | 601 Edgecombe Drive | Milford | OH | 45150 |
| Brown | Sheila | A | 20030920 | 9326 Roundtop Road, Apt. E | Cincinnati | OH | 45251 |
| Brownlee | Mark | D | 20011213 | 1302 Wrenn Court | Middletown | OH | 45042 |
| Burke | Duane | M | 20030607 | 300 W. Sherry Drive | Trotwood | OH | 45426 |
| Burns | Kyle | S | 20010927 | 5298 Beechview Drive | Huber Heights | OH | 45424 |
| Cobb | Ronnie | | 20030102 | 1223 Dixie Court | Cincinnati | OH | 45215 |
| Coleman | Robert | C | 20020202 | 532 Daytona Parkway, Apt #4 | Dayton | OH | 45406 |
| Coleman | Willie | E | 20020817 | 2018 Fairport Avenue | Dayton | OH | 45406 |
| Collier | Marshall | A | 20031104 | 4220 Vannest Ave. | Middletown | OH | 45042 |
| Combs | Douglas | | 20020411 | 123 Stubbs Drive | Trotwood | OH | 45426 |
| Covington | Kenneth | | 20021010 | 2633 Rita Lane | Middletown | OH | 45044 |
| Crim | Stephanie | L | 20020305 | 5226 Rucks Road | Trotwood | OH | 45427 |
| Darden | Raymond | A | 20011023 | 4400 Williamson Drive | Dayton | OH | 45416 |
| Davenport | James | R | 20030329 | 2717 Bradford Drive | Middletown | OH | 45044 |
| DeWitt | Lakiah | S | 20030802 | 550 Union Hill Cir., Apt. D | W. Carrollton | OH | 45449 |
| Dillard | Harold | R | 20031230 | 125 Walnut Street | Hamilton | OH | 45011 |
| Dozier Sr. | Vincent | J | 20020105 | 6417 Symmes Lane | Huber Heights | OH | 45424 |
| DuBose | Adrian | | 20030712 | 1810 Lakenoll Drive | Cincinnati | OH | 45231 |
| Dunbar | Daniel | L | 20031206 | 60 Trailsend Drive | Monroe | OH | 45050 |
| Gist | William | A | 20020622 | 740 Broad Oak Drive | Trotwood | OH | 45426 |
| Gragston | Wayne | E | 20020307 | 1431 Rambler Place | Cincinnati | OH | 45231 |
| Greenwood | James | E | 20011108 | 1505 Daniel Court | Middletown | OH | 45044 |
| Gulley | Robert | I | 20031025 | 1906 Savannah Way, Apt. 1 | Cincinnati | OH | 45224 |
| Hamilton | Thomas | G | 20030715 | 2716 Bradford Drive | Middletown | OH | 45044 |
| Hankerson | Christopher | D | 20020130 | 1442 Swinger Drive | Trotwood | OH | 45427 |
| Harris | Anthony | R | 20030812 | 1903 Ravenwood Ave., Apt. 2 | Dayton | OH | 45406 |
| Hawkins | Moses | | 20031115 | 1467 Hazelgrove Drive | Cincinnati | OH | 45240 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hawkins | Wallace | | 20031115 | 2824 Crest Road | Cincinnati | OH | 45251 |
| Hill | Tena | L | 20021116 | 3475 Lakebrook Court | Hamilton | OH | 45011 |
| Holdbrook | John | A | 20020221 | 2526 Trinity Drive | Middletown | OH | 45044 |
| Holmes | Carlis | D | 20020720 | 946 Halesworth Drive | Forest Park | OH | 45240 |
| Howell | Francine | A | 20020716 | 1711 Newton Avenue | Dayton | OH | 45406 |
| Hudson | Kenneth | D | 20020706 | 159 West Hudson Avenue | Dayton | OH | 45405 |
| Ingram | Eugene | D | 20030913 | 4612 Williamsburg Road, North | Cincinnati | OH | 45215 |
| Johnson | Larry | | 20010925 | 593 B Ashborn Road | Cincinnati | OH | 45240 |
| Johnson | Johnne | | 20020202 | 807 11th Avenue | Middletown | OH | 45044 |
| Johnson | David | W | 20020312 | 1830 Lincrest Drive | Cincinnati | OH | 45240 |
| Jones | Antoinette | | 20011016 | 3717 Alaska Court | Cincinnati | OH | 45229 |
| Kirksey | Sammie | | 20020103 | 208 Batsey Drive | Middletown | OH | 45044 |
| Lawson | Virgil | L | 20020119 | 2652 Impala Drive | Cincinnati | OH | 45231 |
| Martin | Dale | W | 20020601 | 866 Cherry Blossom Drive | West Carrollton | OH | 45449 |
| Mathis | Shawn | M | 20020720 | 916 Verona Road | Dayton | OH | 45417 |
| McCoy | William | H | 20030621 | 583 Daytona Pkwy. | Dayton | OH | 45406 |
| McSwain | Lawrence | | 20010925 | 3918 Odin Avenue | Cincinnati | OH | 45213 |
| Miller | Jamie | D | 20031206 | 984 Smiley Road | Forest Park | OH | 45240 |
| Mitchell | Thomas | H | 20011006 | 6146 Faircrest Drive | Cincinnati | OH | 45224 |
| Moore | DeQuan | L | 20031216 | 608 Dennison Ave. | Dayton | OH | 45408 |
| Mukes | Wendell | E | 20020130 | 7341 Welbeck Drive | Maineville | OH | 45039 |
| Nelson | Vincent | C | 20030621 | 6927 Roe St. | Cincinnati | OH | 45227 |
| Niass | Mohamed | | 20031115 | 7049 Glen Meadows | Cincinnati | OH | 45237 |
| Parker | Anthony | J | 20020108 | 2692 Madison Road #149 | Cincinnati | OH | 45246 |
| Parrott | James | | 20020723 | 5720 Winton Road | Cincinnati | OH | 45232 |
| Pearson | Dante | L | 20020706 | 5977 Sunridge Drive | Cincinnati | OH | 45224 |
| Pinson | Monroe | | 20030621 | 3824 Columbine Place | Dayton | OH | 45405 |
| Porche | Purcell | L | 20031230 | 1703 Meadow Avenue | Middletown | OH | 45044 |
| Porter | Tina | L | 20011213 | 4310 Spring Creek Drive, Apt. B | Dayton | OH | 45405 |
| Rallings Sr. | Calvin | | 20031206 | 1314 Catalpa Drive | Dayton | OH | 45406 |
| Ramey | Willie | J | 20030123 | 1832 Elsmere | Dayton | OH | 45406 |
| Ramsey | Geraldine | | 20030429 | 5007 Woodridge Dr., #A | Middletown | OH | 45044 |
| Robinson | David | E | 20030826 | 9705 Arvin Avenue | Cincinnati | OH | 45231 |
| Rodgers | Frank | L | 20031216 | 2696 Lafeville Circle # 8 | Cincinnati | OH | 45211 |
| Sall | Mamadou | C | 20031004 | 6663 Highland Greens Dr., #115F | West Chester | OH | 45069 |
| Smith | Tremayne | D | 20020618 | 7051 Safari Drive | Huber Heights | OH | 45424 |
| Smith | Fredrich | C | 20031115 | 921 Kreider Court | Trenton | OH | 45067 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Smith | Kenneth | E | 20031230 | 3200 Beatrice Street | Middletown | OH | 45044 |
| Spates | Tyrone | J | 20031025 | 1336 Byrd Avenue | Cincinnati | OH | 45215 |
| Spencer Jr. | Bennie | R | 20020618 | 4724 Woodlake Drive | Dayton | OH | 45406 |
| Tate | Shawn | R | 20020706 | 505 18th Avenue | Middletown | OH | 45044 |
| Thompson | Derek | | 20030429 | 1566 W. Galbraith, Apt. 14 | Cincinnati | OH | 45231 |
| Tolbert | Theresa | D | 20010922 | 1235 Lane Street | Hamilton | OH | 45011 |
| Trimble | Kenneth | C | 20010922 | 861 W. Liberty Street, Apt. E | Cincinnati | OH | 45214 |
| Tunstall | Frederick | | 20020122 | 3260 Infirmary Road | Dayton | OH | 45505 |
| Ware | Brianna | N | 20030819 | 240 Smith St. | Dayton | OH | 45408 |
| Warren | Gregory | G | 20030819 | 11624 Raphael Pl. | Cincinnati | OH | 45240 |
| Watson | Charles | C | 20020108 | P.O. Box 18304 | Cincinnati | OH | 45218 |
| Wells | Maxx | M | 20010922 | 4305 Free Pike | Dayton | OH | 45416 |
| White | Richard | A | 20020219 | 659 Delhi Avenue | Cincinnati | OH | 45204 |
| White | Paul | R | 20021001 | 1593 Lemontree Drive | Cincinnati | OH | 45240 |
| Wilson Sr. | Mark | E | 20020518 | 2516 Wilbraham Road | Middletown | OH | 45042 |
| Woods | Eddie | | 20031004 | 2427 Ardmore Ave. | Cincinnati | OH | 45237 |
| Wynter | Everton | A | 20020406 | 822 Front Street | Hamilton | OH | 45011 |
| YisraEL | Zarach | | 20031104 | 6014 Connecticut Ct. | Cincinnati | OH | 45224 |