UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2008 JUL -8 PM 3: 20

| | | |
|---|---|---|
| VIVIAN BERT, et al., | : | Case No. 1:02cv467 |
| Plaintiffs, | : | Judge Beckwith |
| v. | : | ORDER |
| AK STEEL CORPORATION, | : | |
| Defendant. | : | |

Plaintiffs brought this class action against Defendant AK Steel Corporation ("AK Steel"). Plaintiffs claim that AK Steel's pre-employment screening test for entry level laborers has a disparate impact against African American applicants. AK Steel disputes Plaintiffs' claims.

The parties have entered into a Settlement Agreement resolving the claims of both the Class and Plaintiffs subject to approval of this Court. Presently before the Court is the parties' Joint Motion Seeking Preliminary Approval of that Settlement.

Based on the Court's review of this matter, as well as the arguments and evidence presented at the preliminary approval hearing, the Court finds and orders as follows:

1. The Settlement Agreement (Exhibit A to the Parties' Joint Motion) is preliminarily approved. The Court finds that the proposed settlement falls within the range of possible approval, does not disclose grounds to doubt its fairness, and includes no obvious deficiencies.

2. The parties shall provide notice of the Settlement, pursuant to Rule 23, to Class Members. The Parties will use their best efforts, as set forth in the Settlement Agreement, to send notice to individual class members by first class mail in substantially the form set forth in Exhibit B to the brief in support of the Joint Motion. The Court finds that this method of notice constitutes the best notice practicable under the circumstances.

3. The Court will conduct a hearing pursuant to Rule 23 of the Federal Rules of Civil Procedure on October 21, 2008 at 9:00 a.m. for the purpose of considering

the fairness, reasonableness, and adequacy of the Settlement Agreement, and to consider objections, if any, to the Settlement. Other than the Parties, no person will be heard at the hearing unless that person files an objection in writing with the Claims Administrator postmarked on or before September 22, 2008. Documents in support or opposition to the Settlement Agreement should be filed no later than October 14, 2008.

So Ordered,

Date: 7/8/08

Sandra S. Beckwith, Chief Judge
United States District Court

{W1301688.1}